# EXHIBIT 1



Apple, Inc.
subpoenas@apple.com

June 18, 2018

**VIA EMAIL**

To Whom It May Concern,

Tesla, Inc. ("Tesla") is currently investigating a potential theft of proprietary information by one of its employees and has reason to believe that evidence of that theft is being stored on the following iCloud account: ▇▇▇▇▇▇▇▇▇▇▇▇▇ Tesla also believes that this employee may be in the process of deleting information from that iCloud account in an effort to conceal wrongdoing.

The employee in question may also have additional iCloud accounts associated with the following information:



It is our understanding that Apple has the ability to preserve all information associated with iCloud accounts, including—by way of illustration only—messages, Microsoft Excel files, emails, photographs, videos, documents, and other forms of electronically stored information. Tesla requests that Apple preserve, and otherwise prevent the deletion of, any information associated with any of Mr. Tripp's iCloud accounts, pending Tesla's investigation. It is imperative that Mr. Tripp not be permitted to destroy the evidence of what Tesla has reason to believe is very serious misconduct.

Tesla greatly appreciates your assistance in this matter. You are welcome to contact me at ▇▇▇▇▇▇▇▇▇▇ if you have any questions.

Regards,

Lynn Miller | Deputy General Counsel
▇▇▇▇▇▇▇▇▇▇

T ≡ 5 L ∩     Tesla, Inc.
             6800 Dumbarton Circle, Fremont, CA 94555