# EXHIBIT 2



Microsoft Corporation
Attn: Online Services Custodian of Records
One Microsoft Way
Redmond, WA 98052-6399

June 18, 2018

**VIA U.S. MAIL**

To Whom It May Concern,

Tesla, Inc. ("Tesla") is currently investigating a potential theft of proprietary information by one of its employees and has reason to believe that evidence of that theft is being stored on Microsoft or OneDrive accounts associated with the following individual:



Tesla also believes that Mr. Tripp may be in the process of deleting information from Microsoft or OneDrive accounts in an effort to conceal wrongdoing.

It is our understanding that Microsoft has the ability to preserve all information associated with Microsoft or OneDrive accounts, including—by way of illustration only—messages, emails, Microsoft Excel files, photographs, videos, documents, and other forms of electronically stored information. Tesla requests that Microsoft preserve, and otherwise prevent the deletion of, any information associated with any of Mr. Tripp's Microsoft or OneDrive accounts, pending Tesla's investigation. It is imperative that Mr. Tripp not be permitted to destroy the evidence of what Tesla has reason to believe is very serious misconduct.

Tesla greatly appreciates your assistance in this matter. You are welcome to contact me at ▓▓▓▓▓▓▓▓ if you have any questions.

Regards,

Lynn Miller | Deputy General Counsel



T E S L A                Tesla, Inc.
                         6800 Dumbarton Circle, Fremont, CA 94555

6/18/18, 3:37 PM



**After printing this label**:
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning**: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.