# EXHIBIT 4



Representing Management Exclusively in Workplace Law and Related Litigation

Jackson Lewis P.C.
3800 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169
Tel 702 921-2460
Fax 702 921-2461
www.jacksonlewis.com

| | | | |
|---|---|---|---|
| ALBANY, NY | GREENVILLE, SC | MONMOUTH COUNTY, NJ | RALEIGH, NC |
| ALBUQUERQUE, NM | HARTFORD, CT | MORRISTOWN, NJ | RAPID CITY, SD |
| ATLANTA, GA | HONOLULU, HI* | NEW ORLEANS, LA | RICHMOND, VA |
| AUSTIN, TX | HOUSTON, TX | NEW YORK, NY | SACRAMENTO, CA |
| BALTIMORE, MD | INDIANAPOLIS, IN | NORFOLK, VA | SALT LAKE CITY, UT |
| BIRMINGHAM, AL | JACKSONVILLE, FL | OMAHA, NE | SAN DIEGO, CA |
| BOSTON, MA | KANSAS CITY REGION | ORANGE COUNTY, CA | SAN FRANCISCO, CA |
| CHICAGO, IL | LAS VEGAS, NV | ORLANDO, FL | SAN JUAN, PR |
| CINCINNATI, OH | LONG ISLAND, NY | PHILADELPHIA, PA | SEATTLE, WA |
| CLEVELAND, OH | LOS ANGELES, CA | PHOENIX, AZ | ST. LOUIS, MO |
| DALLAS, TX | MADISON, WI | PITTSBURGH, PA | STAMFORD, CT |
| DAYTON, OH | MEMPHIS, TN | PORTLAND, OR | TAMPA, FL |
| DENVER, CO | MIAMI, FL | PORTSMOUTH, NH | WASHINGTON, DC REGION |
| DETROIT, MI | MILWAUKEE, WI | PROVIDENCE, RI | WHITE PLAINS, NY |
| GRAND RAPIDS, MI | MINNEAPOLIS, MN | | |

*through an affiliation with Jackson Lewis P.C., a Law Corporation

June 21, 2018

**VIA EMAIL AND U.S. MAIL**

Apple, Inc.
subpoenas@apple.com
One Apple Park Way
Cupertino, CA 95014

Re:   *Tesla, Inc. v. Tripp*, Case No. 3:18-cv-00296-LRH-VPC (D. Nev.)

To Whom It May Concern,

I represent Tesla, Inc. ("Tesla") in litigation against one of Tesla's former employees, Martin Tripp. On June 20, 2018, Tesla filed a Complaint in the United States Federal District Court for the District of Nevada alleging that Mr. Tripp unlawfully disclosed Tesla's confidential and proprietary information to third parties and also hacked into Tesla's manufacturing system, extracted data, and then shared that data with third parties. Mr. Tripp has also admitted to taking certain photos and videos of Tesla equipment and sharing them with outside parties. He reports that at least some of this information was maintained in his iCloud account associated with the user name ███████████████. Mr. Tripp may also have additional iCloud accounts associated with the following information:



Tesla has reason to believe that Mr. Tripp may be in the process of deleting information from his iCloud accounts that is relevant to Tesla's claims against him. It is my understanding that Apple has the ability to preserve all information associated with iCloud accounts, including—by way of illustration only—messages, Microsoft Excel files, emails, photographs, videos, documents, and other forms of electronically stored information. Tesla requests that Apple preserve, and otherwise prevent the deletion of, any information associated with any of Mr. Tripp's iCloud accounts, pending Tesla's imminent ability to obtain that information through legal process.

Apple, Inc.<br>
June 21, 2018<br>
Page 2

**Please be advised that Tesla intends to issue a subpoena to Apple for certain records that are relevant to this matter as soon as it is permitted to do so by applicable court rules.** It is imperative that Mr. Tripp not be permitted to destroy the evidence of the very serious misconduct alleged in Tesla's Complaint, a copy of which is attached as Exhibit 1 to this letter.

Tesla greatly appreciates your assistance in this matter.

Sincerely,

*[signature]*

Joshua A. Sliker, Esq.

Enclosure