**JACKSON LEWIS P.C.**
Joshua A. Sliker, Nevada Bar No. 12493
joshua.sliker@jacksonlewis.com
3800 Howard Hughes Parkway, Ste. 600
Las Vegas, NV 89169
Telephone: (702) 921-2460
Facsimile: (702) 921-2461

Attorneys for Plaintiff Tesla, Inc.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TESLA, INC, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MARTIN TRIPP, an individual,<br><br>Defendant. | Case No.: 3:18-cv-296<br><br>**CERTIFICATE REGARDING SERVICE OF PLAINTIFF TESLA, INC.'S MOTION FOR AUTHORIZATION TO ISSUE DOCUMENT PRESERVATION SUBPOENAS** |

I hereby certify that as of this 22nd day of June, 2018, service of **PLAINTIFF TESLA, INC.'S MOTION FOR AUTHORIZATION TO ISSUE DOCUMENT PRESERVATION SUBPOENAS** has not been effectuated on Defendant because he has not yet entered an appearance in this action.

JACKSON LEWIS P.C.

/s/ Joshua A. Sliker
JOSHUA A. SLIKER, ESQ.
Nevada Bar No. 12493
3800 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
T: (702) 921-2460
F: (702) 921-2461
E: joshua.sliker@jacksonlewis.com