| Attorney or Party without Attorney: <br> Jackson Lewis P.C. <br> Joshua A. Sliker (SBN 12493) <br> 3800 Howard Hughes Parkway, Suite 600 <br> Las Vegas, NV 89169 <br> Telephone No: (702) 921-2460 | For Court Use Only |
|---|---|
| Attorney For: Plaintiff    Ref. No. or File No.: | |
| Insert name of Court, and Judicial District and Branch Court: <br> UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA | |
| Plaintiff: TESLA, INC., a Delaware corporation, <br> Defendant: Martin Tripp, an individual, | |

| AFFIDAVIT OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number: <br> 3:18-cv-00296-LRH-VPC |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action, Complaint

3. a. Party served:    Martin Tripp, an individual
   b. Person served:   Party in item 3a

4. Address where the party was served:   The Nugget Hotel
                                          1100 Nugget Avenue, Room 1210
                                          Sparks, NV 89431

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Thu, Jun 21 2018 (2) at: 03:05 PM

Fee for Service: $0.00
I Declare under penalty of perjury under the laws of the State of NEVADA that the foregoing is true and correct.

6. **Person Who Served Papers:**
   a. Toni Ruckman (R-052005, Washoe)
   b. FIRST LEGAL
      NEVADA PI/PS LICENSE 1452
      2920 N. GREEN VALLEY PARKWAY, SUITE 514
      HENDERSON, NV 89014
   c. (702) 671-4002

_21 June 18_                    _Toni L Ruckman_
(Date)                          (Signature)

7. STATE OF NEVADA, COUNTY OF _Washoe_
   Subscribed and sworn to (or affirmed) before on this ___21___ day of _June_, 2018 by Toni Ruckman (R-052005, Washoe) proved to me on the basis of satisfactory evidence to be the person who appeared before me.



K. EGESDAHL
NOTARY PUBLIC
STATE OF NEVADA
APPT. No. 01-68079-2
MY APPT. EXPIRES JANUARY 26, 2021

(Notary Signature)



AFFIDAVIT OF SERVICE

2399166
(55081881)