1  **JACKSON LEWIS P.C.**
   Joshua A. Sliker, Nevada Bar No. 12493
2  Joshua.Sliker@jacksonlewis.com
   3800 Howard Hughes Parkway, Suite 600
3  Las Vegas, NV 89169
   Telephone:    (702) 921-2460
4  Facsimile:    (702) 921-2461

5  Attorneys for Plaintiff
   Tesla, Inc.

6

7

8

9              **UNITED STATES DISTRICT COURT**

10                    **DISTRICT OF NEVADA**

11

12 | TESLA, INC., a Delaware corporation, | Case No. 3:18-cv-296 |

13 | Plaintiff, | **DECLARATION OF JOSHUA A. SLIKER IN SUPPORT OF PLAINTIFF TESLA, INC.'S SECOND EMERGENCY MOTION FOR AUTHORIZATION TO ISSUE DOCUMENT PRESERVATION SUBPOENAS** |

14 | vs. |

15 | MARTIN TRIPP, an individual, |

16 | Defendant. |

17

18

19              **DECLARATION OF JOSHUA A. SLIKER**

20       I, Joshua A. Sliker, declare as follows:

21       1.      I am an attorney at law duly licensed to practice before all of the courts in the State

22 of Nevada.  I am a member of the law firm of Jackson Lewis P.C., counsel of record for Plaintiff

23 Tesla, Inc. in this action.  I have personal knowledge of the facts set forth in this Declaration and, if

24 called as a witness, could and would testify competently to such facts under oath.

25       2.      Tesla requires immediate authorization to issue the document preservation

26 subpoenas attached hereto as **Exhibit 1, Exhibit 2, Exhibit 3**, **Exhibit 4**, and **Exhibit 5** to ensure

27 that critical evidence of Defendant Martin Tripp's unlawful activities is not destroyed before

28 discovery even commences, thereby depriving Tesla of evidence it may need to prove its case and

to identify third parties to which Tesla's confidential and trade secret information has been transferred.

3. Tesla has redacted certain personal information in the attachments to this Declaration to preserve the confidentiality of Mr. Tripp's contact information.

4. Mr. Tripp has not yet appeared in this action, and I am unaware of whether he has retained counsel to represent him in this matter.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on this 26th day of June, 2018, at New York, New York.

*/s/ Joshua A. Sliker*
Joshua A. Sliker