**JACKSON LEWIS P.C.**
Joshua A. Sliker, Nevada Bar No. 12493
joshua.sliker@jacksonlewis.com
3800 Howard Hughes Parkway, Ste. 600
Las Vegas, NV 89169
Telephone: (702) 921-2460
Facsimile: (702) 921-2461

Attorneys for Plaintiff Tesla, Inc.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TESLA, INC, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MARTIN TRIPP, an individual,<br><br>Defendant. | Case No.: 3:18-cv-296<br><br>**STIPULATION AND ORDER REGARDING EXTENSION OF TIME AND DISCOVERY** |

Plaintiff TESLA, INC. ("Plaintiff") by and through its counsel, Jackson Lewis P.C., and Defendant MARTIN TRIPP ("Defendant"), *pro se*, hereby stipulate and agree as follows:

1. The time for Defendant to answer Plaintiff's Complaint (ECF No. 1) shall be extended by twenty (20) days.

2. Plaintiff desires to begin conducting discovery as soon as possible, and Defendant consents to this.

3. Plaintiff and Defendant hereby agree that they may commence discovery under Federal Rules of Civil Procedure 30, 33, 34, 36, and 45 beginning on July 20, 2018.

/ / /

/ / /

/ / /

/ / /

/ / /

| | | |
|---|---|---|
| 1 | Dated: 7/7/18 | Dated: 7/9/2018 |
| 2 | Respectfully submitted, | Respectfully submitted, |

_____
MARTIN TRIPP

*Defendant Pro Se*

/s/ Joshua A. Sliker
JOSHUA A. SLIKER, ESQ.
Nevada Bar No. 12493
JACKSON LEWIS, P.C.
3800 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169

*Attorneys for Plaintiff Tesla, Inc.*

### **ORDER**

**IT IS SO ORDERED.**

Dated: _____, 2018.

_____
HON. VALERIE P. COOKE
UNITED STATES MAGISTRATE JUDGE