**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

Case # 3:18-cv-00296-LRH-VPC

Tesla, Inc.,

          Plaintiff(s),

  vs.

Martin Tripp, an individual,

          Defendant(s).

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

**FILING FEE IS $250.00**

         John C. Hueston , Petitioner, respectfully represents to the Court:
            (name of petitioner)

    1.    That Petitioner is an attorney at law and a member of the law firm of

                          Hueston Hennigan LLP
                              (firm name)

with offices at         523 W. 6th Street Suite #400
                         (street address)

      Los Angeles     ,      California     ,   90014
       (city)                 (state)        (zip code)

    (213) 788-4340     ,    jhueston@hueston.com
  (area code + telephone number)     (Email address)

    2.    That Petitioner has been retained personally or as a member of the law firm by

           Tesla, Inc.         to provide legal representation in connection with
           [client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since _____June 15, 1993_____, Petitioner has been and presently is a
member in good standing of the bar of the highest Court of the State of _____California_____
where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or
from the clerk of the supreme court or highest admitting court of each state, territory, or insular
possession of the United States in which the applicant has been admitted to practice law certifying
the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District
Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts
of other States on the dates indicated for each, and that Petitioner is presently a member in good
standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
| --- | --- | --- |
| USDC C.D. Cal. | June 15, 1993 | 164921 |
| 9th Circuit Court of Appeals | Sept. 13, 1994 | 164921 |
| USDC N.D. Cal. | May 25, 2007 | 164921 |
| 11th Circuit Court of Appeals | Feb. 25, 2009 | 164921 |
| 10th Circuit Court of Appeals | Oct. 27, 2010 | 164921 |
| 5th Circuit Court of Appeals | Oct. 7, 2011 | 164921 |
| SEE ATTACHMENT A FOR ADDT'L COURTS | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner,
nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory
or administrative body, or any resignation or termination in order to avoid disciplinary or
disbarment proceedings, except as described in detail below:

None

2

6.      That Petitioner has never been denied admission to the State Bar of Nevada.  (Give particulars if ever denied admission):

None.

7.      That Petitioner is a member of good standing in the following Bar Associations.

Orange County Bar Association
American Bar Association

8.      Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9.      Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.      Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11.      Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

1      That Petitioner respectfully prays that Petitioner be admitted to practice before this Court

2 FOR THE PURPOSES OF THIS CASE ONLY.

3

4                                                       Petitioner's signature

STATE OF _____California_____ )

5                      )

COUNTY OF _____Orange_____ )

6

7     _____John C. Hueston_____, Petitioner, being first duly sworn, deposes and says:

8 That the foregoing statements are true.

9                                                     Petitioner's signature

10 Subscribed and sworn to before me this

11 __20th__ day of _June_____ , _2018_

12

13 _____

           Notary Public or Clerk of Court

14

LORI HAMMER HILES
COMM. # 2108463
NOTARY PUBLIC-CALIFORNIA
ORANGE COUNTY
MY COMM. EXP. APR. 24, 2019

15

16           **DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO**
          **THE BAR OF THIS COURT AND CONSENT THERETO.**

17      Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner

18 believes it to be in the best interests of the client(s) to designate ___Joshua Sliker___,

19                                       (name of local counsel)

Attorney at Law, member of the State of Nevada and previously admitted to practice before the

20 above-entitled Court as associate resident counsel in this action. The address and email address of

21 said designated Nevada counsel is:

22

23 _____3800 Howard Hughes Parkway, Suite 600_____,
                             (street address)

24

25 _____Las Vegas_____, _____Nevada_____, _89169_,
       (city)                (state)       (zip code)

26 _702-921-2460_, _Joshua.Sliker@jacksonlewis.com_.
 (area code + telephone number)    (Email address)

27

28                                   4

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____ Joshua Sliker _____ as
his/her/their Designated Resident Nevada Counsel in this case.
(name of local counsel)

_____
(party's signature)

_Aarti Reddy, managing counsel, Litigation_
(type or print party name, title)
_Tesla, Inc._

_____
(party's signature)

Tesla, Inc.
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

12493                    Joshua.Sliker@jacksonlewis.com
Bar number               Email address

APPROVED:
DATED this 12th day of July, 2018.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

# ATTACHMENT A

## JOHN HUESTON ADDITIONAL ADMISSIONS

| Court | Date Admitted | Bar Number |
|---|---|---|
| 2nd Circuit Court of Appeal | June 12, 2014 | 164921 |
| USDC Cal. C.D. BK | May 20, 2015 | 164921 |
| USDC S.D. Cal. | March 19, 2013 | 164921 |
| USDC Colorado | September 13, 2013 | 164921 |
| U.S. Supreme Court | January 16, 2018 | 164921 |

# CERTIFICATE OF STANDING

June 22, 2018

**TO WHOM IT MAY CONCERN:**

This is to certify that according to the records of the State Bar, JOHN CHARLES HUESTON, #164921 was admitted to the practice of law in this state by the Supreme Court of California on June 15, 1993; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Dina DiLoreto
Custodian of Membership Records