# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Tesla, Inc.,

          Plaintiff(s),

vs.

Martin Tripp, an individual,

          Defendant(s).

Case # 3:18-cv-00296-LRH-VPC

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

      Robert N. Klieger, Petitioner, respectfully represents to the Court:
      (name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

      Hueston Hennigan LLP
      (firm name)

with offices at     523 W. 6th Street Suite #400,
      (street address)

Los Angeles, California, 90014,
(city)    (state)    (zip code)

(213) 788-4340, rklieger@hueston.com.
(area code + telephone number)   (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

      Tesla, Inc.   to provide legal representation in connection with
      [client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since  December 9, 1997 , Petitioner has been and presently is a
member in good standing of the bar of the highest Court of the State of California
where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| U.S. Supreme Court | October 8, 2008 | CA 192962 |
| U.S. Court of Appeals for the Ninth Circuit | July 24, 1998 | CA 192962 |
| U.S. Court of Appeals for the Federal Circuit | July 30, 2013 | CA 192962 |
| U.S. Court of Appeals for the Fifth Circuit | October 29, 2015 | CA 192962 |
| U.S. District Court, Central District of California | December 9, 1997 | CA 192962 |
| U.S. District Court, Northern District of California | August 18, 2009 | CA 192962 |
| U.S. District Court, Eastern District of California | August 17, 2009 | CA 192962 |
| U.S. District Court, Southern District of California | February 23, 2001 | CA 192962 |
| U.S. District Court, District of Colorado | June 16, 2006 | CA 192962 |
| U.S. District Court, Northern District of Illinois | November 2, 2010 | CA 192962 |

or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None.

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

> None.

7. That Petitioner is a member of good standing in the following Bar Associations.

> None.

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF _____California_____ )
COUNTY OF ___Los Angeles___ )

_____Robert N. Klieger_____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

__2nd__ day of __July__, __2018__

_____
Notary Public or Clerk of Court

ERVIN D. UPTON
Notary Public - California
Los Angeles County
Commission # 2163927
My Comm. Expires Sep 1, 2020

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate _____Joshua Sliker_____,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

_____3800 Howard Hughes Parkway Suite 600_____,
(street address)

___Las Vegas___, ___Nevada___, ___89169___,
(city) (state) (zip code)

___(702) 921-2460___, ___Joshua.Sliker@jacksonlewis.com___.
(area code + telephone number) (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

### APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Joshua Sliker_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

*Aarti Reddy, managing Counsel, Litigation*
(type or print party name, title) *Tesla, Inc.*

_____
(party's signature)

Tesla, Inc.
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

12493					Joshua.Sliker@jacksonlewis.com
Bar number				Email address

APPROVED:
DATED this 12th day of July, 2018.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT**  CIVIL CODE § 1189

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California )
County of Los Angeles )

On July 2, 2018 before me, Ervin D. Upton, Notary Public,
　　　　Date　　　　　　　　　　　　　　　　Here Insert Name and Title of the Officer
personally appeared Robert N. Kleyn
　　　　　　　　　　　　　　　Name(s) of Signer(s)

_____,

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____
　　　　Signature of Notary Public

[Seal: ERVIN D. UPTON, Notary Public - California, Los Angeles County, Commission # 2163927, My Comm. Expires Sep 1, 2020]

Place Notary Seal Above

―――――――――― **OPTIONAL** ――――――――――
*Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**
Title or Type of Document: Petition to Practice　　Document Date: 7/2/18
Number of Pages: 5　Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: _____　　　　Signer's Name: _____
☐ Corporate Officer — Title(s): _____　　☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General　　　　　☐ Partner — ☐ Limited ☐ General
☐ Individual　　☐ Attorney in Fact　　　　　☐ Individual　　☐ Attorney in Fact
☐ Trustee　　　☐ Guardian or Conservator　☐ Trustee　　　☐ Guardian or Conservator
☐ Other: _____　　　　　　☐ Other: _____
Signer Is Representing: _____　　　　Signer Is Representing: _____

©2014 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)　Item #5907

# THE STATE BAR
# OF CALIFORNIA

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1617　　　　TELEPHONE: 888-800-3400

## CERTIFICATE OF STANDING

June 22, 2018

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, ROBERT NATHAN KLIEGER, #192962 was admitted to the practice of law in this state by the Supreme Court of California on December 9, 1997; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Dina DiLoreto
Custodian of Membership Records