Case 3:18-cv-00296-MMD-CLB   Document 23   Filed 07/19/18   Page 1 of 1
Case 3:18-cv-00296-LRH-VPC   Document 14   Filed 07/11/18   Page 1 of 2
Case 3:18-cv-00296-LRH-VPC   Document 13   Filed 07/09/18   Page 1 of 2

1 | **JACKSON LEWIS P.C.**
Joshua A. Sliker, Nevada Bar No. 12493
2 | joshua.sliker@jacksonlewis.com
3800 Howard Hughes Parkway, Ste. 600
3 | Las Vegas, NV 89169
Telephone: (702) 921-2460
4 | Facsimile: (702) 921-2461

5 | Attorneys for Plaintiff Tesla, Inc.

6 | UNITED STATI

7 | DISTRIC

8 | TESLA, INC, an individual,

9 | Plaintiff,

10 |

11 | v.

12 | MARTIN TRIPP, an individual,

13 | Defendant.

14 | ——————————————————

15 | Plaintiff TESLA, INC. ("Plaintiff")

16 | Defendant MARTIN TRIPP ("Defendant"),

17 | 1. The time for Defendant to

18 | extended by twenty (20) days

19 | 2. Plaintiff desires to begin con

20 | consents to this.

21 | 3. Plaintiff and Defendant here

22 | Federal Rules of Civil Procee

23 | ///

24 | ///

25 | ///

26 | ///

27 | ///

28 |

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
400 SOUTH VIRGINIA ST., ROOM 301
RENO, NEVADA 89501
OFFICIAL BUSINESS

FILED
ENTERED
RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD

JUL 19 2018

BY: _____
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
DEPUTY

Martin Tripp
2200 N. D'Andrea Parkway
Apt. 514
Sparks, NV 89434

NIXIE        895        5E 1        2207/17/16

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC:                         89501219576
*2941-06360-11-39

RENO NV 895
11 JUL 2018   PM 2 T

ZIP 89501
02 4W
0000350015 JUL 11 2018
$ 000.47⁰
U.S. POSTAGE>> PITNEY BOWES