CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
400 SOUTH VIRGINIA ST., ROOM 301
RENO, NEVADA 89501

OFFICIAL BUSINESS

ENTERED _____ RECEIVED
_____ SERVED ON
COUNSEL/PARTIES OF RECORD

JUL 19 2018

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

Martin Tripp
2200 N. D'Andrea Parkway
Apt. 514
Sparks, NV 89434

NIXIE     695     7E     1

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 89501219576          *2556-05226-19-39

ZIP 89501
02 4W
0000350015

U.S. POSTAGE >> PITNEY BOWES
$ 000.47°
JUL 13 2018

13 JUL 2018 PM   RENO NV 895

---

UNITED STATES
DISTRICT

Tesla, Inc.,

    Plaintiff(s),

vs.

Martin Tripp, an individual,

    Defendant(s).

__Marshall A. Camp__, Peti[tioner]
(name of petitioner)

1. That Petitioner is an attorney at l[aw]
   __Hueston H[ennigan]__
   (fir[m])

with offices at __523 W[.]__

__Los Angeles__,
(city)

__(213) 788-4340__,
(area code + telephone number)

2. That Petitioner has been retaine[d]
   __Tesla, Inc.__
   [client(s)]

the above-entitled case now pending before thi[s]