Robert D. Mitchell (*will comply with LR IA 11-2 within 45 days*)
William M. Fischbach III (*will comply with LR IA 11-2 within 45 days*)
Christopher J. Waznik (*will comply with LR IA 11-2 within 45 days*)
Matthew D. Dayton, Nevada Bar No. 11552

**TIFFANY & BOSCO P.A.**

Camelback Esplanade II, Seventh Floor
2525 East Camelback Road
Phoenix, Arizona 85016-4229
Telephone: (602) 255-6000
Fax: (602) 255-0103
E-mails: rdm@tblaw.com; wmf@tblaw.com;
cjw@tblaw.com; md@tblaw.com

Counsel for Defendant Martin Tripp

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TESLA, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MARTIN TRIPP, an individual,<br><br>Defendant. | Case No. 3:18-cv-00296-LRH-VPC<br><br>**NOTICE OF APPEARANCE** |

Notice is hereby given that Robert D. Mitchell, William M. Fischbach III, Christopher J. Waznik, and Matthew D. Dayton of the law firm of Tiffany & Bosco, P.A. will appear as counsel of record for Defendant Martin Tripp in the above captioned matter.

It is respectfully requested that notice of all proceedings and copies of all pleadings and other filings in this matter be served upon Defendant's counsel as follows:

1

Robert D. Mitchell
William M. Fischbach III
Christopher J. Waznik
Matthew D. Dayton

**TB TIFFANY & BOSCO** P.A.

Camelback Esplanade II, Seventh Floor
2525 East Camelback Road
Phoenix, Arizona 85016-4229
Telephone: (602) 255-6000
Fax: (602) 255-0103
E-mails: rdm@tblaw.com; wmf@tblaw.com;
cjw@tblaw.com; md@tblaw.com

DATED this 31st day of July, 2018.

        TIFFANY & BOSCO, P.A.

        /s/ Matthew D. Dayton

        By _____
          Robert D. Mitchell
          William M. Fischbach III
          Christopher J. Waznik
          Matthew D. Dayton
          Camelback Esplanade II, Seventh Floor
          2525 East Camelback Road
          Phoenix, Arizona 85016-4229
          *Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify and declare under penalty of perjury that on July 31, 2018, I electronically filed the foregoing with the Clerk of Court for filing and uploading to the CM/ECF system which will send notification of such filing to all parties of record.

/s/ Tracee A. Loveland