# EXHIBIT H

production number, which is physically impossible.

💬 83    🔁 211    ❤️ 3.3K

**S Padival** @S_Padival · Jul 5
😂. Someone told me her coverage/behaviour changed after an interview with Jim Chanos. Coincidence?

💬 7    🔁 7    ❤️ 183

**Elon Musk** ✓ @elonmusk · Jul 5
Sounds very sketchy if true. @lopezlinette, is it possible you're serving as an inside trading source for one of Tesla's biggest short-sellers? An ex-Tesla employee just went on record formally claiming you bribed him & he sent you valuable Tesla IP in exchange. Is this true?

💬 117    🔁 184    ❤️ 1.4K

**stef** @stetopinini · Jul 5
Hey @lopezlinette, your silence is deafening. Shouldn't take much to deny such allegations no?

💬 1    🔁 5    ❤️ 190

**Elon Musk** ✓
@elonmusk                                                                    Follow

Replying to @stetopinini @S_Padival @lopezlinette

# Indeed, very simple question. To be specific: @lopezlinette, did you compensate or promise to compensate Martin Tripp for inside information about Tesla? Did he, under that inducement, provide you with exaggerated negative info, which you printed, but turned out to be untrue?

10:26 AM - 5 Jul 2018

**103** Retweets  **1,089** Likes

💬 72    🔁 103    ❤️ 1.1K

**Scott Wainner** ✓ @scottwww · Jul 5
Replying to @elonmusk @stetopinini and 2 others
I wonder where else she gets story ideas?