1  Robert D. Mitchell (*pro hac vice application forthcoming*)
   William M. Fischbach III (*pro hac vice application forthcoming*)
2  Christopher J. Waznik (*pro hac vice application forthcoming*)
   Matthew D. Dayton, Nevada Bar No. 11552
3
   **TB  TIFFANY & BOSCO**
4          P.A.

5  Camelback Esplanade II, Seventh Floor
   2525 East Camelback Road
6  Phoenix, Arizona 85016-4229
   Telephone: (602) 255-6000
7  Fax: (602) 255-0103
   E-mails: rdm@tblaw.com; wmf@tblaw.com;
8  cjw@tblaw.com; md@tblaw.com

9
   Counsel for Defendant/Counterclaimant Martin Tripp
10

11              **UNITED STATES DISTRICT COURT**

12                   **DISTRICT OF NEVADA**

13

| | |
|---|---|
| 14  TESLA, INC., a Delaware corporation, | Case No. 3:18-cv-00296-LRH-VPC |
| 15                   Plaintiff, | **CERTIFICATE OF INTERESTED PARTIES** |
| 16  vs. | |
| 17 | |
| 18  MARTIN TRIPP, an individual, | |
| 19                   Defendant. | |
| 20  MARTIN TRIPP, an individual, | |
| 21                   Counterclaimant, | |
| 22 | |
| 23  vs. | |
| 24  TESLA, INC., a Delaware corporation, | |
| 25 | |
| 26  Counterdefendant. | |

27

28                                    1

1  Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1-1, the

2  undersigned, counsel of record for Defendant/Counterclaimant Martin Tripp, certifies that

3  there are no known interested parties other than those participating in this case.

4  These representations are made to enable judges of the Court to evaluate possible

5  disqualifications or recusal.

6  DATED this 10th day of August, 2018.

7

8  TIFFANY & BOSCO, P.A.

9

10  By */s/ Matthew D. Dayton*

11  Robert D. Mitchell
   William M. Fischbach III

12  Christopher J. Waznik

13  Matthew D. Dayton
   Camelback Esplanade II, Seventh Floor

14  2525 East Camelback Road
   Phoenix, Arizona 85016-4229

15  *Counsel for Defendant/Counterclaimant*

16  *Martin Tripp*

17

18

19

20

21

22

23

24

25

26

27

28

2

**CERTIFICATE OF SERVICE**

I hereby certify and declare under penalty of perjury that on August 10, 2018, I electronically filed the foregoing with the Clerk of Court for filing and uploading to the CM/ECF system which will send notification of such filing to all parties of record.


*/s/ Tracee A. Loveland*

_____