# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

TESLA, INC., a Delaware corporation,

    Plaintiff(s),

vs.

MARTIN TRIPP, an individual,

    Defendant(s).

Case #3:18-cv-00296-LRH-CBC

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

---

    **William M. Fischbach, III**, Petitioner, respectfully represents to the Court:
    (name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

    Tiffany & Bosco, P.A.
    (firm name)

with offices at   2525 East Camelback Road, 7th Floor,
    (street address)

Phoenix, Arizona, 85016,
(city)   (state)   (zip code)

(602) 255-6036, wmf@tblaw.com.
(area code + telephone number)   (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

    Martin Tripp   to provide legal representation in connection with
    [client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since **December 16, 1999**, Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of **Arizona** where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Supreme Court of Arizona | December 16, 1999 | 019769 |
| U.S. Supreme Court | January 8, 2008 | |
| U.S. Court of Appeals for the Ninth Circuit (AZ) | December 22, 2008 | |
| U.S. District Court, District of Arizona | December 22, 2008 | |
| U.S. Bankruptcy Court, District of Arizona | December 22, 2008 | |
| U.S. Court of Federal Claims | September 20, 2013 | |
| U.S. Court of Appeals for the Armed Forces | November 6, 2007 | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None.

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

> Not Applicable.

7. That Petitioner is a member of good standing in the following Bar Associations.

> State Bar of Arizona.

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None. | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 5/16

1  That Petitioner respectfully prays that Petitioner be admitted to practice before this Court
2  FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF ____Arizona____ )
                         )
COUNTY OF ____Maricopa____ )

____William M. Fischbach, III____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

__10th__ day of __September__, __2018__.

____Laurel S. Brassell____
Notary Public or Clerk of Court

LAUREL S. BRASSELL
NOTARY PUBLIC – ARIZONA
MARICOPA COUNTY
My Commission Expires
November 13, 2018

**DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO
THE BAR OF THIS COURT AND CONSENT THERETO.**

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ____Matthew D. Dayton____,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

____10100 W. Charleston Boulevard, Suite 220____,
(street address)

____Las Vegas____, ____Nevada____, ____89135____,
(city)                (state)              (zip code)

____(702) 258-8200____, ____md@tblaw.com____.
(area code + telephone number)   (Email address)

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Matthew D. Dayton_____ as his/her/their Designated Resident Nevada Counsel in this case.
(name of local counsel)

_____ 9/8/18
(party's signature)

Martin Tripp, Defendant
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

11552                    md@tblaw.com
Bar number               Email address

APPROVED:
DATED this 13th day of September, 2018.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

1 Robert D. Mitchell (*pro hac vice application pending*)
2 William M. Fischbach III (*pro hac vice application pending*)
  Christopher J. Waznik (*pro hac vice application pending*)
3 Matthew D. Dayton, Nevada Bar No. 11552

4 **TB TIFFANY & BOSCO** P.A.

5 Camelback Esplanade II, Seventh Floor
  2525 East Camelback Road
6 Phoenix, Arizona 85016-4229
7 Telephone: (602) 255-6000
  Fax: (602) 255-0103
8 E-mails: rdm@tblaw.com; wmf@tblaw.com;
  cjw@tblaw.com; md@tblaw.com
9

10 Counsel for Defendant/Counterclaimant Martin Tripp

11 **UNITED STATES DISTRICT COURT**

12 **DISTRICT OF NEVADA**

| | |
|---|---|
| TESLA, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MARTIN TRIPP, an individual,<br><br>Defendant. | Case No. 3:18-cv-00296-LRH-CBC<br><br>**WILLIAM M. FISCHBACH, III'S STATEMENT OF ADDITIONAL COURT ADMISSIONS IN RESPONSE TO REQUEST NO. 4 OF HIS VERIFIED PETITION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL** |
| MARTIN TRIPP, an individual,<br><br>Counterclaimant,<br><br>TESLA, INC., a Delaware corporation,<br><br>Counterdefendant | |

| Court | Date Admitted | Bar Number |
|---|---|---|
| U.S. Army Court of Criminal Appeals | August 27, 2007 | |
| U.S. Court of Appeals for the Seventh Circuit | February 10, 2017 | |
| U.S. Court of Appeals for the Ninth Circuit (SF District) | September 20, 2013 | |

# CERTIFICATE OF THE CLERK OF THE SUPREME COURT
# OF THE
# STATE OF ARIZONA

I, Janet Johnson, Clerk of the Supreme Court of the State of Arizona, hereby certify that, according to the records of my office and upon the recommendation of the Disciplinary Clerk of the Supreme Court of Arizona

**WILLIAM MORRIS FISCHBACH, III**

was on the 16th day of December, 1999 duly admitted to practice as an Attorney and Counselor at Law in all the courts of Arizona; that no disciplinary proceedings are pending against this attorney in the Arizona Supreme Court as of the date of this certificate; and that this name now appears on the Roll of Attorneys in this office as an active member of the State Bar of Arizona in good standing.

Given under my hand and the seal of said Court this 10th day of August, 2018.

JANET JOHNSON, Clerk

By _____
Brandon Powell
Deputy Clerk Specialist

# CERTIFICATE OF GOOD STANDING
# ISSUED BY THE DISCIPLINARY CLERK
# FOR AND ON BEHALF OF
# THE SUPREME COURT OF ARIZONA

The Disciplinary Clerk pursuant to Rule 74, Rules of the Supreme Court of Arizona, hereby certifies that according to the records of the State Bar, **WILLIAM MORRIS FISCHBACH, III,** was duly admitted to practice as an attorney and counselor at law in all courts of Arizona by the Supreme Court of Arizona on December 16, 1999 and is now, as of the date of this Certificate, an active member of the State Bar of Arizona in good standing.

Given under the seal of the Disciplinary Clerk of the Supreme Court of Arizona this August 7, 2018.

Amanda McQueen
Disciplinary Clerk