# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

TESLA, INC., a Delaware corporation,

    Plaintiff(s),

vs.

MARTIN TRIPP, an individual,

    Defendant(s).

Case #3:18-cv-00296-LRH-CBC

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____Robert D. Mitchell_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

_____Tiffany & Bosco, P.A._____
(firm name)

with offices at _____2525 East Camelback Road, 7th Floor_____,
(street address)

_____Phoenix_____, _____Arizona_____, _____85016_____,
(city) (state) (zip code)

_____(602) 452-2730_____, _____rdm@tblaw.com_____.
(area code + telephone number) (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

_____Martin Tripp_____ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since May 21, 1988 (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of Arizona (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Supreme Court of Arizona | May 21, 1988 | 011922 |
| U.S. District Court of Arizona | May 23, 1988 | |
| Supreme Court of California | December 14, 1988 | 138981 |
| U.S. District Court of Southern California | June 29, 2005 | |
| Supreme Court of Utah | December 28, 1999 | 8587 |
| U.S. District Court of Utah | February 15, 2011 | |
| Supreme Court of Texas | May 2, 2008 | 24063086 |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None.

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

> Not Applicable.

7. That Petitioner is a member of good standing in the following Bar Associations.

> State Bar of Arizona; State Bar of California; State Bar of Texas; State Bar of Utah.

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| November 30, 2016 | 16-51352-GWZ | U.S. Bankruptcy Court, Nevada | Granted |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 5/16

1     That Petitioner respectfully prays that Petitioner be admitted to practice before this Court
2 FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF ___Arizona___ )
COUNTY OF ___Maricopa___ )

___Robert D. Mitchell___, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

__10th__ day of __September__, __2018__.

_____
Notary Public or Clerk of Court

**KALEIGH PERALTA**
NOTARY PUBLIC – ARIZONA
MARICOPA COUNTY
My Commission Expires
April 25, 2020

### DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ___Matthew D. Dayton___,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

___10100 W. Charleston Boulevard, Suite 220___,
(street address)

___Las Vegas___, ___Nevada___, ___89135___,
(city)      (state)      (zip code)

___(702) 258-8200___, ___md@tblaw.com___.
(area code + telephone number)      (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

### APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Matthew D. Dayton_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____ 9/8/18
(party's signature)

Martin Tripp, Defendant
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

11552                             md@tblaw.com
Bar number                        Email address

APPROVED:
DATED this 13th day of September, 2018.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

1  Robert D. Mitchell (*pro hac vice application pending*)
2  William M. Fischbach III (*pro hac vice application pending*)
   Christopher J. Waznik (*pro hac vice application pending*)
3  Matthew D. Dayton, Nevada Bar No. 11552
4  **TB TIFFANY & BOSCO** P.A.
5  Camelback Esplanade II, Seventh Floor
   2525 East Camelback Road
6  Phoenix, Arizona 85016-4229
7  Telephone: (602) 255-6000
   Fax: (602) 255-0103
8  E-mails: rdm@tblaw.com; wmf@tblaw.com;
   cjw@tblaw.com; md@tblaw.com
9
10 Counsel for Defendant/Counterclaimant Martin Tripp

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| TESLA, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MARTIN TRIPP, an individual,<br><br>Defendant. | Case No. 3:18-cv-00296-LRH-CBC<br><br>**ROBERT D. MITCHELL'S STATEMENT OF ADDITIONAL COURT ADMISSIONS IN RESPONSE TO REQUEST NO. 4 OF HIS VERIFIED PETITION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL** |
|---|---|
| MARTIN TRIPP, an individual,<br><br>Counterclaimant,<br><br>TESLA, INC., a Delaware corporation,<br><br>Counterdefendant | |

1

| Court | Date Admitted | Bar Number |
|---|---|---|
| U.S. Court of Appeals for the Ninth Circuit | June 13, 1988 | |

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT
## OF THE
## STATE OF ARIZONA

_____

*I, Janet Johnson, Clerk of the Supreme Court of the State of Arizona, hereby certify that, according to the records of my office and upon the recommendation of the Disciplinary Clerk of the Supreme Court of Arizona*

### ROBERT DUANE MITCHELL

*was on the 21st day of May, 1988, duly admitted to practice as an Attorney and Counselor at Law in all the courts of Arizona; that no disciplinary proceedings are pending against this attorney in the Arizona Supreme Court as of the date of this certificate; and that this name now appears on the Roll of Attorneys in this office as an active member of the State Bar of Arizona in good standing.*

*Given under my hand and the seal of said Court this 10th day of August, 2018.*

*JANET JOHNSON, Clerk*

By _/s/ Brandon Powell_
Brandon Powell
Deputy Clerk Specialist

# CERTIFICATE OF GOOD STANDING
# ISSUED BY THE DISCIPLINARY CLERK
# FOR AND ON BEHALF OF
# THE SUPREME COURT OF ARIZONA

The Disciplinary Clerk pursuant to Rule 74, Rules of the Supreme Court of Arizona, hereby certifies that according to the records of the State Bar, **ROBERT DUANE MITCHELL** was duly admitted to practice as an attorney and counselor at law in all courts of Arizona by the Supreme Court of Arizona on May 21, 1988 and is now, as of the date of this Certificate, an active member of the State Bar of Arizona in good standing.

Given under the seal of the Disciplinary Clerk of the Supreme Court of Arizona this August 7, 2018.

Amanda McQueen
Disciplinary Clerk

**THE STATE BAR OF CALIFORNIA**

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1617     TELEPHONE: 888-800-3400

# CERTIFICATE OF STANDING

August 6, 2018

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, ROBERT DUANE MITCHELL, #138981 was admitted to the practice of law in this state by the Supreme Court of California on December 14, 1988; that from the date of admission to March 9, 1990, he was an ACTIVE member of the State Bar of California; that on March 9, 1990, he transferred at his request to the INACTIVE status as of January 1, 1990; that from that date to January 29, 1999, he was an INACTIVE member of the State Bar of California; that on January 29, 1999, he transferred at his request to the ACTIVE status; that he has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Denise Velasco
Custodian of Membership Records

# The Supreme Court of Texas

AUSTIN

CLERK'S OFFICE

    **I, BLAKE HAWTHORNE,** Clerk of the Supreme Court of Texas, certify that the records of this office show that

**Robert Duane Mitchell**

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 2nd day of May, 2008.

    I further certify that the records of this office show that, as of this date

**Robert Duane Mitchell**

is presently enrolled with the State Bar of Texas as an active member in good standing.

    **IN TESTIMONY WHEREOF** witness my signature and the seal of the Supreme Court of Texas at the City of Austin, this, the 9th day of August, 2018.

BLAKE HAWTHORNE, Clerk

Clerk, Supreme Court of Texas

No. 8643C.1

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.



# Utah State Bar®

645 South 200 East, Suite 310 • Salt Lake City, Utah 84111-3834
Telephone: 801-531-9077 • Fax: 801-531-0660
http://www.utahbar.org

**John C. Baldwin**
Executive Director

**Board of Bar Commissioners**

**H. Dickson Burton**
President
TraskBritt
Salt Lake City

**Herm Olsen**
President-elect
Hillyard Anderson & Olsen
Logan

**S. Grace Acosta**
Lewis Hansen Law Firm
Salt Lake City

**John W. Bradley**
Utah Attorney General's Office
Ogden

**Steven R. Burt, AIA**
Public Member
Entelen Design Build
Salt Lake City

**Heather M. Farnsworth**
Match & Farnsworth
Salt Lake City

**Mary Kay Griffin, CPA**
Public Member
Mayer Hoffman McCann
Salt Lake City

**Chrystal Mancuso-Smith**
Pia Anderson Moss Hoyt
Salt Lake City

**Mark O. Morris**
Snell & Wilmer
Salt Lake City

**Mark W. Pugsley**
Ray Quinney & Nebeker
Salt Lake City

**Thomas W. Seiler**
Robinson Seiler Anderson & Fife
Provo

**Cara M. Tangaro**
Tangaro Law Firm
Salt Lake City

**Heather L. Thuet**
Christensen & Jensen
Salt Lake City

**Kristin K. Woods**
Attorney at Law
St. George

*This document expires 60 days from the date of issuance*

August 30, 2018

To Whom It May Concern:

Re: **CERTIFICATE OF GOOD STANDING FOR ROBERT D. MITCHELL**

This is to certify that **ROBERT D. MITCHELL**, Utah State Bar **No. 8587**, sat for and successfully passed the Utah State Bar examination and was admitted to practice law in Utah on **December 28, 1999**.

**Mr. Mitchell** is currently an **ACTIVE** member of the Utah State Bar in good standing. "Good Standing" is defined as a lawyer who is current in the payment of all Bar licensing fees, has met mandatory continuing legal education requirements, if applicable, and is not disbarred, presently on probation, suspended, or has not resigned with discipline pending, from the practice of law in this state.

*Elizabeth A. Wright*

Elizabeth A. Wright
General Counsel
Utah State Bar



Serving the public.  Working for justice.