Robert D. Mitchell (*admitted pro hac vice*)
William M. Fischbach III (*admitted pro hac vice*)
Christopher J. Waznik (*admitted pro hac vice*)
Jason C. Kolbe, Nevada Bar No. 11624
Kevin S. Soderstrom, Nevada Bar No. 10235

**TB** **TIFFANY & BOSCO**
P.A.

Camelback Esplanade II, Seventh Floor
2525 East Camelback Road
Phoenix, Arizona 85016-4229
Telephone: (602) 255-6000
Fax: (602) 255-0103
E-mails: rdm@tblaw.com; wmf@tblaw.com;
cjw@tblaw.com; jck@tblaw.com; kss@tblaw.com

Counsel for Defendant/Counterclaimant Martin Tripp

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TESLA, INC., a Delaware corporation, | Case No. 3:18-cv-00296-LRH-CBC |
| Plaintiff, | **STIPULATION OF SUBSTITUTION OF LOCAL COUNSEL WITHIN SAME FIRM AND DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO** |
| vs. | |
| MARTIN TRIPP, an individual, | |
| Defendant. | |
| MARTIN TRIPP, an individual, | |
| Counterclaimant, | |
| vs. | |
| TESLA, INC., a Delaware corporation, | |
| Counterdefendant. | |

1

Pursuant to Local Rules IA 11-2(d) and 11-6 of the Local Rules of the United States District Court for the District of Nevada ("Local Rule"), undersigned counsel hereby files this Stipulation of Substitution of Counsel within Same Firm and Designation of Resident Attorney Admitted to the Bar of this Court and Consent Thereto ("Stipulation"). Attorney Jason C. Kolbe (Nevada Bar No. 11624) and Kevin S. Soderstrom (Nevada Bar No. 10235) of Tiffany & Bosco, P.A. are joining Robert D. Mitchell, William M. Fischbach III, and Christopher J. Waznik and substituting as counsel for Defendant/Counterdefendant Martin A. Tripp in place of Matthew D. Dayton. Pursuant to Local Rule IA 11-2(d), Messrs. Kolbe and Soderstrom will serve as local counsel for Defendant/Counterclaimant Mr. Tripp. This Stipulation will not result in the delay of discovery, the trial (which has not yet been scheduled), or any hearing in this case.

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, Messrs. Mitchell, Fischbach, and Waznik believe it to be in the best interests of the client(s) to designate Jason C. Kolbe and Kevin S. Soderstrom, Attorneys at Law and members of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is: 10100 W. Charleston Blvd., Las Vegas, Nevada 89135, Tel.: (702) 258-8200, e-mails: jck@tblaw.com and kss@tblaw.com.

By this designation, Messrs. Mitchell, Fischbach, and Waznik and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

# APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party appoints Jason C. Kolbe and Kevin S. Soderstrom as his Designated Resident Nevada Counsel in this case.

_____
(party's signature)


Martin A. Tripp, Defendant/Counterclaimant
(type or print party name, title)

# CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature (Jason C. Kolbe)

| 11624 | jck@tblaw.com |
|---|---|
| Bar number | Email address |

_____
Designated Resident Nevada Counsel's signature (Kevin S. Soderstrom)

| 10235 | kss@tblaw.com |
|---|---|
| Bar number | Email address |

3

DATED this 18th day of October, 2018.

                                  TIFFANY & BOSCO, P.A.


                                  By */s/ Robert D. Mitchell*
                                      Robert D. Mitchell
                                      William M. Fischbach III
                                      Christopher J. Waznik
                                      Jason C. Kolbe
                                      Kevin S. Soderstrom
                                      Camelback Esplanade II, Seventh Floor
                                      2525 East Camelback Road
                                      Phoenix, Arizona 85016-4229
                                      *Counsel for Defendant/Counterclaimant*


**ORDER**

IT IS SO ORDERED:



_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

Dated: _____

4

...

## CERTIFICATE OF SERVICE

I hereby certify and declare under penalty of perjury that on October 17, 2018, I electronically filed the foregoing with the Clerk of Court for filing and uploading to the CM/ECF system which will send notification of such filing to all parties of record.

/s/ Natasha Petty