UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TESLA, INC., a Delaware corporation,<br><br>                              Plaintiff,<br><br>vs.<br><br>MARTIN TRIPP, an individual,<br><br>                              Defendant. | Case No. 3:18-cv-00296-LRH-CBC<br><br>**STIPULATION OF SUBSTITUTION OF LOCAL COUNSEL WITHIN SAME FIRM AND DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO** |
| MARTIN TRIPP, an individual,<br><br>                              Counterclaimant,<br><br>vs.<br><br>TESLA, INC., a Delaware corporation,<br><br>                              Counterdefendant. | |

1

Pursuant to Local Rules IA 11-2(d) and 11-6 of the Local Rules of the United States District Court for the District of Nevada ("Local Rule"), undersigned counsel hereby files this Stipulation of Substitution of Counsel within Same Firm and Designation of Resident Attorney Admitted to the Bar of this Court and Consent Thereto ("Stipulation"). Attorney Jason C. Kolbe (Nevada Bar No. 11624) and Kevin S. Soderstrom (Nevada Bar No. 10235) of Tiffany & Bosco, P.A. are joining Robert D. Mitchell, William M. Fischbach III, and Christopher J. Waznik and substituting as counsel for Defendant/Counterdefendant Martin A. Tripp in place of Matthew D. Dayton. Pursuant to Local Rule IA 11-2(d), Messrs. Kolbe and Soderstrom will serve as local counsel for Defendant/Counterclaimant Mr. Tripp. This Stipulation will not result in the delay of discovery, the trial (which has not yet been scheduled), or any hearing in this case.

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, Messrs. Mitchell, Fischbach, and Waznik believe it to be in the best interests of the client(s) to designate Jason C. Kolbe and Kevin S. Soderstrom, Attorneys at Law and members of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is: 10100 W. Charleston Blvd., Las Vegas, Nevada 89135, Tel.: (702) 258-8200, e-mails: jck@tblaw.com and kss@tblaw.com.

By this designation, Messrs. Mitchell, Fischbach, and Waznik and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

2

# APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party appoints Jason C. Kolbe and Kevin S. Soderstrom as his Designated Resident Nevada Counsel in this case.

_____
(party's signature)

Martin A. Tripp, Defendant/Counterclaimant
(type or print party name, title)

# CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature (Jason C. Kolbe)

| | |
|---|---|
| 11624 | jck@tblaw.com |
| Bar number | Email address |

_____
Designated Resident Nevada Counsel's signature (Kevin S. Soderstrom)

| | |
|---|---|
| 10235 | kss@tblaw.com |
| Bar number | Email address |

3

DATED this 18th day of October, 2018.

TIFFANY & BOSCO, P.A.

By /s/ Robert D. Mitchell
    Robert D. Mitchell
    William M. Fischbach III
    Christopher J. Waznik
    Jason C. Kolbe
    Kevin S. Soderstrom
    Camelback Esplanade II, Seventh Floor
    2525 East Camelback Road
    Phoenix, Arizona 85016-4229
    *Counsel for Defendant/Counterclaimant*

**ORDER**

IT IS SO ORDERED:

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

Dated: October 24, 2018

4