

1  **JACKSON LEWIS P.C.**
   Joshua A. Sliker, (Nevada Bar No. 12493)
2  *joshua.sliker@jacksonlewis.com*
   3800 Howard Hughes Parkway, Suite 600
3  Las Vegas, Nevada 89169
   Telephone: (702) 921-2460
4  Facsimile: (702) 921-2461

5  **HUESTON HENNIGAN LLP**
   John C. Hueston (*admitted pro hac vice*)
6  *jhueston@hueston.com*
   Allison L. Libeu (*admitted pro hac vice*)
7  *alibeu@hueston.com*
   523 W. 6th St., Suite 400, Los Angeles, CA 90014
8  Telephone: (213) 788-4340
   Facsimile: (888) 775-0898
9
   *Attorneys for Plaintiff/Counter-Defendant Tesla, Inc.*
10
   **TIFFANY & BOSCO, P.A.**
11 Robert D. Mitchell (*admitted pro hac vice*)
   *rdm@tblaw.com*
12 William M. Fischbach III (*admitted pro hac vice*)
   *wmf@blaw.com*
13 Christopher J. Waznik (*admitted pro hac vice*)
   *cjw@tblaw.com*
14 Jason C. Kolbe (Nevada Bar No. 11624)
   *jck@tblaw.com*
15 Kevin S. Soderstrom (Nevada Bar No. 10235)
   *kss@tblaw.com*
16 Camelback Esplanade II, Seventh Floor
   2525 East Camelback Road Phoenix, Arizona 85016-4229
17 Telephone: (602) 255-6000
   Facsimile: (602) 255-0103
18
   *Attorneys for Defendant/Counter-Plaintiff Martin Tripp*
19

20              **UNITED STATES DISTRICT COURT**

21                    **DISTRICT OF NEVADA**

22 TESLA, INC, a Delaware corporation,        Case No.: 3:18-cv-00296-LRH-CBC

23              Plaintiff,                     **STIPULATION AND [PROPOSED]**
                                               **MODIFICATION TO SCHEDULING**
24       v.                                    **ORDER**

25 MARTIN TRIPP, an individual,                **(FIRST REQUEST)**

26              Defendant.

27
   AND RELATED COUNTERCLAIM
28

   ─────────────────────────────────────────────────────────
   STIPULATION AND [PROPOSED] MODIFICATION TO SCHEDULING ORDER

Pursuant to Local Rule 26-4, Plaintiff and Counter-Defendant Tesla, Inc. ("Tesla") and Defendant and Counter-Plaintiff Martin Tripp ("Tripp") submit the following Stipulation and Proposed Modification to Scheduling Order.  The parties respectfully submit that modification of the scheduling order is warranted due to intervening holidays and the unavailability of counsel.  In support of and as good cause for this stipulation, the parties state as follows:

(a)   On August 28, 2018, the Court entered the Discovery Plan and Scheduling Order ("Scheduling Order") (ECF No. 31);

(b)   On August 29, 2018, the parties exchanged initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1) and the Scheduling Order;

(c)   On October 1, 2018, the Court held a case management conference, during which the Court noted that the Scheduling Order may need to be extended (ECF No. 42);

(d)   During the discovery period, the parties exchanged requests for documents, interrogatories, and requests for admission as well as responses thereto;

(e)   On October 30, 2018, Tesla noticed Tripp's deposition and the depositions of certain third parties to occur in late November and early December;

(f)   On October 31, 2018, Tripp's counsel informed Tesla that they were not available on the date that Tesla noticed for Tripp's deposition nor all but one of the dates noticed for depositions of third parties;

(g)   On October 31, 2018, Tesla agreed to continue the depositions to mutually convenient dates;

(h)   On November 8, 2018, Tesla disclosed its expert and expert report pursuant to Federal Rule of Civil Procedure 26(a)(2) and the Scheduling Order;

(i)   On November 8, 2018, Tripp proposed that the parties meet and confer regarding a possible extension of an unspecified number of case deadlines;

(j)   On November 15, 2018, Tripp proposed that the parties agree to extend the following deadlines to allow for the taking of depositions and completion of remaining discovery: (i) the deadline for disclosure of rebuttal experts and their

- 1 -

1  reports; (ii) the discovery cutoff date; (iii) the deadline for dispositive motions; and

2  (iv) the deadline for filing the pretrial order;

3       (k)    This is the first request for modification of the Scheduling Order;

4       (l)    With the exception of the deadline for disclosure of rebuttal experts and their

5  reports, this stipulation complies with Local Rule 26-4 in that it is filed not later than twenty-one

6  (21) days before the subject deadlines;

7       (m)    Tesla does not oppose Tripp's request to extend the deadline for disclosure of

8  rebuttal experts and their reports.

9       For the foregoing reasons, the parties stipulate and respectfully request that the Scheduling

10  Order be modified as follows:

11       1.    **Federal Rule of Civil Procedure 26(a)(2) Disclosures (Experts)**:  Disclosure of

12  rebuttal experts and their reports shall occur by **December 21, 2018**.

13       2.    **Discovery Cutoff Date**:  Discovery shall be extended to March 11, 2019.  This is

14  the deadline for completing discovery and means all discovery must be commenced in time to be

15  completed by **March 11, 2019**.

16       3.    **Dispositive Motions**:  Dispositive motions may be filed no later than **April 10,**

17  **2019**, which is thirty (30) days after the discovery deadline.  In the event that the discovery period

18  is extended from the discovery cutoff date set forth herein, the date for filing dispositive motions

19  shall be extended for the same duration, to be no later than thirty (30) days from the subsequent

20  discovery cutoff date.

21       4.    **Pretrial Order**:  The pretrial order shall be filed by **May 10, 2019**, which is not

22  later than thirty (30) days after the date set for filing dispositive motions.  In the event dispositive

23  motions are filed, the date for filing the joint pretrial order shall be suspended until thirty (30) days

24  after the decision of the dispositive motions or until further order of the Court.  In the further event

25  that the discovery period is extended from the discovery cutoff date set forth herein, the date for

26  filing the joint pretrial order shall be extended in accordance with the period set forth in this

27  paragraph.  The disclosures required by Federal Rule of Civil Procedure 26(a)(3), and any

28  objections thereto, shall be included in the pretrial order.

- 2 -

1    5.    All other deadlines remain as stated in the Discovery Plan and Scheduling Order

2  (ECF No. 31) previously entered by the Court.

3

4  Dated:  November 27, 2018                          **HUESTON HENNIGAN LLP**

5

6                                                            /s/ Allison L. Libeu
                                                           Allison L. Libeu
7                                                          *Attorneys for Plaintiff Tesla, Inc.*

8

9  Dated:  November 27, 2018                          **TIFFANY & BOSCO, P.A.**

10

11                                                          /s/ Christopher J. Waznik
                                                           Christopher J. Waznik
12                                                         *Attorneys for Defendant Martin Tripp*

13                                                       **ORDER**

14                                                       IT IS SO ORDERED

15

16

17                                                       THE HON. CARLA BALDWIN CARRY
                                                         UNITED STATES MAGISTRATE JUDGE
18

19                                                       DATED: 12/3/2018

20

21

22

23

24

25

26

27

28