Robert D. Mitchell (*admitted pro hac vice*)
William M. Fischbach III (*admitted pro hac vice*)
Christopher J. Waznik (*admitted pro hac vice*)
Jason C. Kolbe, Nevada Bar No. 11624
Kevin S. Soderstrom, Nevada Bar No. 10235

**TB TIFFANY & BOSCO** P.A.

Camelback Esplanade II, Seventh Floor
2525 East Camelback Road
Phoenix, Arizona 85016-4229
Telephone: (602) 255-6000
Fax: (602) 255-0103
E-mails: rdm@tblaw.com; wmf@tblaw.com;
cjw@tblaw.com; jck@tblaw.com; kss@tblaw.com

Counsel for Defendant/Counterclaimant Martin Tripp

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TESLA, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MARTIN TRIPP, an individual,<br><br>Defendant. | Case No. 3:18-cv-00296-LRH-CBC<br><br>**STIPULATION FOR DISMISSAL OF COUNT III OF COUNTERCLAIM** |
| MARTIN TRIPP, an individual,<br><br>Counterclaimant,<br><br>TESLA, INC., a Delaware corporation,<br><br>Counterdefendant | |

1

Pursuant to Federal Rule of Civil Procedure 41 and Local Rule 7-1, Plaintiff/Counterdefendant Tesla, Inc. ("Tesla") and Defendant/Counterclaimant Martin Tripp ("Tripp"), by and through undersigned counsel, hereby stipulate to the dismissal of Count III of Tripp's Counterclaim for Intentional Infliction of Emotional Distress (ECF No. 25 ¶¶ 93-99). Each party shall bear its own attorneys' fees and costs with respect to that claim.

DATED this 6th day of February, 2019.

**TIFFANY & BOSCO, P.A.**

By _____
Robert D. Mitchell
William M. Fischbach III
Christopher J. Waznik
Jason C. Kolbe
Kevin S. Soderstrom
*Counsel for Defendant/Counterclaimant*

**HUESTON HENNIGAN LLP**

By <u>Allison L. Libeu (*with permission*)</u>
John C. Hueston
Allison L. Libeu
*Attorneys for Plaintiff/Counterdefendant*

DATED: _____   **ORDER**

IT IS SO ORDERED

_____
The Honorable Carla Baldwin Carry
United States Magistrate Judge

2