**JACKSON LEWIS P.C.**
Joshua A. Sliker, (Nevada Bar No. 12493)
*joshua.sliker@jacksonlewis.com*
3800 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Telephone: (702) 921-2460
Facsimile: (702) 921-2461

**HUESTON HENNIGAN LLP**
John C. Hueston (*admitted pro hac vice*)
*jhueston@hueston.com*
Allison L. Libeu (*admitted pro hac vice*)
*alibeu@hueston.com*
523 W. 6th St., Suite 400, Los Angeles, CA 90014
Telephone: (213) 788-4340
Facsimile: (888) 775-0898

*Attorneys for Plaintiff/Counter-Defendant Tesla, Inc.*

**TIFFANY & BOSCO, P.A.**
Robert D. Mitchell (*admitted pro hac vice*)
*rdm@tblaw.com*
William M. Fischbach III (*admitted pro hac vice*)
*wmf@blaw.com*
Christopher J. Waznik (*admitted pro hac vice*)
*cjw@tblaw.com*
Jason C. Kolbe (Nevada Bar No. 11624)
*jck@tblaw.com*
Kevin S. Soderstrom (Nevada Bar No. 10235)
*kss@tblaw.com*
Camelback Esplanade II, Seventh Floor
2525 East Camelback Road Phoenix, Arizona 85016-4229
Telephone: (602) 255-6000
Facsimile: (602) 255-0103

*Attorneys for Defendant/Counter-Plaintiff Martin Tripp*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TESLA, INC, a Delaware corporation, | Case No.: 3:18-cv-00296-LRH-CBC |
| Plaintiff, | **STIPULATION AND [PROPOSED] MODIFICATION TO SCHEDULING ORDER** |
| v. | |
| MARTIN TRIPP, an individual, | **(SECOND REQUEST)** |
| Defendant. | |
| AND RELATED COUNTERCLAIM | |

Pursuant to Local Rule 26-4, Plaintiff and Counter-Defendant Tesla, Inc. ("Tesla") and Defendant and Counter-Plaintiff Martin Tripp ("Tripp") submit the following Stipulation and Proposed Modification to Scheduling Order. The parties respectfully submit that modification of the scheduling order is warranted to allow for the taking of remaining depositions on dates mutually convenient for the witnesses and counsel. In support of and as good cause for this stipulation, the parties state as follows:

(a) On August 28, 2018, the Court entered the Discovery Plan and Scheduling Order ("Scheduling Order") (ECF No. 31);

(b) On August 29, 2018, the parties exchanged initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1) and the Scheduling Order;

(c) On October 1, 2018, the Court held a case management conference, during which the Court noted that the Scheduling Order may need to be extended (ECF No. 42);

(d) During the discovery period, the parties have exchanged expert reports, requests for documents, interrogatories, and requests for admission as well as responses thereto;

(e) On December 5, 2018, the Court modified the Scheduling Order pursuant to stipulation of the parties (ECF No. 55);

(f) Although the parties have been working cooperatively to schedule depositions, finding dates to accommodate counsel and witnesses has been a challenge. Among other things, counsel for Tesla have been unable to locate and serve two third parties identified on Tripp's witness disclosures. In addition, Tripp seeks to depose a Tesla representative on several matters pursuant to Rule 30(b)(6), which will require Tesla to designate three different individuals to be deposed. Tripp also seeks to depose multiple other current and former Tesla employees, one of whom is currently on a leave of absence and is not expected to return until shortly before the discovery cutoff;

(g) To allow for the taking of remaining depositions and completion of remaining discovery, the parties agree to extend the following deadlines: (i) the discovery

|   |   |   |
|---|---|---|
| 1 |  | cutoff date; (ii) the deadline for dispositive motions; and (iii) the deadline for filing the pretrial order; |
| 3 | (h) | This is the second request for modification of the Scheduling Order; |
| 4 | (i) | The parties do not anticipate requesting further modification of the Scheduling Order; and |
| 6 | (j) | This stipulation complies with Local Rule 26-4 in that it is filed not later than twenty-one (21) days before the subject deadlines. |

For the foregoing reasons, the parties stipulate and respectfully request that the Scheduling Order be modified as follows:

1. **Discovery Cutoff Date:**  Discovery shall be extended approximately one-hundred-and-twenty (120) days to July 10, 2019.  This is the deadline for completing discovery and means all discovery must be commenced in time to be completed by **July 10, 2019**.

2. **Dispositive Motions:**  Dispositive motions may be filed no later than **August 9, 2019**, which is thirty (30) days after the discovery deadline.  In the event that the discovery period is extended from the discovery cutoff date set forth herein, the date for filing dispositive motions shall be extended for the same duration, to be no later than thirty (30) days from the subsequent discovery cutoff date.

3. **Pretrial Order:**  The pretrial order shall be filed by **September 6, 2019**, which is not later than thirty (30) days after the date set for filing dispositive motions.  In the event dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until thirty (30) days after the decision of the dispositive motions or until further order of the Court.  In the further event that the discovery period is extended from the discovery cutoff date set forth herein, the date for filing the joint pretrial order shall be extended in accordance with the period set forth in this paragraph.  The disclosures required by Federal Rule of Civil Procedure 26(a)(3), and any objections thereto, shall be included in the pretrial order.

4. All other deadlines remain as stated in the Discovery Plan and Scheduling Order previously entered by the Court (ECF Nos. 31 & 55).

Dated: February 6, 2019                    **HUESTON HENNIGAN LLP**

                                                                               /s/ Allison L. Libeu
                                                   Allison L. Libeu
                                                   *Attorneys for Plaintiff Tesla, Inc.*

Dated: February 6, 2019                    **TIFFANY & BOSCO, P.A.**

                                                   /s/ William Fischbach
                                                 William Fischbach
                                                 *Attorneys for Defendant Martin Tripp*

**ORDER**

IT IS SO ORDERED

_____
THE HON. CARLA BALDWIN CARRY
UNITED STATES MAGISTRATE JUDGE

DATED:_____