1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

TESLA, INC., a Delaware corporation,

Plaintiff,

vs.

MARTIN TRIPP, an individual,

Defendant.

MARTIN TRIPP, an individual,

Counterclaimant,

TESLA, INC., a Delaware corporation,

Counterdefendant

Case No. 3:18-cv-00296-LRH-CBC

**STIPULATION FOR DISMISSAL OF COUNT III OF COUNTERCLAIM**

**AND**

**ORDER THEREON**

1

1  Pursuant to Federal Rule of Civil Procedure 41 and Local Rule 7-1,

2  Plaintiff/Counterdefendant Tesla, Inc. ("Tesla") and Defendant/Counterclaimant Martin

3  Tripp ("Tripp"), by and through undersigned counsel, hereby stipulate to the dismissal of

4  Count III of Tripp's Counterclaim for Intentional Infliction of Emotional Distress (ECF

5  No. 25 ¶¶ 93-99). Each party shall bear its own attorneys' fees and costs with respect to that

6  claim.

7  DATED this 6th day of February, 2019.

8  **TIFFANY & BOSCO, P.A.**

9

10

11

12  By _____

13  Robert D. Mitchell
   William M. Fischbach III
   Christopher J. Waznik
14  Jason C. Kolbe
   Kevin S. Soderstrom
15  *Counsel for Defendant/Counterclaimant*

16

17  **HUESTON HENNIGAN LLP**

18

19  By Allison L. Libeu (*with permission*)
   John C. Hueston
20  Allison L. Libeu
   *Attorneys for Plaintiff/Counterdefendant*

21  **ORDER**

22  IT IS SO ORDERED.
23  DATED this 7th day of February, 2019.

24

25

26  _____
   LARRY R. HICKS
27  UNITED STATES DISTRICT JUDGE

28
                              2