**JACKSON LEWIS P.C.**
Joshua A. Sliker, (Nevada Bar No. 12493)
*joshua.sliker@jacksonlewis.com*
3800 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Telephone: (702) 921-2460
Facsimile: (702) 921-2461

**HUESTON HENNIGAN LLP**
John C. Hueston (*admitted pro hac vice*)
*jhueston@hueston.com*
Allison L. Libeu (*admitted pro hac vice*)
*alibeu@hueston.com*
523 W. 6th St., Suite 400, Los Angeles, CA 90014
Telephone: (213) 788-4340
Facsimile: (888) 775-0898

*Attorneys for Plaintiff/Counter-Defendant Tesla, Inc.*

**TIFFANY & BOSCO, P.A.**
Robert D. Mitchell (*admitted pro hac vice*)
*rdm@tblaw.com*
William M. Fischbach III (*admitted pro hac vice*)
*wmf@tblaw.com*
Christopher J. Waznik (*admitted pro hac vice*)
*cjw@tblaw.com*
Jason C. Kolbe (Nevada Bar No. 11624)
*jck@tblaw.com*
Kevin S. Soderstrom (Nevada Bar No. 10235)
*kss@tblaw.com*
Camelback Esplanade II, Seventh Floor
2525 East Camelback Road Phoenix, Arizona 85016-4229
Telephone: (602) 255-6000
Facsimile: (602) 255-0103

*Attorneys for Defendant/Counter-Plaintiff Martin Tripp*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TESLA, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>MARTIN TRIPP, an individual,<br><br>    Defendant.<br><br>AND RELATED COUNTERCLAIM | Case No.: 3:18-cv-00296-LRH-CBC<br><br>**JOINT CASE MANAGEMENT REPORT** |

1   Plaintiff and Counter-Defendant Tesla, Inc. and Defendant and Counter-Plaintiff Martin
Tripp hereby submit the following joint case management report.

  1. <u>Status of Discovery</u>.  Since the case management conference on February 6, 2019, the parties have been working cooperatively to complete depositions and other discovery before the July 10, 2019 cutoff set forth in the Court's Discovery Plan and Scheduling Order (ECF No. 68). Six depositions are currently scheduled to take place in May, and five depositions are currently scheduled to take place in June.  The parties anticipate taking another two to three depositions before the cutoff but do not anticipate requesting further modification to the Discovery Plan and Scheduling Order.

  The parties are still not in agreement regarding the deposition of Elon Musk, and if the matter cannot be resolved in a meet and confer per the Court's December 3, 2018 order, the parties will request a telephonic status conference with the Court.

  2. <u>Settlement Conference</u>.  The parties are amenable to scheduling this matter for a settlement conference before the Court at the Court's convenience.

Respectfully submitted,

Dated: April 29, 2019   **HUESTON HENNIGAN LLP**

*/s/ Allison L. Libeu*
Allison L. Libeu
*Attorneys for Plaintiff Tesla, Inc.*

Dated: April 29, 2019   **TIFFANY & BOSCO, P.A.**

*/s/ Christopher J. Waznik*
Christopher J. Waznik
*Attorneys for Defendant Martin Tripp*