UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | | |
|---|---|---|
| TESLA, INC., | ) | 3:18-CV-0296-LRH-CBC |
| Plaintiff(s), | ) | **MINUTES OF PROCEEDINGS** |
| vs. | ) | DATE: May 13, 2019 |
| MARTIN TRIPP, | ) | |
| Defendant(s). | ) | |

PRESENT:  THE HONORABLE CARLA BALDWIN CARRY  , U.S. MAGISTRATE JUDGE

Deputy Clerk:        Lisa Mann         Court Reporter:   Liberty Recorder

Counsel for Plaintiff(s):          Allison Libeu

Counsel for Defendant(s):         William Fischbach, III

PROCEEDINGS: TELEPHONIC CASE MANAGEMENT CONFERENCE

10:58 a.m.  Court convenes.

The Court addresses the parties regarding the purpose of this hearing.  The Court notes it initially anticipated vacating this hearing; however, from the joint case management report (ECF No. 69), it appears the parties are interested in setting this matter for a settlement conference.

Mr. Fischbach advises that counsel intended to apprise the Court of the status of discovery at this case management conference.  Mr. Fischbach reports the parties have been working well together with respect to discovery and anticipate that the only issue with respect to discovery will be the deposition of Elon Musk.  Counsel report they anticipate briefing the issue of the Elon Musk deposition; however, Mr. Fischbach is concerned that the issue regarding the deposition of Elon Musk may not be resolved prior to the close of discovery.  Ms. Libeu advises that counsel intend to have a more detailed discussion regarding the deposition of Elon Musk after the 30(b)(6) deposition currently scheduled for June 6, 2019.

Therefore, the Court finds it shall conduct a further telephonic case management conference in this case on **Thursday, June 27, 2019** at **9:00 a.m.**  The parties shall file a joint case management report by no later than the close of business on **Thursday, June 20, 2019**.  Such report shall specifically address the status of the deposition of Elon Musk, whether the parties wish to participate

Tesla, Inc. v. Martin Tripp
3:18-CV-0296-LRH-CBC
May 13, 2019
Page 2

in a private mediation or settlement conference before this Court, and whether an extension of the discovery deadline for the limited purpose of taking the deposition of Elon Musk is warranted. Counsel shall dial **877-336-1829** at least five (5) minutes prior to the hearing to be properly connected into the courtroom.  The **access code** is **2809752** and the **security code** is **18296**.

    IT IS SO ORDERED.

11:11 a.m.  Court adjourns.

                                             DEBRA K. KEMPI, CLERK

                                             By:_____/s/_____
                                               Lisa Mann, Deputy Clerk