**JACKSON LEWIS P.C.**
Joshua A. Sliker, (Nevada Bar No. 12493)
*joshua.sliker@jacksonlewis.com*
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Telephone: (702) 921-2460
Facsímile: (702) 921-2461

**HUESTON HENNIGAN LLP**
John C. Hueston (*admitted pro hac vice*)
*jhueston@hueston.com*
Robert N. Klieger (*admitted pro hac vice*)
*rklieger@hueston.com*
Allison L. Libeu (*admitted pro hac vice*)
*alibeu@hueston.com*
523 W. 6th St., Suite 400
Los Angeles, California 90014
Telephone: (213) 788-4340
Facsimile: (888) 775-0898

*Attorneys for Plaintiff/Counterdefendant Tesla, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TESLA, INC., a Delaware corporation, | Case No.:  3:18-cv-00296-LRH-CBC |
| Plaintiff, | |
| v. | **PLAINTIFF / COUNTERDEFENDANT TESLA, INC.'S NOTICE OF CHANGE OF ADDRESS OF COUNSEL** |
| MARTIN TRIPP, an individual, | |
| Defendant. | |
| AND RELATED COUNTERCLAIM | |

      **PLEASE TAKE NOTICE** that Joshua A. Sliker, Esq. and the law firm Jackson Lewis P.C., counsel for Plaintiff / Counterdefendant Tesla, Inc., have changed their mailing address to Jackson Lewis P.C., 300 S. Fourth Street, Suite 900, Las Vegas, Nevada 89101.

*/ / /*

*/ / /*

*/ / /*

*/ / /*

*/ / /*

1   All other contact information, including telephone and facsimile numbers, and email addresses,

2   remain the same.

3      DATED this 7th day of June, 2019.

4               JACKSON LEWIS P.C.

5               */s/ Joshua A. Sliker*

6               JOSHUA A. SLIKER, ESQ.
            Nevada Bar No. 12493

7               300 S. Fourth Street
            Suite 900

8               Las Vegas, Nevada 89101

9               *Attorney for Plaintiff*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

## **CERTIFICATE OF SERVICE**

I hereby certify and declare under penalty of perjury that on June 7, 2019, I electronically filed the foregoing **PLAINTIFF / COUNTERDEFENDANT TESLA, INC.'S NOTICE OF CHANGE OF ADDRESS OF COUNSEL** with the Court's CM/ECF system which will send notification of such filing to counsel of record for all parties including:

6

7

8

9

10

11

12

13

14

| | |
|---|---|
| **HUESTON HENNIGAN LLP**<br>John C. Hueston<br>jhueston@hueston.com<br>Robert N. Klieger<br>rklieger@hueston.com<br>Allison L. Libeu<br>alibeu@hueston.com<br>523 W. 6th St., Suite 400<br>Los Angeles, CA 90014<br>Telephone: (213) 788-4340<br>Facsimile: (888) 775-0898<br><br>*Attorneys for Plaintiff/Counterdefendant Tesla, Inc.* | **CHARIS LEX P.C.**<br>Sean P. Gates<br>sgates@charislex.com<br>Douglas J. Beteta<br>dbeteta@charislex.com<br>16 N. Marengo Ave., Suite 300<br>Pasadena, CA 91101<br>Telephone: (626) 508-1715<br>Facsimile: (626) 508-1730<br><br>*Attorneys for Plaintiff/Counterdefendant Tesla, Inc.* |
| **TIFFANY & BOSCO, P.A.**<br>Robert D. Mitchell<br>rdm@tblaw.com<br>William M. Fischbach III<br>wmf@tblaw.com<br>Christopher J. Waznik<br>cjw@tblaw.com<br>Jason C. Kolbe<br>jck@tblaw.com<br>Kevin S. Soderstrom<br>kss@tblaw.com<br>Camelback Esplanade II, Seventh Floor<br>2525 East Camelback Road<br>Phoenix, Arizona 85016<br>Telephone: (602) 255-6000<br>Facsimile: (602) 255-0103<br><br>*Attorneys for Defendant/Counterclaimant Martin Tripp* | |

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*/s/ Kelley Chandler*
An Employee of Jackson Lewis P.C.