Robert D. Mitchell (*admitted pro hac vice*)
William M. Fischbach III (*admitted pro hac vice*)
Christopher J. Waznik (*admitted pro hac vice*)
Jason C. Kolbe, Nevada Bar No. 11624
Kevin S. Soderstrom, Nevada Bar No. 10235

**TB TIFFANY & BOSCO**
    P.A.

Camelback Esplanade II, Seventh Floor
2525 East Camelback Road
Phoenix, Arizona 85016-4229
Telephone: (602) 255-6000
Fax: (602) 255-0103
E-mails: rdm@tblaw.com; wmf@tblaw.com;
cjw@tblaw.com; jck@tblaw.com; kss@tblaw.com

Counsel for Defendant/Counterclaimant Martin Tripp

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TESLA, INC., a Delaware corporation,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>MARTIN TRIPP, an individual,<br><br>　　　　　　　Defendant. | Case No. 3:18-cv-00296-LRH-CBC<br><br>**MOTION TO WITHDRAW AS COUNSEL OF RECORD AND APPROVE CHANGE OF COUNSEL OF RECORD WITHIN LAW FIRM** |
| MARTIN TRIPP, an individual,<br><br>　　　　　　　Counterclaimant,<br><br>vs.<br><br>TESLA, INC., a Delaware corporation,<br><br>　　　　　　　Counterdefendant. | |

1

Pursuant to Local Rule IA 11-6 of the Local Rules of the United States District Court for the District of Nevada ("Local Rule") and Rule 1.16(b)(1) and (7) of the Nevada Rules of Professional Conduct, Christopher J. Waznik respectfully moves the Court for an Order permitting Christopher J. Waznik, who has appeared in these proceedings as *pro hac vice* counsel for Defendant/Counterclaimant Martin Tripp ("Mr. Tripp"), to withdraw as counsel for Mr. Tripp in the above-styled matter and approving the change in counsel within the same law firm. This Motion is supported by the following memorandum of points and authorities.

## MEMORANDUM OF POINTS AND AUTHORITIES.

Pursuant to Local Rule 11-6, Mr. Waznik respectfully requests an order authorizing him to withdraw as counsel for Mr. Tripp and approving the change in counsel within firm. The reason for this request is that as of June 14, 2019, Mr. Waznik will no longer be affiliated with Tiffany & Bosco, P.A. as he has accepted a position with the federal government. Mr. Tripp will continue to be represented by the same other attorneys within Tiffany & Bosco, P.A. who have all appeared in this action, namely, Robert D. Mitchell, William M. Fischbach III, Jason C. Kolbe, and Kevin S. Soderstrom. Moreover, it is anticipated that an additional attorney within Tiffany & Bosco, P.A. will submit an application to appear in this case *pro hac vice* shortly. This change in counsel will not result in the delay of discovery, the trial (which has not yet been scheduled), or any hearing in this case as Mr. Tripp will continue to be represented by Messrs. Mitchell, Fischbach, Kolbe, and Soderstrom who have all appeared in this action.

Likewise, pursuant to Rule 1.16(b)(1) of the Nevada Rules of Professional Conduct, Mr. Waznik's withdrawal can be accomplished without material adverse effect on the interests of Mr. Tripp as Mr. Tripp will continue to be represented by Tiffany & Bosco, P.A. and four other attorneys who have all appeared in this action. Moreover, good cause under Rule 1.16(b)(1) of the Nevada Rules of Professional Conduct exists for Mr. Waznik's

withdrawal as he will no longer be associated with Tiffany & Bosco, P.A. and that law firm will continue to represent Mr. Tripp in this matter.

Pursuant to Local Rules IA 11-6, Mr. Tripp has been notified of and consented to Mr. Waznik's withdrawal and this change in counsel within firm, and counsel for Plaintiff/Counterdefendant Tesla, Inc. has been notified with the filing of this Motion.

A proposed form of order is submitted herewith for entry.

DATED this 13th day of June, 2019.

TIFFANY & BOSCO, P.A.

By _____
Robert D. Mitchell
William M. Fischbach III
Christopher J. Waznik
Jason C. Kolbe
Kevin S. Soderstrom
Camelback Esplanade II, Seventh Floor
2525 East Camelback Road
Phoenix, Arizona 85016-4229
*Counsel for Defendant/Counterclaimant*

3

## CERTIFICATE OF SERVICE

I hereby certify and declare under penalty of perjury that on June 13, 2019, I electronically filed the foregoing with the Clerk of Court for filing and uploading to the CM/ECF system which will send notification of such filing to all parties of record.

_____

4