Robert D. Mitchell (*admitted pro hac vice*)
William M. Fischbach III (*admitted pro hac vice*)
Christopher J. Waznik (*admitted pro hac vice*)
Jason C. Kolbe, Nevada Bar No. 11624
Kevin S. Soderstrom, Nevada Bar No. 10235

**TB TIFFANY & BOSCO** P.A.

Camelback Esplanade II, Seventh Floor
2525 East Camelback Road
Phoenix, Arizona 85016-4229
Telephone: (602) 255-6000
Fax: (602) 255-0103
E-mails: rdm@tblaw.com; wmf@tblaw.com;
cjw@tblaw.com; jck@tblaw.com; kss@tblaw.com

Counsel for Defendant/Counterclaimant Martin Tripp

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TESLA, INC., a Delaware corporation,<br><br>                        Plaintiff,<br><br>vs.<br><br>MARTIN TRIPP, an individual,<br><br>                        Defendant.<br><br>MARTIN TRIPP, an individual,<br><br>                        Counterclaimant,<br><br>vs.<br><br>TESLA, INC., a Delaware corporation,<br><br>Counterdefendant. | Case No. 3:18-cv-00296-LRH-CBC<br><br>**[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD AND APPROVE CHANGE OF COUNSEL OF RECORD WITHIN LAW FIRM** |

1

In consideration of the Motion to Withdraw as Counsel of Record by Christopher J. Waznik and Approve Change of Counsel of Record Within Law Firm (the "Motion") and good cause appearing,

**IT IS ORDERED** granting the Motion.

**IT IS FURTHER ORDERED** that Christopher J. Waznik is hereby withdrawn as counsel for Defendant/Counterclaimant Martin Tripp in this matter.

UNITED STATES MAGISTRATE JUDGE

Dated: _____