1  Robert D. Mitchell (*admitted pro hac vice*)
   William M. Fischbach III (*admitted pro hac vice*)
2  Christopher J. Waznik (*admitted pro hac vice*)
3  Jason C. Kolbe, Nevada Bar No. 11624
   Kevin S. Soderstrom, Nevada Bar No. 10235
4  **TB TIFFANY & BOSCO**
                P.A.
5  Camelback Esplanade II, Seventh Floor
6  2525 East Camelback Road
   Phoenix, Arizona 85016-4229
7  Telephone: (602) 255-6000
8  Fax: (602) 255-0103
   E-mails: rdm@tblaw.com; wmf@tblaw.com;
9  cjw@tblaw.com; jck@tblaw.com; kss@tblaw.com

10 Counsel for Defendant/Counterclaimant Martin Tripp

11              UNITED STATES DISTRICT COURT
12
13                    DISTRICT OF NEVADA

14 TESLA, INC., a Delaware corporation,           Case No. 3:18-cv-00296-LRH-CBC
15
                            Plaintiff,            [~~PROPOSED~~] ORDER GRANTING
16                                                MOTION TO WITHDRAW AS COUNSEL
                                                  OF RECORD AND APPROVE CHANGE
17 vs.                                            OF COUNSEL OF RECORD WITHIN
                                                  LAW FIRM
18 MARTIN TRIPP, an individual,
19
                            Defendant.
20
21 MARTIN TRIPP, an individual,
22
                            Counterclaimant,
23 vs.
24
   TESLA, INC., a Delaware corporation,
25
26
   Counterdefendant.
27
                                          1
28

FILED / ENTERED ___ RECEIVED ___ SERVED ON COUNSEL/PARTIES OF RECORD
JUN 17 2019
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

In consideration of the Motion to Withdraw as Counsel of Record by Christopher J. Waznik and Approve Change of Counsel of Record Within Law Firm (the "Motion") and good cause appearing,

**IT IS ORDERED** granting the Motion.

**IT IS FURTHER ORDERED** that Christopher J. Waznik is hereby withdrawn as counsel for Defendant/Counterclaimant Martin Tripp in this matter.

_____
UNITED STATES MAGISTRATE JUDGE

Dated: June 17, 2019

2