**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

TESLA, INC., a Delaware corporation,

    Plaintiff(s),

vs.

MARTIN TRIPP, an individual,

    Defendant(s).

Case #3:18-cv-00296-LRH-CBC

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_Fletcher R. Carpenter_, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

_Tiffany & Bosco, P.A._
(firm name)

with offices at _2525 East Camelback Road, 7th Floor_,
(street address)

_Phoenix_, _Arizona_, _85016_,
(city) (state) (zip code)

_(602) 255-6065_, _frc@tblaw.com_.
(area code + telephone number) (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

_Martin Tripp_ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since February 15, 2018 (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of Arizona (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Supreme Court of Arizona | February 15, 2018 | 034228 |
| Supreme Court of New Mexico | October 16, 2017 | 150533 |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None.

2

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

Not Applicable.

7. That Petitioner is a member of good standing in the following Bar Associations.

State Bar of Arizona; State Bar of New Mexico.

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF ___Arizona___ )
)
COUNTY OF ___Maricopa___ )

___Fletcher R. Carpenter___, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

___1st___ day of ___July___, ___2019___.

_____
Notary Public or Clerk of Court

KALEIGH PERALTA
NOTARY PUBLIC – ARIZONA
MARICOPA COUNTY
My Commission Expires
April 25, 2020

# DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ___Jason C. Kolbe___,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

___10100 W. Charleston Boulevard, Suite 220___,
(street address)

___Las Vegas___, ___Nevada___, ___89135___,
(city)           (state)          (zip code)

___(702) 258-8200___, ___jck@tblaw.com___.
(area code + telephone number)   (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) _____Jason C. Kolbe_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____  7/2/19
(party's signature)

Martin Tripp, Defendant
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

11624                    jck@tblaw.com
Bar number               Email address

APPROVED:

Dated: this ____ day of _____, 20___.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

### CERTIFICATE OF THE CLERK OF THE SUPREME COURT
### OF THE
### STATE OF ARIZONA

---

*I, Janet Johnson, Clerk of the Supreme Court of the State of Arizona, hereby certify that, according to the records of my office and upon the recommendation of the Disciplinary Clerk of the Supreme Court of Arizona*

### FLETCHER R. CARPENTER

*was on the 15th day of February, 2018 was duly admitted to practice as an Attorney and Counselor at Law in all the courts of Arizona; that no disciplinary proceedings are pending against this attorney in the Arizona Supreme Court as of the date of this certificate; and that this name now appears on the Roll of Attorneys in this office as an active member of the State Bar of Arizona in good standing.*

*Given under my hand and the seal of said Court this 25th day of June, 2019.*

JANET JOHNSON, Clerk

By _____
Liz Gomez
*Deputy Clerk II*

CERTIFICATE OF GOOD STANDING
ISSUED BY THE DISCIPLINARY CLERK
FOR AND ON BEHALF OF
THE SUPREME COURT OF ARIZONA

    The Disciplinary Clerk pursuant to Rule 74, Rules of the Supreme Court of Arizona, hereby certifies that according to the records of the State Bar, **FLETCHER R. CARPENTER** was duly admitted to practice as an attorney and counselor at law in all courts of Arizona by the Supreme Court of Arizona on February 15, 2018 and is now, as of the date of this Certificate, an active member of the State Bar of Arizona in good standing.

    Given under the seal of the Disciplinary Clerk of the Supreme Court of Arizona this June 26, 2019.

_____
Michelle R. Martinez
Disciplinary Clerk



IN THE SUPREME COURT OF THE STATE OF NEW MEXICO

# Certificate

STATE OF NEW MEXICO }
                    } ss.
SUPREME COURT       }

I, JOEY D. MOYA, Chief Clerk of the Supreme Court of the State of New Mexico, hereby certify that, upon passing a written examination prescribed by the New Mexico Board of Bar Examiners, **FLETCHER R. CARPENTER** was admitted to practice law in the Supreme Court and other courts of the State of New Mexico on **October 16, 2017**, and has at all times since been and is now a member of the Bar of said Supreme Court in good standing.

"Good standing" means that the attorney is current on payment of State Bar dues, has complied with Minimum Continuing Legal Education requirements, and is not presently under either administrative or disciplinary suspension. No disciplinary action involving professional misconduct has been taken against the attorney's law license. This certification expires 30 days from this date, unless sooner revoked or rendered invalid by operation of rule or law.

WITNESS, My official signature and the seal of said Court this 18th day of June, 2019.

_____Joey D. Moya_____
Chief Clerk of the Supreme Court
of the State of New Mexico

By: _____
Chief Deputy Clerk