Robert D. Mitchell (*admitted pro hac vice*)
William M. Fischbach III (*admitted pro hac vice*)
Fletcher R. Carpenter (*admitted pro hac vice*)
Jason C. Kolbe, Nevada Bar No. 11624
Kevin S. Soderstrom, Nevada Bar No. 10235

**TB TIFFANY & BOSCO** P.A.

Camelback Esplanade II, Seventh Floor
2525 East Camelback Road
Phoenix, Arizona 85016-4229
Telephone: (602) 255-6000
Fax: (602) 255-0103
E-mails: rdm@tblaw.com; wmf@tblaw.com;
frc@tblaw.com; jck@tblaw.com; kss@tblaw.com

Counsel for Defendant/Counterclaimant Martin Tripp

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TESLA, INC., a Delaware corporation,<br><br>　　　　　　　　　Plaintiff,<br><br>vs.<br><br>MARTIN TRIPP, an individual,<br><br>　　　　　　　　　Defendant.<br><br>MARTIN TRIPP, an individual,<br><br>Counterclaimant,<br><br>TESLA, INC., a Delaware corporation,<br><br>Counterdefendant | Case No. 3:18-cv-00296-LRH-CBC<br><br>**DEFENDANT/COUNTERCLAIMANT MARTIN TRIPP'S MOTION TO SEAL *DAUBERT* MOTION TO EXCLUDE EXPERT OPINION AND TESTIMONY UNDER LR IA 10-5** |

1

Defendant/Counterclaimant Martin Tripp moves to seal his *Daubert* Motion to Exclude Expert Opinion and Testimony [ECF No. 86] ("*Daubert* Motion") filed contemporaneously with this motion. For the reasons below, the Court should **deny** this motion.

Pursuant to ¶ 12 of the October 10, 2018 Protective Order in this case [ECF No. 43], a party may not file any document designated CONFIDENTIAL or CONFIDENTIAL-ATTORNEYS' EYES ONLY without complying first with LR IA 10-5.

Although Tripp files this motion to be in compliance with the Protective Order, nothing in the *Daubert* Motion warrants sealing. Since the inception of this case, Tesla has abused the Protective Order by lavishly designating anything and everything as CONFIDENTIAL or CONFIDENTIAL-ATTORNEYS' EYES ONLY. Tesla even designated its own Rule 26 disclosure statement as CONFIDENTIAL.

In this instance, there are three attachments to Tripp's *Daubert* Motion that Tesla has designated CONFIDENTIAL: (1) the expert report of Tesla's damages expert Jeffrey H. Kinrich (Exhibit C to the *Daubert* Motion); Tesla's March 8, 2019 Responses to Interrogatories 16 and 22, (Exhibit D to the *Daubert* Motion); and Kinrich's Deposition (Exhibit E to the *Daubert* Motion).

Under ¶ 8 of the Protective Order, "A Producing Party may designate Discovery Material as 'CONFIDENTIAL' if it contains or reflects confidential, proprietary, and/or commercially sensitive information of any party." None of the three exhibits above remotely qualify. The only specific information Tesla has ever identified that might qualify as "proprietary" is the wage information for specific Tesla employees contained in Exhibits 1 and 3 to Kinrich's expert report. While Tripp disputes that such wage information is "confidential, proprietary, and/or commercially sensitive," Tripp has nevertheless redacted the specific wage information from Exhibits 1 and 3 to Kinrich's report.

Tripp therefore requests that the Court **deny** this motion to seal.

2

1  DATED this 14th day of August, 2019.
2           TIFFANY & BOSCO, P.A.

5          By */s/William M. Fischbach III*
6           Robert D. Mitchell
         William M. Fischbach III
7           Fletcher R. Carpenter
         Camelback Esplanade II, Seventh Floor
8           2525 East Camelback Road
         Phoenix, Arizona 85016-4229
9           *Counsel for Defendant/Counterclaimant*

# PROOF OF SERVICE

I am employed in the County of Maricopa, State of Arizona. I am over the age of 18 and not a party to the within action; my business address is Tiffany & Bosco, P.A. 2525 E. Camelback Road, Suite 700, Phoenix, Arizona 85016.

On August 14, 2019, I served the following described as:

**DEFENDANT/COUNTERCLAIMANT MARTIN TRIPP'S MOTION TO SEAL**

on the following interested parties in this action:

| | |
|---|---|
| John C. Hueston<br>Robert N. Klieger<br>Marshall A. Camp<br>Allison Libeu<br>Stephen Richards<br>Hueston Hennigan LLP<br>620 Newport Center Drive, Suite 1300<br>Newport Beach, CA 92660<br>jhueston@hueston.com;<br>rklieger@hueston.com;<br>mcamp@hueston.com;<br>alibeu@hueston.com;<br>srichards@hueston.com<br>*Attorneys for Plaintiff/Counterdefendant Tesla, Inc.* | Joshua A. Sliker<br>Jackson Lewis<br>300 S. Fourth Street, Suite 900<br>Las Vegas, Nevada 89101<br>Joshua.sliker@jacksonlewis.com<br>*Attorney for Plaintiff/Counterdefendant Tesla, Inc.*<br><br>Sean P. Gates (*admitted pro hac vice*)<br>Douglas J. Beteta (*admitted pro hac vice*)<br>Charis Lex, P.C.<br>301 N. Lake Ave., Suite 1100<br>Pasadena, California 91101<br>sgates@charislex.com<br>*Attorneys for Plaintiff/Counterdefendant Tesla, Inc.* |

**[X] (BY E-MAIL)** By transmitting the above documents to the above e-mail addresses.

**[X] (STATE)** I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED on this 14th day of August, 2019 at Phoenix, Arizona.

/s/ Kaleigh Stilchen

4