**JACKSON LEWIS P.C.**
Joshua A. Sliker (Nevada Bar No. 12493)
Joshua.Sliker@jacksonlewis.com
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Telephone:    (702) 921-2460
Facsimile:    (702) 921-2461

**CHARIS LEX P.C.**
Sean P. Gates *(admitted pro hac vice)*
sgates@charislex.com
Douglas J. Beteta *(admitted pro hac vice)*
dbeteta@charislex.com
301 N. Lake Ave., Suite 1100
Pasadena, California 91101
Telephone:    (626) 508-1717
Facsimile:    (626) 508-1730

Attorneys for Plaintiff/Counter-Defendant
TESLA, INC.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TESLA, INC., a Delaware corporation,<br><br>            Plaintiff,<br><br>     vs.<br><br>MARTIN TRIPP, an individual,<br><br>            Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. 3:18-cv-00296-LRH-CBC<br><br>**TESLA, INC.'S RESPONSE TO TRIPP'S MOTION TO SEAL HIS *DAUBERT* MOTION TO EXCLUDE EXPERT OPINION AND TESTIMONY (ECF NO. 87)** |

1   Plaintiff and Counter-Defendant Tesla, Inc., hereby submits this response to Defendant and
2  Counter-Claimant Martin Tripp's motion to seal his motion to exclude the testimony of Jeffrey
3  Kinrich (ECF No. 87). The only information Tesla seeks to seal is the salary information of its
4  employees and the rates paid to Nisos Group contained in Jefferey Kinrich's expert report and its
5  exhibits.[1] This is confidential information whose disclosure would invade Tesla's employee's
6  rights of privacy and would reveal sensitive financial data concerning Nisos Group. *See, e.g.*,
7  *Aerodynamics Inc. v. Caesars Entm't Operating Co.*, No. 2:15-cv-01344-JAD-PAL, 2015 U.S.
8  Dist. LEXIS 129588, at *46 (D. Nev. Sep. 24, 2015) (sealing financial information, including
9  amounts paid by vendors and salary information). Significantly, none of this information is relevant
10 to Tripp's motion as illustrated by Tripp's redaction of Exhibits 1 and 3 to Jeffrey Kinrich's report.

11   Nonetheless, Tripp's redactions are insufficient to protect these third-party interests as the
12 relevant financial information is also revealed in paragraphs 16-17 and 24 of Kinrich's report and
13 in Exhibit 2 to Kinrich's report. Thus, Tesla is concurrently submitting a revised version of Jefferey
14 Kinrich's report and exhibits with adequate redactions.[2] Tesla respectfully submits that the version
15 of Kinrich's report submitted as Exhibit C to Tripp's *Daubert* Motion to Exclude Expert Opinion
16 and Testimony (ECF No. 86) be sealed. Tesla does not request the sealing of any other portion of
17 ECF No. 86.

19 Dated: August 28, 2019            **CHARIS LEX P.C.**

21                                   By:   /s/ Sean P. Gates
                                           Sean P. Gates
22                                         Attorneys for Plaintiff and
                                           Counter-Defendant Tesla, Inc.

---

[1] If Tripp's counsel had met and conferred on these motions, they would have been aware of the limited information Tesla is requesting to be sealed.

[2] The revised report is attached hereto as Exhibit 2.

**CERTIFICATE OF SERVICE**

      I hereby certify and declare under penalty of perjury that on August 28, 2019, I electronically filed the foregoing **TESLA, INC.'S RESPONSE TO TRIPP'S MOTION TO SEAL HIS *DAUBERT* MOTION TO EXCLUDE EXPERT OPINION AND TESTIMONY (ECF NO. 87)** with the Court's CM/ECF system which will send notification of such filing to counsel of record for all parties including:

    Robert D. Mitchell
    William M. Fischbach III
    Matthew D. Dayton
    TIFFANY & BOSCO, P.A.
    2525 E. Camelback Road
    7th Floor, Camelback Esplanade II
    Phoenix, AZ  85016-4229

    TEL:  602-255-6000
    FAX:  602-255-0103
    E-MAIL:  rdm@tblaw.com
    E-MAIL:  wmf@tblaw.com
    E-MAIL:  md@tblaw.com

    Attorneys for Defendant/Counterclaimant
    Martin Tripp

                               /s/ Douglas J. Beteta
                               Counsel at Charis Lex, P.C.