Robert D. Mitchell (*admitted pro hac vice*)
William M. Fischbach III (*admitted pro hac vice*)
Fletcher R. Carpenter (*admitted pro hac vice*)
Jason C. Kolbe, Nevada Bar No. 11624
Kevin S. Soderstrom, Nevada Bar No. 10235

**TB TIFFANY & BOSCO** P.A.

Camelback Esplanade II, Seventh Floor
2525 East Camelback Road
Phoenix, Arizona 85016-4229
Telephone: (602) 255-6000
Fax: (602) 255-0103
E-mails: rdm@tblaw.com; wmf@tblaw.com;
frc@tblaw.com; jck@tblaw.com; kss@tblaw.com

Counsel for Defendant/Counterclaimant Martin Tripp

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TESLA, INC., a Delaware corporation,<br><br>                      Plaintiff,<br><br>vs.<br><br>MARTIN TRIPP, an individual,<br><br>                      Defendant. | Case No. 3:18-cv-00296-LRH-CBC<br><br>**DEFENDANT/COUNTERCLAIMANT MARTIN TRIPP'S REPLY IN SUPPORT OF MOTION TO SEAL *DAUBERT* MOTION TO EXCLUDE EXPERT OPINION AND TESTIMONY UNDER LR IA 10-5** |
| MARTIN TRIPP, an individual,<br><br>Counterclaimant,<br><br>vs.<br><br>TESLA, INC., a Delaware corporation,<br><br>Counterdefendant | |

1

Defendant/Counterclaimant Martin Tripp does not object to Tesla's request that all portions of Tripp's *Daubert* Motion to Exclude Expert Opinion and Testimony [ECF No. 86] ("*Daubert* Motion") be **unsealed** except for Exhibit C.

DATED this 29th day of August, 2019.

                                      TIFFANY & BOSCO, P.A.

By */s/William M. Fischbach III*
   Robert D. Mitchell
   William M. Fischbach III
   Fletcher R. Carpenter
   Camelback Esplanade II, Seventh Floor
   2525 East Camelback Road
   Phoenix, Arizona 85016-4229
   *Counsel for Defendant/Counterclaimant*

## PROOF OF SERVICE

I am employed in the County of Maricopa, State of Arizona. I am over the age of 18 and not a party to the within action; my business address is Tiffany & Bosco, P.A. 2525 E. Camelback Road, Suite 700, Phoenix, Arizona 85016.

On August 29, 2019, I served the following described as:

**DEFENDANT/COUNTERCLAIMANT MARTIN TRIPP'S REPLY IN SUPPORT OF MOTION TO SEAL**

on the following interested parties in this action:

| | |
|---|---|
| John C. Hueston<br>Robert N. Klieger<br>Marshall A. Camp<br>Allison Libeu<br>Stephen Richards<br>Hueston Hennigan LLP<br>620 Newport Center Drive, Suite 1300<br>Newport Beach, CA 92660<br>jhueston@hueston.com;<br>rklieger@hueston.com;<br>mcamp@hueston.com;<br>alibeu@hueston.com;<br>srichards@hueston.com<br>*Attorneys for Plaintiff/Counterdefendant Tesla, Inc.* | Joshua A. Sliker<br>Jackson Lewis<br>300 S. Fourth Street, Suite 900<br>Las Vegas, Nevada 89101<br>Joshua.sliker@jacksonlewis.com<br>*Attorney for Plaintiff/Counterdefendant Tesla, Inc.*<br><br>Sean P. Gates (*admitted pro hac vice*)<br>Douglas J. Beteta (*admitted pro hac vice*)<br>Charis Lex, P.C.<br>301 N. Lake Ave., Suite 1100<br>Pasadena, California 91101<br>sgates@charislex.com<br>*Attorneys for Plaintiff/Counterdefendant Tesla, Inc.* |

**[X] (BY E-MAIL)** By transmitting the above documents to the above e-mail addresses.

**[X] (STATE)** I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED on this 29th day of August, 2019 at Phoenix, Arizona.

/s/ Kaleigh Stilchen