**JACKSON LEWIS P.C.**
Joshua A. Sliker (Nevada Bar No. 12493)
joshua.sliker@jacksonlewis.com
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Telephone: (702) 921-2460
Facsimile: (702) 921-2461

**CHARIS LEX P.C.**
Sean P. Gates *(admitted pro hac vice)*
sgates@charislex.com
Douglas J. Beteta *(admitted pro hac vice)*
dbeteta@charislex.com
301 N. Lake Ave., Suite 1100
Pasadena, California 91101
Telephone: (626) 508-1717
Facsimile: (626) 508-1730

*Attorneys for Plaintiff/Counter-Defendant*
*Tesla, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TESLA, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MARTIN TRIPP, an individual,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. 3:18-cv-00296-LRH-CBC<br><br><br>**PLAINTIFF / COUNTER-DEFENDANT TESLA, INC.'S NOTICE OF WITHDRAWAL OF ATTORNEY STEPHEN RICHARDS** |

. . .
. . .
. . .
. . .
. . .
. . .

JACKSON LEWIS P.C.
LAS VEGAS

1    Plaintiff / Counter-Defendant Tesla, Inc., by and through its counsel Jackson Lewis P.C.,

2  Charis Lex P.C., and Hueston Hennigan, LLP, hereby notifies the Court that attorney Stephen

3  Richards is no longer an employee of Hueston Hennigan, LLP, and may be removed as counsel of

4  record from the above-captioned case and the Court's docket.

5    Dated this 6th day of September, 2019.

6                                          JACKSON LEWIS P.C.

7                                          */s/ Joshua A. Sliker*
8                                          Joshua A. Sliker
                                           Nevada Bar No. 12493
9                                          300 S. Fourth Street, Suite 900
                                           Las Vegas, Nevada 89101
10

11                                         HUESTON HENNIGAN LLP

12                                         */s/ Allison L. Libeu*
                                           John C. Hueston (*admitted pro hac vice*)
13                                         Robert N. Klieger (*admitted pro hac vice*)
                                           Allison L. Libeu (*admitted pro hac vice*)
14                                         523 W. 6th St., Suite 400
                                           Los Angeles, California 90014
15

16                                         CHARIS LEX P.C.

17                                         */s/ Sean P. Gates*
18                                         Sean P. Gates (*admitted pro hac vice*)
                                           Douglas J. Beteta (*admitted pro hac vice*)
19                                         301 N. Lake Ave., Suite 1100
                                           Pasadena, California 91101
20

21                                         *Attorneys for Plaintiff/Counter-Defendant
                                           Tesla, Inc.*

22

23

24                                         IT IS SO ORDERED
25
                                           U.S. MAGISTRATE JUDGE
26
                                           DATED: 9/10/2019
27

28

## CERTIFICATE OF SERVICE

I hereby certify and declare under penalty of perjury that on 6th, I electronically filed the foregoing **PLAINTIFF / COUNTER-DEFENDANT TESLA, INC.'S NOTICE OF WITHDRAWAL OF ATTORNEY STEPHEN RICHARDS** with the Court's CM/ECF system which will send notification of such filing to counsel of record for all parties including:

| | |
|---|---|
| **HUESTON HENNIGAN LLP**<br>John C. Hueston<br>jhueston@hueston.com<br>Robert N. Klieger<br>rklieger@hueston.com<br>Allison L. Libeu<br>alibeu@hueston.com<br>Marshall A. Camp<br>mcamp@hueston.com<br><br>*Attorneys for Plaintiff/Counter-defendant Tesla, Inc.* | **CHARIS LEX P.C.**<br>Sean P. Gates<br>sgates@charislex.com<br>Douglas J. Beteta<br>dbeteta@charislex.com<br><br>*Attorneys for Plaintiff/Counter-defendant Tesla, Inc.* |
| **TIFFANY & BOSCO, P.A.**<br>Robert D. Mitchell<br>rdm@tblaw.com<br>Fletcher R. Carpenter<br>frc@tblaw.com<br>Matthew D. Dayton<br>md@tblaw.com<br>William M. Fischbach III<br>wmf@tblaw.com<br>Jason C. Kolbe<br>jck@tblaw.com<br>Kevin S. Soderstrom<br>kss@tblaw.com<br><br>*Attorneys for Defendant/Counter-claimant Martin Tripp* | |

*/s/ Joshua A. Sliker*
Employee of Jackson Lewis P.C.

4826-1794-8748, v. 1