**JACKSON LEWIS P.C.**
Joshua A. Sliker (Nevada Bar No. 12493)
joshua.sliker@jacksonlewis.com
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Telephone: (702) 921-2460
Facsimile: (702) 921-2461

**CHARIS LEX P.C.**
Sean P. Gates *(admitted pro hac vice)*
sgates@charislex.com
Douglas J. Beteta *(admitted pro hac vice)*
dbeteta@charislex.com
301 N. Lake Ave., Suite 1100
Pasadena, California 91101
Telephone: (626) 508-1717
Facsimile: (626) 508-1730

*Attorneys for Plaintiff/Counter-Defendant Tesla, Inc.*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| TESLA, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MARTIN TRIPP, an individual,<br><br>Defendant.<br><hr>AND RELATED COUNTERCLAIMS | Case No. 3:18-cv-00296-LRH-CBC<br><br><br>**PLAINTIFF / COUNTER-DEFENDANT TESLA, INC.'S SUBSTITUTION OF COUNSEL** |

. . .
. . .
. . .
. . .
. . .
. . .

JACKSON LEWIS P.C.
LAS VEGAS

Plaintiff / Counter-Defendant, TESLA, INC., hereby substitutes Sean P. Gates and Douglas J. Beteta of Charis Lex P.C., 301 N. Lake Ave., Suite 1100, Pasadena, California 91101, and Joshua A. Sliker of Jackson Lewis P.C., 300 S. Fourth Street, Suite 900, Las Vegas, Nevada 89101, as its attorney of record in the above captioned matter, in the place of John C. Hueston, Robert N. Klieger, Allison L. Libeu, Marshall A. Camp of Hueston Hennigan, LLP, 523 W 6th Street, Suite 400, Los Angeles, California 90014, and Stephen Richards, formerly with Hueston Hennigan, LLP.

Dated this 5TH day of September, 2019.

TESLA, INC.

_____
(Signature)

AUSTIN MARSH
(Name)

SR. COUNSEL
(Title)

John C. Hueston, Robert N. Klieger, Allison L. Libeu, and Marshall A. Camp of Hueston Hennigan, LLP agree and consent to the substitution of Sean P. Gates and Douglas J. Beteta of Charis Lex P.C., and Joshua A. Sliker of Jackson Lewis P.C. as counsel for Plaintiff / Counter-Defendant Tesla, Inc. in the above referenced matter.

Dated this _____ day of September, 2019.

HUESTON HENNIGAN LLP

_____
John C. Hueston (*admitted pro hac vice*)

_____
Robert N. Klieger (*admitted pro hac vice*)

_____
Allison L. Libeu (*admitted pro hac vice*)

_____
Marshall A. Camp (*admitted pro hac vice*)

Plaintiff / Counter-Defendant, TESLA, INC., hereby substitutes Sean P. Gates and Douglas J. Beteta of Charis Lex P.C., 301 N. Lake Ave., Suite 1100, Pasadena, California 91101, and Joshua A. Sliker of Jackson Lewis P.C., 300 S. Fourth Street, Suite 900, Las Vegas, Nevada 89101, as its attorney of record in the above captioned matter, in the place of John C. Hueston, Robert N. Klieger, Allison L. Libeu, Marshall A. Camp of Hueston Hennigan, LLP, 523 W 6th Street, Suite 400, Los Angeles, California 90014, and Stephen Richards, formerly with Hueston Hennigan, LLP.

Dated this _____ day of September, 2019.

TESLA, INC.

_____
*(Signature)*

_____
*(Name)*

_____
*(Title)*

John C. Hueston, Robert N. Klieger, Allison L. Libeu, and Marshall A. Camp of Hueston Hennigan, LLP agree and consent to the substitution of Sean P. Gates and Douglas J. Beteta of Charis Lex P.C., and Joshua A. Sliker of Jackson Lewis P.C. as counsel for Plaintiff / Counter-Defendant Tesla, Inc. in the above referenced matter.

Dated this 6th day of September, 2019.

HUESTON HENNIGAN LLP

*/s/ John C. Hueston*
John C. Hueston (*admitted pro hac vice*)

*/s/ Robert N. Klieger*
Robert N. Klieger (*admitted pro hac vice*)

*/s/ Allison L. Libeu*
Allison L. Libeu (*admitted pro hac vice*)

*/s/ Marshall A. Camp*
Marshall A. Camp (*admitted pro hac vice*)

Sean P. Gates and Douglas J. Beteta of Charis Lex P.C. have been admitted *pro hac vice* to practice before this Court in the above referenced matter, are in good standing, and hereby accept substitution as counsel for Plaintiff / Counter-Defendant Tesla, Inc. in the above referenced matter.

Dated this 6th day of September, 2019.

CHARIS LEX P.C.

*/s/ Sean P. Gates*
Sean P. Gates *(admitted pro hac vice)*

*/s/ Douglas J. Beteta*
Douglas J. Beteta *(admitted pro hac vice)*

Joshua A. Sliker of Jackson Lewis P.C. is admitted to practice law in the State of Nevada, is in good standing, and hereby accepts substitution as counsel for Plaintiff / Counter-Defendant Tesla, Inc. in the above referenced matter.

Dated this 6th day of September, 2019.

JACKSON LEWIS P.C.

*/s/ Joshua A. Sliker*
Joshua A. Sliker (Nevada Bar No. 12493)

IT IS SO ORDERED

_____
U.S. MAGISTRATE JUDGE

DATED: 9/10/2019

## CERTIFICATE OF SERVICE

I hereby certify and declare under penalty of perjury that on 6th, I electronically filed the foregoing **PLAINTIFF / COUNTER-DEFENDANT TESLA, INC.'S SUBSTITUTION OF COUNSEL** with the Court's CM/ECF system which will send notification of such filing to counsel of record for all parties including:

| | |
|---|---|
| **HUESTON HENNIGAN LLP**<br>John C. Hueston<br>jhueston@hueston.com<br>Robert N. Klieger<br>rklieger@hueston.com<br>Allison L. Libeu<br>alibeu@hueston.com<br>Marshall A. Camp<br>mcamp@hueston.com<br><br>*Attorneys for Plaintiff/Counter-defendant Tesla, Inc.* | **CHARIS LEX P.C.**<br>Sean P. Gates<br>sgates@charislex.com<br>Douglas J. Beteta<br>dbeteta@charislex.com<br><br>*Attorneys for Plaintiff/Counter-defendant Tesla, Inc.* |
| **TIFFANY & BOSCO, P.A.**<br>Robert D. Mitchell<br>rdm@tblaw.com<br>Fletcher R. Carpenter<br>frc@tblaw.com<br>Matthew D. Dayton<br>md@tblaw.com<br>William M. Fischbach III<br>wmf@tblaw.com<br>Jason C. Kolbe<br>jck@tblaw.com<br>Kevin S. Soderstrom<br>kss@tblaw.com<br><br>*Attorneys for Defendant/Counter-claimant Martin Tripp* | |

/s/ Joshua A. Sliker
Employee of Jackson Lewis P.C.

4826-1794-8748, v. 1