**JACKSON LEWIS P.C.**
Joshua A. Sliker (Nevada Bar No. 12493)
Joshua.Sliker@jacksonlewis.com
300 S. Fourth Street, Suite 900
Las Vegas, NV 89101
Telephone:    (702) 921-2460
Facsimile:    (702) 921-2461

**CHARIS LEX P.C.**
Sean P. Gates *(admitted pro hac vice)*
sgates@charislex.com
Douglas J. Beteta *(admitted pro hac vice)*
dbeteta@charislex.com
301 N. Lake Ave., Suite 1100, Pasadena, CA 91101
Telephone:    (626) 508-1717
Facsimile:    (626) 508-1730

*Attorneys for Plaintiff/Counter-Defendant Tesla, Inc.*

**TIFFANY & BOSCO, P.A.**
Robert D. Mitchell (admitted pro hac vice)
rdm@tblaw.com
William M. Fischbach III (admitted pro hac vice)
wmf@blaw.com
Camelback Esplanade II, Seventh Floor
2525 East Camelback Road Phoenix, Arizona 85016-4229
Telephone:    (602) 255-6000
Facsimile:    (602) 255-0103

*Attorneys for Defendant/Counter-Plaintiff Martin Tripp*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TESLA, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MARTIN TRIPP, an individual,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. 3:18-cv-00296-LRH-CBC<br><br>**STIPULATION AND [PROPOSED] MODIFICATION TO SCHEDULING ORDER**<br><br>**(FOURTH REQUEST)** |

1   Pursuant to Local Rule 26-4, Plaintiff and Counter-Defendant Tesla, Inc. ("Tesla") and
2   Defendant and Counter-Plaintiff Martin Tripp ("Tripp") submit the following Stipulation and
3   Proposed Modification to Scheduling Order.

4   Tripp intends to file two motions to compel discovery, which Tesla will oppose. The first
5   will seek to compel the deposition of Elon Musk, which issue has been discussed with the Court in
6   several Case Management Conferences. (ECF 54, 67, 72.) The second motion will seek to compel
7   the production of certain documents withheld on the basis of privilege. All other discovery has
8   been completed.

9   Good cause exists because modification is necessary to allow for the Court to rule on these
10  motions prior the parties' filing any dispositive motions, allowing any dispositive motions to be
11  based on a complete record.

12  The Court previously modified the Scheduling Order on December 5, 2018, March 6, 2019,
13  and June 19, 2019, the Court modified the Scheduling Order pursuant to stipulation of the parties.
14  (ECF Nos. 55, 68, and 81.) This is therefore the fourth request for modification of the Scheduling
15  Order. The parties do not anticipate requesting further modifications.

16  For the foregoing reasons, the parties stipulate and respectfully request that the Scheduling
17  Order be modified as follows:

18  1.   **Dispositive Motions**: Dispositive motions must be filed no later (1) in the case that
19  the Court denies the motions, 30 days following the date on which the Court has issued both
20  rulings; (2) in the case that the Court grants either motion, 30 days following the date on which the
21  Court orders any discovery to be completed.

22  2.   **Pretrial Order**: The pretrial order shall be filed 30 days after the date set for filing
23  dispositive motions. In the event dispositive motions are filed, the date for filing the joint pretrial
24  order shall be suspended until 30 days after the decision of the dispositive motions or until further
25  order of the Court. The disclosures required by Federal Rule of Civil Procedure 26(a)(3), and any
26  objections thereto, shall be included in the pretrial order.

27  3.   All other deadlines remain as stated in the Discovery Plan and Scheduling Order
28  previously entered by the Court (ECF Nos. 31, 55, 68 & 81).

| | | |
|---|---|---|
| Dated: September 26, 2019 | | **CHARIS LEX P.C.** |

By: /s/ Sean P. Gates
Sean P. Gates
Attorneys for Plaintiff and
Counter-Defendant Tesla, Inc.

Dated: September 26, 2019   **TIFFANY & BOSCO, P.A.**

By: /s/ William Fischbach
William Fischbach
Attorneys for Defendant Martin Tripp

**ORDER**

IT IS SO ORDERED:

_____
HON. CARLA BALDWIN CARRY
UNITED STATES MAGISTRATE JUDGE

DATED: _____