1  **JACKSON LEWIS P.C.**
   Joshua A. Sliker (Nevada Bar No. 12493)
2  Joshua.Sliker@jacksonlewis.com
   300 S. Fourth Street, Suite 900
3  Las Vegas, NV 89101
4  Telephone:   (702) 921-2460
   Facsimile:   (702) 921-2461
5
   **CHARIS LEX P.C.**
6  Sean P. Gates *(admitted pro hac vice)*
   sgates@charislex.com
7  Douglas J. Beteta *(admitted pro hac vice)*
8  dbeteta@charislex.com
   301 N. Lake Ave., Suite 1100, Pasadena, CA 91101
9  Telephone:   (626) 508-1717
   Facsimile:   (626) 508-1730
10
11 *Attorneys for Plaintiff/Counter-Defendant Tesla, Inc.*

12 **TIFFANY & BOSCO, P.A.**
   Robert D. Mitchell (admitted pro hac vice)
13 rdm@tblaw.com
   William M. Fischbach III (admitted pro hac vice)
14 wmf@blaw.com
15 Fletcher R. Carpenter (admitted pro hac vice)
   frc@tblaw.com
16 Camelback Esplanade II, Seventh Floor
   2525 East Camelback Road Phoenix, Arizona 85016-4229
17 Telephone:   (602) 255-6000
   Facsimile:   (602) 255-0103
18

19 *Attorneys for Defendant/Counter-Plaintiff Martin Tripp*



FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

SEP 30 2019

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| TESLA, INC., a Delaware corporation,<br>              Plaintiff,<br><br>        vs.<br><br>MARTIN TRIPP, an individual,<br>              Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. 3:18-cv-00296-LRH-CBC<br><br>*ORDER*<br><br>**STIPULATION AND [PROPOSED]<br>MODIFICATION TO<br>SCHEDULING ORDER**<br><br>**(FOURTH REQUEST)** |

Pursuant to Local Rule 26-4, Plaintiff and Counter-Defendant Tesla, Inc. ("Tesla") and Defendant and Counter-Plaintiff Martin Tripp ("Tripp") submit the following Stipulation and Proposed Modification to Scheduling Order.

Tripp intends a motion to compel the deposition of Elon Musk, which issue has been discussed with the Court in several Case Management Conferences. (ECF 54, 67, 72.) All other discovery has been completed.

Good cause exists based on the following facts:

- At the May 13, 2019 Conference, the parties reported that they anticipated briefing the issue of the Musk deposition. (ECF 72.) Counsel for Tesla requested that briefing on the Musk deposition not occur until Tripp had completed all other depositions of Tesla witnesses, to include Rule 30(b)(6) depositions of Tesla. Counsel for Tripp noted that those depositions might not be completed sufficiently in advance of the discovery cutoff to allow for briefing on the issue of the Musk deposition. The Court directed the parties to meet and confer regarding the Musk deposition after Tripp had completed the depositions of Tesla witnesses. The parties and the Court agreed at the Conference that the issue of the Musk deposition could be briefed after the close of discovery.
- In June 2019, Tesla retained additional counsel, and they were granted pro hac vice admission of June 4, 2019. On June 19, 2019 the Court granted the parties' stipulation to extend the discovery cutoff to September 9, 2019 so that the parties could participate in a private mediation before completing other the outstanding depositions. (ECF 81.) The private mediation occurred in San Francisco on August 5, 2019 but no resolution was reached. The parties subsequently completed nine (9) depositions in seven (7) states (Michigan, Wisconsin, California, Texas, Arizona, Nevada, and Kansas) between August 6 and September 9, 2019, to include Tripp's deposition on September 4, 2019 in Arizona.

- The final Rule 30(b)(6) deposition of Tesla was completed on September 9, 2019, which was the discovery cutoff. (ECF 81.) The parties thereafter engaged in a meet and confer regarding the deposition of Musk on September 12, 2019. Tesla's counsel requested that Tripp's counsel send a correspondence outlining the areas for Musk's deposition and a potential time limit. Tripp's counsel sent Tesla's counsel a correspondence on September 23, 2019 proposing the areas for Musk's deposition and a time limit, but the parties were unable to come to an agreement.
- Tripp anticipates that Musk's deposition will be necessary to address issues that are likely to be raised in dispositive motions. The current dispositive motion deadline is October 9, 2019. (ECF 81.)
- Modification of the current schedule will allow the Court to hear the motion to compel Musk's deposition and, if ordered, for the completion of the Musk deposition before dispositive motions are filed.

The Court previously modified the Scheduling Order on December 5, 2018, March 6, 2019, and June 19, 2019, pursuant to stipulation of the parties. (ECF Nos. 55, 68, and 81.) This is therefore the fourth request for modification of the Scheduling Order. The parties do not anticipate requesting further modifications.

For the foregoing reasons, the parties stipulate and respectfully request that the Scheduling Order be modified as follows:

1. **Discovery Cutoff Date:** The discovery cutoff date shall be extended to January 31, 2020 for the limited purpose of hearing the motion to compel the deposition of Elon Musk and the completion of that deposition if ordered by the Court. No other discovery may be taken and no other discovery motions may be filed.

2. **Briefing Schedule:** Tripp shall file his motion to compel by October 18, 2019. Tesla shall file its opposition to the motion to compel by November 1, 2019. Tripp shall file any reply brief by November 15, 2019.

3. **Page limits:** The brief in support of the motion to compel and the opposition brief shall each be no longer than 15 pages; the reply shall be no longer than 10 pages.

4. **Hearing on Motion to Compel:** The Court will hold a telephonic hearing on the motion to compel the deposition of Mr. Musk on December 6, 2020 at 1:00 pm.

5. **Dispositive Motions:** Dispositive motions may be filed no later than March 2, 2020.

6. **Pretrial Order:** The pretrial order shall be filed no later than April 1, 2020. In the event dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until 30 days after the decision of the dispositive motions or until further order of the Court. The disclosures required by Federal Rule of Civil Procedure 26(a)(3), and any objections thereto, shall be included in the pretrial order.

7. All other deadlines remain as stated in the Discovery Plan and Scheduling Order previously entered by the Court (ECF Nos. 31, 55, 68 & 81).

Dated: September 27, 2019              **CHARIS LEX P.C.**

                                       By:  /s/ Sean P. Gates
                                            Sean P. Gates
                                            Attorneys for Plaintiff and
                                            Counter-Defendant Tesla, Inc.

Dated: September 27, 2019              **TIFFANY & BOSCO, P.A.**

                                       By:  /s/ William Fischbach
                                            William Fischbach
                                            Attorneys for Defendant Martin Tripp

**ORDER**

IT IS SO ORDERED:

_____
HON. CARLA BALDWIN CARRY
UNITED STATES MAGISTRATE JUDGE

DATED: 9/30/2019

- 4 -

STIPULATION AND [PROPOSED] MODIFICATION TO SCHEDULING ORDER (FOURTH REQUEST)