**JACKSON LEWIS P.C.**
Joshua A. Sliker (Nevada Bar No. 12493)
Joshua.Sliker@jacksonlewis.com
300 S. Fourth Street, Suite 900
Las Vegas, NV 89101
Telephone:  (702) 921-2460
Facsimile:  (702) 921-2461

**CHARIS LEX P.C.**
Sean P. Gates *(admitted pro hac vice)*
sgates@charislex.com
Douglas J. Beteta *(admitted pro hac vice)*
dbeteta@charislex.com
301 N. Lake Ave., Suite 1100, Pasadena, CA 91101
Telephone:  (626) 508-1717
Facsimile:  (626) 508-1730

*Attorneys for Plaintiff/Counter-Defendant Tesla, Inc.*

**TIFFANY & BOSCO, P.A.**
Robert D. Mitchell (admitted pro hac vice)
rdm@tblaw.com
William M. Fischbach III (admitted pro hac vice)
wmf@blaw.com
Fletcher R. Carpenter (admitted pro hac vice)
frc@tblaw.com
Camelback Esplanade II, Seventh Floor
2525 East Camelback Road Phoenix, Arizona 85016-4229
Telephone:  (602) 255-6000
Facsimile:  (602) 255-0103

*Attorneys for Defendant/Counter-Plaintiff Martin Tripp*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TESLA, INC., a Delaware corporation,<br>    Plaintiff,<br><br>    vs.<br><br>MARTIN TRIPP, an individual,<br>    Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. 3:18-cv-00296-LRH-CBC<br><br>**STIPULATION AND [PROPOSED] MODIFICATION TO BRIEFING SCHEDULE RE MOTION TO COMPEL THE DEPOSITION OF ELON MUSK**<br><br>**(FIRST REQUEST)** |

STIPULATION AND [PROPOSED] MODIFICATION TO BRIEFING SCHEDULE (FIRST REQUEST)

Pursuant to Local Rule IA6-1, Plaintiff and Counter-Defendant Tesla, Inc. ("Tesla") and Defendant and Counter-Plaintiff Martin Tripp ("Tripp") submit the following Stipulation and Proposed Modification to Briefing Schedule re Motion to Compel the Deposition of Elon Musk.

The parties previously agreed and the Court approved, a briefing schedule on Tripp's motion to compel the deposition of Elon Musk (the "Motion") as follows: Tripp to file motion by October 18, 2019; Tesla to file opposition by November 1, 2019; Tripp to file reply by November 15, 2019; and telephonic hearing on December 6, 2019 at 10:00 a.m. (ECF 100.) But circumstances, including the availability dates of key persons and demands in other cases being handled by counsel for each of the parties, have impacted the parties' ability to meet the schedule. Thus, the parties submit that good cause exists to modify the briefing schedule.

For the foregoing reasons, the parties stipulate and respectfully request that the briefing schedule on Tripp's motion to compel the deposition of Elon Musk be modified as follows:

1. Tripp shall file his motion to compel by October 18, 2019.
2. Tesla shall file its opposition to the motion to compel by November 18, 2019.
3. Tripp shall file any reply brief by December 4, 2019.
4. The Court will hold a telephonic hearing on the motion to compel the deposition of Mr. Musk on December 20, 2019 at 10:00 a.m.

Dated:  October 14, 2019         **CHARIS LEX P.C.**

                                 By:  /s/ Sean P. Gates
                                      Sean P. Gates
                                      Attorneys for Plaintiff and
                                      Counter-Defendant Tesla, Inc.

Dated:  October 14, 2019         **TIFFANY & BOSCO, P.A.**

                                 By:  /s/ William Fischbach
                                      William Fischbach
                                      Attorneys for Defendant Martin Tripp

**ORDER**

IT IS SO ORDERED:

_____
HON. CARLA BALDWIN CARRY
UNITED STATES MAGISTRATE JUDGE

DATED: _____