1  **JACKSON LEWIS P.C.**
   Joshua A. Sliker (Nevada Bar No. 12493)
2  Joshua.Sliker@jacksonlewis.com
   300 S. Fourth Street, Suite 900
3  Las Vegas, NV 89101
4  Telephone:     (702) 921-2460
   Facsimile:      (702) 921-2461
5
   **CHARIS LEX P.C.**
6  Sean P. Gates *(admitted pro hac vice)*
7  sgates@charislex.com
   Douglas J. Beteta *(admitted pro hac vice)*
8  dbeteta@charislex.com
   301 N. Lake Ave., Suite 1100, Pasadena, CA 91101
9  Telephone:     (626) 508-1717
   Facsimile:      (626) 508-1730
10
11 *Attorneys for Plaintiff/Counter-Defendant Tesla, Inc.*

12 **TIFFANY & BOSCO, P.A.**
   Robert D. Mitchell (admitted pro hac vice)
13 rdm@tblaw.com
   William M. Fischbach III (admitted pro hac vice)
14 wmf@blaw.com
   Fletcher R. Carpenter (admitted pro hac vice)
15 frc@tblaw.com
16 Camelback Esplanade II, Seventh Floor
   2525 East Camelback Road Phoenix, Arizona 85016-4229
17 Telephone:     (602) 255-6000
   Facsimile:      (602) 255-0103
18
19 *Attorneys for Defendant/Counter-Plaintiff Martin Tripp*



## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| TESLA, INC., a Delaware corporation,<br>Plaintiff,<br><br>vs.<br><br>MARTIN TRIPP, an individual,<br>Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. 3:18-cv-00296-LRH-CBC<br><br>*ORDER*<br><br>**STIPULATION AND [PROPOSED] MODIFICATION TO BRIEFING SCHEDULE RE MOTION TO COMPEL THE DEPOSITION OF ELON MUSK**<br><br>**(FIRST REQUEST)** |
|---|---|

STIPULATION AND [PROPOSED] MODIFICATION TO BRIEFING SCHEDULE (FIRST REQUEST)

1   Pursuant to Local Rule IA6-1, Plaintiff and Counter-Defendant Tesla, Inc. ("Tesla") and
2   Defendant and Counter-Plaintiff Martin Tripp ("Tripp") submit the following Stipulation and
3   Proposed Modification to Briefing Schedule re Motion to Compel the Deposition of Elon Musk.

4   The parties previously agreed and the Court approved, a briefing schedule on Tripp's
5   motion to compel the deposition of Elon Musk (the "Motion") as follows: Tripp to file motion by
6   October 18, 2019; Tesla to file opposition by November 1, 2019; Tripp to file reply by November
7   15, 2019; and telephonic hearing on December 6, 2019 at 10:00 a.m. (ECF 100.) But
8   circumstances, including the availability dates of key persons and demands in other cases being
9   handled by counsel for each of the parties, have impacted the parties' ability to meet the schedule.
10  Thus, the parties submit that good cause exists to modify the briefing schedule.

11  For the foregoing reasons, the parties stipulate and respectfully request that the briefing
12  schedule on Tripp's motion to compel the deposition of Elon Musk be modified as follows:

13  1.  Tripp shall file his motion to compel by October 18, 2019.
14  2.  Tesla shall file its opposition to the motion to compel by November 18, 2019.
15  3.  Tripp shall file any reply brief by December 4, 2019.
16  4.  The Court will hold a telephonic hearing on the motion to compel the deposition of
17  Mr. Musk on December 13, 2019 at 9:00 a.m.

19  Dated: October 17, 2019                    **CHARIS LEX P.C.**

21                                             By:  /s/ Sean P. Gates
22                                                  Sean P. Gates
                                                    Attorneys for Plaintiff and
23                                                  Counter-Defendant Tesla, Inc.

24  Dated: October 17, 2019                    **TIFFANY & BOSCO, P.A.**

25  IT IS SO ORDERED
26                                             By:  /s/ William Fischbach
                                                    William Fischbach
27  U.S. MAGISTRATE JUDGE                           Attorneys for Defendant Martin Tripp
28  DATED 10/21/2019

- 2 -
STIPULATION AND [PROPOSED] MODIFICATION TO BRIEFING SCHEDULE (FIRST REQUEST)