**JACKSON LEWIS P.C.**
Joshua A. Sliker (Nevada Bar No. 12493)
Joshua.Sliker@jacksonlewis.com
300 S. Fourth Street, Suite 900
Las Vegas, NV 89101
Telephone:   (702) 921-2460
Facsimile:   (702) 921-2461

**CHARIS LEX P.C.**
Sean P. Gates *(admitted pro hac vice)*
sgates@charislex.com
Douglas J. Beteta *(admitted pro hac vice)*
dbeteta@charislex.com
301 N. Lake Ave., Suite 1100, Pasadena, CA 91101
Telephone:   (626) 508-1717
Facsimile:   (626) 508-1730

*Attorneys for Plaintiff/Counter-Defendant Tesla, Inc.*

**TIFFANY & BOSCO, P.A.**
Robert D. Mitchell (admitted pro hac vice)
rdm@tblaw.com
William M. Fischbach III (admitted pro hac vice)
wmf@blaw.com
Fletcher R. Carpenter (admitted pro hac vice)
frc@tblaw.com
Camelback Esplanade II, Seventh Floor
2525 East Camelback Road Phoenix, Arizona 85016-4229
Telephone:   (602) 255-6000
Facsimile:   (602) 255-0103

*Attorneys for Defendant/Counter-Plaintiff Martin Tripp*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TESLA, INC., a Delaware corporation,<br>        Plaintiff,<br><br>    vs.<br><br>MARTIN TRIPP, an individual,<br>        Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. 3:18-cv-00296-LRH-CLB<br><br>**STIPULATION AND [PROPOSED] MODIFICATION TO BRIEFING SCHEDULE RE MOTION TO COMPEL THE DEPOSITION OF ELON MUSK**<br><br>**(SECOND REQUEST)** |

Pursuant to Local Rule IA6-1, Plaintiff and Counter-Defendant Tesla, Inc. ("Tesla") and Defendant and Counter-Plaintiff Martin Tripp ("Tripp") submit the following Stipulation and Proposed Modification to Briefing Schedule re Motion to Compel the Deposition of Elon Musk. This is the parties second request for an extension to the briefing schedule.

The parties previously agreed and the Court approved, a briefing schedule on Tripp's motion to compel the deposition of Elon Musk (the "Motion") as follows: Tripp to file motion by October 18, 2019; Tesla to file opposition by November 18, 2019; Tripp to file reply by December 4, 2019; and telephonic hearing on December 13, 2019 at 9:00 a.m. (ECF 109.) Due Mr. Musk's extensive international travel, Tesla requires an additional two days to finalize its opposition. Thus, the parties submit that good cause exists for a two-day extension of the filing date of the opposition. **This stipulation does not affect the filing date for the reply or the date for the telephonic hearing.**

For the foregoing reasons, the parties stipulate and respectfully request that the briefing schedule on Tripp's motion to compel the deposition of Elon Musk be modified as follows:

1. Tesla shall file its opposition to the motion to compel by November 20, 2019.
2. The dates for any reply brief and the telephonic hearing shall remain unchanged.

Dated: November 15, 2019 **CHARIS LEX P.C.**

By: /s/ Sean P. Gates
Sean P. Gates
Attorneys for Plaintiff and
Counter-Defendant Tesla, Inc.

Dated: November 15, 2019 **TIFFANY & BOSCO, P.A.**

By: /s/ William Fischbach
William Fischbach
Attorneys for Defendant Martin Tripp

**ORDER**

IT IS SO ORDERED:

_____
HON. CARLA BALDWIN
UNITED STATES MAGISTRATE JUDGE

DATED: _____November 18, 2019_____