**JACKSON LEWIS P.C.**
Joshua A. Sliker (Nevada Bar No. 12493)
Joshua.Sliker@jacksonlewis.com
300 S. Fourth Street, Suite 900
Las Vegas, NV 89101
Telephone:    (702) 921-2460
Facsimile:    (702) 921-2461

**CHARIS LEX P.C.**
Sean P. Gates *(admitted pro hac vice)*
sgates@charislex.com
Douglas J. Beteta *(admitted pro hac vice)*
dbeteta@charislex.com
301 N. Lake Ave., Suite 1100, Pasadena, CA 91101
Telephone:    (626) 508-1717
Facsimile:    (626) 508-1730

*Attorneys for Plaintiff/Counter-Defendant Tesla, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TESLA, INC., a Delaware corporation,<br>            Plaintiff,<br><br>    vs.<br><br>MARTIN TRIPP, an individual,<br>            Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. 3:18-cv-00296-LRH-CLB<br><br>**DECLARATION OF ELON MUSK IN SUPPORT OF OPPOSITION TO MOTION TO COMPEL** |

I, Elon Musk, declare as follows:

1. I have personal knowledge of the facts set forth herein. If called as a witness, I could and would competently testify to the matters stated herein.

2. I am a co-founder and CEO at Tesla, Inc., overseeing all product design, engineering and manufacturing of Tesla's electric vehicles and energy products. Tesla is a public company headquartered in Palo Alto and employing over 40,000 people.

3. I am also a co-founder, CEO and lead designer of Space Exploration Technologies (SpaceX), where I oversee the development and manufacturing of advanced rockets and spacecraft for missions to and beyond Earth orbit, with the goal of building a self-sustaining city on Mars. I am also CEO of Neuralink, which is developing ultra-high bandwidth brain-machine interfaces to connect the human brain to computers. I also founded The Boring Company, which combines fast, affordable tunneling technology with an all-electric public transportation system in order to alleviate urban congestion and enable high-speed long-distance travel. Given my obligations at these four companies, it would be a substantial burden and hardship to be deposed in this matter.

4. On June 17, 2018, I sent an email to Tesla employees that is referenced in paragraph 47 of Defendant Martin Tripp's Answer to Complaint and Counterclaim regarding Mr. Tripp's activities. I do not have firsthand knowledge of Mr. Tripp's activities in obtaining Tesla's confidential information and providing it to parties outside of Tesla. I did not personally conduct the investigation into Mr. Tripp's activities; that was performed by Tesla's security team and vendor. I was not present during the interviews by Tesla's security team during which Mr. Tripp admitted to his misconduct. In preparing my June 17 email, I relied on information provided to me by others as a result of that investigation.

5. On June 20, 2018, I sent the email referenced in paragraph 54 of Defendant Martin Tripp's Answer to Complaint and Counterclaim. I did not receive, and therefore do not have firsthand knowledge of, the call received at Tesla's Las Vegas call center regarding the Gigafactory threat referenced in that email. The June 20 email was based on information provided to me by others as a result of the investigation into the Gigafactory threat.

6. I did not draft—and was not involved in drafting—the statements referenced in paragraphs 53 and 64 of Defendant Martin Tripp's Answer to Complaint and Counterclaim.

7. On July 5, 2018, I posted the tweet referenced in paragraph 67 of Defendant Martin Tripp's Answer to Complaint and Counterclaim in which I asked Linette Lopez whether she had paid Mr. Tripp. As I stated, I did not personally conduct the investigation into Tripp's activities; that was performed by Tesla's security team and vendor. My questions to Ms. Lopez were prompted by information provided to me as a result of that investigation.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 20, 2019, at Los Angeles, California.

_____
Elon Musk