**JACKSON LEWIS P.C.**
Joshua A. Sliker (Nevada Bar No. 12493)
Joshua.Sliker@jacksonlewis.com
300 S. Fourth Street, Suite 900
Las Vegas, NV 89101
Telephone:   (702) 921-2460
Facsimile:    (702) 921-2461

**CHARIS LEX P.C.**
Sean P. Gates *(admitted pro hac vice)*
sgates@charislex.com
Douglas J. Beteta *(admitted pro hac vice)*
dbeteta@charislex.com
301 N. Lake Ave., Suite 1100, Pasadena, CA 91101
Telephone:   (626) 508-1717
Facsimile:    (626) 508-1730

*Attorneys for Plaintiff/Counter-Defendant Tesla, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TESLA, INC., a Delaware corporation,<br>    Plaintiff,<br><br>    vs.<br><br>MARTIN TRIPP, an individual,<br>    Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. 3:18-cv-00296-LRH-CLB<br><br>**DECLARATION OF DOUGLAS J. BETETA IN SUPPORT OF TESLA'S OPPOSITION TO TRIPP'S MOTION TO COMPEL DEPOSITION OF NON-PARTY ELON MUSK** |

DECLARATION OF DOUGLAS J. BETETA

I, Douglas J. Beteta, declare as follows:

1. I am Counsel at Charis Lex P.C., counsel of record for Plaintiff and Counter-Defendant Tesla, Inc. I have personal knowledge of the facts set forth herein. If called as a witness, I could and would competently testify to the matters stated herein. I make this declaration in support of Tesla's Opposition to Plaintiff Martin Tripp's Motion to Compel Deposition of Elon Musk.

2. Fact discovery in this matter closed on September 9, 2019. From August 30, 2019 until September 23, 2019, Tripp produced over 1,000 pages of documents, the majority of which are not relevant to any material issue in this case. Instead, the materials appear aimed at Elon Musk. These materials, and others produced earlier by Tripp, include:

   a. News articles and other documents concerning litigation involving Tesla, including lawsuits concerning Tesla's Autopilot feature, accidents involving Tesla vehicles, and Tesla solar panels.

   b. Extensive press about Tesla and Musk, for example: detailed articles about Musk and his managerial style and articles about Tesla's business operations.

   c. An over 400-page spreadsheet that appears to contain every tweet sent by Musk between September 2018 and September 2019.

   d. 180 pages of screenshots of irrelevant tweets concerning Musk and Tesla including Musk's responses to reporting about Tesla and responses to Musk's tweets, Musk tweets concerning shortsellers, and Musk tweets regarding Tesla's solar modules.

   e. Documents from four entirely unrelated lawsuits, such as a ten-year old complaint filed by a former Tesla executive, a discovery order from a case involving a person who trespassed on Tesla property and injured a Tesla security guard, and pleadings from an SEC complaint.

3. In response to Tripp's document requests, Tesla has produced all non-privileged documents in its custody, possession, or control that discuss the threat to the Gigafactory received by Tesla on or about June 20, 2018.

4. During discovery, Tripp deposed individuals who were involved in receiving the

June 20 threat to the Gigafactory or in Tesla's response thereto, including Shamara Bell, Nicholas Gicinto, Jacob Nocon, and Sean Gouthro. Tripp did not depose and did not attempt to depose Jeff Jones, Kristin Krerowicz, or other individuals who were involved with receiving or responding to the threat.

5. Attached hereto as Exhibit 1 is a true and correct copy of excerpts from the deposition of Nicholas Gicinto.

6. Attached hereto as Exhibit 2 is a true and correct copy of excerpts from the deposition of Jacob Nocon.

7. Attached hereto as Exhibit 3 is a true and correct copy of excerpts from the transcript of an interview of Martin Tripp taken on June 14, 2018.

8. Attached hereto as Exhibit 4 is a true and correct copy of a screen shot of a text message produced by Tesla with bates number TES-TRIPP_0021837.

9. Attached hereto as Exhibit 5 is a true and correct copy of excerpts from an interview of James Uelmen taken on June 25, 2018.

10. Attached hereto as Exhibit 6 is a true and correct copy of an internal Tesla email produced by Tesla with bates number TES-TRIPP_0003390.

11. Attached hereto as Exhibit 7 is a true and correct copy of excerpts from the deposition of Shamara Bell.

12. Attached hereto as Exhibit 8 is a true and correct copy of a meet and confer letter sent by Tripp's counsel on or about September 23, 2019.

13. Attached hereto as Exhibit 9 is a true and correct copy of an internal Tesla email produced by Tesla with bates number TES-TRIPP_0003386.

14. Attached hereto as Exhibit 10 is a true and correct copy of excerpts from the deposition of Martin Tripp.

15. Attached hereto as Exhibit 11 is a true and correct copy of excerpts from the deposition of David Arnold.

16. Attached hereto as Exhibit 12 is a true and correct copy of an internal Tesla email produced by Tesla with bates number TES-TRIPP_0010445.

17. Attached hereto as Exhibit 13 is a true and correct copy of an email produced by Tesla with bates number TES-TRIPP_0010122.

18. Attached hereto as Exhibit 14 is a true and correct copy of excerpts from the deposition of Sarah O'Brien.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 20, 2019, at Pasadena, California.

/s/ Douglas J. Beteta
Douglas J. Beteta

**INDEX OF EXHIBITS**

| Exhibit 1 | Excerpts from Aug. 27, 2019 Deposition of Nicholas Gicinto |
|---|---|
| Exhibit 2 | Excerpts from May 17, 2019 Deposition of Jacob Nocon |
| Exhibit 3 | Excerpts from Transcript of June 14, 2018 Interview of Martin Tripp |
| Exhibit 4 | Screenshot of Text Message (TES-TRIPP_0021837) |
| Exhibit 5 | Excerpts from Transcript of June 25, 2018 Interview of James Uelmen |
| Exhibit 6 | June 21, 2018 Email (TES-TRIPP_0003390) |
| Exhibit 7 | Excerpts from Sept. 6, 2019 Deposition of Shamara Bell |
| Exhibit 8 | September 23, 2019 Meet and Confer Correspondence |
| Exhibit 9 | June 20, 2018 Email (TES-TRIPP_0003386) |
| Exhibit 10 | Excerpts from September 4, 2019 Deposition of Martin Tripp |
| Exhibit 11 | Excerpts from June 6, 2019 Deposition of David Arnold |
| Exhibit 12 | June 20, 2018 Email (TES-TRIPP_0010445) |
| Exhibit 13 | June 20, 2018 Email (TES-TRIPP_0010122) |
| Exhibit 14 | Excerpts from June 5, 2019 Sarah O'Brien Deposition Excerpts |