# Exhibit 3 - June 14, 2018 Martin Tripp Interview Excerpts

```
 1   TESLA,                  ) Case No. 3:18-CV-00296-LRH-CBC
                             )
 2        Vs.                )
                             )
 3   TRIPP,                  )
                             )
 4   _____    )
```

REPORTER CERTIFIED
TRANSCRIPT

**CONFIDENTIAL**

```
15          AUDIO TRANSCRIPTION OF TES-TRIPP_000002

16                  San Diego, California

17             Wednesday, September 18, 2019

18                (CONFIDENTIAL TRANSCRIPT)
```

```
21   Transcribed by:
     JOSIE C. GONZALEZ
22   CSR No. 13435
     Job No. 19-29805A
23

24   (PAGE 1 OF 290)
```

**CHASE®**
LITIGATION SERVICES

1    MR. GICINTO:  I don't know if there was anything

2  else.  No, I don't think so.  I think that's pretty much

3  it.

4    MR. NOCON:  You know, I get it.  You don't

5  necessarily want to point fingers at anybody or you may

6  not have an idea of who might have done this.  But what

7  do you think?  Why?  Why would somebody -- I mean, it

8  sounds like there's a lot of issues, right?

9    MR. TRIPP:  Right.

10   MR. NOCON:  It sounds like there's a lot of, you

11  know, potential problems that are going on.  But what

12  are your thoughts?  What are your thoughts on what might

13  motivate somebody to --

14   MR. TRIPP:  I don't know.  Maybe money.

15   MR. NOCON:  Yeah?

16   MR. TRIPP:  I don't know.

17   MR. NOCON:  Have you heard about that?  Are

18  reporters approaching people about --

19   MR. TRIPP:  So in NCM -- in the stator NCM area,

20  they were saying that somebody could get, like, 50 grand

21  for an article.  I'm like, I've never heard of that.

22   MR. NOCON:  Who was saying that?

23   MR. TRIPP:  I don't remember who it was.  I

24  don't know if it was one of the associates that were

25  working over there or whatever.  And I was like,

1    "Really?"   Then somebody looked it up and couldn't find

2    anything.

3              MR. NOCON:   Interesting.

4              MR. TRIPP:   I mean, that's a lot of money.

5    So --

6              MR. GICINTO:   Yeah.   No kidding.   That is a lot

7    of money.

8              MR. NOCON:   I mean -- yeah.   Obviously, money is

9    a strong motivator.

10             MR. TRIPP:   Right.

11             MR. NOCON:   People do things for reasons other

12   than money, too.

13             What do you think should happen?   Like, what

14   should happen to somebody if we were to identify -- you

15   know, the company was able to identify who was actually

16   providing information?   What should happen to them?

17             MR. TRIPP:   I don't know.   I'm not sure.

18             MR. NOCON:   Okay.   Why aren't you sure?

19             MR. TRIPP:   I don't know what the -- I would

20   assume get fired.

21             MR. NOCON:   Yeah.

22             MR. TRIPP:   So -- yeah.

23             MR. NOCON:   Yeah.   I mean, I know the company is

24   really, really struggling with a lot of these things.   I

25   mean, obviously, this is not the only negative news

1   proximity.

2       MR. TRIPP:  Exact number, right.

3       MR. NOCON:  Well, the exact number, but also

4   like -- when was the company notified about the BI

5   article?

6       MR. GICINTO:  It was on 1-June.

7       MR. NOCON:  June 1st.

8       MR. TRIPP:  Okay.

9       MR. NOCON:  So we're talking about three days --

10  three days prior to --

11      MR. TRIPP:  Okay.

12      MR. NOCON:  -- the company finding out.

13      MR. TRIPP:  Yeah.

14      MR. NOCON:  You know, suddenly we've got, you

15  know, an indicator of, well, that exact bit of

16  information; at least that one little part of that

17  article went out at that time.  So, I mean, that's

18  obviously concerning.  I --

19      Do you remember what other e-mails that you sent

20  to yourself?  Can you recall any?

21      MR. TRIPP:  There's some spreadsheets, just on

22  numbers because I was working on sending the e-mail to

23  Elon.  But I don't -- I don't remember.  That may be why

24  that number --

25      Like I said, I apologize.  I don't remember.

1  There was a lot of e-mails and a lot of data that I look

2  at every day.

3          MR. NOCON:  Right.

4          MR. TRIPP:  So, yeah, unfortunately, I can't

5  say.

6          MR. NOCON:  Do you -- what were the

7  spreadsheets?

8          MR. TRIPP:  I think, like, just like NCM numbers

9  for the day and scrap numbers.  And I did probably send

10  one that I was trying to, like, design that I was going

11  to put on Sharepoint that I was going to send to him and

12  JB and Chris Lister that had everything.  And I just

13  never got around to it.

14          MR. NOCON:  In addition to those spreadsheets

15  and that e-mail, is there anything else that you can

16  think of that recently --

17          MR. TRIPP:  More personal, like the leadership

18  thing, the e-mail that said I was going to be the

19  leader.

20          MR. NOCON:  Like the one you sent me?

21          MR. TRIPP:  Yeah.  And then I send -- I download

22  my pay stubs and I send those to myself.

23          MR. NOCON:  Okay.

24          MR. TRIPP:  Just so that I -- yeah.

25          MR. NOCON:  That makes sense.  That makes sense.

AUDIO TRANSCRIPTION OF TES-TRIPP_000002-Confidential

1    MR. GICINTO:   Okay.   So this is just those

2    particular pieces of information from that Business

3    Insider article, right?   We're talking about those two

4    particular data points specifically related to the scrap

5    equivalent to those $5 foot-long Subways, right?   And I

6    believe, as you mentioned before, you hadn't seen that

7    chart before.

8    MR. TRIPP:   I mean, I have seen charts that

9    equate two different things.   I don't remember the

10   $5 foot-long.

11   MR. GICINTO:   Seen that one, yeah, for sure.   So

12   that -- and it equates it here to 137.11 miles.

13   And then we've got this other one here.

14   And you did say that you had seen the model

15   three comparison.

16   MR. TRIPP:   Yeah.   Yup.

17   MR. GICINTO:   So we've got this 12 Model 3s at

18   103.42 cars, to be exact.   So I want you to -- like,

19   these are the two numbers.   The 137.11 and 103.42 is

20   what to pay attention to.

21   So I went in -- and I have a tiny screen, so

22   that's why it kind of compresses these things a little

23   bit.

24   MR. TRIPP:   Yeah.   That's fine.

25   MR. GICINTO:   I went in and recreated the

1   date --

2           MR. TRIPP:   Okay.

3           MR. GICINTO:   -- the timestamp, which we

4   actually saw the activity of who was running Tableau

5   charts.   I guess I'm using the wrong term.   Not charts,

6   but dashboards.

7           MR. TRIPP:   Dashboards.

8           MR. GICINTO:   Thank you.   Forgive me.

9           And yours was running on May 27th at -- and it's

10  either going to be 12:52 and 49 seconds or 11:52 and

11  49 seconds.   There's a daylight savings issue, but they

12  do match.   And so here's -- here's that number right

13  down here, 137.11.

14          MR. TRIPP:   Okay.

15          MR. GICINTO:   On the -- and that's scrap costs

16  and miles of $5 foot-long subways.   And then I -- I just

17  confirmed -- same chart, 103.42 and the Model 3s again;

18  same time -- 5/27/2018, 12:52 and 49 seconds.

19          And here we have from the audit logs, which show

20  you accessing that particular data at 5/27.   And, again,

21  this would match here.

22          MR. TRIPP:   Right.

23          MR. GICINTO:   It's 11, but 12:52 and 49 seconds.

24  Nobody else -- these other users -- accessed it at that

25  exact time.

1       What's significant about that is that this

2   particular chart populates by the second.  So if you

3   were to look at this 20 seconds earlier, those

4   particular numbers would be different.  If you look at

5   it 20 seconds later, they are not going to be the same.

6           MR. TRIPP:  Right.  Right.

7           MR. GICINTO:  So I guess what I'm getting at --

8   and you probably understand what I'm saying -- is that

9   at that moment in time, you were the only person in the

10  company that viewed that chart and could have acquired

11  those numbers that ended up in that Business Insider

12  article.

13          Do you follow what I'm saying?

14          MR. TRIPP:  Yeah.

15          MR. GICINTO:  Okay.  And so that's what I think

16  is -- is sort of beyond just the e-mails that Jake was

17  talking about going out, which, yeah, as you mentioned,

18  it kind of looks bad.

19          Now we've got another piece of data --

20          MR. TRIPP:  Right.

21          MR. GICINTO:  -- where you are the only one who

22  viewed that chart.  So that's -- you know, that's

23  where -- like, one thing.  And we want to get to the

24  bottom and understand it.  Now we got -- now we got two

25  things.

AUDIO TRANSCRIPTION OF TES-TRIPP_000002-Confidential

1    So can you kind of help us understand maybe that

2    particular piece of data right there?

3         MR. TRIPP:  It is what it is.

4         MR. GICINTO:  Okay.

5         MR. NOCON:  Well, let me ask you this -- I'm

6    sorry, go ahead.

7         MR. TRIPP:  No.  That's what I was going to say.

8         MR. NOCON:  I mean -- so -- so I know -- I know

9    that Linette has been super aggressive in trying to

10   reach out to people here and talk to people here.  I

11   mean, that's not a secret.

12        In this particular case, did she reach out to

13   you, or were you the one that reached out to her?

14        MR. TRIPP:  I reached out to her.

15        MR. NOCON:  You reached out to her?  And when

16   was that?

17        MR. TRIPP:  When I saw over $200 million in

18   scrap.

19        MR. NOCON:  Got it.

20        MR. TRIPP:  When I was able to just raw

21   material.

22        MR. NOCON:  Okay.  Do you remember about the

23   date that that happened?  Do you have it on your phone?

24        MR. TRIPP:  No.

25        MR. NOCON:  Did you reach out via e-mail?

1    MR. NOCON:  Reuters?  Do you remember the

2  reporter?

3    MR. TRIPP:  I can't remember her name, no.

4    MR. NOCON:  Do you have record of that?

5    MR. TRIPP:  I probably do.  I delete stuff

6  pretty quick, though.

7    MR. NOCON:  Yeah.

8    MR. TRIPP:  Yeah.  So just -- I was trying to

9  cover my tracks.

10    MR. NOCON:  Got it.

11    MR. TRIPP:  But, yeah.  I asked her

12  specifically, "If you could, please" -- "they are going

13  to run this article, and I don't want to have, like,

14  conflicting things."

15    MR. NOCON:  Sure.  Sure.  Sure.

16    How did you -- when you sent out the e-mails, do

17  you have a personal computer?

18    MR. TRIPP:  Yes.

19    MR. NOCON:  Okay.  Is that where you sent them

20  from?

21    MR. TRIPP:  Yeah.  Yes.  I mean, I sent stuff

22  to, as you know, my personal -- to my personal e-mail.

23    MR. NOCON:  Your iCloud account, uh-huh.

24    MR. TRIPP:  Yeah.  And then from my phone.

25    MR. NOCON:  Okay.  So then you sent things from

```
1    degrades.  So --
2              MR. NOCON:  Sure.
3              MR. TRIPP:  So I can either log in if you want.
4    I can log in to my iCloud and we can see if that folder
5    got deleted, or I can put "deleted" -- delete it as
6    deleted or whatever.
7              MR. NOCON:  Right.
8              MR. TRIPP:  If you feel more comfortable with
9    that.
10             MR. NOCON:  Let me think about it and actually
11   talk to somebody and see if they are actually
12   recoverable or not.
13             MR. TRIPP:  Yeah.  So my intent was I don't
14   really care if I save the pictures.  I sent the
15   pictures -- most of them were --
16             I'm sorry.  I should have showed you before I
17   deleted it, but it was validation of my numbers.  So a
18   lot of it was I just take a picture of my screen with
19   the work bench -- my single work bench query.  And it
20   would just show, like, the number that was pulled and
21   then like dates and Tableau reports even.
22             Like, I built one that filters out.  You can
23   probably see it.  It's pretty recent -- last week or two
24   weeks ago -- that filters on bandoliers, modules --
25             MR. NOCON:  Right.
```

**AUDIO TRANSCRIPTION OF TES-TRIPP_000002-Confidential**

1    MR. TRIPP:  -- stator and, I think, rotor, just

2    because rotor is a high dollar item; it's $1,041 I

3    think.

4    MR. NOCON:  So is that how she got the numbers

5    as far as that one dashboard that had the -- was that a

6    screen shot or a picture of your screen, or did you

7    forward her, like, a screen shot of that?

8    MR. TRIPP:  The 150 million?

9    MR. NOCON:  No, no, no.  It was the cars.

10    MR. TRIPP:  Yeah.

11    MR. NOCON:  The cars or Subway sandwiches.

12    MR. TRIPP:  Screen shot --

13    MR. NOCON:  That was a screen shot?

14    MR. TRIPP:  -- or picture of the screen.

15    MR. NOCON:  Got it.

16    MR. TRIPP:  Like, literally, like, click.

17    MR. NOCON:  Got it.  Okay.

18    MR. TRIPP:  And I didn't even remember the --

19    that's why I literally -- I was out of line.  I did not

20    remember because I was pulling -- I was not only --

21    So I tried to do this all while I wasn't on the

22    clock, too, so I didn't want to use Tesla's time.  So

23    I'd take a break, and I would do it during a break or

24    during lunch or things like that.  I would try to --

25    MR. NOCON:  Got it.

1    MR. TRIPP:  So if that says anything.

2    MR. GICINTO:  You were thinking -- you were

3    thinking about it.

4    MR. TRIPP:  Right, right.  But I also pull,

5    like, real data -- like, really valid data for my job

6    while I was doing it.  So sometimes I would click -- I

7    would say, okay, I'm going to do this one while I'm

8    waiting for this.  Because sometimes your queries take

9    two minutes to load, right?

10   MR. NOCON:  Right.

11   MR. TRIPP:  I got one report that takes, like,

12   ten minutes to load just because it takes forever; it's

13   mining so much data.  And it's specifically for work to

14   help do our job.  So, yeah, most of them are always the

15   screen shots.

16   MR. NOCON:  Got it.

17   MR. TRIPP:  Yeah.

18   MR. NOCON:  So after that article came out on

19   June 4th, I think there was another article that came

20   out that had a video attached to it.

21   MR. TRIPP:  I have not seen that.

22   MR. NOCON:  Okay.  You didn't provide that

23   video?

24   MR. TRIPP:  What is the video about?

25   MR. GICINTO:  The video is of the machine that

1        MR. NOCON:  Okay.

2        MR. TRIPP:  No.

3        MR. NOCON:  All right.

4        MR. TRIPP:  And there are a few things that I

5   brought up.  I told them I saw two people going to the

6   bathroom and they both came out holding hands like a

7   half an hour later.

8        I was in the mezzanine watching it and said

9   something to the supervisor.  And they blew it off.  And

10  they were like, "Oh, we should do a story."  And I'm

11  like, "No, I wouldn't even bother," you know, that's

12  nothing.  That's, like, nothing.  That's kind of like

13  fishing in the air or whatever, pulling straws out of

14  whatever.

15       MR. NOCON:  Yeah.  Yeah.

16       MR. TRIPP:  So they were like, "Yeah, that's

17  fine."  So -- but they never --

18       So you can definitely tell she has a grudge

19  against Elon, for whatever reason.  I mean -- and I

20  would always try to -- like a few times they wanted to,

21  like, maybe push him because he made the comments about

22  the media maybe; I don't know.

23       But I always steered back to the facts, always

24  to the actual information.

25       MR. NOCON:  Right.

1          MR. TRIPP:  I did not want any misinformation

2    getting out at all.

3          MR. NOCON:  Right.

4          MR. TRIPP:  In fact, if I was going to give

5    that -- I even told them, "If you can't give 100 percent

6    facts of what I give you" --

7          MR. NOCON:  Right.

8          MR. TRIPP:  -- "then please do not do it

9    under" -- "unless you have another source that you can

10   write an article under them.  I don't want to be any

11   part of it."  I did tell them; they completely agreed.

12         MR. NOCON:  Okay.

13         MR. TRIPP:  So she was, literally, calling me,

14   like, five minutes before she went on CNN last Sunday.

15   So -- like, asking me questions.  And that was, like,

16   one of the times you could tell she had a little beef

17   with Elon.

18         I was like, "Oh, my God.  She's going to say

19   something on CNN."  And then, luckily, she kept to the

20   Trump visit at the G7 Summit.

21         MR. NOCON:  Right.

22         Did they ever offer to compensate you for your

23   time?

24         MR. TRIPP:  No.  Nope.  And I never asked, and I

25   would not.

1      MR. NOCON:  Okay.  What about that 50,000?  Is

2  that, like, legit, somebody offered?

3      MR. TRIPP:  I don't know.  Somebody said it.

4  Literally, I'm -- I'm only going to tell you the truth.

5  Like, I may evade, like, I was trying to do, but I don't

6  lie.

7      MR. NOCON:  Okay.

8      MR. TRIPP:  We were sitting up there talking,

9  and that's when the article came out.  And everyone was

10  kind of reading it.  And somebody said, "Who would" --

11  or what would -- same question -- "What would drive them

12  to give information?"

13      Then somebody said money.  And then I kind of

14  was, like, fishing a little bit and said, "How much

15  money do you think you can get for an article like

16  that?"

17      MR. NOCON:  Right.

18      MR. TRIPP:  And somebody said, like, 50 grand.

19  I'm like, "Really?  There's no way."  Then we like

20  looked it up, like, how much money can you get for a

21  news story.  And there's no information -- like, you

22  know.

23      MR. NOCON:  Right.

24      MR. TRIPP:  So -- and I know for a fact that I

25  had a buddy as the CFO at Johnson Level & Tool -- I

AUDIO TRANSCRIPTION OF TES-TRIPP_000002-Confidential

1      MR. NOCON:  That's fine.

2      MR. TRIPP:  I'll message Mark.  He keeps asking

3 me.

4      MR. NOCON:  He's showing me the area where they

5 have the contained -- all the bad modules.

6      MR. GICINTO:  Oh, okay.

7      MR. NOCON:  It's over --

8      MR. GICINTO:  Gotcha.  I was going to go ask

9 about the iCloud question.  I apologize; I'll be right

10 back.

11      MR. NOCON:  Okay.

12      MR. GICINTO:  Thanks.

13      MR. HENDERSON:  Are you saying those racks right

14 there?

15      MR. GICINTO:  Our question is if we deleted it

16 off the iCloud, whether or not that is retained.  You

17 delete it from your phone; does that delete the access

18 on your phone, or does it delete it from the iCloud?

19      MR. TRIPP:  Because it doesn't have a "delete"

20 folder.

21      MR. GICINTO:  Right.  Got it.

22      All right.  Thanks.

23      MR. TRIPP:  So this is the spreadsheet.  You can

24 scroll to the right to see, like, the actual, like,

25 totals.  So that's -- I basically just ran a query on

1   those part numbers as a scrap.

2           MR. NOCON:  And this is what's on SharePoint?

3           MR. TRIPP:  Yeah.  SharePoint, Excel, yeah.  And

4   the only thing I have on there is a -- it's, like, thing

5   query.  It was on a BVA that I was trying to do.  And I

6   was going to try to do it on the weekend when my wife

7   went for a walk with my son.  But I just never got

8   around to do it.  So that's the only thing on that.

9           MR. NOCON:  So that 2.92 percent, that's

10  2.92 percent of the value of --

11          MR. TRIPP:  Of 44,000.

12          MR. NOCON:  By three.

13          MR. TRIPP:  But that's, like, what we sell it

14  for or something close to that.  I don't know the exact

15  number.

16          MR. NOCON:  I thought it was supposed to be 35.

17          MR. HENDERSON:  It's 35, but they only

18  released --

19          MR. TRIPP:  So here's the thought, too.  That,

20  to me, is a fabrication to the public because we're

21  actually not going to sell at that price, because we

22  can't.  So -- and the front wheel drive -- so it's going

23  to be the short-range rear-wheel drive only.

24          MR. NOCON:  Yeah.

25          MR. TRIPP:  We haven't even finished the

1  batteries for the short-range.  It's supposed to be 35.

2  Now they are talking 42 or something.  So I think the

3  one they are selling now, the long-range three-wheel

4  drive is, like, 46 or something.  So I just put 44.

5        MR. NOCON:  Got it.

6        MR. TRIPP:  I threw a number in there just to,

7  like, show something --

8        MR. NOCON:  Right.

9        MR. TRIPP:  -- for the raw material, because

10 that's what we're really talking about.  Probably, like,

11 16 -- 18,000 or something; I don't know.

12       So that's why I just put a higher number to make

13 that number look better.  So I was actually trying to

14 make us look good.

15       MR. NOCON:  When are they set to break ground on

16 the next, I guess -- what do you call the different

17 sections of the -- because the building is supposed to

18 get bigger, right?

19       MR. TRIPP:  I was told it's on hold

20 indefinitely.

21       MR. NOCON:  Oh, yeah.

22       MR. TRIPP:  Because either they pay us to

23 manufacture, or they pay the construction worker.  That

24 came from John Sheridan.

25       MR. HENDERSON:  Sheridan, yeah.  The next

1  number look lower so marginally it's not as high of a

2  percentage against that value.  So I was trying to do a

3  service, how the numbers looked.

4          MR. GICINTO:  Gotcha.

5          MR. TRIPP:  I even told them that.  I told

6  Linette and her editor.

7          MR. GICINTO:  Okay.  Gotcha.  So after, you

8  know, you've worked with her, I guess, for a few weeks

9  do you -- what's your assessment of working with her?

10  Do you feel like she did honor her agreements with you

11  in terms of respecting your wishes?

12          MR. TRIPP:  Yes.  Yeah, I believe that.

13          MR. GICINTO:  Okay.  Anything you would have --

14  maybe in this moment probably an interesting question to

15  ask, but in hindsight something you would have done

16  differently in working with her?

17          MR. TRIPP:  Cover my tracks.

18          MR. NOCON:  Fair enough.

19          MR. TRIPP:  I don't know.  I -- I can say she

20  definitely has it out for Elon.  I don't know the root

21  cause.

22          MR. GICINTO:  Did she ever explain why?

23          MR. TRIPP:  No.  I kind of asked her.  I said,

24  "So what is about Elon?"  She's like, "Did you read my

25  article?"  And I can kind of see a side of that, you

1                    REPORTER'S CERTIFICATION

2

3

4          I, Josie C. Gonzalez, a Certified Shorthand

5     Reporter in and for the State of California, do hereby

6     certify:

7

8          That the foregoing audio file was reported by me

9     stenographically to the best of my ability and later

10    transcribed into typewriting under my direction; that

11    the foregoing is a true record of the audio file.

12

13         IN WITNESS WHEREOF, I have subscribed my name

14    this 27th day of September, 2019.

15

16

17    _____

18         JOSIE C. GONZALEZ
           CSR No. 13435

19

20

21

22

23

24

25

                                                          290