# Exhibit 4 - Screenshot of Text Message (TES-TRIPP_0021837)

