# Exhibit 5 - June 25, 2018 James Uelmen Interview Excerpts

```
 1   TESLA,                    ) Case No. 3:18-CV-00296-LRH-CBC
                               )
 2        Vs.                  )
                               )
 3   TRIPP,                    )
                               )
 4   _____)
                                          REPORTER CERTIFIED
 5                                            TRANSCRIPT
 6
 7
 8
 9
10
11
12
13
14
15             AUDIO TRANSCRIPTION OF TRIPP_0017326
16                    San Diego, California
17              Wednesday, September 18, 2019
18
19
20
21   Transcribed by:
     JOSIE C. GONZALEZ
22   CSR No. 13435
     Job No. 19-29805C
23
24   (PAGE 1 OF 102)
25
```

```
 1   Don't talk to anybody else.
 2           MR. ZEEFE:  Right.  But she said -- and he told
 3   you that she paid him.
 4           MR. UELMEN:  He didn't tell me directly that she
 5   paid him.  But it was one of those things where I asked
 6   myself, well, you know, what -- what are we getting out
 7   of this?  I mean, I'm broke, man.  I need, you know,
 8   some money.  And he's like -- he goes, you know, there's
 9   things coming down the line.  I said, "What about now?"
10   I said, "What did you get paid for it?"  You know, and I
11   go, "You kept throwing this $50,000 up."  I go, "What's
12   that all about?"  He just kind of grinned at me.  He's
13   like, "nah, you know, I can't really say much about
14   that."  You know, with a grin and kind of look like -- I
15   was like, "All right.  You got paid."
16           MR. ZEEFE:  Did he -- did he talk about how he
17   got paid?
18           MR. UELMEN:  No.
19           MR. ZEEFE:  Was it cash?  Was it check?
20           MR. UELMEN:  That's just it.  I mean, he never
21   directly said he got paid.  It was just of one of those
22   kind of innuendos where --
23           MR. ZEEFE:  Yeah.
24           MR. UELMEN:  It was like, all right, I
25   understand what you're saying and find out what I can
```

1   get from her.
2           MR. GICINTO:  I'll tell you what.  Like what I'm
3   looking at right here is -- is really interesting from
4   James' texting.  This is Facebook?
5           MR. UELMEN:  Yeah, messenger.
6           MR. GICINTO:  Yeah, Facebook messenger where
7   he -- James says, "Just don't forget about me when this
8   is done and you get paid.  LOL."  And Marty responds,
9   "Oh, if you're helpful, you will get some money.  I
10  guarantee you.  There is stuff going on that I cannot
11  tell you anyone.  It is good, though."  And James says,
12  "Like what?  I don't understand.  I feel like I'm in the
13  dark.  I don't want to say the wrong thing to her."  And
14  Marty responds, "Just the support that I'm getting from
15  some awesome people.  Sorry.  Got to leave everyone in
16  the dark for probably the next two weeks."  That's --
17  that's super interesting.
18          MR. ZEEFE:  It is.  What's your read on that?
19  Do you think he's being truthful -- truthful there?
20          MR. UELMEN:  You know what, yeah.  You know
21  what, I don't know.  I -- I think he -- I think he's
22  overexaggerating what he thinks he has, overexaggerating
23  what he think he's worth -- or what he can do.
24          MR. ZEEFE:  But if he is talking about awesome
25  people, then it sounds like --

```
 1                  REPORTER'S CERTIFICATION
 2
 3
 4        I, Josie C. Gonzalez, a Certified Shorthand
 5   Reporter in and for the State of California, do hereby
 6   certify:
 7
 8        That the foregoing audio file was reported by me
 9   stenographically to the best of my ability and later
10   transcribed into typewriting under my direction; that
11   the foregoing is a true record of the audio file.
12
13        IN WITNESS WHEREOF, I have subscribed my name
14   this 30th day of September, 2019.
15
16
17                         _____
                           JOSIE C. GONZALEZ
18                         CSR No. 13435
19
20
21
22
23
24
25
```