# Exhibit 6 - June 21, 2018 Email (TES-TRIPP_0003390)

| | |
|---|---|
| **From:** | Shamara Bell |
| **Sent:** | Thursday, June 21, 2018 12:13 PM |
| **To:** | Jeff Jones |
| **Cc:** | Angel Besinaiz |
| **Subject:** | Martin Tripp Call |

Hello Jeff,
I was asked to email you to recap the phone call that i received yesterday regarding Martin Tripp. I answered the phone to a man that sounded genuinely concerned & afraid. He explained that he is a very close friend of an ex-employee of Tesla that was fired recently. Explained that he fears for the safety of employees at the battery ( Giga Factory ) because of he is extremely volatile. Stated that he is very well heavily armed . Stated that he is extremely upset more -so now because his name was released in the media this past weekend.

**at that point i placed him on hold to recap with my supervisor who advised that i gather additional information**

A co-worker advised me of the Martin Tripp story that broke, so i asked if he was was referring to Martin Tripp when i returned to the line.  He confirmed that he was referring to Martin.

I commended him for being brave enough to make the call to us. I asked if he would like to provide his name or any contact information  so that we can gather additional information if needed. He declined because he says that he doesn't want to be involved in this matter with his friend but doesn't want anyone to get hurt. I thanked him for the incident report & reported to my supervisor who assisted with escalating this information to appropriete parties.

I hope this information was helpful.

Kindest Regards,

Shamara Bell

1



CONFIDENTIAL

TES-TRIPP_0003390