# Exhibit 7 - Shamara Bell Deposition Excerpts

```
1              UNITED STATES DISTRICT COURT
                   DISTRICT OF NEVADA
2

3   TESLA, INC., a Delaware     )
    Corporation,                )
4        Plaintiff              )
                                )
5   VS.                         )
                                )
6   MARTIN TRIPP, an Individual,)
         Defendant              )
7                               ) Case No.
    _____) 3:18-cv-00296-LRH-CBC
8                               )
    MARTIN TRIPP, an Individual,)
9        Counterclaimant        )
                                )
10                              )
    TESLA, INC., a Delaware     )
11  Corporation,                )
         Counter Defendant      )
12

13                  CONFIDENTIAL

14          ----------------------------------

15      ORAL AND VIDEOTAPED DEPOSITION OF

16               SHAMARA BELL

17             SEPTEMBER 6, 2019

18                 VOLUME 1

19          ----------------------------------

20

21

22       ORAL AND VIDEOTAPED DEPOSITION OF SHAMARA BELL,

23   produced as a witness at the instance of the

24   DEFENDANT/COUNTERCLAIMANT, and duly sworn, was taken in

25   the above-styled and numbered cause on September 6, 2019,
```

1  from 10:19 a.m. to 1:12 p.m., before Tobi Moreland, CSR in

2  and for the State of Texas, at the Killeen Civic Center &

3  Conference Center, 3601 South W.S. Young Drive, Killeen,

4  Texas, pursuant to the Federal Rules of Civil Procedure

5  and any stipulations made on the record.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1   does that have any significance to you, that particular
 2   header?
 3        A.   Attributed to a Tesla spokesperson?
 4        Q.   Yes.
 5        A.   I mean, to a Tesla spokesperson -- I don't know
 6   how to answer that question.  I don't understand the
 7   question, I guess.
 8        Q.   That's fine.  My understanding is that when
 9   something at Tesla was supposed to be put out for public
10   consumption, it would typically include such a header.
11   That doesn't mean anything to you based upon the type of
12   work you did at Tesla?
13        A.   Right.
14        Q.   Have you ever seen the quoted statement right
15   below that header?
16        A.   I saw this in the media, correct, yes.
17        Q.   Did anyone at Tesla ever seek your confirmation
18   that what was reflected in that official statement was
19   true and correct?
20        A.   Seek my confirmation as far as --
21        Q.   Yes.
22        A.   -- whether or not this was true and correct?
23             If you're referring to verbiage-wise and the
24   "shoot the place up" sentence, that was not stated.
25   However, the actions of the man being heavily armed and
```

 1  wanting to hurt people, there's only one thing that --

 2  well, I can't assume, but I would -- there's only one

 3  thing you can do when you're heavily armed.  So I can --

 4  it's still saying the same thing, but verbiage-wise, that

 5  was not my exact verbiage.

 6       Q.   Okay.  But isn't it a fact that the caller did

 7  not say that the person was coming to the Gigafactory to

 8  shoot the place up?

 9            MR. BETETA:  Objection.  Asked and

10  answered.

11       A.   Correct, that wasn't -- that wasn't the verbiage

12  that was used.

13       Q.   (By Mr. Mitchell)  And if the caller had said

14  that Mr. Tripp was going to the Gigafactory to shoot the

15  place up, you would have put that in your recap of the

16  call, wouldn't you?

17       A.   I would have, and I probably would have thought

18  it was a prank at that point, that type of -- but yeah, I

19  would have stated that.

20       Q.   Because that would have been an important

21  message to convey, wouldn't it?

22       A.   Correct.

23       Q.   Did you tell anyone at Tesla after that phone

24  call that the alleged -- or the anonymous caller was a

25  friend of Mr. Tripp?

1       A.   No.

2       Q.   Did you receive a call concerning a threat to

3   Tesla's Gigafactory in Nevada?

4       A.   I did.

5       Q.   And what did the caller say?

6       A.   So the caller, he stated that he had some

7   concerns -- well, that's not how it started.  But he said

8   that he was calling because he has -- he's a friend of

9   someone that was recently fired from Tesla and he was

10  upset because his name was just released in the media.

11  He's scared -- he was scared for the safety of the

12  employees at the Gigafactory, says that his friend was

13  heavily armed and volatile, so he was just calling to

14  report this to let us know.  That's the gist of the

15  conversation that I had with him.

16      Q.   Anything else that you recall from the call?

17      A.   I was trying to probe and try to get a name for

18  him or a contact number, and he -- he wanted to remain

19  anonymous.  So, you know, my efforts at identifying who he

20  was were unsuccessful.  He said that he didn't want to be

21  involved because -- because he was a friend of Martin

22  Tripp.

23      Q.   Did you think this was a credible threat?

24      A.   Yes.

25      Q.   And why?

1          MR. MITCHELL:  Objection to form.
2    Foundation.  Objection, foundation.
3       A.  I thought it was credible.  Things like this
4    happen every day.  And protocol, even if it led to
5    nothing, it -- you know, it's a serious threat.  People
6    could get hurt if this wasn't reported in some way, shape,
7    form, fashion.  We see this every day at Walmarts and
8    schools.  So yes, I thought it was credible.
9       Q.  (By Mr. Beteta)  And did anything about the call
10   and the caller make you think that the call was credible?
11      A.  The -- I mean, he sounded sincere.
12         MR. MITCHELL:  Objection, form.
13      A.  He sounded sincere.  He sounded scared, perhaps
14   even a little nervous.  But he also sounded like, hey,
15   this is my sense of duty.  Like, I need to at least let
16   someone know, you know, in an attempt to stop people from
17   being hurt.
18      Q.  (By Mr. Beteta)  As a result of the call, were
19   you worried or scared?
20      A.  It was scary.  Definitely worried.  I wanted to
21   get all the information that I could possibly get and
22   escalate it forward because sometimes time is -- time is
23   everything.  So yeah, I was worried and a little scared.
24      Q.  Did you ever think that the call was fake?
25      A.  Never.

1   Q.  And why not?

2   A.  The seriousness of this call.  He sounded

3   genuine.  I had no reason to question.  He didn't give me

4   a reason to question.  It didn't sound like he was

5   laughing, or it didn't sound like he was rushing through

6   it.  He was -- you know, he just genuinely sounded like he

7   was concerned.

8   Q.  Could you get the caller's number from the

9   caller ID?

10  A.  No.

11  Q.  Did it raise any concern or make you suspicious

12  that the caller ID was blocked?

13  A.  No.

14  Q.  And why not?

15  A.  Sometimes people block their phone numbers

16  because they don't want to -- you know, they don't want

17  people to have access to their information.  So it's just

18  all about, like -- not security.  What's the right word?

19  It's just being private, privacy, I guess.

20  Q.  Did you let any of your coworkers know what was

21  going on while the caller was on the phone?

22  A.  No, I didn't.  I didn't.

23  Q.  Did you tell your supervisor what was going on

24  while the caller was on the phone?

25  A.  Correct, yes, I did.

1    So, you know, I returned to the call, and I
2  asked him to confirm.  I was like, well, is this in
3  regards to Martin Tripp?
4    He did confirm that, yes, this is in regards to
5  Martin Tripp.  So at that point, that's when I realized
6  that, okay, it was in regards to Martin Tripp.
7    Q.  How did you feel after taking the call?
8    A.  Worried, scared, like shocked.  Yeah.
9    Q.  Were you concerned that Mr. Tripp might show up
10  to the Gigafactory to shoot up the place?
11    A.  Yeah.
12    Q.  Were you concerned for the safety of those at
13  the Gigafactory?
14    A.  Absolutely.
15    Q.  Why?
16    A.  Because just being heavily armed and volatile
17  and upset can lead to things like Columbine.  Like, it's
18  not a good combination.  So yeah, I was worried for them.
19    Q.  Did Tesla security reach out to you concerning
20  the threat to the Gigafactory that you received?
21    A.  Yes.
22    Q.  How soon after the call?
23    A.  I don't think it was -- I don't think it was too
24  long after, maybe within the hour.  Maybe within the hour.
25    Q.  And what did Tesla security tell you?  I'm

1    A.   What was the question?

2    Q.   (By Mr. Beteta)  Why do you believe that the

3  caller -- I'm sorry.  Why do you believe the call on

4  June 20, 2018, created a threat to the Gigafactory and its

5  employees?

6         MR. MITCHELL:  Same objections.

7    A.   Well, a threat of that serious -- it's a serious

8  nature of the threat.  He sounded genuine, scared, like it

9  was his obligation, like his duty to report this, to

10  prevent people from being hurt, is what -- the sense I got

11  from this conversation.  I -- you know, I took it as a

12  legitimate call.  You know, had I not taken it seriously

13  and something -- you know, the opposite would have

14  happened, it could have had a really -- it could have had

15  a whole different alternative ending.  So things of that

16  nature have to be addressed.

17         MR. BETETA:  Thank you, Ms. Bell.  I have

18  nothing further.

19                EXAMINATION

20  BY MR. MITCHELL:

21    Q.   I do have just a few follow-up questions.

22  Ms. Bell, you said in response to one of the questions

23  from your counsel that these things happen every day.  I

24  just want to clarify.  Isn't it true the only time this

25  ever happened to you was June 20, 2018?

```
 1          UNITED STATES DISTRICT COURT
               DISTRICT OF NEVADA
 2

 3  TESLA, INC., a Delaware      )
    Corporation,                 )
 4       Plaintiff               )
                                 )
 5  VS.                          )
                                 )
 6                               )
    MARTIN TRIPP, an Individual, )
 7       Defendant               ) Case No.
    _____ ) 3:18-cv-00296-LRH-CBC
 8                               )
    MARTIN TRIPP, an Individual, )
 9       Counterclaimant         )
                                 )
10                               )
                                 )
11  TESLA, INC., a Delaware      )
    Corporation,                 )
12       Counter Defendant       )

13              REPORTER'S CERTIFICATION
                DEPOSITION OF SHAMARA BELL
14                 SEPTEMBER 6, 2019

15      I, Tobi Moreland, Certified Shorthand Reporter in
16  and for the State of Texas, hereby certify to the
    following:
17
        That the witness, SHAMARA BELL, was duly sworn by
18  the officer and that the transcript of the oral
    deposition is a true record of the testimony given by the
19  witness;

20      That the deposition transcript was submitted on
    September 16th, 2019 to the witness or to the attorney
21  for the witness for examination, signature and return to
    Huseby, Inc., by October 6th, 2019;
22
        That the amount of time used by each party at the
23  deposition is as follows:

24      Mr. Douglas J. Beteta..... 22 Minutes
        Mr. Robert D. Mitchell.....2 Hours, 8 Minutes
25
```

1    deposition officer at the time said testimony was taken,
2    the following includes counsel for all parties of record:

3       Mr. Douglas J. Beteta, Attorney for Plaintiff/Counter
     Defendant
4       Mr. Robert D. Mitchell, Attorney for
     Defendant/Counterclaimant
5

6         That $_____ is the deposition officer's
     charges to the Defendant/Counterclaimant for preparing
7    the original deposition transcript and any copies of
     exhibits;
8
         I further certify that I am neither counsel for,
9    related to, nor employed by any of the parties or
     attorneys in the action in which this proceeding was
10   taken, and further that I am not financially or otherwise
     interested in the outcome of the action.
11
         Certified to by me this _____ day of
12   _____, 2019.

13

14

15

16                    _____
                      Tobi L. Moreland, CSR 3317
17                      Expires 12/31/19
                      Huseby, Inc.
18                      1230 West Morehead Street
                      Suite 408
19                      Charlotte, NC 28208
                      Phone:  800-333-2082
20

21

22

23

24

25