**JACKSON LEWIS P.C.**
Joshua A. Sliker (Nevada Bar No. 12493)
Joshua.Sliker@jacksonlewis.com
300 S. Fourth Street, Suite 900
Las Vegas, NV 89101
Telephone:   (702) 921-2460
Facsimile:    (702) 921-2461

**CHARIS LEX P.C.**
Sean P. Gates *(admitted pro hac vice)*
sgates@charislex.com
Douglas J. Beteta *(admitted pro hac vice)*
dbeteta@charislex.com
301 N. Lake Ave., Suite 1100, Pasadena, CA 91101
Telephone:   (626) 508-1717
Facsimile:    (626) 508-1730

*Attorneys for Plaintiff/Counter-Defendant Tesla, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TESLA, INC., a Delaware corporation,<br>　　　　Plaintiff,<br><br>　vs.<br><br>MARTIN TRIPP, an individual,<br>　　　　Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. 3:18-cv-00296-LRH-CLB<br><br>**DECLARATION OF AUSTIN MARSH IN SUPPORT OF TESLA'S RESPONSE TO MARTIN TRIPP'S MOTION TO SEAL MOTION TO COMPEL DEPOSITION OF NON-PARTY ELON MUSK** |

DECLARATION OF AUSTIN MARSH

I, Austin Marsh, declare as follows:

1. I am a Senior Counsel at Plaintiff and Counter Defendant Tesla, Inc. I have personal knowledge of the facts set forth herein. If called as a witness, I could and would competently testify to the matters stated herein. I make this declaration in support of Tesla's Response to Defendant and Counter-Claimant Martin Tripp's Motion to Seal Motion to Compel Deposition of Elon Musk.

2. Exhibits L and M to Tripp's Motion consist of emails exchanged between Elon Musk and private individuals concerned with Tesla's operations and investigation into Tripp's actions. These individuals have no involvement in the present lawsuit. To protect these individual's privacy interests, their names and email addresses should be redacted. It is my understanding that Tesla designated Exhibits L and M "CONFIDENTIAL" pursuant to the parties' stipulated Protective Order.

3. Exhibit N to Tripp's Motion consists of emails exchanged amongst Elon Musk and others at Tesla with a public relations consultant. The email chain reflects Tesla's internal and confidential strategic discussions regarding communications with the press and the public. These materials have not been publicly disclosed and their public disclosure would harm Tesla's ability to strategize about potential press inquiries and responses with the concern that such communications would be made public. This exhibit also reveals contact information for individuals, including Tesla executives. It is my understanding that Tesla designated Exhibit N "CONFIDENTIAL" pursuant to the parties' stipulated Protective Order.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 20, 2019, at Fremont, California.

Austin Marsh