## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| TESLA, INC., | ) | 3:18-CV-0296-LRH-CLB |
| Plaintiff, | ) | **MINUTE ORDER** |
| vs. | ) | December 11, 2019 |
| MARTIN TRIPP, | ) | |
| Defendant. | ) | |

**PRESENT:** <u>THE HONORABLE CARLA BALDWIN</u>, U.S. MAGISTRATE JUDGE

**DEPUTY CLERK:** <u>LISA MANN</u>   **REPORTER:** <u>NONE APPEARING</u>

**COUNSEL FOR PLAINTIFF(S):** <u>NONE APPEARING</u>

**COUNSEL FOR DEFENDANT(S):** <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

Plaintiff's motion to file surreply in opposition to motion to compel deposition of non-party Elon Musk (ECF No. 123) is **DENIED**.

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By: <u>    /s/    </u>
Deputy Clerk