**JACKSON LEWIS P.C.**
Joshua A. Sliker (Nevada Bar No. 12493)
Joshua.Sliker@jacksonlewis.com
300 S. Fourth Street, Suite 900
Las Vegas, NV 89101
Telephone: (702) 921-2460
Facsimile: (702) 921-2461

**CHARIS LEX P.C.**
Sean P. Gates *(admitted pro hac vice)*
sgates@charislex.com
Douglas J. Beteta *(admitted pro hac vice)*
dbeteta@charislex.com
301 N. Lake Ave., Suite 1100, Pasadena, CA 91101
Telephone: (626) 508-1717
Facsimile: (626) 508-1730

*Attorneys for Plaintiff/Counter-Defendant Tesla, Inc.*

**TIFFANY & BOSCO, P.A.**
Robert D. Mitchell (admitted pro hac vice)
rdm@tblaw.com
William M. Fischbach III (admitted pro hac vice)
wmf@blaw.com
Fletcher R. Carpenter (admitted pro hac vice)
frc@tblaw.com
Camelback Esplanade II, Seventh Floor
2525 East Camelback Road Phoenix, Arizona 85016-4229
Telephone: (602) 255-6000
Facsimile: (602) 255-0103

*Attorneys for Defendant/Counter-Plaintiff Martin Tripp*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| TESLA, INC., a Delaware corporation,<br>　　　　Plaintiff,<br><br>vs.<br><br>MARTIN TRIPP, an individual,<br>　　　　Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. 3:18-cv-00296-LRH-CLB<br><br>**STIPULATION AND [PROPOSED] MODIFICATION TO SCHEDULING ORDER**<br><br>**(FIFTH REQUEST)** |
|---|---|

Pursuant to Local Rule 26-4, Plaintiff and Counter-Defendant Tesla, Inc. ("Tesla") and Defendant and Counter-Plaintiff Martin Tripp ("Tripp") submit the following Stipulation and Proposed Modification to Scheduling Order.

On March 13, 2013, the Court granted in part and denied in part Tripp's motion to compel the deposition of Elon Musk. All other discovery has been completed. For the reasons discussed at the hearing on the motion, good cause exists to extend the discovery cutoff.

The Court previously modified the Scheduling Order on December 5, 2018, March 6, 2019, June 19, 2019, and October 1, 2019, pursuant to stipulation of the parties. (ECF Nos. 55, 68, 81, and 101.) This is therefore the fifth request for modification of the Scheduling Order. The parties do not anticipate requesting further modifications.

For the foregoing reasons, the parties stipulate and respectfully request that the Scheduling Order be modified as follows:

1. **Discovery Cutoff Date:** The discovery cutoff date shall be extended to February 28, 2020 for the limited purpose of the deposition of Elon Musk. No other discovery may be taken.

2. **Dispositive Motions:** Dispositive motions may be filed no later than March 31, 2020.

3. **Pretrial Order:** The pretrial order shall be filed no later than April 30, 2020. In the event dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until 30 days after the decision of the dispositive motions or until further order of the Court. The disclosures required by Federal Rule of Civil Procedure 26(a)(3), and any objections thereto, shall be included in the pretrial order.

4. All other deadlines remain as stated in the Discovery Plan and Scheduling Order previously entered by the Court (ECF Nos. 31, 55, 68, 81, 101).

1 | Dated: December 19, 2019        CHARIS LEX P.C.

By:  /s/ Sean P. Gates
     Sean P. Gates
     Attorneys for Plaintiff and
     Counter-Defendant Tesla, Inc.

Dated: December 19, 2019        TIFFANY & BOSCO, P.A.

By:  /s/ William Fischbach
     William Fischbach
     Attorneys for Defendant Martin Tripp

**ORDER**

IT IS SO ORDERED:

_____
HON. CARLA BALDWIN
UNITED STATES MAGISTRATE JUDGE

DATED: 12/23/2019