Rory T. Kay (NSBN 12416)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
rkay@mcdonaldcarano.com

Alex Spiro (*pro hac vice* forthcoming)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York  10010
Telephone: (212) 849-7000
alexspiro@quinnemanuel.com

Michael Lifrak (*pro hac vice* forthcoming)
Jeanine M. Zalduendo (*pro hac vice* forthcoming)
Alex Bergjans (*pro hac vice* forthcoming)
Aubrey Jones (*pro hac vice* forthcoming)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, California  90017
Telephone: (213) 443-3000
michaellifrak@quinnemanuel.com
jeaninezalduendo@quinnemanuel.com
alexbergjans@quinnemanuel.com
aubreyjones@quinnemanuel.com

*Attorneys for Plaintiff Tesla Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TESLA, INC.<br><br>　　　　　Plaintiff,<br>　vs.<br><br>MARTIN TRIPP,<br><br>　　　　　Defendant. | Case No.: 3:18-cv-00296-LRH-CLB<br><br>**CONSENT ORDER GRANTING SUBSTITUTION OF COUNSEL** |

Notice is hereby given that, subject to approval by the Court, Plaintiff Tesla, Inc. hereby authorizes and consents to the substitution of Rory T. Kay of McDonald Carano, LLP and Alex Spiro, Michael Lifrak, Jeanine M. Zalduendo, Alex Bergjans and Aubrey Jones of Quinn Emanuel Urquhart & Sullivan, LLP, as attorneys of record in the above-entitled action,

1  in the place and stead of Joshua A. Sliker of Jackson Lewis P.C. and Douglas Beteta and
2  Sean P. Gates of Charis Lex P.C.
3      Contact information for new counsel is as follows:

4  Rory T. Kay (NSBN 12416)
   McDONALD CARANO LLP
5  2300 West Sahara Avenue, Suite 1200
   Las Vegas, Nevada 89102
6  Telephone: (702) 873-4100
7  rkay@mcdonaldcarano.com

8  Alex Spiro (pro hac vice forthcoming)
   QUINN EMANUEL URQUHART & SULLIVAN, LLP
9  51 Madison Avenue, 22nd Floor
   New York, New York 10010
10 Telephone: (212) 849-7000
11 alexspiro@quinnemanuel.com

12 Michael Lifrak (pro hac vice forthcoming)
   Jeanine M. Zalduendo (pro hac vice forthcoming)
13 Alex Bergjans (pro hac vice forthcoming)
   Aubrey Jones (pro hac vice forthcoming)
14 QUINN EMANUEL URQUHART & SULLIVAN, LLP
15 865 S. Figueroa St., 10th Floor
   Los Angeles, California 90017
16 Telephone: (213) 443-3000
   michaellifrak@quinnemanuel.com
17 jeaninezalduendo@quinnemanuel.com
   alexbergjans@quinnemanuel.com
18 aubreyjones@quinnemanuel.com

19
20 I consent to the above substitution.
21 Dated this 7th day of January, 2020.
22
23 TESLA, INC.
24 By: _____
25 Name: AUSTIN JAMES MARSH
26 Title: SR. COUNSEL
27
28

1    I consent to be substituted.

2    Dated this 6th day of January, 2020.

3                              JACKSON LEWIS P.C.

By: _____
Joshua A. Sliker (NSBN 12493)
Jackson Lewis P.C.
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Telephone: 702-921-2460
joshua.sliker@jacksonlewis.com

CHARIS LEX P.C.

By: _____
Douglas Beteta
Sean P. Gates
Charis Lex P.C.
301 N. Lake Ave., Suite 1100
Pasadena, California 91101
Telephone: 626-204-5871
dbeteta@charislex.com
sgates@charislex.com

16   / / /
17   / / /
18   / / /
19   / / /
20   / / /
21   / / /
22   / / /
23   / / /
24   / / /
25   / / /
26   / / /
27   / / /
28   / / /

I consent to the above substitution.

Dated this 6TH day of January, 2020.

McDONALD CARANO LLP

By: _____ #12416
Rory T. Kay (NSBN 12416)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
rkay@mcdonaldcarano.com

Alex Spiro (*pro hac vice* forthcoming)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York  10010
Telephone: (212) 849-7000
alexspiro@quinnemanuel.com

Michael Lifrak (*pro hac vice* forthcoming)
Jeanine M. Zalduendo (*pro hac vice* forthcoming)
Alex Bergjans (*pro hac vice* forthcoming)
Aubrey Jones (*pro hac vice* forthcoming)
Quinn Emanuel Urquhart & Sullivan, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, California  90017
Telephone: (213) 443-3000
michaellifrak@quinnemanuel.com
jeaninezalduendo@quinnemanuel.com
alexbergjans@quinnemanuel.com
aubreyjones@quinnemanuel.com

*Attorneys for Plaintiff Tesla, Inc.*

The substitution of attorney is hereby approved and so ORDERED.

Dated this _____ day of January, 2020.

_____
United States District Court Judge

4826-2666-5392, v. 1

**CERTIFICATE OF SERVICE**

I certify that I am an employee of McDonald Carano LLP, and that on the 7th day of January, 2020, a true and correct copy of the foregoing **CONSENT ORDER GRANTING SUBSTITUTION OF COUNSEL** was electronically filed with the Clerk of the Court by using CM/ECF service which will provide copies to the following counsel of record registered to receive CM/ECF notification:

                        /s/ CaraMia Gerard
                 An employee of McDonald Carano LLP

4826-2666-5392, v. 1