```
FILED              RECEIVED
ENTERED            SERVED ON
            COUNSEL/PARTIES OF RECORD

      JAN - 8 2020

   CLERK US DISTRICT COURT
    DISTRICT OF NEVADA
BY:                      DEPUTY
```

1  Rory T. Kay (NSBN 12416)
   McDONALD CARANO LLP
2  2300 West Sahara Avenue, Suite 1200
   Las Vegas, Nevada 89102
3  Telephone: (702) 873-4100
   rkay@mcdonaldcarano.com
4
   Alex Spiro (*pro hac vice* forthcoming)
5  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   51 Madison Avenue, 22nd Floor
6  New York, New York  10010
   Telephone: (212) 849-7000
7  alexspiro@quinnemanuel.com

8  Michael Lifrak (*pro hac vice* forthcoming)
   Jeanine M. Zalduendo (*pro hac vice* forthcoming)
9  Alex Bergjans (*pro hac vice* forthcoming)
   Aubrey Jones (*pro hac vice* forthcoming)
10 QUINN EMANUEL URQUHART & SULLIVAN, LLP
   865 S. Figueroa St., 10th Floor
11 Los Angeles, California  90017
   Telephone: (213) 443-3000
12 michaellifrak@quinnemanuel.com
   jeaninezalduendo@quinnemanuel.com
13 alexbergjans@quinnemanuel.com
   aubreyjones@quinnemanuel.com
14
   *Attorneys for Plaintiff Tesla Inc.*
15

16                    UNITED STATES DISTRICT COURT

17                         DISTRICT OF NEVADA

18
   TESLA, INC.                          | Case No.: 3:18-cv-00296-LRH-CLB
19
                                        | **CONSENT ORDER GRANTING**
20          Plaintiff,                  | **SUBSTITUTION OF COUNSEL**
     vs.
21
   MARTIN TRIPP,
22
            Defendant.
23

24

25         Notice is hereby given that, subject to approval by the Court, Plaintiff Tesla, Inc.

26 hereby authorizes and consents to the substitution of Rory T. Kay of McDonald Carano, LLP

27 and Alex Spiro, Michael Lifrak, Jeanine M. Zalduendo, Alex Bergjans and Aubrey Jones of

28 Quinn Emanuel Urquhart & Sullivan, LLP, as attorneys of record in the above-entitled action,

1  in the place and stead of Joshua A. Sliker of Jackson Lewis P.C. and Douglas Beteta and
2  Sean P. Gates of Charis Lex P.C.
3      Contact information for new counsel is as follows:

4  Rory T. Kay (NSBN 12416)
   McDONALD CARANO LLP
5  2300 West Sahara Avenue, Suite 1200
   Las Vegas, Nevada 89102
6  Telephone: (702) 873-4100
7  rkay@mcdonaldcarano.com

8  Alex Spiro (pro hac vice forthcoming)
   QUINN EMANUEL URQUHART & SULLIVAN, LLP
9  51 Madison Avenue, 22nd Floor
   New York, New York  10010
10  Telephone: (212) 849-7000
11  alexspiro@quinnemanuel.com

12  Michael Lifrak (pro hac vice forthcoming)
   Jeanine M. Zalduendo (pro hac vice forthcoming)
13  Alex Bergjans (pro hac vice forthcoming)
   Aubrey Jones (pro hac vice forthcoming)
14  QUINN EMANUEL URQUHART & SULLIVAN, LLP
15  865 S. Figueroa St., 10th Floor
   Los Angeles, California  90017
16  Telephone: (213) 443-3000
   michaellifrak@quinnemanuel.com
17  jeaninezalduendo@quinnemanuel.com
   alexbergjans@quinnemanuel.com
18  aubreyjones@quinnemanuel.com
19

20  I consent to the above substitution.
21  Dated this 7th day of January, 2020.
22
23  TESLA, INC.
24  By: _____
25  Name: AUSTIN JAMES MARSH
26  Title: SR. COUNSEL
27
28

1  I consent to be substituted.

2  Dated this 6th day of January, 2020.

3                                        JACKSON LEWIS P.C.

4                                        By: _____
5                                        Joshua A. Sliker (NSBN 12493)
                                         Jackson Lewis P.C.
6                                        300 S. Fourth Street, Suite 900
                                         Las Vegas, Nevada 89101
7                                        Telephone: 702-921-2460
                                         joshua.sliker@jacksonlewis.com
8

9                                        CHARIS LEX P.C.

10                                       By: _____
11                                       Douglas Beteta
                                         Sean P. Gates
12                                       Charis Lex P.C.
                                         301 N. Lake Ave., Suite 1100
13                                       Pasadena, California 91101
                                         Telephone: 626-204-5871
14                                       dbeteta@charislex.com
                                         sgates@charislex.com
15

16  / / /

17  / / /

18  / / /

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

1  I consent to the above substitution.

2  Dated this 6TH day of January, 2020.

3  McDONALD CARANO LLP

4

5  By: /s/ BTK #12416
   Rory T. Kay (NSBN 12416)
6  McDONALD CARANO LLP
   2300 West Sahara Avenue, Suite 1200
7  Las Vegas, Nevada 89102
   Telephone: (702) 873-4100
8  rkay@mcdonaldcarano.com

9
   Alex Spiro (*pro hac vice* forthcoming)
10 QUINN EMANUEL URQUHART & SULLIVAN, LLP
   51 Madison Avenue, 22nd Floor
11 New York, New York 10010
   Telephone: (212) 849-7000
12 alexspiro@quinnemanuel.com

13 Michael Lifrak (*pro hac vice* forthcoming)
   Jeanine M. Zalduendo (*pro hac vice* forthcoming)
14 Alex Bergjans (*pro hac vice* forthcoming)
   Aubrey Jones (*pro hac vice* forthcoming)
15 Quinn Emanuel Urquhart & Sullivan, LLP
   865 S. Figueroa St., 10th Floor
16 Los Angeles, California 90017
   Telephone: (213) 443-3000
17 michaellifrak@quinnemanuel.com
   jeaninezalduendo@quinnemanuel.com
18 alexbergjans@quinnemanuel.com
   aubreyjones@quinnemanuel.com

19
20 *Attorneys for Plaintiff Tesla, Inc.*

21

22 The substitution of attorney is hereby approved and so ORDERED.

23 Dated this 8th day of January, 2020.

24
25                                      /s/ [signature]
26                                      United States Magistrate Judge

27
28

Page 4

4826-2666-5392, v. 1