Robert D. Mitchell (*admitted pro hac vice*)
William M. Fischbach III (*admitted pro hac vice*)
Fletcher R. Carpenter (*admitted pro hac vice*)
Jason C. Kolbe, Nevada Bar No. 11624
Kevin S. Soderstrom, Nevada Bar No. 10235

**TB TIFFANY & BOSCO**
P.A.

Camelback Esplanade II, Seventh Floor
2525 East Camelback Road
Phoenix, Arizona 85016-4229
Telephone: (602) 255-6000
Fax: (602) 255-0103
E-mails: rdm@tblaw.com; wmf@tblaw.com;
frc@tblaw.com; jck@tblaw.com; kss@tblaw.com

Counsel for Defendant/Counterclaimant Martin Tripp

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TESLA, INC., a Delaware corporation,<br><br>                         Plaintiff,<br><br>vs.<br><br>MARTIN TRIPP, an individual,<br><br>                         Defendant.<br><br>MARTIN TRIPP, an individual,<br><br>Counterclaimant,<br><br>TESLA, INC., a Delaware corporation,<br><br>Counterdefendant | Case No. 3:18-cv-00296-LRH-CBC<br><br>**DEFENDANT/COUNTERCLAIMANT MARTIN TRIPP'S MOTION TO SEAL NOTICE OF THIRD-PARTY DEPOSITION OF ELON MUSK** |

1

1     Defendant/Counterclaimant Martin Tripp moves to seal his Notice of Third-Party Deposition of Elon Musk ("Notice") [ECF No. 143] filed contemporaneously with this motion. Pursuant to the October 10, 2018 Protective Order in this case [ECF No. 43] and the Court's December 13, 2019 order [ECF No. 126], the Notice shall be filed under seal due to its confidential nature and the sensitive information contained therein.

    Tripp therefore requests that the Court grant this motion to seal.

    DATED this 30th day of January, 2020.

                                 TIFFANY & BOSCO, P.A.

                                 By _____
                                    Robert D. Mitchell
                                    William M. Fischbach III
                                    Camelback Esplanade II, Seventh Floor
                                    2525 East Camelback Road
                                    Phoenix, Arizona 85016-4229
                                    *Counsel for Defendant/Counterclaimant*

# PROOF OF SERVICE

I am employed in the County of Maricopa, State of Arizona. I am over the age of 18 and not a party to the within action; my business address is Tiffany & Bosco, P.A. 2525 E. Camelback Road, Suite 700, Phoenix, Arizona 85016.

On January 30, 2020, I served the following described as:

**DEFENDANT/COUNTERCLAIMANT MARTIN TRIPP'S MOTION TO SEAL NOTICE OF THIRD-PARTY DEPOSITION OF ELON MUSK**

on the following interested parties in this action:

| | |
|---|---|
| Rory T. Kay<br>**MCDONALD CARANO LLP**<br>2300 West Sahara Avenue, Suite 1200<br>Las Vegas, Nevada 89102<br>rkay@mcdonaldcarano.com<br>*Attorneys for Plaintiff/Counterdefendant Tesla, Inc.*<br><br>Alex Spiro<br>**QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br>alexspiro@quinnemanuel.com<br>*Attorney for Plaintiff/Counterdefendant Tesla, Inc.* | Michael Lifrak<br>Jeanine M. Zalduendo<br>Alex Bergjans<br>Aubrey Jones<br>**QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br>865 S. Figueroa Street, 10th Floor<br>Los Angeles, California 90017<br>michaellifrak@quinnemanuel.com<br>jeaninezalduendo@quinnemanuel.com<br>alexbergjans@quinnemanuel.com<br>aubreyjones@quinnemanuel.com<br>*Attorney for Plaintiff/Counterdefendant Tesla, Inc.* |

**[X] (BY E-MAIL)** By transmitting the above documents to the above e-mail addresses.

**[X] (STATE)** I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED on this 30th day of January, 2020 at Phoenix, Arizona.

*/s/ Kaleigh Stilchen*

3