| | |
|---|---|
| 1 | Robert D. Mitchell (*admitted pro hac vice*) |
|   | William M. Fischbach III (*admitted pro hac vice*) |
| 2 | Jason C. Kolbe, Nevada Bar No. 11624 |
| 3 | Kevin S. Soderstrom, Nevada Bar No. 10235 |
| 4 | **TB TIFFANY & BOSCO** P.A. |
| 5 | 2525 East Camelback Road, Seventh Floor |
|   | Phoenix, Arizona 85016-9239 |
| 6 | Telephone (602) 255-6000 |
|   | Fax (602) 255-0103 |
| 7 | E-mails: rdm@tblaw.com; wmf@tblaw.com; |
| 8 | jck@tblaw.com; kss@tblaw.com |
| 9 | Counsel for Defendant/Counterclaimant Martin Tripp |

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TESLA, INC., a Delaware corporation, | Case No. 3:18-cv-00296-LRH-CBC |
| Plaintiff, | **MOTION TO WITHDRAW FLETCHER R. CARPENTER AS COUNSEL OF RECORD AND APPROVE CHANGE OF COUNSEL OF RECORD WITHIN LAW FIRM** |
| vs. | |
| MARTIN TRIPP, an individual, | |
| Defendant. | |
| MARTIN TRIPP, an individual, | |
| Counterclaimant, | |
| vs. | |
| TESLA, INC., a Delaware corporation, | |
| Counterdefendant. | |

Pursuant to Local Rule IA 11-6 of the Local Rules of the United States District Court for the District of Nevada ("Local Rule") and Rule 1.16(b)(1) and (7) of the Nevada Rules of

Professional Conduct, undersigned counsel respectfully move the Court to issue an Order permitting Fletcher R. Carpenter, who has appeared in these proceedings as *pro hac vice* counsel for Defendant/Counterclaimant Martin Tripp ("Mr. Tripp"), to withdraw as counsel of record for Mr. Tripp in the above-styled matter and approving the change in counsel within the same law firm. This Motion is supported by the following memorandum of points and authorities.

## MEMORANDUM OF POINTS AND AUTHORITIES.

Pursuant to Local Rule 11-6, undersigned counsel respectfully requests an order authorizing Fletcher R. Carpenter to withdraw as counsel for Mr. Tripp. The reason for this request is that Mr. Carpenter is no longer affiliated with Tiffany & Bosco, P.A. Mr. Tripp will continue to be represented by the same other attorneys within Tiffany & Bosco, P.A. who have appeared in this action, namely, Robert D. Mitchell and William M. Fischbach III, as well as local Nevada counsel of the same firm. This change in counsel will not result in the delay of discovery, the trial (which has not yet been scheduled), or any hearing in this case as Mr. Tripp will continue to be represented by Messrs. Mitchell, Fischbach, and local Nevada counsel[1].

Likewise, pursuant to Rule 1.16(b)(1) of the Nevada Rules of Professional Conduct, Mr. Carpenter's withdrawal can be accomplished without material adverse effect on the interests of Mr. Tripp as Mr. Tripp will continue to be represented by Tiffany & Bosco, P.A. and three other attorneys in this action. Moreover, good cause under Rule 1.16(b)(1) of the Nevada Rules of Professional Conduct exists for Mr. Carpenter's withdrawal as he is no longer associated with Tiffany & Bosco, P.A. and that law firm will continue to represent Mr. Tripp in this matter.

Pursuant to Local Rules IA 11-6, Mr. Tripp has been notified of and consented to Mr. Carpenter's withdrawal and counsel for Plaintiff/Counterdefendant Tesla, Inc. has been notified with the filing of this Motion.

A proposed form of order is submitted herewith for entry.

---

[1] Defendant/Counterclaimant Martin Tripp will subsequently file a stipulation of substitution of local counsel within the same firm pursuant to Local Rule IA 11-6(c) to substitute Jason C. Kolbe and Kevin S. Soderstrom of Tiffany & Bosco, P.A. to Ace Van Patten of the same firm.

RESPECTFULLY SUBMITTED this 18th day of March 2020.

                                      TIFFANY & BOSCO, P.A.

By _____
    Robert D. Mitchell
    William M. Fischbach III
    Jason C. Kolbe
    Kevin S. Soderstrom
    Camelback Esplanade II, Seventh Floor
    2525 East Camelback Road
    Phoenix, Arizona 85016-9239
    *Counsel for Defendant/Counterclaimant*

**PROOF OF SERVICE**

I am employed in the County of Maricopa, State of Arizona. I am over the age of 18 and not a party to the within action; my business address is Tiffany & Bosco, P.A. 2525 E. Camelback Road, Suite 700, Phoenix, Arizona 85016.

On March 18, 2020, I served the following described as:

**MOTION TO WITHDRAW FLETCHER R. CARPENTER AS COUNSEL OF RECORD AND APPROVE CHANGE OF COUNSEL OF RECORD WITHIN LAW FIRM**

on the following interested parties in this action:

Rory T. Kay
**MCDONALD CARANO LLP**
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
rkay@mcdonaldcarano.com
*Attorneys for Plaintiff/Counterdefendant Tesla, Inc.*

Alex Spiro
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
51 Madison Avenue, 22nd Floor
New York, New York 10010
alexspiro@quinnemanuel.com
*Attorney for Plaintiff/Counterdefendant Tesla, Inc.*

Michael Lifrak
Jeanine M. Zalduendo
Alex Bergjans
Aubrey Jones
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017
michaellifrak@quinnemanuel.com
jeaninezalduendo@quinnemanuel.com
alexbergjans@quinnemanuel.com
aubreyjones@quinnemanuel.com
*Attorney for Plaintiff/Counterdefendant Tesla, Inc.*

**[X] (BY E-MAIL)** By transmitting the documents listed above to the e-mail addresses set forth above.

**[X] (STATE)** I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED on this 18th day of March 2020 at Phoenix, Arizona.

*/s/ Kaleigh Stilchen*