1  Robert D. Mitchell (*admitted pro hac vice*)
2  William M. Fischbach III (*admitted pro hac vice*)
   Jason C. Kolbe, Nevada Bar No. 11624
3  Kevin S. Soderstrom, Nevada Bar No. 10235
4  **TB  TIFFANY & BOSCO**
        P.A.
5  Camelback Esplanade II, Seventh Floor
   2525 East Camelback Road
6  Phoenix, Arizona 85016-4229
   Telephone: (602) 255-6000
7  Fax: (602) 255-0103
8  E-mails: rdm@tblaw.com; wmf@tblaw.com;
   jck@tblaw.com; kss@tblaw.com
9
10  Counsel for Defendant/Counterclaimant Martin Tripp

11              **UNITED STATES DISTRICT COURT**

12                  **DISTRICT OF NEVADA**

13
14  TESLA, INC., a Delaware corporation,          Case No. 3:18-cv-00296-LRH-CBC
15                          Plaintiff,            **[PROPOSED] ORDER GRANTING
                                                  MOTION TO WITHDRAW FLETCHER
16  vs.                                           R. CARPENTER AS COUNSEL OF
                                                  RECORD AND APPROVE CHANGE OF
17  MARTIN TRIPP, an individual,                  COUNSEL OF RECORD WITHIN LAW
18                                                FIRM**
                            Defendant.
19
20  MARTIN TRIPP, an individual,
21                          Counterclaimant,
22
23  vs.
24  TESLA, INC., a Delaware corporation,
25
26  Counterdefendant.
27
28                                    1

1      In consideration of the Motion to Withdraw Fletcher R. Carpenter as Counsel of

2  Record and Approve Change of Counsel of Record Within Law Firm (the "Motion") and

3  good cause appearing,

4      **IT IS ORDERED** granting the Motion.

5      **IT IS FURTHER ORDERED** that Fletcher R. Carpenter is hereby withdrawn as

6  counsel for Defendant/Counterclaimant Martin Tripp in this matter.

7

8

9

_____

10  UNITED STATES MAGISTRATE JUDGE

11

12  Dated: _____

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28