| | |
|---|---|
| 1  Robert D. Mitchell (*admitted pro hac vice*)<br>William M. Fischbach III (*admitted pro hac vice*)<br>2  Jason C. Kolbe, Nevada Bar No. 11624<br>Kevin S. Soderstrom, Nevada Bar No. 10235<br>3<br>**TB TIFFANY & BOSCO**<br>4         P.A.<br><br>Camelback Esplanade II, Seventh Floor<br>5  2525 East Camelback Road<br>Phoenix, Arizona 85016-4229<br>6  Telephone: (602) 255-6000<br>7  Fax: (602) 255-0103<br>E-mails: rdm@tblaw.com; wmf@tblaw.com;<br>8  jck@tblaw.com; kss@tblaw.com |  |

Counsel for Defendant/Counterclaimant Martin Tripp

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TESLA, INC., a Delaware corporation,<br><br>                              Plaintiff,<br><br>vs.<br><br>MARTIN TRIPP, an individual,<br><br>                              Defendant. | Case No. 3:18-cv-00296-LRH-CBC<br><br>**ORDER GRANTING MOTION TO WITHDRAW FLETCHER R. CARPENTER AS COUNSEL OF RECORD AND APPROVE CHANGE OF COUNSEL OF RECORD WITHIN LAW FIRM** |
| MARTIN TRIPP, an individual,<br><br>                              Counterclaimant,<br><br>vs.<br><br>TESLA, INC., a Delaware corporation,<br><br>Counterdefendant. | |

1

In consideration of the Motion to Withdraw Fletcher R. Carpenter as Counsel of Record and Approve Change of Counsel of Record Within Law Firm (the "Motion") and good cause appearing,

**IT IS ORDERED** granting the Motion.

**IT IS FURTHER ORDERED** that Fletcher R. Carpenter is hereby withdrawn as counsel for Defendant/Counterclaimant Martin Tripp in this matter.

_____
UNITED STATES MAGISTRATE JUDGE

Dated: 3/19/20

2