Robert D. Mitchell (*admitted pro hac vice*)
William M. Fischbach III (*admitted pro hac vice*)
Ace Van Patten (Nevada Bar No. 11731)

**TB TIFFANY & BOSCO** P.A.

Camelback Esplanade II, Seventh Floor
2525 East Camelback Road
Phoenix, Arizona 85016-4229
Telephone: (602) 255-6000
Fax: (602) 255-0103
E-mails: rdm@tblaw.com; wmf@tblaw.com;
avp@tblaw.com
Counsel for Defendant/Counterclaimant Martin Tripp

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TESLA, INC., a Delaware corporation,<br><br>        Plaintiff,<br><br>vs.<br><br>MARTIN TRIPP, an individual,<br><br>        Defendant. | Case No. 3:18-cv-00296-LRH-CBC<br><br>**STIPULATION OF SUBSTITUTION OF LOCAL COUNSEL WITHIN SAME FIRM AND DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO** |
| MARTIN TRIPP, an individual,<br><br>        Counterclaimant,<br><br>vs.<br><br>TESLA, INC., a Delaware corporation,<br><br>        Counterdefendant. | |

   Pursuant to Local Rules IA 11-2(d) and 11-6 of the Local Rules of the United States District Court for the District of Nevada ("Local Rule"), undersigned counsel hereby files

1

this Stipulation of Substitution of Counsel within Same Firm and Designation of Resident Attorney Admitted to the Bar of this Court and Consent Thereto ("Stipulation").  Attorney Ace Van Patten (Nevada Bar No. 11731) of Tiffany & Bosco, P.A. are joining Robert D. Mitchell and William M. Fischbach III and substituting as counsel for Defendant/Counterdefendant Martin A. Tripp in place of Jason C. Kolbe and Kevin S. Soderstrom.  Pursuant to Local Rule IA 11-2(d), Mr. Van Patten will serve as local counsel for Defendant/Counterclaimant Mr. Tripp.  This Stipulation will not result in the delay of discovery, the trial (which has not yet been scheduled), or any hearing in this case.

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, Messrs. Mitchell and Fischbach believe it to be in the best interests of the client(s) to designate Ace Van Patten, Attorney at Law and member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is: 10100 W. Charleston Blvd., Suite 220, Las Vegas, Nevada 89135, Tel.: (702) 258-8200, e-mail: avp@tblaw.com.

By this designation, Messrs. Mitchell and Fischbach and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

2

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party appoints Ace Van Patten as his Designated Resident Nevada Counsel in this case.

_____ /s/ Martin Tripp _____
(party's signature)

Martin A. Tripp, Defendant/Counterclaimant
(type or print party name, title)

## CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____ /s/ Ace Van Patten _____

Designated Resident Nevada Counsel's signature (Ace Van Patten)

11731                                         avp@tblaw.com
Bar number                                    Email address

DATED this __20th__ day of March, 2020.

TIFFANY & BOSCO, P.A.

By */s/ Robert D. Mitchell*

   Robert D. Mitchell
   William M. Fischbach III
   Camelback Esplanade II, Seventh Floor
   2525 East Camelback Road
   Phoenix, Arizona 85016-4229
   *Counsel for Defendant/Counterclaimant*

**<u>ORDER</u>**

IT IS SO ORDERED:

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

Dated: _____

## CERTIFICATE OF SERVICE

I hereby certify and declare under penalty of perjury that on <u>  March 20, 2020  </u>, I electronically filed the foregoing with the Clerk of Court for filing and uploading to the CM/ECF system, which will send notification of such filing to all parties of record.


<u>/s/ Kaleigh Stilchen           </u>