1  Robert D. Mitchell (*admitted pro hac vice*)
   William M. Fischbach III (*admitted pro hac vice*)
2  Ace Van Patten (Nevada Bar No. 11731)

3  **TB** **TIFFANY & BOSCO**
   P.A.

4  Camelback Esplanade II, Seventh Floor
   2525 East Camelback Road
5  Phoenix, Arizona 85016-4229
6  Telephone: (602) 255-6000
   Fax: (602) 255-0103
7  E-mails: rdm@tblaw.com; wmf@tblaw.com;
8  avp@tblaw.com
   Counsel for Defendant/Counterclaimant Martin Tripp

9

10                    **UNITED STATES DISTRICT COURT**

11                          **DISTRICT OF NEVADA**

| | |
|---|---|
| 12 | |
| TESLA, INC., a Delaware corporation, | Case No. 3:18-cv-00296-LRH-CBC |
| 13 | |
| Plaintiff, | **STIPULATION OF SUBSTITUTION OF** |
| 14 | **LOCAL COUNSEL WITHIN SAME** |
| vs. | **FIRM AND DESIGNATION OF** |
| 15 | **RESIDENT ATTORNEY ADMITTED TO** |
| MARTIN TRIPP, an individual, | **THE BAR OF THIS COURT AND** |
| 16 | **CONSENT THERETO** |
| 17 | |
| Defendant. | |
| 18 | |
| MARTIN TRIPP, an individual, | |
| 19 | |
| Counterclaimant, | |
| 20 | |
| vs. | |
| 21 | |
| TESLA, INC., a Delaware corporation, | |
| 22 | |
| Counterdefendant. | |
| 23 | |
| 24 | |

25        Pursuant to Local Rules IA 11-2(d) and 11-6 of the Local Rules of the United States

26  District Court for the District of Nevada ("Local Rule"), undersigned counsel hereby files

27

28                                          1

1   this Stipulation of Substitution of Counsel within Same Firm and Designation of Resident
2   Attorney Admitted to the Bar of this Court and Consent Thereto ("Stipulation").  Attorney
3   Ace Van Patten (Nevada Bar No. 11731) of Tiffany & Bosco, P.A. are joining Robert D.
4   Mitchell and William M. Fischbach III and substituting as counsel for
5   Defendant/Counterdefendant Martin A. Tripp in place of Jason C. Kolbe and Kevin S.
6   Soderstrom.  Pursuant to Local Rule IA 11-2(d), Mr. Van Patten will serve as local counsel
7   for Defendant/Counterclaimant Mr. Tripp.  This Stipulation will not result in the delay of
8   discovery, the trial (which has not yet been scheduled), or any hearing in this case.

9
10   **DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.**

11   Pursuant to the requirements of the Local Rules of Practice for this Court, Messrs.
12   Mitchell and Fischbach believe it to be in the best interests of the client(s) to designate Ace
13   Van Patten, Attorney at Law and member of the State of Nevada and previously admitted to
14   practice before the above-entitled Court as associate resident counsel in this action. The
15   address and email address of said designated Nevada counsel is: 10100 W. Charleston
16   Blvd., Suite 220, Las Vegas, Nevada 89135, Tel.: (702) 258-8200, e-mail: avp@tblaw.com.

17   By this designation, Messrs. Mitchell and Fischbach and undersigned party(ies) agree
18   that this designation constitutes agreement and authorization for the designated resident
19   admitted counsel to sign stipulations binding on all of us.

20
21
22
23
24
25
26
27
28

2

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party appoints Ace Van Patten as his Designated Resident Nevada Counsel in this case.

_____

(party's signature)

Martin A. Tripp, Defendant/Counterclaimant

(type or print party name, title)

## CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____

Designated Resident Nevada Counsel's signature (Ace Van Patten)

11731 _____          avp@tblaw.com _____

Bar number                          Email address

3

DATED this ___20th___ day of March, 2020.

TIFFANY & BOSCO, P.A.

By */s/ Robert D. Mitchell* _____

Robert D. Mitchell
William M. Fischbach III
Camelback Esplanade II, Seventh Floor
2525 East Camelback Road
Phoenix, Arizona 85016-4229
*Counsel for Defendant/Counterclaimant*

**ORDER**

IT IS SO ORDERED:

CARLA BALDWIN
UNITED STATES MAGISTRATE JUDGE

Dated: _____March 23, 2020_____

4