**CONFIDENTIAL - Jeffrey H. Kinrich - 5/9/2019**

Page 1

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

TESLA, INC., A DELAWARE )
CORPORATION, )
                                     )
              PLAINTIFF,    ) CASE NO.
                                     ) 3:18-CV-00296-LRH-CBC
           vs. )
                                     )
MARTIN TRIPP, AN INDIVIDUAL, )
                                     )
              DEFENDANT.    )
_____)
                                     )
MARTIN TRIPP, AN INDIVIDUAL, )
                                     )
            COUNTERCLAIMANT, )
                                     )
TESLA, INC., A DELAWARE )
CORPORATION, )
                                     )
            COUNTERDEFENDANT.)
_____)

C O N F I D E N T I A L

(Pursuant to agreement of counsel, the following transcript has been designated confidential)

EXPERT DEPOSITION OF JEFFREY H. KINRICH

TAKEN THURSDAY, MAY 9, 2019

LOS ANGELES, CALIFORNIA

Depo Dynamics, LLC
(888) 494-3370

Reported by Alejandria E. Kate, C.S.R. No. 11897
Job No. 102342

**CONFIDENTIAL - Jeffrey H. Kinrich - 5/9/2019**

Page 100

```
 1       Q.   Sir, the third category of your report is
 2   "Stock Price Reaction."  Is that correct?
 3            (The reporter requested clarification.)
 4            MR. FISCHBACH:  "Stock Price Reaction."
 5            THE WITNESS:  Yes.
 6   BY MR. FISCHBACH:
 7       Q.   And this -- at least in terms of numerical
 8   size, this is the largest component of your damages
 9   analysis; correct?
10       A.   Yes.
11       Q.   Is it your opinion that Mr. Tripp caused
12   $167 million of market cap damage to Tesla's stock?
13       A.   I cannot reach that conclusion.  I believe
14   my information is relevant for a finder of fact
15   combined this calculation with other information
16   and draw some conclusion, but I can't reach that
17   conclusion alone.
18       Q.   Is it your opinion that the
19   Business Insider articles published on June 4 and
20   June 6 cost Tesla's stock price to decline?
21       A.   I can't reach that conclusion, though I
22   have attempted to rule out other things that would
23   normally be considered as possible causes.  And I
24   don't have anything else to rule out at this point.
25       Q.   All right.  So the -- I think we've
```

```
 1            Tesla stock outstanding at the time,
 2            this translates into a $34 million
 3            decline in market capitalization over
 4            those 19 minutes of trading."
 5            Did I read that correctly, sir?
 6       A.   Yes.
 7       Q.   Again, are you opining that Tesla's stock
 8   price was damaged by Mr. Tripp?
 9       A.   I'll give you the same answer I did
10   before, which is I am not -- I've attempted to rule
11   out other causes, but I can't conclude that it was
12   caused by Mr. Tripp.  I can't conclude it was not,
13   either.
14       Q.   Can you tell me what the percentage change
15   in the stock price was during those 19 minutes?
16       A.   .07 percent.
17       Q.   Okay.  I got .067 percent, but you're
18   rounding up a little bit.
19            Have you done any analysis to determine
20   whether or not a .07 percent change in the stock
21   price is a statistically significant movement in
22   the stock price?
23       A.   Yes.  It would inherently not be, but
24   that's one of the interesting things about this
25   methodology -- not my methodology, but when looking
```

CONFIDENTIAL - Jeffrey H. Kinrich - 5/9/2019

Page 103

```
 1   at stock prices.
 2           Because of Tesla's price, to be a
 3   statistically significant move, you'd have to move
 4   billions of dollars.  So if -- let's -- let me give
 5   you a hypothetical.
 6           If there's something that we agree just
 7   because we agree that something affected the stock
 8   price, but less than billions of dollars worth, you
 9   will not find it to be statistically significant
10   even though we've already agreed that that was the
11   cause of the difference.
12           So the fact that it's not statistically
13   significant does not tell you that it still isn't a
14   cause, nor does it tell you it is a cause.
15       Q.  So if, hypothetically Tesla's CEO in
16   August of 2018 put out a tweet that he was thinking
17   of taking the company private at $420 a share and
18   that caused the market cap to decline by several
19   billion dollars, that would be a statistically
20   significant change in the stock price?
21           MS. LIBEU:  Incomplete hypothetical.
22           THE WITNESS:  I haven't calculated what
23   level of change is required in Tesla's stock to be
24   statistically significant.  I just know it's a lot
25   more than a few million dollars.  I used a billion,
```

```
 1    but not because I computed a billion.
 2              So I can't answer the question as to
 3    whether that particular change was or was not.
 4    BY MR. FISCHBACH:
 5         Q.   Okay.  But in this case, you'd agree with
 6    me that there was no statistically significant
 7    change in Tesla's stock price in the final
 8    19 minutes of regular trading on June 4; correct?
 9         A.   I would agree with that and, again, point
10    out that a change of 34 million -- let's say we
11    hypothetically assume that Mr. Tripp or some other
12    cause caused the $34 million change, that would
13    never be observed as statistically significant even
14    though it's real -- I mean, real in our
15    hypothetical.
16              So that's just one of the characteristics
17    of that kind of methodology.
18         Q.   Can you tell me what the overall variance
19    was of Tesla's stock price on June 4 of 2018?
20         A.   Not off the top of my head.
21              MR. FISCHBACH:  Can we go off the record?
22              MS. LIBEU:  Sure.
23              THE VIDEOGRAPHER:  This marks the end of
24    Media Number 1 in the continuing deposition of
25    Jeffrey H. Kinrich.  We are off the record at
```

```
 1   stocks.  When the market goes up as a whole, most
 2   stocks go up.
 3           Here we have a much closer tie and we
 4   have -- so we have a direction that there's really
 5   nothing more to do an investigation on.
 6           If the market had plummeted, I would say,
 7   well, maybe that's the cause, not -- I said that
 8   poorly.
 9           Maybe whatever caused the market to
10   plummet also caused Tesla's stock to plummet.  But
11   since I don't have that here, I have an increase,
12   small though it may be, I didn't have to take it
13   any further to know that I've dealt with that
14   possible influence.
15      Q.   And sitting here today, you can't tell me
16   that the movement in any of those three indices was
17   statistically significant in the last 19 minutes of
18   trading on June 4, can you?
19      A.   No, in fact, I already told you it would
20   be unlikely they would be, and that's consistent
21   with what we'd expect to happen.
22      Q.   Once again, you've done no statistical
23   analysis or linear regression analysis to analyze
24   the general correlation between movement of Tesla's
25   stock price and the movement of those three
```

```
 1     indices; correct?
 2        A.   Correct.  No need to in this case.
 3        Q.   And you're saying there's no need to
 4     because at least two of the three indices went up;
 5     is that right?
 6        A.   Well, the two relevant ones, yes.  The two
 7     most relevant ones.
 8        Q.   You're saying the S&P 500 is not a
 9     relevant indices?
10        A.   It's less relevant because it's broader
11     and less -- less related to the kind of business
12     that Tesla is in.
13        Q.   There's no other relevant indices in
14     making that comparison?
15        A.   Not that I've looked at, no.
16        Q.   Have you done any analysis to determine
17     how closely Tesla's stock price tracked those three
18     indices throughout the trading day of June 4?
19        A.   I did not.
20        Q.   And, again, you've performed no type of
21     statistical analysis or linear regression analysis
22     to confirm that the movement of Tesla's stock price
23     should typically track those three indices?
24        A.   Nor am I even concluding that.  I mean, I
25     didn't attempt to do that because that's not the
```

06372b3f-95d2-4e31-b613-19b358bd70b2

CONFIDENTIAL - Jeffrey H. Kinrich - 5/9/2019

```
 1   it's not going to change my answer.  The question
 2   doesn't -- I don't understand what that has to do
 3   with my prior answer, which is what I think you
 4   were responding to.
 5          If I'm wrong, you may try it again.
 6   BY MR. FISCHBACH:
 7       Q.   Did the three indices that you identified,
 8   did they finish up or down that day?
 9       A.   I don't know.  It wouldn't matter.
10       Q.   Why would it not matter?
11       A.   For all the reasons I described just a few
12   answers ago, that whatever happens before the
13   19 minutes is sunk, it's moot.  If the market
14   skyrocketed or plummeted before then, you don't
15   care.  It doesn't affect what is happening at that
16   point.
17       Q.   All right.  Did you do any analysis to
18   determine whether or not the Tesla stock price
19   correlated with either the NASDAQ or the NASDAQ
20   Automotive Index for, say, June 5 to June 11?
21       A.   I did not, nor would it have any
22   relevance.  But the answer is no, I did not.
23       Q.   So, well, you told me before that looking
24   at what happened before publication was irrelevant;
25   is that right?
```

CONFIDENTIAL - Jeffrey H. Kinrich - 5/9/2019

Page 120

1    A.    Yes.
2    Q.    Is it your opinion that had that
3  Business Insider article not been published, that
4  Tesla's stock would have remained static at $296.94
5  for the remaining 19 minutes of the regular trading
6  day?
7    A.    No, I can't draw that conclusion.
8    Q.    Sitting here today -- well, do you have
9  any opinion as to what Tesla's stock price would
10 have been at the end of regular trading on June 4
11 of 2018 had the Business Insider article not been
12 published?
13   A.    I don't think I can answer that question.
14   Q.    Well, I'm asking you:  Do you have an
15 opinion?
16   A.    I don't think I have an opinion.  I have
17 information that's consistent with the 20-cent drop
18 being related to the Business Insider article, but
19 it doesn't -- I can't demonstrate that it was
20 caused by it.
21   Q.    Have you done any comparison -- strike
22 that.
23         Have you done any comparison between
24 Tesla's stock -- strike that.
25         Have you done any comparison of the

```
 1        Q.    Do you have any analysis whatsoever to
 2   support that conclusion?
 3        A.    Which one, the -- the -- in the
 4   hypothetical or the conclusion that the 20 cents
 5   was caused by the article itself?
 6        Q.    In the hypothetical.
 7        A.    Yes.  That's how -- that's the natural
 8   result of the assumption that the Business Insider
 9   article caused the 20-cent depression in the stock.
10        Q.    That's an assumption you're making;
11   correct?
12        A.    Well, I'm not making the assumption.
13   Maybe we're speaking past each other.  It was the
14   hypothetical that we were talking about.
15        Q.    Correct --
16              (Speaking simultaneously.)
17              THE WITNESS:  Within the hypothetical, I
18   have a basis for it because it is the basis for the
19   hypothetical.  So I'm confused as to where the
20   confusion is.
21   BY MR. FISCHBACH:
22        Q.    Just so I'm clear, you have no opinion as
23   to what the Tesla stock price would be at the
24   beginning of regular trading on June 5 had the
25   Business Insider article not been published on
```

1   June 4; correct?
2       A.  Correct.  Unless one makes an assumption
3   about whether -- about causation that I've already
4   told you I'm not making on June 4.
5       Q.  All right.  Going back to the June 6th
6   article, paragraph 22 of your report, you state
7   that:
8               "Given the 170.5 million shares
9           of Tesla stock outstanding, this
10          translates into a $134 million decline
11          in market capitalization over those 40
12          minutes of trading."
13          Did I accurately state that portion of
14  your report?
15      A.  Yes.
16      Q.  So, again, Tesla closed at $319.50 on
17  June 6th at the end of regular trading; correct?
18      A.  Correct.
19      Q.  What was the percentage change during that
20  last 40 minutes of trading?
21      A.  What paragraph are you reading from?
22      Q.  Paragraph 22.  And I'm also looking at
23  Exhibit 6 to your report as well.
24      A.  I was on Exhibit 6, but it didn't have the
25  percentage, so it's in paragraph 22.  It was a

```
 1      Q.    Go ahead.
 2      A.    I think you're saying is controlling for
 3   the movement of the market indices, did the Tesla
 4   stock move in a statistically significant fashion.
 5      Q.    Yes.
 6      A.    And there, I've already answered, as I
 7   said, that the answer is probably not.  And because
 8   in order for Tesla's stock to move in a
 9   statistically significant fashion, the movement has
10   to be much larger.
11            So a small movement that was actually
12   caused by an underlying event would never be
13   statistically significant even though it's real.
14   And that's -- that's where we are in this kind of a
15   relatively small influence.
16      Q.    Would you agree with me that if there was
17   a statistically significant movement in the stock
18   price, that would, by definition, exclude other
19   potential causes?
20      A.    No.
21      Q.    Why don't you agree with that statement?
22      A.    Because you can't tell just from the
23   mathematics whether you have isolated one cause or
24   if there are multiple causes.
25            For example, in a -- take a different
```

```
 1      Q.   Thank you.
 2           And with the June 4 analysis, you looked
 3   at these three indices and you also looked for any
 4   other possible news stories involving Tesla during
 5   that last 40 minutes of trading?
 6      A.   Correct.
 7      Q.   Did you find any news stories?
 8      A.   No.
 9      Q.   And that was the only thing --
10           (Speaking simultaneously.)
11           THE WITNESS:  I'm sorry.  There were news
12   stories, there was nothing that was new news.  In
13   other words, somebody may say something that was
14   already well known, that's not new news.
15   BY MR. FISCHBACH:
16      Q.   Okay.  Well, let me ask you this:  Is
17   the -- is the information in the Business Insider
18   article on either day, was that new news?
19      A.   I believe so.  I mean, it was new
20   information whether it's -- I mean, if you're
21   asking if it's fake news or not, that's a different
22   issue.
23      Q.   No, I'm asking whether to not there's --
24   the information in those two Business Insider
25   articles, had any information similar to that been
```

CONFIDENTIAL - Jeffrey H. Kinrich - 5/9/2019

Page 161

```
 1        A.   Not with multiple events occurring.
 2   That's why what I did for this case is I looked to
 3   see if there were other intervening events during
 4   those 19 minutes or the 40 minutes, and there were
 5   not.
 6        Q.   All you looked at were news articles and
 7   three indices; correct?
 8             MS. LIBEU:  Objection.  Misstates prior
 9   testimony.
10             THE WITNESS:  Well, those were the outside
11   sources of information I looked at, yes.
12   BY MR. FISCHBACH:
13        Q.   All right.  But you didn't do any analysis
14   as to whether or not there was an abnormal trading
15   volume in the last 19 minutes of trading on June 4,
16   did you?
17        A.   That's probably not true.  I didn't do
18   anything specific for that.  But I was observing
19   trading volumes, and if there had been something
20   odd, I would have noticed.
21             So I think I probably did without making
22   it a point of investigation.
23        Q.   Is it your testimony, then, that you
24   didn't see anything abnormal about trading volume
25   of Tesla stock in the last 19 minutes of trading on
```

```
 1    June 4?
 2         A.    I don't remember seeing anything.
 3         Q.    Do you remember seeing anything abnormal
 4    about the trading volume of Tesla stock during the
 5    last 40 minutes of June 6th?
 6         A.    I do not.
 7         Q.    Going back to the Elon Musk tweet example.
 8               Two days after the tweet on August 9th,
 9    the stock price had gone down $27.12 to $352.45.
10               Are you aware of that?
11         A.    Again, I'm not aware of any particular
12    price, as I sit here.  I know -- you know, I was --
13    I was there at the time -- I don't mean I was there
14    at Tesla, but, I mean, I went through those days
15    and I remember seeing things in the news.
16               But I do not remember any particular stock
17    price, as I sit here today.
18         Q.    Would you consider a $27.12 diminution in
19    Tesla stock price over two days to be statistically
20    significant?
21         A.    Compared to what?
22         Q.    Compared to zero.
23         A.    My suspicion without doing an analysis is
24    it probably is statistically different than zero,
25    but I don't know that with certainty without doing
```

**CONFIDENTIAL - Jeffrey H. Kinrich - 5/9/2019**

Page 190

```
 1   right?
 2            MS. LIBEU:  Objection.  Misstates the
 3   report.
 4            THE WITNESS:  I don't know what his
 5   intention was.  I -- but if one is investigating a
 6   question of materiality, then one wants to measure
 7   what the typical level of volatility or change is.
 8            Since that wasn't the question I was
 9   attempting to answer, that wasn't an inquiry I was
10   pursuing.
11   BY MR. FISCHBACH:
12       Q.   You have no opinion in this case regarding
13   the stability of Tesla's stock price following the
14   publication of the two Business Insider articles;
15   is that correct?
16       A.   I'm not sure I understand what you mean by
17   "stability."  Well, I don't know what you mean by
18   stability.  I am sure I don't know.
19       Q.   Do you have any opinion as to whether or
20   not Tesla's stock price demonstrated an unusual
21   level of volatility following the publication of
22   either Business Insider article?
23       A.   I do not have an opinion on that.
24       Q.   Do you remember a case that you served as
25   an expert in called Unitherm Food Systems, Inc
```

```
 1    as the stock price, for example.
 2        Q.   Would you consider your work in this case
 3    an event study?
 4        A.   It's in the same neighborhood, but it
 5    is -- because I'm not concluding about causation, I
 6    would say it probably isn't quite an event study,
 7    but it certainly has some characteristics that are
 8    related.
 9        Q.   I will represent to you, Mr. Kinrich, that
10    the Tesla stock price closed at $332.10 on June 11.
11             Do you have any reason to dispute that?
12        A.   Since I don't know the answer, I have no
13    reason to dispute it no matter what number you gave
14    me.
15        Q.   And in this case, you used two specific
16    windows:  A window of the last 19 minutes of
17    trading on June 4 and the last 40 minutes of
18    trading on June 6th; is that correct?
19        A.   Yes.
20        Q.   If the stock price by June 11 was $332.10,
21    if you used a window of, say, June 4 to June 11,
22    then there would be no damages according to your
23    methodology; is that right?
24             MS. LIBEU:  Incomplete hypothetical.
25             You can answer.
```

```
 1                    C E R T I F I C A T E
 2
 3          I, ALEJANDRIA E. KATE, a certified court
 4   reporter in the State of California, do hereby certify:
 5          That the foregoing deposition of
 6   JEFFREY H. KINRICH was taken before me at the time and
 7   place therein set forth, at which time the witness was
 8   duly sworn by me;
 9          That the testimony of the witness and all
10   colloquy and objections made at the time of the
11   deposition were recorded stenographically by me and
12   thereafter transcribed, said transcript being a true
13   copy of my shorthand notes thereof;
14          I further certify I am neither financially
15    interested in the action nor a relative or employee
16    of any attorney or any of the parties.
17          In witness whereof, I have subscribed my name
18   and signature this date, May 17, 2019.
19
20          _____
21                    ALEJANDRIA E. KATE
                   California Certificate No. 11897
22                 Illinois Certificate No. 084.004797
23
24
25
```