1   MCDONALD CARANO LLP
    Rory T. Kay (NSBN 12416)
2     rkay@mcdonaldcarano.com
    2300 West Sahara Avenue, Suite 1200
3   Las Vegas, NV  89102
    Telephone:  (702) 873-4100
4   Facsimile:  (702) 873-9996

5   QUINN EMANUEL URQUHART & SULLIVAN, LLP
    Alex Spiro (admitted pro hac vice)
6     alexspiro@quinnemanuel.com
    51 Madison Avenue, 22nd Floor
7   New York, New York 10010
    Telephone: (212) 849-7000

8

9   QUINN EMANUEL URQUHART & SULLIVAN, LLP
    Michael T. Lifrak (admitted pro hac vice)
      michaellifrak@quinnemanuel.com
10  Jeanine M. Zalduendo (admitted pro hac vice)
      jeaninezalduendo@quinnemanuel.com
11  Aubrey Jones (admitted pro hac vice)
      aubreyjones@quinnemanuel.com
12  865 South Figueroa Street, 10th Floor
    Los Angeles, California 90017-2543
13  Telephone: (213) 443-3000

14  Attorneys for Plaintiff/Counter Defendant
    TESLA, INC.

15

16              **UNITED STATES DISTRICT COURT**

17                  **DISTRICT OF NEVADA**

18

19  TESLA, INC.,                          Case No. 3:18-cv-00296-LRH-CBC
                          Plaintiff,
20          v.                            **APPENDIX OF EXHIBITS IN SUPPORT**
                                          **OF TESLA, INC.'S MOTION FOR**
21  MARTIN TRIPP,                         **SUMMARY JUDGMENT OR, IN THE**
                                          **ALTERNATIVE, FOR PARTIAL**
22                        Defendant.      **SUMMARY JUDGMENT**

23                                        **(VOLUME 1 of 3)**

24

25  _____

26  AND RELATED COUNTERCLAIMS

27  _____

28

MCDONALD CARANO

2300 WEST SAHARA AVENUE, SUITE 1200 • LAS VEGAS, NEVADA 89102
PHONE 702.873.4100 • FAX 702.873.9966

Plaintiff and Counterclaim Defendant, Tesla, Inc., submits an Appendix of Exhibits in Support of its Motion for Summary Judgment, or in the alternative, Partial Summary Judgment.

| Ex | Description | Vol. # | Page Nos. |
|---|---|---|---|
| 1 | September 4, 2019 Martin Tripp Deposition Excerpts [**Filed under seal**] | 1 | MSJ_001-046 |
| 2 | August 27, 2019 Nicolas Gicinto Deposition Excerpts [**Filed under seal**] | 1 | MSJ_047-081 |
| 3 | January 22, 2019 Michael Persyn Deposition Excerpts | 1 | MSJ_082-086 |
| 4 | September 6, 2019 Shamara Bell Deposition Excerpts | 1 | MSJ_087-102 |
| 5 | June 5, 2019 Sarah O'Brien Deposition Excerpts | 1 | MSJ_103-109 |
| 6 | Martin Tripp's June 14, 2018 interview with Nicolas Gicinto and Jake Nocon (TESS-TRIPP_0028450-739 ) [**Filed under seal**] | 1 | MSJ_110-147 |
| 7 | Exhibit 74 to the deposition of Martin Tripp, screenshots of messages between Martin Tripp and James Uelmen (TES-TRIPP_0021837) | 1 | MSJ_148-149 |
| 8 | Evelyn Cheng, *Tesla shares falls after Moody's downgrades credit rating*, CNBC.COM (Mar. 27, 2018) | 1 | MSJ_150-158 |
| 9 | Sonari Glinton, *Out Of The Gate, Tesla Stumbles On Its Mass-Market Car*, NPR (Oct. 3, 2017) | 1 | MSJ_159-167 |
| 10 | Neal E. Boudette, *For Tesla, 'Production Hell' Looks Like the Reality of the Car Business*, THE NEW YORK TIMES (April 3, 2018) | 1 | MSJ_168-170 |
| 11 | Exhibit 70 to the deposition of Martin Tripp, the June 2, 2018 email correspondence between Martin Tripp and Michael Bowling, subject line: "Meet to discuss the following," (TRIPP00951-52 ) [**Filed under seal**] | 1 | MSJ_171-173 |
| 12 | October 16, 2017 email correspondence and attachment between Michael Bowling and Martin Tripp, subject line: "FW Martin Tripp," (TES-TRIPP_0026707) [**Filed under seal**] | 1 | MSJ_174-177 |
| 13 | Tesla Motor's Inc. Code of Business Conduct and Ethics (TRIPP00773-80) [**Filed under seal**] | 1 | MSJ_178-186 |
| 14 | Tesla's Communications Policy and Confidentiality Agreement (TRIPP000781-84) [**Filed under seal**] | 1 | MSJ_187-191 |
| 15 | Tesla Motors, Inc. Employee Proprietary Information and Inventions Agreement (TRIPP000820-23) [**Filed under seal**] | 1 | MSJ_192-196 |
| 16 | July 27, 2017 Applicant Non-Disclosure Agreement with Tesla (GGL000140_0001) [**Filed under seal**] | 1 | MSJ_197-199 |
| 17 | Exhibit 66 to the deposition of Martin Tripp, the February 20, 2018 email correspondence between Chris Guenther and Michael Bowling, subject line: "FW:3DU Stator NCM personnel issue(s)," (TES-TRIPP_0021669-70) [**Filed under seal**] | 1 | MSJ_200-202 |
| 18 | March 8, 2018 email correspondence between Michael Bowling and Martin Tripp (TES-TRIPP_0021668) [**Filed under seal**] | 1 | MSJ_203-204 |
| 19 | Exhibit 69 to the deposition of Martin Tripp, the May 25, 2018 email correspondence between Michael Bowling nad Martin Tripp (TES-TRIPP_0000846) [**Filed under seal**] | 1 | MSJ_205-206 |
| 20 | May 25, 2018 email correspondence between Michael Bowling and Martin Tripp, subject line: "Verbal Warning follow up," (TES-TRIPP_00008460) [**Filed under seal**] | 1 | MSJ_207-208 |

2300 WEST SAHARA AVENUE, SUITE 1200 • LAS VEGAS, NEVADA 89102
PHONE 702.873.4100 • FAX 702.873.9966
McDONALD CARANO



2300 WEST SAHARA AVENUE, SUITE 1200 • LAS VEGAS, NEVADA 89102
PHONE 702.873.4100 • FAX 702.873.9966

| 21 | May 27, 2018 email correspondence from mtripp@tesla.com to martytripp@icloud.com, subject line: "Fwd: NCM updates-to help reduce NCM WIP level," (TES-TRIPP_00219091-92) **[Filed under seal]** | 1 | MSJ_209-211 |
|---|---|---|---|
| 22 | May 27, 2018 email correspondence from "Marty Tripp" to "Me," subject line: "T Scrap 2018," (GGL000248) | 1 | MSJ_212-213 |
| 23 | May 27, 2018 email correspondence from Martin Tripp to llopez@businessinsider.com, subject line: "Pics," (GGL000092-GGL000092_0003) **[Filed under seal]** | 1 | MSJ_214-218 |
| 24 | Exhibit 26 to the deposition of Martin Tripp, the June 5, 2018 email correspondence from Martin Tripp to Linda Lorel, subject line: "Valeo robot being removed and pic of the query for all model 3's." | 1 | MSJ_219-220 |
| 25 | May 29, 2018 email correspondence from Martin Tripp to Linette Lopez, subject line: "Email to Elon," (GGL000098-GGL000098.0010) **[Filed under seal]** | 1 | MSJ_221-232 |
| 26 | June 1, 2018 email correspondence from Martin Tripp to llopez@businessinsider.com, subject line: "Scrap Tableau," (GGL000243-GGL000243_0002.0002) **[Filed under seal]** | 2 | MSJ_233-253 |
| 27 | Exhibit 1 to the deposition of Martin Tripp, the May 27, 2018 email correspondence between Martin Tripp and Linette Lopez : "TESLA (From someone that works there)" **[Filed under seal]** | 2 | MSJ_254-255 |
| 28 | May 27, 2018 email correspondence between Martin Tripp and llopez@businessinsider.com, subject line: "T Scrap 2018," (GGL000077-GGL000077_0006) **[Filed under seal]** | 2 | MSJ_256-404 |
| 29 | June 6, 2018 email correspondence between Kamran Mumtaz and Linette Lopez, subject line: "New machine from Germany," (TES-TRIPP_0012897-99) | 2 | MSJ_405-408 |
| 30 | Linette Lopez, *Internal documents reveal Tesla is blowing through an insane amount of raw material and cash to make Model 3s, and production is still a nightmare*, BUSINESS INSIDER (June 4, 2018) | 2 | MSJ_409-414 |
| 31 | Linette Lopez, *Tesla's new Gigafactory robots that are supposed to help it ramp up Model 3 production aren't working yet*, BUSINESS INSIDER (June 6, 2018) | 2 | MSJ_415-418 |
| 32 | June 6, 2018 email correspondence between Martin Tripp and Linette Lopez, subject line: "New machine from Germany," (GGL000158-GGL000158.0006) | 2 | MSJ_419-426 |
| 33 | Text message correspondence between Martin Tripp and Linette Lopez, (TRIPP000873-892) **[Filed under seal]** | 2 | MSJ_427-447 |
| 34 | June 19, 2018 email correspondence between noreplynotifications@tesla.com and Martin Tripp, subject line: "Information for Employees Departing Tesla," | 2 | MSJ_448-449 |
| 35 | Exhibit 58 to the deposition of Martin Tripp, the June 20, 2018 email correspondence between Martin Tripp and Julia Carrie Wong, subject line: "Termination/Lawsuit" | 2 | MSJ_450-452 |
| 36 | Exhibit 2 to the Deposition of Shamara Bell, the June 21, 2018 email correspondence between Shamara Bell and Jeff Jones, subject line: "Martin Tripp Call" | 2 | MSJ_453-455 |
| 37 | Exhibit 11 to the Deposition of Shamara Bell, the June 20, 2018 email correspondence between Brooke Airey and Avery Bustamante, subject line: "FW: Martin Trip: Possible Threat," (TRIPP00906) | 2 | MSJ_456-457 |



McDONALD CARANO

2300 WEST SAHARA AVENUE, SUITE 1200 • LAS VEGAS, NEVADA 89102
PHONE 702.873.4100 • FAX 702.873.9966

| 38 | Exhibit 12 to the Deposition of Shamara Bell, the June 20, 2018 email correspondence between Avery Bustamante, Shamara Bell, Angel Besinaiz, Brooke Airey, and Kristin Kerowicz, subject line: "Martin Trip: Possible Threat," (TES-TRIPP_0003386-88) | 2 | MSJ_458-461 |
|----|---|---|---|
| 39 | June 20, 2018 email correspondence between Shamara Bell and Kristin Kerowicz, subject line: Martin Trip: Possible Threat," (TES-TRIPP_0004022-23) | 2 | MSJ_462-464 |
| 40 | June 20, 2018 email correspondence between Sarah O'Brien and Julia Wong, subject line: "Query re: Martin Tripp and your emails." (TES-TRIPP_0010122-31) | 2 | MSJ_465-475 |
| 41 | June 20, 2018 email correspondence between Drew Harwell and Dave Arnold, subject line: "Hi from Washington Post," (TES-TRIPP_00221996-2002) | 3 | MSJ_476-483 |
| 42 | June 21, 2018 email correspondence between Don Reisinger and Dave Arnold, subject line: "Fortune inquiry on Tripp's comments" (TES-TRIPP_0004024-25) | 3 | MSJ_484-486 |
| 43 | Exhibit 3 to the Deposition of Dave Arnold, the June 20, 2018 email correspondence between Drew Harwell and Dave Arnold, subject line: "Hi from Washington Post" (TES-TRIPP_0006183-89) | 3 | MSJ_487-494 |
| 44 | June 21, 2018 email correspondence between Sarah O'Brien and Dave Arnold, subject line: "Hi from Washington Post" (TES-TRIPP_0009687-700) [**Filed under seal**] | 3 | MSJ_495-509 |
| 45 | Exhibit 4 to the deposition of Dave Arnold, the June 21, 2018 email correspondence between Dave Arnold and Lora Kolodny, subject line: "CNBC query-Martin Tripp interview in WaPo – whistleblower claims" (TES-TRIPP 0006175-76) | 3 | MSJ_510-512 |
| 46 | August 28, 2018 email correspondence from Arlan Adamsen to himself, subject line: "FW: Conversation with Kristin Kerowicz" (TES-TRIPP_0000971-73) | 3 | MSJ_513-516 |
| 47 | Sean Gouthro, Storey County Sheriff's Office Felony Report (TRIPP01253-66) | 3 | MSJ_517-531 |
| 48 | Excerpts from the certified transcript of James Uelmen's June 25, 2018 interview with Nicolas Gicinto and Justin Zeefe (TES-TRIPP_0028348) | 3 | MSJ_532-541 |
| 49 | Martin Tripp's Second Amended Response and Objections to Tesla's Interrogatory No. 7, served on June 13, 2019 [**Filed under seal**] | 3 | MSJ_542-548 |
| 50 | Tesla's Amended Response and Objections to Martin Tripp's Interrogatory No. 13, served on May 20, 2019 [**Filed under seal**] | 3 | MSJ_549-554 |
| 51 | Exhibit 41 to the deposition of Martin Tripp | 3 | MSJ_555-557 |
| A | *Tesla CEO Elon Musk, stressed but "optimistic," predicts big increase in Model 3 production*, CBS NEWS (April 13, 2018) | 3 | MSJ_558-563 |
| B | Linette Lopez, *Internal documents reveal Tesla is blowing through an insane amount of raw material and cash to make Model 3s, and production is still a nightmare*, BUSINESS INSIDER (June 4, 2018) | 3 | MSJ_564-569 |
| C | Linette Lopez, *Tesla's new Gigafactory robots that are supposed to help it ramp up Model 3 production aren't working yet*, BUSINESS INSIDER (June 6, 2018) | 3 | MSJ_570-573 |
| D | Tesla Motors, Inc. Employee Proprietary Information and Inventions Agreement (TRIPP000820-23) [**Filed under seal**] | 3 | MSJ_574-578 |

| | | | | |
|---|---|---|---|---|
| 1 | E | Tesla's Communications Policy and Confidentiality Agreement (TRIPP000781-84) **[Filed under seal]** | 3 | MSJ_579-583 |
| 2 | F | June 18, 2018 Email from Elon Musk to Everyone, subject line: "Some concerning news" (TES-TRIPP_0001221-1222) | 3 | MSJ_584-586 |
| 3, 4 | G | June 20, 2018 email correspondence between Elon Musk, Todd Maron and Sarah O'Brien, subject line: "Termination Lawsuit" (TRIPP000868) | 3 | MSJ_587-588 |
| 5 | H | June 20, 2018 email correspondence between Elon Musk, Julie Wong, David Arnold, Press and Sarah O'Brien, subject line: "Termination Lawsuit" (TES-TRIPP_0016924-16930) | 3 | MSJ_589-596 |
| 6 | I | July 5, 2018 Tweet from Elon Musk @lopezlinette (TES-TRIPP 0004648) | 3 | MSJ_597-598 |

Respectfully submitted this 31st day of March, 2020.

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: /s/ Alex Spiro
Alex Spiro
51 Madison Avenue, 22nd Floor
New York, New York 10010

Rory T. Kay (NSBN 12416)
MCDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV 89102

*Attorneys for Plaintiff/Counter-Defendant TESLA, INC.*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am an employee of McDonald Carano LLP, and that on the March 31, 2020, a true and correct copy of the foregoing **APPENDIX OF EXHIBITS IN SUPPORT OF TESLA, INC.'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, FOR PARTIAL SUMMARY JUDGMENT (VOLUME 1 of 3)** was electronically filed with the Clerk of the Court by using CM/ECF service which will provide copies to the following counsel of record registered to receive CM/ECF notification.

/s/  CaraMia Gerard
An employee of McDonald Carano LLP