# Exhibit 1
# Martin Tripp Deposition Excerpts

# Filed Conditionally Under Seal

MSJ_001