# Exhibit 2
# Nicolas Gicinto Deposition Excerpts

# Filed Conditionally Under Seal