# Exhibit 3
# Michael Persyn Deposition Excerpts

```
 1              UNITED STATES DISTRICT COURT

 2                   DISTRICT OF NEVADA

 3                        --oOo--

 4                                        REPORTER'S CERTIFIED
                                                TRANSCRIPT
 5   TESLA, INC., a Delaware
     corporation,
 6                                            CONFIDENTIAL
                Plaintiff,
 7
                vs.                    No. 3:18-cv-00296-LRH-CBC
 8
     MARTIN TRIPP, an individual,
 9
                Defendant.
10   _____/
     AND RELATED COUNTERCLAIMS.
11   _____/

12

13
                         DEPOSITION OF
14
                         MICHAEL PERSYN
15
               ----------------------------------
16
                   Tuesday, January 22, 2019
17
           CONFIDENTIAL - FOR LAWYERS' EYES ONLY
18

19

20

21
     REPORTED BY:   DIANE K. LUSICH, Nevada CSR NO. 181
22                                   Calif. CSR NO. 5218
     Job No. 19-27591
23

24

25
```

DepoServices.com    CHASE LITIGATION SERVICES    800.949.8044

CHASE
LITIGATION SERVICES

MSJ_083
1

Michael Persyn-Confidential

```
11:55:00  1    everybody on the team.  He left reviews for Garrett and
11:55:05  2    myself and Yesenia, so...  And then also John.
11:55:10  3         Q.     Do you know whether other members of your
11:55:13  4    team shared your and Ms. Duran's assessment of Mr. Tripp
11:55:18  5    is toxic?
11:55:19  6         A.     I do.  I feel like the entire team, with the
11:55:23  7    exception of this guy Patrick.  But I never really could
11:55:26  8    get a read on what Patrick, what he thought really, so...
11:55:32  9         Q.     Was that Patrick Shakal?
11:55:35 10         A.     Yes, that sounds familiar.
11:55:37 11         Q.     Do you know if anyone on your team raised
11:55:41 12    complaints to your supervisors about Mr. Tripp?
11:55:43 13         A.     Yes, I formally complained to my supervisors.
11:55:47 14    I know that Garrett talked to the supervisor.  I know
11:55:51 15    that Yesenia had a few long, almost heated conversations
11:55:56 16    with the supervisor, because it was becoming like
11:55:59 17    unbearable.  Like, I did not like going to work.  I
11:56:04 18    didn't like walking -- I didn't like being around him.  I
11:56:08 19    didn't like talking.  I couldn't even look at him.
11:56:12 20         Q.     Did you ever raise complaints with Human
11:56:15 21    Resources?
11:56:16 22         A.     I had thought about it.  But I talked it over
11:56:20 23    with the rest of the team, and we felt it was best to try
11:56:24 24    to stay with the leadership team and talk to them and be
11:56:29 25    more up front with them.  We thought that that would be a
```

```
11:56:35  1   better method, like -- and then I did too.
11:56:40  2           So it was actually my decision at the end of
11:56:44  3   the day, and I decided to talk to the supervisors.
11:56:48  4       Q.    Do you recall which supervisors that was?
11:56:51  5       A.    So most of the time I talked to Lewis or,
11:56:56  6   Lewis McKinney, or Dwight Kraft.  And then Larry Lee
11:57:01  7   also.
11:57:03  8       Q.    Ms. Duran comments that Mr. Tripp, quote,
11:57:06  9   (Reading):  Had it out for you.
11:57:10 10           Do you believe that assessment is accurate?
11:57:13 11       A.    I do.
11:57:14 12       Q.    Are there others you believe that he had it
11:57:17 13   out for?
11:57:18 14       A.    Well, it just kind of seemed like if you did
11:57:22 15   anything he perceived as against him or what he was
11:57:26 16   trying to do, he would almost try to get back at you.
11:57:30 17   And I guess I had just done enough stuff that he had just
11:57:35 18   decided that I was now -- so there were times where
11:57:40 19   Yesenia would do something, and it was almost like a tit
11:57:44 20   for tat, like he would get back at her somehow, something
11:57:48 21   would come down that she was now being looked at for
11:57:52 22   whatever.  I can't remember exact.  But it definitely
11:57:56 23   seemed like if you, almost like if you crossed him, he
11:58:00 24   would come back at you, like retaliate, so...
11:58:04 25       Q.    Why do you believe he had it out for you
```

```
 1  STATE OF NEVADA       )

 2  COUNTY OF DOUGLAS     )

 3              I, DIANE K. LUSICH, hereby certify that

 4  the witness in the foregoing deposition was, by me, duly

 5  sworn to tell the truth, the whole truth, and nothing

 6  but the truth, in the within-entitled cause;

 7              That said deposition testimony of the

 8  witness was taken down in shorthand by me, a certified

 9  shorthand reporter and a disinterested person, at the

10  time and place therein stated, and that the testimony of

11  said witness, including certified copies, constitutes a

12  full, true and correct transcription of my shorthand

13  notes, and was thereafter reduced to typewriting by

14  computer under my direction and supervision, to the best

15  of my ability.

16              I further certify that I am not of counsel

17  or attorney for either or any of the parties to the said

18  deposition, nor in any way interested in the event of

19  this cause, and that I am not related to any of the

20  parties thereto.

21              In witness whereof, I have hereunto set my

22  hand and affixed my seal of office this 31st day of

23  January, 2019.

24              _____ Notary Public

25              State of Nevada, County of Douglas
                Nevada CCR #181
```