# Exhibit 7
# Screenshot of Text Message (TES-TRIPP_0021837)



CONFIDENTIAL

TES-TRIPP_0021837

MSJ_149