# Exhibit 11
# June 2, 2018 Email (TRIPP00951-52)

# Filed Conditionally Under Seal