# Exhibit 12
# October 16, 2017  Email (TES-TRIPP_0026707)

# Filed Conditionally Under Seal