# Exhibit 13
# Tesla Motor's Inc. Code of Business Conduct and Ethics (TRIPP00773-80)

# Filed Conditionally Under Seal