# Exhibit 16
# July 27, 2017 Applicant Non-Disclosure Agreement with Tesla (GGL000140_0001)

# Filed Conditionally Under Seal