# Exhibit 17
# February 20, 2018 Email (TES-TRIPP_0021669-70)

# Filed Conditionally Under Seal