# Exhibit 18
# March 8, 2018 Email (TES-TRIPP_0021668)

# Filed Conditionally Under Seal