# Exhibit 20
# May 25, 2018 Email (TES-TRIPP_0000846)

# Filed Conditionally Under Seal