# Exhibit 21
# May 27, 2018 Email (TES-TRIPP_00219091-92)

# Filed Conditionally Under Seal