# Exhibit 22
# May 27, 2018 Email (GGL000248)

| | |
|---|---|
| **From:** | Marty Tripp <guitartripp@gmail.com> |
| **Sent:** | Sunday, May 27, 2018 5:53 PM |
| **To:** | Me; Me |
| **Subject:** | T Scrap 2018 |
| **Attachments:** | T Scrap 2018.zip; T Scrap 2018.xlsx |

1

MSJ_213

GGL000248