# Exhibit 23
# May 27, 2018 Email (GGL000092-GGL000092_0003)

# Filed Conditionally Under Seal