MCDONALD CARANO LLP
Rory T. Kay (NSBN 12416)
  rkay@mcdonaldcarano.com
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV 89102
Telephone: (702) 873-4100
Facsimile: (702) 873-9996

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Alex Spiro (admitted pro hac vice)
  alexspiro@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Michael T. Lifrak (admitted pro hac vice)
  michaellifrak@quinnemanuel.com
Jeanine M. Zalduendo (admitted pro hac vice)
  jeaninezalduendo@quinnemanuel.com
Aubrey Jones (admitted pro hac vice)
  aubreyjones@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000

Attorneys for Plaintiff/Counter Defendant
TESLA, INC.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TESLA, INC.,<br>　　　　　Plaintiff,<br>　v.<br>MARTIN TRIPP,<br>　　　　　Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. 3:18-cv-00296-LRH-CBC<br><br>**APPENDIX OF EXHIBITS IN SUPPORT OF TESLA, INC.'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, FOR PARTIAL SUMMARY JUDGMENT**<br><br>**(VOLUME 2 of 3)** |

Plaintiff and Counterclaim Defendant, Tesla, Inc., submits an Appendix of Exhibits in Support of its Motion for Summary Judgment, or in the alternative, Partial Summary Judgment.

| Ex | Description | Vol. # | Page Nos. |
|---|---|---|---|
| 1 | September 4, 2019 Martin Tripp Deposition Excerpts [**Filed under seal**] | 1 | MSJ_001-046 |
| 2 | August 27, 2019 Nicolas Gicinto Deposition Excerpts [**Filed under seal**] | 1 | MSJ_047-081 |
| 3 | January 22, 2019 Michael Persyn Deposition Excerpts | 1 | MSJ_082-086 |
| 4 | September 6, 2019 Shamara Bell Deposition Excerpts | 1 | MSJ_087-102 |
| 5 | June 5, 2019 Sarah O'Brien Deposition Excerpts | 1 | MSJ_103-109 |
| 6 | Martin Tripp's June 14, 2018 interview with Nicolas Gicinto and Jake Nocon (TESS-TRIPP_0028450-739) [**Filed under seal**] | 1 | MSJ_110-147 |
| 7 | Exhibit 74 to the deposition of Martin Tripp, screenshots of messages between Martin Tripp and James Uelmen (TES-TRIPP_0021837) | 1 | MSJ_148-149 |
| 8 | Evelyn Cheng, *Tesla shares falls after Moody's downgrades credit rating*, CNBC.COM (Mar. 27, 2018) | 1 | MSJ_150-158 |
| 9 | Sonari Glinton, *Out Of The Gate, Tesla Stumbles On Its Mass-Market Car*, NPR (Oct. 3, 2017) | 1 | MSJ_159-167 |
| 10 | Neal E. Boudette, *For Tesla, 'Production Hell' Looks Like the Reality of the Car Business*, THE NEW YORK TIMES (April 3, 2018) | 1 | MSJ_168-170 |
| 11 | Exhibit 70 to the deposition of Martin Tripp, the June 2, 2018 email correspondence between Martin Tripp and Michael Bowling, subject line: "Meet to discuss the following," (TRIPP00951-52) [**Filed under seal**] | 1 | MSJ_171-173 |
| 12 | October 16, 2017 email correspondence and attachment between Michael Bowling and Martin Tripp, subject line: "FW Martin Tripp," (TES-TRIPP_0026707) [**Filed under seal**] | 1 | MSJ_174-177 |
| 13 | Tesla Motor's Inc. Code of Business Conduct and Ethics (TRIPP00773-80) [**Filed under seal**] | 1 | MSJ_178-186 |
| 14 | Tesla's Communications Policy and Confidentiality Agreement (TRIPP000781-84) [**Filed under seal**] | 1 | MSJ_187-191 |
| 15 | Tesla Motors, Inc. Employee Proprietary Information and Inventions Agreement (TRIPP000820-23) [**Filed under seal**] | 1 | MSJ_192-196 |
| 16 | July 27, 2017 Applicant Non-Disclosure Agreement with Tesla (GGL000140_0001) [**Filed under seal**] | 1 | MSJ_197-199 |
| 17 | Exhibit 66 to the deposition of Martin Tripp, the February 20, 2018 email correspondence between Chris Guenther and Michael Bowling, subject line: "FW:3DU Stator NCM personnel issue(s)," (TES-TRIPP_0021669-70) [**Filed under seal**] | 1 | MSJ_200-202 |
| 18 | March 8, 2018 email correspondence between Michael Bowling and Martin Tripp (TES-TRIPP_0021668) [**Filed under seal**] | 1 | MSJ_203-204 |
| 19 | Exhibit 69 to the deposition of Martin Tripp, the May 25, 2018 email correspondence between Michael Bowling nad Martin Tripp (TES-TRIPP_0000846) [**Filed under seal**] | 1 | MSJ_205-206 |
| 20 | May 25, 2018 email correspondence between Michael Bowling and Martin Tripp, subject line: "Verbal Warning follow up," (TES-TRIPP_00008460) [**Filed under seal**] | 1 | MSJ_207-208 |

| | | | |
|---|---|---|---|
| 21 | May 27, 2018 email correspondence from mtripp@tesla.com to martytripp@icloud.com, subject line: "Fwd: NCM updates-to help reduce NCM WIP level," (TES-TRIPP_00219091-92) [**Filed under seal**] | 1 | MSJ_209-211 |
| 22 | May 27, 2018 email correspondence from "Marty Tripp" to "Me," subject line: "T Scrap 2018," (GGL000248) | 1 | MSJ_212-213 |
| 23 | May 27, 2018 email correspondence from Martin Tripp to llopez@businessinsider.com, subject line: "Pics," (GGL000092-GGL000092_0003) [**Filed under seal**] | 1 | MSJ_214-218 |
| 24 | Exhibit 26 to the deposition of Martin Tripp, the June 5, 2018 email correspondence from Martin Tripp to Linda Lorel, subject line: "Valeo robot being removed and pic of the query for all model 3's." | 1 | MSJ_219-220 |
| 25 | May 29, 2018 email correspondence from Martin Tripp to Linette Lopez, subject line: "Email to Elon," (GGL000098-GGL000098.0010) [**Filed under seal**] | 1 | MSJ_221-232 |
| 26 | June 1, 2018 email correspondence from Martin Tripp to llopez@businessinsider.com, subject line: "Scrap Tableau," (GGL000243-GGL000243_0002.0002) [**Filed under seal**] | 2 | MSJ_233-253 |
| 27 | Exhibit 1 to the deposition of Martin Tripp, the May 27, 2018 email correspondence between Martin Tripp and Linette Lopez : "TESLA (From someone that works there)" [**Filed under seal**] | 2 | MSJ_254-255 |
| 28 | May 27, 2018 email correspondence between Martin Tripp and llopez@businessinsider.com, subject line: "T Scrap 2018," (GGL000077-GGL000077_0006) [**Filed under seal**] | 2 | MSJ_256-404 |
| 29 | June 6, 2018 email correspondence between Kamran Mumtaz and Linette Lopez, subject line: "New machine from Germany," (TES-TRIPP_0012897-99) | 2 | MSJ_405-408 |
| 30 | Linette Lopez, *Internal documents reveal Tesla is blowing through an insane amount of raw material and cash to make Model 3s, and production is still a nightmare*, BUSINESS INSIDER (June 4, 2018) | 2 | MSJ_409-414 |
| 31 | Linette Lopez, *Tesla's new Gigafactory robots that are supposed to help it ramp up Model 3 production aren't working yet*, BUSINESS INSIDER (June 6, 2018) | 2 | MSJ_415-418 |
| 32 | June 6, 2018 email correspondence between Martin Tripp and Linette Lopez, subject line: "New machine from Germany," (GGL000158-GGL000158.0006) | 2 | MSJ_419-426 |
| 33 | Text message correspondence between Martin Tripp and Linette Lopez, (TRIPP000873-892) [**Filed under seal**] | 2 | MSJ_427-447 |
| 34 | June 19, 2018 email correspondence between noreplynotifications@tesla.com and Martin Tripp, subject line: "Information for Employees Departing Tesla," | 2 | MSJ_448-449 |
| 35 | Exhibit 58 to the deposition of Martin Tripp, the June 20, 2018 email correspondence between Martin Tripp and Julia Carrie Wong, subject line: "Termination/Lawsuit" | 2 | MSJ_450-452 |
| 36 | Exhibit 2 to the Deposition of Shamara Bell, the June 21, 2018 email correspondence between Shamara Bell and Jeff Jones, subject line: "Martin Tripp Call" | 2 | MSJ_453-455 |
| 37 | Exhibit 11 to the Deposition of Shamara Bell, the June 20, 2018 email correspondence between Brooke Airey and Avery Bustamante, subject line: "FW: Martin Trip: Possible Threat," (TRIPP00906) | 2 | MSJ_456-457 |

| | | | | |
|---|---|---|---|---|
| 1 | 38 | Exhibit 12 to the Deposition of Shamara Bell, the June 20, 2018 email correspondence between Avery Bustamante, Shamara Bell, Angel Besinaiz, Brooke Airey, and Kristin Kerowicz, subject line: "Martin Trip: Possible Threat," (TES-TRIPP_0003386-88) | 2 | MSJ_458-461 |
| | 39 | June 20, 2018 email correspondence between Shamara Bell and Kristin Kerowicz, subject line: Martin Trip: Possible Threat," (TES-TRIPP_0004022-23) | 2 | MSJ_462-464 |
| | 40 | June 20, 2018 email correspondence between Sarah O'Brien and Julia Wong, subject line: "Query re: Martin Tripp and your emails," (TES-TRIPP_0010122-31) | 2 | MSJ_465-475 |
| | 41 | June 20, 2018 email correspondence between Drew Harwell and Dave Arnold, subject line: "Hi from Washington Post," (TES-TRIPP_00221996-2002) | 3 | MSJ_476-483 |
| | 42 | June 21, 2018 email correspondence between Don Reisinger and Dave Arnold, subject line: "Fortune inquiry on Tripp's comments" (TES-TRIPP_0004024-25) | 3 | MSJ_484-486 |
| | 43 | Exhibit 3 to the Deposition of Dave Arnold, the June 20, 2018 email correspondence between Drew Harwell and Dave Arnold, subject line: "Hi from Washington Post" (TES-TRIPP_0006183-89) | 3 | MSJ_487-494 |
| | 44 | June 21, 2018 email correspondence between Sarah O'Brien and Dave Arnold, subject line: "Hi from Washington Post" (TES-TRIPP_0009687-700) [**Filed under seal**] | 3 | MSJ_495-509 |
| | 45 | Exhibit 4 to the deposition of Dave Arnold, the June 21, 2018 email correspondence between Dave Arnold and Lora Kolodny, subject line: "CNBC query-Martin Tripp interview in WaPo – whistleblower claims" (TES-TRIPP 0006175-76) | 3 | MSJ_510-512 |
| | 46 | August 28, 2018 email correspondence from Arlan Adamsen to himself, subject line: "FW: Conversation with Kristin Kerowicz" (TES-TRIPP 0000971-73) | 3 | MSJ_513-516 |
| | 47 | Sean Gouthro, Storey County Sheriff's Office Felony Report (TRIPP01253-66) | 3 | MSJ_517-531 |
| | 48 | Excerpts from the certified transcript of James Uelmen's June 25, 2018 interview with Nicolas Gicinto and Justin Zeefe (TES-TRIPP_0028348) | 3 | MSJ_532-541 |
| | 49 | Martin Tripp's Second Amended Response and Objections to Tesla's Interrogatory No. 7, served on June 13, 2019 [**Filed under seal**] | 3 | MSJ_542-548 |
| | 50 | Tesla's Amended Response and Objections to Martin Tripp's Interrogatory No. 13, served on May 20, 2019 [**Filed under seal**] | 3 | MSJ_549-554 |
| | 51 | Exhibit 41 to the deposition of Martin Tripp | 3 | MSJ_555-557 |
| | A | *Tesla CEO Elon Musk, stressed but "optimistic," predicts big increase in Model 3 production*, CBS NEWS (April 13, 2018) | 3 | MSJ_558-563 |
| | B | Linette Lopez, *Internal documents reveal Tesla is blowing through an insane amount of raw material and cash to make Model 3s, and production is still a nightmare*, BUSINESS INSIDER (June 4, 2018) | 3 | MSJ_564-569 |
| | C | Linette Lopez, *Tesla's new Gigafactory robots that are supposed to help it ramp up Model 3 production aren't working yet*, BUSINESS INSIDER (June 6, 2018) | 3 | MSJ_570-573 |
| | D | Tesla Motors, Inc. Employee Proprietary Information and Inventions Agreement (TRIPP000820-23) [**Filed under seal**] | 3 | MSJ_574-578 |

| | | | | |
|---|---|---|---|---|
| 1 | E | Tesla's Communications Policy and Confidentiality Agreement (TRIPP000781-84) [**Filed under seal**] | 3 | MSJ_579-583 |
| 2 | F | June 18, 2018 Email from Elon Musk to Everyone, subject line: "Some concerning news" (TES-TRIPP_0001221-1222) | 3 | MSJ_584-586 |
| 3 4 | G | June 20, 2018 email correspondence between Elon Musk, Todd Maron and Sarah O'Brien, subject line: "Termination Lawsuit" (TRIPP000868) | 3 | MSJ_587-588 |
| 5 | H | June 20, 2018 email correspondence between Elon Musk, Julie Wong, David Arnold, Press and Sarah O'Brien, subject line: "Termination Lawsuit" (TES-TRIPP_0016924-16930) | 3 | MSJ_589-596 |
| 6 | I | July 5, 2018 Tweet from Elon Musk @lopezlinette (TES-TRIPP 0004648) | 3 | MSJ_597-598 |

Respectfully submitted this 31st day of March, 2020.

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: /s/ *Alex Spiro*
Alex Spiro
51 Madison Avenue, 22nd Floor
New York, New York 10010

Rory T. Kay (NSBN 12416)
MCDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV 89102

*Attorneys for Plaintiff/Counter-Defendant TESLA, INC.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am an employee of McDonald Carano LLP, and that on the March 31, 2020, a true and correct copy of the foregoing **APPENDIX OF EXHIBITS IN SUPPORT OF TESLA, INC.'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, FOR PARTIAL SUMMARY JUDGMENT (VOLUME 2 of 3)** was electronically filed with the Clerk of the Court by using CM/ECF service which will provide copies to the following counsel of record registered to receive CM/ECF notification.

*/s/  CaraMia Gerard*
An employee of McDonald Carano LLP