# Exhibit 27
# May 27, 2018 Email

# Filed Conditionally Under Seal