# Exhibit 28
# May 27, 2018 Email (GGL000077-GGL000077_0006)

# Filed Conditionally Under Seal

MSJ_256