# Exhibit 32
# June 6, 2018 Email (GGL000158-GGL000158.0006)

MSJ_419

| | |
|---|---|
| From: | Linette Lopez <llopez@businessinsider.com> |
| Sent: | Wednesday, June 06, 2018 1:53 PM |
| To: | Marty Tripp |
| Subject: | Re: New machine from Germany |

Look what they did to my story URL on the Tesla message board.

https://twitter.com/Tweetermeyer/status/1004451720548642816

On Wed, Jun 6, 2018 at 4:51 PM, Marty Tripp <guitartripp@gmail.com> wrote:
Muahahahahahha!!!

Sent from my iPhone

On Jun 6, 2018, at 1:49 PM, Linette Lopez <llopez@businessinsider.com> wrote:

> It's sad that they're already this mad because we're just getting started.
>
> On Wed, Jun 6, 2018 at 4:15 PM, Marty Tripp <guitartripp@gmail.com> wrote:
> Wow!  I love it!!!!! SO unreal!
>
> Sent from my iPhone
>
> On Jun 6, 2018, at 11:04 AM, Linette Lopez <llopez@businessinsider.com> wrote:
>
>> Wow this guy's being a real pill.
>>
>> ---------- Forwarded message ----------
>> From: **Kamran Mumtaz** <kmumtaz@tesla.com>
>> Date: Wed, Jun 6, 2018 at 2:02 PM
>> Subject: Re: New machine from Germany
>> To: Linette Lopez <llopez@businessinsider.com>
>> Cc: Dave Arnold <dwarnold@tesla.com>, Gina Antonini <gantonini@tesla.com>
>>
>>
>> Off the record: has any of this been corroborated with a second source, or is it just one person's unverified allegations?
>>
>>
>> From: Linette Lopez <llopez@businessinsider.com>
>> Date: Wednesday, June 6, 2018 at 10:51 AM

1

MSJ_420
GGL000158

**To:** Kamran Mumtaz <kmumtaz@tesla.com>
**Cc:** Dave Arnold <dwarnold@tesla.com>, Gina Antonini <gantonini@tesla.com>
**Subject:** Re: New machine from Germany

I'm the one who got the delivery date wrong, not my source.

And so we're disputing that it was supposed to be up and running by Sunday?

On Wed, Jun 6, 2018 at 1:49 PM, Kamran Mumtaz <kmumtaz@tesla.com> wrote:

> On background: yes, Reuters reported on this equipment two weeks ago and Elon also tweeted about it a couple of weeks ago. Also, your source is wrong: the bulk of the equipment arrived before Memorial Day, it has been getting installed over the past 10-14 days as scheduled, and it was never supposed to be up and running by this past Sunday. Your source is providing you with false information. As a matter of integrity, you should not be using this source.

**From:** Linette Lopez <llopez@businessinsider.com>
**Date:** Wednesday, June 6, 2018 at 10:12 AM
**To:** Kamran Mumtaz <kmumtaz@tesla.com>
**Cc:** Dave Arnold <dwarnold@tesla.com>, Gina Antonini <gantonini@tesla.com>

**Subject:** Re: New machine from Germany

To clarify again.

The machine I'm talking about was part of this delivery.

2

MSJ_421
GGL000158.0001

> https://finance.yahoo.com/news/exclusive-tesla-flies-battery-production-212122717.html

> On Wed, Jun 6, 2018 at 11:40 AM, Linette Lopez <llopez@businessinsider.com> wrote:
>
>> Nope not old.
>>
>> On Wed, Jun 6, 2018 at 11:25 AM, Kamran Mumtaz <kmumtaz@tesla.com> wrote:
>>
>>> Got it — looking into it. Just confirming, the video (and machine) is from this weekend and not an old one?
>>>
>>> ---
>>>
>>> **From:** Linette Lopez <llopez@businessinsider.com>
>>> **Sent:** Wednesday, June 6, 2018 7:57:24 AM
>>> **To:** Kamran Mumtaz
>>> **Cc:** Dave Arnold; Gina Antonini
>>> **Subject:** Re: New machine from Germany
>>>
>>> Wait, no geometry inspection on this machine. My mistake.
>>>
>>> On Wed, Jun 6, 2018 at 10:44 AM, Linette Lopez <llopez@businessinsider.com> wrote:
>>>
>>>> Like I said I'm talking about the machine that was flown in from Germany this weekend, which as I understand it, is supposed to make modules.
>>>>
>>>> Specifically it handles the modules toward their end stages, giving them temperature sensing capabilities and adding their circuit board. It then seals the whole thing and does geometric checks to make sure that they can all fit as a battery pack.
>>>>
>>>> We do not plan to post the video.

3

Cheers,

LL


On Wed, Jun 6, 2018 at 10:35 AM, Kamran Mumtaz <kmumtaz@tesla.com> wrote:

Hey Linette – good to hear from you. Could you share more details on what machine you are referring to, so we can look into it? Any additional context would be great.

Also, is the story about the machine in particular and are you planning to post the video?

**From:** Linette Lopez <llopez@businessinsider.com>
**Date:** Wednesday, June 6, 2018 at 7:23 AM
**To:** Kamran Mumtaz <kmumtaz@tesla.com>, Press <press@tesla.com>
**Subject:** New machine from Germany

Hey Kamran and everyone!

A source of ours took a video of the new machine the Gigafactory just had flown in from Germany. It's not up and running yet. Seems like the factory is still figuring it out.

As we understand it, the machine was supposed to be operational by Sunday. Can you comment on that, and let us know when Tesla thinks it will be up and running?

Thank,

4

MSJ_423
GGL000158.0003

LL

--

Linette Lopez

Senior Finance Correspondent

Business Insider

646-338-4357

On Twitter @lopezlinette

--

Linette Lopez

Senior Finance Correspondent

Business Insider

646-338-4357

On Twitter @lopezlinette

--

Linette Lopez

Senior Finance Correspondent

Business Insider

646-338-4357

On Twitter @lopezlinette

5

MSJ_424
GGL000158.0004

--

Linette Lopez

Senior Finance Correspondent

Business Insider

646-338-4357

On Twitter @lopezlinette

--

Linette Lopez

Senior Finance Correspondent

Business Insider

646-338-4357

On Twitter @lopezlinette

--

Linette Lopez

Senior Finance Correspondent

Business Insider

646-338-4357

MSJ_425
GGL000158.0005

On Twitter @lopezlinette

--
Linette Lopez
Senior Finance Correspondent
Business Insider
646-338-4357
On Twitter @lopezlinette

--
Linette Lopez
Senior Finance Correspondent
Business Insider
646-338-4357
On Twitter @lopezlinette

--
Linette Lopez
Senior Finance Correspondent
Business Insider
646-338-4357
On Twitter @lopezlinette

MSJ_426
GGL000158.0006