# Exhibit 33
# Text Message (TRIPP000873-892)

# Filed Conditionally Under Seal