# Exhibit 35
# June 20, 2018 Email

MSJ_450

**From:**      Marty Tripp <martytripp@icloud.com>
**Sent:**      Wednesday, June 20, 2018 1:45 PM
**To:**        julia.wong@theguardian.com
**Subject:**   Fwd: Termination/Lawsuit

I think I deleted his very first email and then cleared my delete history after Linette told me to.  Basically he said "how could you?!"  I was on the fence on sending the response but then did.

Begin forwarded message:

> **From:** Elon Musk <erm@tesla.com>
> **Date:** June 20, 2018 at 10:28:06 AM PDT
> **To:** Marty Tripp <martytripp@icloud.com>
> **Subject: Re: Termination/Lawsuit**
>
> There are literally injuries with Model 3. It is by far the safest car in the world for any midsize vehicle. And of course a company with billions of dollars in product is going to have millions of dollars in scrap. This is not news.
>
> However, betraying your word of honor, breaking the deal you had when Tesla gave you a job and framing your colleagues are wrong and some come with legal penalties. So it goes. Be well.
>
>> On Jun 20, 2018, at 10:03 AM, Marty Tripp <martytripp@icloud.com> wrote:
>>
>> I NEVER 'framed' anyone else or even insinuated anyone else as being involved in my production of documents of your MILLIONS OF DOLLARS OF WASTE, Safety concerns, lying to investors/the WORLD.
>>
>> Putting cars on the road with safety issues is being a horrible human being!
>>
>>> On Jun 20, 2018, at 10:00 AM, Elon Musk <erm@tesla.com> wrote:
>>>
>>> You should ashamed of yourself for framing other people. You're a horrible human being.
>>>
>>>> On Jun 20, 2018, at 9:59 AM, Marty Tripp <martytripp@icloud.com> wrote:

1



09·04·19
David M. Lee, RMR
Exhibit 58
Date
M. Tripp

MSJ_451

I never made a threat.  I simply told you that you have what's coming.

Thank you for this gift!!!!

> On Jun 20, 2018, at 9:42 AM, Elon Musk <erm@tesla.com> wrote:
>
> Threatening me only makes it worse for you
>
>> On Jun 20, 2018, at 8:57 AM, Marty Tripp <martytripp@icloud.com> wrote:
>>
>> Don't worry, you have what's coming to you for the lies you have told to the public and investors.

2

MSJ_452