# Exhibit 37
# June 20 2018 Email (TRIPP00906)

**From:** Brooke Airey
**Sent:** Wednesday, June 20, 2018 1:56 PM
**To:** Avery Bustamante; security
**Subject:** FW: Martin Tripp: Possible Threat

Hi,

One of the call center operators in Las Vegas just took a call from someone saying they are a friend of Martin Tripp and stating he is heavily armed and on his way to the GigaFactory. See IM screen shot and email below. Call center employee is Shamara Bell



We have an employee in Plant O&M that is on the phone with someone who is reporting that a former employee by the name of Martin Tripe

He told her that he is heavily armed and headed for the Giga Factory

1:44 PM

**Brooke Airey** | Operations Manager | Workplace, North America



TESLA



EXHIBIT
11
Bell 6/6/19

TRIPP000906

MSJ_457