# Exhibit 38
# June 20 2018 Email (TES-TRIPP_0003386-88)

| | |
|---|---|
| **From:** | Avery Bustamante |
| **Sent:** | Wednesday, June 20, 2018 2:32 PM |
| **To:** | Shamara Bell; Angel Besinaiz; Brooke Airey; Kristin Krerowicz |
| **Cc:** | Nicholas Gicinto; Jeff Jones; Sean Gouthro; Marshall Sprott |
| **Subject:** | Re: Martin Trip: Possible Threat |

Appreciate the quick response everyone!

**Avery Bustamante** | Sr. Manager, Global Security, North America
45500 Fremont Blvd | Fremont, CA 94538
510.495.4748 | avery.bustamante@tesla.com

---

**From:** Shamara Bell
**Sent:** Wednesday, June 20, 2018 2:27:37 PM
**To:** Angel Besinaiz; Avery Bustamante; Brooke Airey; Kristin Krerowicz
**Subject:** RE: Martin Trip: Possible Threat

Angel is correct, the call came from a blocked number

**Shamara Bell** | Technical Support Specialist | SolarCity | t: 888.765.2489,,60055
SolarCity Corporation DBA Tesla Energy. CA CSLB 888104, MA HIC 166572/EL-1136MR. Click here to view our complete list of license numbers by state.

---

**From:** Angel Besinaiz
**Sent:** Wednesday, June 20, 2018 2:24 PM
**To:** Avery Bustamante <avery.bustamante@tesla.com>; Brooke Airey <bairey@tesla.com>; Kristin Krerowicz <kkrerowicz@tesla.com>; Shamara Bell <shabell@tesla.com>
**Subject:** RE: Martin Trip: Possible Threat

From my understanding, because we are still using the genesys phones, our calls are not recorded. Shamara mentioned the caller called from a block number.

Best,

**Angel C. Besinaiz** | Supervisor, Solar Technical Support
LV HQ | 7180 Pollock Dr | Las Vegas, NV 89119
877-961-7652 | abesinaiz@tesla.com

T ≡ S L Ɽ

---

**From:** Avery Bustamante
**Sent:** Wednesday, June 20, 2018 2:22 PM
**To:** Brooke Airey <bairey@tesla.com>; Kristin Krerowicz <kkrerowicz@tesla.com>; Shamara Bell <shabell@tesla.com>; Angel Besinaiz <abesinaiz@tesla.com>
**Subject:** Re: Martin Trip: Possible Threat
**Importance:** High

Hey Folks,



1

CONFIDENTIAL

MSJ_459
TES-TRIPP_0003386

Thanks again for forwarding and taking our calls.

A few quick follow-ups:

- Do we have the number of the caller?
- Do we record the phone calls that come in?

An immediate response to this would be appreciated.

-Avery

**Avery Bustamante | Sr. Manager, Global Security, North America**
45500 Fremont Blvd | Fremont, CA 94538
510.495.4748 | avery.bustamante@tesla.com

---

**From:** Brooke Airey
**Sent:** Wednesday, June 20, 2018 1:56 PM
**To:** Avery Bustamante; security
**Subject:** FW: Martin Trip: Possible Threat

Hi,

One of the call center operators in Las Vegas just took a call from someone saying they are a friend of Martin Tripp and stating he is heavily armed and on his way to the GigaFactory. See IM screen shot and email below. Call center employee is Shamara Bell



> We have an employee in Plant O&M that is on the phone with someone who is reporting that a former employee by the name of Martin Tripe
>
> He told her that he is heavily armed and headed for the Giga Factory

1:44 PM

**Brooke Airey | Operations Manager | Workplace, North America**
6671 Las Vegas Blvd Ste 300 | Las Vegas, NV 89119
p 702.703.8997 | c 702.600.5281 | e bairey@tesla.com

**T≡SLA**

The content of this message is the proprietary and confidential property of Tesla Inc, and should be treated as such. If you are not the intended recipient and have received this message in error, please delete this message from your computer system and notify me immediately by reply e-mail. Any unauthorized use or distribution of the content of this message is prohibited. Thank you.



Please consider the environment before printing this email.

---

**From:** Shamara Bell
**Sent:** Wednesday, June 20, 2018 1:51 PM

2

**To:** Kristin Krerowicz <kkrerowicz@tesla.com>
**Subject:** Martin Trip: Possible Threat

Received a call

Caller preferred to remain unknown. Friend of Martin Tripp is concerned that he may do something violent & volatile. Says he is concerned because he's very hostile & very well armed.

**Shamara Bell  |  Solar Technical Support**

6671 S. Las Vegas Blvd. Ste 300, Las Vegas, NV 89119

p. (877) 961-7652  |  SolarSupport@tesla.com



The content of this message is the proprietary and confidential property of Tesla Inc, and should be treated as such. If you are not the intended recipient and have received this message in error, please delete this message from your computer system and notify me immediately by reply e-mail. Any unauthorized use or distribution of the content of this message is prohibited. Thank you.

Please consider the environment before printing this email.

3

CONFIDENTIAL

MSJ_461
TES-TRIPP_0003388