# Exhibit 39
# June 20 2018 Email (TES-TRIPP_0004022-23)

MSJ_462

| | |
|---|---|
| From: | Shamara Bell |
| Sent: | Wednesday, June 20, 2018 1:53 PM |
| To: | Kristin Krerowicz |
| Subject: | RE: Martin Trip: Possible Threat |

No problem

**Shamara Bell** | Technical Support Specialist | **SolarCity** | t: 888.765.2489,,60055
SolarCity Corporation DBA Tesla Energy. CA CSLB 888104, MA HIC 168572/EL-1136MR. Click here to view our complete list of license numbers by state.

**From:** Kristin Krerowicz
**Sent:** Wednesday, June 20, 2018 1:52 PM
**To:** Shamara Bell <shabell@tesla.com>
**Subject:** RE: Martin Trip: Possible Threat

Thank you for alerting us so quickly. I have passed the information along to management and they will escalate it appropriately.

Kristin


**Kristin Krerowicz** | **Operations Coordinator** | Workplace, North America

7180 S Pollock | Las Vegas, NV, 89119

m: 702.449.9447 | e: kkrerowicz@tesla.com



The content of this message is the proprietary and confidential property of Tesla Inc, and should be treated as such. If you are not the intended recipient and have received this message in error, please delete this message from your computer system and notify me immediately by reply e-mail. Any unauthorized use or distribution of the content of this message is prohibited. Thank you.



Please consider the environment before printing this email.


**From:** Shamara Bell
**Sent:** Wednesday, June 20, 2018 1:51 PM
**To:** Kristin Krerowicz <kkrerowicz@tesla.com>
**Subject:** Martin Trip: Possible Threat

Received a call

Caller preferred to remain unknown. Friend of Martin Tripp is concerned that he may do something violent & volatile. Says he is concerned because he's very hostile & very well armed.

1

**Shamara Bell | Solar Technical Support**

6671 S. Las Vegas Blvd. Ste 300, Las Vegas, NV 89119

p. (877) 961-7652 | [SolarSupport@tesla.com](mailto:SolarSupport@tesla.com)



The content of this message is the proprietary and confidential property of Tesla Inc, and should be treated as such. If you are not the intended recipient and have received this message in error, please delete this message from your computer system and notify me immediately by reply e-mail. Any unauthorized use or distribution of the content of this message is prohibited. Thank you.



Please consider the environment before printing this email.

2