# Exhibit 40
# June 20 2018 Email (TES-TRIPP_0010122-31)

MSJ_465

| | |
|---|---|
| **From:** | Sarah O'Brien |
| **Sent:** | Wednesday, June 20, 2018 5:55 PM |
| **To:** | Julia Wong |
| **Cc:** | Dave Arnold |
| **Subject:** | Re: Query re: Martin Tripp and your emails |

Just so you have a statement for the tip we received:

**Attributed to a Tesla spokesperson:**
"This afternoon, we received a phone call from a friend of Mr Tripp telling us that Mr Tripp would be coming to the Gigafactory to "shoot the place up." Police have been notified and actions are being taken to enhance security at the Gigafactory."

**On background:**
After being caught hacking Tesla's confidential and trade secret information and transferring it to third parties, Mr. Tripp is now claiming he is a "whistleblower." He is nothing of the sort. He is someone who stole Tesla data through highly pernicious means and transferred that data to unknown amounts of third parties, all while making easily disprovable claims about the company in order to try to harm it. As for Mr. Tripp's false claims:
· Mr. Tripp grossly exaggerated the value and amount of scrap material at the Gigafactory. Relying on the internal data that he hacked from Tesla's manufacturing operations system, Tripp incorrectly stated that Tesla has generated nearly $150 million in scrap at the Gigafactory in 2018. That number is wrong by more than a factor of two.
· Among other things, he included large quantities that were not scrap from 2018 at all, but that were instead items such as materials from last year that had already been included in Tesla's 2017 financials, or that were simply serial numbers assigned as part of routine system testing to components that were never even made.
· Mr. Tripp also admitted to Tesla's investigators that he does not actually know the value of the scrap that he assigned dollar values to. He just guessed.
· The scrap that Tripp claims is being stored unsafely could not possibly pose a safety risk. These pieces are kept in a temperature controlled room and are neither connected nor energized.
· No punctured cells were ever used in Model 3 vehicles in any way. In February 2018, a robot damaged some modules being produced at the Gigafactory, and a team was involved in identifying the scope of the damage. After conducting extensive testing, they threw out the punctured cells, confirmed the safety of the rest, and only then returned just those to the production line. If there was even a sliver of doubt about whether a cell could pose a safety concern, it was not used in any vehicle. Notably, there have been zero battery safety issues in any Model 3.
· With respect to Tripp's claiming that Tesla incorrectly reported the number of Model 3 vehicles produced at the end of Q1, literally thousands of people have ongoing access to the production numbers. It is updated in real-time on screens in the factory, plainly visible to anyone passing by. The claim that Tesla would report the wrong production number is ridiculous.
· On all of these issues, Tripp is either not telling the truth or he simply has no idea what he is talking about.

> On Jun 20, 2018, at 5:29 PM, Elon Musk <erm@tesla.com> wrote:
>
> Tripp sent me a threatening email this morning. Below is the exchange. I was just told that we received a call at the Gigafactory that he was going to come back and shoot people. The police have been alerted and we have posted additional security. Our comms team can fill you in.

------- Original message --------
From: Elon Musk <erm@tesla.com>
Date: 6/20/18 5:17 PM (GMT-08:00)
To: Todd Maron <todd@tesla.com>, Sarah O'Brien <sobrien@tesla.com>
Cc: EMDesk <emdesk@tesla.com>
Subject: Re: Termination/Lawsuit


Meant to say "no injuries"

On Jun 20, 2018, at 5:16 PM, Elon Musk <erm@tesla.com> wrote:

> Begin forwarded message:
>
> **From:** Elon Musk <erm@tesla.com>
> **Date:** June 20, 2018 at 10:28:06 AM PDT
> **To:** Marty Tripp <martytripp@icloud.com>
> **Subject: Re: Termination/Lawsuit**
>
> There are literally injuries with Model 3. It is by far the safest car in the world for any midsize vehicle. And of course a company with billions of dollars in product is going to have millions of dollars in scrap. This is not news.
>
> However, betraying your word of honor, breaking the deal you had when Tesla gave you a job and framing your colleagues are wrong and some come with legal penalties. So it goes. Be well.
>
>> On Jun 20, 2018, at 10:03 AM, Marty Tripp <martytripp@icloud.com> wrote:
>>
>> I NEVER 'framed' anyone else or even insinuated anyone else as being involved in my production of documents of your MILLIONS OF DOLLARS OF WASTE, Safety concerns, lying to investors/the

WORLD.

Putting cars on the road with safety issues is being a horrible human being!

> On Jun 20, 2018, at 10:00 AM, Elon Musk <erm@tesla.com> wrote:
>
> You should ashamed of yourself for framing other people. You're a horrible human being.
>
>> On Jun 20, 2018, at 9:59 AM, Marty Tripp <martytripp@icloud.com> wrote:
>>
>> I never made a threat. I

3

simply told you that you have what's coming.

Thank you for this gift!!!!

On Jun 20, 2018, at 9:42 AM, Elon Mu

4

MSJ_469
TES-TRIPP_0010125

sk<erm@tesla.com> wrote:

Threatening me only makes it

MSJ_470
TES-TRIPP_0010126

worse for you

On Jun 20, 2018, at 8:57 AM, Marty Tripp <[mar](mar)

6

<tytrippp@icloud.com> wrote:

Don't worry, you have what

MSJ_472
TES-TRIPP_0010128

's coming to you for the lies you have told to the public and inv

8

MSJ_473
TES-TRIPP_0010129

e
s
t
o
r
s
.

On Jun 20, 2018, at 4:38 PM, Julia Wong <julia.wong@theguardian.com> wrote:

> Hi Elon,
>
> The Guardian is planning to publish an article shortly about Tesla's lawsuit against Martin Tripp. Tripp has acknowledged to the Guardian that he was a source for a Business Insider reporter, but denies any implication that he was a saboteur, or that he hacked Tesla's MOS. Instead, Tripp claims that he went to the media after making numerous attempts to raise concerns about excess NCM, scrap, and other issues like punctured batteries, and being ignored.
>
> Do you or Tesla want to comment on Tripp's claim that he was acting as a whistleblower?
>
> And do you want to add any comment to the emails you sent to Tripp's personal account today, calling him a "horrible human being", among other things. Why did you decide to email Tripp after you had already fired and sued him?
>
> Feel free to give me a call at 646-935-9101 if you'd like to discuss anything by phone.
>
> Thanks,
>
> Julia
>
>
> --
> **Julia Carrie Wong**
> Reporter
> Guardian News & Media
> -----
> Phone/Signal/WhatsApp: 646-935-9101
> Email: julia.wong@theguardian.com
> -----
> twitter: @juliacarriew
> -----
>
> 
>
> 1111 Broadway
> Oakland, CA 94607
> theguardian.com

MSJ_474
TES-TRIPP_0010130

-----
**Download the Guardian app for [Android](#) and [iOS](#)**
-----

This e-mail and all attachments are confidential and may also be privileged. If you are not the named recipient, please notify the sender and delete the e-mail and all attachments immediately. Do not disclose the contents to another person. You may not use the information for any purpose, or store, or copy, it in any way.  Guardian News & Media Limited is not liable for any computer viruses or other material transmitted with or as part of this e-mail. You should employ virus checking software.

Guardian News & Media Limited is a member of Guardian Media Group plc. Registered Office: PO Box 68164, Kings Place, 90 York Way, London, N1P 2AP.  Registered in England Number 908396