# Exhibit 42
# June 21, 2018 Email (TES-TRIPP_0004024-25)

MSJ_484

| | |
|---|---|
| **Sent:** | Thursday, June 21, 2018 8:31 AM |
| **To:** | Don Reisinger;Kamran Mumtaz;Gina Antonini |
| **Subject:** | RE: Fortune inquiry on Tripp's comments |

Hi Don –

I've included some additional information on background below. Also, this statement is attributable to a Tesla spokesperson:

"Yesterday afternoon, we received a phone call from a friend of Mr. Tripp telling us that Mr. Tripp would be coming to the Gigafactory to 'shoot the place up.' Police have been notified and actions are being taken to enhance security at the Gigafactory."

**On background (not for quotation, but you can paraphrase and attribute to Tesla)**

After being caught hacking Tesla's confidential and trade secret information and transferring it to third parties, Mr. Tripp is now claiming he is a "whistleblower." He is nothing of the sort. He is someone who stole Tesla data through highly pernicious means and transferred that data to unknown amounts of third parties, all while making easily disprovable claims about the company in order to try to harm it. As for Mr. Tripp's false claims:

- Mr. Tripp grossly exaggerated the value and amount of scrap material at the Gigafactory. Relying on the internal data that he hacked from Tesla's manufacturing operations system, Tripp incorrectly stated that Tesla has generated nearly $150 million in scrap at the Gigafactory in 2018. That number is wrong by more than a factor of two.
- Among other things, he included large quantities that were not scrap from 2018 at all, but that were instead items such as materials from last year that had already been included in Tesla's 2017 financials, or that were simply serial numbers assigned as part of routine system testing to components that were never even made.
- Mr. Tripp also admitted to Tesla's investigators that he does not actually know the value of the scrap that he assigned dollar values to. He just guessed.
- The scrap that Tripp claims is being stored unsafely could not possibly pose a safety risk. These pieces are kept in a temperature controlled room and are neither connected nor energized.
- No punctured cells were ever used in Model 3 vehicles in any way. In February 2018, a robot damaged some modules being produced at the Gigafactory, and a team was involved in identifying the scope of the damage. After conducting extensive testing, they threw out the punctured cells, confirmed the safety of the rest, and only then returned just those to the production line. If there was even a sliver of doubt about whether a cell could pose a safety concern, it was not used in any vehicle. Notably, there have been zero battery safety issues in any Model 3.
- With respect to Tripp's claiming that Tesla incorrectly reported the number of Model 3 vehicles produced at the end of Q1, literally thousands of people have ongoing access to the production numbers. It is updated in real-time on screens in the factory, plainly visible to anyone passing by. The claim that Tesla would report the wrong production number is ridiculous.
- On all of these issues, Tripp is either not telling the truth or he simply has no idea what he is talking about.

**From:** Don Reisinger <donreisinger@gmail.com>
**Sent:** Thursday, June 21, 2018 8:16 AM
**To:** Dave Arnold <dwarnold@tesla.com>; Kamran Mumtaz <kmumtaz@tesla.com>; Gina Antonini <gantonini@tesla.com>
**Subject:** Fwd: Fortune inquiry on Tripp's comments

1

Don Reisinger | Technology Journalist


---------- Forwarded message ---------
From: Don Reisinger <donreisinger@gmail.com>
Date: Thu, Jun 21, 2018 at 10:13 AM
Subject: Fortune inquiry on Tripp's comments
To: Press <press@teslamotors.com>


Any comment on this one?

https://www.washingtonpost.com/news/the-switch/wp/2018/06/20/tesla-sues-former-employee-as-elon-musk-signals-hunt-for-saboteurs/?noredirect=on&utm_term=.51fe302388f8

Thanks,

Don


Don Reisinger | Technology Journalist

2

MSJ_486

TES-TRIPP_0004025