# Exhibit 43
# June 20 2018 Email (TES-TRIPP_0006183-89)

MSJ_487



EXHIBIT 3
Arnold
6/6/2019
Reported by: Michael P. Hensley
CSR 14114, RDR

**From:** "Harwell, Drew" <Drew.Harwell@washpost.com>
**Subject: Re: Hi from Washington Post**
**Date:** June 20, 2018 at 6:11:03 PM PDT
**To:** Dave Arnold <dwarnold@tesla.com>, Gina Antonini <gantonini@tesla.com>
**Cc:** Sarah O'Brien <sobrien@tesla.com>

Dave, thank you. That top statement is a huge claim. We can't report unsubstantiated claims like that. Can you support it? And can you make the background claims on the record? We can't include the rebuttals if they're not on the record. But I'd really like to be able to include the response.

Drew Harwell
Washington Post
@drewharwell
202.334.7918

---

**From:** Dave Arnold <dwarnold@tesla.com>
**Sent:** Wednesday, June 20, 2018 9:01:20 PM
**To:** Harwell, Drew; Gina Antonini
**Cc:** Sarah O'Brien
**Subject:** RE: Hi from Washington Post

Drew – please see below. As always, moving forward we'd of course appreciate a bit more time to respond. Thanks.

**Attributed to a Tesla spokesperson:**
"This afternoon, we received a phone call from a friend of Mr. Tripp telling us that Mr. Tripp would be coming to the Gigafactory to 'shoot the place up.' Police have been notified and actions are being taken to enhance security at the Gigafactory."

1

**On background:**
After being caught hacking Tesla's confidential and trade secret information and transferring it to third parties, Mr. Tripp is now claiming he is a "whistleblower." He is nothing of the sort. He is someone who stole Tesla data through highly pernicious means and transferred that data to unknown amounts of third parties, all while making easily disprovable claims about the company in order to try to harm it. As for Mr. Tripp's false claims:

- Mr. Tripp grossly exaggerated the value and amount of scrap material at the Gigafactory. Relying on the internal data that he hacked from Tesla's manufacturing operations system, Tripp incorrectly stated that Tesla has generated nearly $150 million in scrap at the Gigafactory in 2018. That number is wrong by more than a factor of two.
- Among other things, he included large quantities that were not scrap from 2018 at all, but that were instead items such as materials from last year that had already been included in Tesla's 2017 financials, or that were simply serial numbers assigned as part of routine system testing to components that were never even made.
- Mr. Tripp also admitted to Tesla's investigators that he does not actually know the value of the scrap that he assigned dollar values to. He just guessed.
- The scrap that Tripp claims is being stored unsafely could not possibly pose a safety risk. These pieces are kept in a temperature controlled room and are neither connected nor energized.
- No punctured cells were ever used in Model 3 vehicles in any way. In February 2018, a robot damaged some modules being produced at the Gigafactory, and a team was involved in identifying the scope of the damage. After conducting extensive testing, they threw out the punctured cells, confirmed the safety of the rest, and only then returned just those to the production line. If there was even a sliver of doubt about whether a cell could pose a safety concern, it was not used in any vehicle. Notably, there have been zero battery safety issues in any Model 3.
- With respect to Tripp's claiming that Tesla incorrectly reported the number of Model 3 vehicles produced at the end of Q1, literally thousands of people have ongoing access to the production numbers. It is updated in real-time on screens in the factory, plainly visible to anyone passing by. The claim that Tesla would report the wrong production number is ridiculous.
- On all of these issues, Tripp is either not telling the truth or he simply has no idea what he is talking about.

---

**From:** Harwell, Drew <Drew.Harwell@washpost.com>
**Sent:** Wednesday, June 20, 2018 5:59 PM
**To:** Dave Arnold <dwarnold@tesla.com>; Gina Antonini <gantonini@tesla.com>
**Cc:** Sarah O'Brien <sobrien@tesla.com>
**Subject:** Re: Hi from Washington Post

https://www.washingtonpost.com/news/the-switch/wp/2018/06/20/tesla-sues-former-employee-as-elon-musk-signals-hunt-for-saboteurs/?utm_term=.9269eaa5e94a

Drew Harwell
Washington Post
@drewharwell
202.334.7918

---

**From:** Harwell, Drew
**Sent:** Wednesday, June 20, 2018 8:49:57 PM
**To:** Dave Arnold; Gina Antonini
**Cc:** Sarah O'Brien
**Subject:** Re: Hi from Washington Post

MSJ_489
TES-TRIPP_0006184

Sorry to leave you such little time. But it's a tight deadline and we didn't hear from him until late. Editors want to publish by 9pm ET. We can update the online version later or in the morning. I'll send you a link when it's online. Thanks

Drew Harwell
Washington Post
@drewharwell
202.334.7918

---

**From:** Harwell, Drew
**Sent:** Wednesday, June 20, 2018 8:38:43 PM
**To:** Dave Arnold; Gina Antonini
**Cc:** Sarah O'Brien
**Subject:** Re: Hi from Washington Post

Tripp says he did not tamper with internal systems and is instead a whistleblower who spoke out after seeing "some really scary things" inside the company, including dangerously punctured batteries installed in cars.

He said he provided information to Business Insider for a story they did earlier this month about the company's raw-material waste.

But he said he did so because he was alarmed by what he learned while an employee, including what he claimed were hundreds of Model 3s that had punctured batteries.

Tripp said he did not hack into Tesla computers, saying, "I don't have the patience for coding." He also said he was not, as Tesla lawyers claimed, disgruntled about not getting a promotion. "That's their generic excuse," he said. "I could literally care less."

Tripp said he was interrogated at work last week and fired over the phone Tuesday by a human-resources representative. He said he learned of the lawsuit for the first time Wednesday.

Tripp said Musk emailed him shortly after the lawsuit was filed to say he was a horrible person. Tripp said he responded that Musk deserved what was coming.

Tripp said he left his previous job with a medical-device company and moved his family to Nevada to work for Tesla, believing it was "a golden opportunity. I looked up to Elon, I looked up to Tesla. I was always drooling about the Teslas and wanting to buy one. And I was living the mission: to accelerate the world's transition to sustainable energy."

But he said he grew disillusioned after seeing the company's waste, unsustainable practices and "seeing how Elon was lying to investors about how many cars they were making." He added, "I wanted to leave the world better for my son. And I felt I was doing everything but that."

He said he did not share the information to hurt Tesla but to shine a light on potential dangers. He said he now believes Musk is a "narcissist" who "only cares about himself."

Any and all responses welcome. Cell 202 355 3475. Posting very soon. Thanks.

Drew Harwell
Washington Post
@drewharwell
202.334.7918

---

**From:** Dave Arnold <dwarnold@tesla.com>
**Sent:** Wednesday, June 20, 2018 8:34:20 PM
**To:** Harwell, Drew; Gina Antonini

3

MSJ_490
TES-TRIPP_0006185

**Cc:** Sarah O'Brien
**Subject:** RE: Hi from Washington Post

Drew – to be clear, were you planning to send those points through?

**From:** Harwell, Drew <Drew.Harwell@washpost.com>
**Sent:** Wednesday, June 20, 2018 4:52 PM
**To:** Dave Arnold <dwarnold@tesla.com>; Gina Antonini <gantonini@tesla.com>
**Cc:** Sarah O'Brien <sobrien@tesla.com>
**Subject:** Re: Hi from Washington Post

Hi all -

I've spoken with Martin Tripp and would appreciate your responses on some of his points. Thanks.

Drew Harwell
Washington Post
@drewharwell
202.334.7918

---

**From:** Harwell, Drew
**Sent:** Wednesday, June 20, 2018 1:31:20 PM
**To:** Dave Arnold; Gina Antonini
**Subject:** Re: Hi from Washington Post

Hi Dave, Gina -

Any comment on the new lawsuit vs. Martin Tripp? Is Tripp who Elon was referencing as a saboteur in this emails? Are other lawsuits coming?

Elon tweeted, "There is more, but the actions of a few bad apples will not stop Tesla from reaching its goals. With 40,000 people, the worst 1 in 1000 will have issues. That's still ~40 people." Does Tesla or Elon think this employee and other "bad apples" are organized? Is Tesla currently looking for other threats or saboteurs?

Writing a short story so deadline is pretty soon. Thanks for the help.

Drew Harwell
Washington Post
@drewharwell
202.334.7918

---

**From:** Harwell, Drew
**Sent:** Tuesday, June 19, 2018 7:21:59 PM
**To:** Dave Arnold; Gina Antonini
**Subject:** Re: Hi from Washington Post

Thank you both; just published online

Drew Harwell
Washington Post
@drewharwell
202.334.7918

---

**From:** Dave Arnold <dwarnold@tesla.com>
**Sent:** Tuesday, June 19, 2018 7:05:02 PM

4

**To:** Gina Antonini
**Cc:** Harwell, Drew
**Subject:** Re: Hi from Washington Post

Drew - on background, I also just want to reiterate what I said earlier which is that when it comes to the new general assembly line, we have all appropriate and approved fire and safety management protocols in place with the City.

---

**From:** Gina Antonini
**Sent:** Tuesday, June 19, 2018 4:01:09 PM
**To:** Dave Arnold
**Cc:** Harwell, Drew
**Subject:** Re: Hi from Washington Post

Hi Drew -

I just connected with Dave and wanted to share the following information with you. Mind keeping this all on background (not for quotation or attribution but can be paraphrased for your story)?

In our May 2017 blog [tesla.com], we said:
"Our goal is to have as close to zero injuries as humanly possible and to become the safest factory in the auto industry. We will get there by continuing to ask our employees to raise safety concerns and to keep proposing ideas that make things even better." I'd encourage you to review the blog if you haven't read it already.

In addition to making significant improvements to the build process of Model S and Model X, we designed Model 3 specifically with safety in mind. Our ergonomics team has worked hand-in-hand with our engineers on the design process. As just one example, we created simulations that showed us where reaching or bending by employees was most likely to occur, which in turn allowed us to redesign the equipment and the car to eliminate these issues as much as possible.

Among other safety efforts, each department now has a Safety Team that meets regularly to increase safety awareness and recommend improvements, many of which have already been implemented. We are continuing to establish health and safety management procedures to scale with our operational growth.

Also, if you are planning to include a reference to previously reported OSHA charges, I'd refer you back to our previous statement:

"The injury rate at our Fremont factory is half what it was in the final years of the UAW plant operated by GM/Toyota immediately before us, and we care deeply about the safety and well-being of our people and strive to do better every day. Cal-OSHA is required to investigate any claims that are made, regardless of whether they have merit or are baseless (as we believe these are), and we always provide our full cooperation. Last year, a Cal-OSHA investigation into our injury reporting and record-keeping was closed without any violations found and without any further action taken. In fact, unlike other automakers who in the past have been cited by OSHA for record-keeping violations, we have never in the entire history of our company received a violation for inaccurate or incomplete injury record-keeping."

5

On Jun 19, 2018, at 3:14 PM, Dave Arnold <dwarnold@tesla.com> wrote:

Drew –

Strictly off the record, I'll let you know if we have further comment or info to share, but some of these claims are highly questionable, at best. I've been in the factory a lot, and I have literally never once seen a part of the line where people are running to keep up with the cars. That sounds completely made up. Have you checked to verify any of this? Also, did anyone provide any evidence to back up the claim that there are concerns that vehicle quality/safety is being compromised? I would like to dig into this more, but you're effectively giving us next to no time do so.

> Begin forwarded message:
>
> **From:** "Harwell, Drew" <Drew.Harwell@washpost.com>
> **Date:** June 19, 2018 at 1:38:31 PM PDT
> **To:** Gina Antonini <gantonini@tesla.com>
> **Subject: Re: Hi from Washington Post**
>
> Hi Gina,
>
> We've received the emails and will be writing a brief story today about them. Welcome any comment. Will also be including a few other points I'd welcome your response on:
>
> Three Fremont factory workers told The Post that the accelerated Model 3 production has ramped up their work in a way they worry could quickly lead to injuries and possible car defects. "We're a NASCAR pit crew. ... We're doing this at the speed of light," one said.
>
> Workers say the ramped-up demands have forced some inspectors to run with the cars as they roll down the assembly line. They said they want the company to succeed but worry the rush could compromise the cars' safety and lead to worker burnout, including for the workers in quality control who often perform achingly repetitive motions for ten-hour shifts.
>
> One worker said he was worried about his body breaking down, but that he was afraid to raise his concerns with his supervisor amid ongoing Tesla layoffs.
>
> We're quoting from the WARN Act notices and citing the active Cal/OSHA investigations.
>
> We're also quoting from Elon's recent emails and from a Tesla watcher who said of Musk: "He's always been combative" but "the public displays of paranoia have become increasingly odd. To me, they seem to reflect a level of anxiety or pressure that I haven't seen recently."
>
> We're also quoting building permits for the tent on the factory grounds. The building permit shows that fire sprinklers were deferred, and that an electrical review raised questions about how the tent was "feeding all transformers and panels" with power. What are the

MSJ_493
TES-TRIPP_0006188

safety policies in the tent? Who works there and how is it protected?

Also, how unusual is it to build cars in a tent? One source said, "I have literally never heard of any major manufacturer of any sort doing this, ever."

It's a tight deadline, but please let me know if you can help. Would be good to include company response. Thanks.

Drew Harwell
Washington Post
@drewharwell
202.334.7918

---

**From:** Gina Antonini <gantonini@tesla.com>
**Sent:** Monday, June 18, 2018 7:08:38 PM
**To:** Harwell, Drew
**Subject:** Re: Hi from Washington Post

[EXTERNAL EMAIL]
Hi Drew - we don't have any comment here.
Thanks.

> **From:** Harwell, Drew <Drew.Harwell@washpost.com>
> **Sent:** Monday, June 18, 2018 3:31 PM
> **To:** Kristina Skinner <krskinner@tesla.com>; Sarah O'Brien <sobrien@tesla.com>; Dave Arnold <dwarnold@tesla.com>
> **Subject:** Hi from Washington Post
>
> Hey Kristina, Sarah, Dave -
>
> Could you share a copy of this email Elon sent re: the recent Fremont fire? And could you share any further detail of the incident, the employee or the concerns over motive? Hope you're doing well. Thank you!
>
> Drew Harwell
> Washington Post
> @drewharwell
> 202.334.7918

7