# Exhibit 44
# June 21, 2018 Email (TES-TRIPP_0009687-700)

# Filed Conditionally Under Seal

MSJ_495