# Exhibit 47
# Storey County Sheriff's Office Felony Report (TRIPP01253-66)

MSJ_517

# STOREY COUNTY SHERIFF'S OFFICE

P O BOX 498    VIRGINIA CITY, NV 89440    775-847-0950

## FELONY REPORT

Page 1
Case 18-511

## OFFENSES

| Offenses | Description | Fel/Misd | Date Occurred | Time Occurred | Incident # |
|---|---|---|---|---|---|
| 202.448 | Making threats concerning acts of terrorism | Felony | 06/20/2018 | 1413 - 1938 | 1806200044 |

| | | | Date Reported | Time Reported | |
| | | | 06/20/2018 | 1413 | |

**Related Cases**

| Date Printed | Time Printed | Printed By |
|---|---|---|
| 07/25/2018 | 13:49:24 | S116 |

| Latitude | Longitude |
|---|---|
| 0.000000 | 0.000000 |

**Location:** Tesla, 1 Electric Ave, McCarran, NV 89434    **Beat:** 5    **Area:** 7    **Disposition:** Suspended (leads exhausted)    **Dispo Date:**

**Location Type:** Warehouse    **Location of Entry:**    **Method of Entry:**    **Point of Entry:**    **Alarm System:**    **Means of Attack (Robbery):**

**Victim:**    **Drivers License:**    **Cell Phone:**    **Email:**

**Residence Address:**    **Notified of Victim Rights:**    **Residence Phone:**    **DOB:**    **Age:**    **Sex:**    **Race:**

**Business Name and Address:**    **Business Phone:**    **Height:**    **Wt:**    **Hair:**    **Eyes:**

**Assistance Rendered/Victim Disposition:**    **Transporting Agency:**    **Means of Attack (Assaults):**

**Description of Injuries:**    **Other Information:**

**Mentioned:** Shakal, Patrick Joseph    **Drivers License:**    **Cell Phone:**    **Email:**

**Residence Address:**    **Residence Phone:**    **DOB:**    **Age:**    **Sex:**    **Race:**

**Business Name and Address:** Tesla Gigafactory, 1 Electric Ave, Sparks, NV 89434    **Business Phone:**    **Height:**    **Wt:**    **Hair:**    **Eyes:**

**Suspect Name:**    **Action Taken:**    **Charges:**

**Residence Address:**    **Residence Phone:**    **DOB:**    **Age:**    **Sex:**    **Race:**

**Business Name and Address:**    **Business Phone:**    **Height:**    **Wt:**    **Hair:**    **Eyes:**

**Identifying Features:**    **Cell Phone:**    **Drivers License:**    **Arrest Number:**

**Aliases:**

## VEHICLES

| Status | Vehicle Make and Model | License/State | VIN |
|---|---|---|---|
| Mentioned | 2015 Blue, Dark Ford Escape | | 1FMCU0G74FUB25827 |
| Mentioned | 2012 Green, Light Ford Fiesta | | 3FADP4EJXCM153093 |

## DEPUTIES

| Prepared By | Date | Assisted By | Approved By | Date |
|---|---|---|---|---|
| S109 - Azevedo, Brandon | 06/20/2018 | S138 - Parker, Christopher | S033 - Bowers, Jeffrey | 07/02/2018 |

| Routed To | Date | Routed To | Date | Notes |
|---|---|---|---|---|



Δ π EXHIBIT 5
Deponent [signature]
Date 5-29 Rptr
WWW.DEPOBOOK.COM

TRIPP01253

MSJ_518

| STOREY COUNTY SHERIFF'S OFFICE | Page 2 |
|---|---|
| P O BOX 498   VIRGINIA CITY, NV 89440   775-847-0950<br>FELONY REPORT | Case 18-511 |

| Subject<br>Tripp, Martin Alan | Drivers License | Cell Phone | Email | | | |
|---|---|---|---|---|---|---|
| Residence Address | | Residence Phone | DOB | Age | Sex | Race |
| Business Name and Address | | Business Phone | Height | Wt | Hair | Eyes |



| STOREY COUNTY SHERIFF'S OFFICE | Page 1 |
|---|---|
| P O BOX 498  VIRGINIA CITY, NV 89440  775-847-0950 | |
| NARRATIVE | 18-511 |

**Narrative:**
On June 20, 2018 at approximately 1413 hours Deputy Carter, Deputy Hamblin and I were dispatched to an "active shooter threat" at 1 Electric Ave (Tesla).

Upon arriving on scene, Deputy Hamblin and I made contact with Deputy Carter and Sean Gourthro (Head of Tesla Investigations). I advised Gourthro that Chief Deputy Dosen was enroute to the scene.

Chief Deputy Dosen and Deputy Parker arrived on scene and made contact with Gouthro.

Gouthro stated that Tesla's call center in Las Vegas received a phone in which a female subject stated that she was friends with Martin Tripp who she described as being heavily armed and distraught and was on his way to "shoot up Tesla". Gouthro advised that they were able to verify the information in regards to Tripp being armed.

Chief Deputy Dosen was able to determine the address for Tripp. Chief Deputy Dosen requested the Sparks Police Department to drive to Tripp's place of residence (███████████████████████████ ███) to see if they could make contact with Tripp.

Prior to receiving any more information about the incident or information about Tripp, I was released from duty for the day.

Deputy Parker stayed on scene and has further information in regards to this case.

See Deputy Parker's supplemental narrative.

Nothing further.

| Prepared By: | | Date: | Approved By: | | Date: |
|---|---|---|---|---|---|
| S109 | AZEVEDO, BRANDON | 06/21/2018 | S033 | BOWERS, JEFFREY | 07/02/2018 |



**STOREY COUNTY SHERIFF'S OFFICE**

P O BOX 498   VIRGINIA CITY, NV 89440   775-847-0950

**SUPPLEMENT 1**

Page 1

18-511

**Attachments:**
Body Camera footage - 180620_Interview with Tripp, Martin

**Supplemental Narrative:**

On 06/20/2018 at approximately 1440 hours Chief Deputy Dosen requested that I met him at 205 S. "C" St. (Storey County Sheriff's Office). Chief Dosen advised me that an active shooter threat had been received at 1 Electric Avenue (Tesla Gigafactory), located in the area of TRIC/McCarran, Storey County, Nevada. Chief Dosen and I doubled up in his marked patrol unit and proceeded to the Gigafactory.

Upon arriving at approximately 1506 hours, we made contact with Tesla head of security, GOURTHRO, SHAWN, outside of the main lobby. Also present were Deputies Hamblin, Carter, and Azevedo. Two NHP troopers arrived shortly thereafter. GOURTHRO provided us with copies of a "Be On the Lookout (BOLO)" flyer with a picture of a white adult male subject, identified as TRIPP, MATIN ALAN ( ▇▇▇ ▇▇▇ ). GOURTHRO stated that Tesla had received an internal message at its Las Vegas call center earlier that day. The caller stated she was a female friend of TRIPP's, and advised that TRIPP was heavily armed and was headed to shoot up the Tesla Gigafactory.

After being briefed on the situation, Chief Dosen instructed all Deputies to remain in the general vicinity of the Gigafactory; conduct mobile patrols; and be on the lookout for a Navy/dark blue colored Ford Escape bearing ▇▇▇ (later determined to be ▇▇▇ that was associated with Tripp. I again doubled up with Chief Dosen in his unit, and we proceeded to the North access gate / main gate to the Gigafactory. There we took up a stationary position and assessed the vehicles entering the facility. While we were there, Chief Dosen had Dispatch contact Sparks Police Department (PD) and requested that they perform a drive-by of TRIPP's last known residence ▇▇▇ ▇▇▇ and determine if he was there. At approximately 1621 hours, we were advised that Sparks PD had performed a drive-by, and that TRIPP's was not at the residence.

At approximately 1741 hours, Chief Dosen received a phone call from GOURTHRO, advising that TRIPP had been seen at a Safeway on Vista Blvd. in Sparks. We then made our way to that location after advising Sparks PD of our presence in the area. TRIPP was not located at the Safeway, and Chief Dosen and I linked up with a Sparks PD unit, who escorted us to TRIPP's residence where we again attempted to locate him. Neither TRIPP nor the vehicles associated with him were located at, or in the vicinity of his residence.

After departing from the area of TRIPP's residence, Chief Dosen contacted GOURTHRO and requested any contact information for TRIPP that Tesla had on file. GOURTHRO provided a phone number ( ▇▇▇ ▇▇▇ ). Chief Dosen then contacted TRIPP, who stated that he was at the Nugget Casino with his family, and would be willing to meet with us. TRIPP indicated that he was not armed.

While making our way from TRIPP's residence to the Nugget, Chief Dosen received a phone call from GOURTHRO, which he placed on speaker phone. I heard GOURTHRO aske if "we made contact with

| Prepared By: | | Date: | Approved By: | | Date: |
|---|---|---|---|---|---|
| S138 | PARKER, CHRISTOPHER | 06/25/2018 | S085 | KERN, ERIC MICHAEL | 06/27/2018 |



**STOREY COUNTY SHERIFF'S OFFICE**
P O BOX 498    VIRGINIA CITY, NV 89440    775-847-0950
SUPPLEMENT 1

Page 2
18-511

him (Tripp)"; Chief Dosen Stated "Just made contact with him on the phone. He agreed to meet with us." Chief Dosen advised GOURTHRO that we were meeting Tripp at an undisclosed location, and GOURTHRO responded, "Is it ▇▇▇▇▇▇?" Cheif Dosen did not confirm the location. When later asked how he knew this, GOURTHRO responded, "little birds sing."

At approximately 1843 hours Chief Dosen and I made contact with TRIPP under the east walkway of ▇▇▇▇▇▇ next to the parking garage. Prior to interviewing him, I advised TRIPP that he was not under arrest and, with his consent, conducted a pat-down search of TRIPP; no weapons were found. TRIPP was visibly shaken and was crying. TRIPP was again advised by Chief Dosen that he was not under arrest, and asked if he wished to speak with us of his own free will. TRIPP stated that his life was in shambles and indicated that he would speak with us.

TRIPP stated that he had been employed at Tesla as a Process Engineering Technician since 10/09/2018, but had been fired on 06/15/2018. He advised that as part of his work duties, he had discovered numerous safety concerns with Tesla products, specifically a potential for, what he called, "runway thermal meltdown" in the batteries as well as what he believed to be evidence of ethical and environmental deception and waste, and punctured battery cells. After lack of attention to his concerns by Tesla, TRIPP stated that he decided to become "a whistle blower" and had contacted LYNETT LOPEZ of Business Insider, then JULIA WONG with The Guardian, and eventually DREW HARWELL of the Washington Post.

When questioned about the threat that had been received, TRIPP stated that he had not made any threat, and had not had access to Tesla's internal systems, software, or communications since 06/13/2018. He also stated that his access badge had been revoked on 06/14/2018. TRIPP stated that when he came to work on the 14th, an "HR guy," meet him and escorted him to a "small room with these two security guys, and they interrogated me [TRIPP] for six (6) hours from noon until like 6pm." After the interrogation, TRIPP advised that his badge was then taken and he was escorted off the property. The next day, 06/15/2018, TRIPP indicated that at approximately 0630 he was asked to come back to the Gigafactory. Due to his experiences the day prior, TRIPP indicated that he didn't want to go back on the property, but eventually agreed to meet at a "Security Trailer," where, according to TRIPP, he was again interrogated for approximately three (3) hours before being advised that he was terminated / no longer an employee.

TRIPP showed us a number of emails on his phone, which were between Telsa CEO, ELON MUSK, and himself, at his personal email address. When I asked him who had initiated the contact, TRIPP stated that he may be incorrect, but he believed that MUSK had sent an email first, stating that he [TRIPP] was an "evil human being."  TRIPP then indicated that he had deleted the email, but had later responded to MUSK and showed us an email thread on his cell phone between the two of them.

When questioned about any weapons in his possession, TRIPP stated that he had sold all off his guns prior to moving out from Michigan, with the exception of a 9mm Hi-point carbine which he'd bought

| Prepared By: | | Date: | Approved By: | | Date: |
|---|---|---|---|---|---|
| S138 | PARKER, CHRISTOPHER | 06/25/2018 | S085 | KERN, ERIC MICHAEL | 06/27/2018 |



**STOREY COUNTY SHERIFF'S OFFICE**
P O BOX 498   VIRGINIA CITY, NV 89440   775-847-0950
**SUPPLEMENT 1**

Page 3
18-511

for his wife as a gift. When asked if any of his friends had weapons, TRIPP advised that a work colleague / friend named SHAKAL, PATRICK (            ) owned many [firearms], and that "he wouldn't put it past him [SHAKAL], well, I wouldn't put it past Elon [MUSK] to make up story like this." He then advised that it was actually SHAKAL to whom he had recently sold his wife's Hi-point carbine.

Chief Dosen proceeded to inquire what TRIPP's plans were. He responded that out of fear for their safety, TRIPP had purchased a ticket for his wife and child to fly to         on 06/27/2018, where his wife had family. As for himself, TRIPP indicated that he would be remaining at                    in hopes of avoiding the press, and planned to checkout on 06/23/2018.

Based upon our interview with him, Chief Dosen and I concluded that TRIPP was not armed; did not likely have access to firearms; and did not present a threat at that time. Chief Dosen notified our Dispatch and GOURTHRO that the active shooter threat was not viable at that time.

We departed the area at approximately 1919 hours, and returned to the Storey County Sheriff's Office in Virginia City, Nevada.

It is requested that a copy of the video footage from my body camera at the time of the interview with TRIPP be attached to this case.

Nothing Further.

| Prepared By: | Date: | Approved By: | Date: |
|---|---|---|---|
| S138   PARKER, CHRISTOPHER | 06/25/2018 | S085   KERN, ERIC MICHAEL | 06/27/2018 |

| | STOREY COUNTY SHERIFF'S OFFICE | Page 1 |
|---|---|---|
| | P O BOX 498    VIRGINIA CITY, NV 89440    775-847-0950 <br> SUPPLEMENT 2 | 18-511 |

On 06/20/2018 at approximately 1412 hours, I received a phone call from Tesla Security Director Sean Gouthro regarding a possible active shooter situation that may possibly take place at any moment at the Tesla Gigafactory located in the Tahoe Regional Industrial Park in Storey County, Nevada.

Gouthro advised that he had just received a Tesla Internal Message from the Tesla Las Vegas Call Center stating that a recently terminated employee identified as Martin Tripp had made a phone call to another employee stating that he was heavily armed and heading to the Tesla Gigafactory located in Storey County to shoot it up.

I advised Gouthro that I would have Storey County Deputies working in the North respond to his location and I would be responding from Virginia City. Upon arriving at the Tesla Gigafactory, I made contact with Gouthro along with Storey County Deputies and Troopers from the Nevada Highway Patrol.

I received information from Gouthro of the two possible vehicles that subject Martin Tripp maybe driving. The first vehicle bearing Nevada Registration was [redacted] which came back to a 2015 Ford Escape Blue in color registered to Martin Tripp. The second vehicle bearing Nevada Registration was [redacted] which came back to a 2018 Ford Fiesta lime Green in color registered to Andrea Szikszai. Both of the listed vehicles were registered at an address of [redacted].

Gouthro provided me with the Tesla Internal Message that was sent from the Tesla Las Vegas Call Center to the Tesla Gigafactory regarding the possible actions regarding Martin Tripp. The message read as follows from Call Center employee Shamara Bell. " At 1:44 pm, we have an employee in Plant O&M that is on the phone with someone who is reporting that a former employee by the name of Martin Tripe He told her that he is heavily armed and headed for the Giga Factory".

I was then informed by Gouthro that he had just received information the Tripp was spotted at a Safeway Grocery Store located on Vista Blvd. I responded to that location and met up with a Sparks P.D. Unit and attempted to locate the possible two vehicles that Tripp may be driving. A canvas of the entire shopping center parking lot provided a negative result. We then proceeded to Tripps address of [redacted] to see if any of the vehicles Tripp maybe driving were at that location, a complete canvas of the apartment complex open air parking units were checked with a negative result. I contacted Gouthro to obtain if Tripp had a telephone contact number, Gouthro provided me a telephone number of [redacted] I advised Gouthro that I was going to attempt contact with Tripp and that I would advise the outcome from the conversation.

I made telephone contact with Tripp who advised that he was staying at [redacted] with his wife and infant son due to the press calling him and being outside his apartment complex looking to interview him in conjunction with the lawsuit filed by Tesla against him for multiple crimes. I asked Tripp if he had weapons and was in fact enroute to the Tesla gigafactory to shoot it up, he advised that he had no weapons and he had no intention of going anywhere near the Tesla

| Prepared By: | | Date: | Approved By: | | Date: |
|---|---|---|---|---|---|
| S034 | DOSEN, TONY | 06/25/2018 | S085 | KERN, ERIC MICHAEL | 07/13/2018 |

|  | STOREY COUNTY SHERIFF'S OFFICE<br>P O BOX 498   VIRGINIA CITY, NV 89440   775-847-0950<br>SUPPLEMENT 2 | Page 2<br>18-511 |
|---|---|---|

Gigafactory. I asked Tripp if he would be willing to meet in person and talk about the situation to which he advised to come to ▇▇▇ and he would meet there. I made contact with Gouthro and advised him that I had contacted Tripp and that aTripp agreed to meet with me in person at an undisclosed location at which time Gouthro advised is the meeting at ▇▇▇ I asked Gouthro how he knew that information to which he advised that a little birdie had told him.

Deputy Parker and I meet with Tripp at ▇▇▇ Tripp was visibly shaken and crying. I asked Tripp what was going on, he advised again that he was in fear for the safety of his wife and infant son along with himself because of his whistle blowing claims against Tesla to newspapers and reporters and he had to get away from the chaos to figure out his next plan.

See recorded interview from Deputy Parker's body camera.

At the completion of talking with Tripp he advised that he was going to be at ▇▇▇ for three days and then make arrangements to move his wife and son for their safety.

A short time later I received a phone call from Gouthro asking if I was going to make a statement to the press as to what had transpired on Tripp potentially shooting up the Gigafactory. I advised Gouthro that any press release if any would come directly from Sheriff Antinoro himself unless otherwise directed by him. Gouthro then asked if I would talk with Jeff Jones the Global Security Director for Tesla to which I advised that I would. I made contact with Jones who asked if I would or was going to talk to the press regarding the earlier situation involving Tripp. I advised Jones that any press release would come from Sheriff Antinoro himself unless otherwise directed, Jones acknowledged and thank me for our assistance in the matter.

On June 25, 2018 I made contact with Officer Ryan Kraft of the Las Vegas Metropolitian Police Department Central Command to see if they would be available to interview Shamara Bell the Tesla Call Center employee who received the initial telephone call regarding Tripp. Officer Kraft advised that he would contact an officer from the Southern Nevada Counter Terrorism Center. Later in the afternoon iI received a email from Officer David Ballantyne who conducted an interview and obtained all pertinent requested information. According to information received through the Tesla Call Center, during the call they placed the caller on hold and goggled a news story about Tesla and Tripp. When she returned to the original caller she asked the individual if the caller was calling about subject Tripp. Due to the public knowledge being sent out regarding subject Tripp's termination the caller who stated he was a friend of Tripp's was concerned for the safety of the people working at Tesla due to Tripp's volatility. The caller stated that he had never heard Tripp directly make any threats regarding the Tesla Gigafactory.

Nothing further:

| Prepared By: | | Date: | Approved By: | | Date: |
|---|---|---|---|---|---|
| S034 | DOSEN, TONY | 06/25/2018 | S085 | KERN, ERIC MICHAEL | 07/13/2018 |

|  | **STOREY COUNTY SHERIFF'S OFFICE**<br>P O BOX 498   VIRGINIA CITY, NV 89440   775-847-0950<br>SUPPLEMENT 3 | Page 1<br>18-511 |
|---|---|---|

**Attachments:**

None.

**Narrative:**

On 07/20/2018 at approximately 1045 hours, I was able to confirm the location of SHAKAL, PATRICK JOSEPH, but was not able to establish contact with him. In an effort to locate SHAKAL I had contacted Tesla head of security, GOURTHRO, SHAWN, who confirmed that SHAKAL was on-site at the Tesla Gigafactory, at 1 Electric Ave., located in the area of Storey County, Nevada.

At approximately 1008 hours, I contacted GOURTHRO via telephone and advised him that I was trying to locate, and needed to speak with SHAKAL regarding his possible involvement in this case. I also inquired if he could confirm if SHAKAL was still an employee of Tesla, and on-site at the present time. GOURTHRO requested that I confirm SHAKAL was directly connected to the case, and provide any information I may have about SHAKAL's involvement. I responded that SHAKAL was directly connected, and that I had no pertinent information I was able to share.

Prior to confirming if SHAKAL was on site, GOURTHRO stated that he would need to get authorization from a "NICK DESENTO," [spelling unknown] who was reporting directly to Elon Musk on this matter. At approximately 1045 hours, GOURTHRO advised that "I have him [SHAKAL] confirmed on site [Tesla Gigafactory] until 1800 this evening. Waiting on legal approval to initiate [contact]."

At approximately 1207 hours, GOURTHRO contacted me and state that conversations were being had, and that he was on standby. I thanked GOURTHRO, and asked to be contacted if we would be able to have access to speak with SHAKAL at the facility that day. No further correspondence was received from GOURTHRO.

Prior to my conversation with GOURTHRO, five (5) previous attempts had been made via telephone to establish contact with SHAKAL at his listed phone number ( ███████ ) Messages were left requesting SHAKAL contact the Storey County Sheriff's Office. The calls were not returned.

My purpose in contacting SHAKAL was two-fold. When I had interviewed TRIPP on 06/20/2018, he had alleged that he'd sold his only firearm to SHAKAL; I wanted to corroborate that information if possible. Secondly, I was attempting to determine if SHAKAL had made, or was connected to the initial report to Tesla's internal call center of a possible active shooter threat . See attachments for information that conversation; received from Officer Ballantyne of the Las Vegas Metro Police Department.

If future contact is made with SHAKAL regarding this case, that information will be included if relevant.

Nothing Further.

| Prepared By: | | Date: | Approved By: | | Date: |
|---|---|---|---|---|---|
| S138 | PARKER, CHRISTOPHER | 07/20/2018 | S034 | DOSEN, TONY | 07/25/2018 |



**STOREY COUNTY SHERIFF'S OFFICE**

P O BOX 498   VIRGINIA CITY, NV 89440   775-847-0950
SUPPLEMENT 3

Page 2

18-511

****************************************************************************

**ADDITIONAL PERSONS**

Mentioned - SHAKAL, PATRICK JOSEPH   DOB:
  Sex:    Race:    Height:    Weight    Hair:    Eyes:
  Address:
  Cell:
  Business Name/Adrs: Tesla Gigafactory, 1 Electric Ave, Sparks, NV 89434

| Prepared By: | | Date: | Approved By: | | Date: |
|---|---|---|---|---|---|
| S138 | PARKER, CHRISTOPHER | 07/20/2018 | S034 | DOSEN, TONY | 07/25/2018 |

# TESLA SECURITY

# BOLO

**Date: 6/20/2018**

## DO NOT ALLOW ON PROPERTY

## Martin Tripp



TESLA

### Information

**Report Number:**

**Name:** Martin Tripp

**Sex:**

**Race:**

**Eyes:**

**Hair:**

**Tattoo or Identifying Marks:**

### Notes

Violated HR Policy

**Parking Pass:** NA

**Make:** Ford ① FORD HATCHBACK FIESTA (?)
② FORD ESCAPE
**Year:** 2017/2018

**Model:** Escape

**Color:** Blue ① LIME / AVOCADO GREEN
② BLUE
**Plate/State:** 005C32 NV ~~NV 006C31~~
② NV 005C32

TRIPP01263

MSJ_528

Text Message
Wednesday 4:39 PM

One of the call center operators in Las Vegas just took a call from someone saying they are a friend of Martin Tripp and stating he is heavily armed and on his way to the GigaFactory. See IM screen shot and email below. Call center employee is Shamara Bell



We have an employee in Plant O&M that is on the phone with someone who is reporting that a former employee by the name of Martin Tripe

He told her that he is heavily armed and headed for the Giga Factory

1:44 PM

iMessage

**Notes**

**Violated HR Policy**

**Parking Pass:** NA

TRIPP01264

MSJ_529

18-511

**From:** Brooke Airey
**Sent:** Wednesday, June 20, 2018 1:56 PM
**To:** Avery Bustamante; security
**Subject:** FW: Martin Trip: Possible Threat

Hi,

One of the call center operators in Las Vegas just took a call from someone saying they are a friend of Martin Tripp and stating he is heavily armed and on his way to the GigaFactory. See IM screen shot and email below. Call center employee is Shamara Bell

   We have an employee in Plant O&M that is on the phone with someone who is reporting that a former employee by the name of Martin Tripe    1:44 PM

He told her that he is heavily armed and headed for the Giga Factory

**Brooke Airey** | Operations Manager | Workplace, North America



## Tony Dosen

| | |
|---|---|
| **From:** | David Ballantyne |
| **Sent:** | Monday, June 25, 2018 6:46 PM |
| **To:** | Tony Dosen |
| **Cc:** | |
| **Subject:** | FW: Active Shooter |
| **Attachments:** | doc03229220180625181056.pdf |

Chief Deputy Dosen,

I received a request for additional information reference your Tesla case today. I responded to three (3) Tesla locations in Las Vegas to make contact with Shamara Bell. Ultimately, I made contact with one of her supervisors Ashley Ferrigno. Ashley informed me that Shamara was not at work today, due to it being her regular day off. Shamara works Tuesday-Saturday 0800-1700 hours.

Ashley relayed to me that Shamara received the call through the Tesla customer service phone system. The caller refused to identify himself and called from a blocked number. The call came in at approximately 1339 hours on June 20, 2018 from ▮▮▮▮▮ The total call duration was 6-minutes and 36-seconds, including when Shamara placed the caller on hold for 2-minutes and 1-second to seek direction from her direct supervisor (Angel Besainz). Attached is a call log report that was provided to me by Ashley. Ashley also informed me that Tesla's phone systems are not currently recorded for quality assurance efforts. The system has been down since sometime last year.

I was unable to meet face-to-face with Shamara; however, I did reach her on the cell phone number ▮▮▮▮▮ provided to me by Ashley. Shamara told me that the caller wished to remain anonymous and called from a blocked number. She got the call because he rolled over from the Power Wall support queue. She explained that happens when all the call takers in that group are already on calls assisting customers. He stated that his friend use to work for the Gigafactory and that the he was upset because his name was released to the public regarding the reasons behind his termination from Tesla.

She placed the caller on hold to consult with her supervisor because she had never receive a call like this before. When she described the call to Angel, he thought the caller was talking about Tripp. They quickly Googled a news story about the Gigafacotry and Tripp. When she returned to the call, she asked the caller if he was talking about Tripp. The caller confirmed that his friend was indeed Tripp.

Due to the public knowledge behind the termination and pending law suit, Tripp became very irate and the caller was concerned he may hurt someone. He described Tripp as heavily armed and extremely volatile. The caller never stated that he heard Tripp make direct threats regarding the Gigafactory; rather, he was simply concerned for peoples safety due to Tripp's volatility.

Shamara stated that you can contact her at the phone number listed above should you have additional questions. Hope this information is of assistance to your investigation. Please let me know if there is anything else I can help with.

Stay safe!!!

**Officer David Ballantyne**
**Southern Nevada Counter Terrorism Center (SNCTC)**
**Clark County School District Police Department**

Websites: www.snctc.org | www.ccsdpd.net | www.lvmpd.com

1