# Exhibit 48
# June 25, 2018 James Uelmen Interview Excerpts (TES-TRIPP_0028348)

MSJ_532

**AUDIO TRANSCRIPTION OF TRIPP_0017326**

| | | |
|---|---|---|
| 1 | TESLA, ) | Case No. 3:18-CV-00296-LRH-CBC |
| 2 | Vs. ) | |
| 3 | TRIPP, ) | |
| 4 | _____ ) | **REPORTER CERTIFIED TRANSCRIPT** |

AUDIO TRANSCRIPTION OF TRIPP_0017326

San Diego, California

Wednesday, September 18, 2019

Transcribed by:
JOSIE C. GONZALEZ
CSR No. 13435
Job No. 19-29805C

(PAGE 1 OF 102)

**AUDIO TRANSCRIPTION OF TRIPP_0017326**

```
 1   us.
 2          MR. UELMEN:  Yeah.  Like I said, it's -- you
 3   know, I'm doing this for two reasons.  I know it's the
 4   right thing to do, and I want my job back.
 5          MR. GICINTO:  Yeah.  So -- we -- we understand.
 6   Well, it's -- first of all, I think we mentioned this on
 7   the phone.  I think we did, but I'll say it here, again,
 8   since we're talking face-to-face.  You know, everything
 9   that we discuss is confidential between us.
10          MR. UELMEN:  Okay.  It's not being recorded?
11          MR. GICINTO:  It's part of our investigation
12   with, you know, looking into the disclosure and
13   proprietary material.  So --
14          MR. UELMEN:  Yeah.
15          MR. GICINTO:  No, so I -- I have to tell you.
16          MR. UELMEN:  No, I understand.
17          MR. GICINTO:  Legal stuff.
18          MR. UELMEN:  Right.
19          MR. GICINTO:  Yeah.  So --
20          MR. UELMEN:  This isn't being recorded, is it?
21          ==MR. GICINTO:  It's not.  Do you -- sorry.  I'm==
22   ==trying to== -- ==do you want to -- or do you mind giving us==
23   ==an update of where things are,== ==like has anything changed==
24   ==since we talked last?==
25          ==MR. UELMEN:  If I haven't gotten to bring up==
```

CONFIDENTIAL                                          TES-TRIPP_0028351

**AUDIO TRANSCRIPTION OF TRIPP_0017326**

```
 1   money.
 2            MR. GICINTO:  No kidding.
 3            MR. UELMEN:  Yeah.  He told me if I cooperate,
 4   I'm going to get paid.
 5            MR. GICINTO:  Wow.
 6            MR. ZEEFE:  By whom?
 7            MR. UELMEN:  That, he didn't say.
 8            MR. GICINTO:  Interesting.
 9            MR. UELMEN:  Yeah, because I -- you know, I
10   haven't been pushing, pushing.  I have just been
11   going --
12            MR. ZEEFE:  Being smart about it.
13            MR. UELMEN:  Going along with him.  So, you
14   know, every once in a while he gets, kind of like edgy
15   on me.  He won't -- he didn't really -- he won't -- what
16   he texts and says in person, it's usually, like, totally
17   different.  He's so paranoid about texting things.
18            MR. GICINTO:  Yeah.
19            MR. UELMEN:  So -- and I get that, and I told
20   him I understand that.  But when we talk face-to-face,
21   he's -- he's totally different about what, you know,
22   what he wants me to do and how he wants me to do it.
23   You know what I mean?  He won't directly tell me this
24   way.  But like I said, I got him to actually -- he says,
25   "If you are helpful, you will get some money.  I
```

**AUDIO TRANSCRIPTION OF TRIPP_0017326**

```
 1   guarantee you."
 2           MR. GICINTO:  Wow.
 3           MR. ZEEFE:  Well, what does he want you to do --
 4   what does he want you to do that he told you in person
 5   to --
 6           MR. UELMEN:  He wants me -- he's wants me to
 7   embellish.  He wants me to lie.  He wants me to go along
 8   with it.  He wants me to put as much as I can on it.
 9   You know, he knows what I have seen.  He just wants me
10   to flip it to make it all look like it's all shit.
11           MR. GICINTO:  Gotcha.  He actually put that in a
12   text message?  Do you mind?  Thanks.  "Oh, if you are
13   helpful, you will get some money.  I guarantee you.
14   There is stuff going on that I cannot tell anyone.  It
15   is good, though."
16           MR. UELMEN:  Yeah, he -- he keeps claiming he's
17   got more stuff.  I asked him about the pics and stuff.
18   He's like, "No, no.  I don't got pics."  But in person,
19   he told me he did.
20           MR. ZEEFE:  So he's just being paranoid.
21           MR. UELMEN:  No, he's paranoid as shit.
22           MR. GICINTO:  "Just the support that I'm getting
23   from some awesome people."
24           MR. UELMEN:  He won't mention any names, either.
25           MR. ZEEFE:  You think he would in person, if
```

**AUDIO TRANSCRIPTION OF TRIPP_0017326**

```
 1   they are people --
 2           MR. UELMEN:  You know, honestly, I think he's
 3   full of shit.  That's the -- the thing I get out of it.
 4   Because he says it and he's -- he's like, you know, one
 5   minute he's like, "Well, I don't know who it is, but
 6   she's talking.  She's got other people."  I'm going to
 7   see if I can't get it from her.  She texted me earlier
 8   today, and I set something with her in a few hours.
 9           MR. ZEEFE:  She being?
10           MR. UELMEN:  The reporter.
11           MR. ZEEFE:  Which one?
12           MR. UELMEN:  Angela Lopez.
13           MR. ZEEFE:  Linette Lopez?
14           MR. UELMEN:  Linette Lopez, whatever her name
15   is.
16           MR. GICINTO:  Do you mind if I keep scrolling?
17   I don't want --
18           MR. UELMEN:  Be my guest.  Why not?
19           MR. GICINTO:  "Sorry.  Got to leave to leave
20   everyone in the dark for probably the next two weeks."
21           MR. UELMEN:  And then we'll talk about bullshit
22   for a little bit, and then we'll go back to it.  You
23   know, like I said, I'm not trying to scare him off.
24           MR. ZEEFE:  Yeah.  Yeah.  Who else do you think
25   he's talking to -- anyone else the way he's talking to
```

**AUDIO TRANSCRIPTION OF TRIPP_0017326**

```
 1         MR. ZEEFE:  So right when he started?
 2         MR. UELMEN:  Yeah.  Well, no.  No.  He didn't
 3   start until October.  Oh, you mean right when he started
 4   grabbing the stuff?
 5         MR. ZEEFE:  Yeah.
 6         MR. UELMEN:  I think that was the whole point
 7   right from the get-go.
 8         MR. ZEEFE:  Do you know when he first talked to
 9   the reporter?
10         MR. UELMEN:  I didn't get that.  No.  I didn't
11   get an exact date on that.
12         MR. ZEEFE:  Do you know if he reached out to her
13   or the other way around?
14         MR. UELMEN:  I think he reached out to her.
15         MR. ZEEFE:  And said?
16         MR. UELMEN:  Well, you know.  He didn't say
17   exactly, so I'm not positive on --
18         MR. ZEEFE:  No.  And -- and I love it when you're
19   saying like, I don't know, like the correct answer if
20   you're not sure --
21         MR. UELMEN:  Right.  I'm not positive.  But I
22   got the sense -- like I said, he's -- he's exclusive
23   with her now.
24         MR. ZEEFE:  Right.  And --
25         MR. UELMEN:  And she flat out told me that.
```

**AUDIO TRANSCRIPTION OF TRIPP_0017326**

```
 1  Don't talk to anybody else.
 2          MR. ZEEFE:  Right.  But she said -- and he told
 3  you that she paid him.
 4          MR. UELMEN:  He didn't tell me directly that she
 5  paid him.  But it was one of those things where I asked
 6  myself, well, you know, what -- what are we getting out
 7  of this?  I mean, I'm broke, man.  I need, you know,
 8  some money.  And he's like -- he goes, you know, there's
 9  things coming down the line.  I said, "What about now?"
10  I said, "What did you get paid for it?"  You know, and I
11  go, "You kept throwing this $50,000 up."  I go, "What's
12  that all about?"  He just kind of grinned at me.  He's
13  like, "nah, you know, I can't really say much about
14  that."  You know, with a grin and kind of look like -- I
15  was like, "All right.  You got paid."
16          MR. ZEEFE:  Did he -- did he talk about how he
17  got paid?
18          MR. UELMEN:  No.
19          MR. ZEEFE:  Was it cash?  Was it check?
20          MR. UELMEN:  That's just it.  I mean, he never
21  directly said he got paid.  It was just of one of those
22  kind of innuendos where --
23          MR. ZEEFE:  Yeah.
24          MR. UELMEN:  It was like, all right, I
25  understand what you're saying and find out what I can
```

CONFIDENTIAL                                                              TES-TRIPP_0028364

**AUDIO TRANSCRIPTION OF TRIPP_0017326**

1  get from her.

2      MR. GICINTO:  I'll tell you what.  Like what I'm
3  looking at right here is -- is really interesting from
4  James' texting.  This is Facebook?

5      MR. UELMEN:  Yeah, messenger.

6      MR. GICINTO:  Yeah, Facebook messenger where
7  he -- James says, "Just don't forget about me when this
8  is done and you get paid.  LOL."  And Marty responds,
9  "Oh, if you're helpful, you will get some money.  I
10 guarantee you.  There is stuff going on that I cannot
11 tell you anyone.  It is good, though."  And James says,
12 "Like what?  I don't understand.  I feel like I'm in the
13 dark.  I don't want to say the wrong thing to her."  And
14 Marty responds, "Just the support that I'm getting from
15 some awesome people.  Sorry.  Got to leave everyone in
16 the dark for probably the next two weeks."  That's --
17 that's super interesting.

18     MR. ZEEFE:  It is.  What's your read on that?
19 Do you think he's being truthful -- truthful there?

20     MR. UELMEN:  You know what, yeah.  You know
21 what, I don't know.  I -- I think he -- I think he's
22 overexaggerating what he thinks he has, overexaggerating
23 what he think he's worth -- or what he can do.

24     MR. ZEEFE:  But if he is talking about awesome
25 people, then it sounds like --

```
 1                REPORTER'S CERTIFICATION
 2
 3
 4        I, Josie C. Gonzalez, a Certified Shorthand
 5   Reporter in and for the State of California, do hereby
 6   certify:
 7
 8        That the foregoing audio file was reported by me
 9   stenographically to the best of my ability and later
10   transcribed into typewriting under my direction; that
11   the foregoing is a true record of the audio file.
12
13        IN WITNESS WHEREOF, I have subscribed my name
14   this 30th day of September, 2019.
15
16
17                    _____
                          JOSIE C. GONZALEZ
18                        CSR No. 13435
19
20
21
22
23
24
25
```

CONFIDENTIAL
MSJ_541
TES-TRIPP_0028449