# Exhibit 49
# Martin Tripp's Second Amended Response and Objections to Tesla's Interrogatory No. 7

# Filed Conditionally Under Seal

MSJ_542