# Exhibit 50
# Tesla's Amended Response and Objections to Martin Tripp's Interrogatory No. 13

# Filed Conditionally Under Seal

MSJ_549