# Exhibit 51
# Flight Itinerary (APPLE000223_0002)

MSJ_555




Part of the Thomas Cook Group

**MARTIN TRIPP**

2200 N D ANDREA PKWY
89434 SPARKS

CONDOR FLUGDIENST GMBH
Condor Individuell
Thomas-Cook-Platz 1
D - 61440 Oberursel
Tel. +1 866 960 7915

| conf. date | agency no. | booking ref. |
|---|---|---|
| 16.06.2018 | 83285 | 5345692-01 |

| adu. | chd. | inf. | departure | return |
|---|---|---|---|---|
| 2 | 1 | 0 | 26.06.18 | |

## Booking - Confirmation

```
pos title name              age   remark                              amount
--------------------------------------------------------------------------------
  1 Mr    TRIPP/MARTIN/ALAN                                            924.66
                            Taxes, fees and other surcharges            53.33
                                  in total
  2 Mrs   SZIKSZAI/ANDREA                                              924.66
                            Taxes, fees and other surcharges            53.33
                                  in total
  3 Chd.  TRIPP/MARTON/SZIKSZAI            2                           924.66
                            Taxes, fees and other surcharges            53.33
                                  in total
                                                                    ------------
                                            total amount USD        2,933.97
```

### Details of Taxes, fees and other surcharges

```
Travellers      Taxes, fees and other surcharges
                      per traveller in detail

1-3             53.33 USD    AY USD 5.60 US USD 18.30 XF USD 4.50 RA
                             EUR 21.25


Passenger                    Service

all             on 26.06.18  RENO - PORTLAND
                             G  AS 2260 12:27 - 14:04 (1:37h)
                             SPO = Classic
                             Economy Class
1-3                          baggage incl.: PC
all                          PORTLAND - FRANKFURT INT.
                             M  DE 2091 17:55 - 13:30+1 (10:35h)
                             SPO = Classic
                             Economy Class
1-3                          baggage incl.: PC
```



09.04.19
David M. Lee, RMR
Exhibit 41
Date
M. Tripp

```
all                       27.06.18   FRANKFURT INT. - BUDAPEST
                                     V  LH 1340 16:00 - 17:30 (1:30h)
                                     SPO = Classic
                                     Economy Class
1-3                                  baggage incl.: PC
                                     Filekey: SAVTUI
Secure Flight details need to be provided
before departure.


AS = Alaska Airlines
LH = Lufthansa
DE = Condor
```

### ***NOTE - YOUR BOOKING REFERENCE IS 5345692-01 ***

Classic: Please note the special cancellation and rebooking conditions.
Schedule and routing subject to change without notice.


Booked on 16.06.18


Payment by Credit Card.

A free baggage allowance of one baggage item weighing max. 23 kg in Economy Class or 32 kg in Premium Economy Class applies to flights from/to USA/Canada. In our Business Class the free baggage allowance is 2 pieces with maximum 32kg each.

Important! It is essential to find out about the important entry and transit requirements for the USA (incl. Puerto Rico) and/or Canada, as if you do not register for the ESTA and/or eTA and (TSA) Secure Flight programs, you will be refused entry to the USA / to Canada (and also transit through USA/Canada). For further information please go to condor.com / Flight Preparation / Entry Regulations and Customs.

You will be asked for your Secure Flight data (title/gender, first name, surname, date of birth, Redress Number* if available) when you make your booking through condor.com and the data will be automatically be forwarded to the authorities in the USA. In this case, there is then no requirement for the data to be recorded separately.

If you did not provide this information when you made your booking, please do so as quickly as possible, and ideally right after you book your flight on condor.com / My booking.

When registering the electronic travel application ESTA and/or eTA with a German passport, it is important to ensure that the letters "O" and "I" are not used in German Passports. In case of doubt, it is a zero (0) or an one (1).

**Important Information concerning your outward flight**
CHECK-IN: Alaska AIRLINES

CHECK-IN DEADLINE: please beaware that you have to finalize the check-in procedure and be in possession of your boarding-card at the latest 60 minutes prior to departure. Principally we recommend that you are at check-in 2 hours prior to departure.

FLIGHT-RECONFIRMATION: You can check your flight times starting 48 hours before your flight on the internet at www.condor.com. You will find all the important information on your flight under the menu item Flight info - Departures and Arrivals. The General Terms and Conditions apply and can be viewed online at http://www.condor.com/de/hilfe-kontakt/agb.jsp