# Exhibit A
# *Tesla CEO Elon Musk, stressed but "optimistic," predicts big increase in Model 3 production*, CBS NEWS (April 13, 2018)

MSJ_558

3/29/2020, Elon Musk Tesla CEO talks Model 3; he's "stressed but 'optimistic'" about increase in Model 3 production - CBS News

Case 3:18-cv-00296-MMD-CLB Document 160-12 Filed 03/31/20 Page 2 of 6

CBS News / CBS Evening News / **CBS This Morning** / 48 Hours / 60 Minutes / Sunday Morning / Face The Nation / CBSN Originals    Log In    Search

Today's Rundown | Politics & 2020 | Features | Pop Culture | CTM Saturday | More



**CBS NEWS** / April 13, 2018, 6:25 AM

# Tesla CEO Elon Musk, stressed but "optimistic," predicts big increase in Model 3 production

Share / Tweet / Reddit / Flipboard / Email

Tesla, the pioneering electric car company, has suffered a series of very public challenges since the beginning of this year. Its high-profile CEO Elon Musk called this a period of "production hell." Most of the troubles revolve around the company's Model 3 sedan, its first mid-priced, mass-produced electric car.

Musk, whose relationship with outside analysts and investors is going through a rough patch, took "CBS This Morning" co-host Gayle King on a tour of his Silicon Valley factory. It was the first time network cameras were allowed inside the production line.

"I'm definitely under stress, so if I seem like I'm not under stress then I'm gonna be clear, I'm definitely under stress," Musk told King.

In the past month, Tesla has issued a voluntary recall of 123,000 of its older Model S vehicles, dealt with a fatal crash of a vehicle equipped with its semi-autonomous driving system and suffered a downgrade of its credit status on Wall Street. But the most important thing on Musk's mind right now is solving production delays for the company's Model 3 sedan.

### Watch CBSN Live

 Update on the global coronavirus pandemic

 Now: Cuomo gives update on coronavirus

 Now: Trump speaks to reporters on coronavirus

 How to work from home successfully

 Hand sanitizer producers trying to keep up

SPONSORED BY BUSINESSINFOLINE

### Follow Us

Inside the Tesla Model 3 assembly line

Newsroom
A Twitter list by @CBSThisMorning
The @CBSThisMorning Newsroom on CBSNews.com

CBS This Morning
@CBSThisMorning

We're all #InThisTogether.



29m

Mark Knoller

Embed                           View on Twitter

"You started saying, 'We'll do 5,000 a week.' Then, okay, that didn't work out, 'We'll do 2,500 a week.' And now it's a little over 2,000 a week. Does that trouble you?" King asked Musk, who replied, "Yeah. No, that's true….I need to figure out how to be better….And then we can be better at meeting goals."

Tesla's future is tied to that car. When Musk introduced it last summer, the Model 3 was billed as the company's first mid-priced, mass-produced electric car accessible to middle-class customers – not just the super wealthy.

While Musk had prepared his team for the production demands, he said it's been worse than expected. Why?

"We got complacent about some of the things that we felt were our core technology….We put too much new technology into the Model 3 all at once. This -- this should have been staged," he said.

High-tech goes in the cars, but it also builds them. The Model 3 assembly line is widely regarded as one of the most robotics-driven on the planet – which is part of the problem.

"In some cases, the robots actually slowed the production. Right?" King asked.


The couch inside the Tesla factory where Elon Musk says he has sometimes been sleeping. / **CBS NEWS**


Watch CBS News Live

*Watch CBS News anytime, anywhere with the our 24/7 digital news network. Stream CBSN live or on demand for FREE on your TV, computer, tablet, or smartphone.*

Watch Now

Popular On CBS News

01  Judge says U.S. must justify holding migrant kids as coronavirus spreads

02  Remembering Maria Mercader, CBS News journalist for three decades

03  Italian hospital turns scuba masks into ventilators

04  Watch live: Coronavirus Task Force gives updates on response

"Yes, they did….We had this crazy, complex network of conveyor belts….And it was not working, so we got rid of that whole thing," Musk said.

Realizing it needed an overhaul, Musk personally took over the Model 3 production line at the beginning of April. He said he's resorted to pulling all-nighters at the plant and, at times, even sleeping at the factory.

"When things get really intense, I don't have time to go home and shower and change, so I just sleep here," Musk told King, showing her a conference room with a couch.

"Last time I was here, I actually slept literally on the floor, 'cause the couch was too narrow," he said.

Elon Musk on Tesla's downgraded credit rating...

"And, Elon, I have to say, it's not even a comfortable couch either," King joked. Musk agreed, saying "No, it's terrible. This is not a good couch."

Musk feels like all the overtime is paying off and now he says the Model 3 line is back on track.

"We were able to unlock some of the critical things that were holding us back from reaching 2,000 cars a week. But since then, we've continued to do 2,000 cars a week," he said.

Asked if that pace is sustainable, Musk replied, "Yeah, yeah....We'll probably have, I don't know, a three or four-fold increase in Model 3 output in the second quarter."

But Musk's critics have heard predictions like those before. A future the automaker has yet to reach.


Tesla worker on the Model 3 production line. / **CBS NEWS**

"The problem that people have, a lot of the analysts, is they kinda look in the rearview mirror instead of looking at the front windshield," he said. "This has very

05 Full transcript of "Face the Nation" on March 29, 2020




26 **PHOTOS**
Notable deaths in 2020



### The Uplift — Stories That Inspire

 "Kindness 101": Children write letters to heroes

 Ariana Grande and Taylor Swift help fans in financial hardship

 More people are applying for foster pets amid outbreak

 Inside Benedict College's effort to help send 100 students home

Drew Brees donates $5 million to coronavirus relief

frequently been why people have underestimated Tesla, because they would look at Tesla's – what Tesla's done in the past and use that as proxy for what we're able to do in the future."





Teen learns she's valedictorian at drive-thru

On April Fools' Day, Musk mixed his optimism with dark humor on social media. In the midst of widespread concerns Tesla might collapse, he tweeted: "We are sad to report that Tesla has gone completely and totally bankrupt. So bankrupt, you can't believe it."

"There were all those media articles saying that Tesla's going bankrupt. So I thought, 'Well I'll just do an April Fools' joke that we did go bankrupt," he said.

"I mean, it's April Fools. People should, like, lighten up. Okay?....It should be pretty obvious, I think, that I'm not gonna joke about bankruptcy if I think it's remotely real....I'm feeling pretty optimistic about where Tesla is at this point. At this point I can have a clear understanding of the path out of hell, and I did not, until recently, have a clear understanding."

© 2018 CBS Interactive Inc. All Rights Reserved.

f Share / ▼ Tweet / ⊙ Reddit / ▢ Flipboard / ✉ Email

### Search For Your Dream Car! So Many Cool SUV Deals
Search for Automotive | Sponsored

### See The Stairlift That Seniors Can Finally Afford
Stairlifts | Sponsored

### Here's What a Nursing Degree Should Cost in 2020. Research Nursing Degree Online
Nursing Degree | Sponsored



3/29/2020 Elon Musk: Tesla "movies" Model 3; he's "stressed, but optimistic" about increase in Model 3 production - CBS News

Case 3:18-cv-00296-MMD-CLB Document 160-12 Filed 03/31/20 Page 6 of 6

**CBSNews.com**

Site Map
Help
Contact Us
CBS Bios
Careers
CBSi Careers
Internships
Development Programs
CBS News Store

**CBS Interactive**

Privacy Policy
CA Privacy/Info We Collect
CA Do Not Sell My Info
Ad Choice
Terms of Use
Mobile User Agreement
About CBS
Advertise
Closed Captioning

**Follow Us**

Facebook
Twitter
RSS
Email Newsletters
YouTube
CBS News Radio
CBS Local

Search...

Copyright © 2020 CBS Interactive Inc.
All rights reserved.