# Exhibit D
# Tesla Motors, Inc. Employee Proprietary Information and Inventions Agreement (TRIPP000820-23)

# Filed Conditionally Under Seal