# Exhibit E
# Tesla's Communications Policy and Confidentiality Agreement (TRIPP000781-84)

# Filed Conditionally Under Seal