# Exhibit H
# June 20, 2018 Email
# (TES-TRIPP_0016924-16930)

MSJ_589

| | |
|---|---|
| **From:** | Elon Musk |
| **Sent:** | Wednesday, June 20, 2018 5:29 PM |
| **To:** | Julia Wong |
| **Cc:** | Dave Arnold;Press;Sarah O'Brien |
| **Subject:** | Re: Query re: Martin Tripp and your emails |

Tripp sent me a threatening email this morning. Below is the exchange. I was just told that we received a call at the Gigafactory that he was going to come back and shoot people. The police have been alerted and we have posted additional security. Our comms team can fill you in.


------- Original message --------
From: Elon Musk <erm@tesla.com>
Date: 6/20/18 5:17 PM (GMT-08:00)
To: Todd Maron <todd@tesla.com>, Sarah O'Brien <sobrien@tesla.com>
Cc: EMDesk <emdesk@tesla.com>
Subject: Re: Termination/Lawsuit


Meant to say "no injuries"

On Jun 20, 2018, at 5:16 PM, Elon Musk <erm@tesla.com> wrote:


> Begin forwarded message:
>
> **From:** Elon Musk <erm@tesla.com>
> **Date:** June 20, 2018 at 10:28:06 AM PDT
> **To:** Marty Tripp <martytripp@icloud.com>
> **Subject: Re: Termination/Lawsuit**
>
>
> There are literally injuries with Model 3. It is by far the safest car in the world for any midsize vehicle. And of course a company with billions of dollars in product is going to have millions of dollars in scrap. This is not news.
>
> However, betraying your word of honor, breaking the deal you had when Tesla gave you a job and framing your colleagues are wrong and some come with legal penalties. So it goes. Be well.

1

MSJ_590

TES-TRIPP_0016924

> On Jun 20, 2018, at 10:03 AM, Marty Tripp <martytripp@icloud.com> wrote:
>
> I NEVER 'framed' anyone else or even insinuated anyone else as being involved in my production of documents of your MILLIONS OF DOLLARS OF WASTE, Safety concerns, lying to investors/the WORLD.
>
> Putting cars on the road with safety issues is being a horrible human being!
>
>> On Jun 20, 2018, at 10:00 AM, Elon Musk <erm@tesla.com> wrote:
>>
>> You should ashamed of yourself for framing other people. You're a horrible human being.
>>
>>> On Jun 20, 2018, at 9:59 AM, Marty Tripp <martytripp@icloud.com> wrote:
>>>
>>> I never made a threat. I simply told you that you have what's coming.

2

Thank you for this gift!!!!

On Jun 20, 2018, at 9:42 AM, Elon Musk <erm@tesla.com> wrote:

Threatening me only makes it worse for you

On Jun 20, 2018, at 8

3

:57 AM, Marty Tripp <martytripp@icloud.com> wrote:

Do

4

n't worry, you have what's coming to you for the lies you have t

5

MSJ_594

TES-TRIPP_0016928

old to the public and investors.

On Jun 20, 2018, at 4:38 PM, Julia Wong <julia.wong@theguardian.com> wrote:

Hi Elon,

The Guardian is planning to publish an article shortly about Tesla's lawsuit against Martin Tripp. Tripp has acknowledged to the Guardian that he was a source for a Business Insider reporter, but denies any implication that he was a saboteur, or that he hacked Tesla's MOS. Instead, Tripp claims that he went to the media after making numerous attempts to raise concerns about excess NCM, scrap, and other issues like punctured batteries, and being ignored.

Do you or Tesla want to comment on Tripp's claim that he was acting as a whistleblower?

And do you want to add any comment to the emails you sent to Tripp's personal account today, calling him a "horrible human being", among other things. Why did you decide to email Tripp after you had already fired and sued him?

Feel free to give me a call at 646-935-9101 if you'd like to discuss anything by phone.

Thanks,

6

MSJ_595

TES-TRIPP_0016929

Julia

--
**Julia Carrie Wong**
Reporter
Guardian News & Media
-----
Phone/Signal/WhatsApp: 646-935-9101
Email: julia.wong@theguardian.com
-----
twitter: @juliacarriew
-----



1111 Broadway
Oakland, CA 94607
theguardian.com
-----
**Download the Guardian app for Android and iOS**
-----

This e-mail and all attachments are confidential and may also be privileged. If you are not the named recipient, please notify the sender and delete the e-mail and all attachments immediately. Do not disclose the contents to another person. You may not use the information for any purpose, or store, or copy, it in any way.  Guardian News & Media Limited is not liable for any computer viruses or other material transmitted with or as part of this e-mail. You should employ virus checking software.

Guardian News & Media Limited is a member of Guardian Media Group plc. Registered Office: PO Box 68164, Kings Place, 90 York Way, London, N1P 2AP.  Registered in England Number 908396