# Exhibit I
# July 5, 2018 Tweet
# (TES-TRIPP 0004648)

**Tweet**

**stef** @stetopinini · 3h

Hey @lopezlinette, your silence is deafening. Shouldn't take much to deny such allegations no?

💬 1  🔁  ♡ 5  ⬆

**Elon Musk** ✓
@elonmusk

Replying to @stetopinini @S_Padival and @lopezlinette

Indeed, very simple question. To be specific: @lopezlinette, did you compensate or promise to compensate Martin Tripp for inside information about Tesla? Did he, under that inducement, provide you with exaggerated negative info, which you printed, but turned out to be untrue?

7/5/18, 10:26 AM

7 Retweets  60 Likes

Tweet your reply



EXHIBIT 19
Musk
2/21/2020
Reported by: Michael P. Hensley
CSR 14114, RDR

MSJ_598   TES-TRIPP_0004648