Robert D. Mitchell (*admitted pro hac vice*)
William M. Fischbach III (*admitted pro hac vice*)
Ace Van Patten (Nevada Bar No. 11731)

**TB TIFFANY & BOSCO** P.A.

Camelback Esplanade II, Seventh Floor
2525 East Camelback Road
Phoenix, Arizona 85016-4229
Telephone: (602) 255-6000
Fax: (602) 255-0103
E-mails: rdm@tblaw.com; wmf@tblaw.com;
avp@tblaw.com
Counsel for Defendant/Counterclaimant Martin Tripp

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TESLA, INC., a Delaware corporation,<br><br>             Plaintiff,<br><br>vs.<br><br>MARTIN TRIPP, an individual,<br><br>             Defendant. | Case No. 3:18-cv-00296-LRH-CBC<br><br>**DEFENDANT/COUNTERCLAIMANT'S RESPONSE TO TESLA, INC.'S MOTION TO FILE ITS MOTION FOR SUMMARY JUDGMENT AND SUPPORTING DECLARATIONS OF MICHAEL T. LIFRAK AND ELON R. MUSK IN REDACTED FORM AND UNDER SEAL [ECF NO. 161]** |
| MARTIN TRIPP, an individual,<br><br>             Counterclaimant,<br><br>vs.<br><br>TESLA, INC., a Delaware corporation,<br><br>             Counterdefendant. | |

1

1  Defendant/Counterclaimant Martin Tripp responds to Plaintiff/Counterdefendant Tesla Inc.'s Motion for Leave to File Under Seal [ECF No. 161] as follows.  Since the filing of Tesla's motion, counsel for the parties have met and conferred.  Tesla has agreed to remove the CONFIDENTIAL designation from Exhibits 13, 17-20, and 44 attached to the Declaration of Michael T. Lifrak ("Lifrak Declaration") [ECF No. 156].  Additionally, Tesla has agreed to remove the CONFIDENTIAL designation from Exhibits 1, 2, and 50 attached to the Lifrak Declaration *except* for the following excerpts that discuss specific technology, queries, or implicate security concerns: Exhibit 1 (Tripp Deposition), pages/lines 79:15-25, 91:1-94:25, 116:8-124:2, Exhibit 2 (Gicinto Deposition), pages/lines 26:17-28:9, 34:24-35:16, 37:21-38:10, 139:4-140:24, 142:13-144:2, and Exhibit 50, the complete sentences from pages/lines 10:6-9 and 10:17-20.

Tripp does not object to the remainder of the documents Tesla seeks to file under seal, provided that Tesla revises and refiles the Lifrak Declaration as reflected above.

DATED this 13th day of April, 2020.

TIFFANY & BOSCO, P.A.


By */s/William M. Fischbach*
   Robert D. Mitchell
   William M. Fischbach III
   Camelback Esplanade II, Seventh Floor
   2525 East Camelback Road
   Phoenix, Arizona 85016-4229
   *Counsel for Defendant/Counterclaimant*

2

# PROOF OF SERVICE

I am employed in the County of Maricopa, State of Arizona. I am over the age of 18 and not a party to the within action; my business address is Tiffany & Bosco, P.A. 2525 E. Camelback Road, Suite 700, Phoenix, Arizona 85016.

On April 13, 2020, I served the following described as:

**DEFENDANT/COUNTERCLAIMANT'S RESPONSE TO TESLA, INC.'S MOTION TO FILE ITS MOTION FOR SUMMARY JUDGMENT AND SUPPORTING DECLARATIONS OF MICHAEL T. LIFRAK AND ELON R. MUSK IN REDACTED FORM AND UNDER SEAL**

On the following interested parties in this action:

| | |
|---|---|
| Rory T. Kay (NSBN 12416)<br>McDONALD CARANO LLP<br>2300 West Sahara Avenue, Suite 1200<br>Las Vegas, Nevada 89102<br>Telephone: (702) 873-4100<br>rkay@mcdonaldcarano.com<br><br>Alex Spiro<br>QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br>Telephone: (212) 849-7000<br>alexspiro@quinnemanuel.com | Michael Lifrak<br>Jeanine M. Zalduendo<br>Alex Bergjans<br>Aubrey Jones<br>QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP<br>865 S. Figueroa St., 10th Floor<br>Los Angeles, California 90017<br>Telephone: (213) 443-3000<br>michaellifrak@quinnemanuel.com<br>jeaninezalduendo@quinnemanuel.com<br>alexbergjans@quinnemanuel.com<br>aubreyjones@quinnemanuel.com |

**[X] (BY E-MAIL)** By transmitting the above documents to the above e-mail addresses.

**[X] (STATE)** I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED on this 13th day of April, 2020 at Phoenix, Arizona.

*/s/Kaleigh Stilchen*

3