Robert D. Mitchell (*admitted pro hac vice*)
William M. Fischbach III (*admitted pro hac vice*)
Ace Van Patten (Nevada Bar No. 11731)

**TB TIFFANY & BOSCO** P.A.

Camelback Esplanade II, Seventh Floor
2525 East Camelback Road
Phoenix, Arizona 85016-4229
Telephone: (602) 255-6000
Fax: (602) 255-0103
E-mails: rdm@tblaw.com; wmf@tblaw.com; avp@tblaw.com
Counsel for Defendant/Counterclaimant Martin Tripp

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TESLA, INC., a Delaware corporation,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>MARTIN TRIPP, an individual,<br><br>　　　　　　　Defendant.<br><hr>MARTIN TRIPP, an individual,<br><br>　　　　　　　Counterclaimant,<br><br>vs.<br><br>TESLA, INC., a Delaware corporation,<br><br>　　　　　　　Counterdefendant. | Case No. 3:18-cv-00296-LRH-CBC<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE RESPONSES TO MOTIONS FOR SUMMARY JUDGMENT**<br><br>**(First Request)** |

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule IA 6-1, Plaintiff/Counterdefendant Tesla, Inc. and Defendant/Counterclaimant Martin Tripp, by and

09202-00003/12088172.1

1

through undersigned counsel, hereby stipulate to and request a mutual two-week extension of time to file their respective responses to the motions for summary judgment [ECF No. 154 and ECF No. 155] that were filed March 31, 2020.  The responses are currently due on April 21, 2020.  The basis for this request is that counsel for both parties are experiencing logistical challenges in their respective offices brought about by the COVID-19 pandemic.  This is the first stipulation for an extension of time.  There is no trial date set, and this extension will not affect any other scheduling deadlines.

For the foregoing reasons, the parties stipulate and respectfully request an extension of time until May 5, 2020 to file their respective responses to the motions for summary judgment.

DATED this 15th day of April, 2020.

| TIFFANY & BOSCO, P.A. | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
|---|---|
| By: */s/William M. Fischbach*<br>Robert D. Mitchell<br>William M. Fischbach III<br>Camelback Esplanade II<br>Seventh Floor<br>2525 East Camelback Road<br>Phoenix, Arizona 85016-4229<br>*Counsel for Defendant/Counterclaimant* | By: */s/Jeanine M. Zalduendo*<br>Michael Lifrak<br>Jeanine M. Zalduendo<br>Aubrey Jones<br>865 S. Figueroa St., 10th Floor<br>Los Angeles, California 90017<br>*Counsel for Plaintiff/Counterdefendant* |

## **ORDER**

**IT IS SO ORDERED.**

Date: _____        _____
                                                                 United States Magistrate Judge

09202-00003/12088172.1

2

# PROOF OF SERVICE

I am employed in the County of Maricopa, State of Arizona. I am over the age of 18 and not a party to the within action; my business address is Tiffany & Bosco, P.A. 2525 E. Camelback Road, Suite 700, Phoenix, Arizona 85016.

On April 15th, 2020, I served the following described as:

**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE RESPONSES TO MOTIONS FOR SUMMARY JUDGMENT**
**(First Request)**

On the following interested parties in this action:

| | |
|---|---|
| Rory T. Kay (NSBN 12416)<br>McDONALD CARANO LLP<br>2300 West Sahara Avenue, Suite 1200<br>Las Vegas, Nevada 89102<br>Telephone: (702) 873-4100<br>rkay@mcdonaldcarano.com<br><br>Alex Spiro<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br>Telephone: (212) 849-7000<br>alexspiro@quinnemanuel.com | Michael Lifrak<br>Jeanine M. Zalduendo<br>Aubrey Jones<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>865 S. Figueroa St., 10th Floor<br>Los Angeles, California 90017<br>Telephone: (213) 443-3000<br>michaellifrak@quinnemanuel.com<br>jeaninezalduendo@quinnemanuel.com<br>aubreyjones@quinnemanuel.com |

**[X] (BY E-MAIL)** By transmitting the above documents to the above e-mail addresses.

**[X] (STATE)** I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED on this 15th day of April, 2020 at Phoenix, Arizona.

*/s/Kaleigh Stilchen*

09202-00003/12088172.1

3