# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TESLA, INC., a Delaware corporation,<br><br>                      Plaintiff,<br><br>vs.<br><br>MARTIN TRIPP, an individual,<br><br>                      Defendant. | Case No. 3:18-cv-00296-LRH-CBC<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE RESPONSES TO MOTIONS FOR SUMMARY JUDGMENT**<br><br>**(First Request)** |
| MARTIN TRIPP, an individual,<br><br>                      Counterclaimant,<br><br>vs.<br><br>TESLA, INC., a Delaware corporation,<br><br>                      Counterdefendant. | |

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule IA 6-1, Plaintiff/Counterdefendant Tesla, Inc. and Defendant/Counterclaimant Martin Tripp, by and

1

through undersigned counsel, hereby stipulate to and request a mutual two-week extension of time to file their respective responses to the motions for summary judgment [ECF No. 154 and ECF No. 155] that were filed March 31, 2020.  The responses are currently due on April 21, 2020.  The basis for this request is that counsel for both parties are experiencing logistical challenges in their respective offices brought about by the COVID-19 pandemic.  This is the first stipulation for an extension of time.  There is no trial date set, and this extension will not affect any other scheduling deadlines.

For the foregoing reasons, the parties stipulate and respectfully request an extension of time until May 5, 2020 to file their respective responses to the motions for summary judgment.

DATED this 15th day of April, 2020.

| TIFFANY & BOSCO, P.A. | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
|---|---|
| By: */s/William M. Fischbach* <br> Robert D. Mitchell <br> William M. Fischbach III <br> Camelback Esplanade II <br> Seventh Floor <br> 2525 East Camelback Road <br> Phoenix, Arizona 85016-4229 <br> *Counsel for Defendant/Counterclaimant* | By: */s/Jeanine M. Zalduendo* <br> Michael Lifrak <br> Jeanine M. Zalduendo <br> Aubrey Jones <br> 865 S. Figueroa St., 10th Floor <br> Los Angeles, California 90017 <br> *Counsel for Plaintiff/Counterdefendant* |

## ORDER

**IT IS SO ORDERED.**

DATED this 16th day of April, 2020.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2