# Exhibit 6
# June 14, 2018 Martin Tripp Interview Excerpts

# Filed Conditionally Under Seal