# Exhibit 7
# Screenshot of Text Message (TES-TRIPP_0021837)



**Millie**

10:00 PM

> People that can help our cause i hope

> Or your cause. I guess I'm just support

> If not tonight than tomorrow morning. Take care. Gotta get food. Later

Thanks!

> Just dont forget about me when this is done and you get paid! Lol

Oh, if you are helpful you will get some money, I GUARANTEE you. There is stuff going on that I cannot tell anyone...it is GOOD though.

> Like what? I dont understand. I feel like I'm in nthe dark. I dont

CONFIDENTIAL
TES-TRIPP_0021837
MSJ_149
David M. Lee, RMR Exhibit 14 Date 09-04-19 M. Tripp