# Exhibit 17
# February 20, 2018 Email (TES-TRIPP_0021669-70)

**From:** Chris Guenther
**Sent:** Tuesday, February 20, 2018 9:01 AM
**To:** Michael Bowling
**Subject:** RE: FW: 3DU Stator NCM personnel issue(s)

#3 looks like something that must have set him off.

**Chris Guenther** | Production Engineering Senior Manager | Gigafactory 1
Electric Ave | Sparks, NV 89434
c 512.769.6654 | e cguenther@tesla.com

TESLA

**From:** Michael Bowling
**Sent:** Tuesday, February 20, 2018 8:58 AM
**To:** Chris Guenther <cguenther@tesla.com>
**Subject:** Re: FW: 3DU Stator NCM personnel issue(s)

Hmm. I just had a one on one with him yesterday. We spoke about his issues with midnight shift and I told him I would be working with Rick this week.

I'm not sure if something happened part night.

I'll follow up.

Get Outlook for Android

---

**From:** Chris Guenther
**Sent:** Tuesday, February 20, 2018 8:55:03 AM
**To:** Michael Bowling
**Subject:** FW: 3DU Stator NCM personnel issue(s)

What happened here? The email he sent went to JB and Laura?

Chris

**Chris Guenther** | Production Engineering Senior Manager | Gigafactory 1
Electric Ave | Sparks, NV 89434
c 512.769.6654 | e cguenther@tesla.com

TESLA

**From:** Marty Tripp
**Sent:** Tuesday, February 20, 2018 8:44 AM
**To:** Laura Woolford <lwoolford@tesla.com>





**Cc:** Chris Guenther <cguenther@tesla.com>; JB Straubel <jb@tesla.com>; Imari Henderson <ihenderson@tesla.com>
**Subject:** 3DU Stator NCM personnel issue(s)
**Importance:** High

Hi Laura,

Could we please meet as soon as you are available to discuss?

There are some major issues in 3DU Stator NCM regarding a Process Technician and his Supervisor that I would like to escalate. This is including but not limited to:

1. My feeling of being discriminated against because of some feedback that I left on Workday for this Tech, and that my role has been changed (yet my peers in other areas maintain the same role/responsibilities).
2. That this Tech is extremely negative about anything Tesla, and drives a wedge against everyone on the team (days/nights). He has flat out refused to go to other departments to assist when the need was required, and his peers gladly went in his place...his negativity has been displayed by fits of rage in front of other departments, peers, Associates, etc.
3. The Supervisor making comments/remarks to day shift Techs asking if I have been offending or harassing them, of which a few got offended themselves and brought it to my attention this morning. He also shows favoritism towards this Tech that is seen by everyone and drives down morale/team spirit.

I would like to ask for confidentiality because I have brought these issues up to everyone, my Manager included, and there has been no improvement (for over four months now).

**Marty Tripp** | Process Engineering Technician Lead – Stator NCM |
1 Electric Avenue | Sparks, NV 89434 | e mtripp@tesla.com

