# Exhibit 18
# March 8, 2018 Email (TES-TRIPP_0021668)

MSJ_203

| | |
|---|---|
| **To:** | Michael Bowling[mbowling@tesla.com] |
| **Cc:** | Imari Henderson[ihenderson@tesla.com] |
| **From:** | Marty Tripp |
| **Sent:** | Thur 3/8/2018 10:09:47 PM |
| **Subject:** | RE: Follow-up |

Thank you very much Mike and Imari.  I appreciate the opportunity to openly discuss the issues and also the clarity.  Thanks again!

**Marty Tripp | Process Engineering Technician – Stator NCM |**
1 Electric Avenue | Sparks, NV 89434 | e mtripp@tesla.com

**TESLA**

---

**From:** Michael Bowling
**Sent:** Thursday, March 08, 2018 1:02 PM
**To:** Marty Tripp <mtripp@tesla.com>
**Cc:** Imari Henderson <ihenderson@tesla.com>
**Subject:** Follow-up

Marty,

I just wanted to thank you for your candid conversation yesterday with myself and Imari.  Open and candid conversation will only help us grow as a team and an organization.

I just wanted to recap some of our conversation yesterday to make sure we are in alignment on what was discussed yesterday and on previous days:

- You have done a good job at soliciting feedback from the supervisor team for work instruction creation, please continue to solicit feedback from those teams.
    - If at any time you are not receiving feedback, please reach out to me and I will address your concerns with Rick Dums.
- You have also done a great job with organizing 5s training and the entire NCM area.
    - Your role is dependent upon the needs of the area, and will not necessarily be exactly the same as FA or Inverter, please continue to be flexible realizing you are performing work at a higher level than we currently task the process techs with.
- Please continue to work with Process Engineers to work on higher level process work helping to identify and eliminate root cause of process problems, leveraging your knowledge and expertise of the NCM process.
- As stated previously, and Moving forward, all conversations with the process tech team pertaining to procedures and work instructions (MI's) changes are to be handled by the supervisors.
    - If someone from that team needs clarity, please direct them to ask their supervisor.
- The process team are direct reports to the production supervisors.
    - The process team and the production engineering supervisors are responsible for the level of NCM material and reducing that inventory.
    - It is the process engineering role, with your assistance, to establish the procedures and methods for the PT team to efficiently work that NCM material

In addition to what was said, I would like to ask you to focus only on the process techs _**teams**_ performance, vs a singular individual.  The team and the production supervisor are responsible to identify the team's performance issues and resolve them.  This will serve to remove your from the conversation as someone who is "targeting" another employee and add credence to your data analysis.

**Michael Bowling  | Production Engineering Manager** | Gigafactory 1
Electric Ave | Sparks, NV 89434
c 503 530 6300 | e mbowling@tesla.com

