# Exhibit 19
# May 25, 2018 Email (TES-TRIPP_0000846)

MSJ_205

**From:** Michael Bowling
**Sent:** Friday, May 25, 2018 1:51 AM
**To:** Marty Tripp <mtripp@tesla.com>
**Cc:** Imari Henderson <ihenderson@tesla.com>
**Subject:** Verbal Warning follow up

Marty,

Per our conversation, you are being issued a **Verbal Warning** for performance because there is a continued pattern that is not meeting expectations.

As a Process Technician in the Production Engineering organization of Tesla, you are expected to work collaboratively with all team members at all times. Previously, on 3/2 we had a coaching conversation pertaining to your interactions with fellow process engineers, peers, and leadership. Specifically, you continue to have conflict with team members of the process tech team and the perception of targeting other team members in addition to not working collaboratively. Most recently . A few of the new PTs that on boarded recently felt that there was a wedge being inserted between them and their day shift partners based on comments you made to them (ie.."days did this, but nights only did this...").

Moving forward you are expected to work collaboratively and attempt to resolve conflict at the one on one level with the person(s) you are having conflict with. If you are unable to resolve the issue on your own, you are expected to raise the concern to your supervisor to assist in conflict resolution. Working collaboratively is a critical component of working at Tesla. Behavior that is contradictory to the aforementioned may result in discipline up to and including termination.

Martin, you are a valued member of this team and you've already demonstrated that you are an asset to Tesla. We want to see you continue to grow professionally and contribute to Tesla's long term success.

As discussed, please do not hesitate to reach out if you have any questions or concerns.

**Michael Bowling | Production Engineering Manager | Gigafactory 1**
Electric Ave | Sparks, NV 89434
c 503 530 6300 | e mbowling@tesla.com



T≡SLA

