# Exhibit 24
# June 5, 2018 Email

| | |
|---|---|
| **From:** | Marty Tripp <guitartripp@gmail.com> |
| **Sent:** | Tuesday, June 05, 2018 12:43 PM |
| **To:** | Linda Lorel |
| **Subject:** | Valeo robot being removed and pic of the query for all model 3's |
| **Attachments:** | IMG_3579.JPG; Untitled attachment 00758.txt; IMG_3582.JPG; Untitled attachment 00761.txt; IMG_3557.JPG; Untitled attachment 00764.txt; IMG_3580.JPG; Untitled attachment 00767.txt; IMG_3583.JPG; Untitled attachment 00770.txt; IMG_3578.JPG; Untitled attachment 00773.txt; IMG_3581.JPG; Untitled attachment 00776.txt; IMG_3556.JPG; Untitled attachment 00779.txt |



David M. Lee, RMR
Exhibit 26
Date 09.04.19
M Tripp

MSJ_220