# Exhibit 25
# May 29, 2018 Email (GGL000098-GGL000098.0010)

# Filed Conditionally Under Seal

MSJ_221