# Exhibit 26
# June 1, 2018 Email (GGL000243-GGL000243_0002.0002)

# Filed Conditionally Under Seal

MSJ_233