# Exhibit 27
# May 27, 2018  Email

# Filed Conditionally Under Seal

MSJ_254