# Exhibit 34
# June 19, 2018 Email

MSJ_448

| | |
|---|---|
| **From:** | noreplynotifications@tesla.com |
| **Sent:** | Tuesday, June 19, 2018 10:31 PM |
| **To:** | martytripp@icloud.com |
| **Subject:** | Information for Employees Departing Tesla |
| **Attachments:** | 1. US Employee Involuntary Exit Summary v2018.pdf; 2. Terminated Employee UltiPro Instructions 2018.pdf; 3. Manual Expense Report Form.xlsx; 4. 2018 COBRA Rates (US and Puerto Rico).pdf; 5. HIPP DHCS 9061 ENGLISH (Notice to Terminating Employees).pdf |



# Information for Employees Departing Tesla

Hello Marty Tripp,

Please see attached for documents to help support you during your transition from Tesla. Please review the US Employee Involuntary Exit Summary for additional detail about your E*Trade, Benefits, 401k, and other information.

1. US Employee Involuntary Exit Summary
2. UltiPro Payroll Activation Instructions
3. Manual Expense Report Form
4. 2018 COBRA Rates
5. Health Insurance Premium Payment (HIPP) Program

Please contact your Human Resources Partner if you have any questions.

Tesla Human Resources

Please contact your Human Resources Partner if you have any questions.

1

MSJ_449