# Exhibit 36
# June 21, 2018 Email

MSJ_453



**From:** Jeff Jones
**Sent:** Thursday, June 21, 2018 2:21 PM
**To:** Shamara Bell <shabell@tesla.com>; Sarah O'Brien <sobrien@tesla.com>
**Cc:** Angel Besinaiz <abesinaiz@tesla.com>
**Subject:** Re: Martin Tripp Call

Hi Sharmara,
Thanks you for your statement. I would like to introduce you Sarah O'Brien on our comms team. She may have a few follow up questions.

Best,
Jeff



MSJ_454

From: Shamara Bell <shabell@tesla.com>
Sent: Thursday, June 21, 2018 12:12 PM
Subject: Martin Tripp Call
To: Jeff Jones <jeff.jones@tesla.com>
Cc: Angel Besinaiz <abesinaiz@tesla.com>

Hello Jeff,

I was asked to email you to recap the phone call that i received yesterday regarding Martin Tripp. I answered the phone to a man that sounded genuinely concerned & afraid. He explained that he is a very close friend of an ex-employee of Tesla that was fired recently. Explained that he fears for the safety of employees at the battery ( Giga Factory ) because of he is extremely volatile. Stated that he is very well heavily armed . Stated that he is extremely upset more -so now because his name was released in the media this past weekend.

**at that point i placed him on hold to recap with my supervisor who advised that i gather additional information**

A co-worker advised me of the Martin Tripp story that broke, so i asked if he was was referring to Martin Tripp when i returned to the line.  He confirmed that he was referring to Martin.

I commended him for being brave enough to make the call to us. I asked if he would like to provide his name or any contact information  so that we can gather additional information if needed. He declined because he says that he doesn't want to be involved in this matter with his friend but doesn't want anyone to get hurt. I thanked him for the incident report & reported to my supervisor who assisted with escalating this information to appropriete parties.

I hope this information was helpful.

Kindest Regards,

Shamara Bell