# Exhibit 37
# June 20 2018 Email (TRIPP00906)

18-51

**From:** Brooke Airey
**Sent:** Wednesday, June 20, 2018 1:56 PM
**To:** Avery Bustamante; security
**Subject:** FW: Martin Trip: Possible Threat

Hi,

One of the call center operators in Las Vegas just took a call from someone saying they are a
friend of Martin Tripp and stating he is heavily armed and on his way to the GigaFactory. See IM
screen shot and email below.  Call center employee is Shamara Bell



We have an employee in Plant O&M that is on the
phone with someone who is reporting that a
former employee by the name of Martin Tripe

He told her that he is heavily armed and headed
for the Giga Factory

1:44 PM

**Brooke Airey | Operations Manager** | Workplace, North America



