# Exhibit 46
# August 28, 2018 Email (TES-TRIPP 0000971-73)

**From:** Arlan Adamsen </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS /CN=9B93E4E731554EFDA52814643AE48DC3-ARLAN ADAMS>
**To:** Arlan Adamsen
**Sent:** 8/28/2018 4:45:30 PM
**Subject:** FW: Conversation with Kristin Krerowicz

**Arlan Adamsen | Operations Associate Manager | Workplace, North America**
6671 Las Vegas Blvd S. Ste 300 | Las Vegas, NV, 89119
m: 702.960.5311 | e: aadamsen@tesla.com



The content of this message is the proprietary and confidential property of Tesla Inc, and should be treated as such. If you are not the intended recipient and have received this message in error, please delete this message from your computer system and notify me immediately by reply e-mail. Any unauthorized use or distribution of the content of this message is prohibited. Thank you.



Please consider the environment before printing this email.

---

**From:** Kristin Krerowicz [mailto:kkrerowicz@tesla.com]
**Sent:** Wednesday, June 20, 2018 2:35 PM
**To:** Kristin Krerowicz <kkrerowicz@tesla.com>; Arlan Adamsen <aadamsen@tesla.com>
**Subject:** Conversation with Kristin Krerowicz

**Kristin Krerowicz 8:17 AM:**
   It appears that DLP still hasn't cleaned the chairs.
**Kristin Krerowicz 8:17 AM:**
   Did they mention a delay
**Arlan Adamsen 8:18 AM:**
   I'll check with them
**Arlan Adamsen 8:18 AM:**
   If it wasn't done Monday night they said they were going to be done Tuesday night
**Arlan Adamsen 9:19 AM:**
   They said the chairs were done
**Kristin Krerowicz 9:19 AM:**
   hmmmmm
**Arlan Adamsen 9:19 AM:**
   Just forwarded the email
**Arlan Adamsen 9:20 AM:**
   Do they not look done?
**Kristin Krerowicz 9:37 AM:**
   Just went upstairs to take a closer look and they appear to be mostly clean
**Kristin Krerowicz 9:38 AM:**
   There are still a few that have obvious stains
**Arlan Adamsen 9:38 AM:**
   Okay, good
**Arlan Adamsen 9:38 AM:**
   Those might be set in
**Kristin Krerowicz 9:38 AM:**
   Yeah. Should we dispose of the ones that still have big stains?
**Kristin Krerowicz 9:38 AM:**

There are about 5 total
**Arlan Adamsen 9:39 AM:**
We might be able to use them for parts, so go ahead and stash them in a storage room if they aren't needed on the floor.
**Kristin Krerowicz 9:39 AM:**
Got it.
**Kristin Krerowicz 9:40 AM:**
Do you know if there are any plans in the future to replace the furniture all together?
**Kristin Krerowicz 9:40 AM:**
Just wondering as the seats with the colored cushions show wear pretty easily
**Arlan Adamsen 9:42 AM:**
That's the newest furniture we have, we just got it in 2016. So I doubt it.
**Kristin Krerowicz 9:42 AM:**
Got it
**Kristin Krerowicz 9:43 AM:**
People here are rough on chairs :)
**Arlan Adamsen 9:43 AM:**
Yep, that's true for all the call centers I've been in that allow drinks at the desks.
**Kristin Krerowicz 9:43 AM:**
Ahhhhhh
**Kristin Krerowicz 10:41 AM:**
Just sent over a request from Sales to give Shirley Diaz access to the Payroll Room
**Arlan Adamsen 10:41 AM:**
Okay, I'll send it over to GiGi
**Kristin Krerowicz 10:41 AM:**
Thanks
**Arlan Adamsen 10:42 AM:**
Done
**Kristin Krerowicz 10:42 AM:**
Do you happen to know if access to that printer is limited? She will be handling creating most of their Fed Ex labels and asked if that printer is accessible or not.
**Arlan Adamsen 10:43 AM:**
It should be accessible, she'll just need to install it on her computer
**Arlan Adamsen 10:43 AM:**
Might need IT assistance with it, I'm not sure if there's an issue because it's on the SCTY network instead of the TSLA she's usually on upstairs.
**Kristin Krerowicz 10:43 AM:**
Got it.
**Kristin Krerowicz 10:43 AM:**
We shall find out and get IT to help if need be
**Arlan Adamsen 10:43 AM:**
Sounds good
**Kristin Krerowicz 10:43 AM:**
Thank you :)
**Arlan Adamsen 10:44 AM:**
Sure thing
**Arlan Adamsen 10:45 AM:**
Have her try out her access now
**Kristin Krerowicz 10:49 AM:**
She will be coming by to pick up some Fed Ex envelopes so I will have have her test her badge
**Arlan Adamsen 10:53 AM:**
Sounds good
**Kristin Krerowicz 1:44 PM:**
Hey
**Arlan Adamsen 1:44 PM:**
Yo
**Kristin Krerowicz 1:44 PM:**
We have an employee in Plant O&M that is on the phone with someone who is reporting that a former employee by the name of Martin Tripe

CONFIDENTIAL

MSJ_515

TES-TRIPP_0000972

**Kristin Krerowicz 1:45 PM:**
He told her that he is heavily armed and headed for the Giga Factory
**Arlan Adamsen 1:45 PM:**
Could it be Tripp? He was the one accused of sabotage
**Kristin Krerowicz 1:45 PM:**
Could be
**Arlan Adamsen 1:45 PM:**
Okay, tell them to get as much info as posssible
**Kristin Krerowicz 1:46 PM:**
I am asking them to gather what they can
**Kristin Krerowicz 1:47 PM:**
It sounds like the person that call in is friends with him and is afraid he is going to take action
**Kristin Krerowicz 1:48 PM:**
Is there anything I need to do on my end other than relay what they record?
**Arlan Adamsen 1:48 PM:**
Not yet, Brooke is sending that info to Security right now
**Kristin Krerowicz 1:48 PM:**
thanks
**Arlan Adamsen 1:48 PM:**
Who is taking the call?
**Kristin Krerowicz 1:48 PM:**
Let me get her name
**Kristin Krerowicz 1:49 PM:**
Shamara Bell
**Kristin Krerowicz 1:49 PM:**
The call concluded so I asked her to send me everything the person
**Arlan Adamsen 1:49 PM:**
Okay
**Kristin Krerowicz 1:50 PM:**
*everything the person said
**Kristin Krerowicz 1:50 PM:**
Sorry
**Kristin Krerowicz 1:50 PM:**
didnt finish my sentence :)
**Arlan Adamsen 1:50 PM:**
no worries
**Kristin Krerowicz 1:51 PM:**
Just sent the email you way
**Arlan Adamsen 1:52 PM:**
Okay, security has been alerted.
**Kristin Krerowicz 1:53 PM:**
Thanks. I let her know that escalated it to management and that it would be handled from there.
**Arlan Adamsen 1:54 PM:**
thanks
**Arlan Adamsen 2:27 PM:**
The sheriff's department is onsite now just in case.

CONFIDENTIAL

MSJ_516
TES-TRIPP_0000973