# Exhibit 50
# Tesla's Amended Response and Objections to Martin Tripp's Interrogatory No. 13

**JACKSON LEWIS P.C.**
Joshua A. Sliker, Nevada Bar No. 12493
*Joshua.Sliker@jacksonlewis.com*
3800 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
Telephone:     (702) 921-2460
Facsimile:      (702) 921-2461

**HUESTON HENNIGAN LLP**
John C. Hueston *(admitted pro hac vice)*
*jhueston@hueston.com*
Robert N. Klieger *(admitted pro hac vice)*
*rklieger@hueston.com*
Allison L. Libeu *(admitted pro hac vice)*
*alibeu@hueston.com*
523 West 6th Street, Suite 400
Los Angeles, CA 90014
Telephone:     (213) 788-4340
Facsimile:      (888) 775-0898

Attorneys for Plaintiff/Counter-Defendant
Tesla, Inc.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TESLA, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MARTIN TRIPP, an individual,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. 3:18-cv-00296-LRH-CBC<br><br>**PLAINTIFF AND COUNTER-DEFENDANT TESLA, INC.'S AMENDED RESPONSES AND OBJECTIONS TO DEFENDANT AND COUNTER-CLAIMANT MARTIN TRIPP'S SECOND SET OF INTERROGATORIES** |

PROPOUNDING PARTY:     Defendant/Counter-Claimant Martin Tripp

RESPONDING PARTY:     Plaintiff/Counter-Defendant Tesla, Inc.

SET NO.:     Two (Nos. 9-25)

5539004

MSJ_550

CONFIDENTIAL

1  center about a threat to the Gigafactory. Thereafter, Ms. O'Brien spoke to Mr. Besinaiz, who

2  confirmed that the call center received the call described above.  On June 21, 2018, Ms. O'Brien

3  spoke to Ms. Bell and **Ashley Ferrigno, Ms. Bell's and Mr. Besinaiz's supervisor**. Ms. Bell

4  confirmed that she answered a call on June 20, 2018 from an anonymous caller who identified

5  himself as a friend of Tripp. Ms. Bell further confirmed that the caller stated that he feared for the

6  safety of employees at the Gigafactory because Tripp was extremely upset, extremely volatile, and

7  heavily armed.

8      Mr. Musk was initially informed of the threat to the Gigafactory on June 20, 2018, likely by

9  Sam Teller, Director, Office of the CEO.  Mr. Musk was informed that Tesla received a call that

10  Tripp was going to come in and shoot people at the Gigafactory.  Mr. Musk was further informed

11  that Tesla security alerted the police and posted additional security personnel at the Gigafactory.

12  Mr. Musk also discussed the Gigafactory threat with Mr. Jones, Ms. O'Brien, and Dave Arnold,

13  Tesla's Senior Director of Global Communications. Mr. Musk relied on Tesla's security and

14  communications teams to obtain information concerning the threat to the Gigafactory.

15  **INTERROGATORY NO. 13**:

16      Identify and explain All information known by Elon Musk regarding the contents of the

17  e-mail communication referenced in Paragraph 47 of the Counterclaim before sending said e-mail

18  communication, including:

19  • When Mr. Musk first became aware of the "sabotage" alleged therein

20  • Who provided Mr. Musk with the information of which he was aware

21  • What actions Mr. Musk took to verify the information

22  **RESPONSE TO INTERROGATORY NO. 13**:

23      In addition to its general objections, which are incorporated herein by reference, Tesla

24  objects to this Interrogatory as overbroad, unduly burdensome, and not proportional to the needs of

25  the case in that it asks Tesla to "[i]dentify and explain All information." Tesla objects to this

26  Request as overly broad, vague, and ambiguous to the extent that it fails to specify the portions of

27  the email to which it refers. Tesla further objects to this Interrogatory to the extent that it seeks

28  information protected by the attorney-client privilege, work product doctrine, and all other

CONFIDENTIAL

1   applicable privileges, protections, or immunities. Such information will not be provided in

2   response.

3          Subject to and without waiving the foregoing general and specific objections, Tesla

4   responds to this Interrogatory as follows:

5          On June 14 and 15, 2018, Tripp was interviewed by Nicholas Gicinto and Jake Nocon

6   concerning the leak to *Business Insider*. ████████████████████████

7   ████████████████████████████████████████

8   ████████████████████████████████████

9   ███████████████████████  Mr. Gicinto also told Mr. Musk that Tripp admitted to

10  sharing other confidential information with Ms. Lopez, to reaching out to multiple other media

11  outlets, and to attempting to recruit additional sources inside the Gigafactory to share Tesla's

12  confidential information with third parties. Mr. Gicinto further communicated to Mr. Musk that

13  Tripp complained about his position at Tesla.  In addition to the confidential information Tripp

14  disclosed and in connection with it, Tripp provided false information to *Business Insider* that put

15  Tesla in a falsely negative light.

16         Mr. Gicinto further informed Mr. Musk that Tripp admitted to taking actions to cover his

17  tracks.████████████████████████████████

18  ████████████████████████████████████████

19  ████████████████████████████████████████

20  ████████████████████████████████  Tripp's user

21  credentials also appeared on multiple different Tesla computers.

22         Mr. Musk relied on information concerning Tripp's misconduct provided to him by

23  Mr. Gicinto.

24  **INTERROGATORY NO. 14**:

25         Identify by paragraph number all allegations in the Complaint and Counterclaim that Elon

26  Musk has personal knowledge of.

27

28

TESLA, INC.'S AMENDED RESPONSES AND OBJECTIONS TO INTERROGATORIES, SET TWO

5539004

MSJ_552

CONFIDENTIAL

1  **INTERROGATORY NO. 25**:

2      Identify the phone number of the person who called You to report the Alleged Threat.

3  **RESPONSE TO INTERROGATORY NO. 25**:

4      In addition to its general objections, which are incorporated herein by reference, Tesla

5  objects to the use of the term "Alleged Threat" as argumentative. Tesla further objects to this

6  Interrogatory to the extent that it calls for information protected by the attorney-client privilege,

7  work product doctrine, and all other applicable privileges, protections, or immunities.

8      Subject to and without waiving any of the foregoing objections, Tesla responds to this

9  Interrogatory as follows:

10      *See* TES-TRIPP_0004323.

11

12  Dated: May 20, 2019                    **HUESTON HENNIGAN LLP**

13

14                                  By: _____

15                                      Allison L. Libeu
                                        Attorneys for Plaintiff and
16                                      Counter-Defendant Tesla, Inc.

17

18

19

20

21

22

23

24

25

26

27

28

TESLA, INC.'S AMENDED RESPONSES AND OBJECTIONS TO INTERROGATORIES, SET TWO

5539004

MSJ_553

## PROOF OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 620 Newport Center Drive, Suite 1300, Newport Beach, CA 92660.

On May 20, 2019, I served the foregoing document(s) described as:

**PLAINTIFF AND COUNTER-DEFENDANT TESLA INC.'S RESPONSES AND OBJECTIONS TO DEFENDANT AND COUNTER-CLAIMANT MARTIN TRIPP'S SECOND SET OF INTERROGATORIES**

[X]   (BY E-MAIL) By transmitting a true copy of the foregoing document(s) by **Email or Electronic Transmission**:

Based on an agreement of the parties to accept service by email or electronic transmission. I caused the document(s) to be sent from email address sjones@hueston.com to the persons at the email addresses listed on the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful:

Robert D. Mitchell
William M. Fischbach III
Christopher J. Waznik
Matthew D. Dayton
TIFFANY & BOSCO, P.A.
2525 E. Camelback Road
7th Floor, Camelback Esplanade II
Phoenix, AZ 85016-4229

TEL: 602-255-6000
FAX: 602-255-0103
E-MAIL: rdm@tblaw.com
E-MAIL: wmf@tblaw.com
E-MAIL: cjw@tblaw.com
E-MAIL: md@tblaw.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 20, 2019, at Newport Beach, California.

| Stephen Richards | /s/ Stephen Richards |
|---|---|
| (Type or print name) | (Signature) |

TESLA, INC.'S AMENDED RESPONSES AND OBJECTIONS TO INTERROGATORIES, SET TWO

5539004

MSJ_554