# Exhibit G
# June 20, 2018 Email (TRIPP000868)

------- Original message -------
From: Elon Musk
Date: 6/20/18 5:17 PM (GMT-08:00)
To: Todd Maron, Sarah O'Brien
Cc: EMDesk
Subject: Re: Termination/Lawsuit

Meant to say "no injuries"

On Jun 20, 2018, at 5:16 PM, Elon Musk wrote:

Begin forwarded message:

From: Elon Musk
Date: June 20, 2018 at 10:28:06 AM PDT
To: Marty Tripp

Subject: Re: Termination/Lawsuit

There are literally injuries with Model 3. It is by far the safest car in the world for any midsize vehicle. And of course a company with billions of dollars in product is going to have millions of dollars in scrap. This is not news.

However, betraying your word of honor, breaking the deal you had when Tesla gave you a job and framing your colleagues are wrong and some come with legal penalties. So it goes. Be well.

On Jun 20, 2018, at 10:03 AM, Marty Tripp wrote:

I NEVER 'framed' anyone else or even insinuated anyone else as being involved in my production of documents of your MILLIONS OF DOLLARS OF WASTE, Safety concerns, lying to investors/the WORLD.

Putting cars on the road with safety issues is being a horrible human being!

On Jun 20, 2018, at 10:00 AM, Elon Musk wrote:

You should ashamed of yourself for framing other people. You're a horrible human being.

On Jun 20, 2018, at 9:59 AM, Marty Tripp wrote:

I never made a threat. I simply told you that you have what's coming.

Thank you for this gift!!!!

On Jun 20, 2018, at 9:42 AM, Elon Musk wrote:

Threatening me only makes it worse for you

From: Marty Tripp
Date: June 20, 2018 at 8:57:29 AM PDT
To: Elon Musk
Subject: Termination/Lawsuit

Don't worry, you have what's coming to you for the lies you have told to the public and investors.



EXHIBIT 8
Musk
2/21/2020
Reported by: Michael P. Hensley
CSR 14114, RDR

TRIPP000868