# EXHIBIT C

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

REPORTER'S CERTIFIED TRANSCRIPT

TESLA, INC., a Delaware )
corporation,            )
                        )  Case No.:
     Plaintiff,         )
                        )  3:18-cv-00296 LRH-CBC
          v.            )
                        )
MARTIN TRIPP,           )   **CONFIDENTIAL**
                        )
     Defendant,         )
_____)
                        )
AND RELATED COUNTER-CLAIMS.)
_____)


CONFIDENTIAL

VIDEOTAPE DEPOSITION OF MARTIN TRIPP

PHOENIX, ARIZONA
WEDNESDAY, SEPTEMBER 4, 2019
9:01 A.M.


DAVID M. LEE, RMR, CCR
Certified Reporter
Certificate Number 50391
File No.: 19-29468



Martin Tripp-Confidential

```
09:02   1   witness.
09:02   2           THE CERTIFIED REPORTER:  Sir, would you
09:02   3   raise your right hand, please.
09:02   4               You solemnly swear the testimony you're
09:02   5   about to give in the matter now pending shall be the
09:02   6   truth, the whole truth, and nothing but the truth
09:02   7   so help you God?
09:02   8           THE WITNESS:  I do.
09:02   9           THE CERTIFIED REPORTER:  Thank you.
09:02  10           MR. FISCHBACH:  Sean, before we get
09:02  11   started, just a minor housekeeping note.
09:02  12               Mr. Tripp has a -- a -- has a back
09:02  13   injury, so just please understand we might need to
09:02  14   break from time to time for him to stand up and
09:02  15   walk around and things like that, so...
09:02  16           MR. GATES:  Sure, that's no problem.
       17
       18                   MARTIN TRIPP,
       19   called as a witness herein, first duly sworn by the
       20   reporter, was examined and testified as follows:
       21
       22                     EXAMINATION
       23   BY MR. GATES:
       24      Q.  Along those lines, Mr. Tripp, are you
       25   taking any medications that would prevent you from
```

Martin Tripp-Confidential

| | | |
|---|---|---|
| 09:48 | 1 | Q. Which year? |
| 09:48 | 2 | A. 2015. |
| 09:48 | 3 | Q. So you were married in 2015. |
| 09:48 | 4 | A. Yes, so four years. |
| 09:48 | 5 | Q. When you were sharing information with |
| 09:48 | 6 | Linette Lopez, information that you had obtained |
| 09:48 | 7 | from Tesla, did -- did your wife know about that? |
| 09:48 | 8 | A. She did not. |
| 09:48 | 9 | Q. Did you tell her that "I might lose my |
| 09:49 | 10 | job"? |
| 09:49 | 11 | MR. FISCHBACH: I'm going to object on the |
| 09:49 | 12 | basis of marital privilege and instruct the witness |
| 09:49 | 13 | not to answer. |
| 09:49 | 14 | MR. GATES: And we're going to play this |
| 09:49 | 15 | little game probably throughout, which is he |
| 09:49 | 16 | instructs you not to answer. I ask you "Are you |
| 09:49 | 17 | going to follow your attorney's instruction?" So |
| 09:49 | 18 | you have to decide whether or not to follow his |
| 09:49 | 19 | instruction. |
| 09:49 | 20 | Q. So I'm going to ask you are you going to |
| 09:49 | 21 | follow your attorney's instruction? |
| 09:49 | 22 | A. Yes, I am. |
| 09:49 | 23 | Q. When you were sharing information with |
| 09:49 | 24 | Linette Lopez, information that you had taken from |
| 09:49 | 25 | Tesla, how did you think it was all going to end? |

```
09:49   1    What did you think was going to be accomplished?
09:49   2         A.  I was hoping that it would cause Tesla to
09:49   3    change it's ways and improve things.  That's what I
09:50   4    was hoping for.
09:50   5         Q.  Did you think that even if Tesla changed its
09:50   6    ways, it might have been upset that somebody had
09:50   7    taken its information and shared it with a reporter?
09:50   8              MR. FISCHBACH:  Objection; foundation.
09:50   9              Answer if you can.
09:50  10              THE WITNESS:  That was a possibility, but
09:50  11    based on the issues that I saw, I was more concerned
09:50  12    to get the information out than the repercussions
09:50  13    from that.
09:50  14         Q.  BY MR. GATES:  Did you think in the end you
09:50  15    were going to be seen as a hero?
09:50  16         A.  I did not think of it that way at all.
09:50  17         Q.  You didn't.
09:50  18              What did you think was going to happen
09:50  19    with your job?
09:50  20         A.  I didn't think that far ahead; I was not
09:50  21    worried.  I was more concerned about public safety.
09:51  22         Q.  Do you think you should be viewed as a hero
09:51  23    for disclosing Tesla's confidential information to
09:51  24    a reporter?
09:51  25         A.  No.
```

```
09:51   1        Q.   How should you be viewed then?
09:51   2        A.   Preferably not viewed at all.
09:51   3        Q.   All right.  You wanted to remain anonymous.
09:51   4        A.   That is correct.
09:51   5        Q.   You wanted to continue with your job at
09:51   6   Tesla while continuing to provide information to
09:51   7   reporters.
09:51   8        A.   Only if it was necessary.
09:51   9        Q.   And you were going to do that for as long
09:51  10   as you thought it was necessary.
09:51  11        A.   Yes.
09:51  12        Q.   As determined by you.
09:51  13        A.   Yes.
09:51  14        Q.   So you thought by changing -- by -- excuse
09:51  15   me.  Let me start that again.
09:51  16             You thought by sharing information with
09:51  17   Linette Lopez, you would change the -- what was
09:52  18   being done at the Tesla Gigafactory; right?
09:52  19        A.   That was my hope.
09:52  20        Q.   And you were going to continue to provide
09:52  21   information from Tesla to Linette Lopez as long as
09:52  22   it was -- you thought there were things that needed
09:52  23   to be changed at Tesla's Gigafactory.
09:52  24        A.   If it involved public safety, yes.
09:52  25        Q.   So a lot of the information that you
```

Martin Tripp-Confidential

| | | |
|---|---|---|
| 17:53 | 1 | A.  It tells me that it made it out of the |
| 17:53 | 2 | Gigafactory. |
| 17:53 | 3 | Q.  Okay.  Does it tell you one way or another |
| 17:53 | 4 | whether anything made it into a VIN? |
| 17:53 | 5 | A.  Not in this instance, it is not. |
| 17:53 | 6 | MR. GATES:  Okay.  No further questions. |
| 17:53 | 7 | MR. FISCHBACH:  Read and sign. |
| 17:53 | 8 | VIDEO TECHNICIAN:  This is the conclusion |
| 17:53 | 9 | of the -- |
| 17:53 | 10 | MR. GATES:  Hold on; I've got to designate |
| 17:53 | 11 | it as confidential. |
| 17:53 | 12 | Designate the transcript a |
| 17:54 | 13 | confidential. |
| 17:54 | 14 | VIDEO TECHNICIAN:  All right.  This is the |
| 17:54 | 15 | conclusion of the deposition of Martin Tripp; the |
| 17:54 | 16 | time is approximately 5:53.  We're going off the |
| 17:54 | 17 | record; end of media file number five. |
| | 18 | MR. GATES:  All right.  Thank you. |
| | 19 | (The deposition concluded at 5:53 p.m.) |
| | 20 | |
| | 21 | |
| | 22 | |
| | 23 | |
| | 24 | |
| | 25 | |