# EXHIBIT E

TESLA, INC. vs MARTIN TRIPP
Confidential                        Shamara Bell on 09/06/2019

```
 1                UNITED STATES DISTRICT COURT
                       DISTRICT OF NEVADA
 2

 3    TESLA, INC., a Delaware          )
      Corporation,                     )
 4           Plaintiff                 )
                                       )
 5    VS.                              )
                                       )
 6    MARTIN TRIPP, an Individual,     )
             Defendant                 )
 7                                     ) Case No.
      _____  ) 3:18-cv-00296-LRH-CBC
 8                                     )
      MARTIN TRIPP, an Individual,     )
 9           Counterclaimant           )
                                       )
10                                     )
      TESLA, INC., a Delaware          )
11    Corporation,                     )
             Counter Defendant         )
12

13                       CONFIDENTIAL

14         -----------------------------------

15       ORAL AND VIDEOTAPED DEPOSITION OF

16                     SHAMARA BELL

17                  SEPTEMBER 6, 2019

18                       VOLUME 1

19         -----------------------------------

20

21

22      ORAL AND VIDEOTAPED DEPOSITION OF SHAMARA BELL,

23    produced as a witness at the instance of the

24    DEFENDANT/COUNTERCLAIMANT, and duly sworn, was taken in

25    the above-styled and numbered cause on September 6, 2019,
```

```
 1                       SHAMARA BELL,
 2   having been first duly sworn, testified as follows:
 3              MR. BETETA:  Before we get started, Robert,
 4   I'm sorry, I just want to put on the record that I don't
 5   believe Ms. Bell has received a witness fee, and we're not
 6   waiving the witness fee.  We expect that to be paid
 7   promptly because that has not been paid.
 8              MR. MITCHELL:  Absolutely.  I was unaware
 9   of that.  We'll make sure that happens, Ms. Bell.
10              MR. BETETA:  Thank you.  Sorry.
11              MR. MITCHELL:  We're ready to begin?
12              MR. BETETA:  Yes.
13                         EXAMINATION
14   BY MR. MITCHELL:
15       Q.    Good morning, Ms. Bell.  My name is Robert
16   Mitchell.  As I said, I'm an attorney with the law firm of
17   Tiffany & Bosco, and we represent Martin Tripp in certain
18   litigation he has with Tesla that's pending in federal
19   court in Nevada.
20              Again, I apologize for not being there in
21   person.  It had been my intent to, but our flight had
22   problems, and so here we are.  I'm going to try to get you
23   through this as quickly as possible.  But with that said,
24   if there's any point you wish to take a break, just tell
25   me, and we'll be happy to do so.
```

```
 1   know because it's been so long.
 2        Q.   I understand.  Now, I notice nowhere in the
 3   recap that you provided does it say that Mr. Tripp was
 4   going to -- and I use these words specifically -- quote,
 5   shoot the place up, end quote.  Correct?
 6        A.   Correct.
 7        Q.   And if someone had said that during the phone
 8   call, you would have included that in your recap to be
 9   careful and complete, correct?
10        A.   Correct, if it was said verbatim, yes.
11        Q.   Now, you indicated you had communications with
12   personnel in the communications department for Tesla, but
13   you don't recall their name; is that right?
14        A.   Right.
15        Q.   Did you meet with them in person, or was it by
16   phone?
17        A.   I met with multiple people in person and by
18   phone.
19        Q.   Do you remember the names of any of the people
20   you met with?
21        A.   Unfortunately, I don't.  It's been so long.
22        Q.   Did any of the people talk with you about
23   relating the experience you had had on the phone call to
24   members of the press?
25        A.   Yeah.  Yep.  So do you mean --
```

1  yeah.

2      Q.   And do you recall the date of that meeting?

3      A.   I don't.

4      Q.   Do you think it was very shortly after the date

5  of the phone call, or do you know?

6      A.   I'm pretty sure -- I'm pretty sure it was

7  within -- within days, yeah.

8      Q.   And was it the woman with the English accent?

9      A.   I believe so, yeah.

10     Q.   In your Exhibit 4, your series of comments on

11  there that were sent by instant message, you said, "I

12  never said 'shoot the place up,'" end of quotes.  That's

13  correct?  You never said that, did you?

14     A.   I never verbally said that, no.

15     Q.   And if the caller had said somebody was going to

16  shoot the place up, you would have certainly included that

17  in your detailed recap that we looked at previously,

18  right?

19     A.   Correct.

20          MR. MITCHELL:  Tobi, I'd like to go next to

21  an email that is -- it's an email from Sarah O'Brien to

22  Julia Wong, and it's dated June 20, 2018, at 5:55 p.m.,

23  and it's multiple pages, perhaps about ten pages or so.

24               (EXHIBIT NO. 5 WAS MARKED)

25     Q.   (By Mr. Mitchell)  Ms. Bell, I've handed you an

```
 1   wanting to hurt people, there's only one thing that --
 2   well, I can't assume, but I would -- there's only one
 3   thing you can do when you're heavily armed.  So I can --
 4   it's still saying the same thing, but verbiage-wise, that
 5   was not my exact verbiage.
 6        Q.   Okay.  But isn't it a fact that the caller did
 7   not say that the person was coming to the Gigafactory to
 8   shoot the place up?
 9             MR. BETETA:  Objection.  Asked and
10   answered.
11        A.   Correct, that wasn't -- that wasn't the verbiage
12   that was used.
13        Q.   (By Mr. Mitchell)  And if the caller had said
14   that Mr. Tripp was going to the Gigafactory to shoot the
15   place up, you would have put that in your recap of the
16   call, wouldn't you?
17        A.   I would have, and I probably would have thought
18   it was a prank at that point, that type of -- but yeah, I
19   would have stated that.
20        Q.   Because that would have been an important
21   message to convey, wouldn't it?
22        A.   Correct.
23        Q.   Did you tell anyone at Tesla after that phone
24   call that the alleged -- or the anonymous caller was a
25   friend of Mr. Tripp?
```

1  court reporter, I would like a complete copy of the
2  transcript, the video sync, and the exhibits, please.
3             MR. BETETA:  And I'd like to designate the
4  deposition confidential.
5             THE REPORTER:  Did you need a copy also?
6             MR. BETETA:  Yes, please.
7             VIDEOGRAPHER:  This ends the deposition of
8  Shamara Bell.  The time is 1:12 p.m.  We're off the
9  record.
10
11          (WHEREUPON DEPOSITION CONCLUDED
            AT 1:12 P.M., SEPTEMBER 6, 2019)
12
13
14
15
16
17
18
19
20
21
22
23
24
25