# EXHIBIT H



COURT REPORTING

LEGAL VIDEOGRAPHY

VIDEOCONFERENCING

TRIAL PRESENTATION

MOCK JURY SERVICES

LEGAL TRANSCRIPTION

COPYING AND SCANNING

LANGUAGE INTERPRETERS





DEPOSITION AND TRIAL



(800) 528-3335

NAEGELIUSA.COM

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

TESLA, INC., a Delaware
Corporation,

        Plaintiff,

vs.               Case No: 3:18-cv-00296-LRH-CBC

MARTIN TRIPP, an individual,

        Defendant.
_____

MARTIN TRIPP, an individual,

        Counterclaimant,

vs.

TESLA, INC., a Delaware
Corporation,

        Counterdefendant.
_____

**VIDEOTAPED DEPOSITION OF**

**JACOB NOCON**

**TAKEN ON**
**FRIDAY, MAY 17, 2019**
**9:01 A.M.**

**COURTYARD CONFERENCE CENTER**
**FOUR SEASONS CONFERENCE ROOM**
**4320 EL CAMINO REAL**
**PALO ALTO, CALIFORNIA 94022**

1                **VIDEOTAPED DEPOSITION OF**

2                        **JACOB NOCON**

3                          **TAKEN ON**

4                  **FRIDAY, MAY 17, 2019**

5                         **9:01 A.M.**

6

7           **THE VIDEOGRAPHER:**  We are on the record.

8   The time is 9:01.  The date is May 17th, 2019.

9           This is the beginning of the deposition of

10  Jacob Nocon.  The case caption is Tesla Inc. vs.

11  Martin Tripp and Martin Tripp vs. Tesla Inc.

12          Will counsel introduce yourselves and

13  state who you represent.

14          **MS. LIBEU:**  Allison Libeu from Hueston

15  Hennigan, also with me is Stephen Richards from

16  Hueston Hennigan on behalf of Tesla and the witness.

17          **MR. FISCHBACH:**  William Fischbach, Tiffany

18  & Bosco, on behalf of the defendant and

19  counterclaimant, Martin Tripp.

20          **MR. UMHOFER:**  Matthew Umhofer, personal

21  counsel for Mr. Nocon.

22          **THE VIDEOGRAPHER:**  Thank you.  The court

23  reporter will now swear in the witness.

24  **JACOB NOCON,** having been duly sworn to tell the

25  truth, the whole truth, and nothing but the truth,

1   testified and was examined as follows:

2           **THE VIDEOGRAPHER:**  Thank you.  Please

3   begin.

4   **EXAMINATION**

5   **BY MR. FISCHBACH:**

6       **Q.   BY MR. FISCHBACH:  Good morning, sir.**

7           **Can I please have your full name for the**

8   **record?**

9       A.   Sure.  It's Jacob Donnelly Nocon.

10      **Q.   Mr. Nocon, sir, have you been deposed**

11  **before?**

12      A.   Yes.

13      **Q.   How many times?**

14      A.   Twice.

15      **Q.   What kind of cases were those?**

16      A.   One was a Lemon Law case for a personal

17  vehicle that I owned.  The second case was involving

18  my previous employer, Uber.

19      **Q.   So the Lemon Law case, you had purchased a**

20  **vehicle and it wasn't working out the way you**

21  **thought --**

22      A.   That's correct.

23      **Q.   -- and I guess you went after the dealer,**

24  **I take it?**

25      A.   Yeah, ultimately, Toyota, yes.  But yeah,

1   reveal any evidence that Mr. Tripp was working for

2   any short sellers of Tesla stock?

3        A.    Nothing that I can recall, no.

4        Q.    Did your -- did the investigation uncover

5   any evidence that Mr. Tripp was coordinating with

6   short sellers of Tesla stock?

7        A.    No, I don't believe that we uncovered

8   anything where he was directly communicating.

9        Q.    Did the investigation uncover any evidence

10  that Mr. Tripp was coordinating with any Tesla

11  competitors?

12       A.    No, not that I recall.

13       Q.    Did you recover any evidence that Mr.

14  Tripp was paid for -- did the investigation uncover

15  any evidence that Mr. Tripp was paid for any

16  information that he provided to Linette Lopez?

17       A.    No, not that I'm aware of, although during

18  his interview, Mr. Tripp made mention of reporters

19  allegedly paying for information, you know,

20  regarding Tesla -- Tesla data.

21       Q.    Did Mr. Tripp state that he had received

22  payment from any reporters?

23       A.    No, I don't believe that he said that he

24  received any payment.

25              (Exhibit 13 was marked for

1           **THE VIDEOGRAPHER:**  Go ahead.

2           **MR. FISCHBACH:**  Electronic copy with the

3    exhibits as well a synched video for us.

4           **THE VIDEOGRAPHER:**  Great.  And Mr.

5    Umhofer, did you want to order a copy of the

6    transcript?

7           **MR. UMHOFER:**  I'll just work with Tesla's

8    counsel.

9           **THE VIDEOGRAPHER:**  Okay.  And Mr.

10   Richards?

11          **MS. LIBEU:**  He's with me.

12          **THE VIDEOGRAPHER:**  He's with you.  Okay,

13   great. I just -- okay.  The time is 12:28, and we

14   are off the record.

15          **(Proceedings concluded at 12:28 p.m.)**

16

17

18

19

20

21

22

23

24

25