# Exhibit 52
# Judy Wu Deposition Excerpts

MSJ_599

**CONFIDENTIAL AEO - Judy Wu - 9/9/2019**

Page 1

```
                 UNITED STATES DISTRICT COURT
                      DISTRICT OF NEVADA
_____
TESLA, INC., a Delaware      )
corporation,                 )
                             )
          Plaintiff,         )
                             )
v.                           )      Case No.
                             )   3:18-CV-00296-LRH-CBC
MARTIN TRIPP, an             )
individual,                  )
                             )
          Defendant.         )
_____)
MARTIN TRIPP, an             )
individual,                  )
                             )
     Counterclaimant,        )
                             )
v.                           )
                             )
TESLA, INC., a Delaware      )
corporation,                 )
                             )
     Counterdefendant,       )
_____)
```

        HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
             Videotaped Deposition of Judy Wu
                   Fremont, California
               Monday, September 9, 2019




        Michael P. Hensley, RDR, CSR No. 14114

**CONFIDENTIAL AEO - Judy Wu - 9/9/2019**

Page 11

```
 1   ■      ■■   ■■    ■■■   ■■■
 2   ■          ■■
 3   ■          ■■■■   ■■■
 4   ■          ■
 5   ■          ■■   ■■  ■■  ■■  ■■  ■■
 6   ■          ■■  ■  ■■■  ■■  ■  ■■■
 7   ■■   ■■■   ■■■
 8   ■          ■■
 9   ■          ■■
10   ■          ■■  ■■  ■■  ■■■  ■  ■■  ■■  ■■  ■■  ■■
11   ■  ■■  ■   ■■■
12   ■          ■■  ■■  ■■  ■■  ■■  ■■  ■  ■■  ■
13   ■■  ■■  ■■  ■■  ■  ■■
14   ■          ■■
15   ■          ■■  ■■  ■■■  ■■  ■■  ■■  ■■
16   ■■■  ■  ■■■  ■■
17   ■          ■
18   ■    ■   ■■■■   ■  ■■■■   ■■  ■■■  ■
19   ■■■   ■■  ■■  ■■  ■■  ■  ■■
20   ■■■   ■  ■■  ■■  ■■  ■■■  ■■  ■■■
21   ■■■  ■■  ■■  ■  ■■  ■■■  ■■  ■■  ■■  ■  ■■
22   ■■■  ■■■  ■■  ■  ■■  ■■  ■■■  ■■  ■■
23   ■■■■   ■  ■  ■■  ■■
24   Q.     Okay.  So you could, for example, put in a
25   component, and it would tell you all of the --
```

```
 1   A.      Yes.
 2   Q.      -- the other components?
 3   A.      All the components go into that battery.
 4   ██    ████   ███  ████   ███ ██  █████  ███  ████
 5   ██████    █████   █
 6   ██      ██
 7   ██    ████  ██  ███ █████  ███ █ ████  ███
 8   ██    ████  ██  █████  ████ ███ ███  ████ ██
 9   ██████  ██  ████  ██  ██████  ███ █ ██████
10   ██████  ██  ██  ████  █████  ███████
11   ██████  ██  ██████  ████  █████  ██ ██ ████
12   ██    █████
13   ██    ████  ████  ███ █████  ███ ████ ███ ██
14   ████████
15   ██    ████  ███  ██  ███  ███ █████  █████
16   ██    ███  █████  ███  ████  ██ █████ ████
17   ██████  █████  ██████  ██████ ██ ████████
18   ██ ██████ █ ███  █████ ██  ████  ████ ████ ██
19   ███ █ ███████
20         ███  █████   █████ █ ██  ████
21         ███  █████   ██  ████
22         ███  █████   ████  ██  ██
23         ███  █████   ████ ████ █ ██████
24         ███  █████   █████  ████
25         ███  █████   ██████  █
```

```
 1              THE REPORTER:  Thank you.
 2   BY MR. CARPENTER:
 3   Q.      And have you worked at other companies, other
 4   manufacturing companies?
 5   A.      Yes.
 6   Q.      Can you talk a little bit about your job
 7   background?
 8   A.      So prior to Tesla, I work for Hitachi, the
 9   software --
10   Q.      Yes.
11   A.      Right.  The storage, the semiconductor
12   equipment.  And prior to that, I have worked for
13   PerkinElmer.  It's also a manufacturing environment.  So
14   I have been manufacturing environment inventory
15   industrial end of the field for probably 20 years.
16   Q.      Wow, okay.  And at -- at other companies you
17   worked with, did they use a similar system?
18   A.      Not really, because MOS is designed by Tesla.
19   Q.      Okay.
20   A.      It's a customer built.  Work very uniquely for
21   Tesla.
22   Q.      Okay.  But other manufacturers, did they also
23   track the parts?
24   A.      Yes.
25   Q.      Okay.
```

CONFIDENTIAL AEO - Judy Wu - 9/9/2019

Page 75

```
 1   where, how this material cost from.  Because the MOS is
 2   not supposed to give you dollars.
 3           (Mr. Masia exited the room.)
 4   BY MR. GATES:
 5   Q.      Okay.  Where do you get the dollar value?
 6   A.      Dollar is from our Warp Drive system, which
 7   finance people use Warp Drive system as the dollars.
 8   MOS only provides quantities.
 9   Q.      Do you know whether or not process technicians
10   at the Gigafactory are given access to the financial
11   data in the Warp system?
12   A.      It's not -- they are not supposed to have any
13   access to Warp Drive data.
14   Q.      Okay.  So you don't know -- you can't tell from
15   this data whether or not that material cost is correct?
16   A.      I could not tell from here.
17   Q.      Okay.  Putting aside whether or not the material
18   cost is correct, just assume for purposes of my question
19   that it is.  If you use this quantity of scrap and
20   multiplied it by the material cost, would the total
21   material cost overstate the actual -- the value of the
22   actual physical scrap?
23   A.      So this talk about the $21 million material
24   cost.
25   Q.      Yeah.
```

```
 1   STATE OF CALIFORNIA )
                         )  ss.
 1   COUNTY OF ALAMEDA   )
 3          I, Michael Hensley, Certified Shorthand Reporter,
 4   Registered Diplomate Reporter, in and for the State of
 5   California, Certificate No. 14114,
 6   do hereby certify:
 7          That the witness in the foregoing deposition was by
 8   me first duly sworn to testify to the truth, the whole
 9   truth, and nothing but the truth in the foregoing cause;
10   that said deposition was taken before me at the time and
11   place herein named; that said deposition was reported by
12   me in shorthand and transcribed, through computer-aided
13   transcription, under my direction; and that the
14   foregoing transcript is a true record of the testimony
15   elicited and proceedings had at said deposition.
16          I do further certify that I am a disinterested
17   person and am in no way interested in the outcome of
18   this action or connected with or related to any of the
19   parties in this action or to their respective counsel.
20          In witness whereof, I have hereunto set my hand
21   this 26th day of September, 2019.
22
23   _____
     Michael Hensley, CSR NO. 14114
24
25
```