# Exhibit 53
# January 26, 2018 Tripp instant messenger conversation (TES-TRIPP_0026384-85)

# Filed Conditionally Under Seal

MSJ_606