# Exhibit 54
# June 14, 2018 Martin Tripp interview excerpts

# Filed Conditionally Under Seal