# Exhibit 55
# June 8, 2018 Emails (TES-TRIPP_0021070-72)

# Filed Conditionally Under Seal