# Exhibit 56
# May 17, 2018 emails (TES-TRIPP_0027345-46)

# Filed Conditionally Under Seal

MSJ_625