# Exhibit 59
# Jacob Nocon Deposition Excerpts

MSJ_670



UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

TESLA, INC., a Delaware
Corporation,

       Plaintiff,

vs.              Case No: 3:18-cv-00296-LRH-CBC

MARTIN TRIPP, an individual,

       Defendant.
_____

MARTIN TRIPP, an individual,

       Counterclaimant,

vs.

TESLA, INC., a Delaware
Corporation,

       Counterdefendant.
_____



VIDEOTAPED DEPOSITION OF

JACOB NOCON

TAKEN ON
FRIDAY, MAY 17, 2019
9:01 A.M.

COURTYARD CONFERENCE CENTER
FOUR SEASONS CONFERENCE ROOM
4320 EL CAMINO REAL
PALO ALTO, CALIFORNIA 94022

MSJ_671

```
 1        Q.   Anything -- and I appreciate that you
 2   didn't draft the complaint, but I'm trying to
 3   reconcile your investigation with the allegations in
 4   the complaint.
 5        A.   Sure.
 6        Q.   Anything else that you can think of that
 7   paragraph 14 might be referring to other than those
 8   SQL queries?
 9             MS. LIBEU:  Objection to the extent it
10   calls for speculation, but you can answer.
11             THE WITNESS:  Yeah.  I can't think of
12   anything, but I'm not sure.
13        Q.   BY MR. FISCHBACH:  Okay.  Thank you.
14             It says, "Tripp admitted to writing
15   software that hacked Tesla's MOS."
16             Did Mr. Tripp have access to the MOS?
17        A.   My understanding is that as part of his
18   job function, he did have access to MOS, and part of
19   his job was to write queries in order to extract
20   information.
21        Q.   Because when I see the word "hacked"
22   there, it has certain connotations to it.
23        A.   Sure.
24        Q.   Based on your investigation, did Mr. Tripp
25   access portions of the MOS system that were, you
```

1  know, beyond his authority?

2          MS. LIBEU:  Objection to the preamble to

3  the question, but you can go ahead and answer.

4          THE WITNESS:  So I'm not sure, because I

5  don't know exactly what he was able to or supposed

6  to be doing within his job function.

7          That said, I know that part of the query

8  that he was running was looking for different parts

9  throughout the factory.  Some of those parts he was

10  either not working on at the time, so it would have

11  exceeded what he needed for his actual job.

12      Q.    BY MR. FISCHBACH:  But other than that,

13  other than him making inquiries are into areas or

14  systems of the Gigafactory that -- not -- not

15  pertinent to his particular job description, can you

16  think of anything else that would fall into this

17  category of him hacking Tesla's MOS?

18      A.    I don't believe that we uncovered anything

19  else.

20      Q.    Did you uncover any instances of him using

21  somebody else's credentials to access the MOS?

22      A.    I would say that we're still not sure

23  about that.

24          Again, I'm not the computer expert, but

25  based on what was found by some of my colleagues,

# CERTIFICATE

I, Carli McKenny, do hereby certify that I reported all proceedings adduced in the foregoing matter and that the foregoing transcript pages constitutes a full, true and accurate record of said proceedings to the best of my ability.

I further certify that I am neither related to counsel or any party to the proceedings nor have any interest in the outcome of the proceedings.

IN WITNESS HEREOF, I have hereunto set my hand this 3rd day of June, 2019.

_____
        Carli McKenny