# Exhibit 60
# June 5, 2018 Tripp instant messenger conversation (TES-TRIPP_0017328)

# Filed Conditionally Under Seal