# Exhibit 62
# Tesla's Amended Response and Objections to Martin Tripp's Interrogatory No. 18

# Filed Conditionally Under Seal

MSJ_683