# Exhibit 63
# Tripp's August 2018 tweets (Tesla TES-TRIPP_0000919, TES-TRIPP_0000936, TES-TRIPP_0000949, and TES-TRIPP_0000952)

MSJ_692

 **Martin Tripp**
@trippedover

 Follow

Are any of these VIN's YOUR car?  If so, you have a module(s) that IS punctured/dented/damaged. #TSLA #TSLAQ @elonmusk (Subsidy Fraud-Boy)



2:09 PM - 15 Aug 2018

58 Retweets   140 Likes   

CONFIDENTIAL

MSJ_693
TES-TRIPP_0000919

 **Martin Tripp** @trippedover  Follow

Here's what this ▇▇▇▇▇▇▇▇▇▇▇▇▇▇ looks like #TSLA #TSLAQ



2:13 PM - 15 Aug 2018

8 Retweets  34 Likes  

CONFIDENTIAL

MSJ_694
TES-TRIPP_0000936



**Martin Tripp**
@trippedover



Now let's look at Bandolier scrap from 1/1/18 (although 1/1 to 3/21 is actually missing most likely due to accounting fraud (hard to prove though) #TSLA #TSLAQ Keep in mind, the $ values are from MOS.  Does NOT include overhead cost, etc.



2:19 PM - 15 Aug 2018

11 Retweets   33 Likes   

CONFIDENTIAL

MSJ_695
TES-TRIPP_0000949



**Martin Tripp**
@trippedover

Follow

What's that? You want to see Module scrap? Here ya go! #TSLA #TSLAQ



2:21 PM - 15 Aug 2018

**3** Retweets **28** Likes



TES-TRIPP_0000952

CONFIDENTIAL

MSJ_696