MCDONALD CARANO LLP
Rory T. Kay (NSBN 12416)
  rkay@mcdonaldcarano.com
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV  89102
Telephone:  (702) 873-4100
Facsimile:  (702) 873-9996

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Alex Spiro (admitted pro hac vice)
  alexspiro@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Michael T. Lifrak (admitted pro hac vice)
  michaellifrak@quinnemanuel.com
Jeanine M. Zalduendo (admitted pro hac vice)
  jeaninezalduendo@quinnemanuel.com
Aubrey Jones (admitted pro hac vice)
  aubreyjones@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000

Attorneys for Plaintiff/Counter Defendant
TESLA, INC.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TESLA, INC.,<br>                    Plaintiff,<br><br>          v.<br><br>MARTIN TRIPP,<br><br>                    Defendant.<br><br>_____<br><br>AND RELATED COUNTERCLAIMS | Case No. 3:18-cv-00296-LRH-CBC<br><br>**APPENDIX OF EXHIBITS IN SUPPORT OF TESLA, INC.'S OPPOSITION TO MARTIN TRIPP'S MOTION FOR SUMMARY JUDGMENT**<br><br>**(VOLUME 2 of 3)** |

McDONALD CARANO
2300 WEST SAHARA AVENUE, SUITE 1200 • LAS VEGAS, NEVADA 89102
PHONE 702.873.4100 • FAX 702.873.9966

Plaintiff and Counterclaim Defendant, Tesla, Inc., submits an  Appendix of Exhibits in

Support of its Opposition to Martin Tripp's Motion for Summary Judgment.

| Ex | Description | Vol. # | Page Nos. |
|---|---|---|---|
| 52 | September 9, 2019 Judy Wu Deposition Excerpts [**Filed with redactions**] | 1 | MSJ_599-605 |
| 53 | Instant messenger conversation dated January 26, 2018, between Martin Tripp and Robert Duran (TES-TRIPP_0026384-85) [**Filed under seal**] | 1 | MSJ_606-608 |
| 54 | Martin Tripp's June 14, 2018 interview with Nicolas Gicinto and Jake Nocon [**Filed under seal**] | 1 | MSJ_609-620 |
| 55 | June 8, 2018, email chain among Megan Conway, Martin Tripp, and Tyson Hutson produced (TES-TRIPP_0021070-72) [**Filed under seal**] | 1 | MSJ_621-624 |
| 56 | May 17, 2018, email chain among Megan Conway, Martin Tripp, and Patrick Shakal (TES-TRIPP_0027345-46) [**Filed under seal**] | 1 | MSJ_625-627 |
| 57 | September 4, 2019 Martin Tripp Deposition Excerpts [**Filed with redactions**] | 1 | MSJ_628-653 |
| 58 | August 27, 2019, Nicholas Gicinto Deposition Excerpts [**Filed with redactions**] | 1 | MSJ_654-669 |
| 59 | May 17, 2019 Jacob Nocon Deposition Excerpts | 1 | MSJ_670-674 |
| 60 | June 5, 2018, Instant messenger conversation between Martin Tripp and Sam Kapner (TES-TRIPP_0017328) [**Filed under seal**] | 1 | MSJ_675-676 |
| 61 | May 9, 2019, Jeffrey Kinrich Deposition Excerpts | 1 | MSJ_677-682 |
| 62 | May 20, 2019, Tesla's Amended Response and Objections to Martin Tripp's Interrogatory No. 18 [**Filed under seal**] | 1 | MSJ_683-691 |
| 63 | Selection of Martin Tripp's August 2018, tweets (TES-TRIPP_0000919, TES-TRIPP_0000936, TES-TRIPP_0000949, TES-TRIPP_0000952) [**Filed with redactions**] | 1 | MSJ_692-696 |
| 64 | June 6, 2019, Bruce Watson Deposition Excerpts [**Filed under seal**] | 2 | MSJ_697-706 |
| 65 | Selection of Martin Tripp's February 2020 tweets [**Filed with redactions**] | 2 | MSJ_707-712 |
| 66 | Exhibit 5 to the deposition of Jeffrey Kinrich (TES-TRIPP_0001040) | 2 | MSJ_713-719 |
| 67 | Exhibit 6 to the deposition of Jeffrey Kinrich (TES-TRIPP_0001021-1040) [**Filed with redactions**] | 2 | MSJ_720-742 |
| 68 | Exhibit 7 to the deposition of Jeffrey Kinrich (TES-TRIPP_0001041-0001052) [**Filed with redactions**] | 2 | MSJ_743-756 |
| 69 | Exhibit 8 to the deposition of Jeffrey Kinrich (TES-TRIPP_0001053-00010) [**Filed with redactions**] | 3 | MSJ_757-842 |

Respectfully submitted this 5th day of May, 2020.

QUINN EMANUEL URQUHART &
SULLIVAN, LLP

By:  /s/ *Alex Spiro*
    Alex Spiro
    51 Madison Avenue, 22nd Floor
    New York, New York 10010

    Rory T. Kay (NSBN 12416)
    MCDONALD CARANO LLP
    2300 West Sahara Avenue, Suite 1200
    Las Vegas, NV  89102

    *Attorneys for Plaintiff/Counter-Defendant*
    *TESLA, INC.*