# Exhibit 64
# Bruce Watson Deposition Excerpts

# Filed Conditionally Under Seal