# Exhibit 65
# February 2020 Martin Tripp Tweets

 Home  Moments  Notifications  Messages  Search Twitter  Tweet



## Martin Tripp
@tripp_martin

Tesla SAFETY, scrap, waste Whistleblower. What you might think you know about what happened; you're most likely wrong. Facts are important :-)

Budapest
gofundme.com/f/tripp-vs-tes…
Joined January 2020

**Tweet to Martin Tripp**

Photos and videos

  


**Tweets** 125 | **Following** 67 | **Followers** 293 | **Likes** 238

**Follow**

Tweets   Tweets & replies   Media

**Martin Tripp** @tripp_martin · Mar 1
Replying to @BernieSanders
@BernieSanders care to help our cause?



**Tripp vs Tesla: Help fund the fight organized by Martin Tripp**
My name is Martin Tripp and I am asking for your help! I'm originally from a small to… Martin Tripp needs your support for Tripp vs Tesla: Help fund the
gofundme.com

 1

**Martin Tripp** @tripp_martin · Mar 1
Replying to @BernieSanders
We are asking for financial support as well @BernieSanders







10. I also have probably forgotten more than I care to remember over the last two years. Good thing I have documentation to back up my thoughts.

Show this thread

**Martin Tripp** @tripp_martin · Feb 2

9. Keep in mind, I am NOT an expert, nor do I pretend to be. I DO know quite a bit about Li-Ion batteries both from personal learning, as well as 'professional' training at my previous employer. I have been PRO trained by Scientists, Chemists, Engineers, and Technicians.

Show this thread

**Martin Tripp** @tripp_martin · Feb 2

8. After just 3 days, and it is quite humid due to rain over the last few weeks. I will need to take new pics, as now after a week, it is absolute powder.

Show this thread

**Martin Tripp** @tripp_martin · Feb 2

7. As noted before, this was the bottom of the cell, but it doesn't matter. If someone says it does, they don't know what they are talking about. Let's look at this particular cell after just THREE days (day 1 was mostly clear liquid).

Show this thread

**Martin Tripp** @tripp_martin · Feb 2

6. I have been tearing down old battery packs that were trashed, and testing to make a large bank to power some lights. I accidentally pulled too hard/fast on a tab, and (luckily) fluid began leaking out. You know the smell as soon as it happens.

Show this thread

**Martin Tripp** @tripp_martin · Feb 2

5. This was brought to MANY levels of leadership, and I was laughed at. Especially when I discussed punctured cells. Now, someone commented that the



