# Exhibit 66
# Exhibit 5 to the deposition of Jeffrey Kinrich

| Effort | Hours Expended | Rate (hourly) | Total cost | Description |
|---|---|---|---|---|
| BI Leak Investigation | 391 | 375 | $146,625 | Hours for Nisos onsite team (Scott, Willis, Josh, Ryan and Justin) and support for investigation from June 18 - 23 |
| Marty Trip BG report | 30 | 375 | $11,250 | Complete 25 June |
| Jake | 262 | 168 | $44,016 | Lead investigtor |
| ODCs - Meals | | | $1,803 | Travel Expenses |
| ODCs - Transportation | | | $3,369 | Travel Expenses |
| ODCs - Air | | | $18,366 | Travel Expenses |
| ODCs - Hotel | | | $8,445 | Travel Expenses |
| ODC - Misc | | | $418 | Travel Expenses |
| Forensics Kit (Willis Order) | | | yea | Equipment for Investigation |
| Forensics Package (Gomez Order) | | | $5,986 | Equipment for Investigation |
| | | | | |
| **Total Labor** | | | **$201,891** | |
| **equipment purchase & ODC** | | | **$38,388** | |
| **Total Spend** | | | **$240,279** | |

| MEALS | TRANSPORTATION | FLIGHT | HOTEL | MISC |
|---:|---:|---:|---:|---:|
| $2.99 | $42.60 | $579.96 | $1,231.58 | |
| $11.42 | $4.00 | $493.96 | $1,227.61 | |
| $63.81 | $5.00 | $176.98 | $303.42 | |
| $10.38 | $41.57 | $160.20 | $47.33 | |
| $16.42 | $44.38 | $289.98 | $21.25 | |
| $6.69 | $2.00 | $25.00 | $13.17 | |
| $30.39 | $43.45 | $623.96 | $899.86 | |
| $37.78 | $42.75 | $160.20 | $422.90 | |
| $10.34 | $10.62 | $71.00 | $337.21 | |
| $15.12 | $37.59 | $481.96 | $16.25 | |
| $11.42 | $62.45 | $55.49 | $24.57 | |
| $12.81 | $274.11 | | $349.64 | |
| $22.96 | $45.58 | | | |
| $11.15 | $15.11 | | | |
| $27.11 | $135.54 | | | |
| $10.17 | $2.00 | | | |
| $10.38 | $5.00 | | | |
| $10.88 | $24.35 | | | |
| $22.60 | | | | |
| $13.82 | | | | |
| $3.33 | | | | |
| $3.92 | | | | |
| $27.08 | | | | |
| $42.49 | | | | |
| $24.62 | | | | |
| $12.15 | | | | |
| $11.24 | | | | |
| $12.00 | | | | |
| $58.07 | | | | |
| $43.05 | | | | |
| $16.12 | | | | |
| $7.34 | | | | |
| $6.25 | | | | |
| $13.24 | | | | |
| $25.37 | | | | |
| $35.88 | | | | |
| $7.23 | | | | |
| $47.00 | | | | |
| $9.29 | | | | |
| **$764.31** | **$838.10** | **$2,581.24** | **$2,809.94** | **$0.00** |

| MEALS | TRANSPORTATION | FLIGHT | HOTEL | MISC | |
|---|---|---|---|---|---|
| $18.11 | | | | | |
| $4.99 | $12.99 | $160.20 | $858.69 | $6.00 | |
| $21.56 | $493.73 | $160.20 | $311.86 | $6.00 | |
| $14.20 | $20.22 | $25.00 | $46.86 | $10.00 | |
| $64.57 | $14.82 | $1,096.80 | $367.90 | $27.91 | |
| $10.42 | $55.47 | $932.20 | $1,131.36 | $16.78 | |
| $11.58 | $51.40 | $612.80 | $968.20 | $32.41 | |
| $4.64 | $29.14 | $25.00 | $145.60 | | |
| $22.63 | $64.08 | $261.20 | | | |
| $6.91 | $18.03 | $202.00 | | | |
| $13.90 | $69.58 | | | | |
| $11.15 | $28.30 | | | | |
| $10.14 | $56.23 | | | | |
| $9.03 | $37.74 | | | | |
| $7.08 | $18.42 | | | | |
| $36.73 | $84.00 | | | | |
| $11.15 | $74.58 | | | | |
| $8.78 | | | | | |
| $15.30 | | | | | |
| $6.25 | | | | | |
| $1.31 | | | | | |
| $5.29 | | | | | |
| $23.57 | | | | | |
| $19.00 | | | | | |
| $37.63 | | | | | |
| $10.68 | | | | | |
| $8.78 | | | | | |
| $28.04 | | | | | |
| **$425.31** | **$1,128.73** | **$3,475.40** | **$3,830.47** | **$99.10** | **$8,859.91** |

| MEALS | TRANSPORTATION | FLIGHT | HOTEL | MISC |
|---|---|---|---|---|
| $ 13.52 | $ 8.00 | $ 2,429.20 | $ 990.06 | $ 12.00 |
| $ 40.35 | $ 9.96 | $ 696.67 | $ 175.00 | $ 4.44 |
| $ 14.20 | $ 10.35 | $ 3,536.40 | $ 1,201.35 | $ 3.53 |
| $ 25.99 | $ 2.00 | $ 200.00 | | $ 5.13 |
| $ 397.14 | $ 24.66 | | | $ 7.61 |
| $ 24.52 | $ 7.00 | | | $ 2.76 |
| $ 6.47 | $ 5.00 | | | $ 2.66 |
| $ 20.99 | $ 2.00 | | | $ 1.93 |
| $ 49.50 | $ 26.10 | | | $ 356.27 |
| $ 1.99 | $ 9.97 | | | $ 10.99 |
| $ 3.97 | $ 8.10 | | | $ 4.18 |
| | $ 5.00 | | | $ 6.95 |
| | $ 10.26 | | | |
| | $ 16.49 | | | |
| | $ 3.00 | | | |
| | $ 29.32 | | | |
| | $ 165.35 | | | |
| | $ 6.00 | | | |
| | $ 5.00 | | | |
| | $ 5.00 | | | |
| | $ 25.39 | | | |
| | $ 21.06 | | | |
| | $ 17.29 | | | |
| | $ 17.51 | | | |
| | $ 165.32 | | | |
| | $ 15.54 | | | |
| | $ 17.35 | | | |
| | $ 5.00 | | | |
| | $ 14.66 | | | |
| | $ 11.90 | | | |
| | $ 11.45 | | | |
| | $ 37.99 | | | |
| | $ 9.20 | | | |
| | $ 70.55 | | | |
| **$598.64** | **$798.77** | **$6,862.27** | **$2,366.41** | **$ 418.45** |

| MEALS | TRANSPORTATION | FLIGHT | HOTEL | MISC |
|---|---|---|---|---|
| $ 14.58 | $ 20.50 | $ 381.20 | $ 420.82 | |
| | $ 53.35 | $ 288.20 | $ 296.53 | |
| | $ 10.00 | $ 448.40 | $ 6.59 | |
| | $ 41.10 | $ 7.99 | | |
| | $ 18.07 | | | |
| | $ 71.17 | | | |
| | $ 38.73 | | | |
| **$14.58** | **$252.92** | **$1,125.79** | **$717.35** | |

MSJ_718

| MEALS | TRANSPORTATION | FLIGHT | HOTEL | MISC |
|---|---|---|---|---|
| | 19.49 | 884.65 | 202.77 | |
| | 11.67 | 39.00 | 164.58 | |
| | 42.57 | 796.80 | 146.09 | |
| | 45.25 | 932.20 | 1017.28 | |
| | 60.23 | 1668.80 | | |
| | 13.09 | | | |
| | 17.85 | | | |
| | 41.92 | | | |
| | 13.65 | | | |
| | 22.05 | | | |
| | 11.39 | | | |
| $0.00 | $299.16 | $4,321.45 | $1,530.72 | |