# Exhibit 67
# Exhibit 6 to the deposition of Jeffrey Kinrich

MSJ_720



**RENAISSANCE®**
HOTELS

**RENAISSANCE RENO DOWNTOWN HOTE**

**GUEST FOLIO**

| 228 ROOM | NOCON/JACOB/MR NAME | 254.00 RATE | 06/22/18 DEPART | 08:00 TIME | 1353 ACCT# |
| HQ TYPE | ▉▉▉▉▉▉ | | 06/18/18 ARRIVE | 16:49 TIME | |
| 77 ROOM CLERK | ADDRESS | VSXXXXXXXXXXXXX7949 PAYMENT | | | ▉▉▉▉▉▉▉ |

| DATE | REFERENCES | | CHARGES | CREDITS | BALANCES DUE |
|------|-----------|----|---------|---------|--------------|
| 06/18 | SUNDRIES | SKITTLES | 3.00 | | |
| 06/18 | BEV&FOOD | SODA | 3.00 | | |
| 06/18 | ROOM | 228, 1 | 205.00 | | |
| 06/18 | OCC TAX | 228, 1 | 27.68 | | |
| 06/18 | CITY FEE | 228, 1 | 2.00 | | |
| 06/19 | SHORE RO | 1805 228 | 19.78 | | |
| 06/19 | BEV&FOOD | PEPSI | 3.00 | | |
| 06/19 | RM SERV | 2462 228 | 37.48 | | |
| 06/19 | ROOM | 228, 1 | 254.00 | | |
| 06/19 | OCC TAX | 228, 1 | 34.29 | | |
| 06/19 | CITY FEE | 228, 1 | 2.00 | | |
| 06/20 | SHORE RO | 1888 228 | 22.45 | | |
| 06/20 | B BOCCE | 54 228 | 37.32 | | |
| 06/20 | ROOM | 228, 1 | 254.00 | | |
| 06/20 | OCC TAX | 228, 1 | 34.29 | | |
| 06/20 | CITY FEE | 228, 1 | 2.00 | | |
| 06/21 | ROOM | 228, 1 | 254.00 | | |
| 06/21 | OCC TAX | 228, 1 | 34.29 | | |
| 06/21 | CITY FEE | 228, 1 | 2.00 | | |
| 06/22 | CCARD-VS | | | 1231.58 | |
| | PAYMENT RECEIVED BY: VISA | XXXXXXXXXXXX7949 | | | .00 |

**See our "Privacy & Cookie Statement" on Marriott.com**

**Your Rewards points/miles earned on your eligible earings will be credited to your account. Check your Rewards Account Statement for update activity.**

**RENAISSANCE®**
HOTELS

RENAISSANCE RENO DOWNTOWN HOTE
ONE SOUTH LAKE ST.
RENO, NV 89501
775-682-3900 FAX: 775-321-5867

Date: 5/9/19    EXHIBIT 6
Witness: JEFFREY H. KINRICH
Alejandria E.Kate, CSR11897

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amounts shown in the credit column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 25 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

Signature X



# RENAISSANCE*
### HOTELS

**RENAISSANCE RENO DOWNTOWN HOTE**

**GUEST FOLIO**

| 810 ROOM | NOCON/JACOB NAME | 209.00 RATE | 06/16/18 DEPART | 06:13 TIME | 10734 ACCT# |
|---|---|---|---|---|---|
| QQ TYPE | ▬▬▬▬▬▬▬ | | 06/12/18 ARRIVE | 18:52 TIME | |
| 28 ROOM CLERK | ADDRESS | VSXXXXXXXXXXXXX7949 PAYMENT | | | ▬▬▬▬▬▬ |

| DATE | REFERENCES | | CHARGES | CREDITS | BALANCES DUE |
|---|---|---|---|---|---|
| 06/12 | ROOM | 810, 1 | 269.00 | | |
| 06/12 | OCC TAX | 810, 1 | 36.32 | | |
| 06/12 | CITY FEE | 810, 1 | 2.00 | | |
| 06/13 | ROOM | 810, 1 | 309.00 | | |
| 06/13 | OCC TAX | 810, 1 | 41.72 | | |
| 06/13 | CITY FEE | 810, 1 | 2.00 | | |
| 06/14 | ROOM | 810, 1 | 229.00 | | |
| 06/14 | OCC TAX | 810, 1 | 30.92 | | |
| 06/14 | CITY FEE | 810, 1 | 2.00 | | |
| 06/15 | SHORE RO | 1306 810 | 18.70 | | |
| 06/15 | SHORE RO | 1395 810 | 33.56 | | |
| 06/15 | SHORE BA | 3488 810 | 14.17 | | |
| 06/15 | ROOM | 810, 1 | 209.00 | | |
| 06/15 | OCC TAX | 810, 1 | 28.22 | | |
| 06/15 | CITY FEE | 810, 1 | 2.00 | | |
| 06/16 | CCARD-VS | | | 1227.61 | |
| | PAYMENT RECEIVED BY: VISA | XXXXXXXXXXXXX7949 | | | .00 |

**See our "Privacy & Cookie Statement" on Marriott.com**

**Your Rewards points/miles earned on your eligible earings will be credited to your account. Check your Rewards Account Statement for update activity.**



# RENAISSANCE®
### HOTELS

RENAISSANCE RENO DOWNTOWN HOTE
ONE SOUTH LAKE ST.
RENO, NV 89501
775-682-3900 FAX: 775-321-5867

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amounts shown in the credit column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 25 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

Signature X



DOUBLETREE BY HILTON  NEWARK-FREMONT
39900 BALENTINE DRIVE
NEWARK, CA  94560
United States of America
TELEPHONE 510-490-8390  • FAX 510-651-7828
Reservations
www.hilton.com or 1 800 HILTONS



NOCON, JACOB

UNITED STATES OF AMERICA

| | |
|---|---|
| Room No: | 7012/NKRQG |
| Arrival Date: | 6/11/2018 12:02:00 PM |
| Departure Date: | 6/12/2018 12:31:00 PM |
| Adult/Child: | 1/0 |
| Cashier ID: | LCCHOEUN |
| Room Rate: | 275.38 |
| AL: | |
| HH # | |
| VAT # | |
| Folio No/Che | 291116 A |

Confirmation Number: 88280167

DOUBLETREE BY HILTON  NEWARK-FREMONT 6/12/2018 12:31:00 PM

| DATE | DESCRIPTION | ID | REF NO | CHARGES | CREDIT | BALANCE |
|---|---|---|---|---|---|---|
| 6/11/2018 | GUEST ROOM | JSANCHE Z46 | 972681 | $275.38 | | |
| 6/11/2018 | RM CITY TAX | JSANCHE Z46 | 972681 | $27.54 | | |
| 6/11/2018 | RM TOURISM ASSESSMENT | JSANCHE Z46 | 972681 | $0.50 | | |
| 6/12/2018 | VS *7949 | LCCHOEU N | 973024 | | ($303.42) | |
| | | | **BALANCE** | | | $0.00 |

Hilton Honors(R) stays are posted within 72 hours of checkout. To check your earnings or book your next stay at more than 4,000 hotels and resorts in 100 countries, please visit Honors.com

Thank you for choosing Doubletree! Come back soon to enjoy our warm chocolate chip cookies and relaxed hospitality. For your next trip visit us at doubletree.com for our best available rates!

CREDIT CARD DETAIL

| | | | |
|---|---|---|---|
| APPR CODE | 35438D | MERCHANT ID | 41358900009 |
| CARD NUMBER | VS *7949 | EXP DATE | 08/20 |
| TRANSACTION ID | 973024 | TRANS TYPE | Sale |

CONFIDENTIAL                CNTL00779382                TES-TRIPP_0001023

MSJ_723



**Jake Nocon**

## Fw: Flight reservation (WWJPWH) | 18JUN18 | SAN-RNO | Nocon/Jacob
1 message

**Jacob Nocon**                                                              Sun, Jun 17, 2018 at 12:59 PM
To:

Sent from Yahoo Mail for iPhone

Begin forwarded message:

On Sunday, June 17, 2018, 12:32 PM, Southwest Airlines <SouthwestAirlines@luv.southwest.com> wrote:

Thanks for choosing Southwest® for your trip.

 **Southwest's**                                    👤 Log in | **View my itinerary**

| Check In Online | Check Flight Status | Change Flight | Special Offers | Hotel Offers | Car Offers |

### Ready for takeoff!

 Thanks for choosing Southwest® for your trip. You'll find everything you need to know about your reservation below. Happy travels!

✈ Air itinerary

### AIR Confirmation: WWJPWH                    Confirmation Date: 06/17/2018



**Save up to 35%**
on base rates and earn up to 2,400 Rapid Rewards® points. Terms apply.

**Hertz**
Book car >

| Passenger(s) | Rapid Rewards # | Ticket # | Expiration | Est. Points Earned |
|---|---|---|---|---|
| NOCON/JACOB |  | 5261458183363 | Jun 17, 2019 | 5132 |

Rapid Rewards points earned are only estimates. Visit your (MySouthwest, Southwest.com or Rapid Rewards) account for the most accurate totals - including A-List & A-List Preferred bonus points.



Earn up to 10,000 Rapid Rewards® points per night.
**Select your room >**

| Date | Flight | Departure/Arrival |
|---|---|---|
| Mon Jun 18 | 2155 | Depart **SAN DIEGO, CA (SAN)** on Southwest Airlines at **01:05 PM** Arrive in **RENO/TAHOE, NV (RNO)** at **02:35 PM** Travel Time 1 hrs 30 mins Anytime |

**Add a rental car**
✓ Earn Rapid Rewards® points
✓ Guaranteed low rates
✓ Free cancellation

| Date | Flight | Departure/Arrival |
|---|---|---|
| Fri Jun 22 | 958 | Depart **RENO/TAHOE, NV (RNO)** on Southwest Airlines at **05:45 PM** Arrive in **SAN DIEGO, CA (SAN)** at **07:15 PM** Travel Time 1 hrs 30 mins Anytime |

**Book a car >**

✓ **Check in for your flight(s):** 24 hours before your trip on Southwest.com or your mobile device to secure your boarding position. You'll be assigned a boarding position based on your check-in time. The earlier you check in within 24 hours of your flight, the earlier you get to board.

CONFIDENTIAL                         CNTL00779383                    TES-TRIPP_0001024

MSJ_724

**Bags fly free®:** First and second checked bags. Weight and size limits apply. One small bag and one personal item are permitted as carryon items, free of charge.

**30 minutes before departure:** We encourage you to arrive in the gate area no later than 30 minutes prior to your flight's scheduled departure as we may begin boarding as early as 30 minutes before your flight.

**10 minutes before departure:** You must obtain your boarding pass(es) and be in the gate area for boarding at least 10 minutes prior to your flight's scheduled departure time. If not, Southwest may cancel your reserved space and you will not be eligible for denied boarding compensation.

**If you do not plan to travel on your flight:** In accordance with Southwest's No Show Policy, you must notify Southwest at least 10 minutes prior to your flight's scheduled departure if you do not plan to travel on your flight. Customers who fail to cancel reservations for a Wanna Get Away fare segment at least ten (10) minutes prior to travel and who do not board the flight will be considered a no show, and all remaining unused Wanna Get Away funds will be forfeited. All remaining unused Business Select and Anytime funds will be converted to reusable travel funds. If you no show your reward travel reservation, the points will be redeposited to the purchaser's Rapid Rewards account. Any taxes and fees associated with your reward travel reservation will be held for future use in the form of reusable travel funds under the name of the traveler(s).

Need to make a change? Keep your confirmation number on record. It will be used to retrieve your reservation and apply funds to future travel.

**Air Cost:** 579.96

---

Fare Rule(s): 5261458183363: NONTRANSFERABLE -BG WN
Valid only on Southwest Airlines. All travel involving funds from this Confirmation Number must be completed by the expiration date. Unused travel funds may only be applied toward the purchase of future travel for the individual named on the ticket. Any changes to this itinerary may result in a fare increase.

SAN WN RNO256.54WN SAN256.54USD513.08END ZP SAN4.10RNO4.10 XF
SAN4.5RNO4.5

YL
YL

 Learn about our boarding process➹

 Learn about inflight WiFi & entertainment➹

## Cost and Payment Summary

✈ **AIR - WWJPWH**

| | | | Payment Information |
|---|---|---|---|
| Base Fare | $ | 513.08 | Payment Type: Visa XXXXXXXXXXXX7949 |
| U.S. Transportation Tax | $ | 38.48 | Date: Jun 17, 2018 |
| U.S. 9/11 Security Fee | $ | 11.20 | Payment Amount: $579.96 |
| U.S. Flight Segment Tax | $ | 8.20 | |
| U.S. Passenger Facility Chg | $ | 9.00 | |
| **Total Air Cost** | **$** | **579.96** | |

| Useful Tools | Know Before You Go | Special Travel Needs |
|---|---|---|
| Check In Online | In the Airport | Traveling with Children |
| Early Bird Check-In | Baggage Policies | Traveling with Pets |
| View/Share Itinerary | Suggested Airport Arrival Times | Unaccompanied Minors |

CONFIDENTIAL                    CNTL00779383                    TES-TRIPP_0001025

MSJ_725

Change Air Reservation      Security Procedures      Baby on Board

Cancel Air Reservation      Customers of Size      Customers with Disabilities

Check Flight Status      In the Air

Flight Status Notification      Purchasing and Refunds

Book a Car

Book a Hotel

## Legal Policies & Helpful Information

Privacy Policy      Customer Service Commitment      Contact Us

Notice of Incorporated Terms      FAQs

Book Air | Book Hotel | Book Car | Book Vacation Packages | See Special Offers | Manage My Account

This is a post-only mailing from Southwest Airlines. Please do not attempt to respond to this message. Your privacy is important to us, Please read our Privacy Policy.

[1] All travel involving funds from this Confirmation Number must be completed by the expiration date.

[2] Security Fee is the government-imposed September 11th Security Fee.

Prohibition on Multiple/Conflicting Reservations. To promote seat availability for our Customers, Southwest prohibits multiple reservations for the same Passenger departing from the same city on the same date, or any multiple reservations containing conflicting or overlapping itineraries (such as departures for the same Customer from multiple cities at the same time). Furthermore, without advance notice to the Passenger or purchaser, Southwest may cancel such reservations, or any other reservations that it believes, in its sole discretion, were made without intent to travel. With the exception of Southwest gift cards, funds from proactively cancelled reservations by Southwest will be returned to the original form of payment. Reservations paid for with a Southwest gift card will have the amount applied from the gift card held as travel funds for use by the Customer on a future Southwest Airlines flight.

See Southwest Airlines Co. Notice of Incorporation
See Southwest Airlines Limit of Liability

Southwest Airlines
P.O. Box 36647-1CR
Dallas, TX 75235

Contact Us

Copyright 2018 Southwest Airlines Co. All Rights Reserved.

CONFIDENTIAL      CNTL00779383      TES-TRIPP_0001026

MSJ_726

Case 3:18-cv-00296-MMD-CLB   Document 181-4   Filed 05/05/20   Page 8 of 23



**Jake Nocon** ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

---

## Fwd: Flight reservation (J3ZZ93) | 12JUN18 | SAN-SJC | Nocon/Jacob
1 message

**Jacob Nocon** ▇▇▇▇▇▇▇▇▇▇▇▇▇                         Sat, Jun 9, 2018 at 1:58 PM
To: ▇▇▇▇▇▇▇▇▇▇▇▇▇

Sent from an undisclosed location

Begin forwarded message:

**From:** Southwest Airlines <SouthwestAirlines@luv.southwest.com>
**Date:** June 6, 2018 at 12:29:16 PM PDT
**To:** ▇▇▇▇▇▇▇▇▇
**Subject: Flight reservation (J3ZZ93) | 12JUN18 | SAN-SJC | Nocon/Jacob**
**Reply-To:** Southwest Airlines <reply@wnco.com>

Thanks for choosing Southwest® for your trip.

---

 **Southwest's**         👤 Log in | View my itinerary

| Check In Online | Check Flight Status | Change Flight | Special Offers | Hotel Offers | Car Offers |

### Ready for takeoff!

 Thanks for choosing Southwest® for your trip. You'll find everything you need to know about your reservation below. Happy travels!



Save up to 35%
on base rates and earn up to 2,400 Rapid Rewards® points. Terms apply.

**Hertz**

Book car >

✈ Air itinerary

**AIR Confirmation: J3ZZ93**        Confirmation Date: 06/6/2018



EarlyBird Check-In

Let us take care of check-in for you.

**Get it now**

| Passenger(s) | Rapid Rewards # | Ticket # | Expiration | Est. Points Earned |
|---|---|---|---|---|
| NOCON/JACOB | ▇▇▇▇▇▇▇ | 5261454341625 | Jun 6, 2019 | 892 |

Rapid Rewards points earned are only estimates. Visit your (MySouthwest, Southwest.com or Rapid Rewards) account for the most accurate totals - including A-List & A-List Preferred bonus points.

| Date | Flight | Departure/Arrival |
|---|---|---|
| Tue Jun 12 | 1691 | Depart **SAN DIEGO, CA (SAN)** on Southwest Airlines at **06:20 AM** Arrive in **SAN JOSE, CA (SJC)** at **07:50 AM** Travel Time 1 hrs 30 mins Wanna Get Away |

✓ **Check in for your flight(s):** 24 hours before your trip on Southwest.com or your mobile device to secure your boarding position. You'll be assigned a boarding position based on your check-in time. The earlier you check in within 24 hours of your flight, the earlier you get to board.

🧳 **Bags fly free®:** First and second checked bags. Weight and size limits apply. One small bag and one personal item are permitted as carryon items, free of charge.

CONFIDENTIAL                  CNTL00779384                  TES-TRIPP_0001027

MSJ_727

🕐 **30 minutes before departure:** We encourage you to arrive in the gate area no later than 30 minutes prior to your flight's scheduled departure as we may begin boarding as early as 30 minutes before your flight.

🕐 **10 minutes before departure:** You must obtain your boarding pass(es) and be in the gate area for boarding at least 10 minutes prior to your flight's scheduled departure time. If not, Southwest may cancel your reserved space and you will not be eligible for denied boarding compensation.

ⓘ **If you do not plan to travel on your flight:** In accordance with Southwest's No Show Policy, you must notify Southwest at least 10 minutes prior to your flight's scheduled departure if you do not plan to travel on your flight. Customers who fail to cancel reservations for a Wanna Get Away fare segment at least ten (10) minutes prior to travel and who do not board the flight will be considered a no show, and all remaining unused Wanna Get Away funds will be forfeited. All remaining unused Business Select and Anytime funds will be converted to reusable travel funds. If you no show your reward travel reservation, the points will be redeposited to the purchaser's Rapid Rewards account. Any taxes and fees associated with your reward travel reservation will be held for future use in the form of reusable travel funds under the name of the traveler(s).

Need to make a change? Keep your confirmation number on record. It will be used to retrieve your reservation and apply funds to future travel.

Air Cost: 173.98

Fare.Rule(s): 5261454341625: NONREFUNDABLE/NONTRANSFERABLE STANDBY REQ UPGRADE TO Y -BG WN
Valid only on Southwest Airlines. All travel involving funds from this Confirmation Number must be completed by the expiration date. Unused travel funds may only be applied toward the purchase of future travel for the individual named on the ticket. Any changes to this itinerary may result in a fare increase. Failure to cancel reservations for a Wanna Get Away fare segment at least 10 minutes prior to travel will result in the forfeiture of all remaining unused funds.

SAN WN SJC148.63USD148.63END ZP SAN4.10 XF SAN4.5

WLN0PNR

 Learn about our boarding process ✈

 Learn about inflight WiFi & entertainment ✈

## Cost and Payment Summary

✈ **AIR - J3ZZ93**

| | | Payment Information |
|---|---|---|
| Base Fare | $ 148.63 | Payment Type: Visa XXXXXXXXXXXX7949 |
| U.S. Transportation Tax | $ 11.15 | Date: Jun 6, 2018 |
| U.S. 9/11 Security Fee | $ 5.60 | Payment Amount: $173.98 |
| U.S. Flight Segment Tax | $ 4.10 | |
| U.S. Passenger Facility Chg | $ 4.50 | |
| **Total Air Cost** | **$ 173.98** | |

---

**Useful Tools**

Check In Online
Early Bird Check-In
View/Share Itinerary
Change Air Reservation
Cancel Air Reservation
Check Flight Status

**Know Before You Go**

In the Airport
Baggage Policies
Suggested Airport Arrival Times
Security Procedures
Customers of Size
In the Air

**Special Travel Needs**

Traveling with Children
Traveling with Pets
Unaccompanied Minors
Baby on Board
Customers with Disabilities

---

### Right sidebar advertisements

Earn up to 10,000 Rapid Rewards® points per night.
**Select your room** ›

🚗 **Add a rental car**
✓ Earn Rapid Rewards® points
✓ Guaranteed low rates
✓ Free cancellation
**Book a car** ›

**Travel more for less.**
Exclusive deals for your favorite destinations.
**Sign up and save** ›

**Southwest** Rapid Rewards®
✓ Unlimited reward seats
✓ No blackout dates
✓ Redeem for International flights and more
**Enroll now** ›

CONFIDENTIAL                          CNTL00779384                          TES-TRIPP_0001028

MSJ_728

Flight Status Notification        Purchasing and Refunds

Book a Car

Book a Hotel

### Legal Policies & Helpful Information

Privacy Policy        Customer Service Commitment        Contact Us

Notice of Incorporated Terms        FAQs

Book Air | Book Hotel | Book Car | Book Vacation Packages | See Special Offers | Manage My Account

This is a post-only mailing from Southwest Airlines. Please do not attempt to respond to this message. Your privacy is important to us, Please read our Privacy Policy.

[1] All travel involving funds from this Confirmation Number must be completed by the expiration date.

[2] Security Fee is the government-imposed September 11th Security Fee.

Prohibition on Multiple/Conflicting Reservations. To promote seat availability for our Customers, Southwest prohibits multiple reservations for the same Passenger departing from the same city on the same date, or any multiple reservations containing conflicting or overlapping itineraries (such as departures for the same Customer from multiple cities at the same time). Furthermore, without advance notice to the Passenger or purchaser, Southwest may cancel such reservations, or any other reservations that it believes, in its sole discretion, were made without intent to travel. With the exception of Southwest gift cards, funds from proactively cancelled reservations by Southwest will be returned to the original form of payment. Reservations paid for with a Southwest gift card will have the amount applied from the gift card held as travel funds for use by the Customer on a future Southwest Airlines flight.

See Southwest Airlines Co. Notice of Incorporation
See Southwest Airlines Limit of Liability

Southwest Airlines
P.O. Box 36647-1CR
Dallas, TX 75235

Contact Us

Copyright 2018 Southwest Airlines Co. All Rights Reserved.

CONFIDENTIAL        CNTL00779384        TES-TRIPP_0001029

MSJ_729



Jake Nocon ████████████████████

---

# Fwd: Flight reservation (QDNWZ4) | 09JUL18 | SAN-SFO | Nocon/Jacob

1 message

---

**Jacob Nocon** ████████████████                                    Mon, Jul 9, 2018 at 10:45 AM
To: ████████████████

Sent from an undisclosed location

Begin forwarded message:

> **From:** Southwest Airlines <SouthwestAirlines@luv.southwest.com>
> **Date:** July 7, 2018 at 2:34:46 PM PDT
> **To:** ████████████████
> **Subject: Flight reservation (QDNWZ4) | 09JUL18 | SAN-SFO | Nocon/Jacob**
> **Reply-To:** Southwest Airlines <reply@wnco.com>

Thanks for choosing Southwest® for your trip.

 **Southwest**

Log in | View my itinerary

| Check In Online | Check Flight Status | Change Flight | Special Offers | Hotel Offers | Car Offers |

## Ready for takeoff!

 Thanks for choosing Southwest® for your trip. You'll find everything you need to know about your reservation below. Happy travels!

**Save up to 35%** on base rates and earn up to 2,400 Rapid Rewards® points. Terms apply.

**Hertz**
Book car >

✈ Air itinerary

### AIR Confirmation: QDNWZ4          Confirmation Date: 07/7/2018

| Passenger(s) | Rapid Rewards # | Ticket # | Expiration | Est. Points Earned |
|---|---|---|---|---|
| NOCON/JACOB | ████████ | 5261464917055 | Jul 7, 2019 | 5198 |

Rapid Rewards points earned are only estimates. Visit your (MySouthwest, Southwest.com or Rapid Rewards) account for the most accurate totals - including A-List & A-List Preferred bonus points.

**Earn up to 10,000** Rapid Rewards® points per night.
Select your room >

| Date | Flight | Business Select | Departure/Arrival |
|---|---|---|---|
| Mon Jul 9 | 2384 | ⊙ | Depart **SAN DIEGO, CA** (SAN) on Southwest Airlines at 06:30 AM<br>Arrive in **SAN FRANCISCO, CA** (SFO) at 08:15 AM<br>Travel Time 1 hrs 45 mins<br>Business Select |

| Date | Flight | Business Select | Departure/Arrival |
|---|---|---|---|
| Wed Jul 11 | 1806 | ⊙ | Depart **SAN FRANCISCO, CA** (SFO) on Southwest Airlines at 07:40 PM<br>Arrive in **SAN DIEGO, CA** (SAN) at 09:10 PM<br>Travel Time 1 hrs 30 mins<br>Business Select |

CONFIDENTIAL                          CNTL00779385                          TES-TRIPP_0001030

MSJ_730

**Bags fly free®:** First and second checked bags. Weight and size limits apply. One small bag and one personal item are permitted as carryon items, free of charge.

**30 minutes before departure:** We encourage you to arrive in the gate area no later than 30 minutes prior to your flight's scheduled departure as we may begin boarding as early as 30 minutes before your flight.

**10 minutes before departure:** You must obtain your boarding pass(es) and be in the gate area for boarding at least 10 minutes prior to your flight's scheduled departure time. If not, Southwest may cancel your reserved space and you will not be eligible for denied boarding compensation.

**If you do not plan to travel on your flight:** In accordance with Southwest's No Show Policy, you must notify Southwest at least 10 minutes prior to your flight's scheduled departure if you do not plan to travel on your flight. Customers who fail to cancel reservations for a Wanna Get Away fare segment at least ten (10) minutes prior to travel and who do not board the flight will be considered a no show, and all remaining unused Wanna Get Away funds will be forfeited. All remaining unused Business Select and Anytime funds will be converted to reusable travel funds. If you no show your reward travel reservation, the points will be redeposited to the purchaser's Rapid Rewards account. Any taxes and fees associated with your reward travel reservation will be held for future use in the form of reusable travel funds under the name of the traveler(s).

Need to make a change? Keep your confirmation number on record. It will be used to retrieve your reservation and apply funds to future travel.

Air Cost: 493.96

---

Fare Rule(s): 5261464917055: NONTRANSFERABLE -BG WN
Valid only on Southwest Airlines. All travel involving funds from this Confirmation Number must be completed by the expiration date. Unused travel funds may only be applied toward the purchase of future travel for the individual named on the ticket. Any changes to this itinerary may result in a fare increase.

SAN WN SFO216.54WN SAN216.54USD433.08END ZP SAN4.10SFO4.10 XF SAN4.5SFO4.5

KZBP
KZBP

 Learn about our boarding process

 Learn about inflight WiFi & entertainment

## Cost and Payment Summary

### ✈ AIR - QDNWZ4

| | | Payment Information |
|---|---|---|
| Base Fare | $ 433.08 | Payment Type: Visa XXXXXXXXXXXX7949 |
| U.S. Transportation Tax | $ 32.48 | Date: Jul 7, 2018 |
| U.S. 9/11 Security Fee | $ 11.20 | Payment Amount: $493.96 |
| U.S. Flight Segment Tax | $ 8.20 | |
| U.S. Passenger Facility Chg | $ 9.00 | |
| **Total Air Cost** | **$ 493.96** | |

| Useful Tools | Know Before You Go | Special Travel Needs |
|---|---|---|
| Check In Online | In the Airport | Traveling with Children |
| Early Bird Check-In | Baggage Policies | Traveling with Pets |

**Add a rental car**
✓ Earn Rapid Rewards® points
✓ Guaranteed low rates
✓ Free cancellation
**Book a car >**

**Travel more for less.**
Exclusive deals for your favorite destinations.
**Sign up and save >**

**Southwest**
Rapid Rewards
✓ Unlimited reward seats
✓ No blackout dates
✓ Redeem for International flights and more
**Enroll now >**

CONFIDENTIAL      CNTL00779385      TES-TRIPP_0001031

MSJ_731

View/Share Itinerary          Suggested Airport Arrival Times      Unaccompanied Minors
Change Air Reservation        Security Procedures                  Baby on Board
Cancel Air Reservation        Customers of Size                    Customers with Disabilities
Check Flight Status           In the Air
Flight Status Notification    Purchasing and Refunds
Book a Car
Book a Hotel

## Legal Policies & Helpful Information

Privacy Policy               Customer Service Commitment          Contact Us
Notice of Incorporated Terms  FAQs

Book Air | Book Hotel | Book Car | Book Vacation Packages | See Special Offers | Manage My Account

This is a post-only mailing from Southwest Airlines. Please do not attempt to respond to this message. Your privacy is important to us, Please read our Privacy Policy.

[1] All travel involving funds from this Confirmation Number must be completed by the expiration date.

[2] Security Fee is the government-imposed September 11th Security Fee.

Prohibition on Multiple/Conflicting Reservations. To promote seat availability for our Customers, Southwest prohibits multiple reservations for the same Passenger departing from the same city on the same date, or any multiple reservations containing conflicting or overlapping itineraries (such as departures for the same Customer from multiple cities at the same time). Furthermore, without advance notice to the Passenger or purchaser, Southwest may cancel such reservations, or any other reservations that it believes, in its sole discretion, were made without intent to travel. With the exception of Southwest gift cards, funds from proactively cancelled reservations by Southwest will be returned to the original form of payment. Reservations paid for with a Southwest gift card will have the amount applied from the gift card held as travel funds for use by the Customer on a future Southwest Airlines flight.

See Southwest Airlines Co. Notice of Incorporation
See Southwest Airlines Limit of Liability

Southwest Airlines
P.O. Box 36647-1CR
Dallas, TX 75235

Contact Us

Copyright 2018 Southwest Airlines Co. All Rights Reserved.

CONFIDENTIAL                          CNTL00779385                          TES-TRIPP_0001032
                                                                                    MSJ_732

6/24/2018      Nisos Group LLC Mail - Fw: Confirmation Letter - CVEXMB 06/12/18 - from Alaska Airlines



Jake Nocon ▮▮▮▮▮▮▮▮

---

## Fw: Confirmation Letter - CVEXMB 06/12/18 - from Alaska Airlines
1 message

---

**Jacob Nocon** ▮▮▮▮▮▮▮▮        Mon, Jun 11, 2018 at 3:18 PM
To: ▮▮▮▮▮▮▮▮

Sent from Yahoo Mail for iPhone

Begin forwarded message:

On Monday, June 11, 2018, 1:54 PM, Alaska Airlines <Alaska.IT@alaskaair.com> wrote:

If you have trouble viewing this message, click here to request a plain text-only version of this email.

### Alaska.

Confirmation code:        CVEXMB

You're all set. Thank you for booking with Alaska and we look forward to seeing you on board.

Manage your trip online and view full details about your flight reservation and fare. You can choose seats, make service requests, and make changes to your flight.

Manage Trip

| Flight | Departs | Arrives | Class | Traveler(s) | Seat(s) |
|---|---|---|---|---|---|
| *Alaska*<br>Alaska 2174<br>Bombardier Q400 | San Jose, CA (SJC)<br>Tue, Jun 12<br>7:30 am | Reno (RNO)<br>Tue, Jun 12<br>8:28 am | H<br>(Coach) | Jacob Nocon | 10B |

**Flight Operated By Horizon Air as AlaskaHorizon. Check in with Alaska Airlines.**

**Additional information**

Prohibited hazardous materials
The Federal Government has specific restrictions about hazardous materials in carry-on and checked baggage. Failure to declare hazardous materials may result in civil and criminal penalties. For more information, visit: the FAA website.

**Hotels and cars**

Low price guarantee
Powered by Expedia®

**Need a hotel?**
Use our hotel deal finder to book a hotel in Reno.

Summary of airfare charges

Jacob Nocon
Mileage Plan # *****6875
Ticket 0272175027562

| | |
|---|---|
| Base Fare and Surcharges | $135.81 |
| Taxes and Other Fees | $24.39 |

**Need a ride?**
Use our car deal finder to rent a car in Reno.

Get the Visa Signature® card

CONFIDENTIAL        CNTL00779386        TES-TRIPP_0001033

MSJ_733

Case 3:18-cv-00296-MMD-CLB   Document 181-4   Filed 05/05/20   Page 15 of 23

Per person total              $160.20

**Total charges for air travel**     **USD $160.20**
View all taxes, fees and charges

Total charges and credits

Nonrefundable fare of $160.20 was charged to the Visa card with number ************7949 held by Jacob D Nocon on 06/11/2018.

Trip protection by Allianz Global Assistance

Purchase trip protection benefits and travel assistance services for your trip from Allianz Global Assistance. Learn more

Flight notifications

Flight notifications are how we will contact you with important travel information. Get alerts about departures, arrivals, gate changes, cancelations and more.
SIGN UP

Web Check-in

When traveling on Alaska Airlines, save time by checking in online 1 to 24 hours prior to departure. You can also check in at one of our airport kiosks or at the ticket counter.
CHECK IN

For more information about minimum check-in times, required identification, international travel, and traveling with minors, please visit our website.

Manage your flight reservation

View full details about your flight reservation and fare. You can choose seats, make service requests, and make changes online.

Alaska Airlines reservations 1-800-ALASKAAIR (1-800-252-7522)

MANAGE

Baggage

**Carry-on baggage:** On Alaska Airlines flights, each traveler is limited to one carry-on bag plus one personal item. See our carry-on baggage page for the latest policies and size information.

**Checked baggage:** Alaska Airlines rules and fees apply for this itinerary. The first and second checked bag fees are $25 each. See the checked baggage page for details and exceptions.

**Alaska Airlines® baggage service guarantee**
Get your bags in 20 minutes guaranteed.

Apply now for the Alaska Airlines Visa Signature® card and earn 30,000 bonus miles after qualifying purchases.

APPLY

Sign up for email deals

Our email deals feature exclusive fare sales, discount codes and web specials tailored to your preferences, as well as Alaska Airlines Mileage Plan offers and news.

Sign up

Service requests

Alaska Airlines provides a meet and assist service for travelers who need assistance through the airport. Request this service online or over the phone.

View reservation

InFlight service

Many Alaska Airlines flights offer the option to purchase a meal. We've also equipped almost all of our fleet with InFlight WiFi so you can surf the web or stay productive inflight. For more info, please see our on board guide.

For your security

Do you have a redress number? If so, and you did not provide it when you made your reservation, please visit www.alaskaair.com or call reservations.

To learn more about redress numbers go to www.dhs.gov/trip.

Destinations

**View information for:**

CONFIDENTIAL                  CNTL00779386                  TES-TRIPP_0001034

MSJ_734



Reno

Contact us

Share your thoughts with us, contact us.

Your rights

Please review important information about your consumer rights and our limitations of liability.

You may also wish to review the contract of carriage applicable to your trip.

---

Please do not reply to this email. Need help? Contact us.
If you have an account with us and wish to unsubscribe from marketing email, visit the manage email page.
You may still receive transactional messages from Alaska Airlines. Privacy Notice

This email was sent to jdnocon@att.net.
Reference number PL84543406. Requested at 06/11/2018 01:44 PM

Alaska Airlines, PO Box 68900, Seattle, WA 98168-0900.
© 2018 Alaska Airlines. All rights reserved.

View our Privacy Notice or Contact us.



CONFIDENTIAL                          CNTL00779386                          TES-TRIPP_0001035

MSJ_735



**Jake Nocon** ███████████████████

---

# Fwd: Confirmation Letter - PYFKPH 07/10/18 - from Alaska Airlines
1 message

---

**Jacob Nocon** ███████████                                          Mon, Jul 9, 2018 at 10:44 AM
To: ███████████████████

Sent from an undisclosed location

Begin forwarded message:

> **From:** "Alaska Airlines" <Alaska.IT@alaskaair.com>
> **Date:** July 8, 2018 at 9:08:40 PM PDT
> **To:** ███████████████
> **Subject: Confirmation Letter - PYFKPH 07/10/18 - from Alaska Airlines**
> **Reply-To:** "Alaska Airlines" <Alaska.ConfirmationLetter@alaskaair.com>

Confirmation code: PYFKPH

You're all set. Thank you for booking with Alaska and we look forward to seeing you on board.

Manage your trip online and view full details about your flight reservation and fare. You can choose seats,make service requests, and make changes to your flight. or through reservations at http://www.alaskaair.com/content/about-us/online-help.aspx?eml=WHA_TR_CL_ RESERVATIONS||EG||&TR_20180708&utm_campaign=20180708&utm_medium=Email&utm_ source=Transactional

Travelers

Jacob Nocon

Flight information

Flight: Alaska 2174
Flight Operated By Horizon Air as AlaskaHorizon. Check in with Alaska Airlines.
Equipment: Bombardier Q400
Departs: San Jose, CA (SJC) on Tue, Jul 10 at 7:30 am
Arrives: Reno (RNO) on Tue, Jul 10 at 8:28 am
Class: H(Coach)
Seats: 11D

Prohibited hazardous materials

The Federal Government has specific restrictions about hazardous materials in carry-on and checked baggage.  Failure to declare hazardous materials may result in civil and criminal penalties, for more

CONFIDENTIAL                          CNTL00779387                          TES-TRIPP_0001036
                                                                                        MSJ_736

information, visit: http://www.faa.gov/about/initiatives/hazmat_safety

Summary of airfare charges

Traveler: Jacob Nocon, Mileage Plan # *****6875
Ticket: 0272177770014
Base Fare and Surcharges: $135.81
Taxes and Other Fees: $24.39
Traveler total:

Total fare: USD  $160.20

View all taxes, fees and charges at https://www.alaskaair.com/booking/reservation-lookup?
LNAME=NOCON&RECLOC=PYFKPH&Action=PriceDetails&Source=ConfirmationLetter&eml=WHA_TR_
CL_VIEWTAX||EG||&TR_20180708&utm_campaign=20180708&utm_medium=Email&utm_source=
Transactional&TR_20180708&utm_campaign=20180708&utm_medium=Email&utm_source=Transactional

Total charges and credits

Nonrefundable fare of $160.20 was charged to the
    Visa card with number***********7949 held by Jacob D Nocon on 07/08/2018.

Trip protection by allianz global assistance

Purchase trip protection benefits and travel assistance services for your trip from Allianz Global Assistance
at http://www.etravelprotection.com/alaska/CoverageOptions/. Learn more by visiting
http://www.alaskaair.com/content/gifts-and-products/trip-protection.aspx?lid=nav:giftsProducts-
tripProtection&eml=WHA_TR_CL_TRAVEL_INSURANCE||EG||&TR_20180708&
utm_campaign=20180708&utm_medium=Email&utm_source=Transactional

Check in information

When traveling on Alaska Airlines, save time by checking in online 1 to 24 hours prior to departure:
Web check-In: https://webselfservice.alaskaair.com/checkinweb/Default.aspx
You can also check in at one of our airport kiosks or at the ticket counter.
For more information about minimum check-in times, required identification, international travel, and
traveling with minors, please visit http://www.alaskaair.com/content/travel-info.aspx.

Manage your reservation

View full details about your flight reservation and fare.  You can choose seats, make service requests, and
make changes online.
https://www.alaskaair.com/booking/reservation-lookup?eml=WHA_TR_CL_
MANAGERESERVATION||EG||&TR_20180708&utm_campaign=20180708&utm_medium=Email&utm_
source=Transactional

Alaska Airlines reservations 1-800-ALASKAAIR (1-800-252-7522)

Flight status alerts

When you create a flight status alert, we notify you in the event of delays, early arrivals, and cancellations of
Alaska Airlines flights (email or text message).
Create Alert: https://www.alaskaair.com/flightnotifications

Service requests

CONFIDENTIAL                                    CNTL00779387                                    TES-TRIPP_0001037

                                                                                                     MSJ_737

Alaska Airlines provides a meet and assist service for travelers who need assistance through the airport. Request this service online at https://www.alaskaair.com/booking/reservation-lookup, or over the phone.

INFLIGHT SERVICE

Many Alaska Airlines flights offer the option to purchase a meal (visit http://www.alaskaair.com/content/travel-info/food-beverage/food-first-class.aspx?eml=WHA_TR_CL_MEAL_SERVICE||EG||&TR_20180708&utm_campaign=20180708&utm_medium=Email&utm_source=Transactional) or rent an inflight entertainment player for your enjoyment. We've also equipped almost all of our fleet with InFlight WiFi so you can surf the web or stay productive inflight. For more info, please see our on board guide at http://www.alaskaair.com/content/travel-info/on-board/onboard-guide.aspx?eml=WHA_TR_CL_ONBOARD_GUIDE||EG||&TR_20180708&utm_campaign=20180708&utm_medium=Email&utm_source=Transactional

Baggage

Carry-On baggage: On Alaska Airlines flights, each traveler is limited to one carry-on bag plus one personal item. See our carry-on baggage https://www.alaskaair.com/content/travel-info/policies/baggage-carryon.aspx?eml=WHA_TR_CL_CARRYON_BAG||EG||&TR_20180708&utm_campaign=20180708&utm_medium=Email&utm_source=Transactional page for the latest policies and size information.

Checked baggage: Alaska Airlines rules and fees apply for this itinerary. The first and second checked bag fees are $25 each. See the checked baggage https://www.alaskaair.com/content/travel-info/policies/baggage-checked.aspx?eml=WHA_TR_CL_CHECKED_BAG_POLICY||EG||&TR_20180708&utm_medium=Email&utm_source=Transactional data-track-link=%7B%22section%22%3A%22rulesandrestrictions%22%2C%22linkName%22%3A%22checkedbaggage%22%2C%22isUnobtrusiveSameDomain%22%3A%22true%22%7D page for details and exceptions.

Alaska Airlines® baggage service guarantee

Get your bags in 20 minutes guaranteed. For more information, please visit https://www.alaskaair.com/content/travel-info/baggage/baggage-claim/20-minute-guarantee.aspx?eml=WHA_TR_CL_20_MINUTE_GUARANTEE||EG||&TR_20180708&utm_campaign=20180708&utm_medium=Email&utm_source=Transactional

For your security

Do you have a redress number? If so, and you did not provide it when you made your reservation, please visit https://www.alaskaair.com/booking/reservation-lookup or call reservations.
To learn more about redress numbers go to http://www.dhs.gov/trip.

Destinations

Get an informative e-tour of the best restaurants, shopping, and attractions in major U.S. cities! Please visit http://www.alaskaair.com/www2/destinations/Destinations.aspx.

Contact us

Share your thoughts with us: https://www.alaskaair.com/content/about-us/contact-us/phone-numbers?eml=WHA_TR_CL_CONTACTUS||EG||&TR_20180708&utm_campaign=20180708&utm_medium=Email&utm_source=Transactional

Sign up for the insider

Our weekly email newsletter features exclusive fare sales, Discount Codes and Web specials tailored to your preferences, as well as Alaska Airlines Mileage Plan offers and news.
Sign up at https://www.alaskaair.com/www2/ssl/myalaskaair/myalaskaair.aspx?CurrentForm=UCNewsletterSignupStart.

CONFIDENTIAL                    CNTL00779387                    TES-TRIPP_0001038

MSJ_738

**Your rights**

Please review important information about your consumer rights and our limitations of liability at
http://www.alaskaair.com/content/legal/consumer-notices.aspx.

You may also wish to review the contract of carriage applicable to your trip:
https://www.alaskaair.com/content/legal/contract-of-carriage.aspx?eml=WHA_TR_CL_
CONTRACT_OF_CARRIAGE||EG||&TR_20180708&utm_campaign=20180708&utm_medium=Email&utm_
source=Transactional


------------------------------------

Please do not respond to this message. Contact Alaska Airlines at https://www.alaskaair.com/content/about-
us/contact-us/phone-numbers?eml=WHA_TR_CL_CONTACTUS||EG||&TR_20180708&
utm_campaign=20180708&utm_medium=Email&utm_source=Transactional
If you have an account with us and wish to unsubscribe from marketing email, visit the manage email page
at https://www.alaskaair.com/www2/ssl/myalaskaair/myalaskaair.aspx?CurrentForm=
UCSignInStart&eml=eml=WHA_TR_CL_MANAGE_EMAIL||EG||&TR_20180708&utm_campaign=
20180708&utm_medium=Email&utm_source=Transactional
You may still receive transactional messages from Alaska Airline, see our privacy notice page at
http://www.alaskaair.com/content/legal/privacy-policy.aspx?lid=footer:privacyPolicy&
eml=WHA_TR_CL_PRIVACY_POLICY||EG||&TR_20180708&utm_campaign=
20180708&utm_medium=Email&utm_source=Transactional

Alaska Airlines, PO Box 68900, Seattle, WA 98168-0900. Copyright 2018 Alaska Airlines. All rights
reserved.
Read about our privacy policy at http://www.alaskaair.com/content/legal/privacy-policy.aspx.
This email was sent to ███████████████
Reference Number PL85699952. Requested at 07/08/2018 08:58 PM.

CONFIDENTIAL                          CNTL00779387                        TES-TRIPP_0001039

                                                                              MSJ_739

**Document has been produced in native format.**

| Effort | Hours Expended | Rate (hourly) | Total cost |
|---|---|---|---|
| BI Leak Investigation | 391 | 375 | $146,625 |
| Marty Trip BG report | 30 | 375 | $11,250 |
| Jake | 262 | 168 | $44,016 |
| ODCs - Meals | | | $1,803 |
| ODCs - Transportation | | | $3,369 |
| ODCs - Air | | | $18,366 |
| ODCs - Hotel | | | $8,445 |
| ODC - Misc | | | $418 |
| Forensics Kit (Willis Order) | | yea | |
| Forensics Package (Gomez Order) | | | $5,986 |
| | | | |
| Total Labor | | | $201,891 |
| equipment purchase & ODC | | | $38,388 |
| Total Spend | | | $240,279 |

| Description |
| --- |
| Hours for Nisos onsite team (Scott, Willis, Josh, Ryan and Justin) and support for investigation from June 18 - 23 |
| Complete 25 June |
| Lead investigtor |
| Travel Expenses |
| Travel Expenses |
| Travel Expenses |
| Travel Expenses |
| Travel Expenses |
| Equipment for Investigation |
| Equipment for Investigation |