# Exhibit 68
# Exhibit 7 to the deposition of Jeffrey Kinrich

MSJ_743

www.citicards.com
Customer Service 1-855-378-6467
TTY-hearing-impaired services only 1-866-210-0617
Page 3 of 5

JACOB D ▇▇▇▇▇▇

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

| | | | |
|---|---|---|---|
| 06/11 | 06/11 | ALASKA AIR  0272175027907SEATTLE    WA | $25.00 |
| | | NAME: NOCON/JACOB | |
| | | DEPART: 06/12/18 | |
| | | SJC  TO RNO : AS: CLASS: H : STOP: | |
| 06/11 | 06/11 | ALASKA AIR  0272175027562SEATTLE    WA | $160.20 |
| | | NAME: NOCON▇▇ | |
| | | DEPART: 06/12/18 | |
| | | SJC  TO RNO : AS: CLASS: H : STOP: | |
| | 06/11 | LYFT  *RIDE MON 7AM   LYFT.COM    CA | $2.00 |
| | 06/11 | LYFT  *RIDE MON 4AM   LYFT.COM    CA | $5.00 |
| | 06/11 | LYFT  *RIDE MON 7AM   LYFT.COM    CA | $24.35 |
| | 06/11 | LYFT  *RIDE MON 4AM   LYFT.COM    CA | $37.59 |
| 06/11 | 06/11 | SQ *RICE ROCKIT     Fremont    CA | $13.82 |
| 06/12 | 06/12 | MARKET BROILER       FREMONT    CA | $63.81 |
| 06/12 | 06/12 | DOUBLE TREE BY HILTON NE NEWARK    CA | $303.42 |
| | | PHONE NUMBER: | |
| | | FOLIO NUMBER: | |
| | | ARRIVE: 00/00/00 DEPART: 00/00/00 | |
| 06/12 | 06/12 | PANTRY BY BYTE FOODS    SAN RAFAEL  CA | $2.99 |
| 06/12 | 06/12 | USA*THE STERLING GROUP NVRENO      NV | $16.42 |
| | 06/12 | STARBUCKS TA SJC       SAN JOSE    CA | $10.38 |
| 06/13 | 06/13 | USA*THE STERLING GROUP NVRENO      NV | $6.69 |
| 06/13 | 06/13 | THE TOLL ROADS OF OC   949-727-4800 CA | $7.75 |
| 06/13 | 06/13 | RENAISSANCE HOTELS-F&B  RENO      NV | $47.33 |
| | | PHONE NUMBER: | |
| | | FOLIO NUMBER: | |
| | | ARRIVE: 00/00/00 DEPART: 00/00/00 | |
| 06/14 | 06/14 | GREAT BASIN BREWING CO  SPARKS    NV | $30.39 |

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

| | | | |
|---|---|---|---|
| 06/15 | 06/15 | USA*THE STERLING GROUP NVRENO      NV | $11.42 |
| 06/15 | 06/15 | RENAISSANCE HOTELS-F&B  RENO      NV | $21.25 |
| | | PHONE NUMBER: | |
| | | FOLIO NUMBER: | |
| | | ARRIVE: 00/00/00 DEPART: 00/00/00 | |
| | 06/16 | LYFT  *RIDE SAT 4AM    LYFT.COM    CA | $2.00 |
| | 06/16 | LYFT  *RIDE SAT 4AM    LYFT.COM    CA | $44.38 |
| 06/17 | 06/17 | VINTANA RESTAURANT      ESCONDIDO   CA | $112.62 |
| | 06/17 | LYFT  *RIDE SAT 7AM    LYFT.COM    CA | $41.57 |
| 06/17 | 06/17 | Amazon.com             AMZN.COM/BILLWA | $21.52 |
| 06/17 | 06/17 | RENAISSANCE HOTELS AND   RENO      NV | $1,227.61 |
| | | PHONE NUMBER: | |
| | | FOLIO NUMBER: | |
| | | ARRIVE: 00/00/00 DEPART: 00/00/00 | |
| 06/17 | 06/17 | SOUTHWES  5261458183363800-435-9792 TX | $579.96 |
| | | NAME: NOCON/JACOB | |
| | | DEPART: 06/18/18 | |
| | | SAN  TO RNO : WN: CLASS: Y : STOP: | |
| | | RNO  TO SAN : WN: CLASS: Y : STOP: | |

Date: 5/9/19    EXHIBIT 7
Witness: JEFFREY H. KINRICH
Alejandria E.Kate, CSR11897

Customer Service 1-855-378-6467
TTY-hearing-impaired services only 1-866-210-0617

JACOB D 

| | | | | |
|---|---|---|---|---|
| 06/11 | 06/11 | ALASKA AIR  0272175027907SEATTLE   WA | | $25.00 |
| | | NAME: NOCON/JACOB | | |
| | | DEPART: 06/12/18 | | |
| | | SJC  TO RNO : AS: CLASS: H : STOP: | | |
| 06/11 | 06/11 | ALASKA AIR  0272175027562SEATTLE   WA | | $160.20 |
| | | NAME: NOCON | | |
| | | DEPART: 06/12/18 | | |
| | | SJC  TO RNO : AS: CLASS: H : STOP: | | |
| | 06/11 | LYFT  *RIDE MON 7AM   LYFT.COM   CA | | $2.00 |
| | 06/11 | LYFT  *RIDE MON 4AM   LYFT.COM   CA | | $5.00 |
| | 06/11 | LYFT  *RIDE MON 7AM   LYFT.COM   CA | | $24.35 |
| | 06/11 | LYFT  *RIDE MON 4AM   LYFT.COM   CA | | $37.59 |
| 06/11 | 06/11 | SQ *RICE ROCKIT      Fremont   CA | | $13.82 |
| 06/12 | 06/12 | MARKET BROILER        FREMONT   CA | | $63.81 |
| 06/12 | 06/12 | DOUBLE TREE BY HILTON NE NEWARK   CA | | $303.42 |
| | | PHONE NUMBER: | | |
| | | FOLIO NUMBER: | | |
| | | ARRIVE: 00/00/00 DEPART: 00/00/00 | | |
| 06/12 | 06/12 | PANTRY BY BYTE FOODS   SAN RAFAEL  CA | | $2.99 |
| 06/12 | 06/12 | USA*THE STERLING GROUP NVRENO     NV | | $16.42 |
| | 06/12 | STARBUCKS TA SJC      SAN JOSE   CA | | $10.36 |
| | 06/13 | USA*THE STERLING GROUP NVRENO     NV | | $6.69 |
| 06/13 | 06/13 | THE TOLL ROADS OF OC   949-727-4800 CA | | $7.76 |
| 06/13 | 06/13 | RENAISSANCE HOTELS-F&B  RENO      NV | | $47.33 |
| | | PHONE NUMBER: | | |
| | | FOLIO NUMBER: | | |
| | | ARRIVE: 00/00/00 DEPART: 00/00/00 | | |
| 06/14 | 06/14 | GREAT BASIN BREWING CO  SPARKS    NV | | $30.39 |

| | | | | |
|---|---|---|---|---|
| 06/15 | 06/15 | USA*THE STERLING GROUP NVRENO     NV | | $11.42 |
| 06/15 | 06/15 | RENAISSANCE HOTELS-F&B  RENO      NV | | $21.25 |
| | | PHONE NUMBER: | | |
| | | FOLIO NUMBER: | | |
| | | ARRIVE: 00/00/00 DEPART: 00/00/00 | | |
| | 06/16 | LYFT  *RIDE SAT 4AM   LYFT.COM   CA | | $2.00 |
| | 06/16 | LYFT  *RIDE SAT 4AM   LYFT.COM   CA | | $44.38 |
| 06/17 | 06/17 | VINTANA RESTAURANT     ESCONDIDO  CA | | $112.62 |
| | 06/17 | LYFT  *RIDE SAT 7AM   LYFT.COM   CA | | $41.57 |
| 06/17 | 06/17 | Amazon.com           AMZN.COM/BILLWA | | $21.52 |
| 06/17 | 06/17 | RENAISSANCE HOTELS AND  RENO      NV | | $1,227.61 |
| | | PHONE NUMBER: | | |
| | | FOLIO NUMBER: | | |
| | | ARRIVE: 00/00/00 DEPART: 00/00/00 | | |
| 06/17 | 06/17 | SOUTHWES  5261458183363800-435-9792 TX | | $579.96 |
| | | NAME: NOCON/JACOB | | |
| | | DEPART: 06/18/18 | | |
| | | SAN  TO RNO : WN: CLASS: Y : STOP: | | |
| | | RNO  TO SAN : WN: CLASS: Y : STOP: | | |

JACOB D██████

| | | | | | |
|---|---|---|---|---|---|
| 06/18 | 06/18 | THE COUNTER | SAN DIEGO | CA | $22.96 |
| | 06/18 | LYFT *RIDE MON 10AM | LYFT.COM | CA | $5.00 |
| | 06/18 | LYFT *RIDE MON 10AM | LYFT.COM | CA | $48.79 |
| 06/18 | 06/18 | SQ *ROUNDABOUT CATERING TSparks | | NV | $11.15 |
| 06/18 | 06/18 | FANDANGO.COM | FANDANGO.COM | CA | $51.55 |
| | 06/19 | PAISANS DELI & CATERING SRENO | | NV | $27.11 |
| | 06/19 | LYFT *INCREASE TIP | LYFT.COM | CA | $4.00 |
| | 06/19 | LYFT *RIDE MON 2PM | LYFT.COM | CA | $37.78 |
| 06/20 | 06/20 | USA*THE STERLING GROUP NVRENO | | NV | $10.17 |
| 06/21 | 06/21 | HARRAHS RENO JADE BAR | RENO | NV | $32.07 |
| 06/21 | 06/21 | SQ *ROUNDABOUT CATERING TSparks | | NV | $10.34 |
| 06/22 | 06/22 | RENO 0437A | RENO | NV | $15.12 |
| 06/22 | 06/22 | SQ *ROUNDABOUT CATERING TSparks | | NV | $22.60 |
| 06/22 | 06/22 | RNO TAHOE TAP | RENO | NV | $12.81 |
| | 06/23 | LYFT *RIDE FRI 7PM | LYFT.COM | CA | $43.45 |
| 06/23 | 06/23 | RENAISSANCE HOTELS AND | RENO | NV | $1,231.58 |

PHONE NUMBER:
FOLIO NUMBER:
ARRIVE: 00/00/00 DEPART: 00/00/00

| | | | | | |
|---|---|---|---|---|---|
| 06/25 | 06/25 | SOUTHWES | 5261460525801800-435-9792 TX | | $623.96 |

NAME: ██████ JACOB
DEPART: 06/27/18
SAN TO RNG : WN: CLASS: K : STOP:
RNO TO SAN : WN: CLASS: K : STOP:



JACOB D

## CARDHOLDER SUMMARY



Costco Cash
Rewards Summary

## ACCOUNT SUMMARY



JACOB D NOCON
Standard Purchases

| | 06/27 | LYFT *RIDE TUE 6PM   LYFT.COM   CA | $42.75 |
|---|---|---|---|
| | 06/27 | | |
| 06/27 | 06/27 | USA*THE STERLING GROUP NVRENO      NV | $3.92 |
| 06/27 | 06/27 | SQ *ROUNDABOUT CATERING TSparks    NV | $10.88 |
| 06/27 | 06/27 | RENAISSANCE HOTELS-F&B   RENO      NV | $13.17 |
| | | PHONE NUMBER: | |
| | | FOLIO NUMBER: | |
| | | ARRIVE: 00/00/00 DEPART: 00/00/00 | |
| 06/28 | 06/28 | UBER  EATS EB4MX       HELP.UBER.COMCA | $27.08 |
| | 06/28 | LYFT *RIDE TUE 10PM   LYFT.COM   CA | $10.62 |
| 06/28 | 06/28 | USA*THE STERLING GROUP NVRENO      NV | $3.33 |
| 06/29 | 06/29 | 76 - 76 SILVER STATE     RENO      NV | $62.45 |
| 06/29 | 06/29 | APL*ITUNES.COM/BILL    800-275-2273 CA | $0.99 |
| 06/29 | 06/29 | RNO TIMBER RIDGE       RENO        NV | $24.62 |
| 06/29 | 06/29 | BJS RESTAURANTS 503     SPARKS     NV | $42.49 |
| | 06/30 | LYFT *RIDE FRI 7PM   LYFT.COM   CA | $34.22 |
| 06/30 | 06/30 | RENAISSANCE HOTELS AND   RENO      NV | $599.86 |
| | | PHONE NUMBER: | |
| | | FOLIO NUMBER: | |
| | | ARRIVE: 00/00/00 DEPART: 00/00/00 | |
| 07/01 | 07/01 | | |
| 07/03 | 07/03 | | |
| | 07/04 | STARBUCKS STORE 24502   DEL MAR    CA | $12.15 |
| 07/04 | 07/04 | | |
| 07/05 | 07/05 | | |
| 07/06 | 07/06 | | |
| 07/06 | 07/06 | | |
| 07/06 | 07/06 | | |
| 07/05 | 07/06 | | |
| 07/06 | 07/06 | | |

» Visit citi.com/Costco
for more information

¹ Up to $7,000 per year in purchases, then 1%
cash back



www.citicards.com

JACOB D ▮▮▮▮▮▮▮

Standard Purchases, Cont'd



| | | | | |
|---|---|---|---|---|
| 07/07 | 07/07 | SOUTHWES   5261464917055800-435-9792 TX | | $493.98 |
| | | NAME: ▮▮▮▮▮▮▮ JACOB | | |
| | | DEPART: 07/09/18 | | |
| | | SAN  TO SFO : WN : CLASS: K : STOP: | | |
| | | SFO  TO SAN : WN : CLASS: K : STOP: | | |
| 07/08 | 07/08 | ALASKA AIR  0272177770014SEATTLE    WA | | $160.20 |
| | | NAME: ▮▮▮▮▮▮▮ JACOB | | |
| | | DEPART: 07/10/18 | | |
| | | SJC  TO RNO : AS: CLASS: H : STOP: | | |
| 07/09 | 07/09 | TESLA CAFE  51411494   FREMONT    CA | | $11.24 |
| 07/09 | 07/09 | THE COUNTER         SAN DIEGO   CA | | $16.12 |
| 07/09 | 07/09 | BART-FREMONT    QPS 5104646474   CA | | $12.00 |
| | 07/09 | LYFT  *RIDE MON 4AM   LYFT.COM   CA | | $46.58 |
| 07/09 | 07/09 | | | |
| 07/09 | 07/09 | | | |
| 07/09 | 07/09 | SOUTHWES   5261465488861800-435-9792 TX | | $176.98 |
| | | NAME: ▮▮▮▮▮▮▮ JACOB | | |
| | | DEPART: 07/11/18 | | |
| | | RNO  TO OAK : WN : CLASS: K : STOP: | | |
| 07/10 | 07/10 | 76 - 76 10067643     SAN JOSE   CA | | $7.34 |
| 07/10 | 07/10 | DOUBLE TREE BY HILTON NE NEWARK    CA | | $422.90 |
| | | PHONE NUMBER: | | |
| | | FOLIO NUMBER: | | |
| | | ARRIVE: 00/00/00 DEPART: 00/00/00 | | |
| 07/10 | 07/10 | AVIS RENT-A-CAR 1    SAN JOSE   CA | | $135.54 |
| | | PHONE NUMBER: | | |
| | | NAME: | | |
| | | PICKUP: 00/00/00 | | |
| | | RETURN:       00/00/00 | | |
| | | AGREEMENT NUMBER: | | |
| 07/10 | 07/10 | TST* THE TRAPPIST    OAKLAND   CA | | $58.07 |
| | 07/10 | | | |
| | 07/10 | LYFT  *RIDE TUE 8AM   LYFT.COM   CA | | $15.11 |
| | 07/10 | | | |
| | 07/10 | | | |
| 07/11 | 07/11 | BRASSERIE ST JAMES    RENO    NV | | $130.36 |

Customer Service 1-866-378-6467
TTY-hearing-impaired services only 1-866-210-0617

www.citicards.com



JACOB D ▇▇▇▇▇

**Standard Purchases, Cont'd**

| | | | | | | |
|---|---|---|---|---|---|---|
| 07/11 | 07/11 | MOD PIZZA RENO | RENO | NV | | $43.05 |
| 07/11 | 07/11 | USA*THE STERLING GROUP NVRENO | | NV | | $6.25 |
| 07/11 | 07/11 | SQ *ROUNDABOUT CATERING TSparks | | NV | | $13.24 |
| 07/12 | 07/12 | 76 - SIERRA ELM 76 | AUBURN | CA | | $25.37 |
| 07/12 | 07/12 | ▇▇▇▇▇▇ | | | | |
| 07/12 | 07/12 | WWW.▇▇▇▇▇▇▇▇ | | | | |
| 07/12 | 07/12 | HARRAHS RENO LCKY NOODLE RENO | | NV | | $35.88 |
| 07/12 | 07/12 | ▇▇▇▇▇▇ | | | | |
| 07/12 | 07/12 | ▇▇▇ EXT▇ ▇▇▇▇ | | | | |
| 07/12 | 07/12 | RENAISSANCE HOTELS AND | RENO | NV | | $337.21 |
| | | PHONE NUMBER: | | | | |
| | | FOLIO NUMBER: | | | | |
| | | ARRIVE: 00/00/00 DEPART: 00/00/00 | | | | |
| 07/12 | 07/12 | COURTYARD BY MARRIOTT | FREMONT | CA | | $16.25 |
| | | PHONE NUMBER: | | | | |
| | | FOLIO NUMBER: | | | | |
| | | ARRIVE: 00/00/00 DEPART: 00/00/00 | | | | |
| 07/12 | 07/12 | SOUTHWES 5261466607181800-435-9792 TX | | | | $71.00 |
| | | NAME: NOCON/JACOB | | | | |
| | | DEPART: 07/13/18 | | | | |
| | | RNO  TO SAN : WN: CLASS: K : STOP: | | | | |
| 07/13 | 07/13 | DARKSHOT COFFEE | RENO | NV | | $7.23 |
| 07/13 | 07/13 | BAR | RENO | NV | | $47.00 |
| 07/13 | 07/13 | AVIS RENT-A-CAR 1 | SAN JOSE | CA | | $274.11 |
| | | PHONE NUMBER: | | | | |
| | | NAME: | | | | |
| | | PICKUP: 00/00/00 | | | | |
| | | RETURN: | 00/00/00 | | | |
| | | AGREEMENT NUMBER: | | | | |
| 07/13 | 07/13 | MCDONALD'S F36256 | RENO | NV | | $9.29 |
| 07/13 | 07/13 | CHEVRON 0204339 | RENO | NV | | $19.15 |
| 07/13 | 07/13 | COURTYARD BY MARRIOTT | FREMONT | CA | | $368.88 |
| | | PHONE NUMBER: | | | | |
| | | FOLIO NUMBER: | | | | |
| | | ARRIVE: 00/00/00 DEPART: 00/00/00 | | | | |
| 07/13 | 07/13 | RENAISSANCE HOTELS-F&B | RENO | NV | | $24.57 |
| | | PHONE NUMBER: | | | | |
| | | FOLIO NUMBER: | | | | |
| | | ARRIVE: 00/00/00 DEPART: 00/00/00 | | | | |
| 07/13 | 07/13 | SOUTHWES 5261467092883500-435-9792 TX | | | | $481.96 |
| | | NAME: NOCON/JACOB | | | | |
| | | DEPART: 07/22/18 | | | | |
| | | SAN  TO SJC : WN: CLASS: K : STOP: | | | | |
| | | SJC  TO SAN : WN: CLASS: K : STOP: | | | | |
| 07/14 | 07/14 | 76 - UNITED PACIFIC 5703 SAN DIEGO | | CA | | $55.49 |
| | 07/14 | LYFT *RIDE FRI 7PM  LYFT.COM | | CA | | $42.60 |
| 07/14 | 07/14 | RENAISSANCE HOTELS AND | RENO | NV | | $349.64 |
| | | PHONE NUMBER: | | | | |
| | | FOLIO NUMBER: | | | | |
| | | ARRIVE: 00/00/00 DEPART: 00/00/00 | | | | |
| 07/15 | 07/15 | ▇▇▇▇▇▇▇ | | | | |
| 07/15 | 07/15 | | | | | |

CNTL00779394

TES-TRIPP_0001045

MSJ_749

www.citicards.com

Customer Service 1-855-378-6467
TTY-hearing-impaired services only 1-866-210-0517

JACOB ▓▓▓▓▓▓

## CARDHOLDER SUMMARY

JACOB ▓▓▓▓▓▓                                                    Card ending in 7940

Costco Cash
Rewards Summary

Total C▓

Costc▓
Costco ▓
as of la▓

Earned ▓

Total C▓
Year To▓

Costc▓
Earne▓

4% on ▓
gas at ▓

3% on ▓

3% on ▓

2% on ▓
Costc▓

1% on ▓
purcha▓

Total ▓

| | | | | |
|---|---|---|---|---|
| ▷ 06/06 | 06/06 | SOUTHWES  5261454341625800-435-9792 TX | | $173.98 |
| | | NAME▓▓▓▓JACOB | | |
| | | DEPART: 06/12/18 | | |
| | | SAN  TO SJC : WN: CLASS: W : STOP: | | |
| ▷ 06/06 | 06/06 | SOUTHWES  5261454341805800-435-9792 TX | | $289.98 |
| | | NAME▓▓▓▓JACOB | | |
| | | DEPART: 06/15/18 | | |
| | | RNO  TO SAN : WN: CLASS: Y : STOP: | | |

» Visit citi.com/Costco
for more information

†Up to $7,000 per year in purchases, then 1%
cash back

MSJ_750



# Invoice

Digital Intelligence, Inc.
17165 West Glendale Drive
New Berlin, WI 53151-2737
Voice:  (262) 782-3332
Fax:  (262) 782-3331
Email:  sales@digitalintelligence.com

| Invoice Date: | Invoice # |
|---|---|
| Jul 11, 2018 | 37516 |

Page: 1

DUNS # 08-578-3707
Federal Tax ID #39-1957034

| Sold To: | Ship to: |
|---|---|
| Nisos Group LLC<br>101 N. Alfred St.<br>Suite 201<br>Alexandria, VA  22314<br>US |  |

| Customer ID | Customer P.O. # | Payment Terms |
|---|---|---|
| NIS223 | R133932573 | Prepaid |

| Buyer | Shipped Via | Ship Date | Due Date |
|---|---|---|---|
| Josh Gomez | FedEx Overnight | 7/11/18 | 7/11/18 |

| Item | Description | Quantity | Unit Price | Extension |
|---|---|---|---|---|
| W3855 | UltraKit + TX1 Forensic Imager Forensic hardware write blockers (USB3 IDE/SATA-R/O, SAS, USB 3.0, PCIe, Card Reader, FireWire) & PCIe Adapters, TX1 Kit | 1 | 5,750.00 | 5,750.00 |

Order 38180

Check/Credit Memo No 5768

| | |
|---|---|
| Subtotal | 5,750.00 |
| Sales Tax | 0.00 |
| Shipping | 236.12 |
| Total Invoice Amoun | 5,986.12 |
| Payment/Credit Appliec | 5,986.12 |
| **TOTAL DUE (USD)** | 0.00 |

Overdue invoices are subject to late charges.



# Invoice

## Invoice Number
### 0146084-IN

**Invoice Date**
6/19/2018

19755 Nordhoff Place
Chatsworth, California 91311-6606   USA
Voice: 818-700-8488 | Fax: 818-435-0088

| Sold To: | Ship To: |
|---|---|
| Nisos Group LLC<br>Attn<br>101 N. Alfred St.<br>Alexandria, VA  22314<br>USA | Rennaissance Reno Downtown Hot<br>C<br>1 S. Lake St.<br>HOTEL GUEST<br>Reno, NV  89501 |

| Order Number | Order Date | Tracking Information | | |
|---|---|---|---|---|
| 0060986 | 6/19/2018 | 436619201969; | | |

| Customer P.O. | Shipping Method | Customer Number | Terms | Sales Rep | Confirm To |
|---|---|---|---|---|---|
| verbal-tbellows | FEDEX STND OVER | NISGR01 | Credit Card | 0006 | Willis McDonald |

| Item Number | Description | Ordered | Shipped | B/O | Price | Amount |
|---|---|---|---|---|---|---|
| F-FALCON-NEO | Next Generation Falcon Neo | 1.00 | 1.00 | 0.00 | $3,399.00 | $3,399.00 |
| F-ADP-PCI-FN-KT | Falcon NEO PCIe adapter kit.<br>Supports M.2 PCIe M.2 NVMe<br>mS | 1.00 | 1.00 | 0.00 | $249.00 | $249.00 |
| | Serial Number:  171122 | | | | | |
| | MUST SHIP TODAY | | | | | |
| | DELIVER TO HOTEL GUEST<br>WILLIS McDONALD | | | | | |
| | Email invoice to<br>wm@nisosgroup.com | | | | | |

**Remit Payment To:**
Logicube, Inc.
Accounts Receivable
19755 Nordhoff Place
Chatsworth, CA 91311
(818) 700-8488

**Wire Transfer Information:**
Bank of America- Chatsworth Branch
Routing# 121000358
Account# 11952-01234
Swift Code=BOFAUS3N
**ALL FUNDS PAID IN US DOLLARS**

| | |
|---|---|
| Net Invoice: | $3,648.00 |
| Freight: | $87.60 |
| Sales Tax: | $0.00 |
| **Invoice Total:** | $3,735.60 |
| Less Payments: | $3,735.60 |
| **Invoice Balance:** | $0.00 |

**Page:** 1

**Printed:** 6/20/2018 at 11:25:49AM

CONFIDENTIAL

TES-TRIPP_0001048

MSJ_752





CONFIDENTIAL

TES-TRIPP_0001050

MSJ_754







CONFIDENTIAL

TES-TRIPP_0001052

MSJ_756