# Exhibit 69
# Exhibit 8 to the deposition of Jeffrey Kinrich

## Your transactions (continued)

| TRANS DATE | POST DATE | REFERENCE NUMBER |
|---|---|---|
| 06/25 | 06/25 | 2442629J10VZ4XNDW |
| 06/28 | 06/28 | 2460316J40GTE3DME |
| 06/28 | 06/28 | 2469216J42XWPBKW3 |
| 06/29 | 06/29 | 2421073J4BLKX30HD |
| 07/01 | 07/01 | 2490641J61M3X6SX8 |
| 07/01 | 07/01 | 2490641J61M4T8SQ7 |

Total

JUSTIN ZEEFE    Card number: XXXX XXXX XX

| | | |
|---|---|---|
| 05/31 | 06/02 | F562500HD000IXFRL |
| 06/04 | 06/04 | 2434285HQ0GRZ7PY3 |
| 06/04 | 06/04 | 2402207HQ0EWVAGAL |
| 06/05 | 06/05 | 2449215HQJHAA0BTY |
| 06/05 | 06/05 | 2449215HQJHAQR0NT |
| 06/05 | 06/05 | 2469216HQ2XL4LD7G |
| 06/06 | 06/06 | 2401339HD01611QV4 |
| 06/06 | 06/06 | 2449215HDJHBHBZ7Q |
| 06/06 | 06/06 | 2449215HDLSPBTMFF |

Date: 5/9/19     EXHIBIT 8
Witness: JEFFREY H. KINRICH
Alejandria E.Kate, CSR11897

CONFIDENTIAL                CNTL00779400                TES-TRIPP_0001053

MSJ_758

# PNC BANK

## Your transactions (continued)

| TRANS DATE | POST DATE | REFERENCE NUMBER | |
|---|---|---|---|
| 06/06 | 06/06 | 2449215HDMJHFGQE4 |  |
| 06/07 | 06/07 | 2434285HF0FW4947K | |
| 06/07 | 06/07 | 2449215HELYFXVTEQ | |
| 06/08 | 06/08 | 2443106HG614M8VQA | |
| 06/08 | 06/08 | 2449215HFLRXFWRJL | |
| 06/08 | 06/08 | 2449215HFLWLJGD1S | |
| 06/08 | 06/08 | 2449215HFMJJ1WW87 | |
| 06/08 | 06/08 | 2469216HF2Y091GKK | |
| 06/09 | 06/09 | 2449215HGLTWWYVRE | |
| 06/09 | 06/09 | 2449215HGLWN0V2S9 | |
| 06/09 | 06/09 | 2469216HG2X9LTNZ3 | |
| 06/10 | 06/10 | 2449215HHLTYSL6W7 | |

CONFIDENTIAL            CNTL00779400            TES-TRIPP_0001054

MSJ_759

## Your transactions (continued)

| TRANS DATE | POST DATE | REFERENCE NUMBER | | |
|---|---|---|---|---|
| 06/10 | 06/10 | 2469216HH2XWA2E6V | | |
| 06/11 | 06/11 | 2405523HK60FT1617 | | |
| 06/11 | 06/11 | 2475542HK3H94WAQW | | |
| 06/12 | 06/12 | 2443106HLM0Z1S9NJ | | |
| 06/12 | 06/12 | 2449215HKJHJHP9ND | | |
| 06/12 | 06/12 | 2469216HL2XHM0SWH | | |
| 06/14 | 06/14 | 2449215HMLVYM2FA4 | | |
| 06/18 | 06/18 | 2449215HTLS7XK0F8 | UBER  TRIP UIYSX HELP.UBER.COM CA<br>MCC: 4121   MERCHANT ZIP: 94105<br>SALES TAX: $    0.00  TAX INCLUDED: 0<br>CUSTOMER CODE: A2312B949F1F4C280 | taxi (INVOICE to TSLA) | $19.49 |
| 06/18 | 06/18 | 2449215HTLXZTJF4E | UBER  TRIP JKLJF HELP.UBER.COM CA<br>MCC: 4121   MERCHANT ZIP: 94105<br>SALES TAX: $    0.00  TAX INCLUDED: 0<br>CUSTOMER CODE: 4A9692D3A42946880 | taxi (INVOICE to TSLA) | $11.67 |
| 06/20 | 06/20 | 2449215HVLRF54NX7 | UBER  TRIP MVJGN HELP.UBER.COM CA<br>MCC: 4121   MERCHANT ZIP: 94105<br>SALES TAX: $    0.00  TAX INCLUDED: 0<br>CUSTOMER CODE: 65526685982A42980 | taxi (INVOICE to TSLA) | $42.57 |
| 06/21 | 06/21 | 2449215HWLRFMBRKK | UBER  TRIP D7R2W HELP.UBER.COM CA<br>MCC: 4121   MERCHANT ZIP: 94105<br>SALES TAX: $    0.00  TAX INCLUDED: 0<br>CUSTOMER CODE: 1FE3AB7A444244780 | taxi (INVOICE to TSLA) | $45.25 |
| 06/21 | 06/21 | 2449215HWLRG9KNN2 | UBER  MMJMO HELP.UBER.COM CA | taxi (INVOICE to TSLA) | $60.23 |

(continued on next page)

CONFIDENTIAL                          CNTL00779400                          TES-TRIPP_0001055

MSJ_760

 **PNC BANK**

## Your transactions (continued)

| TRANS DATE | POST DATE | REFERENCE NUMBER | DESCRIPTION | | AMOUNT |
|---|---|---|---|---|---|
| | | | MCC: 4121   MERCHANT ZIP: 94105 | | |
| | | | SALES TAX: $   0.00 TAX INCLUDED: 0 | | |
| | | | CUSTOMER CODE: 518F22FDA1913FC80 | | |
| 06/21 | 06/21 | 2449215HWLSQ2JP4A | UBER   O23J2 HELP.UBER.COM CA | **taxi (INVOICE to TSLA)** | $13.09 |
| | | | MCC: 4121   MERCHANT ZIP: 94105 | | |
| | | | SALES TAX: $   0.00 TAX INCLUDED: 0 | | |
| | | | CUSTOMER CODE: B275345E69E734D80 | | |
| 06/21 | 06/21 | 2449215HWLW7NV2GH | UBER   XG54O HELP.UBER.COM CA | **taxi (INVOICE to TSLA)** | $17.85 |
| | | | MCC: 4121   MERCHANT ZIP: 94105 | | |
| | | | SALES TAX: $   0.00 TAX INCLUDED: 0 | | |
| | | | CUSTOMER CODE: 8B562327F77B3AD80 | | |
| 06/22 | 06/22 | 2449215HXLW8N36ES | UBER   TRIP SOP7Q HELP.UBER.COM CA | **taxi (INVOICE to TSLA)** | $41.92 |
| | | | MCC: 4121   MERCHANT ZIP: 94105 | | |
| | | | SALES TAX: $   0.00 TAX INCLUDED: 0 | | |
| 06/23 | 06/23 | 2449215HYS0R5R48Q | ■■■■■■■■■■■■■■■ | | |
| 06/24 | 06/24 | 2449215HZLSFATTV5 | ■■■■■■■■■■■■■■■ | | |
| 06/24 | 06/24 | 2449215HZLSF95BRF | UBER   TRIP G5TLW HELP.UBER.COM CA | **taxi (INVOICE to TSLA)** | $13.65 |
| | | | MCC: 4121   MERCHANT ZIP: 94105 | | |
| | | | SALES TAX: $   0.00 TAX INCLUDED: 0 | | |
| | | | CUSTOMER CODE: 3766BB3E55EA40F80 | | |
| 06/25 | 06/25 | 2449215J0LRMRA4VM | UBER   TRIP 27F76 HELP.UBER.COM CA | **taxi (INVOICE to TSLA)** | $22.05 |
| | | | MCC: 4121   MERCHANT ZIP: 94105 | | |
| 06/25 | 06/25 | 2469216J02Y19HENP | ■■■■■■■■■■■■■■■ | | |
| 06/25 | 06/25 | 2469216J02Y19LTQP | ■■■■■■■■■■■■■■■ | | |
| | | | SALES TAX: $   0.00 TAX INCLUDED: | | |
| 06/27 | 06/27 | 2469216J22Y0GZ0KD | RENAISSANCE HOTELS-F&B RENO  NV | **hotel (INVOICE to TSLA)** | $202.77 |
| | | | MCC: 3530   MERCHANT ZIP: 89501 | | |
| | | | LODGING CHECK-IN DATE: 06/27/18 | | |
| | | | SALES TAX: $   0.00 TAX INCLUDED: | | |

(continued on next page)

CONFIDENTIAL                CNTL00779400                TES-TRIPP_0001056

## Your transactions (continued)

| TRANS DATE | POST DATE | REFERENCE NUMBER | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 06/28 | 06/28 | 2469216J42X4WFX85 | RENAISSANCE HOTELS-F&B RENO  NV  **hotel (INVOICE to TSLA)** | $164.58 |
| | | | MCC: 3530   MERCHANT ZIP: 89501 | |
| | | | LODGING CHECK-IN DATE: 06/28/18 | |
| | | | SALES TAX: $    0.00  TAX INCLUDED: | |
| 06/29 | 06/29 | 2449215J4LSN6FFQ3 | UBER   TRIP D2BCZ HELP.UBER.COM CA  **taxi (INVOICE to TSLA)** | $11.39 |
| | | | MCC: 4121   MERCHANT ZIP: 94105 | |
| | | | SALES TAX: $    0.00  TAX INCLUDED: 0 | |
| | | | CUSTOMER CODE: 1E822CEBAD264DC80 | |
| 06/29 | 06/29 | 2469216J42Y14RFWX | HOTELS.COM149507146773 HOTELS.COM  WA  **hotel (INVOICE to TSLA)** | $146.09 |
| | | | MCC: 4722   MERCHANT ZIP: 98004 | |
| | | | SALES TAX: $    0.00  TAX INCLUDED: 2 | |
| | | | CUSTOMER CODE: KAYAK635766908 | |
| 06/30 | 06/30 | 2449215J5JH9D72Y4 | | |
| 06/30 | 06/30 | 2449215J5LRVFP852 | | |
| 06/30 | 06/30 | 2449215J5LSP632KL | | |
| 06/30 | 06/30 | 2449215J5LWJJBGNF | | |
| | | | CUSTOMER CODE: 92D821CFA00944980 | |
| 06/30 | 06/30 | 2469216J52XN8B22H | RENAISSANCE HOTELS AND RENO  NV  **hotel (INVOICE to TSLA)** | $1,017.28 |
| | | | MCC: 3530   MERCHANT ZIP: 89501 | |
| | | | LODGING CHECK-IN DATE: 06/25/18 | |
| 07/01 | 07/01 | 2449215J6LRX28FDS | | |

Total

**Your finance charges**

| TYPE OF BALANCE | CORRES ANNUAL PERC RA |
|---|---|
| Purchases | |
| Cash advances | |

5170      HXH      002   7  1   180702   0      PAGE 27 of

**PNC BANK**

Account #                  XXXX XXXXX XXXX 2615
Statement closing date            07/02/18

ⓘ   Important information - please read

&  ITEM WAS TRANSFERRED FROM LOST/STOLEN ACCOUNT.

CONFIDENTIAL                    CNTL00779400                    TES-TRIPP_0001058

MSJ_763

CONFIDENTIAL        CNTL00779400        TES-TRIPP_0001059

MSJ_764

# Business Card

## PNC BANK

Visa Signature® *Business*Options™ Card

### Your account summary

Previous balance
Payment received
Purchases
Credits
Cash advances
Late and overlimit fees
Finance charges
**New balance**

**$ Minimum payment**
**Due date**



(continued on next page)

5170   HXH   002   7   1   180702   0   PAGE 1 of 3   1 0   5625   8300   5013   OA5170CC

---

## PNC BANK
PO BOX 3429
PITTSBURGH PA 15230-3429

☐ Check here if address, ph
changes are indicated on

4690835013122649000000000000000000000

Make check payable to:

PNC BANK
PO BOX 856177
LOUISVILLE KY 40285-6177

469   5000   0080   0835013122649   001

## TERMS AND CONDITIONS

**Crediting of payments** Payments received by us at P.O. Box 856177, Louisville, KY 40285-6177 by 5:00 P.M. Eastern Time, will be credited as of that day. Payments received after 5:00 P.M. Eastern Time, will be credited as of the following day. Do not send cash. The bottom portion of this statement must accompany your payment and be inserted in the envelope provided. The payment address must be placed in the window of the envelope. Do not fold check or bottom portion of this statement. Paper clips, staples, tape, or other correspondence should not be included with your payment. If you fail to follow these payment instructions, the crediting of such payment to your account may be delayed up to 5 days.

**Important information about credit availability** In order to ensure there is enough time for a payment to clear the account on which it is drawn, we may not make the payment amount available to re-borrow for a period of 10 or 14 days, depending on the amount of the payment and other factors. Even if the payment amount is not available immediately, the payment will be credited on receipt if and as provided in the section called "Crediting of Payments" above.

**Notice to customers paying by check** When you make a payment with a personal check, you authorize us to use information from your check to make a one-time electronic transfer from your account or to process the payment as a check transaction. This means your account could be debited as early as the same day the payment is received. Your check will no longer be sent to your bank for processing. It will be destroyed and a copy will be retained. Therefore, you will no longer receive the original or a copy of your check back from your bank. Also, the way in which the transaction appears on your bank statement will change. Your statement will now show a line item for an electronic entry initiated by PNC Bank, and will include the check number, payee and the check amount. If you have questions regarding the conversion of your payment to an electronic transfer, please refer to the toll free number on the front of this statement.

**Conditional payments** Any payment you send to us for less than the full balance marked with the words "Paid in Full" or similar language, must be sent to Customer Service, P.O. Box 3429, Pittsburgh, PA 15230-3429. We may refuse to accept such payments. If your payment is made to any other address, we may accept the payment without losing any of our rights. All other payments should be sent to the payment address printed on the remittance portion of the statement.

**Lost or stolen cards** You must immediately report lost or stolen cards by calling the Customer Service number on the front of the statement.

**Grace period** You may avoid finance charges on the Purchases portion of your New Balance if you paid in full the New Balance showing on your previous statement and you pay in full the New Balance on your current statement. All payments must be received by the requested due dates to avoid finance charges. The grace period is not applicable to cash advances or balance transfers.

**Balance calculation for purchases** Finance charges on Purchases accrue from the date of each transaction. We figure finance charges for Purchases by applying the periodic rate for Purchases to the Average Daily Balance for Purchases. To get your Average Daily Balance for Purchases we take the beginning balance of Purchases for your Account each day, and unpaid finance charges and fees that apply to Purchases, add any new Purchases (if you have not paid in full your previous New Balance by the Due Date) and subtract any payments and credits that apply to Purchases. This gives us the Daily Balance for Purchases. Then, we add all the daily balances for Purchases for the billing cycle and divide by the total number of days in the billing cycle. This gives us the Average Daily Balance for Purchases.

**Balance calculation for cash advances** A finance charge will be imposed on all Cash Advances from the date of each Cash Advance. We figure the finance charges for Cash Advances by applying the periodic rate for Cash Advances to the Average Daily Balance for Cash Advances. To get your Average Daily Balance for Cash Advances, we take the beginning balance of Cash Advances for your Account each day, and unpaid finance charges and fees that apply to Cash Advances, add any new Cash Advances, and subtract any payments and credits that apply to Cash Advances. This gives us the Daily Balance for Cash Advances. Then, we add all the Daily Balances for Cash Advances for the billing cycle and divide by the total number of days in the billing cycle. This gives us the Average Daily Balance for Cash Advances.

**Balance calculation for balance transfers** A finance charge will be imposed on all Balance Transfers from the date each transfer check is written to us. We figure the finance charges for Balance Transfers by applying the periodic rate for Balance Transfers to the Average Daily Balance for Balance Transfers. To get your Average Daily Balance for Balance Transfers, we take the beginning balance of Balance Transfers for your Account each day, and unpaid finance charges and fees that apply to Balance Transfers, add any new Balance Transfers, and subtract any payments and credits that apply to Balance Transfers. This gives us the Daily Balance for Balance Transfers. Then, we add all the Daily Balances for Balance Transfers for the billing cycle and divide by the total number of days in the billing cycle. This gives us the Average Daily Balance for Balance Transfers.

The finance charge may be determined by (1) multiplying each of the Average Daily Balances by the number of days in the billing cycle, (2) multiplying each of the results by the applicable daily periodic rate, and (3) adding each of these products together.

**Annual fee renewal notice** If your Credit Card Agreement provides for an annual fee, the annual fee will be reflected on your credit card statement once each year.

**IMPORTANT NOTICE**
This is an attempt to collect a debt and any information obtained will be used for that purpose.

OA5170CC - 11 - 05/13/13

**Moving?** Please provide your new information below and also check the box on the front of the payment stub to ensure prompt handling.

Street address _____

City _____ State _____ ZIP _____

Business phone _____ Cell phone _____

*Email address_____
*This email address will be used to provide you with general communications and special offers. This change will not update your email address in any PNC Bank online service.

# PNC BANK

## Your transactions (continued)

| TRANS DATE | POST DATE | REFERENCE NUMBER | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 06/08 | 06/10 | 2471705HGTBPNW6WW | DELTA AIR   0062328011939DELTA.COM   CA | 695.20 |
| | | | MCC: 3058   MERCHANT ZIP: | |
| | | 06/10/18 | ▮▮▮▮▮▮/WILLIS | |
| | | 1 DL H | ATLANTA       SAN FRANCISCO | |
| 06/13 | 06/15 | 2479262HMPYSVY1A3 | | |
| | | 07/17/18 | | |
| | | 1 2V K | | |
| 06/13 | 06/15 | 2479262HMPYSVY19W | | |
| | | 07/15/18 | | |
| | | 1 2V K | | |
| 06/17 | 06/19 | 2471705HTTBSD8PVJ | | |
| | | 06/17/18 | | |
| | | 1 DL P | | |
| | | 2 DL F | | |
| 06/18 | 06/21 | 2443106HVPZW6KZRP | | |
| | | 06/19/18 | ▮▮▮▮▮JUSTIN | |
| | | 1 AS H | RENO        SAN JOSE | |
| 06/21 | 06/24 | 2469216HX2XA14MAJ | UNITED   0162404779429800-932-2732 TX | 884.65 |
| | | | MCC: 3000   MERCHANT ZIP: 77002 | |
| | | | SALES TAX: $   0.00  TAX INCLUDED: | |
| | | 06/21/18 | ▮▮▮▮▮JUSTINM | |
| | | 1 UA E | RENO        CHICAGO | |
| | | 2 UA E | CHICAGO       WASHINGTON | |
| 06/22 | 06/24 | 2471705HYTBVWANXK | DELTA AIR  UPGRADE   DELTA.COM   CA | 39.00 |
| | | | MCC: 3058   MERCHANT ZIP: | |
| 06/22 | 06/24 | 2471705HYTBVWM6QZ | DELTA AIR   0062329860414DELTA.COM   CA | 796.80 |
| | | | MCC: 3058   MERCHANT ZIP: | |
| | | 06/22/18 | ▮▮▮▮▮▮/WILLIS | |
| | | 1 DL Q | RENO        SALT LAKE CITY | |
| | | 2 DL A | SALT LAKE CITY      ATLANTA | |
| 06/24 | 06/25 | 2471705J0TBWFQMB0 | DELTA AIR   0062330416368DELTA.COM   CA | 932.20 |
| | | | MCC: 3058   MERCHANT ZIP: | |
| | | 06/25/18 | ▮▮▮▮▮▮/WILLIS | |
| | | 1 DL P | ATLANTA       SAN JOSE | |
| 06/24 | 06/26 | 2443106J0WESN5AVZ | | |
| | | 06/25/18 | | |
| | | 1 AA M | | |
| | | 2 AA M | | |
| 06/24 | 06/26 | 2443106J0WESN5QFG | | |
| | | 06/25/18 | | |
| | | 1 AA D | | |
| | | 2 AA D | | |
| 06/24 | 06/26 | 2443106J0WESPB2LW | | |
| | | 06/24/18 | | |
| | | 1 AA Y | | |
| 06/25 | 06/26 | 2443106J02DYVNHG5 | | |
| 06/25 | 06/26 | 2469216J02XPXWWHS | | |

(continued on next page)

| 5170 | HXH | 002  7  1 | 180702  0 | PAGE 2 of 3 | 1 0  5625  8300  5013  OA5170CC |
|---|---|---|---|---|---|

## Your transactions (continued)

| TRANS DATE | POST DATE | REFERENCE NUMBER |
|---|---|---|
| 06/25 | 06/27 | 2443106J1LL74KMJ3 |
| 06/25 | 06/27 | 2443106J1WESN6HFW |
| | | 07/01/18 |
| | | 1 AA L |
| | | 2 AA V |
| 06/25 | 06/27 | 2443106J1WESPHS8P |
| | | 06/25/18 |
| | | 1 AA Y |
| 06/26 | 06/27 | 2443106J12DJV81ZH |
| 06/26 | 06/27 | 2469216J12X9HF7XL |
| 06/28 | 06/30 | 2469216J42XYFKXJF |
| | | 06/28/18 |
| | | 1 UA E |
| | | 2 UA E |
| 06/29 | 07/02 | 2469216J52XJD09WP |
| | | 07/15/18 |
| | | 1 UA E |
| | | 2 UA E |
| | | 3 UA E |
| | | 4 UA E |
| 06/29 | 07/02 | 2469216J52XJD9GZM |
| 06/29 | 07/02 | 2469216J52XJD9GZX |
| 07/02 | 07/02 | 000000000000COMPC |

## Your finance charges

| TYPE OF BALANCE | CORRESPO... ANNUAL PERCE... RATE |
|---|---|
| Purchases | 16. |
| Cash advances | 23. |

5170      HXH      002   7  1   180702   0          PAGE 3 of 3          1 0  5625  8300  5013

| | DATE ▲ | DESCRIPTION | AMOUNT |
|---|---|---|---|
| > | JUN 19 2018 | TESLA CAFE 411494 93751411494 - FREMONT, CA | $14.58 |
| > | JUN 19 2018 | UBER TRIP GI6KN - HELP.UBER.COM, CA | $20.50 |
| > | JUN 19 2018 | UBER TRIP KHMER - HELP.UBER.COM, CA | $53.35 |
| > | JUN 19 2018 | UBER TRIP XDSRI - HELP.UBER.COM, CA | $10.00 |
| > | JUN 19 2018 | UBER TRIP XDSRI - HELP.UBER.COM, CA | $41.10 |
| > | JUN 20 2018 | ALOFT SILICON VALLEY ALOFT SILICON V - NEWARK, CA | $296.53 |
| > | JUN 20 2018 | ALOFT SILICON VALLEY - Newark, CA | $6.59 |
| > | JUN 20 2018 | RENAISSANCE HOTELS AND RESORTS - RENO, NV | $420.82 |
| > | JUN 20 2018 | UBER TRIP ADSUV - HELP.UBER.COM, CA | $18.07 |
| > | JUN 20 2018 | UBER TRIP V66XM - HELP.UBER.COM, CA | $71.17 |
| > | JUN 20 2018 | UBER TRIP WPRHU - HELP.UBER.COM, CA | $38.73 |

CONFIDENTIAL

CNTL00779402

TES-TRIPP_0001064



**Manage your account online:** 
www.chase.com/united

**Customer Service:** 
1-800-537-7783

**Mobile:** Download the 
Chase Mobile® app today

## ACCOUNT ACTIVITY                    (CONTINUED)



| Date of Transaction | Merchant Name or Transaction Description | | | $ Amount |
|---|---|---|---|---|
| 06/19 | UNITED | 0162404334917 800-932-2732 TX | | 381.20 |
| | 061818 1 E | LAX | SFO | |
| 06/19 | UNITED | 0162404478056 800-932-2732 TX | | 288.20 |
| | 061918 1 Q | SFO | LAX | |
| 06/21 | UNITED | 0162404833756 800-932-2732 TX | | 448.40 |
| | 062518 1 U | LAX | SFO | |
| | 2 U | SFO | LAX | |
| 06/27 | UA INFLT | 0162926435906 HOUSTON TX | | 7.99 |

**Document has been produced in native format.**

Gmail - Confirmation Letter - UPVIOE 06/19/18 - from Alaska Airlines

 Gmail

**W. McDonald**

---

## Confirmation Letter - UPVIOE 06/19/18 - from Alaska Airlines
1 message

---

**Alaska Airlines** <Alaska.IT@alaskaair.com>
Reply-To: Alaska Airlines <Alaska.ConfirmationLetter@alaskaair.com>
To:

Tue, Jun 19, 2018 at 7:56 AM

If you have trouble viewing this message, click here to request a plain text-only version of this email.

## Alaska

Confirmation code:                    UPVIOE

You're all set. Thank you for booking with Alaska and we look forward to seeing you on board.

Manage your trip online and view full details about your flight reservation and fare. You can choose seats, make service requests, and make changes to your flight.

Manage Trip

| Flight | Departs | Arrives | Class | Traveler(s) | Seat(s) |
|---|---|---|---|---|---|
| *Alaska*<br>Alaska 2183<br>Bombardier Q400 | Reno (RNO)<br>Tue, Jun 19<br>5:50 am | San Jose, CA (SJC)<br>Tue, Jun 19<br>6:47 am | H<br>(Coach) | Willois Ii Mcdonald | 18B |

**Flight Operated By Horizon Air as AlaskaHorizon. Check in with Alaska Airlines.**

**Hotels and cars**

**Additional information**

Low price guarantee
Powered by Expedia®

**Prohibited hazardous materials**
The Federal Government has specific restrictions about hazardous materials
in carry-on and checked baggage. Failure to declare hazardous materials
may result in civil and criminal penalties. For more information, visit: the FAA
website.

**Need a hotel?**
Use our hotel deal finder to
book a hotel in San Jose, CA.

**Summary of airfare charges**

Willois Ii Mcdonald
*MP# Enter Mileage Program*
Ticket 0272175790163

| | |
|---|---|
| Base Fare and Surcharges | $135.81 |
| Taxes and Other Fees | $24.39 |
| Per person total | $160.20 |

**Need a ride?**
Use our car deal finder to
rent a car in San Jose, CA.

Get the Visa Signature® card

Apply now for the Alaska Airlines
Visa Signature® card and earn

https://mail.google.com/mail/u/0/?ui=2&ik=d3200386d1&jsver=H8yF-bO9hWE.en.&cbl=gmail_fe_180626.14_p5&view=pt&q=alaska%20airlines&qs=true&search...    1/3

CONFIDENTIAL                  CNTL00779405                  TES-TRIPP_0001067

MSJ_772

**Total charges for air travel**      **USD $160.20**
View all taxes, fees and charges

30,000 bonus miles after
qualifying purchases.



APPLY

Total charges and credits

Nonrefundable fare of $160.20 was charged to the Visa card with number
***********7451  held by Willis Mcdonald on 06/19/2018.

Sign up for email deals

Our email deals features
exclusive fare sales, discount
codes and web specials tailored
to your preferences, as well as
Alaska Airlines Mileage Plan
offers and news.

Trip protection by Allianz Global Assistance

Purchase trip protection benefits and travel assistance services for your
trip from Allianz Global Assistance. Learn more

Sign up

Flight notifications

Flight notifications are how we will contact you with important travel
information. Get alerts about departures, arrivals, gate changes, cancelations
and more.
SIGN UP

Service requests

Alaska Airlines provides a meet
and assist service for travelers
who need assistance through
the airport. Request this service
online or over the phone.

Web Check-in

When traveling on Alaska Airlines, save time by checking in online 1 to 24
hours prior to departure. You can also check in at one of our airport
kiosks or at the ticket counter.
CHECK IN

View reservation

For more information about minimum check-in times, required
identification, international travel, and traveling with minors, please visit
our website.

InFlight service

Many Alaska Airlines flights offer
the option to purchase a meal.
We've also equipped almost all
of our fleet with InFlight WiFi so
you can surf the web or stay
productive inflight. For more
info, please see our on board
guide.

Manage your flight reservation

View full details about your flight reservation and fare. You can choose
seats, make service requests, and make changes online.

Alaska Airlines reservations 1-800-ALASKAAIR (1-800-
252-7522)

MANAGE

For your security

Do you have a redress number? If
so, and you did not provide it when
you made your reservation, please
visit www.alaskaair.com or call
reservations.

Baggage

**Carry-on baggage:** On Alaska Airlines flights, each traveler is limited to
one carry-on bag plus one personal item. See our carry-on baggage page
for the latest policies and size information.

**Checked baggage:** Alaska Airlines rules and fees apply for this itinerary.
The first and second checked bag fees are $25 each. See the checked

To learn more about redress
numbers go to www.dhs.gov/trip.

Destinations

CONFIDENTIAL                    CNTL00779405                    TES-TRIPP_0001068

MSJ_773

baggage page for details and exceptions.

 **Alaska Airlines® baggage service guarantee**
Get your bags in 20 minutes guaranteed.

**View information for:**
San Jose, CA

**Contact us**

**Your rights**

**Share your thoughts with us,**
**contact us.**

Please review important information about your consumer rights and our
limitations of liability.

You may also wish to review the contract of carriage applicable to your
trip.

---

Please do not reply to this email. Need help? Contact us.
If you have an account with us and wish to unsubscribe from marketing email, visit the manage email page.
You may still receive transactional messages from Alaska Airlines. Privacy Notice

This email was sent to ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
Reference number PL84854111. Requested at 06/19/2018 04:45 AM

Alaska Airlines, PO Box 68900, Seattle, WA 98168-0900.
&copy 2018 Alaska Airlines. All rights reserved.

View our Privacy Notice or Contact us.



CONFIDENTIAL      CNTL00779405      TES-TRIPP_0001069

MSJ_774

 **Gmail**

**W. McDonald**

---

## Confirmation Letter - YYPUYO 06/12/18 - from Alaska Airlines
1 message

---

**Alaska Airlines** <Alaska.IT@alaskaair.com>                    Mon, Jun 11, 2018 at 4:58 PM
Reply-To: Alaska Airlines <Alaska.ConfirmationLetter@alaskaair.com>
To:

---

If you have trouble viewing this message, click here to request a plain text-only version of this email.

# Alaska.

Confirmation code:                                        YYPUYO

You're all set. Thank you for booking with Alaska and we look forward to seeing you on board.

Manage your trip online and view full details about your flight reservation and fare. You can choose seats, make service requests, and make changes to your flight.

Manage Trip

| Flight | Departs | Arrives | Class | Traveler(s) | Seat(s) |
|--------|---------|---------|-------|-------------|---------|
| *Alaska*<br>Alaska 2174<br>Bombardier Q400 | San Jose, CA (SJC)<br>Tue, Jun 12<br>7:30 am | Reno (RNO)<br>Tue, Jun 12<br>8:28 am | H<br>(Coach) | Willis Ii Mcdonald | 13A |

**Flight Operated By Horizon Air as AlaskaHorizon. Check in with Alaska Airlines.**

**Additional information**

**Prohibited hazardous materials**
The Federal Government has specific restrictions about hazardous materials in carry-on and checked baggage. Failure to declare hazardous materials may result in civil and criminal penalties. For more information, visit: the FAA website.

**Summary of airfare charges**

Willis Ii Mcdonald
*MP# Enter Mileage Program*
Ticket 0272175030419

| | |
|---|---|
| Base Fare and Surcharges | $135.81 |
| Taxes and Other Fees | $24.39 |
| Per person total | $160.20 |

**Hotels and cars**

Low price guarantee
Powered by Expedia®

**Need a hotel?**
Use our hotel deal finder to book a hotel in Reno.

**Need a ride?**
Use our car deal finder to rent a car in Reno.

Get the Visa Signature® card

Apply now for the Alaska Airlines Visa Signature® card and earn

---

CONFIDENTIAL                         CNTL00779406                    TES-TRIPP_0001070

MSJ_775

**Total charges for air travel**     **USD $160.20**
View all taxes, fees and charges

Total charges and credits

Nonrefundable fare of $160.20 was charged to the Visa card with number
\***********7451 held by Willis Mcdonald on 06/11/2018.

Trip protection by Allianz Global Assistance

Purchase trip protection benefits and travel assistance services for your
trip from Allianz Global Assistance. Learn more

Flight notifications

Flight notifications are how we will contact you with important travel
information. Get alerts about departures, arrivals, gate changes, cancelations
and more.
SIGN UP

Web Check-in

When traveling on Alaska Airlines, save time by checking in online 1 to 24
hours prior to departure. You can also check in at one of our airport
kiosks or at the ticket counter.
CHECK IN

For more information about minimum check-in times, required
identification, international travel, and traveling with minors, please visit
our website.

Manage your flight reservation

View full details about your flight reservation and fare. You can choose
seats, make service requests, and make changes online.

Alaska Airlines reservations 1-800-ALASKAAIR (1-800-
252-7522)

MANAGE

Baggage

**Carry-on baggage:** On Alaska Airlines flights, each traveler is limited to
one carry-on bag plus one personal item. See our carry-on baggage page
for the latest policies and size information.

**Checked baggage:** Alaska Airlines rules and fees apply for this itinerary.
The first and second checked bag fees are $25 each. See the checked

30,000 bonus miles after
qualifying purchases.



APPLY

Sign up for email deals

Our email deals features
exclusive fare sales, discount
codes and web specials tailored
to your preferences, as well as
Alaska Airlines Mileage Plan
offers and news.

Sign up

Service requests

Alaska Airlines provides a meet
and assist service for travelers
who need assistance through
the airport. Request this service
online or over the phone.

View reservation

InFlight service

Many Alaska Airlines flights offer
the option to purchase a meal.
We've also equipped almost all
of our fleet with InFlight WiFi so
you can surf the web or stay
productive inflight. For more
info, please see our on board
guide.

For your security

Do you have a redress number? If
so, and you did not provide it when
you made your reservation, please
visit www.alaskaair.com or call
reservations.

To learn more about redress
numbers go to www.dhs.gov/trip.

Destinations

CONFIDENTIAL     CNTL00779406     TES-TRIPP_0001071

MSJ_776

baggage page for details and exceptions.

 **Alaska Airlines® baggage service guarantee**
Get your bags in 20 minutes guaranteed.

**View information for:**
Reno

**Contact us**

**Your rights**

Please review important information about your consumer rights and our
limitations of liability.

You may also wish to review the contract of carriage applicable to your
trip.

Share your thoughts with us,
contact us.

Please do not reply to this email. Need help? Contact us.
If you have an account with us and wish to unsubscribe from marketing email, visit the manage email page.
You may still receive transactional messages from Alaska Airlines. Privacy Notice

This email was sent to ███████████████████
Reference number PL84543716. Requested at 06/11/2018 01:49 PM

Alaska Airlines, PO Box 68900, Seattle, WA 98168-0900.
&copy 2018 Alaska Airlines. All rights reserved.

View our Privacy Notice or Contact us.



CONFIDENTIAL                          CNTL00779406                          TES-TRIPP_0001072

MSJ_777

 **Gmail**

**W. McDonald** ▪

---

## Expedia travel confirmation - Jun 13 - (Itinerary # 7359173034576)
1 message

---

**Expedia.com** <Expedia@expediamail.com>
Reply-To: Expedia@expediamail.com
To: ▪

Wed, Jun 13, 2018 at 9:44 PM



# Thanks!

Your reservation is confirmed. No need to call to reconfirm.

## Harrah's Casino Hotel Reno, Reno

Jun 13, 2018 - Jun 15, 2018

See live updates to your itinerary, anywhere and anytime.

| **See your itinerary** | Download to your Phone |
|---|---|

---

## Hotel overview



**Harrah's Casino Hotel Reno**

219 N Center St,
Reno, NV, 89501
United States of
America

View    Map and
hotel    directions
Message
hotel

CONFIDENTIAL         CNTL00779407         TES-TRIPP_0001073

MSJ_778

Case 3:18-cv-00296-MMD-CLB Document 182-1 Filed 05/05/20 Page 23 of 86

**Reservation dates**
Jun 13, 2018 - Jun 15, 2018

**Itinerary #**
7359173034576

## Check-in and Check-out

**Check-in time**         **Check-out time**
4 PM                      11 AM

**Check-in policies**
Check-in time starts at 4 PM
Check-in time ends at midnight
Minimum check-in age is 21
Your room/unit will be guaranteed for late arrival.

**Special instructions**
Airport shuttle service is available at scheduled times during limited hours.
Contact the property in advance to get details.
Guests can arrange late check-in by contacting the property directly, using
contact information in the confirmation received after booking via this
website.

## Room

**Guests**
Reserved for Willis McDonald
2 adults

**Room**                          **Included amenities**
Classic Room, 1 King Bed,         Food/Beverage Credit, $10
Smoking (West Tower)              food and beverage credit

**Room requests**
1 King Bed
Smoking room

Message hotel

## Price summary

**Expedia**

**Price breakdown**
Room price: $145.60
2 nights: $61.50 avg./night
6/13/2018: $59.00
6/14/2018: $64.00
Taxes & fees: $22.60

291 points
for this trip

See all your rewards

Hotel Fees (Paid at hotel)  $46.86
**Estimated Total: $192.46**

CONFIDENTIAL                    CNTL00779407                    TES-TRIPP_0001074

MSJ_779

7/6/2018
Case 3:18-cv-00296-MMD-CLB Document 182-1 Filed 05/05/20 Page 24 of 86
Gmail - Expedia travel confirmation - Jun 13 - (Itinerary # 7239193634576)

**$145.60** collected by Expedia. Additional fees will be collected by the hotel

Unless specified otherwise, rates are quoted in US dollars.

## Additional hotel fees

The below fees and deposits only apply if they are not included in your selected room rate.

You'll be asked to pay the following charges at the property:

- Deposit: USD 50.00 per day
- Tourism fee: USD 3 per accommodation, per night
- Resort fee: USD 20.43 per accommodation, per night

The resort fee includes:

- Fitness center access
- Internet access
- Phone calls

We have included all charges provided to us by the property. However, charges can vary, for example, based on length of stay or the room you book.

The price shown above DOES NOT include any applicable hotel service fees, charges for optional incidentals (such as minibar snacks or telephone calls), or regulatory surcharges. The hotel will assess these fees, charges, and surcharges upon check-out.

## Rules and restrictions

**Cancellations and changes**
We understand that sometimes plans fall through. We do not charge a cancel or change fee. When the property charges such fees in accordance with its own policies, the cost will be passed on to you. Harrah's Casino Hotel Reno charges the following cancellation and change fees.

Cancellations or changes made after 6:00pm (Pacific Daylight Time (US & Canada); Tijuana) on Jun 10, 2018 or no-shows are subject to a property fee equal to the first nights rate plus taxes and fees.

**Pricing and Payment**
**Hotel fees**
The price DOES NOT include any applicable hotel service fees, charges for optional incidentals (such as minibar snacks or telephone calls), or regulatory surcharges. The hotel will assess these fees, charges, and surcharges upon check-out.

**Pricing**
Your credit card is charged the total cost at time of purchase. Prices and room/unit

CONFIDENTIAL

availability are not guaranteed until full payment is received.

Some properties request that we wait to submit guest names until 7 days prior to check in. In such a case, your room/unit is reserved, but your name is not yet on file with the property.

**Guest Charges and Room Capacity**
Base rate is for 2 guests.

Total maximum number of guests per room/unit is 2.

Maximum number of adults per room/unit is 2.

Maximum number of children per room/unit is 1.

Maximum number of infants per room/unit is 1.

This property considers guests aged 17 and under, at time of travel, to be children.

Availability of accommodation in the same property for extra guests is not guaranteed.

The fee for extra adults is $10.00 per person.

The fee for extra infants is $10.00 per person.

# More help

**About the Hotel**
For special requests or questions about the property, please call the hotel directly at Tel: 1 (775) 786-3232, Fax: 1 (775) 788-2815
Message hotel

**About your Reservation**

Call us at 1-877-261-3523.

# Complete your trip



**Avoid the stress of traffic!**

Let someone else do the driving

**Make it fun!!**

Explore activities in Reno

CONFIDENTIAL            CNTL00779407            TES-TRIPP_0001076

MSJ_781

Case 3:18-cv-00296-MMD-CLB   Document 182-1   Filed 05/05/20   Page 26 of 86

Get a ride                          Get activities

 

**How will you get there?**

Find exclusive low-cost fares with major airlines

Book your flight

**How will you get around Reno?**

Explore Reno with your own set of wheels

Rent a car

 

Salvatore Ferragamo
Reversible Pebbled Leather
Free Shipping Every day Every Order.
saksfifthavenue.com   SHOP NOW        Salvatore Ferragamo
Reversible Pebbled Leather
Free Shipping Every day Every Order.
saksfifthavenue.com   SHOP NOW

AdChoices ▷                                  AdChoices ▷

Please do not reply to this message. This email was sent from a notification-only email address that cannot accept incoming email.

You are viewing this transactional email based on a recent booking or account-related update on Expedia.com.

EMLCID=US.PT.EVENTTRIGGEREDMAILING.ENSPURCHASECONFIRMATION.
GENERIC&EMLDTL=DATE20180614-ISSUX.SIDX.KEY93395023212.
PAIDX.LANGEN_US.MCIDX.TEST1.VERSX.MIDSX

CONFIDENTIAL                          CNTL00779407                      TES-TRIPP_0001077

MSJ_782

Case 3:18-cv-00296-MMD-CLB   Document 182-1   Filed 05/05/20   Page 27 of 86

CONFIDENTIAL          CNTL00779407          TES-TRIPP_0001078

MSJ_783

 Gmail

**W. McDonald** █████████████████

---

## Expedia travel confirmation - Jun 15 - (Itinerary # 7359437400728)
1 message

---

**Expedia.com** <Expedia@expediamail.com>                           Fri, Jun 15, 2018 at 2:13 AM
Reply-To: Expedia@expediamail.com
To: ████████████████

---



# Thanks!

Your reservation is booked and confirmed. There is no need to call
us to reconfirm this reservation.

## Atlanta

Jun 15, 2018 - Jun 15, 2018

---

## Because you booked a flight, you qualify for up to 54% off Atlanta hotels.

Expires Fri, June 15

> See hotels

---

## See live updates to your itinerary, anywhere and anytime.

| **See your itinerary** | Download to your Phone |

---

## Before you go

- **E-ticket:** This email can be used as an E-ticket.

- Remember to bring your itinerary and government-issued photo ID for airport
check-in and security.

CONFIDENTIAL                          CNTL00779408                          TES-TRIPP_0001079
MSJ_784

**Contact the airline to confirm:**

- specific seat assignments
- special meals
- frequent flyer point awards
- special assistance requests

---

## Flight overview



**Travel dates**
Jun 15, 2018 - Jun 15, 2018

**Itinerary #**

7359437400728

**Your reservation is booked and confirmed. There is no need to call us to reconfirm this reservation.**

**Confirmation**
F8AOWN (Delta)

**Booking ID**
QGFNDQ

**Ticket #**
0067117899353 (Willis C McDonald II)

Change or cancel this reservation

**You still have time to protect your trip.**

Protect My Trip

Expires 24 hours after confirmation of flight booking

---



## Departure

Fri, Jun 15

Delta 2664

CONFIDENTIAL                              CNTL00779408                              TES-TRIPP_0001080

                                                                                   MSJ_785

| **Reno (RNO)** | ➔ | **Salt Lake City (SLC)** |
|---|---|---|
| 6:20am | | 8:43am |
| **Gate B10** | | **Terminal:** 2 |
| | | Gate C8 |

FIRST BUSINESS
**Cabin:** Economy / Coach (Y)
**Included**                        **Fee applies**

- 2 Free Bags                    • Wi-Fi
- Seat Choice
- Snacks
- Alcoholic Drinks
- Priority Boarding
- Carry On Bag
- Miles Earned

1h 23m duration

---

🕐 57m stop Salt Lake City (SLC)

---

Delta 66

| **Salt Lake City (SLC)** | ➔ | **Atlanta (ATL)** |
|---|---|---|
| 9:40am | | 3:29pm |
| **Terminal:** 2 | | **Terminal:** S |
| **Gate B12** | | Gate T3 |

FIRST BUSINESS
**Cabin:** Business (C)
**Included**                        **Fee applies**

- 2 Free Bags                    • Wi-Fi
- Seat Choice
- Snacks
- Alcoholic Drinks
- Priority Boarding
- Carry On Bag
- Miles Earned

3h 49m duration

---

## Total Duration

6h 9m

---

## Traveler(s)

CONFIDENTIAL                          CNTL00779408                     TES-TRIPP_0001081

MSJ_786

**Willis C McDonald II**

No frequent flyer details provided

Frequent flyer and special assistance requests should be confirmed directly with the airline.

## Price summary

| | | |
|---|---|---|
| Traveler 1: Adult Flight | $999.07 | $1,096.80 |
| Taxes & Fees | | $97.73 |
| **Total** | | **$1,096.80** |

All prices are quoted in **USD**.

**Expedia+**

219 points
for this trip

## Additional information

**Additional fees**

The airline may charge additional fees for checked baggage or other optional services.

**Airline rules + restrictions**

We understand that sometimes plans change. We do not charge a cancel or change fee. When the airline charges such fees in accordance with its own policies, the cost will be passed on to you.

Please read the complete penalty rules for changes and cancellations applicable to this fare.

**Tickets are nonrefundable, nontransferable and name changes are not allowed.**

Please read important information regarding airline liability limitations .

## More help

Change or cancel this reservation.

Visit our Customer Support page.

Call Expedia Rewards blue Customer Care at 1-877-787-3117.

For faster service, mention **itinerary #7359437400728**

CONFIDENTIAL                              CNTL00779408                          TES-TRIPP_0001082

                                                                                    MSJ_787

## Complete your trip

 

**Rooms are filling up quick!**

Check out popular hotels in Atlanta before they sell out!

Find a hotel

**Tickets sell out fast!**

Book your Atlanta activities now.

Get Activities

 

**Avoid the stress of traffic!**

Let someone else do the driving

Get a ride

**How will you get around Atlanta?**

Explore Atlanta with your own set of wheels.

Rent a car

CONFIDENTIAL CNTL00779408 TES-TRIPP_0001083

MSJ_788



AdChoices



AdChoices

Please do not reply to this message. This email was sent from a notification-only email address that cannot accept incoming email.

You are receiving this transactional email based on a recent booking or account-related update on Expedia.com.

EMLCID=US.PT.EVENTTRIGGEREDMAILING.ENSPURCHASECONFIRMATION.
GENERIC&EMLDTL=DATE20180615-ISSUX.SIDX.KEY93397886852.PAIDX.LANGEN_US.MCIDX.TESTX.
VERSX.MIDSX

CONFIDENTIAL                    CNTL00779408                    TES-TRIPP_0001084

MSJ_789

 Gmail

**W. McDonald** ▮▮▮▮▮▮▮▮▮▮

---

## Your Flight Receipt - WILLIS C MCDONALD 27JUN18

1 message

---

**Delta Air Lines** <DeltaAirLines@e.delta.com>      Wed, Jun 27, 2018 at 1:28 AM
Reply-To: Delta Air Lines <support-b2yzr89bfpayqkauzqx8kqdd397sgy@e.delta.com>
To: ▮▮▮▮▮▮▮▮▮▮



Hello, WILLIS C             SkyMiles®#*******002 >

▮    **Your Trip Confirmation #: GEU8V9**          **MANAGE MY TRIP >**

| **Wed, 27JUN** | **DEPART** | **ARRIVE** |
|---|---|---|
| DELTA 1349 | SAN JOSE, CA | ATLANTA |
| First Class (P) | 12:48pm | 8:30pm |

### ARRIVE ON TIME

Due to peak summer travel season and recent changes to TSA screening procedures, many airports are experiencing a high volume of passengers, resulting in long check-in, baggage drop and security checkpoint lines. Please plan arrive at the airport at least 2 hours prior to your departure when traveling domestically (within the U.S) and at least 3 hours prior to your departure when traveling internationally. We also encourage passengers to check-in online at delta.com or via the Fly Delta app to help avoid delays.

### NEW SERVICE & SUPPORT ANIMAL REQUIREMENTS

Delta welcomes trained service animals, including psychiatric service and emotional support animals on our flights. Effective March 1, 2018 we are changing our requirements. For these requirements please go to: delta.com/animals.

### AUTOMATIC CHECK-IN NOW AVAILABLE

We've added Automatic Check-In to the Fly Delta app to save you time and hassle. This means if you're traveling in the United States, Puerto Rico or the U.S Virgin Islands, we'll automatically check you in 24 hours prior to your scheduled departure. Just open the app and you'll be on your way. Don't have the app? Click here to download. Learn more about automatic check-in.

### RESTRICTED HAZARDOUS ITEMS

To ensure the safety of our customers and employees, **Delta will no longer accept smart bags starting January 15, 2018.** Smart bags with non-removable lithium-ion batteries will not be permitted as carry-on or checked baggage on any Delta mainline or Delta Connection flight. For more information, please visit our News Hub.

CONFIDENTIAL          CNTL00779409          TES-TRIPP_0001085

MSJ_790

Hoverboards or any lithium battery powered self-balancing personal transportation devices are also not permitted as both carry-on and checked baggage.

Spare batteries for other devices, fuel cells, and e-cigarettes are permitted in carry-on baggage only. If your carry-on bag contains these items and is gate checked, they must be removed and carried in the cabin. Further information and specific guidelines regarding restricted items can be found here.

## Passenger Info

| NAME | FLIGHT | SEAT |
|---|---|---|
| WILLIS C MCDONALD | DELTA 1349 | 01A |
| SkyMiles #*******002 | | |

Visit delta.com or use the Fly Delta app to view, select or change your seat.
If you purchased a Delta Comfort+™ seat or a Trip Extra, please visit My Trips to access a receipt of your purchase.

## Flight Receipt

Ticket #: 0062330013971

Place of Issue: Delta.com

Ticket Issue Date: 26JUN18

Ticket Expiration Date: 26JUN19

### METHOD OF PAYMENT

| | |
|---|---|
| VI************7451 | **$932.20 USD** |

### CHARGES

**Air Transportation Charges**

| | |
|---|---|
| Base Fare | $853.95 USD |

**Taxes, Fees and Charges**

| | |
|---|---|
| United States - September 11th Security Fee(Passenger Civil Aviation Security Service Fee) (AY) | $5.60 USD |
| United States - Transportation Tax (US) | $64.05 USD |
| United States - Passenger Facility Charge (XF) | $4.50 USD |
| United States - Flight Segment Tax (ZP) | $4.10 USD |
| **TICKET AMOUNT** | **$932.20 USD** |

This ticket is non-refundable unless the original ticket was issued at a fully refundable fare. Some fares may not allow changes. If allowed, any change to your itinerary may require payment of a change fee and increased fare. Failure to appear for any flight without notice to Delta will result in cancellation of your remaining reservation.

Note: When using certain vouchers to purchase tickets, remaining credits may not be refunded. Additional charges and/or credits may apply.

Fare Details: SJC DL ATL853.95MA0PA0FB USD853.95END ZP SJC XF SJC4.5

## Checked Bag Allowance

The fees below are based on your original ticket purchase. **If you qualify for free or**

CONFIDENTIAL        CNTL00779409        TES-TRIPP_0001086

MSJ_791

**discounted checked baggage,** this will be taken into account when you check in.

Wed 27 Jun 2018            DELTA: SJC ▸ ATL

CARRY ON                  FIRST                 SECOND

FREE                        FREE                  FREE

Visit delta.com for details on baggage embargos that may apply to your itinerary.

### Transportation of Hazardous Materials

Federal law forbids the carriage of hazardous materials aboard aircraft in your luggage or on your person. A violation can result in civil penalties. Examples include: Paints, aerosols, lighter fluid, fireworks, torch lighters, tear gases and compressed gas cartridges.

There are special exceptions for small quantities (up to 70 ounces total). For further information visit delta.com Restricted Items Section.

### EARN MILES WITH AIRBNB. ›

Book your Airbnb via deltaairbnb.com and earn miles on all stays. Plus, new guests also get $25 toward first qualifying booking. Terms Apply.



### BOOK YOUR SUMMER GETAWAY. ›

It's a great time to choose your next escape from more than 325 destinations on six continents.





🍃 We have partnered with The Nature Conservancy to allow you to offset your carbon emissions from this trip. Go to delta.com/CO2 to calculate your CO2 emissions and learn more about offsetting.

### Terms & Conditions

This ticket is non-refundable unless the original ticket was issued at a fully refundable fare. Some fares may not allow changes. If allowed, any change to your itinerary may require payment of a change fee and increased fare. Failure to appear for any flight without notice to Delta will result in cancellation of your remaining reservation.

Note: When using certain vouchers to purchase tickets, remaining credits may not be refunded. Additional charges and/or credits may apply.

### Checked Bag Allowance

*On Delta operated flights, you may carry on one bag and a small personal item at no charge.

Delta One™/First/Business Class weight allowance reverts to 50 lbs for all checked bags beyond regular free allowance.

At the time of check in with Delta, SkyMiles Medallion members, SkyTeam Elite & Elite Plus and active US Military personnel are eligible for fee waivers and other benefits. For more details, visit delta.com/baggage. Basic Cardmembers with a Gold, Platinum, or Reserve Delta SkyMiles Credit Card from American Express are eligible for the first bag fee waiver. More details on the program can be found at delta.com/firstbagfree.

A standard checked bag with Delta may be up to 50 lbs and 62 linear inches (per piece). Additional fees apply for oversize, overweight, and/or additional pieces of checked baggage. Please review Delta's baggage guidelines for details. Weight and size restrictions may vary when checking baggage on carriers other than Delta. Contact with the operating carrier for detailed checked baggage allowances. You must be checked in at the gate by the applicable check-in deadlines or your reservation may be cancelled. Please review Delta's check-in requirement guidelines for

CONFIDENTIAL            CNTL00779409            TES-TRIPP_0001087

MSJ_792

details. Check-in requirements vary by airline, so if your ticket includes travel on other airlines, please check with the operating carrier on your ticket.

Do you have comments about our service? Please email us to share them.

**Conditions of Carriage**

Air transportation on Delta and the Delta Connection® carriers is subject to Delta's conditions of carriage. They include terms governing for example:

• Limits on our liability for personal injury or death of passengers, and for loss, damage of delay of goods and baggage.
• Claim restrictions including time periods within which you must file a claim or bring action against us.
• Our right to change terms of the contract.
• Check-in requirements and other rules established when we may refuse carriage.
• Our rights and limits of our liability for delay or failure to perform service including schedule change, substitution of alternative air carriers or aircraft, and rerouting.
• Our policy on overbooking flights, and your rights if we deny you boarding due to an oversold flight.

These terms are incorporated by reference into our contract with you. You may view these conditions of carriage on delta.com, or by requesting a copy from Delta.

You have received this email because you elected to receive your Electronic Ticket receipt sent to you via email. If you would like to take advantage of other Delta email programs featuring special fares, promotions, information and flight updates, please visit: delta.com/emailprograms or delta.com/notifications.

This document establishes the creation of your electronic EMD(S) in our computer systems. It does not constitute a document of carriage. Where this document is issued for transportation or services other than passenger air transportation, specific terms and conditions may apply. These terms and conditions may be provided separately or may be obtained from the issuing agent.

**Copyright Information**

This email message and its contents are copyrighted and are proprietary products of Delta Air Lines, Inc. Any unauthorized use, reproduction, or transfer of this message or its contents, in any medium, is strictly prohibited.

This is a post only email (EMD+). Please do not respond to this message.

© 2018 Delta Air Lines, Inc. All rights reserved.

**Privacy Policy**

Your privacy is important to us. Please review our Privacy Policy.

CONFIDENTIAL                      CNTL00779409                      TES-TRIPP_0001088
MSJ_793

 Gmail

**W. McDonald** <████████████████████████>

## Your ride with Alease on June 27

**Lyft Ride Receipt** <no-reply@lyftmail.com>
Reply-To: Lyft <no-reply@lyft.com>
To: █████████████████

Wed, Jun 27, 2018 at 11:54 PM





## Thanks for riding with Alease!
June 27, 2018 at 9:15 PM

### Ride Details

| | |
|---|---|
| Base fare | $1.05 |
| 61m 44s | $8.03 |
| 45.94 mi | $39.05 |
| Service fee | $2.60 |
| ATL Airport - Airport Fee | $3.85 |
| Tip | $15.00 |

| | |
|---|---|
| **VISA** Visa *7451 | **$69.58** |

# This and every ride is carbon neutral

CONFIDENTIAL    CNTL00779410    TES-TRIPP_0001089

MSJ_794



Learn more



● Pickup    9:15 PM
S Terminal Pkwy, College Park, GA

● Drop-off    10:17 PM
634 Pine Grove Ave, Grayson, GA



# Make expensing business rides easy

Enable business profile on Lyft to make
expensing rides quick and easy.

Get Business Profile

CONFIDENTIAL      CNTL00779410      TES-TRIPP_0001090

MSJ_795



Pricing FAQ · Help Center

Receipt #1150381277068741010

Map data © OpenStreetMap contributors

© Lyft 2018

185 Berry Street, Suite 5000

San Francisco, CA 94107



Work at Lyft

Become a Driver

CONFIDENTIAL             CNTL00779410             TES-TRIPP_0001091

MSJ_796

 Gmail                                    **W. McDonald** ▬▬▬▬▬▬▬

---

**Your ride with Calvin on June 20**

---

**Lyft Ride Receipt** <no-reply@lyftmail.com>                        Wed, Jun 20, 2018 at 12:47 PM
Reply-To: Lyft <no-reply@lyft.com>
To: ▬▬▬▬▬▬▬



---



## Thanks for riding with Calvin!

June 20, 2018 at 9:31 AM

---

### Ride Details

| | |
|---|---|
| Lyft fare (5.28mi, 14m 23s) | $13.03 |
| Tip | $5.00 |

---

| **VISA** Visa *7451 | **$18.03** |
|---|---|

---

## This and every ride is carbon neutral



CONFIDENTIAL                          CNTL00779411                      TES-TRIPP_0001092

MSJ_797

Learn more



● Pickup     9:31 AM
    39938 Balentine Dr, Newark, CA

● Drop-off     9:46 AM
    903 Page Ave, Fremont, CA



# Make expensing business rides easy

Enable business profile on Lyft to make
expensing rides quick and easy.

Get Business Profile

| ☆ Add driver as favorite |
| :---: |
| ⊕ Tip driver |
| ⌕ Find lost item |

CONFIDENTIAL             CNTL00779411             TES-TRIPP_0001093

MSJ_798

⊘ Request review

To protect against unauthorized behavior, you may see an authorization hold up to $25.
This is to verify your payment method and will not be charged.

Pricing FAQ · Help Center
Receipt #1147650204380411878
To learn more about our Zero Tolerance Policies, go to lyft.com/safety
Map data © OpenStreetMap contributors

© Lyft 2018

185 Berry Street, Suite 5000
San Francisco, CA 94107



Work at Lyft
Become a Driver

CONFIDENTIAL                                    CNTL00779411                              TES-TRIPP_0001094

MSJ_799

 Gmail                                    **W. McDonald** ███████████

---

## Your ride with Christopher on June 23

**Lyft Ride Receipt** <no-reply@lyftmail.com>                            Sat, Jun 23, 2018 at 6:43 AM
Reply-To: Lyft <no-reply@lyft.com>
To: ██████████████



---



## Thanks for riding with Christopher!

### June 23, 2018 at 5:50 AM

---

### Ride Details

| | |
|---|---|
| Lyft fare (45.94mi, 51m 41s) | $54.08 |
| Tip | $10.00 |

---

| **VISA** Visa *7451 | **$64.08** |
|---|---|



## This and every ride is carbon neutral

CONFIDENTIAL                          CNTL00779412                    TES-TRIPP_0001095
                                                                          MSJ_800

Learn more



● Pickup        5:50 AM
  S Terminal Pkwy, College Park, GA

● Drop-off      6:42 AM
  663 Pine Grove Ave, Grayson, GA



# Make expensing business rides easy

Enable business profile on Lyft to make
expensing rides quick and easy.

Get Business Profile



CONFIDENTIAL                                    CNTL00779412                              TES-TRIPP_0001096

MSJ_801

To protect against unauthorized behavior, you may see an authorization hold up to $25.
This is to verify your payment method and will not be charged.

Pricing FAQ · Help Center
Receipt #1148659444740447394
Map data © OpenStreetMap contributors

© Lyft 2018

185 Berry Street, Suite 5000
San Francisco, CA 94107



Work at Lyft

Become a Driver

CONFIDENTIAL                          CNTL00779412                          TES-TRIPP_0001097

MSJ_802

 Gmail                                      W. McDonald ██████████████████

---

**Your ride with Dan on June 18**

---

**Lyft Ride Receipt** <no-reply@lyftmail.com>                    Mon, Jun 18, 2018 at 2:57 PM
Reply-To: Lyft <no-reply@lyft.com>
To: ████████████████████



---



## Thanks for riding with Dan!

June 18, 2018 at 11:25 AM

### Ride Details

| | |
|---|---|
| Lyft fare (23.67mi, 28m 6s) | $40.19 |
| NV Cost Recovery Fee | $1.21 |
| Tip | $10.00 |

---

**VISA** Visa *7451                                          **$51.40**

## This and every ride is carbon neutral

CONFIDENTIAL                            CNTL00779413                       TES-TRIPP_0001098
                                                                            MSJ_803

7/6/2048
Case 3:18-cv-00296-MMD-CLB   Document 182-1   Filed 05/05/20   Page 48 of 86
Gmail - Your ride with Dan on June 18



Learn more



● Pickup     11:25 AM
   2293 Radar Way, Reno, NV

◐ Drop-off   11:53 AM
   1 Electric Ave, Sparks, NV



# Make expensing business rides easy

Enable business profile on Lyft to make
expensing rides quick and easy.

Get Business Profile

CONFIDENTIAL

CNTL00779413

TES-TRIPP_0001099

MSJ_804



To protect against unauthorized behavior, you may see an authorization hold up to $25.
This is to verify your payment method and will not be charged.

Pricing FAQ · Help Center
Receipt #1146937019689438568
Map data © OpenStreetMap contributors

© Lyft 2018

185 Berry Street, Suite 5000
San Francisco, CA 94107



Work at Lyft
Become a Driver

CONFIDENTIAL              CNTL00779413           TES-TRIPP_0001100

MSJ_805

 Gmail                                          **W. McDonald** ███████████████

---

**Your ride with James on June 26**
1 message

---

**Lyft Ride Receipt** <no-reply@lyftmail.com>                      Wed, Jun 27, 2018 at 1:42 AM
Reply-To: Lyft <no-reply@lyft.com>
To: ███████████████





## Thanks for riding with James!

June 26, 2018 at 10:20 PM

### Ride Details

| | |
|---|---|
| Lyft fare (3.95mi, 6m 56s) | $9.82 |
| Tip | $5.00 |
| **VISA** Visa *7451 | **$14.82** |

## This and every ride is carbon neutral

CONFIDENTIAL                          CNTL00779414                          TES-TRIPP_0001101

MSJ_806



Learn more



● Pickup    10:20 PM
   Warren Ave E, Fremont, CA

● Drop-off   10:26 PM
   39928 Balentine Dr, Newark, CA



# Make expensing business rides easy

Enable business profile on Lyft to make
expensing rides quick and easy.

Get Business Profile

CONFIDENTIAL                              CNTL00779414                         TES-TRIPP_0001102

MSJ_807



| ☆ Add driver as favorite |
| ⊕ Tip driver |
| 🔍 Find lost item |
| ⑦ Request review |

To protect against unauthorized behavior, you may see an authorization hold up to $25.
This is to verify your payment method and will not be charged.

Pricing FAQ · Help Center
Receipt #1150074405380169842
To learn more about our Zero Tolerance Policies, go to lyft.com/safety
Map data © OpenStreetMap contributors

© Lyft 2018

185 Berry Street, Suite 5000
San Francisco, CA 94107



Work at Lyft
Become a Driver

CONFIDENTIAL          CNTL00779414          TES-TRIPP_0001103

MSJ_808

Gmail - Your ride with Jeffrey on June 18

 **Gmail**

**W. McDonald** ███████████████

---

## Your ride with Jeffrey on June 18

---

**Lyft Ride Receipt** <no-reply@lyftmail.com>
Reply-To: Lyft <no-reply@lyft.com>
To: ████████████████

Mon, Jun 18, 2018 at 4:03 AM





## Thanks for riding with Jeffrey!

June 18, 2018 at 3:10 AM

---

### Ride Details

| | |
|---|---|
| Lyft fare (44.83mi, 52m 44s) | $45.47 |
| Tip | $10.00 |

---

**VISA** Visa *7451         **$55.47**

---

## This and every ride is carbon neutral



CONFIDENTIAL        CNTL00779415        TES-TRIPP_0001104

MSJ_809

Case 3:18-cv-00296-MMD-CLB    Document 182-1    Filed 05/05/20    Page 54 of 86

Learn more



● Pickup      3:10 AM
632 Pine Grove Ave, Grayson, GA

● Drop-off   4:02 AM
N Terminal Pkwy, College Park, GA



# Make expensing business rides easy

Enable business profile on Lyft to make
expensing rides quick and easy.

Get Business Profile



CONFIDENTIAL                    CNTL00779415                    TES-TRIPP_0001105

MSJ_810

Pricing FAQ · Help Center
Receipt #1146761033499905016
Map data © OpenStreetMap contributors

© Lyft 2018

185 Berry Street, Suite 5000
San Francisco, CA 94107



Work at Lyft
Become a Driver

CONFIDENTIAL            CNTL00779415            TES-TRIPP_0001106

MSJ_811

7/6/2018
Case 3:18-cv-00296-MMD-CLB Document 182-1 Filed 05/05/20 Page 56 of 86
Gmail - Your ride with Jonathan on June 19

 Gmail

**W. McDonald** ████████████████████

---

### Your ride with Jonathan on June 19

**Lyft Ride Receipt** <no-reply@lyftmail.com>
Reply-To: Lyft <no-reply@lyft.com>
To: ████████████

Wed, Jun 20, 2018 at 1:36 AM



---



## Thanks for riding with Jonathan!

June 19, 2018 at 9:49 PM

### Ride Details

| | |
|---|---|
| Lyft fare (6.26mi, 11m 1s) | $15.22 |
| Tip | $5.00 |

---

| | |
|---|---|
| **VISA** Visa *7451 | **$20.22** |

## This and every ride is carbon neutral



CONFIDENTIAL    CNTL00779416    TES-TRIPP_0001107

MSJ_812

Gmail - Your ride with Jonathan on June 19

Learn more



● Pickup     9:49 PM
    921 Page Ave, Fremont, CA

● Drop-off     10:00 PM
    39936 Balentine Dr, Newark, CA



# Make expensing business rides easy

Enable business profile on Lyft to make expensing rides quick and easy.

Get Business Profile

| ☆ Add driver as favorite |
| ⊕ Tip driver |
| ⚲ Find lost item |

CONFIDENTIAL                    CNTL00779416                    TES-TRIPP_0001108

MSJ_813

⊘ Request review

To protect against unauthorized behavior, you may see an authorization hold up to $25.
This is to verify your payment method and will not be charged.

Pricing FAQ · Help Center
Receipt #1147468218415961576
To learn more about our Zero Tolerance Policies, go to lyft.com/safety
Map data © OpenStreetMap contributors

© Lyft 2018

185 Berry Street, Suite 5000
San Francisco, CA 94107



Work at Lyft
Become a Driver

CONFIDENTIAL        CNTL00779416        TES-TRIPP_0001109

MSJ_814

 **Gmail**

**W. McDonald** ▉▉▉▉▉▉▉▉▉▉

---

## Your ride with Juan on June 19

**Lyft Ride Receipt** <no-reply@lyftmail.com>
Reply-To: Lyft <no-reply@lyft.com>
To: ▉▉▉▉▉▉▉▉▉

Tue, Jun 19, 2018 at 10:34 AM



---



## Thanks for riding with Juan!

June 19, 2018 at 6:52 AM

---

### Ride Details

| | |
|---|---:|
| Lyft fare (11.61mi, 18m 59s) | $24.14 |
| Tip | $5.00 |

| | |
|---|---:|
| **VISA** Visa *7451 | **$29.14** |

---

## This and every ride is carbon neutral



CONFIDENTIAL        CNTL00779417        TES-TRIPP_0001110

MSJ_815



● Pickup       6:52 AM
Terminal Dr, San Jose, CA

● Drop-off     7:11 AM
911 Page Ave, Fremont, CA



# Make expensing business rides easy

Enable business profile on Lyft to make
expensing rides quick and easy.

Get Business Profile

☆ Add driver as favorite

⊕ Tip driver

🔍 Find lost item

CONFIDENTIAL    CNTL00779417    TES-TRIPP_0001111

MSJ_816

⑦ Request review

To protect against unauthorized behavior, you may see an authorization hold up to $25.
This is to verify your payment method and will not be charged.

Pricing FAQ · Help Center
Receipt #1147237977539006582
To learn more about our Zero Tolerance Policies, go to lyft.com/safety
Map data © OpenStreetMap contributors

© Lyft 2018

185 Berry Street, Suite 5000
San Francisco, CA 94107



Work at Lyft

Become a Driver

CONFIDENTIAL                    CNTL00779417                    TES-TRIPP_0001112

MSJ_817



# M Gmail

**W. McDonald** <████████████████████>

---

## Your ride with Keyair on June 15

**Lyft Ride Receipt** <no-reply@lyftmail.com>                     Fri, Jun 15, 2018 at 7:36 AM
Reply-To: Lyft <no-reply@lyft.com>
To: ████████████████





## Thanks for riding with Keyair!

### June 15, 2018 at 4:26 AM

---

### Ride Details

| | |
|---|---|
| Lyft fare (4.89mi, 7m 49s) | $22.62 |
| NV Cost Recovery Fee | $0.68 |
| Tip | $5.00 |

---

| **VISA** Visa *7451 | **$28.30** |
|---|---|

## This and every ride is carbon neutral

CONFIDENTIAL                              CNTL00779418                          TES-TRIPP_0001113

MSJ_818



Learn more



● Pickup      4:26 AM
   221 N Center St, Reno, NV

● Drop-off    4:34 AM
   , Reno, NV



# Make expensing business rides easy

Enable business profile on Lyft to make
expensing rides quick and easy.

Get Business Profile

CONFIDENTIAL                                    CNTL00779418                            TES-TRIPP_0001114

MSJ_819



To protect against unauthorized behavior, you may see an authorization hold up to $25.
This is to verify your payment method and will not be charged.

Pricing FAQ · Help Center
Receipt #1145715694774163390
Map data © OpenStreetMap contributors

© Lyft 2018

185 Berry Street, Suite 5000
San Francisco, CA 94107



Work at Lyft
Become a Driver

CONFIDENTIAL        CNTL00779418        TES-TRIPP_0001115

MSJ_820

Gmail : Your ride with Patrick on June 25

 Gmail            **W. McDonald** <████████████

---

## Your ride with Patrick on June 25

**Lyft Ride Receipt** <no-reply@lyftmail.com>          Mon, Jun 25, 2018 at 7:49 PM
Reply-To: Lyft <no-reply@lyft.com>
To: ████████████



---



## Thanks for riding with Patrick!

### June 25, 2018 at 4:57 PM

---

### Ride Details

| | |
|---|---|
| Lyft fare (45.03mi, 73m 5s) | $46.23 |
| Tip | $10.00 |

---

| VISA Visa *7451 | **$56.23** |
|---|---|

## This and every ride is carbon neutral



CONFIDENTIAL         CNTL00779419         TES-TRIPP_0001116

MSJ_821

Learn more



● **Pickup**    4:57 PM
665 Pine Grove Ave, Grayson, GA

● **Drop-off**    6:10 PM
, College Park, GA



# Make expensing business rides easy

Enable business profile on Lyft to make
expensing rides quick and easy.

Get Business Profile

| ⊕ Tip driver |
| 🔍 Find lost item |
| ⑦ Request review |

CONFIDENTIAL          CNTL00779419          TES-TRIPP_0001117

MSJ_822

To protect against unauthorized behavior, you may see an authorization hold up to $25.
This is to verify your payment method and will not be charged.

Pricing FAQ · Help Center
Receipt #1149574096575843828
Map data © OpenStreetMap contributors

© Lyft 2018

185 Berry Street, Suite 5000
San Francisco, CA 94107



Work at Lyft

Become a Driver

CONFIDENTIAL                         CNTL00779419                      TES-TRIPP_0001118

MSJ_823

 **Gmail**

**W. McDonald** ▬▬▬▬▬▬▬▬▬

---

## Your ride with Rander on June 26

**Lyft Ride Receipt** <no-reply@lyftmail.com>
Reply-To: Lyft <no-reply@lyft.com>
To: ▬▬▬▬▬▬▬▬

Tue, Jun 26, 2018 at 3:43 AM

---



---



## Thanks for riding with Rander!

June 26, 2018 at 12:12 AM

---

### Ride Details

| | |
|---|---|
| Lyft fare (16.57mi, 20m 48s) | $30.74 |
| Tip | $7.00 |

---

**VISA** Visa *7451         **$37.74**

---

## This and every ride is carbon neutral



---

CONFIDENTIAL        CNTL00779420        TES-TRIPP_0001119

MSJ_824

**Learn more**



● Pickup     12:12 AM
Terminal Dr, San Jose, CA

● Drop-off    12:33 AM
39936 Balentine Dr, Newark, CA



# Make expensing business rides easy

Enable business profile on Lyft to make
expensing rides quick and easy.

Get Business Profile

☆  Add driver as favorite

⊕  Tip driver

🔍  Find lost item

CONFIDENTIAL                    CNTL00779420                    TES-TRIPP_0001120

MSJ_825

⊘ Request review

To protect against unauthorized behavior, you may see an authorization hold up to $25.
This is to verify your payment method and will not be charged.

Pricing FAQ · Help Center
Receipt #1149731928566449538
To learn more about our Zero Tolerance Policies, go to lyft.com/safety
Map data © OpenStreetMap contributors

© Lyft 2018

185 Berry Street, Suite 5000
San Francisco, CA 94107



Work at Lyft
Become a Driver

CONFIDENTIAL                    CNTL00779420                    TES-TRIPP_0001121

MSJ_826

 Gmail

**W. McDonald** ◄ ██████████████

---

## Your ride with Sukhpal on June 26
1 message

**Lyft Ride Receipt** <no-reply@lyftmail.com>                         Wed, Jun 27, 2018 at 1:16 AM
Reply-To: Lyft <no-reply@lyft.com>
To: ████████████████





## Thanks for riding with Sukhpal!
### June 26, 2018 at 9:15 AM

---

### Ride Details

| | |
|---|---|
| Lyft fare (6.36mi, 15m 19s) | $13.42 |
| Tip | $5.00 |

---

| **VISA** Visa *7451 | **$18.42** |
|---|---|

## This and every ride is carbon neutral

CONFIDENTIAL                          CNTL00779421                          TES-TRIPP_0001122

MSJ_827



Learn more



● Pickup  9:15 AM
  39938 Balentine Dr, Newark, CA

● Drop-off 9:31 AM
  921 Page Ave, Fremont, CA



# Make expensing business rides easy

Enable business profile on Lyft to make
expensing rides quick and easy.

Get Business Profile

CONFIDENTIAL  CNTL00779421  TES-TRIPP_0001123

MSJ_828

Case 3:18-cv-00296-MMD-CLB    Document 182-1    Filed 05/05/20    Page 73 of 86

☆ Add driver as favorite

⊕ Tip driver

🔍 Find lost item

⑦ Request review

To protect against unauthorized behavior, you may see an authorization hold up to $25.
This is to verify your payment method and will not be charged.

Pricing FAQ · Help Center
Receipt #1149872743947490580
To learn more about our Zero Tolerance Policies, go to lyft.com/safety
Map data © OpenStreetMap contributors

© Lyft 2018
185 Berry Street, Suite 5000
San Francisco, CA 94107



Work at Lyft
Become a Driver

CONFIDENTIAL                              CNTL00779421                         TES-TRIPP_0001124

MSJ_829

 Gmail                                    **W. McDonald** <█████████████████>

## Your trip confirmation-WBPMLV 18JUN

---

**American Airlines** <no-reply@notify.email.aa.com>                    Sun, Jun 17, 2018 at 5:13 PM
To: ████████████████████████████████

---

 **American Airlines**                                            

Hello Willis Mcdonald!                                    Issued: Jun 17, 2018

## Your trip confirmation and receipt

### Record locator: **WBPMLV**

[ View your trip ]

---

## Monday, June 18, 2018

ATL
**6:30** AM          →          DFW
**7:49** AM          Seats: 3A
Atlanta                        Dallas/Fort Worth          Class: First (I)
                                                           Meals: Refreshment
American Airlines 2770

DFW
**9:10** AM          →          RNO
**10:41** AM         Seats: 6A
Dallas/Fort Worth              Reno                       Class: First (I)
                                                           Meals: Breakfast
American Airlines 1223

Free entertainment with the American app »

---

https://mail.google.com/mail/u/0/?ui=2&ik=d3200386d1&jsver=H8yF-bO9hWE.en.&cbl=gmail_fe_180626.14_p5&view=pt&msg=1640f986f9170362&q=american...    1/4

## Willis Mcdonald



Earn up to a $200 statement credit + 50,000 bonus miles after qualifying purchases Learn more »

### Earn miles with this trip.

Join AAdvantage »

Ticket # 0012194870135

# Your trip receipt

 Visa XXXXXXXXXXXXX7451

### *Willis Mcdonald*

| | |
|---|---|
| FARE-USD | $ 548.84 |
| TAXES AND CARRIER-IMPOSED FEES | $ 63.96 |
| **TICKET TOTAL** | **$ 612.80** |

 **Hotel offers**     **Car rental offers**     **Buy trip insurance**     **SuperShuttle**





Contact us | Privacy policy

CONFIDENTIAL      CNTL00779422      TES-TRIPP_0001126

MSJ_831

Get the American Airlines app

 

### Baggage Information

Baggage charges for your itinerary will be governed by American Airlines BAG ALLOWANCE -ATLRNO-02 Pieces/ American Airlines /UP TO 70 LB/32 KG AND UP TO 62 LINEAR IN/158 LINEAR CM 1STCHECKED BAG FEE-ATLRNO-USD0.00/ American Airlines /UP TO 70 LB/32 KG AND UP TO 62 LINEAR IN/158 LINEAR CM 2NDCHECKED BAG FEE-ATLRNO-USD0.00/ American Airlines /UP TO 70 LB/32 KG AND UP TO 62 LINEAR IN/158 LINEAR CM ADDITIONAL ALLOWANCES AND/OR DISCOUNTS MAY APPLY

You may have purchased a "Special Fare" and certain restrictions apply. Some fares are NON-REFUNDABLE. If the fare allows changes, a fee may be assessed for the change.

**Some American Airlines check-in counters do not accept cash as a form of payment. For more information, visit our Airport Information page.**

### SERVICE & SUPPORT ANIMAL REQUIREMENTS

Emotional support & psychiatric service animals can fly at no charge when traveling with you on American Airlines if they meet certain requirements. Additional documents are required for emotional support animals if your ticket was issued on or after July 1, 2018. Visit Traveling with Service Animals for more information.



Some everyday products, like e-cigarettes and aerosol spray starch, can be dangerous when transported on the aircraft in carry-on and/or checked baggage.  Changes in temperature or pressure can cause some items to leak, generate toxic fumes or start a fire.  Carriage of prohibited items may result in fines or in certain cases imprisonment.  Please ensure there are no forbidden hazardous materials in your baggage like:

Some Lithium batteries (e.g. spares in checked baggage, batteries over a certain size), Explosives / Fireworks, Strike anywhere matches/ Lighter fluid,  Compressed gases / Aerosols Oxygen bottles/ Liquid oxygen, Flammable liquids, Pesticides/ Poison, Corrosive material.

There are special exceptions for small quantities (up to 70 ounces total) of medicinal and toilet articles carried in your luggage, spare lithium batteries for most consumer electronic devices in carry-on baggage, and certain smoking materials carried on your person.

Certain items are required to be carried with you onboard the aircraft. For example, spare lithium batteries for portable electronic devices, cigarette lighters and e-cigarettes must be removed from checked or gate-checked baggage and carried onboard the aircraft. However, e-cigarettes may not be used on-board the aircraft.

Traveling with medical oxygen, liquid oxygen, mobility aids and other assistive devices may require airline pre-approval or be restricted from carriage entirely. Passengers requiring these items should contact the airline operator for information on use of such devices.

To change your reservation, please call 1-800-433-7300 and refer to your record locator.

### NOTICE OF INCORPORATED TERMS OF CONTRACT

Air Transportation, whether it is domestic or international (including domestic portions of international journeys), is subject to the individual terms of the transporting air carriers, which are herein incorporated by reference and made part of the contract of carriage.  Other carriers on which you may be ticketed may have different conditions of carriage.  International air transportation, including the carrier's liability, may also be governed by applicable tariffs on file with the U.S. and other governments and by the Warsaw Convention, as amended, or by the Montreal Convention.  Incorporated terms may include, but are not restricted to: 1. Rules and limits on liability for personal injury or death, 2. Rules and limits on liability for baggage, including fragile or perishable goods, and availability of excess valuation charges,

CONFIDENTIAL        CNTL00779422        TES-TRIPP_0001127

MSJ_832

3. Claim restrictions, including time periods in which passengers must file a claim or bring an action against the air carrier, 4. Rights on the air carrier to change terms of the contract, 5. Rules on reconfirmation of reservations, check-in times and refusal to carry, 6. Rights of the air carrier and limits on liability for delay or failure to perform service, including schedule changes, substitution of alternate air carriers or aircraft and rerouting.

You can obtain additional information on items 1 through 6 above at any U.S. location where the transporting air carrier's tickets are sold.  You have the right to inspect the full text of each transporting air carrier's terms at its airport and city ticket offices.  You also have the right, upon request, to receive (free of charge) the full text of the applicable terms incorporated by reference from each of the transporting air carriers.  Information on ordering the full text of each air carrier's terms is available at any U.S. location where the air carrier's tickets are sold or you can click on the Conditions of Carriage button below.

Air transportation on American Airlines and the American Eagle carriers® is subject to American's conditions of carriage..

NOTICE: This email and any information, files or attachments are for the exclusive and confidential use of the intended recipient(s).  This message contains confidential and proprietary information of American Airlines (such as customer and business data) that may not be read, searched, distributed or otherwise used by anyone other than the intended recipient.  If you are not an intended recipient, please do not read, distribute, or take action in reliance upon this message.   If you suspect you have received this email in error, please notify the sender and promptly delete this message and its attachments from your computer.

NRID: 33425623526217161236 18400

CONFIDENTIAL                                CNTL00779422                                TES-TRIPP_0001128

MSJ_833



**DOUBLETREE**
BY HILTON™
NEWARK - FREMONT

39900 Balantine Drive • Newark, CA 94560
Phone (510) 490-8390 • Fax (510) 651-7828
For reservations across the nation
www.doubletree.com or 1-800-222-TREE

| Name & Address | |
| --- | --- |
| McDonald, Willis | Room 6001/NKR |
| | Arrival Date 6/9/2018  9:59:00 PM |
| | Departure Date 6/12/2018 |
| | Adult/Child 1/0 |
| | Room Rate 251.00 |
| | Rate Plan: LV4 |
| | HH # |
| | AL: |
| | Car: |

Confirmation Number: 80705803

line 10

**Hilton**

6/12/2018

| DATE | DESCRIPTION | ID | REF NO | CHARGES | CREDITS | BALANCE |
| --- | --- | --- | --- | --- | --- | --- |
| 6/9/2018 | GRAB N' GO | LINTR | 971061 | $4.94 | | |
| 6/9/2018 | GUEST ROOM | JCASTILLIO2 | 971418 | $251.00 | | |
| 6/9/2018 | RM CITY TAX | JCASTILLIO2 | 971418 | $25.10 | | |
| 6/9/2018 | RM TOURISM ASSESSMENT | JCASTILLIO2 | 971418 | $0.50 | | |
| 6/10/2018 | GUEST ROOM | JSANCHEZ46 | 971962 | $251.00 | | |
| 6/10/2018 | RM CITY TAX | JSANCHEZ46 | 971962 | $25.10 | | |
| 6/10/2018 | RM TOURISM ASSESSMENT | JSANCHEZ46 | 971962 | $0.50 | | |
| 6/11/2018 | *BISTRO 880 RESTAURANT | LINTR | 972187 | $23.95 | | |
| 6/11/2018 | GUEST ROOM | JSANCHEZ46 | 972646 | $251.00 | | |
| 6/11/2018 | RM CITY TAX | JSANCHEZ46 | 972646 | $25.10 | | |
| 6/11/2018 | RM TOURISM ASSESSMENT | JSANCHEZ46 | 972646 | $0.50 | | |
| 6/12/2018 | VS *7451 | JSANCHEZ46 | 972796 | | ($858.69) | |
| | **BALANCE** | | | | | $0.00 |

| ACCOUNT NO. VS *7451 | | DATE OF CHARGE 6/12/2018 | FOLIO NO./CHECK NO. 291624 A |
| --- | --- | --- | --- |
| CARD MEMBER NAME McDonald, Willis | | AUTHORIZATION 05759D | INITIAL |
| ESTABLISHMENT NO. & LOCATION   ESTABLISHMENT AGREES TO TRANSMIT TO CARD HOLDER FOR PAYMENT | | PURCHASES & SERVICES | |
| | | TAXES | |
| | | TIPS & MISC | |
| CARD MEMBER'S SIGNATURE X | | TOTAL AMOUNT -858.69 | |

MERCHANDISE AND/OR SERVICES PURCHASED ON THIS CARD SHALL NOT BE RESOLD OR REFUNDED FOR A CASH REFUND

PAYMENT DUE UPON RECEIPT

CONFIDENTIAL

CNTL00779423

TES-TRIPP_0001129

MSJ_834

*Dinner for Nik & [illegible]*

DoubleTree by Hilton Newark-Frem
39900 Balentine Drive
Newark, California

```
CHECK:      2234
TABLE:      1 / 1
SERVER:     212 Avonna
DATE:       JUN19'18 11:05PM
CARD TYPE:  Visa
ACCT #:     XXXXXXXXXXXX7451
EXP DATE:   XX/XX
AUTH CODE:  05246D

SUBTOTAL:          30.73

GRATUITY_____

TOTAL   36.73

SIGNATURE_____

PRINT NAME_____
```

*line 36*

---

```
6/15/2018              1:00
```

Noodle Bar

```
Check: 6113806
Server: Josephine   Guests: 1
Terminal: 611
```

REN Restaurant

```
1 1 Steak & Eggs      10.99
```

*line 23*

```
      Subtotal       10.99
      Tax             0.91
      Total          11.90
```

Payments

```
Visa                  11.90
  XXXXXXXXXXXX7451
  MCDONALD/WILLIS
```

*2.00 tip $13.90*

```
Total Payments        11.90

Remaining Balance      0.00

Check Fully Authorized
```

---

*line 57*

```
6/26/2018              11:49
```

Tesla Cafe

```
Check: 779531
Server: Bang
Terminal: 77
```

Regular Check

```
1 Taqueria             8.99
1 Open Food            1.89

    Subtotal          10.88
    Tax                1.01
    Total             11.89
```

```
Visa                  11.89
  XXXXXXXXXXXX7451
  MCDONALD/WILLIS

   GRAND TOTAL        11.89
```

```
T77 0492 6/26/2018 11:49
```

DUPLICATE RECEIPT

---

line 19

**HASH HOUSE A GO GO**

Harrahs Reno
775-788-2895

Date:        Jun14'18 07:37AM
Card Type:   VISA
Acct #:      XXXXXXXXXXXX7451
Card Entry:  SWIPED
Trans Type:  PURCHASE
Auth Cod:    019890
Check:       592
Table:       L8/1
Server:      50112 Rebecca

Subtotal:              18.38

TIP _____

TOTAL   22.63

SIGNATURE
I AGREE TO PAY THE ABOVE TOTAL
ACCORDING TO MY CARD ISSUER
AGREEMENT.

---

line 35

6/19/2018                11:25

Tesla Cafe
Check: 778335
Server: Bang
Terminal: 77

Regular Check
1 By Weight           6.48
  0.75 @ 8.64

Subtotal        6.48
Tax             0.60
Total           7.08

Visa                  7.08
XXXXXXXXXXXX7451
MCDONALD/WILLIS

GRAND TOTAL     7.08

---

line 11

OPERATED BY

**HMS HOST**

STARBUCKS COFFEE
SAN JOSE INTERNATIONAL AIRPORT

186878 Immacula

CHK 8679                   GST 1
       JUN12'18  7:03AM

   TO GO

  EGG BITE BAC GRU      4.90
  Sous Vide Egg Bites - Bacon
  & Gruyere
1 LBE MORNING BUN       3.00
  LaBoulange Pastry Morning
  Bun
1 COD BLONDE G          2.70

  SUBTOTAL             10.60
  TAX                   0.98
  AMOUNT PAID    11.58
  AT00244D XXX7451
  VISA CC             11.58
--186678 Closed JUN12 07:04AM---

WE WANT TO HEAR YOUR FEEDBACK!

IN N OUT BURGER  FREMONT
      194 / 776 2061

Cashier: JESSICA FL
Check  : 8

1 Dbl-Dbl Animal        4.05
1 Animal Fry            3.55
1 Med Soft Drink        1.70

COUNTER-Eat In          5.60
TAX 9.25%                .89
Amount Due            $10.49

Tender Visa          $10.49
Change                $.00

CHARGE DETAIL          line 65

SALE
Card Type: Visa
Account:  ************4054 C
Auth Code: 530845
Trans #:   2061
Auth Ref:  180542229
AUTH AMT:  $10.49

---

NORTH FIRST UNION
10067643
2101 N 1ST ST
SAN JOSE          , CA
06/12/2018  647515004
05:51:38 AM

7451
VISA

INVOICE 055003
AUTH 00-06293D
REF190390612180550

PUMP# 1
REGULAR              3.332G
PRICE/GAL          $3.899

FUEL TOTAL    $   12.99

CREDIT        $   12.99

COMPLETION
SWIPE Exp.Date:XX/XX
Batch: 19 Seq Num: 39
Term ID: 1
ZIP ENTERED
Workstation ID: 00
Your opinion
counts! Enter to
Win 1 of 60 $25
gas gift cards!!!
Provide feedback
www.gasvisit.com
Learn how to earn
50 cents/gallon in
fuel statement
credits. Go to
drivesavvy.com or
see details at the
pump. Restrictions
apply. Offer
expires 9/30/18.
1130

SSP America
LaBrea B Con
RNC Reno-Tahoe Int'l Airport
775-785-2587

128 Emilia C

Chk 275        Jun15'18 05:45A  Gst  0

1 Croissant                      2.99
XXXXXXXXXXXXXXX4054
  Visa                           3.23

Food                             2.99
Tax                              0.24
Payment                          3.23

Win a  $500 Amazon Gift Card
Go to the website to tell us
about your visit and enter
our prize draw
See website for T&C
www.eatonthemove.com/US

LOCATION: 2602211

Customer Care 1-877-325-8777

---

RECEIPT

Rental Agreement Number  787601743
Vehicle Number            83362705

YOUR INFORMATION

MCDONALD,WILLIS
PAYMENT METHOD     VISA XX7451

YOUR RENTAL

Picked up:      SFO
Date/Time       JUN 09, 2018@08.52PM
Returned:       SJC
Date/Time       JUN 12, 2018@05.56AM
Veh Group:      Standard SUV-5 Pass
Veh Charged     Standard SUV-5 Pass
Vehicle         FORD EDGE AWD
Odometer Out    10191
Odometer In:    10350
Fuel Reading:   Full

YOUR VEHICLE CHARGES

    PR@ 135.00                  135.00
YOUR TIME AND MILEAGE:          135.00

YOUR TAXABLE FEES

ONE WAY FEE/MISC                 50.00
**11 11% FEE                     43.21
RSN                              23.97
VEH LIC RECOUP   1 65/DY          4.95

YOUR SUBTOTAL
TAXABLE SUBTOT                  257.13
TAX  8.750%                      22.50

YOUR NON TAXABLE ITEMS
#3 50% TAF                        4.73
LOSS DAMAGE WAIVER              104.97
PAI/PEP/ALI CHG                  76.03
COS                              11.37
TRANSP FEE  18.00/RNTL           18.00

TOTAL CHARGES                   493.73
NET CHARGES        USD          493.73
YOUR TOTAL DUE:                   0.00

PAID ON VISA XX7451
**CONCESSION RECOVERY FEE
#TOURISM ASSESSMENT FEE

RSN 1@  7.99/DY EA=   23.97*T

THANK YOU FOR RENTING WITH AVIS

For inquiries or e-receipt visit
WWW.AVIS.COM

RESTAURANT
RENAISSANCE RENO DOWNTOWN
ONE SOUTH LAKE STREET
RENO, NV 89501
775-321-5830
13 Jun'18 7:44 AM

Check:      CHK 1099
Table:      45/1
Server:     203725 ANADINA
Card Type:  VISA
Acct Num:   ************7451
Auth Code:  02564D
Customer:   WILLIS MCDONALD

Amount :            $16.78

GRATUITY_____
TOTAL____20.00____ *No-tip charged to CC ?*
SIGNATURE_____

Thank you for joining us
at Marriott !

*line 15*

*Dinner w/ Nick G*

*line 7*

*line 17*

GREAT BASIN BREWING CO.
Sparks, Nevada
(775)355-7711

Server: "Lex"          DOB: 06/13/2018
09:55 PM                    06/13/2018
Table 33/2                  4/40115

                SALE

VISA                        4194390
Card #XXXXXXXXXXXX74E1
Magnetic card present: MCDONALD WILLIS
Card Entry Method: S

Approval: 05441D

                Amount:      $ 27.01

                + Gratuity: _____

                = Total: 32.41

        I agree to pay the above
        total amount according to the

DoubleTree by Hilton Newark-Frem
    39900 Balentine Drive
      Newark, California
CHECK:      2561
TABLE:      7 / 1
SERVER:     217 Rene
DATE:       JUN10'18 10:04PM
CARD TYPE:  Visa
ACCT #:     XXXXXXXXXXXX7451
EXP DATE:   XX/XX
AUTH CODE:  02461D

                *line 4*

SUBTOTAL:            17.56

GRATUITY_____

TOTAL_____

SIGNATURE_____

PRINT NAME_____

*Drinks w/ Nick Giovino*
*Jake Nocon*

### RENAISSANCE
RENO DOWNTOWN HOTEL

Renaissance Reno Downtown
Bar
One South Lake Street
Reno, NV 89501
775-321-5830

*line 66*

204203 Casey

TBK 328+                     GST   1

13 Jun'18 10:54 PM

2 MAKERS MARK                       22.00
1 BLUE MOON DRAFT                    7.00

SUBTOTAL                           $29.00
TAX                                 $0.33
10:55 PM
      TOTAL DUE  $29.33

GRATUITY

*lives*

SSP America
Wild Garlic B
RNO Reno-Tahoe Int'l Airport
775-785-2587

757 Lorena C

Chk 1010      Jun22'18 05:42P  Gst  0

1 S Pepp Pizza                       6.99
1 20z Aquafina                       3.09
1 Blue Moon LG                       9.39
  Charge Tip                         2.50
XXXXXXXXXXXXXX7451
Visa                                23.57

Food                                 6.99
NA Bev                               3.09
Alcohol                              9.39
Tax                                  1.60
Charge Tip                           2.50
Payment                             23.57

Win a $500 Amazon Gift Card
Go to the website to tell us
about your visit and enter
our prize draw
See website for T&C
www.eatonthemove.com/US
------------------------------------
      LOCATION: 2602382
------------------------------------
Customer Care 1-877-325-8777

---

*Clothing + Toiletries*
*stuck in Fremont*

See back of receipt for your chance
to win $1000 ID #:7M3QLH1WRGGK

### Walmart ✦
**Save money. Live better.**

510-440-8060  Mgr:FARANAK KIANFAR
40580 ALBRAE ST
FREMONT CA 94538
ST# 05426 OP# 009044 TE# 44 TR# 03316
RCH TRAVLKIT  084004016623     1.47 X
OS DEODORANT  001204401643     0.97 X
MENS WEAR     088496811815     3.00 X
MENS SS TEE   019168504990     7.50 X
MENS WEAR     088496811809     3.00 X
BIC SHAVER    007033078758     1.47 X
EDGE SHV GEL  084105800519     1.47 X
HAIR STYLING  002240062427     1.47 X
RCH TRAVLKIT  084004016623     1.47 X
OS DEODORANT  001204401643     0.97 X
BRU COMBS     007410814385     2.57 X
CARRYBAG FEE 000000001101K
  2 AT  1 FOR      0.10         0.20 O
                SUBTOTAL       25.56
        TAX 1   9.250 %         2.35
                   TOTAL       27.91
              VISA TEND        27.91
VISA CREDIT- 7451  I 1 APPR#00796D
REF # 1042000314
TRANS ID - 308171530395667
VALIDATION - D5V6
PAYMENT SERVICE - E
AID A0000000031010
TC 5D90CA27BDD5C613
TERMINAL # SC010099
*NO SIGNATURE REQUIRED
     06/20/18     07:44:06
            CHANGE DUE          0.00
     # ITEMS SOLD 13
  TC# 8134 1165 1598 4132 9769

*line 37*



Low Prices You Can Trust. Every Day.
     06/20/18      07:44:07
     ***CUSTOMER COPY***
Use Walmart Pay to save your receipts.





**RENAISSANCE***
HOTELS

RENAISSANCE RENO DOWNTOWN HOTE                    GUEST FOLIO

| .915 ROOM | MCDONALD/WILLIS NAME | | .273:00 RATE | 06/13/18 DEPART | 12:00 TIME | 692 ACCT# |
| PK TYPE | | | | 06/12/18 ARRIVE | 18:45 TIME | |
| 99 ROOM CLERK | 300171633 | | VSXXXXXXXXXXXXX7451 | | | RWD#:   780946760 |
| | ADDRESS | | PAYMENT | | | |

| DATE | REFERENCES | | CHARGES | CREDITS | BALANCES DUE |
|------|------------|--|---------|---------|--------------|
| 06/12 | ROOM | 915, 1 | 273.00 | | |
| 06/12 | OCC TAX | 915, 1 | 36.86 | | |
| 06/12 | CITY FEE | 915; 1 | 2.00 | | |
| | | | | | 311.86 |

See our "Privacy & Cookie Statement" on Marriott.com



Your Rewards points/miles earned on your eligible earings  will be credited to your account. Check your  Rewards
Account Statement for update activity.

**RENAISSANCE***
HOTELS

RENAISSANCE RENO DOWNTOWN HOTE
ONE SOUTH LAKE ST.
RENO, NV  89501
775-682-3900 FAX: 775-321-5867

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amounts shown in the credit column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 28 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

Signature X



DOUBLETREE
BY HILTON
NEWARK · FREMONT

39900 Balantine Drive · Newark, CA 94560
Phone (510) 490-8390 · Fax (510) 651-7828
For reservations across the nation
www.doubletree.com or 1-800-222-TREE

| Name & Address | | |
|---|---|---|
| McDonald, Willis | | |

| Room | 1282/NDRIP |
|---|---|
| Arrival Date | 6/19/2018  10:03:00 PM |
| Departure Date | 6/20/2018 |
| Adult/Child | 1/0 |
| Room Rate | 334.00 |
| Rate Plan: | LV1 |
| HH #: | |
| AL: | |
| Car: | |

line 41

Confirmation Number: 81815420



**Hilton**

6/20/2018

| DATE | DESCRIPTION | ID | REF. NO | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---|---|---|
| 6/19/2018 | GUEST ROOM | JSANCHEZ46 | 978374 | $334.00 | | |
| 6/19/2018 | RM CITY TAX | JSANCHEZ46 | 978374 | $33.40 | | |
| 6/19/2018 | RM TOURISM ASSESSMENT | JSANCHEZ46 | 978374 | $0.50 | | |
| 6/20/2018 | VS *7451 **BALANCE** | LCCHOEUN | 978841 | | ($367.90) | $0.00 |

Hilton Honors(R) stays are posted within 72 hours of checkout. To check your earnings or book your next stay at more than 4,000 hotels and resorts in 100 countries, please visit Honors.com

Thank you for choosing Doubletree! Come back soon to enjoy our warm chocolate chip cookies and relaxed hospitality. For your next trip visit us at doubletree.com for our best available rates!

| ACCOUNT NO. | | DATE OF CHARGE | FOLIO NO./CHECK NO. |
|---|---|---|---|
| VS *7451 | | 6/20/2018 | 293121 A |

| CARD MEMBER NAME | | AUTHORIZATION | INITIAL |
|---|---|---|---|
| McDonald, Willis | | 06900D | |

| ESTABLISHMENT NO. & LOCATION | I FURTHER AGREE TO TRANSMIT TO CARD ISSUER FOR PAYMENT | PURCHASES & SERVICES | |
|---|---|---|---|
| | | TAXES | |
| | | TIPS & MISC. | |

| CARD MEMBER'S SIGNATURE | TOTAL AMOUNT | -367.90 |
|---|---|---|
| X | | |

MERCHANDISE AND/OR SERVICES PURCHASED ON THIS CARD SHALL NOT BE REFUND OR RETURNED FOR A CASH REFUND.

PAYMENT DUE UPON RECEIPT

W
WALDORF
ASTORIA
HOTELS & RESORTS

CONRAD
HOTELS & RESORTS

canopy
BY HILTON

Hilton
HOTELS & RESORTS

CURIO
A COLLECTION BY HILTON

DOUBLETREE
BY HILTON

TAPESTRY
COLLECTION
BY HILTON

EMBASSY
SUITES
BY HILTON

Hilton
Garden Inn

Hampton
BY HILTON

tru
BY HILTON

HOMEWOOD
SUITES
BY HILTON

HOME2
SUITES BY HILTON

Hilton
Grand Vacations

Hilton
HONORS

CONFIDENTIAL

CNTL00779423

TES-TRIPP_0001136

MSJ_841

DoubleTree by Hilton Newark-Frem
39900 Balentine Drive
Newark, California
CHECK:      2742
TABLE:      2/1
SERVER:     212 Avonna
DATE:       JUN26'18 11:04PM
CARD TYPE:  Visa
ACCT #:     XXXXXXXXXXXX7451
EXP DATE:   XX/XX
AUTH C       03387D       *line 67*

SUBTOTAL:         8.78

GRATUITY_____

TOTAL  *11.78*_____

SIGNATURE_____

PRINT NAME_____

---

*line 61*

OPERATED BY

**HMS HOST**

GORDON BIERSCH
SAN JOSE INTERNATIONAL AIRPORT

36270 Jose
------------------------------
 19/1                    GST 1
          5644
      JUN27'18 10:48AM
------------------------------
   DINE IN

        ***** *****
 1 DFT2Q GB MARZ        8.99
 1 GARLIC FRIES         7.69
TAX    1.54  AMOUNT D 18.22
      *******  *******
TAX    0.00  AMOUNT DU 0.00
      *******  *******

   SUBTOTAL          16.68
   TAX                1.54
   AMOUNT DUE    $ 1    22

*Added Sandwich $28.04*

---

**Hawks ATL**
Hartsfield Jackson
International Airport
Atlanta, GA 30320

*line 55*

Monday, June 25, 2018 6:34 PM
Server(s): Ricci
Table: 203 Guest Facing
Guest Name: No Guest Name
# of Guests: 1

## Check#: 2822763

Reprint # 2
Order: Dine In
Area: Restaurant

Yuengling                  $7.00
   Draft $7.00
Fish and Chips            $15.29
Yuengling                  $7.00
   Draft $7.00

Subtotal                  $29.29

Sales Tax                  $2.34
Total Taxes                $2.34
Total                     $31.63

               + 6.00 tip

## BALANCE DUE $31.63

---

*line 44*

Manchu Wok #37
Salt Lake City
International Airport

901013 Jason B
------------------------------
Chk 4678      Jun22'18 09:07P  Gst  0
------------------------------
 1 2 Item Plate            8.14
   XXXXXXXXXXXX7451
   Visa                    8.78

   Subtotal                8.14
   Tax                     0.64
   Payment                 8.78

 If we did or did not meet your
 expectations, we would like to
 hear from you. Please call
 800-426-5971 x1021 or email
 37@hbfcares.com or
 text 301-845-2549

---