1
2
3
4
5
6
7
8
9
10
11
12
13
14
15

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| TESLA, INC., | | Case No. 3:18-cv-00296-LRH- CLB |
|---|---|---|
| | Plaintiff, | **STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE REPLIES IN SUPPORT OF MOTIONS FOR SUMMARY JUDGMENT** |
| v. | | |
| MARTIN TRIPP, | | |
| | Defendant. | |
| | | **(First Request)** |
| AND RELATED COUNTERCLAIMS | | |

1    Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rules IA 6-1 and 7-1, Plaintiff/Counterdefendant Tesla, Inc. and Defendant/Counterclaimant Martin Tripp, by and through undersigned counsel, hereby stipulate to and request a mutual two-week extension of time to file their respective replies in support of their motions for summary judgment.  The parties' motions for summary judgment [ECF No. 154 and ECF No. 155] were filed March 31, 2020, and the parties' oppositions [ECF No. 177 and ECF No. 178] were filed May 5, 2020.  The responses are currently due on May 19, 2020.  The basis for this request is that counsel for both parties continue to experience logistical challenges in their respective offices brought about by the COVID-19 pandemic. The parties previously requested and were granted a two-week extension of time with regard to filing their oppositions, and seek a similar extension by this stipulation. There is no trial date set, and this extension will not affect any other scheduling deadlines.

For the foregoing reasons, the parties stipulate and respectfully request an extension of time until June 2, 2020 to file their respective replies to the motions for summary judgment.

DATED this 6th day of May, 2020.

| TIFFANY & BOSCO, P.A. | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
|---|---|
| By: */s/William M. Fischbach*<br>    Robert D. Mitchell<br>    William M. Fischbach III<br>    Camelback Esplanade II<br>    Seventh Floor<br>    2525 East Camelback Road<br>    Phoenix, Arizona 85016-4229<br><br>10100 W. Charleston Blvd., #220<br>Las Vegas, NV  89135<br><br>*Counsel for Defendant/*<br>*Counterclaimant* | By: */s/Rory T. Kay*<br>    Michael Lifrak<br>    Jeanine M. Zalduendo<br>    Aubrey Jones<br>    865 S. Figueroa St., 10th Floor<br>    Los Angeles, California 90017<br><br>Rory T. Kay (NSBN 12416)<br>MCDONALD CARANO LLP<br>2300 West Sahara Avenue, Suite 1200<br>Las Vegas, NV  89102<br><br>*Counsel for Plaintiff/Counterdefendant* |

## ORDER

**IT IS SO ORDERED.**

DATED this 11th day of May, 2020.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE