MCDONALD CARANO LLP
rkay@mcdonaldcarano.com
Rory T. Kay (NSBN 12416)
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV 89102
Telephone: (702) 873-4100
Facsimile: (702) 873-9996

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Alex Spiro (admitted pro hac vice)
alexspiro@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Michael T. Lifrak (admitted pro hac vice)
michaellifrak@quinnemanuel.com
Jeanine M. Zalduendo (admitted pro hac vice)
jeaninezalduendo@quinnemanuel.com
Aubrey Jones (admitted pro hac vice)
aubreyjones@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000

Attorneys for Plaintiff/Counter Defendant
TESLA, INC.

McDONALD CARANO
2300 WEST SAHARA AVENUE, SUITE 1200 • LAS VEGAS, NEVADA 89102
PHONE 702.873.4100 • FAX 702.873.9966

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

TESLA, INC.,

Plaintiff,

v.

MARTIN TRIPP,

Defendant.

AND RELATED COUNTERCLAIMS

Case No. 3:18-cv-00296-LRH-CBC

**DECLARATION OF MICHAEL T. LIFRAK IN SUPPORT OF TESLA, INC.'S REPLY TO ITS MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, FOR PARTIAL SUMMARY JUDGMENT**

McDONALD CARANO
2300 WEST SAHARA AVENUE, SUITE 1200 • LAS VEGAS, NEVADA 89102
PHONE 702.873.4100 • FAX 702.873.9966

**I, Michael T. Lifrak, declare as follows:**

1. I am a member of the bar of the State of California and a partner at Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Plaintiff and Counterclaim Defendant Tesla, Inc. I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. I submit this declaration in support of Tesla's Reply in support of its Motion for Summary Judgment, or in the alternative, Partial Summary Judgment (the "Reply").

3. Attached hereto as **Exhibit 70** is a true and correct copy of excerpts of the confidential deposition transcript of Martin Tripp.

4. Attached hereto as **Exhibit 71** is a true and correct copy of the June 15, 2018 email correspondence from Martin Tripp to Linette Lopez, subject line: "Re: Master_C.csv," produced by Martin Tripp at GGL000145-GGL000145.0002.

5. Attached hereto as **Exhibit 72** is a true and correct copy of excerpts of the confidential deposition transcript of Nicolas Gicinto.

6. Attached hereto as **Exhibit 73** is a true and correct copy of excerpts from the certified transcript of Martin Tripp's June 14, 2018 interview with Nicolas Gicinto and Jake Nocon, produced at TES-TRIPP_0028450-739 and designated confidential. The original audio recording of the interview was produced by Tesla at TES-TRIPP_000002.

7. Attached hereto as **Exhibit 74** is a true and correct copy of excerpts of the confidential deposition transcript of David Arnold.

8. Attached hereto as **Exhibit 75** is a true and correct copy of excerpts of the confidential deposition transcript of Sarah O'Brien.

9. Attached hereto as **Exhibit 76** is a true and correct copy of excerpts of the confidential deposition transcript of Elon Musk.

10. Attached hereto as **Exhibit 77** is a true and correct copy of excerpts of the confidential deposition transcript of Sean Gouthro.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this document was executed in Los Angeles, California.

DATED: June 9, 2020

By______________________________
Michael T. Lifrak

McDONALD CARANO
2300 WEST SAHARA AVENUE, SUITE 1200 • LAS VEGAS, NEVADA 89102
PHONE 702.873.4100 • FAX 702.873.9966

McDONALD CARANO
2300 WEST SAHARA AVENUE, SUITE 1200 • LAS VEGAS, NEVADA 89102
PHONE 702.873.4100 • FAX 702.873.9966

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am an employee of McDonald Carano LLP, and that on June 9, 2020, a true and correct copy of the foregoing **DECLARATION OF MICHAEL T. LIFRAK IN SUPPORT OF TESLA, INC.'S REPLY TO ITS MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, FOR PARTIAL SUMMARY JUDGMENT** was electronically filed with the Clerk of the Court by using CM/ECF service which will provide copies to the following counsel of record registered to receive CM/ECF notification.

*/s/ CaraMia Gerard*
An employee of McDonald Carano LLP