# Exhibit 71
# June 15, 2018 Email (GGL000145-GGL000145.0002)

| | |
|---|---|
| **From:** | Linette Lopez <llopez@businessinsider.com> |
| **Sent:** | Friday, June 15, 2018 11:01 AM |
| **To:** | Marty Tripp |
| **Subject:** | Re: Master_C.csv |

Uh... what do you mean by recharge?

On Fri, Jun 15, 2018 at 1:59 PM, Marty Tripp <guitartripp@gmail.com> wrote:
> Also, you can freely use my name as source after the 29th...I would love it if you did!
>
> Sent from my iPhone
>
> On Jun 15, 2018, at 10:48 AM, Linette Lopez <llopez@businessinsider.com> wrote:
>
>>  Master_C.csv
>>
>> I'm so glad you're doing okay!!!!!!
>>
>> Another question in case we have to make a trip to Reno: What bars do all the Tesla people go to?
>>
>> THANKS for the NDA. Like I said, I really don't think they'll do anything. But if they do and you're in Hungary, don't hesitate to reach out to me. I know lawyers on lawyers on lawyers.
>>
>> I attached the spreadsheet I was talking about.
>>
>> On Fri, Jun 15, 2018 at 1:41 PM, Marty Tripp <guitartripp@gmail.com> wrote:
>>> Doing very well😎 My Wife was a TINY bit bummed but right away said we could move now and then was up half he night thinking about what we were going to do there.  We are planning to fly June 29th since her Mom's 60th is the 30th.  That way we can end our lease as well.
>>>
>>> Which spreadsheet are you looking at?  Let me know that you have everything and then I am going to purge what I have onto an external drive.  NDA is attached.
>>>
>>> Thanks for looking out for me!!!
>>>
>>> The NDA specifically states anything that has a confidential label on it.  This data, in my eyes, does not...let me know your thoughts!
>>>
>>>
>>> Sent from my iPhone
>>>
>>> On Jun 15, 2018, at 10:22 AM, Linette Lopez <llopez@businessinsider.com> wrote:

1

MSJ_851

> I HOPE YOU ARE OKAY!!!!!
>
> Ok, so i've talked to a couple lawyers about your HYPOTHETICAL situation, and from their perspective Tesla isn't going to touch you NDA-wise. If they do, you file a whistleblower suit, and good luck to Tesla in discovery.
>
> If you wouldn't mind sharing your NDA with me, though, that would help me wrap my head around what could happen.
>
> Either way, if you threaten to take everything you gave me to the SEC, OSHA, etc. that would make Elon crap his pants, most likely. You'd have to deal with them trying to assassinate your character, but they would be in deep deep trouble because you know exactly where to find the lies.
>
> One question about this spreadsheet — this is all Model 3s, yes? Not modules or any part? I just want to triple check.
>
> Wishing you well,
> LL
>
> On Tue, Jun 5, 2018 at 3:39 PM, Marty Tripp <guitartripp@gmail.com> wrote:
>> Master Model 3- every car built this year up till yesterday at noon.
>>
>>
>>
>> Sent from my iPhone
>
>
>
> --
> Linette Lopez
> Senior Finance Correspondent
> Business Insider
> 646-338-4357
> On Twitter @lopezlinette



--
Linette Lopez
Senior Finance Correspondent
Business Insider
646-338-4357
On Twitter @lopezlinette

2

MSJ_852

GGL000145.0001

--
Linette Lopez
Senior Finance Correspondent
Business Insider
646-338-4357
On Twitter @lopezlinette

3

MSJ_853
GGL000145.0002