# Exhibit 73
# June 14, 2018 Martin Tripp Interview Excerpts

MSJ_859

**AUDIO TRANSCRIPTION OF TES-TRIPP_000002-Confidential**

```
 1   TESLA,                    ) Case No. 3:18-CV-00296-LRH-CBC
                               )
 2        Vs.                  )
                               )
 3   TRIPP,                    )
                               )
 4   _____)
```

**REPORTER CERTIFIED TRANSCRIPT**

**CONFIDENTIAL**

```
15            AUDIO TRANSCRIPTION OF TES-TRIPP_000002

16                    San Diego, California

17              Wednesday, September 18, 2019

18                 (CONFIDENTIAL TRANSCRIPT)


21   Transcribed by:
     JOSIE C. GONZALEZ
22   CSR No. 13435
     Job No. 19-29805A


24   (PAGE 1 OF 290)
```

**CHASE LITIGATION SERVICES**

```
 1  now, you know, doing overtime -- well, probably not
 2  anymore, but -- because that's what I wanted.  I wanted
 3  to, literally, change the world:  Do my part for my son,
 4  for everyone else, right?
 5          I can't stand seeing garbage on the side of the
 6  road.  I can't certainly stand seeing all this, like,
 7  stuff just everywhere.  It drives me nuts.  That's one
 8  of the things I got in trouble for, is -- like, trying
 9  to push people to like be 5s and clean and things like
10  that.
11          MR. NOCON:  Right.
12          MR. TRIPP:  Because to me, the first day I got
13  here is, "Hey, what would Elon think if he came here and
14  he saw all this junk just laying all over?"  You know?
15  And nobody cared.  Just like, "Oh, whatever."
16          Then they get mad at me, which -- I'm not bitter
17  about people getting mad at me.  I'm thick-skinned; I
18  can handle it.
19          MR. NOCON:  Sure.
20          MR. TRIPP:  As you can see, I've went through
21  this whole thing.
22          MR. NOCON:  Yeah.  I'm sure you learned from
23  your time in the Navy.  You've got to be thick-skinned.
24          MR. TRIPP:  Yeah.  So all in all, I don't regret
25  it.  I mean -- but I know there's consequences.  I
```

1  ==expected them to come.==  ==I did my -- I tried.==

2          MR. NOCON:  Yeah -- no.  I understand.  I
3  understand.

4          What I would like to get a better -- a better
5  understanding of is kind of how things progressed.

6          So you said you reached out to Linette, right?

7          MR. TRIPP:  Uh-huh.

8          MR. NOCON:  In that first e-mail -- that first
9  communication you sent out to her, did you give her
10 everything?

11         MR. TRIPP:  No.  All I did is just say, "I sent
12 out to a couple agencies," and I just said, "I'm very
13 disturbed by the things that are going on at Tesla.
14 Would you be interested in hearing more?"  And her and
15 one other person reached out.

16         I talked to her and then I made sure, before she
17 even had the story out, that the -- the facts were
18 there.

19         MR. NOCON:  Got it.

20         MR. TRIPP:  So it wasn't to -- because I love
21 working here.  I love the -- just being here.  It's,
22 like, you know, it's surreal.

23         MR. NOCON:  Right.

24         MR. TRIPP:  But I just wanted facts to get
25 out --

```
 1                    REPORTER'S CERTIFICATION
 2
 3
 4         I, Josie C. Gonzalez, a Certified Shorthand
 5   Reporter in and for the State of California, do hereby
 6   certify:
 7
 8         That the foregoing audio file was reported by me
 9   stenographically to the best of my ability and later
10   transcribed into typewriting under my direction; that
11   the foregoing is a true record of the audio file.
12
13         IN WITNESS WHEREOF, I have subscribed my name
14   this 27th day of September, 2019.
15
16
17                    _____
                      JOSIE C. GONZALEZ
18                    CSR No. 13435
19
20
21
22
23
24
25
```