# Exhibit 74
# David Arnold Deposition Excerpts

MSJ_864

**CONFIDENTIAL - David Arnold - 6/6/2019**

Page 1

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TESLA, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>v.<br><br>MARTIN TRIPP, an individual,<br><br>    Defendant.<br>_____<br>MARTIN TRIPP, an individual,<br><br>    Counterclaimant,<br><br>v.<br><br>TESLA, INC., a Delaware corporation,<br><br>    Counterdefendant. | Case No.<br>3:18-CV-00296-LRH-CBC |

CONFIDENTIAL

Videotaped Deposition of David Arnold

Palo Alto, California

Thursday, June 6, 2019

Michael P. Hensley, RDR, CSR No. 14114

**CONFIDENTIAL - David Arnold - 6/6/2019**

Page 42

```
 1  accurate?
 2  A.        I would not.
 3            MS. LIBEU:  Objection.  Argumentative.
 4  BY MR. MITCHELL:
 5  Q.        You understand that the sheriff's department
 6  have determined that Mr. Tripp was not a threat to
 7  Tesla?
 8  A.        I -- my understanding is they said the threat
 9  was not credible, and we were relieved when we learned
10  that.
11  Q.        Okay.  And Tesla certainly didn't wait until
12  they got that information before deciding what
13  information to put to the press, did it?
14  A.        I don't think it's particularly relevant because
15  that doesn't change the fact that a threat was made.  I
16  would liken it to if somebody calls in a bomb threat to
17  a school and the police, fortunately, determine that
18  it's not credible or that it's not likely that someone
19  will actually act on that threat.  It doesn't mean the
20  threat was not made.
21  Q.        Now, let's go back and answer the question I
22  asked.
23            Isn't it true that Tesla didn't wait until it
24  got resolution from the sheriff's department before
25  releasing its statement?
```

```
 1   we wanted to make it clear there was more to this story.
 2           And also, you know, I do think this information,
 3   you know, likely would have leaked anyway.  And my
 4   assumption for that is largely just because many things
 5   at Tesla -- as is the case with any large company that's
 6   under the spotlight -- you know, leak.  So we felt --
 7   knowing that, it was important to also make sure we got
 8   that out there and made sure it was accurate.
 9   Q.      And did you think it was appropriate to include
10   Mr. Tripp's name in the statement?
11   A.      We didn't think it was an issue.
12   Q.      And why not?
13   A.      His name was already out there, and he was
14   speaking to media, you know, acknowledging that he was
15   involved in this -- "this" being, you know, the leaks --
16   that he was the whistleblower.  So his name was already
17   out there.
18   Q.      And sitting here today, do you think the PR
19   statement that Tesla put out in Exhibit 2 is accurate?
20   A.      I do.
21   Q.      Why?
22   A.      Because the threat that we received said that
23   there was a distraught, heavily armed individual and
24   that the person who called, you know, that they were
25   concerned about the well-being of people at the
```

**CONFIDENTIAL - David Arnold - 6/6/2019**

Page 62

```
 1   Gigafactory.  And that is what this statement conveys.
 2   Q.      And did the -- is it your understanding that --
 3   that the caller identified Mr. Tripp by name?
 4   A.      That is my understanding.
 5           MS. LIBEU:  I have no further questions.
 6                      EXAMINATION
 7   BY MR. MITCHELL:
 8   Q.      What attempts did Tesla make, after learning
 9   from the sheriff's department that there was no credible
10   threats, to try to find out who had placed the call and
11   caused the disruption that took place on June 20th and
12   June 21st?
13   A.      I don't know the answer to that.
14           MR. MITCHELL:  Okay.  I have no further
15   questions.  Thank you, Mr. Arnold.
16           THE WITNESS:  Thank you.
17           MS. LIBEU:  Just for the record, I'd like to
18   designate this confidential.
19           And I know you want to keep the official copy.
20           We will get a -- for the witness, a copy with --
21   give him -- once we get the final, he'll have 30 days to
22   review, sign, make any corrections.  If it's not signed
23   within that 30-day period, it can be used as if it had
24   been signed.
25           That fine with you, Robert?
```

```
 1   STATE OF CALIFORNIA )
                         ) ss.
     COUNTY OF ALAMEDA   )
 3        I, Michael Hensley, Certified Shorthand Reporter,
 4   Registered Diplomate Reporter, in and for the State of
 5   California, Certificate No. 14114,
 6   do hereby certify:
 7        That the witness in the foregoing deposition was by
 8   me first duly sworn to testify to the truth, the whole
 9   truth, and nothing but the truth in the foregoing cause;
10   that said deposition was taken before me at the time and
11   place herein named; that said deposition was reported by
12   me in shorthand and transcribed, through computer-aided
13   transcription, under my direction; and that the
14   foregoing transcript is a true record of the testimony
15   elicited and proceedings had at said deposition.
16        I do further certify that I am a disinterested
17   person and am in no way interested in the outcome of
18   this action or connected with or related to any of the
19   parties in this action or to their respective counsel.
20        In witness whereof, I have hereunto set my hand
21   this 13th day of June, 2019.
22
23   _____
     Michael Hensley, CSR NO. 14114
24
25
```