# Exhibit 75
# Sarah O'Brien Deposition
# Excerpts

MSJ_870

**CONFIDENTIAL - Sarah O'Brien - 6/5/2019**

Page 1

```
            UNITED STATES DISTRICT COURT
                DISTRICT OF NEVADA
_____
TESLA, INC., a Delaware      )
corporation,                 )
                             )
          Plaintiff,         )
                             )
v.                           )      Case No.
                             )   3:18-cv-00296-LRH-CBC
MARTIN TRIPP, an             )
individual,                  )
                             )
          Defendant.         )
_____  )
MARTIN TRIPP, an             )
individual,                  )
                             )
     Counterclaimant,        )
                             )
v.                           )
                             )
TESLA, INC., a Delaware      )
corporation,                 )
                             )
     Counterdefendant,       )
_____  )
```

CONFIDENTIAL

Videotaped Deposition of Sarah O'Brien

Menlo Park, California

Wednesday, June 5, 2019

Michael P. Hensley, RDR, CSR No. 14114

```
 1   spokesperson" statement that you did?
 2           MS. LIBEU:  Objection.  Vague and incomplete
 3   hypothetical.
 4           THE WITNESS:  Oh, so you mean beforehand?
 5   Because the sheriff's department did issue a statement
 6   saying that on the --
 7   BY MR. MITCHELL:
 8   Q.      My -- my question is if you had been aware that
 9   the sheriff's office had determined that Mr. Tripp was
10   no threat to anyone at Tesla, would you have
11   nevertheless released that assignment?
12           MS. LIBEU:  Objection.  Assumes facts not in
13   evidence and incomplete hypothetical.
14           You can still answer.
15           THE WITNESS:  Probably parts of it.  Because a
16   phone call was still made.  From -- the information I
17   had received from -- from the security team was -- was
18   credible.  Like, I can actually remember, on the day,
19   being -- you know, genuinely being concerned.
20   BY MR. MITCHELL:
21   Q.      Let me ask you this:  As a communications
22   professional, does -- would you agree with me that, if
23   it turned out as it did, that Mr. Tripp was no threat to
24   anyone at Tesla, such a statement nevertheless is a very
25   harmful statement to make about a person?
```

```
 1   STATE OF CALIFORNIA )
                         ) ss.
     COUNTY OF ALAMEDA   )
 3        I, Michael Hensley, Certified Shorthand Reporter,
 4   Registered Diplomate Reporter, in and for the State of
 5   California, Certificate No. 14114,
 6   do hereby certify:
 7        That the witness in the foregoing deposition was by
 8   me first duly sworn to testify to the truth, the whole
 9   truth, and nothing but the truth in the foregoing cause;
10   that said deposition was taken before me at the time and
11   place herein named; that said deposition was reported by
12   me in shorthand and transcribed, through computer-aided
13   transcription, under my direction; and that the
14   foregoing transcript is a true record of the testimony
15   elicited and proceedings had at said deposition.
16        I do further certify that I am a disinterested
17   person and am in no way interested in the outcome of
18   this action or connected with or related to any of the
19   parties in this action or to their respective counsel.
20        In witness whereof, I have hereunto set my hand
21   this 13th day of June, 2019.
22
23   _____
     Michael Hensley, CSR NO. 14114
24
25
```