# Exhibit 76
# Elon Musk Deposition Excerpts

CONFIDENTIAL - Elon Musk - 2/21/2020

Page 1

```
              UNITED STATES DISTRICT COURT
                 DISTRICT OF NEVADA
_____
TESTA, INC., a Delaware    )
corporation,               )
                           )
         Plaintiff,        )
                           )
v.                         )       Case No.
                           )   3:18-CV-00296-LRH-CBC
MARTIN TRIPP, an           )
individual,                )
                           )
         Defendant.        )
_____)
MARTIN TRIPP, an           )
individual,                )
                           )
    Counterclaimant,       )
                           )
v.                         )
                           )
TESLA, INC., a Delaware    )
corporation,               )
                           )
    Counterdefendant,      )
_____)
```

CONFIDENTIAL

Videotaped Deposition of Elon Musk

Los Angeles, California

Friday, February 21, 2020

Michael P. Hensley, RDR, CSR No. 14114

**Depo Dynamics**
**(888) 494-3370**

MSJ_875

7ce0a6f1-0c9d-45ff-8c40-5bf5a42eec72

```
 1  question:  "Did your investigation uncover evidence of
 2  Linette Lopez compensated or promised to compensate
 3  Martin Tripp for inside information about Tesla?"
 4         And his ultimate response is on the last page.
 5  "Ultimately there was nothing that we uncovered showing
 6  a connection to any compensation between him and
 7  Ms. Lopez."
 8         So if Mr. Gicinto said under oath that he
 9  uncovered no evidence of compensation, why were you
10  suggesting that there had been compensation in this
11  tweet on July 5th of 2018?
12         MR. SPIRO:  Objection to form.  Objection.
13  Misleading.
14         THE WITNESS:  Again -- yes, exactly.  Just
15  constant legal trickery questions.  If that's how you
16  want to spend the day --
17         I was asking her if this was true.  Since it --
18  just -- Nick Gicinto had said that a friend of his -- a
19  friend of Tripp's had been offered money for insider
20  information by Linette Lopez, then perhaps Tripp had as
21  well.  And this is a very simple thing to just say "No.
22  No, he didn't."
23  BY MR. FISCHBACH:
24  Q.     All right.  What information did you have in
25  your possession at that time that Mr. Tripp had been
```

```
 1   STATE OF CALIFORNIA  )
                          ) ss.
 1   COUNTY OF ALAMEDA    )

 3        I, Michael Hensley, Certified Shorthand Reporter,
 4   Registered Diplomate Reporter, in and for the State of
 5   California, Certificate No. 14114,
 6   do hereby certify:
 7        That the witness in the foregoing deposition was by
 8   me first duly sworn to testify to the truth, the whole
 9   truth, and nothing but the truth in the foregoing cause;
10   that said deposition was taken before me at the time and
11   place herein named; that said deposition was reported by
12   me in shorthand and transcribed, through computer-aided
13   transcription, under my direction; and that the
14   foregoing transcript is a true record of the testimony
15   elicited and proceedings had at said deposition.
16        I do further certify that I am a disinterested
17   person and am in no way interested in the outcome of
18   this action or connected with or related to any of the
19   parties in this action or to their respective counsel.
20        In witness whereof, I have hereunto set my hand
21   this 26th of February, 2020.
22
23   _____
     Michael Hensley, CSR NO. 14114
24
25
```