Robert D. Mitchell (*admitted pro hac vice*)
William M. Fischbach III (*admitted pro hac vice*)
Ace Van Patten (Nevada Bar No. 11731)

**TB TIFFANY & BOSCO** P.A.

Camelback Esplanade II, Seventh Floor
2525 East Camelback Road
Phoenix, Arizona 85016-4229
Telephone: (602) 255-6000
Fax: (602) 255-0103
E-mails: rdm@tblaw.com; wmf@tblaw.com; avp@tblaw.com
*Counsel for Defendant/Counterclaimant Martin Tripp*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TESLA, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MARTIN TRIPP, an individual,<br><br>Defendant. | Case No. 3:18-cv-00296-LRH-CBC<br><br>**DEFENDANT/COUNTERCLAIMANT MARTIN TRIPP'S MOTION FOR LEAVE TO FILE SURREPLY TO TESLA, INC.'S REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT [ECF NO. 193]** |
| MARTIN TRIPP, an individual,<br><br>Counterclaimant,<br><br>TESLA, INC., a Delaware corporation,<br><br>Counterdefendant. | |

Tesla' reply memorandum in support of its motion for summary judgment [ECF No. 193] purports to "provide[] several additional exhibits that further refute Tripp's new 'facts.'" *Id.* at 2 n.1. That Tesla feels the need to "refute" the facts in Tripp's response memorandum [ECF No. 177] with "additional exhibits" by itself demonstrates that Tripp's factual assertions are both material and disputed, thereby precluding summary judgment. *Burlington Ins. Co. v. Minadora Holdings, LLC*, 690 Fed. Appx. 918, 923 (9th Cir. 2017) ("Factual disputes

1  preclude summary judgment."). Nevertheless, the Court should not consider these "additional exhibits" without permitting Tripp an opportunity to respond. *See Provenz v. Miller*, 102 F.3d 1478, 1483 (9th Cir. 1996) ("Where new evidence is presented in a reply to a motion for summary judgment, the district court should not consider the new evidence without giving the [non-]movant an opportunity to respond.") (*quoting Black v. TIC Inv. Corp.*, 900 F.2d 112, 116 (7th Cir.1990)).

This Court permits a nonmoving party to file a surreply "only by leave of court and only to address new matters raised in a reply to which a party would otherwise be unable to respond." *Harkey v. U.S. Bank, N.A.*, 2:14-CV-00177-RFB, 2015 WL 300271, at *1 (D. Nev. Jan. 21, 2015); *see also* Tesla's Motion to File Surreply in Opposition to Motion to Compel Deposition of Non-Party Elon Musk [ECF No. 123]. Accordingly, Tripp seeks leave of the Court to file the surreply attached as **Exhibit 1** to respond only to Tesla's "additional exhibits."

DATED this 16th day of June, 2020.

                                      TIFFANY & BOSCO, P.A.

                                      By /s/*William M. Fischbach III*
                                          Robert D. Mitchell
                                          William M. Fischbach III
                                          Camelback Esplanade II, Seventh Floor
                                          2525 East Camelback Road
                                          Phoenix, Arizona 85016-4229
                                          *Counsel for Defendant/Counterclaimant*

## PROOF OF SERVICE

I am employed in the County of Maricopa, State of Arizona. I am over the age of 18 and not a party to the within action; my business address is Tiffany & Bosco, P.A. 2525 E. Camelback Road, Suite 700, Phoenix, Arizona 85016.

On June 16, 2020, I served the following described as:

**DEFENDANT/COUNTERCLAIMANT MARTIN TRIPP'S MOTION FOR LEAVE TO FILE SURREPLY TO TESLA, INC.'S REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT [ECF NO. 193]**

on the following interested parties in this action:

| | |
|---|---|
| Rory T. Kay (NSBN 12416)<br>McDONALD CARANO LLP<br>2300 West Sahara Avenue, Suite 1200<br>Las Vegas, Nevada 89102<br>Telephone: (702) 873-4100<br>rkay@mcdonaldcarano.com<br><br>Alex Spiro<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br>Telephone: (212) 849-7000<br>alexspiro@quinnemanuel.com | Michael Lifrak<br>Jeanine M. Zalduendo<br>Alex Bergjans<br>Aubrey Jones<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>865 S. Figueroa St., 10th Floor<br>Los Angeles, California 90017<br>Telephone: (213) 443-3000<br>michaellifrak@quinnemanuel.com<br>jeaninezalduendo@quinnemanuel.com<br>alexbergjans@quinnemanuel.com<br>aubreyjones@quinnemanuel.com |

**[X] (BY E-MAIL)** By transmitting the above documents to the above e-mail addresses.

**[X] (STATE)** I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED on this 16th day of June, 2020 at Phoenix, Arizona.

*/s/William M. Fischbach III*