## INDEX OF EXHIBITS

| **Description** | **Exhibit No.** |
|---|---|
| August 7, 2020 Screenshot of Martin Tripp Google Drive Account | 1 |
| August 7, 2020 Email from Jeanine Zalduendo to William Fischbach and Robert D. Mitchell | 2 |
| August 7, 2020 Email from Robert D. Mitchell to Jeanine Zalduendo | 3 |
| August 7, 2020 Martin Tripp Tweet | 4 |
| August 7, 2020 Email from Martin Tripp to Jeanine Zalduendo, Michael Lifrak and Alex Spiro | 5 |
| August 7, 2020 Martin Tripp Tweet | 6 |
| August 7, 2020 Email from Jeanine Zalduendo to Robert D. Mitchell | 7 |
| August 7, 2020 Martin Tripp Retweet | 8 |
| August 7, 2020 Martin Tripp Tweet | 9 |
| August 7, 2020 Martin Tripp Tweet | 10 |
| August 7, 2020 Martin Tripp Tweet | 11 |
| August 10, 2020 Martin Tripp Tweet | 12 |