# Exhibit 1
# August 7, 2020 Screenshot of Martin Tripp Google Drive Account










## In the Matter Of:

### Tesla, Inc. vs Tripp

# SEAN GOUTHRO (CONFIDENTIAL)

*May 29, 2019*

*Job Number: 543507*