# Exhibit 2
# August 7, 2020 Email from Jeanine Zalduendo to William Fischbach and Robert D. Mitchell

| | |
|---|---|
| **From:** | Jeanine Zalduendo |
| **Sent:** | Friday, August 7, 2020 12:35 PM |
| **To:** | 'William Fischbach'; Robert D. Mitchell |
| **Cc:** | Michael Lifrak; Alex Spiro; Aubrey Jones; Kaleigh Stilchen; Zachary R. Cormier |
| **Subject:** | Tesla v. Tripp - Tripp's Social Media Postings |

Will and Robert,

It has come to our attention that Martin Tripp has resumed posting on social media, including on Twitter and YouTube, about *Tesla, Inc. v. Martin Tripp*, Case No. 3:18-cv-00296-LRH-CBC.  Among his posts there was a link to a Google Drive folder with case documents.  For example, in the last fifteen minutes, he posted the transcript and video of Sean Gouthro's deposition, which had been marked confidential.

Can you confirm whether you still represent Mr. Tripp?  If so, we request that he be directed to immediately take down all case materials and Tesla confidential information from Twitter, YouTube, Google Drive, and any other location that he is making it publicly available.

Regards,
Jeanine

**Jeanine Zalduendo | quinn emanuel urquhart & sullivan, llp**
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Direct: (213) 443-3632
Main Phone:  (213) 443-3000
Facsimile:  (213) 443-3100