# Exhibit 3
# August 7, 2020 Email from Robert D. Mitchell to Jeanine Zalduendo

| | |
|---|---|
| **From:** | Robert D. Mitchell <rdm@tblaw.com> |
| **Sent:** | Friday, August 7, 2020 1:15 PM |
| **To:** | Jeanine Zalduendo |
| **Cc:** | Michael Lifrak; William Fischbach; Alex Spiro; Aubrey Jones; Kaleigh Stilchen; Zachary R. Cormier |
| **Subject:** | RE: Tesla v. Tripp - Tripp's Social Media Postings |

**[EXTERNAL EMAIL]**

Jeanine,

We have looked at the social media posts you refer to.

We have advised Mr. Tripp of his obligations under the protective order and its application to the material he posted.

We are still counsel of record for Mr. Tripp.

Thank you,
Robert

**TIFFANY & BOSCO, P.A.**

Robert D. Mitchell | Shareholder | 602.452.2730
Seventh Floor Camelback Esplanade II | 2525 E Came back Road | Phoenix, AZ 85016
P 602.255.6000 | F 602.255.0103 | C 602.722.3855
rdm@tblaw.com | Bio | vCard | Website | Practice Areas

Offices in California | Arizona | Nevada | New Mexico | Michigan | Alabama | Florida

**CONFIDENTIALITY NOTICE:** The information contained in this message may be protected by the attorney-client privilege. If you believe that it has been sent to you in error, do not read it. Please immediately reply that you have received the message in error, then delete it. Thank you.

---

**From:** Jeanine Zalduendo <jeaninezalduendo@quinnemanuel.com>
**Sent:** Friday, August 7, 2020 12:35 PM
**To:** William Fischbach <wmf@tblaw.com>; Robert D. Mitchell <rdm@tblaw.com>
**Cc:** Michael Lifrak <michaellifrak@quinnemanuel.com>; Alex Spiro <alexspiro@quinnemanuel.com>; Aubrey Jones <aubreyjones@quinnemanuel.com>; Kaleigh Stilchen <kstilchen@tblaw.com>; Zachary R. Cormier <zrc@tblaw.com>
**Subject:** Tesla v. Tripp - Tripp's Social Media Postings

Will and Robert,

It has come to our attention that Martin Tripp has resumed posting on social media, including on Twitter and YouTube, about *Tesla, Inc. v. Martin Tripp*, Case No. 3:18-cv-00296-LRH-CBC. Among his posts there was a link to a Google Drive folder with case documents. For example, in the last fifteen minutes, he posted the transcript and video of Sean Gouthro's deposition, which had been marked confidential.

Can you confirm whether you still represent Mr. Tripp?  If so, we request that he be directed to immediately take down all case materials and Tesla confidential information from Twitter, YouTube, Google Drive, and any other location that he is making it publicly available.

Regards,
Jeanine

**Jeanine Zalduendo** | **quinn emanuel urquhart & sullivan, llp**
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Direct: (213) 443-3632
Main Phone:  (213) 443-3000
Facsimile:  (213) 443-3100