# Exhibit 4
# August 7, 2020 Martin Tripp Tweet

Explore

Settings

# Tweet

**Martin Tripp**
@tripp_martin

No Jeanine, I don't think I will...

From: Jeanine Zalduendo [redacted]
Subject: Tesla v. Tripp - Tripp's Social Media Postings

Will and Robert,

It has come to our attention that Martin Tripp has resumed posting on social media, including on Twitter and YouTube, about *Tesla, Inc. v. Martin Tripp*, Case No. 3:18-cv-00296-LRH-CBC. Among his posts there was a link to a Google Drive folder with case documents. For example, in the last fifteen minutes, he posted the transcript and video of Sean Gouthro's deposition, which had been marked confidential.

Can you confirm whether you still represent Mr. Tripp? If so, we request that he be directed to immediately take down all case materials and Tesla confidential information from Twitter, YouTube, Google Drive, and any other location that he is making it publicly available.

Regards,
Jeanine

1:55 PM · Aug 7, 2020 · Twitter Web App

**39** Retweets and comments **179** Likes

**Elon's Uncle Rico** @ElonRico · Aug 7
Replying to @tripp_martin
GIVE "EM HELL MARTIN!!!!!!!!
1 1 27

**Martin Tripp** @tripp_martin · Aug 7
For you Uncle Rico...absolutely!
2 25

2 more replies

**geelaissezfaire** @geelaissezfaire · Aug 7
Replying to @tripp_martin
All the best to you.
4

**Paws R Us** @TomasHearty · Aug 7
Replying to @tripp_martin
I want to invite Jeanine to Russia...

**Peter A. Roselle** @PhenomenalPoto · Aug 7
Replying to @tripp_martin
@lionelbarber your next Wirecard is here. And it's bigger.
19

**Pats16** @Pats162 · Aug 7
Replying to @tripp_martin
Wow - no respect for @jinnimae
1

**fly4dat** @fly4dat · Aug 7
Replying to @tripp_martin
I hope there is no extradition treaty bw Hungary and the US.
3 3

**Dr. Cassowary** @RealDrCassowary · Aug 8
To my understanding that is a purely civil matter. Not that there's no treaties...

Search Twitter

**New to Twitter?**
Sign up now to get your own pers
Sign up

**Relevant people**
**Martin Tripp**
@tripp_martin
Tesla Safety, Scrap, a
blower. I believe in g
out.

**What's happening**

US news · LIVE
**Unrest and looting takes pl**
**Chicago following police-**
**involved shooting**
Trending with: #ChicagoRiots and
#ChicagoLooting

**#SkinclusiveACNH**
Gillette Venus debuts Skinclu
on Animal Crossing
Promoted by Gillette Venus

Entertainment · Trending
**Antonio Banderas**
5,481 Tweets

US news · 1 hour ago
**Rachael Ray and family saf**
**following major fire at thei**
**upstate New York home**
Trending with: Rachael Ray

Trending in United States
**#SAVEOURCHILDREN**
19.1K Tweets

Show more

Terms Privacy policy Cookies
© 2020 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.
Log in

Explore

Settings

Search Twitter

1 more reply

**Teslamarkstheend** @Teslamarksthee1 · Aug 7
Replying to @tripp_martin
@lionelbarber wirecard was big, this one is bigger.
3

**Desert Trip** @altabriga · Aug 7
Replying to @tripp_martin

2

**Come Follow Me To Mars** @HonchoMiguel · Aug 7
Replying to @tripp_martin

**Come Follow Me To Mars** @HonchoMiguel · Aug 7
Replying to @tripp_martin
Hey @elonmusk, SMTC, acronym middle two are... you know the deal

**Connecting the Dots ⚡🚗🌎🚀🔴 to Disruption ✨🏄🌟** ... · Aug 8
Replying to @tripp_martin and @WholeMarsBlog
Yawn...

**Bark 🧦🐶🕺🪑** @BarkMSmeagol · Aug 8
Replying to @tripp_martin
Marty twitter meltdown part deux is going well.
2 5

**Paul** @Paul49787221 · Aug 8
I've enjoyed his 9 part youtube video series. Seems a bit of a nut.

**Don't miss what's happening**
People on Twitter are the first to know.
Log in





