# Exhibit 5
# August 7, 2020 Email from Martin Tripp to Jeanine Zalduendo, Michael Lifrak and Alex Spiro

| | |
|---|---|
| **From:** | MT <mtprotons@protonmail.com> |
| **Sent:** | Friday, August 7, 2020 2:39 PM |
| **To:** | Jeanine Zalduendo; Michael Lifrak; Alex Spiro |
| **Subject:** | Tesla vs Tripp Case: 3:18-cv-00296-LRH-CBC |

**[EXTERNAL EMAIL]**

Tell elon to fix his shit, issue apologies to not only myself, but the countless others he and 'his' company have destroyed, and maybe I will think about it.

Did you know there is a poor innocent child needing open heart surgery because of a botched roof job that one of 'his' companies fucked up?

How can you represent this?  You should all be ashamed of yourselves, you money greedy bastards.

-Marty

Sent with ProtonMail Secure Email.