# Exhibit 6
# August 7, 2020 Martin Tripp Tweet

**Tweet**

**Martin Tripp** @tripp_martin · Aug 7
No Jeanine, I don't think I will...

**From:** Jeanine Zalduendo <[redacted]
**Sent:** Friday, August 7, 2020 12:35 [redacted]
**To:** [redacted]
**Cc:** [redacted]
**Subject:** Tesla v. Tripp - Tripp's Social Media Postings

Will and Robert,

It has come to our attention that Martin Tripp has resumed posting on social media, including on Twitter and YouTube, about *Tesla, Inc. v. Martin Tripp*, Case No. 3:18-cv-00296-LRH-CBC. Among his posts there was a link to a Google Drive folder with case documents. For example, in the last fifteen minutes, he posted the transcript and video of Sean Gouthro's deposition, which had been marked confidential.

Can you confirm whether you still represent Mr. Tripp? If so, we request that he be directed to immediately take down all case materials and Tesla confidential information from Twitter, YouTube, Google Drive, and any other location that he is making it publicly available.

Regards,
Jeanine

16 39 179

**Q3 2020 Rubber Meets the Road Capital**
@NegDiscountRt

Replying to @tripp_martin

I called Jeanine and left a voicemail asking whether she was going to file a criminal complaint against @elonmusk .




3:13 PM · Aug 7, 2020 · Twitter Web App

**5** Likes

💛 **#BLM Antifa secret agent** 💛 @Woodgirl1977 · Aug 8
Replying to @NegDiscountRt @tripp_martin and @elonmusk
Does it really say "a associate"? Lol

2

## More replies

**horsesnroads** @horsesnroads · Aug 7
Replying to @NegDiscountRt @tripp_martin and @elonmusk
Isn't this harassment? Do you represent anyone in this case? Let everyone do their job

2 1

**Q3 2020 Rubber Meets the Road Capital** @NegDiscountRt · Aug 8
Her phone number is open to public on her website.

1

1 more reply

Search Twitter

## New to Twitter?

Sign up now to get your own personalized timeline!

Sign up

## Relevant people

**Q3 2020 Rubber Meet...** Follow
@NegDiscountRt
"Life is short and truth works far and lives long: let us speak the truth." - Schopenhauer. (NOT INVESTMENT ADVICE.)

**Martin Tripp** Follow
@tripp_martin
Tesla Safety, Scrap, and abuse Whistle-blower. I believe in getting the truth out.

**Elon Musk** Follow
@elonmusk

## What's happening

US news · 1 hour ago
**Unrest and looting takes place in Chicago following police-involved shooting**
Trending with: #ChicagoRiots and #ChicagoLooting



**#SkinclusiveACNH**
Gillette Venus debuts Skinclusive Fashion Line on Animal Crossing
Promoted by Gillette Venus

Entertainment · Trending
**Antonio Banderas**
5,812 Tweets

US news · 1 hour ago
**Rachael Ray and family safe following major fire at their upstate New York home**



Trending in United States

**Don't miss what's happening**
People on Twitter are the first to know.
Log in Sign up





Search Twitter

Terms   Privacy policy   Cookies   Ads info   More

© 2020 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.

Log in   Sign up