# Exhibit 7
# August 7, 2020 Email from Jeanine Zalduendo to Robert D. Mitchell

| | |
|---|---|
| **From:** | Jeanine Zalduendo |
| **Sent:** | Friday, August 7, 2020 5:15 PM |
| **To:** | 'Robert D. Mitchell' |
| **Cc:** | Michael Lifrak; William Fischbach; Alex Spiro; Aubrey Jones; Kaleigh Stilchen; Zachary R. Cormier |
| **Subject:** | RE: Tesla v. Tripp - Tripp's Social Media Postings |
| **Attachments:** | Tesla vs Tripp Case: 3:18-cv-00296-LRH-CBC |

Robert,

Thank you for confirming that you are still Mr. Tripp's counsel of record.  Nonetheless, it appears that your advice to Mr. Tripp went unheeded.  He has continued to post all afternoon, including by posting to Twitter my original email to you, with the comment, "No Jeanine, I don't think I will…." Mr. Tripp also sent an improper email to me, Alex Spiro and Michael Lifrak, which is attached.  We have also been receiving harrassing phone calls.

We ask that you confirm by **8 pm PST** this evening that Mr. Tripp will immediately take down all of the confidential information related to this litigation, which at this point includes, among other things, most confidential documents produced by Tesla in this litigation, the parties' confidential mediation materials, and all deposition transcripts and videos.  Without such confirmation, we will be seeking emergency relief from the Court for violation of the Court's protective order, including an order to remove the confidential information and an to show cause as to why the Court should not hold Mr. Tripp in contempt and impose sanctions.

We appreciate your assistance in this matter, and we expressly reserve all rights in connection with this issue.

Jeanine

---

**From:** Robert D. Mitchell [mailto:rdm@tblaw.com]
**Sent:** Friday, August 7, 2020 1:15 PM
**To:** Jeanine Zalduendo <jeaninezalduendo@quinnemanuel.com>
**Cc:** Michael Lifrak <michaellifrak@quinnemanuel.com>; William Fischbach <wmf@tblaw.com>; Alex Spiro <alexspiro@quinnemanuel.com>; Aubrey Jones <aubreyjones@quinnemanuel.com>; Kaleigh Stilchen <kstilchen@tblaw.com>; Zachary R. Cormier <zrc@tblaw.com>
**Subject:** RE: Tesla v. Tripp - Tripp's Social Media Postings

**[EXTERNAL EMAIL]**

---

Jeanine,

    We have looked at the social media posts you refer to.

    We have advised Mr. Tripp of his obligations under the protective order and its application to the material he posted.

    We are still counsel of record for Mr. Tripp.

Thank you,

Robert

**TIFFANY & BOSCO, P.A.**

Robert D. Mitchell | Shareholder | 602.452.2730
Seventh Floor Camelback Esplanade II | 2525 E Came back Road | Phoenix, AZ 85016
P 602.255.6000 | F 602.255.0103 | C 602.722.3855
rdm@tblaw.com | Bio | vCard | Website | Practice Areas

Offices in California | Arizona | Nevada | New Mexico | Michigan | Alabama | Florida

**CONFIDENTIALITY NOTICE:**  The information contained in this message may be protected by the attorney-client privilege. If you believe that it has been sent to you in error, do not read it.  Please immediately reply that you have received the message in error, then delete it.  Thank you.

---

**From:** Jeanine Zalduendo <jeaninezalduendo@quinnemanuel.com>
**Sent:** Friday, August 7, 2020 12:35 PM
**To:** William Fischbach <wmf@tblaw.com>; Robert D. Mitchell <rdm@tblaw.com>
**Cc:** Michael Lifrak <michaellifrak@quinnemanuel.com>; Alex Spiro <alexspiro@quinnemanuel.com>; Aubrey Jones <aubreyjones@quinnemanuel.com>; Kaleigh Stilchen <kstilchen@tblaw.com>; Zachary R. Cormier <zrc@tblaw.com>
**Subject:** Tesla v. Tripp - Tripp's Social Media Postings

Will and Robert,

It has come to our attention that Martin Tripp has resumed posting on social media, including on Twitter and YouTube, about *Tesla, Inc. v. Martin Tripp*, Case No. 3:18-cv-00296-LRH-CBC.  Among his posts there was a link to a Google Drive folder with case documents.  For example, in the last fifteen minutes, he posted the transcript and video of Sean Gouthro's deposition, which had been marked confidential.

Can you confirm whether you still represent Mr. Tripp?  If so, we request that he be directed to immediately take down all case materials and Tesla confidential information from Twitter, YouTube, Google Drive, and any other location that he is making it publicly available.

Regards,
Jeanine

**Jeanine Zalduendo** | **quinn emanuel urquhart & sullivan, llp**
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Direct: (213) 443-3632
Main Phone:  (213) 443-3000
Facsimile:  (213) 443-3100