# Exhibit 8
# August 7, 2020 Martin Tripp Retweet





Explore

Settings

## Tweet

Martin Tripp Retweeted

**PlainSite**
@PlainSite

RT @PlainSite: "Mike is working with the finance team to get the buy off on scrapping the modules for the second quarter." $TSLA https://t....

**From:** Adithya Vijayakumar
**Sent:** Sunday, June 03, 2018 1:02 PM
**To:** Eugene Kim <[redacted]>; Anna Boyd <[redacted]>
**Cc:** Charlie Hill <[redacted]; Michael Bowling <[redacted]>
**Subject:** RE: WIP Count

Hi Eugene,

Sorry for the late response.

We did an WIP inventory check for the modules 2 weeks ago, and this is what we think should be scrapped virtually. Mike is working with the finance team to get the buy off on scrapping the modules for the second quarter. We should do a similar analysis on the bandoliers quite soon.

| Quarter | Already Scrapped Physically | FAT to be scrapped | MES | Missing modules list | Pack Line Removed | Grand Total |
|---|---|---|---|---|---|---|
| 2017 Quarter 3 | | | | 6 | 5 | 11 |
| 2017 Quarter 4 | 13 | 24 | 24 | 356 | 127 | 544 |
| 2018 Quarter 1 | 80 | 68 | | 427 | 267 | 842 |
| 2018 Quarter 2 | 15 | 42 | | 186 | 78 | 321 |
| Grand Total | 108 | 134 | 24 | 975 | 477 | 1718 |

Thanks,

Adithya Vijayakumar | Process Engineer, Gigafactory 1
Electric Avenue 1 Sparks, NV 89434
[redacted]

5:28 PM · Aug 8, 2020 · TweetDeck

**27** Retweets and comments **75** Likes

Search Twitter

## New to Twitter?

Sign up now to get your own pers

Sign up

## Relevant people

**Martin Tripp**
@tripp_martin
Tesla Safety, Scrap, a blower. I believe in g out.

**PlainSite**
@PlainSite
The law in plain sigh tips@plainsite.org. F may hold long/shor companies discusse advice.

## What's happening

US news · 3 hours ago
**Unrest and looting takes pl Chicago following police-involved shooting**
Trending with: Mag Mile

**#SkinclusiveACNH**
Gillette Venus debuts Skinclu on Animal Crossing
Promoted by Gillette Venus

Music · Trending
**JIMINS**
8,578 Tweets

US news · LIVE
**One person dead after a ma explosion in Baltimore**

kpop · Trending
**TAES**
Trending with: TAEHYUNGS
9,642 Tweets

Show more

Terms Privacy policy Cookies A
© 2020 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.
Log in S

Explore

Settings

**Thread**

**Homestead Ted**
@tedstein

Hey $TSLAQ, here is a link to the Martin Tripp lawsuit materials. I understand the original was deleted?

I'm not sure if this is everything. It is 2.15 GB.

Tesla Lawsuit
Shared with Dropbox
dropbox.com

10:24 AM · Aug 9, 2020 · Twitter Web App

**23** Retweets and comments **87** Likes

---

**Homestead Ted** @tedstein · Aug 9
Replying to @tedstein
Update, more documents coming. Will credit the person if they want to be credited.
15

---

**Homestead Ted** @tedstein · 19h
Replying to @tedstein
Update: use this mirror. It is complete.

> **Mark Johnzton** @CovfefeCapital · 23h
> $TSLA $TSLAQ
> Copy of Martin Tripp's (now removed) Google Drive files related to his ongoing lawsuit re Tesla.
> swisstransfer.com/d/945384c2-99c...

1 7

---

**Corey** @trader51 · Aug 9
Replying to @tedstein
You'll get kicked off twitter too
3

---

**Gambler- Black Lives Matter** @bjohn352 · 23h
Replying to @tedstein
Yeah from what I see the original google drive folder Marty put up got deleted, not sure by who
1

---

**Martin Tripp** @tripp_martin · 19h
Replying to @tedstein
Original was just over 16gb.
1 6

9 more replies

Ne
Sign

Re

W
US
Mo
Chi
foll
sho
Trer

#SI
Gill
on

Poli
Nik
42.6

Shi
eye
Trer

Trer
Ski
74.2

Sho

Tern
© 2

**Don't miss what's happening**
People on Twitter are the first to know.

8/10/2020    Mark Johnzton on Twitter: "$TSLA $TSLAQ Copy of Martin Tripp's (now removed) Google Drive files related to his ongoing lawsuit re Tes…

Case 3:18-cv-00296-MMD-CLB  Document 200-9  Filed 08/10/20  Page 5 of 6



Explore

Settings

**Patrick Comack** @patrickcomack · 5h
Replying to @CovfefeCapital
having problems w/ it; says the archive is corrupt

Search Twitter

**New to Twitter?**
Sign up now to get your own pers
Sign up

**Relevant people**

**Mark Johnzton**
@CovfefeCapital
Bitcoin miner. Java c

**What's happening**

US news · This morning
**More than 100 arrested in Chicago amid unrest and lo following a police-involved shooting**
Trending with: Chicago

**#SkinclusiveACNH**
Gillette Venus debuts Skinclu on Animal Crossing
Promoted by Gillette Venus

etalk · 2 hours ago
**Shia LaBeouf reportedly be eyed for Iceman role in the**
Trending with: iceman

Soccer · Trending
**Rashford**
15.9K Tweets

Trending · Trending
**Skip**
73.1K Tweets

Show more

Terms Privacy policy Cookies A
© 2020 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.
Log in
S

