# Exhibit 9
# August 7, 2020 Martin Tripp Tweet



# Explore

⚙ Settings

← Tweet

**Jordan McRae** @jordan_mcrae_ · Aug 7
Wow what great internal controls Tesla has. Hundreds of missing battery modules, distinction between "physically" and "virtually" scrapping. $tsla $tslaq



💬 6     🔁 42     ♥ 126     ⬆

**Martin Tripp** @tripp_martin · Aug 7
THIS is when I started finding all the 'missing' scrap, and over 150,000,000 dollars of real missing scrap. Then, in front of my eyes, as a query refresh occurred, it all vanished. I finally realized it went from 'Scrap' to 'Test'. Voila!

💬 4     🔁 29     ♥ 108     ⬆

**Jin SEO** @JTSEO9 · Aug 7
Who purchased the scrap or how was the scrap disposed? What companies were involved?

💬 2     🔁 1     ♥ 12     ⬆

**TeeKay** @TeeKay_EV · Aug 8
Would be sus if the second highest ranked exec at Tesla would also own a recycling company, isn't it?

💬 2     🔁 4     ♥ 12     ⬆

**EVENT DRIVEN** @EVENTDRIVEN2020 · Aug 8
JS

💬 1     🔁     ♥ 2     ⬆

**TQP - "Not That Evil" Podcast** @tslaqpodcast · 16h
Yep, @jbstraubel

💬 1     🔁     ♥ 2     ⬆

**Martin Tripp** @tripp_martin · 13h
He only has 319 followers?

💬 2     🔁     ♥     ⬆

**Keef Wivanef** @Keefwivanelf · 13h
Hey Marty, a few days ago you only had 3 followers, now you've got over a thousand.
Way to go :)

💬 1     🔁     ♥ 2     ⬆

**Martin Tripp**
@tripp_martin

Replying to @Keefwivanelf @tslaqpodcast and 6 others

That is amazing. I appreciate every one of them, even the fElon lovers.

5:20 PM · Aug 9, 2020 · Twitter for Android

---

Search Twitter

**New to Twitter?**
Sign up now to get your own per…

Sign up

**Relevant people**

**Martin Tripp**
@tripp_martin
Tesla Safety, Scrap, … blower. I believe in … out.

**Keef Wivanef**
@Keefwivanelf
I am a man on a mi… lethally defective
flickr.com/photos/1…
psychopath.

**TQP - "Not That Ev…**
@tslaqpodcast
Long/Short Retail Ba… Inspired by $TSLAQ,… projected retiremen… years Musked in Feb… 2020 notthatevil.co…

**What's happening**

US news · 🔴LIVE
Unrest and looting takes pl… Chicago following police-…

---

Don't miss what's happening
People on Twitter are the first to know.
Log in    Sign up

Case 3:18-cv-00296-MMD-CLB Document 200-10 Filed 08/10/20 Page 3 of 3

Explore

Settings

**Keef Wivanef** @Keefwivanelf · 13h
Replying to @tripp_martin @tslaqpodcast and 6 others
You have a thousand FRIENDS Martin.
Think of that when you're feeling down.

1 4

**Sally Alcot** @sally_alcot · 13h
That's right.

1

Search Twitter

Gillette Venus debuts Skincare on Animal Crossing
Promoted by Gillette Venus

Entertainment · Trending
**Antonio Banderas**
5,481 Tweets

US news · 1 hour ago
**Rachael Ray and family safe following major fire at their upstate New York home**
Trending with: Rachael Ray

Trending in United States
**#SAVEOURCHILDREN**
19.1K Tweets

Show more

Terms Privacy policy Cookies
© 2020 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.

Log in S

