# Exhibit 10
# August 7, 2020 Martin Tripp Tweet



Explore

Settings

## Thread

**Martin Tripp**
@tripp_martin

Part 1
Introduction to my story of tesla and musk. Shedding the light on the TRUTH of what they have done to myself, Family, their ...
youtube.com

4:32 AM · Aug 7, 2020 · Twitter Web App

**46** Retweets and comments **99** Likes

**Martin Tripp** @tripp_martin · Aug 7
Replying to @tripp_martin
Link to the first of many is in the description. Enjoy, and you're welcome.
1 1 21

**Martin Tripp** @tripp_martin · Aug 7
There are currently 8 videos uploading. All non-edited (that could be good or bad).
2 8 30

**Martin Tripp** @tripp_martin · Aug 7
Replying to @laque_tess
Thank you very much 😊
6

**Paul Smith** @GreatPaul_Smith · Aug 7
Replying to @tripp_martin
Thank you for never giving up
1 13

**Martin Tripp** @tripp_martin · Aug 7
👍🏻
8

**Henry Williams** @HenryWilliams74 · Aug 7
Replying to @tripp_martin
You absolutely have to turn the phone sideways next time.
1 2

**Martin Tripp** @tripp_martin · Aug 7
Will do, sorry...had it sitting on a beehive.
1 5

2 more replies

**Tesla FSD Tunnel** @TeslaTunnel · Aug 7
Replying to @tripp_martin
Stay strong! Justice will see its day eventually.
16

**Tess Laqué** @laque_tess · Aug 7
Replying to @tripp_martin
I'm sorry that you had to go through all of this but I'm glad you share your story. I wish you the best of luck with your endeavors in Hungary!
12

Search Twitter

**New to Twitter?**
Sign up now to get your own pers
Sign up

**Relevant people**

**Martin Tripp**
@tripp_martin
Tesla Safety, Scrap, a blower. I believe in g out.

**What's happening**

US news · 2 hours ago
**Unrest and looting takes pl Chicago following police-involved shooting**
Trending with: Mag Mile

**#SkinclusiveACNH**
Gillette Venus debuts Skinclu on Animal Crossing
Promoted by Gillette Venus

Trending in United States
**Nebraska**
Trending with: Big Ten, Dan F
9,818 Tweets

US news · 2 hours ago
**Rachael Ray and family saf following major fire at thei upstate New York home**

Politics · Trending
**Popcorn Factory**

Show more

Terms Privacy policy Cookies

© 2020 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.
Log in S

- Twitter
- # Explore
- Settings

long, lemmings gonna report them quick.

💬 1   🔁    ♡ 6   ⬆

**Tilman Winkler** @TilmanWinkler · Aug 7
Replying to @tripp_martin
I watched the first one. It was so boring, I couldn't report anything because of fatigue. Those aren't endangered. 🤷‍♂️

💬 1   🔁   ♡ 2   ⬆

1 more reply

**Bo** @bohu651 · Aug 7
Replying to @tripp_martin
Just remember, there is consequence when you do bad things.

💬   🔁   ♡   ⬆

**Paws R Us** @TomasHearty · Aug 7
Replying to @tripp_martin
Hang in there.

💬   🔁   ♡ 2   ⬆

**Q3 2020 Rubber Meets the Road Capital** @NegDiscountRt · Aug 7
Replying to @tripp_martin
Hey @d_s_thakur Martin is a whistleblower just like you. I think he got frustrated by how long the court system was taking.

Maybe you can help him - offer some advice or connect him to people who might be able to help you.

💬 2   🔁   ♡   ⬆

**Q3 2020 Rubber Meets the Road Capital** @NegDiscountRt · Aug 7
CC: @KatherineEban

💬   🔁   ♡   ⬆

**IRFAN** @irfanataulawal · Aug 7
Replying to @tripp_martin
Godspeed

💬   🔁   ♡   ⬆

**rdwrt** @rdwrt · Aug 8
Replying to @tripp_martin
what got blocked?

> violated the Twitter Rules. Learn more
>
> **Martin Tripp** @tripp_martin · 1d
> youtube.com/watch?v=gvU2IC...
>
> 💬 15   🔁 45   ♡ 97   ⬆
>
> **Martin Tripp** @tripp_martin · 1d
> Link to the first of many is in the description. Enjoy, and you're welcome.
>
> 💬 1   🔁 1   ♡ 21   ⬆

💬   🔁   ♡   ⬆

**Bark** 🎷🐕🚪 @BarkMSmeagol · Aug 7
Replying to @tripp_martin
Did you request the services of one Larry the Fossi guy? Also know as the $TSLAQ #DumDum #CIO

💬   🔁   ♡   ⬆

**Keef Wivanef** @Keefwivanelf · Aug 7
Replying to @tripp_martin
Cute dog.. but why don't you have a Vizsla?

---

🔍 Search Twitter

**New to Twitter?**
Sign up now to get your own per

Sign up

**Relevant people**

**Martin Tripp**
@tripp_martin
Tesla Safety, Scrap, a blower. I believe in g out.

**What's happening**

US news · 2 hours ago
Unrest and looting takes pl Chicago following police-involved shooting
Trending with: Mag Mile

#SkinclusiveACNH
Gillette Venus debuts Skinclu on Animal Crossing
📣 Promoted by Gillette Venus

Trending in United States
**Nebraska**
Trending with: Big Ten, Dan P
9,818 Tweets

US news · 2 hours ago
Rachael Ray and family saf following major fire at thei upstate New York home

Politics · Trending
**Popcorn Factory**

Show more

Terms   Privacy policy   Cookies
© 2020 Twitter, Inc.

---

**Don't miss what's happening**
People on Twitter are the first to know.

Log in

I favor the Newfie breeds :D

Show more replies

Twitter
# Explore
⚙ Settings

Search Twitter

**New to Twitter?**
Sign up now to get your own personalized timeline!

Sign up

**Relevant people**

Martin Tripp
@tripp_martin
Tesla Safety, Scrap, and ... blower. I believe in getting ... out.

**What's happening**

US news · 2 hours ago
Unrest and looting takes place in Chicago following police-involved shooting
Trending with: Mag Mile

#SkinclusiveACNH
Gillette Venus debuts Skinclusive on Animal Crossing
⬈ Promoted by Gillette Venus

Trending in United States
**Nebraska**
Trending with: Big Ten, Dan P...
9,818 Tweets

US news · 2 hours ago
Rachael Ray and family safe following major fire at their upstate New York home

Politics · Trending
**Popcorn Factory**

Show more

Terms   Privacy policy   Cookies  A
© 2020 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.

Log in

https://twitter.com/tripp_martin/status/1291698653460082689   3/33




    

Introduction to my story of tesla and musk.  Shedding the light on the TRUTH of what they have done to myself, Family, their Employees, and the entire world.

For the first gift to you, I give you the MUSK DEPOSITION:

https://www.swisstransfer.com/d/fcd92...

If you would be so kind as to provide a small donation, I will need it now, more than ever.  Thanks!

https://www.gofundme.com/f/tripp-vs-t...

SHOW LESS

Up next                                                                                                   AUTOPLAY



**Part 3**
Martin Tripp
461 views • 2 days ago
New



**Steve Jobs Insult Response - Highest Quality**
Jonathan Field
Recommended for you



**Tyler Glasnow Throws the NASTIEST Pitch in Baseball | Baseball Bits**
Foolish Baseball
Recommended for you
New



**Margin Call 4 - Senior Partners Emergency Meeting**
Olivier BOSSARD
Recommended for you



**Introduction**
Martin Tripp
Updated yesterday



**Guitar Teacher REACTS: Polyphia "G.O.A.T" | STUDIO vs LIVE**
Michael Palmisano
Recommended for you

SKIP NAVIGATION

  YouTube     



Everyone Completely Loses It After Jimmy's Unnecessary Knee | 8 Out Of 10 Cats Does Countdown
Channel 4
Recommended for you



Why People Still Play Runescape in 2020
J1mmy
Recommended for you



Billions | 'Never Settle'
Leo M
Recommended for you



Part 6
Martin Tripp
269 views • 2 days ago
New



Welcome To The Bubble - Episode 07
Matisse Thybulle
432K views • 2 days ago
New



Part 4
Martin Tripp
404 views • 2 days ago
New



The Best Of Ron Swanson (Parks and Recreation)
witchorking
Recommended for you



Become OP At Level 1 Conan Exiles 2020 Mounts Update
FireSpark81
Recommended for you



The Girl From Ipanema is a far weirder song than you thought
Adam Neely
Recommended for you



Jordan Peterson explains what happened to him 2020 (Depression, Clonazepam, Benzodiazepine)

https://www.youtube.com/watch?v=gvU2IC4XJLo

36                                                                                       3/3



## Thread

**Martin Tripp** @tripp_martin · Aug 7
Video 4 is up and live, as well as gDrive has all Discovery, Complaint, Whistleblower (Meissner docs, including Termination Letter to him), and currently adding Depositions one by one.

7 17 59

**Martin Tripp**
@tripp_martin

Discovery has an Index to make it easy to search for anything in particular.

9:20 AM · Aug 7, 2020 · Twitter Web App

**21** Likes

Search Twitter

**New to Twitter?**

Sign up now to get your own personalized timeline!

Sign up

**Relevant people**

**Martin Tripp**
@tripp_martin
Follow
Tesla Safety, Scrap, and abuse Whistle-blower. I believe in getting the truth out.

**What's happening**

US news · 2 hours ago
**Unrest and looting takes place in Chicago following police-involved shooting**
Trending with: #ChicagoRiots and #ChicagoLooting

**#SkinclusiveACNH**
Gillette Venus debuts Skinclusive Fashion Line on Animal Crossing
Promoted by Gillette Venus

Music · Trending
**#1stDynamiteTeaser**
14.9K Tweets

US news · 2 hours ago
**Rachael Ray and family safe following major fire at their upstate New York home**

Trending in United States
**Nebraska**
Trending with: Dan Patrick, Big Ten
8,922 Tweets

Show more

Terms Privacy policy Cookies Ads info More
© 2020 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.

Log in Sign up

# Tweet

**Martin Tripp** @tripp_martin · Aug 7
Video 4 is up and live, as well as gDrive has all Discovery, Complaint, Whistleblower (Meissner docs, including Termination Letter to him), and currently adding Depositions one by one.
7 17 59

**Teslacito Latino** @teslacito · Aug 7
Where are videos 3 and 4? Only parts 1 and 2 on YouTube.
2 2

**Martin Tripp** @tripp_martin · Aug 7
They were converting the HD, but should have been live. My internet cut out. Will check soon as it is back on. I don't have much cell data.
1 2

**Teslacito Latino** @teslacito · Aug 7
Ok. Just checking I didn't miss anything.

Thank you for your efforts Martin, hang in there.
1 4

**Martin Tripp**
@tripp_martin

Replying to @teslacito and @JCOviedo6

Thanks! I'm doing my best to get this stuff out before I'm silenced.

10:18 AM · Aug 7, 2020 · Twitter for Android

**10** Likes

**passthebeano** @passthebeano · Aug 7
Replying to @tripp_martin @teslacito and @JCOviedo6
Musk hasn't got @jack on your tail - yet.

$TSLA $TSLAQ

1 5

**passthebeano** @passthebeano · Aug 7
That didn't take long...

Search Twitter

## New to Twitter?

Sign up now to get your own personalized timeline!

Sign up

## Relevant people

**Martin Tripp** @tripp_martin Follow
Tesla Safety, Scrap, and abuse Whistle-blower. I believe in getting the truth out.

**Teslacito Latino** @teslacito Follow
Escapee from the Church of Elon Musk. Funding secured and financially delivered. Hodling $TSLA till $TSLAQ

**JC Oviedo** @JCOviedo6 Follow
Locked in my parents' basement working to expose the biggest frauds since Enron

## What's happening

US news · 2 hours ago
**Unrest and looting takes place in Chicago following police-involved shooting**
Trending with: #ChicagoRiots and #ChicagoLooting

**#SkinclusiveACNH**
Gillette Venus debuts Skinclusive Fashion Line on Animal Crossing
Promoted by Gillette Venus

**Don't miss what's happening**
People on Twitter are the first to know.

Log in Sign up



Martin Tripp on Twitter: "@teslacito @JCDweboof Thanks! I'm doing my best to get this stuff out before I'm silenced." / Twitter



2    4    ♡ 21

1 more reply

Don't miss what's happening
People on Twitter are the first to know.
Log in    Sign up

Search Twitter



Rachael Ray and family safe following major fire at their upstate New York home

Trending in United States
Nebraska
Trending with: Dan Patrick, Big Ten
8,922 Tweets

Show more

Terms   Privacy policy   Cookies   Ads info   More
© 2020 Twitter, Inc.



**Tweet**

**Martin Tripp**
@tripp_martin

tesla's attorneys have reached out to my old attorneys for me to immediately remove all docs. I WILL NOT STOP UNTIL EVERYTHING IS RELEASED and the world knows about it!

12:42 PM · Aug 7, 2020 · Twitter Web App

**89** Retweets and comments **439** Likes

**Unknown Trader** @UnknownTrader · Aug 7
Replying to @tripp_martin
I would venture a guess your old attorneys were compromised while they were working for you.
2 19

**Martin Tripp** @tripp_martin · Aug 7
I can't say that. I can say there were things that happened that I did not like. They did a fantastic job, don't get me wrong. But, something was said that I just couldn't let go, and decided this was the route I needed to take.
1 25

9 more replies

**Tess Laqué** @laque_tess · Aug 7
Replying to @tripp_martin
Just be careful
1 13

**Martin Tripp** @tripp_martin · Aug 7
To the best I am able. Thank you :D
12

**Martin Tripp** @tripp_martin · Aug 7
Replying to @TheSeeqer
Righteous.
1

**JC Oviedo** @JCOviedo6 · Aug 7
Replying to @tripp_martin
Stay in the Fight
1 38

**TiffanyMPhotography** @TiffanyPhoto1 · Aug 7
Replying to @tripp_martin
💪💪💪 Go Get' Em 🐯 👏👏

**Search Twitter**

**New to Twitter?**
Sign up now to get your own personalized timeline!
Sign up

**Relevant people**
**Martin Tripp** Follow
@tripp_martin
Tesla Safety, Scrap, and abuse Whistle-blower. I believe in getting the truth out.

**What's happening**

US news · 2 hours ago
**Unrest and looting takes place in Chicago following police-involved shooting**
Trending with: #ChicagoRiots and #ChicagoLooting

**#SkinclusiveACNH**
Gillette Venus debuts Skinclusive Fashion Line on Animal Crossing
Promoted by Gillette Venus

Music · Trending
**#1stDynamiteTeaser**
14.9K Tweets

US news · 2 hours ago
**Rachael Ray and family safe following major fire at their upstate New York home**

Trending in United States
**Nebraska**
Trending with: Dan Patrick, Big Ten

**Don't miss what's happening**
People on Twitter are the first to know.
Log in Sign up

17

Search Twitter

© 2020 Twitter, Inc.

**WinterisHERE!** @TSLAQrabbithole · Aug 7
Replying to @tripp_martin

5

**Jake Tiley** @justtradin · Aug 7
Replying to @tripp_martin
Just the truth thank you #StayTuned

3

**David's Really Short** @dapstats · Aug 7
Replying to @tripp_martin
big fan, keep fighting -- but don't compromise your ability to attain legal success vs. tesla / musk.

8

**just a cat 😺🐈🐈🐈😼** @portatopia · Aug 7
Replying to @tripp_martin
Put it on The Pirate Bay and it will live forever

6

**Atlas Research** @AtlasAlphaTrade · Aug 7
Replying to @tripp_martin and @RichardKeppler1

**Don't miss what's happening**
People on Twitter are the first to know.
Log in
Sign up



8/10/2020, Martin Tripp on Twitter: "Tesla's attorneys have reached out to my own attorneys for me to immediately remove all docs. I WILL NOT STO…

Case 3:18-cv-00296-MMD-CLB Document 200-11 Filed 08/10/20 Page 13 of 17

but honestly, I hope you have some sort of lanyard and stay safe! really, stay safe and healthy!

♡ 2

**NegativeYield** @YieldNegative · Aug 7
Replying to @tripp_martin
Lol this doesn't sum up

♡ 1

**Colin the cockerel** @alex1967mitch · Aug 8
Replying to @tripp_martin and @AlexCobb_
Somebody doesn't like electric cars out there!

**Peter Scholla** @PeterScholla · Aug 8
Replying to @tripp_martin
What happened?

**Tilman Winkler** @TilmanWinkler · Aug 7
Replying to @tripp_martin
Not surprised. And now that it happened, I guess I should listen to what you were saying. But the first video almost put me to sleep. 🤔

💬 1    ♡ 1

**Don't miss what's happening**
People on Twitter are the first to know.

Log in    Sign up

8/10/2020 Martin Tripp on Twitter: "Tesla's attorneys have reached out to my own attorneys to demand I immediately remove all 4 of... I WILL NOT STO…

Case 3:18-cv-00296-MMD-CLB Document 200-11 Filed 08/10/20 Page 14 of 17

Search Twitter

43

Don't miss what's happening
People on Twitter are the first to know.

Log in    Sign up

8/10/2020 Martin Tripp on Twitter: "Tesla's attorneys have reached out to my DOJ attorneys to demand I immediately remove all Docs. I WILL NOT STO…

Case 3:18-cv-00296-MMD-CLB Document 200-11 Filed 08/10/20 Page 15 of 17

Search Twitter

44

Don't miss what's happening
People on Twitter are the first to know.

Log in

Sign up

8/10/2020  Martin Tripp on Twitter: "FYI, I'm just going down the Discovery folder from 1 - 15,000+ If you think it is out of hand, please tell me to stfu …

Case 3:18-cv-00296-MMD-CLB  Document 200-11  Filed 08/10/20  Page 16 of 17



Twitter

# Explore

Settings

← Tweet

**Martin Tripp**
@tripp_martin

FYI, I'm just going down the Discovery folder from 1 - 15,000+  If you think it is out of hand, please tell me to stfu (or mute me).  Otherwise I am going to just keep on chugging away a few every day.  There's a LOT to say.  And, I was HEAVILY immersed in all of it! *My JOB*

12:25 PM · Aug 10, 2020 · Twitter Web App

2 Retweets and comments    9 Likes

**The Sacred Cow** @notjloww · 8m
Replying to @tripp_martin
Let it fly Martin

**Martin Tripp** @tripp_martin · 6m
Tech has spoken, so it goes!

**Hairbear blew stimulus check on sht puts** @Hairbea39684371 · 5m
Replying to @tripp_martin
Keep it flyin

Search Twitter

**New to Twitter?**
Sign up now to get your own per…

Sign up

**Relevant people**

**Martin Tripp**
@tripp_martin
Tesla Safety, Scrap, a… blower. I believe in g… out.

**What's happening**

NBA · LIVE
Thunder at Suns
Trending with: Ayton

#SkinclusiveACNH
Gillette Venus debuts Skinclu… on Animal Crossing
Promoted by Gillette Venus

kpop · Trending
NAMJOON
478K Tweets

etalk ✓ · 2 hours ago
Shia LaBeouf reportedly be… eyed for Iceman role in the…
Trending with: Iceman

Sports · Trending
Nebraska
Trending with: Scott Frost, Io…
37.4K Tweets

Show more

Terms   Privacy policy   Cookies  A…
© 2020 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.

Log in

8/10/2020 Martin Tripp on Twitter: "@elonmusk yeah, my ass going down the rabbit hole discovery faded from 1 - 15,000 + of your trial. it is out of hand, please tell me to stfu …

Case 3:18-cv-00296-MMD-CLB Document 200-11 Filed 08/10/20 Page 17 of 17





Explore

Settings

Search Twitter

**New to Twitter?**

Sign up now to get your own per[sonalized timeline!]

Sign up

**Relevant people**

**Martin Tripp**
@tripp_martin

Tesla Safety, Scrap, [a...]
blower. I believe in g[...]
out.

**What's happening**

NBA · LIVE
**Thunder at Suns**
Trending with: Ayton

**#SkinclusiveACNH**
Gillette Venus debuts Skinclu[sive]
on Animal Crossing
Promoted by Gillette Venus

kpop · Trending
**NAMJOON**
478K Tweets

etalk ✓ · 2 hours ago
Shia LaBeouf reportedly be[ing]
eyed for Iceman role in the [...]
Trending with: Iceman

Sports · Trending
**Nebraska**
Trending with: Scott Frost, Io[wa]
37.4K Tweets

Show more

Terms   Privacy policy   Cookies   A[...]
© 2020 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.

Log in