# Exhibit 11
# August 7, 2020 Martin Tripp Tweet



# Tweet

**Martin Tripp** @tripp_martin · Aug 7

Back online.

1 10

**Will** @NashGrumps · Aug 7

Thanks for posting your videos and content, Martin. Just contributed and would recommend others do as well!

Tripp vs Tesla: Help fund the fight organized by Martin Tripp

My name is Martin Tripp and I am asking for your help!  I'm originally from a small ... Martin Tripp needs your support for Tripp vs Tesla: Help ...

gofundme.com

1 2 5

**Martin Tripp**
@tripp_martin

Replying to @NashGrumps

Thank you very much Will!

11:39 AM · Aug 7, 2020 · Twitter Web App

**Don't miss what's happening**
People on Twitter are the first to know.
Log in Sign up

