# Exhibit 12
# August 10, 2020 Martin Tripp Tweet





