Robert D. Mitchell (*admitted pro hac vice*)
William M. Fischbach III (*admitted pro hac vice*)
Ace Van Patten (Nevada Bar No. 11731)

**TB** T I F F A N Y & B O S C O
P.A.

Camelback Esplanade II, Seventh Floor
2525 East Camelback Road
Phoenix, Arizona 85016-4229
Telephone: (602) 255-6000
Fax: (602) 255-0103
Emails: rdm@tblaw.com; wmf@tblaw.com; avp@tblaw.com
*Counsel for Defendant/Counterclaimant Martin Tripp*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TESLA, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MARTIN TRIPP, an individual,<br><br>Defendant. | Case No. 3:18-cv-00296-LRH-CBC<br><br>**MOTION TO WITHDRAW AS COUNSEL WITH CONSENT** |
| MARTIN TRIPP, an individual,<br><br>Counterclaimant,<br><br>TESLA, INC., a Delaware corporation,<br><br>Counterdefendant. | |

Pursuant to LR IA 11-6, counsel for Defendant/Counterclaimant Martin Tripp respectfully move for an Order permitting attorneys Robert D. Mitchell, William M. Fischbach, and Ace Van Patten of the law firm of Tiffany & Bosco, P.A. to withdraw as counsel of record.

Mr. Tripp is presently residing in Hungary.  On August 7, 2020, undersigned counsel received notice via an e-mail sent from Mr. Tripp's e-mail address that he wished to terminate the attorney-client relationship and represent himself.  That same day, Mr. Tripp posted a video to YouTube in which he made a similar statement.  Undersigned counsel was not able to reach Mr. Tripp by telephone until August 10, 2020, at which time Mr. Tripp confirmed personally that he wished to terminate the attorney-client relationship and represent himself.

Discovery in this case is complete, dispositive motions have been briefed, and there is no trial date set.  Accordingly, withdrawal of Tiffany & Bosco, P.A. will not result in delay of discovery, the trial, or any hearing in the case.  *See* IA LR 11-6(e).  Tiffany & Bosco, P.A. has advised Defendant/Counterclaimant Martin Tripp of the status of pending litigation and all applicable deadlines.   All future correspondence to Defendant/Counterclaimant Martin Tripp should be mailed to:

> Mr. Martin Tripp
> Bocskai Utca 11/A
> Cece 7013
> Hungary
> (775) 600-7238
> mtprotons@protonmail.com

Typically, counsel are ethically obligated to provide the client a copy of the client's file before withdrawing.  However, given that this case involves materials designated as Attorney's Eyes Only (AEO) under a protective order [ECF No. 44], undersigned counsel request that the Court's order granting withdrawal direct Tiffany & Bosco, P.A. to withhold all AEO material from Mr. Tripp absent a further order of this Court.

WHEREFORE, Robert D. Mitchell, William M. Fischbach, and Ace Van Patten of the law firm of Tiffany & Bosco, P.A., respectfully request that the Court enter its order authorizing withdrawal as counsel of record for Defendant/Counterclaimant Martin Tripp.

DATED this 11th day of August, 2020.

TIFFANY & BOSCO, P.A.


By */s/William M. Fischbach*
    Robert D. Mitchell
    William M. Fischbach III
    Ace Van Patten
    Camelback Esplanade II, Seventh Floor
    2525 East Camelback Road
    Phoenix, Arizona 85016
    *Counsel for Defendant/Counterclaimant*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

<u>**PROOF OF SERVICE**</u>

I am employed in the County of Maricopa, State of Arizona.  I am over the age of 18 and not a party to the within action; my business address is Tiffany & Bosco, P.A. 2525 E. Camelback Road, Suite 700, Phoenix, Arizona 85016.

On August 11, 2020, I served the following described as:

**MOTION TO WITHDRAW AS COUNSEL WITH CONSENT**

on the following interested parties in this action:

Rory T. Kay (NSBN 12416)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
rkay@mcdonaldcarano.com

Alex Spiro
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
alexspiro@quinnemanuel.com

Michael Lifrak
Jeanine M. Zalduendo
Alex Bergjans
Aubrey Jones
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
michaellifrak@quinnemanuel.com
jeaninezalduendo@quinnemanuel.com
alexbergjans@quinnemanuel.com
aubreyjones@quinnemanuel.com

**[X] (BY EMAIL)** By transmitting the above documents to the above email addresses.

**[X] (STATE)** I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED on this 11th day of August, 2020 at Phoenix, Arizona.

*/s/William Fischbach*