Robert D. Mitchell (*admitted pro hac vice*)
William M. Fischbach III (*admitted pro hac vice*)
Ace Van Patten (Nevada Bar No. 11731)

**TB TIFFANY & BOSCO** P.A.

Camelback Esplanade II, Seventh Floor
2525 East Camelback Road
Phoenix, Arizona 85016-4229
Telephone: (602) 255-6000
Fax: (602) 255-0103
Emails: rdm@tblaw.com; wmf@tblaw.com; avp@tblaw.com
*Counsel for Defendant/Counterclaimant Martin Tripp*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TESLA, INC., a Delaware corporation,<br><br>                                    Plaintiff,<br><br>vs.<br><br>MARTIN TRIPP, an individual,<br><br>                                    Defendant. | Case No. 3:18-cv-00296-LRH-CBC<br><br>**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL WITH CONSENT** |
| MARTIN TRIPP, an individual,<br><br>                                    Counterclaimant,<br><br>TESLA, INC., a Delaware corporation,<br><br>                                    Counterdefendant. | |

   This matter came before the Court on the *Motion to Withdraw as Counsel with Consent* filed by counsel Robert D. Mitchell, William M. Fischbach, and Ace Van Patten of Tiffany & Bosco, P.A.  Good cause appearing,

**IT IS HEREBY ORDERED** granting the Motion to Withdraw and permitting the immediate withdrawal of Robert D. Mitchell, William M. Fischbach, and Ace Van Patten of Tiffany & Bosco, P.A.  All future notices will be sent to:

> Mr. Martin Tripp
> Bocskai Utca 11/A
> Cece 7013
> Hungary
> (775) 600-7238
> mtprotons@protonmail.com

IT IS FURTHER ORDERED that in transferring Mr. Tripp's client file, Tiffany & Bosco, P.A. shall withhold from Mr. Tripp any materials designated Attorney's Eyes Only (AEO) under the protective order [ECF No. 44] absent a further order of this Court.

## **ORDER**

**IT IS SO ORDERED.**

Date: _____          _____
                                                             United States Magistrate Judge

## **PROOF OF SERVICE**

I am employed in the County of Maricopa, State of Arizona. I am over the age of 18 and not a party to the within action; my business address is Tiffany & Bosco, P.A. 2525 E. Camelback Road, Suite 700, Phoenix, Arizona 85016.

On August ___, 2020, I served the following described as:

**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL WITH CONSENT**

on the following interested parties in this action:

| | |
|---|---|
| Rory T. Kay (NSBN 12416)<br>McDONALD CARANO LLP<br>2300 West Sahara Avenue, Suite 1200<br>Las Vegas, Nevada 89102<br>Telephone: (702) 873-4100<br>rkay@mcdonaldcarano.com<br><br>Alex Spiro<br>QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br>Telephone: (212) 849-7000<br>alexspiro@quinnemanuel.com | Michael Lifrak<br>Jeanine M. Zalduendo<br>Alex Bergjans<br>Aubrey Jones<br>QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP<br>865 S. Figueroa St., 10th Floor<br>Los Angeles, California 90017<br>Telephone: (213) 443-3000<br>michaellifrak@quinnemanuel.com<br>jeaninezalduendo@quinnemanuel.com<br>alexbergjans@quinnemanuel.com<br>aubreyjones@quinnemanuel.com |

**[X] (BY EMAIL)** By transmitting the above documents to the above email addresses.

**[X] (STATE)** I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED on this ___ day of August, 2020 at Phoenix, Arizona.

/s/ _____