UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | |
|---|---|
| TESLA, INC., | ) |
|     Plaintiff(s), | ) CASE NO. 3:18-CV-0296-LRH-CLB |
| vs. | ) |
| | ) **ORDER TO SHOW CAUSE** |
| MARTIN TRIPP, | ) |
|     Defendant(s), | ) |

IT IS ORDERED that defendant, Martin Tripp, appear via Zoom video conferencing technology before the Honorable Carla Baldwin, United States Magistrate Judge, the undersigned, on the **5th** day of **October, 2020** at **10:00 a.m.**, to show cause why he should not be held in contempt of Court and sanctioned for failing to comply with the protective order in this case (ECF No. 44).

IT IS ORDERED that a copy of this order be mailed to Martin Tripp at Bocskai Utca 11/A Cece 7013 Hungary and emailed to Martin Tripp at mtprotons@protonmail.com.

IT IS FURTHER ORDERED, Martin Tripp shall have until **5:00 p.m.** on **September 1, 2020** to file a response to this order, that plaintiff shall have until **5:00 p.m.** on **September 15, 2020** to file a response, and that Martin Tripp shall have until **5:00 p.m.** on **September 21, 2020** to file a reply.   All documents shall be served on all parties in this case.

DATED:  August 12, 2020

 

CARLA BALDWIN
UNITED STATES MAGISTRATE JUDGE