MCDONALD CARANO LLP
  rkay@mcdonaldcarano.com
Rory T. Kay (NSBN 12416)
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV  89102
Telephone:  (702) 873-4100
Facsimile:  (702) 873-9996

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Alex Spiro (admitted pro hac vice)
  alexspiro@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Michael T. Lifrak (admitted pro hac vice)
  michaellifrak@quinnemanuel.com
Jeanine M. Zalduendo (admitted pro hac vice)
  jeaninezalduendo@quinnemanuel.com
Aubrey Jones (admitted pro hac vice)
  aubreyjones@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000

Attorneys for Plaintiff/Counter Defendant
TESLA, INC.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TESLA, INC.,<br><br>                              Plaintiff,<br><br>v.<br><br>MARTIN TRIPP,<br><br>                              Defendant.<br><br>―――――――――――――――<br><br>AND RELATED COUNTERCLAIMS | Case No. 3:18-cv-00296-MMD-CLB<br><br>**SUPPLEMENTAL DECLARATION OF JEANINE ZALDUENDO IN SUPPORT OF TESLA, INC.'S RENEWED EMERGENCY MOTION FOR  AN ORDER TO SHOW CAUSE RE SANCTIONS; AND RELATED RELIEF** |

2300 WEST SAHARA AVENUE, SUITE 1200 • LAS VEGAS, NEVADA 89102
PHONE 702.873.4100 • FAX 702.873.9966

McDONALD ⚓ CARANO

**I, Jeanine Zalduendo, declare as follows:**

1.    I am a member of the bar of the State of California and an associate at Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Plaintiff and Counterclaim Defendant Tesla, Inc.  I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2.    I submit this supplemental declaration in Support of Tesla, Inc.'s Renewed Emergency Motion for an Order to Show Cause regarding Sanctions; and Related Relief ("Renewed Emergency Motion").

3.    During the early morning of Wednesday, August 12, 2020, hours after this Court issued an Order enforcing the Protective Order in this case, and directing Defendant Martin Tripp immediately cease all dissemination of Tesla's confidential and "Attorenys' Eyes Only" information in all forms via all means, [ECF No. 205], Mr. Tripp resumed posting Tesla's confidential information on Twitter.

4.    Attached hereto as **Exhibit 15** is a true and correct copy of Mr. Tripp's August 12, 2020 tweet providing a link to his case file containing Tesla's confidential information.

5.    Attached hereto as **Exhibit 16** is a true and correct copy of Mr. Tripp's  August 12, 2020 tweets admitting his violation of the Protective Order.

6.    Attached hereto as **Exhibit 17** is a true and correct copy of Mr. Tripp's August 12, 2020 tweets directed at the Court and the Honorable Judge Baldwin.

7.    Attached hereto as **Exhibit 18** is a true and correct copy of an August 12, 2020 email I sent to Mr. Tripp's counsel, meeting and conferring on Tesla's request that its confidential information be immediately removed from Mr. Tripp's Twitter, YouTube, Google Drive, and any other public location, or Tesla would be filing this Renewed Emergency Motion.

McDONALD CARANO

2300 WEST SAHARA AVENUE, SUITE 1200 • LAS VEGAS, NEVADA 89102
PHONE 702.873.4100 • FAX 702.873.9966

1    I declare under penalty of perjury under the laws of the United States of America that the

2    foregoing is true and correct and that this document was executed in Los Angeles, California.

3    DATED: August 12, 2020

4

5    By _____

6    Jeanine Zalduendo

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28