**INDEX OF EXHIBITS**

| Description | Exhibit No. |
|---|---|
| August 12, 2020 Martin Tripp Tweet | 15 |
| August 12, 2020 Martin Tripp Tweet | 16 |
| August 12, 2020 Martin Tripp Tweet | 17 |
| August 12, 2020 Email from Jeanine Zalduendo to William Fischbach and Robert D. Mitchell | 18 |