# Exhibit 15
# August 12, 2020 Martin Tripp Tweet

Explore

Settings

## Thread

**Martin Tripp**
@tripp_martin

In the spirit of F-YOUs to @elonmusk @SpiroAlex @tsla and the 'judge' I once again give to you the entire data dump. Have at it. It doesn't come down this time until they force it down:

drive.google.com/drive/folders/...

3:02 AM · Aug 12, 2020 · Twitter Web App

**14** Retweets and comments **26** Likes

**Martin Tripp** @tripp_martin · 1h
Replying to @tripp_martin
Should add that it is all re-uploading now, so check back often. It is over 16gb.
1 7

**GrahamAndDoddster** @Venado_0320 · 1h
Replying to @tripp_martin @elonmusk and 2 others
@EricRWeinstein @BretWeinstein @HeatherEHeying in the theme of anti-science, you should cover the topic of Elon Musk, a man who is 100% evil B.S. - Everything he babbles about tech is nonsense yet people treat him as if he's a genius scientist. Also, dig into the above data dump.
2 3

2 more replies

**Keef Wivanef** @Keefwivanelf · 1h
Replying to @tripp_martin @elonmusk and 2 others
The biggest bombs have the longest fuse...........
#martileaks
5

Show more replies

Search Twitter

**New to Twitter?**
Sign up now to get your own persor

Sign up

**Relevant people**

**Martin Tripp**
@tripp_martin
Tesla Safety, Scrap, an blower. I'm the guy th of being 'on my way t up'. I believe in gettin

**Elon Musk**
@elonmusk

**Alex Spiro**
@SpiroAlex
Alex Spiro 51 Madisor Floor, New York, NY 1 7364 Alex Spiro is an lawyer known for litig cases.

**What's happening**

US election · This afternoon
**A look at Kamala Harris' care politics, prosecution and mo**
Trending with: Jamaica and Kavanau

**#Walk2EndAlz**
Alzheimer's isn't waiting. Neith us.
Promoted by Alzheimer's Associ

Trending in United States
**NAMJOON GOT HIS LICENSE**
2,860 Tweets

US election · 3 hours ago
**Ilhan Omar wins Democratic primary in Minnesota**
Trending with: Ilhan Omar

kpop · Trending
**wonwoo**
59.8K Tweets

Show more

Terms Privacy policy Cookies Ad
© 2020 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.

Log in Si



8/12/2020 Martin Tripp on Twitter: "I'z the spill MOF-YOU to @elonmusk @SpiroAlex @tsla and the judge/ I once again give of you the entire data …

Case 3:18-cv-00296-MMD-CLB Document 208-2 Filed 08/12/20 Page 3 of 3



# Explore

Settings

Search Twitter

**New to Twitter?**
Sign up now to get your own person

Sign up

**Relevant people**

**Martin Tripp**
@tripp_martin
Tesla Safety, Scrap, an blower. I'm the guy th of being 'on my way t up'. I believe in gettin

**Elon Musk** 
@elonmusk

**Alex Spiro**
@SpiroAlex
Alex Spiro 51 Madiso Floor, New York, NY 1 7364 Alex Spiro is an lawyer known for litig cases.

**What's happening**

US election · This afternoon
A look at Kamala Harris' care politics, prosecution and mo
Trending with: Jamaica and Kavana

**#Walk2EndAlz**
Alzheimer's isn't waiting. Neith us.
 Promoted by Alzheimer's Associ

Trending in United States
**NAMJOON GOT HIS LICENSE**
2,860 Tweets

US election · 3 hours ago
**Ilhan Omar wins Democratic primary in Minnesota**
Trending with: Ilhan Omar

kpop · Trending
**wonwoo**
59.8K Tweets

Show more

Terms  Privacy policy  Cookies  Ad
© 2020 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.

Log in  Si