# Exhibit 16
# August 12, 2020 Martin Tripp Tweet



**Thread**

**Martin Tripp**
@tripp_martin

"I do not respect the American judicial system, I do not respect it" -Marty Tripp

8:09 AM · Aug 12, 2020 · Twitter Web App

**4** Retweets and comments      **17** Likes

---

**Relevant people**

**Martin Tripp**
@tripp_martin    [Follow]

Tesla Safety, Scrap, and abuse Whistle-blower. I'm the guy that tesla accused of being 'on my way to shoot the place up'. I believe in getting the truth out.

**What's happening**

US election · Yesterday
**President Trump responds to Kamala Harris' selection as Biden's VP and political analysts look at how it might impact the race**

**#Walk2EndAlz**
Alzheimer's isn't waiting. Neither are you. Join us.
📷 Promoted by Alzheimer's Association

Trending in United States
**Talcum X**
Trending with: Martin Luther Cream
1,750 Tweets

US election · 1 hour ago
**A look at Kamala Harris' family and her Tamil heritage**

Politics · Trending
**Oh Liz**
Trending with: Liz Cheney
1,141 Tweets

Show more

Terms   Privacy policy   Cookies   Ads info
More ⌄   © 2020 Twitter, Inc.

---

**Martin Tripp** @tripp_martin · 4h
Replying to @tripp_martin
It is amazing that a multi-billion dollar co. can go after a private individual, with very little money, forcing them to change their entire way of life, losing everything along the way, because of false evidence...

💬 1      ⟲ 1      ♡ 6

**Martin Tripp** @tripp_martin · 4h
and continue to get away with it.  On top of that, they are so powerful that they can dox, swat, and destroy that person, and no law enforcement even bats an eye.

💬 1      ⟲ 1      ♡ 7

**Martin Tripp** @tripp_martin · 4h
Now the judge, who replaced another (3rd time?), claims that if I break her 'rule' they may elect to strike my counter-claim?  How unreal is this?!  The due process here is totally broken.  The rule of law is exactly that; to RULE. With no regard for the actual victims...

💬 1      ⟲       ♡ 5

**Martin Tripp** @tripp_martin · 4h
Not just myself, but MANY others.  As was explained to me by a few, there is a term (that unfort. I cannot remember) that describes the power a large company has, even over regulatory bodies.  It is so big and powerful, that govt would be afraid for it to fail..

💬 1      ⟲ 1      ♡ 5

**Martin Tripp** @tripp_martin · 4h
causing major economic and social impacts.  What I have to say about this is that the govt should have been doing its damned job from the beginning.  Unfortunately, money is the ruling class, as it has always been.

💬 1      ⟲       ♡ 6

**Martin Tripp** @tripp_martin · 4h
I came to the realization that even with legal/financial support, it was a losing fight, especially after the failure of @LlinWood and his consequential decimation of any merit Unsworth had to his VALID legitimacy of @elonmusk calling him a 'pedo'...

💬 1      ⟲ 2      ♡ 6

**Martin Tripp** @tripp_martin · 4h
Of course, I spoke with the attys and financer about these concerns, feeling that we just needed to end it and be done, and they pleaded with me that it would be a 'fair fight'.  As we all know, it is anything but.  As an FYI,

---

Document title: Martin Tripp on Twitter: &quot;&quot;I do not respect the American judicial system, I do not respect it&quot; -Marty Tripp&quot; / Twitter
Capture URL: https://twitter.com/tripp_martin/status/1293459467787554817
Capture timestamp (UTC): Wed, 12 Aug 2020 12:20:16 GMT



💬 1    🔁 2    ♡ 6    ⬆️

**Martin Tripp** @tripp_martin · 4h
Of course, I spoke with the attys and financer about these concerns, feeling that we just needed to end it and be done, and they pleaded with me that it would be a 'fair fight'. As we all know, it is anything but. As an FYI...

💬 1    🔁    ♡ 4    ⬆️

**Martin Tripp** @tripp_martin · 4h
I have conveyed to the attys MANY times that I just wanted this to all end. The amount of stress, heartache, etc was too much to bear. Plus, tesla just kept coming with the lies and accusations, going after my credibility in any way they could, stooping to the lowest of levels.

💬 2    🔁 1    ♡ 6    ⬆️

**Martin Tripp** @tripp_martin · 4h
I was planning to write my response to the judge today, but ultimately there is NOTHING I can say or do that is going to justify TO THEM that producing all the evidence I've laid out before the public, is not breaking their little 'protective order'. So yes...

💬 1    🔁    ♡ 4    ⬆️

**Martin Tripp** @tripp_martin · 4h
I've broken their 'protective order', ignored tesla's 'nda'. But you know what? Other companies I have been at, I have signed NDAs with and have NEVER released any information about them, nor have I really even discussed, with the exception of job interviews, etc...

💬 1    🔁    ♡ 4    ⬆️

**Martin Tripp** @tripp_martin · 4h
So I'm not prone to just breaking agreements every day. Well, you can say that I broke my litigation financing agreement, as well agreements I had with legal counsel. Well, that comes with the territory of needing to get VALID, TRUTHFUL information out to the masses...

💬 1    🔁    ♡ 4    ⬆️

**Martin Tripp** @tripp_martin · 4h
So, if you have kept up with this thread, here's what I have to say: judge baldwin, you can take your rule of law and shove it up your ass. Impose your sanctions on me, come after me, extradite me. Do whatever you think is necessary for you to do, to cave to a bully billionaire

💬 1    🔁    ♡ 7    ⬆️

**Martin Tripp** @tripp_martin · 4h
and punish me for going against the grain and doing THE RIGHT THING. I may have been born in the USA, but I NEVER agreed to the laws that govern it. Of course I agree and abide by most laws, but some are simply ridiculous...such as protecting large companies...

💬 1    🔁    ♡ 5    ⬆️

**Martin Tripp** @tripp_martin · 4h
judge baldwin, how do you feel about tesla lying to investors regarding public safety, investor money fraud, internal fraud, and smearing multiple people? I say to you: Go fuck yourself.

💬 2    🔁    ♡ 10    ⬆️

**Martin Tripp** @tripp_martin · 3h

**Relevant people**

**Martin Tripp** @tripp_martin    [ Follow ]
Tesla Safety, Scrap, and abuse Whistle-blower. I'm the guy that tesla accused of being 'on my way to shoot the place up'. I believe in getting the truth out.

**What's happening**

US election · Yesterday
**President Trump responds to Kamala Harris' selection as Biden's VP and political analysts look at how it might impact the race**

#Walk2EndAlz
Alzheimer's isn't waiting. Neither are you. Join us.
🖼 Promoted by Alzheimer's Association

Trending in United States
**Talcum X**
Trending with: Martin Luther Cream
1,750 Tweets

US election · 1 hour ago
**A look at Kamala Harris' family and her Tamil heritage**

Politics · Trending
**Oh Liz**
Trending with: Liz Cheney
1,141 Tweets

Show more

Terms    Privacy policy    Cookies    Ads info
More ⌄    © 2020 Twitter, Inc.

Document title: Martin Tripp on Twitter: &quot;&quot;I do not respect the American judicial system, I do not respect it&quot; -Marty Tripp&quot; / Twitter
Capture URL: https://twitter.com/tripp_martin/status/1293459467787554817
Capture timestamp (UTC): Wed, 12 Aug 2020 12:20:16 GMT

**59**



← **Thread**

judge baldwin, how do you feel about tesla lying to investors regarding public safety, investor money fraud, internal fraud, and smearing multiple people? I say to you: Go fuck yourself.

💬 2          � ↄ          ♡ 10          ⬆

**Martin Tripp** @tripp_martin · 3h          ⌄
Replying to @tripp_martin
And quite honestly, I don't respect the SEC either. So, I guess @elonmusk and I have that in common.

💬 1          ↄ ↄ          ♡ 13          ⬆

**Relevant people**

**Martin Tripp**          **Follow**
@tripp_martin
Tesla Safety, Scrap, and abuse Whistle-blower. I'm the guy that tesla accused of being 'on my way to shoot the place up'. I believe in getting the truth out.

**What's happening**

US election · Yesterday
**President Trump responds to Kamala Harris' selection as Biden's VP and political analysts look at how it might impact the race**

**#Walk2EndAlz**
Alzheimer's isn't waiting. Neither are you. Join us.
▶ Promoted by Alzheimer's Association

Trending in United States          ⌄
**Talcum X**
Trending with: Martin Luther Cream
1,750 Tweets

US election · 1 hour ago
**A look at Kamala Harris' family and her Tamil heritage**

Politics · Trending          ⌄
**Oh Liz**
Trending with: Liz Cheney
1,141 Tweets

Show more

Terms  Privacy policy  Cookies  Ads info
More ⌄  © 2020 Twitter, Inc.

Document title: Martin Tripp on Twitter: &quot;&quot;I do not respect the American judicial system, I do not respect it&quot; -Marty Tripp&quot; / Twitter
Capture URL: https://twitter.com/tripp_martin/status/1293459467787554817
Capture timestamp (UTC): Wed, 12 Aug 2020 12:20:16 GMT

