# Exhibit 17
# August 12, 2020 Martin Tripp Tweet



# Explore

## Settings

← **Thread**

 **Martin Tripp** @tripp_martin · 3h ⌄
"I do not respect the American judicial system, I do not respect it" -Marty Tripp
💬 2   🔁 4   ♡ 14   ⤴

 **Martin Tripp** @tripp_martin · 3h ⌄
It is amazing that a multi-billion dollar co. can go after a private individual, with very little money, forcing them to change their entire way of life, losing everything along the way, because of false evidence...
💬 1   🔁 1   ♡ 5   ⤴

 **Martin Tripp** @tripp_martin · 3h ⌄
and continue to get away with it.  On top of that, they are so powerful that they can dox, swat, and destroy that person, and no law enforcement even bats an eye.
💬 1   🔁 1   ♡ 6   ⤴

 **Martin Tripp** @tripp_martin · 3h ⌄
Now the judge, who replaced another (3rd time?), claims that if I break her 'rule' they may elect to strike my counter-claim?  How unreal is this?!  The due process here is totally broken.  The rule of law is exactly that; to RULE. With no regard for the actual victims...
💬 1   🔁   ♡ 5   ⤴

 **Martin Tripp** @tripp_martin · 3h ⌄
Not just myself, but MANY others.  As was explained to me by a few, there is a term (that unfort. I cannot remember) that describes the power a large company has, even over regulatory bodies.  It is so big and powerful, that govt would be afraid for it to fail..
💬 1   🔁 1   ♡ 5   ⤴

 **Martin Tripp** @tripp_martin · 3h ⌄
causing major economic and social impacts.  What I have to say about this is that the govt should have been doing its damned job from the beginning.  Unfortunately, money is the ruling class, as it has always been.
💬 1   🔁   ♡ 6   ⤴

 **Martin Tripp** @tripp_martin · 3h ⌄
I came to the realization that even with legal/financial support, it was a losing fight, especially after the failure of @LlinWood and his consequential decimation of any merit Unsworth had to his VALID legitimacy of @elonmusk calling him a 'pedo'...
💬 1   🔁 2   ♡ 6   ⤴

 **Martin Tripp** @tripp_martin · 3h ⌄
Of course, I spoke with the attys and financer about these concerns, feeling that we just needed to end it and be done, and they pleaded with me that it would be a 'fair fight'.  As we all know, it is anything but.  As an FYI...
💬 1   🔁   ♡ 4   ⤴

 **Martin Tripp** @tripp_martin · 3h ⌄
I have conveyed to the attys MANY times that I just wanted this to all end. The amount of stress, heartache, etc was too much to bear.  Plus, tesla just kept coming with the lies and accusations, going after my credibility in any way they could, stooping to the lowest of levels.
💬 2   🔁 1   ♡ 6   ⤴

 **Martin Tripp** @tripp_martin · 3h ⌄
I was planning to write my response to the judge today, but ultimately there is NOTHING I can say or do that is going to justify TO THEM that producing all the evidence I've laid out before the public, is not breaking their little 'protective order'.  So yes...
💬 1   🔁   ♡ 4   ⤴

🔍 Search Twitter

### New to Twitter?
Sign up now to get your own person

**Sign up**

### Relevant people

 **Martin Tripp** @tripp_martin
Tesla Safety, Scrap, an blower. I'm the guy th of being 'on my way t up'. I believe in gettin

### What's happening

US election · 3 hours ago
**Ilhan Omar wins Democratic primary in Minnesota**
Trending with: Ilhan Omar

**#Walk2EndAlz**
Alzheimer's isn't waiting. Neith us.
↗ Promoted by Alzheimer's Associ

Trending in United States
**Space Needle**
1,693 Tweets

US election · Yesterday
**President Trump responds to Kamala Harris' selection as Biden's VP and political analy look at how it might impact race**

kpop · Trending
**jaemin**
139K Tweets

Show more

Terms  Privacy policy  Cookies  Ad
© 2020 Twitter, Inc.

---

**Don't miss what's happening**
People on Twitter are the first to know.

**Log in**  Si

what? Other companies I have been at, I have signed NDAs with and have NEVER released any information about them, nor have I really even discussed, with the exception of job interviews, etc...

1 4

**Martin Tripp** @tripp_martin · 3h

So I'm not prone to just breaking agreements every day. Well, you can say that I broke my litigation financing agreement, as well agreements I had with legal counsel. Well, that comes with the territory of needing to get VALID, TRUTHFUL information out to the masses...

1 4

**Martin Tripp** @tripp_martin · 3h

So, if you have kept up with this thread, here's what I have to say: judge baldwin, you can take your rule of law and shove it up your ass. Impose your sanctions on me, come after me, extradite me. Do whatever you think is necessary for you to do, to cave to a bully billionaire

1 7

**Martin Tripp** @tripp_martin · 3h

and punish me for going against the grain and doing THE RIGHT THING. I may have been born in the USA, but I NEVER agreed to the laws that govern it. Of course I agree and abide by most laws, but some are simply ridiculous...such as protecting large companies...

1 5

**Martin Tripp**
@tripp_martin

judge baldwin, how do you feel about tesla lying to investors regarding public safety, investor money fraud, internal fraud, and smearing multiple people? I say to you: Go fuck yourself.

1:09 AM · Aug 12, 2020 · Twitter Web App

**10** Likes

**Patrick Comack** @patrickcomack · 1h

Replying to @tripp_martin

The US govt at the highest levels are protecting Musk & $TSLA; they will rig the judicial system ag/ you; even sabatoge you, as Vern found out; you're seeking justice in your own way, and the many Tesla drivers who have burned to death will thank you in heaven $TSLAQ $MS

1 1

**Martin Tripp** @tripp_martin · 1h

For sure.

1

Explore

Settings

Search Twitter

**New to Twitter?**

Sign up now to get your own persor

Sign up

**Relevant people**

**Martin Tripp**
@tripp_martin
Tesla Safety, Scrap, an blower. I'm the guy th of being 'on my way t up'. I believe in gettin

**What's happening**

US election · 3 hours ago
**Ilhan Omar wins Democratic primary in Minnesota**
Trending with: Ilhan Omar

**#Walk2EndAlz**
Alzheimer's isn't waiting. Neith us.
Promoted by Alzheimer's Associ

Trending in United States
**Space Needle**
1,693 Tweets

US election · Yesterday
**President Trump responds to Kamala Harris' selection as Biden's VP and political analy look at how it might impact race**

kpop · Trending
**jaemin**
139K Tweets

Show more

Terms Privacy policy Cookies Ad

© 2020 Twitter, Inc.

**Don't miss what's happening**

People on Twitter are the first to know.

Log in Si



8/12/2020 Martin Tripp on Twitter: "judge baldwin, how do you feel about tesla lying to investors regarding public safety, investor money fraud, intern…

Case 3:18-cv-00296-MMD-CLB Document 208-4 Filed 08/12/20 Page 4 of 4



# Explore

Settings

Search Twitter

**New to Twitter?**
Sign up now to get your own person

Sign up

**Relevant people**



**Martin Tripp**
@tripp_martin
Tesla Safety, Scrap, an
blower. I'm the guy th
of being 'on my way t
up'. I believe in gettin

**What's happening**

US election · 3 hours ago
**Ilhan Omar wins Democratic primary in Minnesota**
Trending with: Ilhan Omar

**#Walk2EndAlz**
Alzheimer's isn't waiting. Neith us.
⬈ Promoted by Alzheimer's Associ

Trending in United States
**Space Needle**
1,693 Tweets

US election · Yesterday
**President Trump responds to Kamala Harris' selection as Biden's VP and political anal look at how it might impact race**

kpop · Trending
**jaemin**
139K Tweets

Show more

Terms  Privacy policy  Cookies  Ad
© 2020 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.

Log in   Si