# Exhibit 18
# August 12, 2020 Email from Jeanine Zalduendo to William Fischbach and Robert D. Mitchell

| | |
|---|---|
| **From:** | Jeanine Zalduendo |
| **Sent:** | Wednesday, August 12, 2020 4:01 PM |
| **To:** | William Fischbach; Robert D. Mitchell |
| **Cc:** | Michael Lifrak; Alex Spiro; Aubrey Jones; Kaleigh Stilchen; Zachary R. Cormier |
| **Subject:** | Tesla v. Tripp - Tripp's Renewed Social Media Postings |

Robert and William,

Mr. Tripp continues to post Tesla's confidential materials on Twitter, including by making the entire case file available on Google Drive once again.  This is in violation of the Court's Order of yesterday, [ECF No. 205].  Accordingly, we will be seeking emergency relief from the Court to advance the hearing on the Order to Show Cause, in addition to sanctions dismissing of Mr. Tripp's Counterclaim and striking Mr. Tripp's Motion for Summary Judgment and any other relief deemed just by the Court, if Mr. Tripp does not immediately remove this information by **5 pm PST**.


Regards,
Jeanine

**Jeanine Zalduendo** | **quinn emanuel urquhart & sullivan, llp**
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Direct: (213) 443-3632
Main Phone:  (213) 443-3000
Facsimile:  (213) 443-3100