Martin Tripp, Pro Se
Bocskai Utca 11
Fejer
Cece 7013
Hungary

+1-775-600-7238
mtprotons@protonmail.com

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TESLA, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MARTIN TRIPP, an individual,<br><br>Defendant. | Case No. 3:18-cv-00296-LRH-CBC<br><br>**DEFENDANT/COUNTERCLAIMANT MARTIN TRIPP'S NOTICE OF COMPLIANCE RE: VIDEO STATUS CONFERENCE ON 8/14/2020.** |
| MARTIN TRIPP, an individual,<br><br>Counterclaimant,<br><br>TESLA, INC., a Delaware corporation,<br><br>Counterdefendant. | |

Defendant/Counterclaimant Martin Tripp ("Defendant" or "Tripp"), by himself, hereby respectfully submits his Notice of Compliance to the Court to satisfy Judge Baldwin's request of the following:

1

## **STEPS TAKEN TO REMOVE ALL PROTECTED ITEMS.**

Per Judge Baldwin's order, I have removed all files and references to files, marked as Confidential and Attorneys Eyes Only, which are protected by ECF No. 44 and ECF No. 205:

1. https://twitter.com/ Under the username "@tripp_martin"
    a. Removed all links that I personally posted/referenced to re; Confidential files.
    b. Removed/deleted all tweets and personal retweets that mention links to any Confidential files.
    c. Removed all 'Attorneys Eyes Only' document references, along with descriptions/explanations of said documents.
    d. Un-'like'd all references to above documents/files.
    e. Within 'Messages', 'left' conversations/messages in which discussion of confidential files were discussed.  Per the Twitter automated response, the messages are now deleted, but can still be viewed by the other party.
    f. Emailed Alex Spiro on 8/15/2020 to request that he review for anything which might have been missed, with no response.

Notes:

-I am unable to control files that have been downloaded/disseminated by 3rd parties.

-I may have inadvertently overlooked any remaining 'likes', and will do my best to remove those as they are found.

2. https://www.facebook.com/ Under my name "Martin Tripp"
    a. Removed one mention of elon musk.
    b. Removed one link to Google Drive documents.
3. http://drive.google.com Under the gmail username "mtprotons"
    a. Removed all files/folders referencing/containing files.

2

   b. Deleted above files from 'Recycle Bin'.

4. www.mega.nz Under the account "mtprotons@protonmail.com"

   a. Removed all files/folders referencing/containing files.

   b. Emptied 'Bin' so that files are fully deleted/removed.

   c. Note: This folder link was never publicly disclosed and the files were simply removed as a good faith gesture.

5. Microsoft Onedrive Under the account "mtprotons@outlook.com"

   a. A copy of all case files (with the exception of AEO docs) were kept here for ease in access during visits to Tiffany & Bosco (doc reviews). These files have been deleted, and 'Trash/Recycle Bin' has been emptied.

6. 'Dark web'/'torrent'/'etc'

   **a.** Mention was made by Judge Baldwin that tesla counsel believed I had posted the confidential files to the 'Dark Web', 'torrent sites', and possibly other sites. I have not. While many other humans and automated systems out there have done so, and disclosed as such, I am not knowledgeable in these areas of the internet.

Additional Note: All confidential files/folders were uploaded directly through the online websites. No PC application was used, nor are any 'sync' applications used/installed on my computer or cellphone device.

3

DATED this 19th day of August, 2020.

                        Martin Tripp, Pro Se

                        By _____
                              Martin Tripp

4

# **PROOF OF SERVICE**

I am a Citizen of the United States of America. I am over the age of 18 and am a party to the within action; my personal address is Bocskai Utca 11 Cece, Fejer 7013 Hungary.

On August 19, 2020, I served the following described as:

**DEFENDANT/COUNTERCLAIMANT MARTIN TRIPP'S NOTICE OF COMPLIANCE RE: VIDEO STATUS CONFERENCE ON 8/14/2020.**

on the following interested parties in this action:

MCDONALD CARANO LLP
 rkay@mcdonaldcarano.com
Rory T. Kay (NSBN 12416)
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV 89102
Telephone: (702) 873-4100
Facsimile: (702) 873-9996

QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Alex Spiro (admitted pro hac vice)
 alexspiro@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000

QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Michael T. Lifrak (admitted pro hac vice)
 michaellifrak@quinnemanuel.com
Jeanine M. Zalduendo (admitted pro hac vice)
 jeaninezalduendo@quinnemanuel.com
Aubrey Jones (admitted pro hac vice)
 aubreyjones@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000

**[X] (BY E-MAIL)** By transmitting the above documents to the above e-mail addresses.

5

**[X] (STATE)** I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED on this 19th day of August, 2020 at Fejer, Hungary.

*/s/Martin Tripp*

6