Martin Tripp, Pro Se
Bocskai Utca 11
Fejer
Cece 7013
Hungary

+1-775-600-7238
mtprotons@protonmail.com

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TESLA, INC., a Delaware corporation,<br><br>　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>MARTIN TRIPP, an individual,<br><br>　　　　　　　　　　Defendant.<br><br>MARTIN TRIPP, an individual,<br><br>Counterclaimant,<br><br>TESLA, INC., a Delaware corporation,<br><br>Counterdefendant. | Case No. 3:18-cv-00296-LRH-CBC<br><br>**DEFENDANT/COUNTERCLAIMANT MARTIN TRIPP'S REQUEST TO FILE ELECTRONICALLY, AS PRO SE.** |

Defendant/Counterclaimant Martin Tripp ("Defendant" or "Tripp"), by himself, hereby respectfully submits his request to file documents electronically, as a Pro Se Defendant/Counterclaimant.

1

DATED this 19th day of August, 2020.

                                    Martin Tripp, Pro Se

                                    By_____
                                        Martin Tripp

2

# PROOF OF SERVICE

I am a Citizen of the United States of America.  I am over the age of 18 and am a party to the within action; my personal address is Bocskai Utca 11 Cece, Fejer 7013 Hungary.

On August 19, 2020, I served the following described as:

**DEFENDANT/COUNTERCLAIMANT MARTIN TRIPP'S REQUEST TO FILE ELECTRONICALLY, AS PRO SE.**

on the following interested parties in this action:

MCDONALD CARANO LLP
 rkay@mcdonaldcarano.com
Rory T. Kay (NSBN 12416)
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV 89102
Telephone: (702) 873-4100
Facsimile: (702) 873-9996

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Alex Spiro (admitted pro hac vice)
 alexspiro@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Michael T. Lifrak (admitted pro hac vice)
 michaellifrak@quinnemanuel.com
Jeanine M. Zalduendo (admitted pro hac vice)
 jeaninezalduendo@quinnemanuel.com
Aubrey Jones (admitted pro hac vice)
 aubreyjones@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000

**[X] (BY E-MAIL)** By transmitting the above documents to the above e-mail addresses.

3

**[X] (STATE)** I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED on this 19th day of August, 2020 at Fejer, Hungary.

*/s/Martin Tripp*

4