## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| TELSA, LLC, | ) | 3:18-CV-0296-MMD-CLB |
| | ) | |
| Plaintiff, | ) | **MINUTE ORDER** |
| | ) | |
| vs. | ) | August 20, 2020 |
| | ) | |
| MARTIN TRIPP, | ) | |
| | ) | |
| Defendant. | ) | |

**PRESENT:**  <u>THE HONORABLE CARLA BALDWIN</u>, U.S. MAGISTRATE JUDGE

**DEPUTY CLERK:**  <u>LISA MANN</u>   **REPORTER:** <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S): <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S): <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

Defendant Martin Tripp's motion for permission to file electronically (ECF No. 213) is **GRANTED**.  In order for Mr. Tripp to file documents electronically, he will be required to register and maintain a CM/ECF account which can be found on the court's website (www.nvd.uscourts.gov) under the Self Help/E-Filing Permission link.  Plaintiff shall also complete the CM/ECF tutorial and become familiar with the Electronic Filing Procedures, Best Practices and the Civil Events Menu that are accessible on the website.  Plaintiff is instructed that this order granting him permission to file on CM/ECF is applicable only to this case.

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By: /s/
Deputy Clerk