**INDEX OF EXHIBITS**

| Description | Exhibit No. |
|---|---|
| Martin Tripp's GoFundMe campaigns | 1 |
| E-Mail dated September 12, 2020 | 2 |
| E-Mail dated September 18, 2020 | 3 |
| E-Mail dated September 22, 2020 | 4 |