# EXHIBIT 1

# Martin Tripp's GoFundMe campaigns

# EXHIBIT 1

Search | How it works | Start a GoFundMe

Sign in

# Tripp against tesla and musk

**$31,482** raised

This fundraiser is no longer accepting donations. If you are the organizer, beneficiary, team member, or donor, sign in to see additional information.

2018-06-28T15:27:42-05:00  |  Other

## Organizer



**Martin Tripp**
Organizer
Sparks, NV

Contact

### #1 FUNDRAISING PLATFORM

People have raised more money on GoFundMe than anywhere else. Learn more

### GOFUNDME GUARANTEE

In the rare case that something isn't right, we will refund your donation. Learn more

### EXPERT ADVICE, 24/7

Contact us with your questions and we'll answer, day or night. Learn more

---

Choose your language

English (l

**FUNDRAISE FOR**

Medical

Emergency

Memorial

Education

Nonprofit

**LEARN MORE**

How GoFundMe works

Why GoFundMe

Common questions

Success stories

Supported countries

Team fundraising

Donate button

Support COVID-19 fundraisers

**RESOURCES**

Help center

Blog

GoFundMe Stories

Press center

Careers

About

---

© 2010-2020 GoFundMe    Terms    Privacy    Do not sell my information    Legal

Search | How it works | Start a GoFundMe       Sign in | Share | Donate

# Martin Tripp Court Sanctions Support



**$945** raised of $26,000 goal

**10** donors | **7** shares | **5** followers

Share

Donate now

Anonymous
$20 • 3 d

Anonymous
$25 • 4 d

Anonymous
$600 • 4 d

See all | See top donations

 Martin Tripp is organizing this fundraiser.

Created September 14, 2020   |   Other

My name is Martin Tripp and I am involved in the Tesla vs Tripp civil complaint which Tesla filed against me on 6/20/2018 in Federal court.  I am the FIRST whistleblower to come forward regarding these issues.

This lawsuit was filed against me by Tesla for speaking out to the media regarding safety, scrap and waste issues I was seeing, which management and above

Read more

## Updates (1)

**SEPTEMBER 18, 2020**  by Martin Tripp, Organizer

As you may have seen, the media is clearly lying, stating that tesla has "won its case" against me. Other news agencies are simply regurgitating it.

The fact of the matter is that I was granted summary judgment against tesla's false claims of 167 million. tesla was granted summary judgments against all my counter-claims, unfortunately. The actual case is still ongoing.

You may have noticed that I am not responding on Twitter. Someone complained that I told muskrat to 'f-off' and I was punished for 6 days. I currently have 1 day, 16 hours remaining. I'll be back soon :-)

Thanks for your support and words of encouragement!

**Donate**          **Share**

## Organizer

Martin Tripp
Organizer
Las Vegas, NV                    **Contact**

## Comments

**Please donate and share words of encouragement.**            Continue

Report fundraiser

#1 FUNDRAISING PLATFORM

People have raised more money on GoFundMe than anywhere else. Learn more

GOFUNDME GUARANTEE

In the rare case that something isn't right, we will refund your donation. Learn more

EXPERT ADVICE, 24/7

Contact us with your questions and we'll answer, day or night. Learn more

Choose your language

English (l

FUNDRAISE FOR

Medical

Emergency

Memorial

Education

Nonprofit

LEARN MORE

How GoFundMe works

Why GoFundMe

Common questions

Success stories

Supported countries

Team fundraising

Donate button

Support COVID-19 fundraisers

RESOURCES

Help center

Blog

GoFundMe Stories

Press center

Careers

About

© 2010-2020 GoFundMe     Terms     Privacy     Do not sell my information     Legal