MCDONALD CARANO LLP
rkay@mcdonaldcarano.com
Rory T. Kay (NSBN 12416)
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV 89102
Telephone: (702) 873-4100
Facsimile: (702) 873-9996

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Alex Spiro (admitted pro hac vice)
alexspiro@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Michael T. Lifrak (admitted pro hac vice)
michaellifrak@quinnemanuel.com
Jeanine M. Zalduendo (admitted pro hac vice)
jeaninezalduendo@quinnemanuel.com
Aubrey Jones (admitted pro hac vice)
aubreyjones@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000

Attorneys for Plaintiff/Counter Defendant
TESLA, INC.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TESLA, INC.,<br>                 Plaintiff,<br>v.<br>MARTIN TRIPP,<br>                 Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. 3:18-cv-00296-LRH-CBC<br><br>**DECLARATION OF JEANINE ZALDUENDO IN SUPPORT OF TESLA'S EMERGENCY MOTION FOR ORDER TO SHOW CAUSE AND HEARING** |

**I, Jeanine Zalduendo, declare as follows:**

1. I am a member of the bar of the State of California and an associate at Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Plaintiff and Counterclaim Defendant Tesla, Inc. I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. I submit this declaration in support of Tesla's Emergency Motion for Order to Show Cause and Hearing ("Emergency Motion").

3. Attached hereto as **Exhibit 1** is an Appendix of the exhibits submitted with this Declaration.

4. Attached hereto as **Exhibit 2** is a true and correct copy of screenshots of Mr. Tripp's two GoFundMe campaigns, available at https://www.gofundme.com/f/tripp-vs-tesla and https://www.gofundme.com/f/pd7e68-martin-tripp-court-sanctions-support.

5. Attached hereto as **Exhibit 3** is a true and correct copy of a September 12, 2020 email from Mr. Tripp to Tesla counsel, Alex Spiro.

6. Attached hereto as **Exhibit 4** is a true and correct copy of a September 18, 2020 email from Mr. Tripp to myself and other Tesla counsel.

7. Attached hereto as **Exhibit 5** is a true and correct copy of screenshots Mr. Tripp's website, available at https://tesla-fraud.ch/, as well as an October 6, 2020 tweet by Mr. Tripp, confirming the launch of the website.

8. Attached hereto as **Exhibit 6** is a true and correct copy of a September 22, 2020 email from Mr. Tripp to myself and other Tesla counsel.

9. Attached hereto as **Exhibit 7** is a true and correct copy of a October 3, 2020 email from Mr. Tripp to various emails for Elon Musk as well as Tesla counsel, Alex Spiro.

10. Attached hereto as **Exhibit 8** is a true and correct of a September 26 tweet by Mr. Tripp, confirming that he had "16gb of FACTS" about Tesla.

11. Attached hereto as **Exhibit 9** is a true and correct copy of a September 29, 2020 tweet by Mr. Tripp, noting that the "tsla nda means nothing to me."

Case 3:18-cv-00296-MMD-CLB   Document 221   Filed 10/08/20   Page 3 of 4

12.    Attached hereto as **Exhibit 10** is a true and correct copy of a September 24, 2020 tweet by Mr. Tripp, confirming his participation in a two-hour livestream on November 17, 2020 to discuss his claims about Tesla, as well as a screen shot of the website for the event that Mr. Tripp linked in the tweet, available at https://tsu.hu/project/martin-tripp.

13.    Attached hereto as **Exhibit 11** is a true and correct copy of a September 29, 2020 email from Mr. Tripp to myself and other Tesla counsel.

14.    Attached hereto as **Exhibit 12** is a true and correct copy of tweets by Mr. Tripp referring to Elon Musk as a "dumbass."

15.    Attached hereto as **Exhibit 13** is a true and correct copy of a September 27, 2020 email from Mr. Tripp's step son, Mark W. Herrell Jr., to Tesla counsel, Alex Spiro.

16.    Attached hereto as **Exhibit 14** is a true and correct copy of excerpts of the transcript of the September 4, 2019 deposition of Martin Tripp.

17.    Attached hereto as **Exhibit 15** is a true and correct copy of the January 15, 2020 Bench Warrant issued by the 46th Judicial Circuit of the State of Michigan for the arrest of Mr. Tripp.

18.    Attached hereto as **Exhibit 16** is a true and correct copy of the transcript of the Court's August 14, 2020 hearing on Tesla's Emergency Motion for Sanctions.

19.    Attached hereto as **Exhibit 17** is a true and correct copy of Mr. Tripp's Litigation Funding Agreement with The Funicular Fund LP, managed by Cable Car Capital, LLC, dated November 16, 2018.

20.    Attached hereto as **Exhibit 18** is a true and correct copy of Mr. Tripp's the First Amendment to the Litigation Funding Agreement with The Funicular Fund, dated December 31, 2019.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this document was executed in Los Angeles, California.

1   DATED: October 8, 2020

By _____
Jeanine Zalduendo