MCDONALD CARANO LLP
Rory T. Kay (NSBN 12416)
  rkay@mcdonaldcarano.com
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV 89102
Telephone: (702) 873-4100
Facsimile: (702) 873-9996

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Alex Spiro (admitted pro hac vice)
  alexspiro@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Michael T. Lifrak (admitted pro hac vice)
  michaellifrak@quinnemanuel.com
Jeanine M. Zalduendo (admitted pro hac vice)
  jeaninezalduendo@quinnemanuel.com
Aubrey Jones (admitted pro hac vice)
  aubreyjones@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000

Attorneys for Plaintiff/Counter Defendant
TESLA, INC.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TESLA, INC.,<br>    Plaintiff,<br>v.<br>MARTIN TRIPP,<br>    Defendant.<br><br>AND RELATED COUNTERCLAIMS. | Case No. 3:18-cv-00296-MMD-CLB<br><br>**APPENDIX OF EXHIBITS IN SUPPORT OF DECLARATION OF JEANINE ZALDUENDO IN SUPPORT OF TESLA'S EMERGENCY MOTION FOR ORDER TO SHOW CAUSE AND HEARING** |

Plaintiff and Counterclaim Defendant, Tesla, Inc., submits an Appendix of Exhibits in Support of Declaration in Support of its Tesla's Emergency Motion For Order To Show Cause And Hearing.

| Description | Exhibit No. | Page No. |
|---|---|---|
| Go Fund Me - Tripp against tesla and musk | 2 | 1-6 |
| September 12, 2020 Email from Marty Tripp to Alex Spiro | 3 | 7-11 |
| September 18, 2020 Email from Marty Tripp to Jeanine Zalduendo, Michael Lifrak, RKay and Aubrey Jones | 4 | 12-13 |
| Tesla Fraud of Exposing Tesla and Elon Musk | 5 | 14-19 |
| September 22, 2020 Email from Marty Tripp to Jeanine Zalduendo, Michael Lifrak, RKay and Aubrey Jones | 6 | 20-21 |
| October 3, 2020 Email from Marty Tripp to Elon Musk and Alex Spiro | 7 | 22-23 |
| September 26, 2020 Martin Tripp Tweet | 8 | 24-29 |
| September 29, 2020 Marty Tripp Tweet | 9 | 30-33 |
| September 24, 2020 Martin Tripp Tweet | 10 | 34-41 |
| September 29, 2020 Email from Marty Tripp to Jeanine Zalduendo, Michael Lifrak, RKay and Aubrey Jones | 11 | 42-44 |
| September 30, 2020 Marty Tripp Tweet | 12 | 45-47 |
| September 26, 2020 Email from Mark Herrell to Alex Spiro | 13 | 48-49 |
| Marty Tripp Deposition Excerpts | 14 | 50-59 |
| Marty Tripp Bench Warrant | 15 | 60-61 |
| August 14, 2020 Hearing Transcript | 16 | 62-91 |
| Litigation Funding Agreement | 17 | 92-104 |
| Litigation Funding Agreement First Amendment | 18 | 105-109 |

Respectfully submitted this 8th day of October, 2020.

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: /s/ *Alex Spiro*
    Alex Spiro
    51 Madison Avenue, 22nd Floor
    New York, New York 10010

Rory T. Kay (NSBN 12416)
MCDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV 89102

*Attorneys for Plaintiff/Counter-Defendant TESLA, INC.*