# Exhibit 5
# Tesla Fraud of Exposing Tesla and Elon Musk



🇺🇸 English

HOME    POSTS    ABOUT    MUSIC    ARTWORK    DONATE    CONTACT

### ON A MISSION, TO EXPOSE:

# TESLA FRAUD

SEE MORE

## EXPOSING TESLA AND ELON MUSK



My time at Tesla showed me one thing: That Tesla and Musk would do whatever it took to meet the goal of how many cars were going to be produced each week. "Whatever it took" meant using sub-standard parts; failed quality inspections, not meeting design specifications, repairing broken parts to reuse, or simply using bad parts, as is. Who cares about quality when numbers matter?!



Elon Musk has always been at the center of it all. Starting from his hostile takeover of Tesla, and continuing on to smear campaigns against several outspoken individuals, myself included. He has made it a point to involve himself in any aspect that revolves around drama; short sellers, 'saboteurs', and those unfortunate enough to be in his path. He instills fear in all those that work for him.

This site is dedicated to exposing the fraud that I personally witnessed, and will go into great detail regarding everything that happened to me while employed at Tesla's GF1 in Reno/Sparks, NV.

This includes 'bad actors' that while may not have had bad intentions, were implicit in everything that happened. This is my story, backed up with factual evidence.

15

🇺🇸 English

# OUR CONTRIBUTORS

### MARTIN TRIPP

The first Tesla Employee to whistle-blow to the public, with absolute proof, of Tesla's Safety, Fraud, Waste, and Abuse issues.

FIND OUT MORE

## Keep up to Date

Join our mailing list for the latest updates to this site

**Subscribe**

Email*:

Name:

Last Name*:

[Subscribe]

Subscribe

Copyright 2020 © All Rights Reserved.  Designed by Martin Tripp



🇺🇸 English

HOME    POSTS    ABOUT    MUSIC    ARTWORK    DONATE    CONTACT



$0.00 

## DONATIONS

Unfortunately, the role that I've played in all of this has left me with very little money to pay the bills.  On top of that, I'm working on paying the $25,000 sanction, imposed by the court for my release of all the documents related to the case.
If you are able to, I would like to kindly ask you for a donation to help support this website, and everything that I am doing to expose Tesla and Musk.
If there is a specific dollar value you would like to donate, please let me know and I will add it.

If you're interested in making a smaller donation, please consider purchasing one of my songs HERE:

MUSIC HERE

For now, my GoFundMe is still active, although due to Tesla's incessant monitoring of it, I will be closing it soon.

🇺🇸 English

## Your donations help to maintain this site, and to keep me going.

**$5 Donation**
$5.00
Add to cart

**$10 Donation**
$10.00
Add to cart

**$15 Donation**
$15.00
Add to cart

**$20 Donation**
$20.00
Add to cart

**$25 Donation**
$25.00
Add to cart

**$50 Donation**
$50.00
Add to cart

**$100 Donation**
$100.00
Add to cart

**$250 Donation**
$250.00
Add to cart

**$500 Donation**
$500.00
Add to cart

**$1000 Donation**
$1,000.00
Add to cart

# Keep up to Date
Join our mailing list for the latest updates to this site

**Subscribe**
Email*:

Name:

Last Name*:

[Subscribe]

Subscribe

Copyright 2020 © All Rights Reserved.  Designed by Martin Tripp

