# Exhibit 6
# September 22, 2020 Email from Marty Tripp to Jeanine Zalduendo, Michael Lifrak, RKay and Aubrey Jones

# Jeanine Zalduendo

**From:** MT <mtprotons@protonmail.com>
**Sent:** Tuesday, September 22, 2020 11:13 PM
**To:** Jeanine Zalduendo; Michael Lifrak; rkay@mcdonaldcarano.com; Aubrey Jones
**Subject:** Question re sanction

**[EXTERNAL EMAIL]**

Hello,

As I'm sure you are well aware via the hacking and monitoring you and your client have been performing on me, I will be performing a series of live discussions throughout Europe in the coming months, (all non-paid engagements, of course).

One of the questions that has come up by a few of the companies I will be working with is what are the specifics of the $500 / day for discussing AEO documents? Is this a per occurrence (for every document I describe)? Or is it per day, no matter what I describe/discuss?

Also, they would like to know to who and where they would need to send a check.

Thank you, be well.

-Marty

Sent with ProtonMail Secure Email.