# Exhibit 7
# October 3, 2020 Email from Marty Tripp to Elon Musk and Alex Spiro

| | |
|---|---|
| **From:** | fatseal@protonmail.com |
| **Sent:** | Saturday, October 3, 2020 1:32 AM |
| **To:** | erm@tesla.com; elon@tesla.com; elon@spacex.com; press@tesla.com; em@tesla.com; musk@tesla.com; ir@tesla.com; elon.musk@spacex.com; elon.musk@tesla.com; Alex Spiro |
| **Subject:** | FUCK YOU - From Marty Tripp |

I just want to say: FUCK YOU, you low life piece of shit.

Talk about someone STEALING...you STOLE Tesla from Martin Eberhard. I simply provided information to the media for your clear fucking lies. You RETALIATED because you knew it was all true and did not want that truth getting out to the public as such.

Did you realize that one of your CUSTOMERS children had to have open heart surgery yesterday? All because your stupid ass solar company has a bunch of retarded idiots that can't do a proper job, and fail to acknowledge and fix their failures, all while you're busy being 'sustainable' and flying around the country! Yeah, you probably don't care about these things.

Too bad your dad didn't spank you a little more often, you dirtbag piece of shit. I look forward to meeting him soon and shaking his hand.

I'm sure you know I've coined you as #muskychunks. because you are a fat little pig turd.

Here is a threat for you: If I ever see you, there is not a bodyguard in the world that will keep me from teaching you a lesson on fucking with the wrong people. I'm done with your dumbass.

Get ready for a release of LOTS of information...news, video, audio, website(s), etc. Always wondered why such the concern with the AEO docs...now I realize after putting the info together concisely :-)

So it goes...be well, my frenemy :-)


Sent with ProtonMail Secure Email.