# Exhibit 8
# September 26, 2020 Martin Tripp Tweet

# Tweet

**Pete Forester** ✓ @pete_forester · Sep 26

Elon Musk's only genius is using share ownership and board seats to push out visionaries so he can take credit for their work. The irony of Tesla's name is Musk is a modern day Edison: a do-nothing who uses money and influence to convince others he's smart. He's really just trash

> **Ken Klippenstein** ✓ @kenklippenstein · Sep 25
> twitter.com/elonmusk/statu...
> Show this thread
>
> **Elon Musk** ✓
> @elonmusk
>
> Replying to @elonmusk and @PPathole
>
> Based on current trends, probably close to zero new cases in US too by end of April
>
> 4:38 PM · 3/19/20 · Twitter for iPhone

💬 27        🔁 117        ♥ 705        ↑

**Tom** @TSLAQQ · Sep 26
I won't say he is perfect because he clearly isn't. Saying he's trash however just goes to show that you have absolutely no idea
You don't know anything about him
Not what he has achieved
Not how he is seen by people that really know him

Document title: Martin Tripp on Twitter: "@TSLAQQ @pete_forester Tom, or whatever your name is...there are 16gb of FACTS out there, on top of the apparent frau…
Capture URL: https://twitter.com/tripp_martin/status/1309871223745122306
Capture timestamp (UTC): Mon, 05 Oct 2020 14:24:43 GMT

25

Page 1 of 5



**Tom** @TSLAQQ · Sep 26

I won't say he is perfect because he clearly isn't. Saying he's trash however just goes to show that you have absolutely no idea
You don't know anything about him
Not what he has achieved
Not how he is seen by people that really know him

Basically it says you are a stupid idiot

💬 1    ⟲    ♡ 1    ↥

**Martin Tripp** @tripp_martin · Sep 26

He hasn't achieved anything except putting shitbox fire starters on the road.  Go lick some more boot ignoramus!

💬 2    ⟲    ♡    ↥

**Tom** @TSLAQQ · Sep 26

Look who comes crawling out from under the rock he has been hiding in Hungary. The infamous thief of corporate information and spreader of lies. The man that tried to setup others, the man that wanted to create as much damage as he could by lying his arse off.

Hi Marty

💬 1    ⟲    ♡    ↥

**Martin Tripp** @tripp_martin · Sep 26

I've CLEARLY been hiding lol.  You should learn the facts buddy. And.. hello!

💬 1    ⟲    ♡    ↥

**Tom** @TSLAQQ · Sep 26
Your facts or real facts?

# Tweet

I've CLEARLY been hiding lol. You should learn the facts buddy. And.. hello!

♡ 1

**Tom** @TSLAQQ · Sep 26
Your facts or real facts?

♡ 2

**Martin Tripp** @tripp_martin · Sep 26
REAL facts. Oh, I forgot, you bootlickers can't do your own investigating. You sure give quite the effort to protect you little musky chunks though!

♡ 1

**Tom** @TSLAQQ · Sep 26
Yep, seen plenty of real facts



♡ 1

**Martin Tripp** @tripp_martin · Sep 26

Document title: Martin Tripp on Twitter: &quot;@TSLAQQ @pete_forester Tom, or whatever your name is...there are 16gb of FACTS out there, on top of the apparent frau…
Capture URL: https://twitter.com/tripp_martin/status/1309871223745122306
Capture timestamp (UTC): Mon, 05 Oct 2020 14:24:43 GMT



**Martin Tripp** @tripp_martin · Sep 26
Ok dude, you are quite an ignoramus lol!

**Tom** @TSLAQQ · Sep 26
Do the protocols lie? I guess they all lie but you? Right?

**Martin Tripp** @tripp_martin · Sep 26
Protocols?

**Tom** @TSLAQQ · Sep 26
The transcriptions presented during your case

**Martin Tripp**
@tripp_martin

Replying to @TSLAQQ and @pete_forester

Tom, or whatever your name is...there are 16gb of FACTS out there, on top of the apparent fraud tsla and musky chunks are involved in daily.

