# Exhibit 9
# September 29, 2020 Marty Tripp
# Tweet



Document title: Martin Tripp on Twitter: &quot;@NegDiscountRt @KarlSa6892 @Tesla A tsla nda means nothing to me. I have nda&#39;s w/ 4 previous employers...and…
Capture URL: https://twitter.com/tripp_martin/status/1310879842838155264
Capture timestamp (UTC): Mon, 05 Oct 2020 14:23:29 GMT

31

# Tweet



**AR-622 Module Containment Rework Project** @. · Sep 29

By the way, I commend both @tripp_martin and @KarlSa6892 for standing up to @Tesla but I would also understand if they took some money, signed an NDA and got on with their lives.

They sacrificed enough already - especially Tripp. The authorities just did not care.

💬 2          ⟲          ♡ 4          ⬆

**Martin Tripp**
@tripp_martin

Replying to @NegDiscountRt @KarlSa6892 and @Tesla

A tsla nda means nothing to me.  I have nda's w/ 4 previous employers...and I've never spoken of them...there is a reason.

9:51 AM · Sep 29, 2020 · Twitter Web App

**2** Likes

💬          ⟲          ♡          ⬆



← **Tweet**

**Martin Tripp**
@tripp_martin

Replying to @NegDiscountRt @KarlSa6892 and @Tesla

A tsla nda means nothing to me.  I have nda's w/ 4 previous employers...and I've never spoken of them...there is a reason.

9:51 AM · Sep 29, 2020 · Twitter Web App

**2** Likes

Document title: Martin Tripp on Twitter: &quot;@NegDiscountRt @KarlSa6892 @Tesla A tsla nda means nothing to me. I have nda&#39;s w/ 4 previous employers...and…
Capture URL: https://twitter.com/tripp_martin/status/1310879842838155264
Capture timestamp (UTC): Mon, 05 Oct 2020 14:23:29 GMT

33