# Exhibit 10
# September 24, 2020 Martin Tripp Tweet

# Tweet

**Martin Tripp**
@tripp_martin

November 17th, don't miss it, a TWO hour livestream event! MUCH more to come, very soon . .

Tell your friends, family, loved ones, frenemies...

tsu.hu/project/martin...

#tslafraud

The following media includes potentially sensitive content. Change settings **View**

5:53 AM · Sep 24, 2020 · Twitter Web App

**1** Quote Tweet **6** Likes

Show additional replies, including those that may contain offensive content **Show**

Search Twitter

## New to Twitter?

Sign up now to get your own personalized timeline!

**Sign up**

## Relevant people

**Martin Tripp** **Follow**
@tripp_martin
elon musk tried to destroy my life, so I'm simply returning the favor, one tweet at a time. Fraud is fraud, and tsla deserves to go to ZERO. #muskychunks

## What's happening

US elections · LIVE
**Debates 2020: The candidates shift to the topic of climate change**
Trending with Does Pence, Mr. Vice President

Politics · Trending
**IM SPEAKING**
21.3K Tweets

Politics · Trending
**#DebateNight**
7,290 Tweets

US news · This morning
**Trump returns to the Oval Office six days after his COVID-19 diagnosis**

Trending in United States
**#BidenHarris2020**
127K Tweets

Show more

Terms of Service Privacy Policy Cookie Policy
Ads info More © 2020 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.

**Log in** **Sign up**





# Martin Tripp

## Chief Technology Officer of Tesla in "Gigafactory 1".

LECTURES     FACEBOOK

He grew up in northern Michigan. At the age of 18, he joined the U.S. Navy as a avionics technician aboard an aircraft carrier in the Persian Gulf. He has received numerous accolades and awards for his work on repairing the EA-6B electronic offensive aircraft. His expertise has resulted in a number of successful missions during war operations.

After the Navy, he worked in a number of manufacturing plants, performing electronics technician, engineering, and supervisory duties.

He worked on everything from automotive maintenance / repair, medical equipment and concrete construction to cable television infrastructure. He designed small printed circuit boards to prevent them from invasively connecting to advanced CNC and robotic machines.

While working as a production supervisor for the MRI coil manufacturer, he was approached by Tesla Motors and eventually recruited to "Gigafactory 1" in Nevada.

After working for a year as a technology leader at Tesla, he has witnessed security, waste and abuse issues several times. After making several attempts to remedy the problems, he went to the media with his evidence.

On June 20, 2018, Tesla retaliated and filed a lawsuit against it along with a number of false allegations against which litigation is currently pending in the U.S. justice system.

He moved to Hungary with his wife and son and still lives here.

## Scientific Stand Up

Like    17K people like this. Sign Up to see what your friends like.

|                                          | Search |
|------------------------------------------|--------|

## Don't miss our notifications!

**Tetszik** 17 E

## Blogom

| Select a month | ⌄ |
|----------------|---|

## Our events

The page you requested could not be found. Try refining your search, or use the navigation above to locate the post.

## OUR SPEAKERS



Martin Tripp



Dr. László Mérő



Krisztián Nyáry



Károly Gerendai



Dr. Zoltán Pogátsa



Dr. Zsolt Unoka



Dr. Sándor Kürti



Bogdán László +



Dr. Péter Mihályi



Gábor Bojár

«Older Entries

MESSAGE OR PHONE!



(c) 2019. Science Stand Up - For lovers of demanding entertainment ...



Tudományos Stan...

Tetszik az oldal    17 E kedvelé

**Bogdán László: "Csak egy cigány"**
Tudományos Stand Up
Egyéb · 1653 ember

**Bogdán László: "Csak egy cigány"**
Tudományos Stand Up
Nemes ügy · 433 ember

**Bogdán László: "Csak egy cigány"**
Tudományos Stand Up
Nemes ügy · 1782 ember

**Bojár Gábor: Intuíciók - Élő közvetít**
Tudományos Stand Up

## Login status

Username or Email

Password

log in    Register

LECTURES

# No Results Found