# Exhibit 11
# September 29, 2020 Email from Marty Tripp to Jeanine Zalduendo, Michael Lifrak, RKay and Aubrey Jones

**From:**      MT <mtprotons@protonmail.com>
**Sent:**      Tuesday, September 29, 2020 2:03 AM
**To:**        Jeanine Zalduendo; Michael Lifrak; rkay@mcdonaldcarano.com; Aubrey Jones
**Subject:**   Duh...

**[EXTERNAL EMAIL]**

You do realize that my litigation financier and I have completed the terms of our contract and the funds have all been returned to him, right?

Also, the gofundme is in no such trust as you are so inclined to believe. While I will plead Attorney-Client privilege on this one, needless to say, those funds were indeed used for emergency living expenses.

Regarding 'TSLAQ' and 'Short sellers', I had/have no knowledge as to who is part of either of these groups and their involvement in 'financing' me. I took Cable Car Capital to be simply a financing company, and my emails reflect that. How are you going to go after these individuals for simply donating to someone in need of help? Especially being your 400bn $ market cap company publicly humiliated me and lied about me...all because I told the absolute truth, and they don't like that! I like certain political candidates and have donated to them in the past, does that mean that their opponents should go after me because they lost? How fucking stupid. For being college educated, you sure are dumb.

Keep trying though!!!

btw, speaking with a major news agency today :-)

On another note, I did receive Document 218 yesterday re; Judge Baldwin conducting a Settlement Conference. As I suspect you will agree, there is no need, unless your 'client' agrees to these updated terms (and sure, post them publicly):

1. Issue a recall on all vehicles affected by AR622, and have the affected modules replaced, immediately...make it public you are doing so, as well.
2. Reimburse my attorneys fees, and all gofundme donations.
3. Pay me the wages as designated on my counter-claim.
4. elon musk, in person, publicly apologizes to me.
5. Of course, drop their 100% retarded lawsuit against me.

I will then remove all social media accounts and not speak of tesla for the rest of my life.

These are my terms.

So it goes! Be WELLLLLLLL!!!!


-Marty

Sent with [ProtonMail](ProtonMail) Secure Email.

2

44