# Exhibit 12
# September 30, 2020 Marty Tripp Tweet

# Tweet

**Martin Tripp**
@tripp_martin

"Freedom of speech is fundamental".

Unlike the world's biggest dumbass @elonmusk, this song ROCKS, and is SUPER Awesome!

This has the world's greatest keyboardist, drummer, Guitarist, and a chapman stick...because why not?!

The following media includes potentially sensitive content. Change settings View

2:41 AM · Sep 30, 2020 · Twitter Web App

**1** Like

Search Twitter

## New to Twitter?

Sign up now to get your own personalized timeline!

**Sign up**

## Relevant people

**Martin Tripp** Follow
@tripp_martin
elon musk tried to destroy my life, so I'm simply returning the favor, one tweet at a time. Fraud is fraud, and tsla deserves to go to ZERO. #muskychunks

**Elon Musk** Follow
@elonmusk

## What's happening

US elections · **LIVE**
**Debates 2020: The candidates shift to the topic of climate change**
Trending with Does Pence, Mr. Vice President

Politics · Trending
**IM SPEAKING**
21.3K Tweets

Politics · Trending
**#DebateNight**
7,290 Tweets

US news · This morning
**Trump returns to the Oval Office six days after his COVID-19 diagnosis**

Trending in United States
**#BidenHarris2020**
127K Tweets

Show more

Terms of Service Privacy Policy Cookie Policy
Ads info More © 2020 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.
**Log in** **Sign up**

Tweet

**Martin Tripp**
@tripp_martin

Hey dumbass @elonmusk...I'm not even I the US this time...HAHAHAHAHA!

> ***Walter Bloomberg** @DeltaOne · Oct 6
> $TSLA WARNS WORKERS EX-EMPLOYEE ALLEGEDLY 'SABOTAGED' FACTORY

1:12 PM · Oct 6, 2020 · Twitter Web App

**1** Retweet **1** Quote Tweet **28** Likes

**1sthand** @1sthand2 · Oct 6
Replying to @tripp_martin and @elonmusk
You are ahead of elon 2 steps because he was planning gigabudapest next...
1 3

**Martin Tripp** @tripp_martin · Oct 6
Let him come visit here...
1 2

Show replies

**Tesla FSD Tunnel** @TeslaTunnel · Oct 6
Replying to @tripp_martin and @elonmusk
Lollll

**Adam Gausepohl** @AdamGausepohl · Oct 6
Replying to @tripp_martin and @elonmusk
Underrated Tweet.

Search Twitter

**New to Twitter?**
Sign up now to get your own personalized timeline!
**Sign up**

**Relevant people**

**Martin Tripp** @tripp_martin Follow
elon musk tried to destroy my life, so I'm simply returning the favor, one tweet at a time. Fraud is fraud, and tsla deserves to go to ZERO. #muskychunks

**Elon Musk** @elonmusk Follow

***Walter Bloomberg** @DeltaOne Follow
Real time News Donate - paypal.me/walterbloomber... Discord - discord.gg/9nzNy6G

**What's happening**

US elections · LIVE
**Debates 2020: The debate opens on the COVID-19 pandemic**
Trending with Mr. Vice President, #VicePresidentialDebate

Politics · Trending
**Does Pence**
31.7K Tweets

Politics · Trending
**IM SPEAKING**
6,606 Tweets

US news · This morning
**Trump returns to the Oval Office six days after his COVID-19 diagnosis**

Trending · Trending
**#BidenHarris2020**
117K Tweets

Show more

Terms of Service Privacy Policy Cookie Policy
Ads info More © 2020 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.
Log in Sign up



