# Exhibit 13
# September 26, 2020 Email from Mark Herrell to Alex Spiro

| | |
|---|---|
| **From:** | Alex Spiro |
| **Sent:** | Sunday, September 27, 2020 4:18 AM |
| **To:** | Michael Lifrak; Jeanine Zalduendo |
| **Subject:** | Fw: Martin Tripp |

Sent from my BlackBerry - the most secure mobile device
**From:** markherrell
**Sent:** September 26, 2020 11:13 PM
**To:** alexspiro@quinnemanuel.com
**Subject:** Martin Tripp

**[EXTERNAL EMAIL]**

Regarding the Tesla vs. Martin Tripp case,

I recently read that you were the lawyer representing Tesla through all this legal action going on in the Tesla vs. Tripp case. I just wanted to shed some light on who Martin Tripp really is.

Martin was my step father for much of my childhood. A child hood that he made absolutely miserable because of the anger and domestic violence I had to witness while growing up. This guy is a absolute animal. My 3 brother, his children, were abandoned by him at a very young age, and when he was present Martin was physically abusing them. I even have distinct memories of him punching out every kitchen cabinet door while screaming at the top of his lungs at my crying mother. I wish I could forget them.

I have no doubt in my mind Martin threatened to shoot up the Giga Factory. I can see the words coming out of his mouth even. A person who abuses their own kids, animals, and walks away from their 3 sons has some serious issues. I don't wanna get involved, but this is a testament to his true character. Hope this email finds you well.

Sent from my iPhone
--
Mark W. Herrell Jr.