# Exhibit 14
# Marty Tripp Deposition Excerpts

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

**REPORTER'S CERTIFIED TRANSCRIPT**

TESLA, INC., a Delaware  )
corporation,             )
                         )  Case No.:
      Plaintiff,         )
                         )  3:18-cv-00296 LRH-CBC
           v.            )
                         )
MARTIN TRIPP,            )
                         )
      Defendant,         )
_____)
                         )
AND RELATED COUNTER-CLAIMS.)
_____)

**CONFIDENTIAL**

CONFIDENTIAL

VIDEOTAPE DEPOSITION OF MARTIN TRIPP

PHOENIX, ARIZONA
WEDNESDAY, SEPTEMBER 4, 2019
9:01 A.M.

DAVID M. LEE, RMR, CCR
Certified Reporter
Certificate Number 50391
File No.: 19-29468



```
 1              THE DEPOSITION OF MARTIN TRIPP was taken
 2   on September 4, 2019, at 9:01 a.m., at the Law
 3   Office of Tiffany & Bosco, P.A., 2525 East Camelback
 4   Road, Seventh Floor, Phoenix, Arizona 85016-9240,
 5   before DAVID M. LEE, RMR, CRR, a Certified Reporter,
 6   Certificate Number 50391.
 7
 8   FOR THE PLAINTIFF/COUNTER-DEFENDANT:
 9              CHARIS LEX, P.C.
                BY: SEAN P. GATES, ESQ.
10              301 North Lake Avenue
                Suite 1100
11              Pasadena, California 91101
                (626) 508-1717
12              (626) 508-1730
                sgates@charislex.com
13
     FOR THE DEFENDANT/COUNTER-PLAINTIFF:
14
                TIFFANY & BOSCO, P.A.
15              BY: ROBERT D. MITCHELL, ESQ.
                    WILLIAM M. FISCHBACH, III, ESQ.
16              2525 East Camelback Road
                Seventh Floor, Camelback Esplanade II
17              Phoenix, Arizona 85016-9240
                (602) 255-6000
18              (602) 255-0103
                rdm@tblaw.com
19              wmf@tblaw.com
20   ALSO PRESENT:
21              ROBERT L. WHITENER, VIDEOGRAPHER
22
23
24
25
```

| | | |
|---|---|---|
| 09:38 | 1 | release out.  I never saw a public release of that. |
| 09:38 | 2 | Q.  The fact of the Sheriff's investigation was |
| 09:38 | 3 | reported by the press. |
| 09:38 | 4 | A.  Could you repeat that, please? |
| 09:39 | 5 | Q.  The Sheriff's investigation of you, where |
| 09:39 | 6 | they cleared your name, was reported by the press; |
| 09:39 | 7 | correct? |
| 09:39 | 8 | A.  I believe so. |
| 09:39 | 9 | Q.  So anybody who goes onto Google and looks |
| 09:39 | 10 | at all of the reports about the Gigafactory threat |
| 09:39 | 11 | sees that your name was cleared by the Sheriff's |
| 09:39 | 12 | Department. |
| 09:39 | 13 | MR. FISCHBACH:  Object to foundation. |
| 09:39 | 14 | Answer if you can. |
| 09:39 | 15 | THE WITNESS:  It's possible. |
| 09:39 | 16 | Q.  BY MR. GATES:  So you said earlier that you |
| 09:39 | 17 | had sold your firearms before June 20th of 2018.  Is |
| 09:39 | 18 | that right? |
| 09:39 | 19 | A.  That is correct. |
| 09:39 | 20 | Q.  Okay.  So bef- -- before you moved to Nevada |
| 09:39 | 21 | to work for Tesla, at that point what firearms did |
| 09:40 | 22 | you own? |
| 09:40 | 23 | A.  When? |
| 09:40 | 24 | Q.  Six months before you moved to Nevada. |
| 09:40 | 25 | A.  I believe I -- excuse me. |

```
09:40   1              I believe I would have owned an AR-15
09:40   2   and a P238, and possibly a 9 millimeter.
09:40   3       Q.   Another weapon, a 9 millimeter?
09:40   4       A.   Yes.
09:40   5       Q.   Did you own the Hi-Point?
09:40   6       A.   Yes, thank you.  A Hi-Point 9 millimeter
09:40   7   carbine.
09:40   8       Q.   So you had three weapons.
09:40   9       A.   Four.
09:40  10       Q.   Four.  Okay.
09:40  11              Oh, the Hi-Point, and in addition, a 9
09:40  12   millimeter Hi-Point.
09:40  13       A.   Yes.
09:40  14       Q.   Okay.  The AR-15, which manufacturer?
09:40  15       A.   I don't remember the company based out of
09:40  16   Illinois.
09:40  17       Q.   It wasn't Colt?
09:41  18       A.   No, it was not a name brand, it was veteran-
09:41  19   built.
09:41  20       Q.   Full length barrel?
09:41  21       A.   Excuse me?
09:41  22       Q.   It was a full length barrel?
09:41  23       A.   Yes.
09:41  24       Q.   Did you have a rail system?
09:41  25       A.   Yes.
```

```
09:41   1     Q.   What did you have on the rail?
09:41   2     A.   I believe a red dot -- dot sight and --
09:41   3     Q.   Tell us -- just tell us what a red dot
09:41   4  sight is.
09:41   5     A.   It just puts a red dot on whatever you're
09:41   6  aiming at.
09:41   7     Q.   Okay.  What else did you have on the rail?
09:41   8     A.   I believe I had a scope for competitive
09:41   9  shooting.
09:41  10     Q.   How many rounds did the magazine carry?
09:41  11     A.   For which gun?
09:41  12     Q.   For the AR-15.
09:41  13     A.   Thirty.
09:41  14     Q.   And you said you had a P238.
09:42  15     A.   Yes.
09:42  16     Q.   And that's a Sig Sauer?
09:42  17     A.   I believe so, yes.
09:42  18     Q.   Semiautomatic pistol.
09:42  19     A.   Yes.
09:42  20     Q.   What round did it chamber?
09:42  21     A.   I believe 9 or 10.
09:42  22     Q.   And what was the capacity of the magazine
09:42  23  for that?
09:42  24     A.   Oh, oh, I'm sorry.  To clarify, the round
09:42  25  that it chambered was a .238 round; the capacity
```

| | | |
|---|---|---|
| 09:42 | 1 | was nine or ten rounds. |
| 09:42 | 2 | Q. And then in addition, you said you had a 9 |
| 09:42 | 3 | millimeter. |
| 09:42 | 4 | A. I believe I had one at the time. |
| 09:42 | 5 | Q. Pistol. |
| 09:42 | 6 | A. Yes. |
| 09:42 | 7 | Q. Semiautomatic. |
| 09:42 | 8 | A. Yes. |
| 09:42 | 9 | Q. Did you shoot competitively? |
| 09:42 | 10 | A. Personally. |
| 09:42 | 11 | Q. So did you enter shooting competitions like |
| 09:42 | 12 | target competitions? |
| 09:42 | 13 | A. No, it was just myself and wife and friends. |
| 09:42 | 14 | Q. And the Hi-Point is a 9 millimeter carbine? |
| 09:43 | 15 | A. Correct. |
| 09:43 | 16 | Q. Did it have the forward pistol stock? |
| 09:43 | 17 | A. I don't remember. I -- I believe we had a |
| 09:43 | 18 | removable one on it. It was not an actual -- well, |
| 09:43 | 19 | it was adjustable. |
| 09:43 | 20 | Q. An adjustable stock. |
| 09:43 | 21 | A. Yes, that could turn into a bipod. |
| 09:43 | 22 | Q. And what kind of magazine did you have for |
| 09:43 | 23 | that? |
| 09:43 | 24 | A. I believe they're 10-round magazines. |
| 09:43 | 25 | Q. Were these all registered? |

| | | |
|---|---|---|
| 09:43 | 1 | A. Yes. |
| 09:43 | 2 | Q. So there was -- they were registered on |
| 09:44 | 3 | some database somewhere? |
| 09:44 | 4 | A. I don't know where they're registered.  I |
| 09:44 | 5 | purchased them through FFL dealers, so they would |
| 09:44 | 6 | be registered somewhere through -- and the |
| 09:44 | 7 | background checks through the federal government or |
| 09:44 | 8 | state government. |
| 09:44 | 9 | Q. And what's an "FFL dealer"? |
| 09:44 | 10 | A. Federal firearms-licensed dealer. |
| 09:44 | 11 | Q. So you did the paperwork. |
| 09:44 | 12 | A. Absolutely. |
| 09:44 | 13 | Q. And when did you sell the AR-15? |
| 09:44 | 14 | A. I do not remember when; it was before I |
| 09:44 | 15 | moved. |
| 09:44 | 16 | Q. Was it a private sale? |
| 09:44 | 17 | A. Yes. |
| 09:44 | 18 | Q. Was it through an FFL dealer? |
| 09:44 | 19 | A. No, it was not. |
| 09:44 | 20 | Q. Did you file some kind of paperwork with |
| 09:44 | 21 | the government to show the transfer? |
| 09:44 | 22 | A. No, there's no requirement to do so. |
| 09:44 | 23 | Q. What about the P238; did you sell that one? |
| 09:45 | 24 | A. Yes. |
| 09:45 | 25 | Q. And was that a private sale as well? |

| | | |
|---|---|---|
| 09:45 | 1 | A. Yes. |
| 09:45 | 2 | Q. And it wasn't -- there was no paperwork |
| 09:45 | 3 | that you had to file for that sale. |
| 09:45 | 4 | A. Correct. |
| 09:45 | 5 | Q. And the 9 millimeter pistol, you sold that |
| 09:45 | 6 | as well? |
| 09:45 | 7 | A. Correct. |
| 09:45 | 8 | Q. Okay. And that was not through an FFL. |
| 09:45 | 9 | A. That is correct. |
| 09:45 | 10 | Q. So there's no paperwork that you filed with |
| 09:45 | 11 | the government for that. |
| 09:45 | 12 | A. Correct, there's no need to. |
| 09:45 | 13 | Q. And then the Hi-Point carbine, you brought |
| 09:45 | 14 | that to Nevada with you; correct? |
| 09:45 | 15 | A. That is correct. |
| 09:45 | 16 | Q. But you said you sold it prior to June 20th. |
| 09:45 | 17 | A. Yes. |
| 09:45 | 18 | Q. Was that to Patrick Shakal? |
| 09:45 | 19 | A. Yes. |
| 09:45 | 20 | Q. When did you sell it? |
| 09:45 | 21 | A. I believe May 16th, somewhere within that |
| 09:45 | 22 | week. |
| 09:45 | 23 | Q. Was that through an FFL dealer? |
| 09:45 | 24 | A. No, it was not. |
| 09:45 | 25 | Q. It was a private sale. |

```
 1                I CERTIFY that the foregoing deposition
 2   was taken by me pursuant to Notice; that I was then
 3   and there a Certified Reporter for the State of
 4   Arizona, and by virtue thereof authorized to
 5   administer an oath; that the witness before
 6   testifying was duly sworn by me to testify to the
 7   truth; that the questions propounded by counsel and
 8   the answers of the witness thereto were taken down
 9   by me in shorthand and thereafter transcribed under
10   my direction, and that the foregoing typewritten
11   pages contain a full, true, and accurate transcript
12   of all proceedings had upon the taking of said
13   deposition, all done to the best of my skill and
14   ability; that deposition review and signature was
15   requested.
16                I FURTHER CERTIFY that I am in no way
17   related to nor employed by any of the parties
18   hereto, nor am I in any way interested in the
19   outcome hereof.
20                DATED at Phoenix, Arizona, this 16th
21   day of September, 2019.
22
23                          _____
24                          David M. Lee, RMR, CRR
                            Arizona Certificate No. 50391
25
```