# Exhibit 15
# Marty Tripp Bench Warrant

| Approved, SCAO | | Memorandum copy - Court<br>Memorandum copy - Friend of the court |
|---|---|---|
| STATE OF MICHIGAN<br>46TH JUDICIAL CIRCUIT<br>OTSEGO COUNTY | BENCH WARRANT | CASE NO.<br>2003-010287-DM<br>HON. COLIN G HUNTER |

Court address:
800 Livingston Blvd., Ste 1a Gaylord, MI 49735

Court telephone no.
(989) 731-7450

Police Report No. 23535

| Plaintiff | | Defendant |
|---|---|---|
| DAWN WRIGHT | v | MARTIN ALAN TRIPP |

IN THE NAME OF THE PEOPLE OF THE STATE OF MICHIGAN:

TO ANY PEACE OFFICER OR COURT OFFICER AUTHORIZED TO MAKE ARREST:

[X] The person named below failed to appear before this court, as ordered, to show cause why s/he should not be held in contempt.

[ ] The court stayed a commitment order and the person named below failed to satisfy the conditions of the stay.

Therefore, I order you to arrest:

| Full name (type or print) | | | | | Date of birth | | |
|---|---|---|---|---|---|---|---|
| MARTIN ALAN TRIPP | | | | | 03-24-1978 | | |
| Address | | | | City | State | | Zip |
| ********<br>********<br>******** | | | | ******** | ** | | ***** ***** |
| Sex | Eye color | Hair color | Height | Weight | Race | Scars, tattoos, etc. | |
| Male | Blue | Brown | 6'02" | 185 | | BUG ON ARM, NAM | |

Bring him/her before the court immediately, or s/he may be released when a cash-performance bond is posted in the amount of $600.00* for personal appearance before the court at its next session.

ARREARS $1,321.00

*INCLUDES $100.00 COURT COSTS.

**FILED**

JAN 1 5 2020

OTSEGO COUNTY CLERK

ENTERED

___1/10-20___
Date

___[signature]___
HON. COLIN G HUNTER P71821

[ RETURN ]

By virtue of this warrant, I have taken the person named above into custody as ordered.

Date _____

Peace officer _____

BENCH WARRANT
MICSES FEN235 (Rev. 12/17)          Page 1 of 1          2003-010287-DM.
                                                         MCL 552.631, MCL 552.632