UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

TESLA, INC.,

                              Plaintiff,

    v.

MARTIN TRIPP,

                             Defendant.

Case No. 3:18-CV-00296-MMD-CLB

**ORDER**

      The court has received Plaintiff Tesla's emergency motion for order to show cause and hearing, (ECF No. 220), filed on October 8, 2020. Upon review of the motion and the accompanying declaration and exhibits (ECF Nos. 221, 222), the court finds that the "emergency" motion is not, in fact, an emergency. *See* Local Rule 7-4(c). Thus, the normal briefing schedule as outlined in Local Rule 7-2(b) will apply.

      Accordingly, **IT IS ORDERED** that a response to the motion for order to show cause is due by October 22, 2020, and any reply is due seven (7) days after service of the response.

**IT IS SO ORDERED.**

**DATED**:   October 8, 2020

                                                    **UNITED STATES MAGISTRATE JUDGE**