UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TESLA, INC., <br><br>    Plaintiff, <br><br>  v. <br><br> MARTIN TRIPP, <br><br>    Defendant. | Case No. 3:18-CV-00296-MMD-CLB <br><br> **ORDER** |

It has come to the court's attention that although defendant has been granted leave to file documents electronically, he has not registered for a CM/ECF account. Because plaintiff did not attach a certificate of service to their emergency motion for order to show cause (ECF No. 220), it is unclear if plaintiff provided defendant with notice of the motion. Therefore, plaintiff shall file a certificate of service evidencing proof of service on the plaintiff by no later than 5:00 p.m. PST on Wednesday, October 15, 2020.

**IT IS SO ORDERED.**

**DATED**: October 13, 2020

_____
UNITED STATES MAGISTRATE JUDGE