MCDONALD CARANO LLP
Rory T. Kay (NSBN 12416)
  rkay@mcdonaldcarano.com
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV 89102
Telephone: (702) 873-4100
Facsimile: (702) 873-9996

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Alex Spiro (admitted pro hac vice)
  alexspiro@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Michael T. Lifrak (admitted pro hac vice)
  michaellifrak@quinnemanuel.com
Jeanine M. Zalduendo (admitted pro hac vice)
  jeaninezalduendo@quinnemanuel.com
Aubrey Jones (admitted pro hac vice)
  aubreyjones@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000

Attorneys for Plaintiff/Counter Defendant
TESLA, INC.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TESLA, INC.,<br><br>                Plaintiff,<br><br>v.<br><br>MARTIN TRIPP,<br><br>                Defendant. | Case No. 3:18-cv-00296-MMD-CLB<br><br>**AMENDED CERTIFICATE OF SERVICE OF TESLA'S EMERGENCY MOTION FOR ORDER TO SHOW CAUSE AND HEARING; DECLARATION OF JEANINE ZALDUENDO IN SUPPORT OF TESLA'S EMERGENCY MOTION FOR ORDER TO SHOW CAUSE AND HEARING; and APPENDIX OF EXHIBITS IN SUPPORT OF DECLARATION OF JEANINE ZALDUENDO IN SUPPORT OF TESLA'S EMERGENCY MOTION FOR ORDER TO SHOW CAUSE AND HEARING** |
| AND RELATED COUNTERCLAIMS. | |

09202-00003/12374618.1

## AMENDED CERTIFICATE OF SERVICE

I hereby certify that on October 13, 2020, the foregoing **TESLA'S EMERGENCY MOTION FOR ORDER TO SHOW CAUSE AND HEARING; DECLARATION OF JEANINE ZALDUENDO IN SUPPORT OF TESLA'S EMERGENCY MOTION FOR ORDER TO SHOW CAUSE AND HEARING; and APPENDIX OF EXHIBITS IN SUPPORT OF DECLARATION OF JEANINE ZALDUENDO IN SUPPORT OF TESLA'S EMERGENCY MOTION FOR ORDER TO SHOW CAUSE AND HEARING** were served upon Defendant Martin Tripp by (1) depositing a copy of the same with FED EX, postage paid directed to the address listed below:

MartinTripp
Bocskai Utca 11/A
Cece 7013
Hungary

and (2) emailing Mr. Tripp at:

mtprotons@protonmail.com

Mr. Tripp had confirmed receipt of Tesla's Emergency Motion for Order to Show Cause, on October 12, 2020, when he informed Tesla counsel via email that he had posted his Response to Tesla's Emergency Motion on his website. *See* **EXHIBIT A**, attached hereto.

Mr. Tripp formally served Tesla counsel with copies of his **DEFENDANT/ MARTIN TRIPP'S RESPONSE TO TESLA'S "EMERGENCY MOTION" FOR ORDER TO SHOW CAUSE AND HEARING (COURT DOC 220)**, via email, on October 13, 2020. *See* **EXHIBIT B**, attached hereto.

/s/ CaraMia Gerard
An employee of McDonald Carano LLP