# EXHIBIT A

# EXHIBIT A

# CaraMia Gerard

| | |
|---|---|
| **From:** | MT <mtprotons@protonmail.com> |
| **Sent:** | Monday, October 12, 2020 11:49 AM |
| **To:** | Jeanine Zalduendo; Michael Lifrak; Rory Kay; Aubrey Jones |
| **Subject:** | Response to Doc 220 |

**[EXTERNAL EMAIL]**

As I'm sure you are well aware, I publicly posted my response to your bullshit 'Emergency Motion'. Please find it here:

https://tesla-fraud.ch/wp-content/uploads/2020/10/2020-10-10-Tripp-Response-to-Tesla-Emergency-Motion-Doc-220.pdf

I'm unable to set up electronic filing, so have requested someone helpful at the Court to submit it for me. It will be up to you to determine whether that has taken place.

Of course, have a wonderful rest of your day and fuck you to all.

-Marty

Sent with ProtonMail Secure Email.

1