# EXHIBIT B

# EXHIBIT B

**CaraMia Gerard**

| | |
|---|---|
| **From:** | Alex Spiro <alexspiro@quinnemanuel.com> |
| **Sent:** | Tuesday, October 13, 2020 11:37 AM |
| **To:** | Michael Lifrak; Jeanine Zalduendo |
| **Subject:** | Fw: Service copies |
| **Attachments:** | 2020-10-13 Tripp Response to Tesla Emergency Motion Doc 220.pdf |

Sent from my BlackBerry - the most secure mobile device

**From:** mtprotons@protonmail.com
**Sent:** October 13, 2020 2:36 PM
**To:** alexspiro@quinnemanuel.com
**Reply-to:** mtprotons@protonmail.com
**Subject:** Re: Service copies

**[EXTERNAL EMAIL]**

I apologize.  I accidentally deleted a section as I was typing.  This is the final, again, my apologies.

–Marty

Sent with ProtonMail Secure Email.

------- Original Message -------
On Tuesday, October 13, 2020 8:08 PM, Alex Spiro <alexspiro@quinnemanuel.com> wrote:

> Mr. Tripp– please find the motion attached.
> Alex Spiro
>
> Sent from my BlackBerry – the most secure mobile device