MCDONALD CARANO LLP
  rkay@mcdonaldcarano.com
Rory T. Kay (NSBN 12416)
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV 89102
Telephone: (702) 873-4100
Facsimile: (702) 873-9996

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Alex Spiro (admitted pro hac vice)
  alexspiro@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Michael T. Lifrak (admitted pro hac vice)
  michaellifrak@quinnemanuel.com
Jeanine M. Zalduendo (admitted pro hac vice)
  jeaninezalduendo@quinnemanuel.com
Aubrey Jones (admitted pro hac vice)
  aubreyjones@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000

Attorneys for Plaintiff/Counter Defendant
TESLA, INC.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TESLA, INC.,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>MARTIN TRIPP,<br><br>　　　　　　Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. 3:18-cv-00296-LRH-CBC<br><br>**SUPPLEMENTAL DECLARATION OF JEANINE ZALDUENDO IN SUPPORT OF TESLA'S EMERGENCY MOTION FOR ORDER TO SHOW CAUSE AND HEARING** |

**I, Jeanine Zalduendo, declare as follows:**

1. I am a member of the bar of the State of California and an associate at Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Plaintiff and Counterclaim Defendant Tesla, Inc. I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. I submit this supplemental declaration in support of Tesla's Reply in support of its Emergency Motion for Order to Show Cause and Hearing ("Emergency Motion").

3. Attached hereto as **Exhibit 19** is a true and correct copy of an October 12, 2020 email from Mr. Tripp to myself and other Tesla counsel.

4. Attached hereto as **Exhibit 20** is a true and correct compilation of communications showing Tripp's harassment of current and former Tesla employees, including: an October 14, 2020 tweet by Mr. Tripp, publishing a link to his "Key Players" post on his website; an excerpt of the "Key Players" post on Mr. Tripp's website, available at https://tesla-fraud.ch/index.php/2020/10/11/key-players/; an October 12, 2020 email from Mr. Tripp to current and former Tesla employees; an October 12, 2020 message Mr. Tripp sent to a current Tesla employee via LinkedIn; and an October 12, 2020 message sent from Mr. Tripp to the employer of a former Tesla employee via LinkedIn.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this document was executed in Los Angeles, California.

DATED: October 16, 2020

By _____
Jeanine Zalduendo

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am an employee of McDonald Carano LLP, and that on the October 16, 2020, a true and correct copy of the foregoing **SUPPLEMENTAL DECLARATION OF JEANINE ZALDUENDO IN SUPPORT OF TESLA'S EMERGENCY MOTION FOR ORDER TO SHOW CAUSE AND HEARING** was emailed and served via FED EX delivery to the following:

Martin Tripp
Bocskai Utca 11/A
Cece 7013
Hungary
mtprotons@protonmail.com

*Pro Se Defendant/Counterclaimant*

                                        */s/   CaraMia Gerard*
                                        An employee of McDonald Carano LLP