## INDEX OF EXHIBITS

| Description | Exhibit No. | Page No. |
|---|---|---|
| October 12, 2020 Email from Marty Tripp to Jeanine Zalduendo, Michael Lifrak, RKay and Aubrey Jones | 19 | 50-51 |
| Selection of Martin Tripp Communications with and about Tesla Employees | 20 | 52-59 |