# Exhibit 20
# Selection of Martin Tripp Communications with and about Tesla Employees



Document title: Martin Tripp on Twitter: &quot;It appears my &#39;Key Players&#39; Post is having a positive impact on the world, as these scum are starting to hide…
Capture URL: https://twitter.com/tripp_martin/status/1316335173244465157
Capture timestamp (UTC): Wed, 14 Oct 2020 12:50:02 GMT

53

Page 1 of 1



HOME    POSTS    ARCHIVES    ABOUT    MUSIC    ARTWORK    DONATE

CONTACT



Share this Post:    Twitter    Facebook    Google+    Pinterest    LinkedIn



Case 3:18-cv-00296-MMD-CLB   Document 230-3   Filed 10/16/20   Page 4 of 8



**Marty**

I was the 1st Tesla Whistleblower to expose Safety, Fraud, Waste/Abuse of Tesla and Elon Musk, publicly.

October 11, 2020    8:28 am    5 Comments                                        🇺🇸 English

# Key Players in this 'game'

This will be an ever-growing list of not only Tesla Employees (current and past) that have been complicit in the fraud, as well as all of the #incelsforelon that seem to have 'drank the Kool-aid' and are in a freakishly odd cult-like state.  I'm also throwing in a few of those that have gone above and beyond to help and support me.

This will document who they are, what they are doing/have done, and call them out.  This is a 'no holds barred' page!

*As a note for Mobile Device viewers, turn your mobile on it's side, for a better layout experience.*

**Linette Lopez**                                        Business Insider Journalist                    

The only journalist with the 'balls' to expose tesla and musk for the frauds that they are, and hold her ground the entire time.  Although we don't speak much, I think very highly of her, and have mucho respect.  To anyone disrespecting her, you can absolutely go fuck yourselves, because you are apparent tesla/elon bootlicking trash.

**Current Title:**    Sr. Finance Correspondent/Columnist, Business Insider



Phone #:  Private



**Michael Bowling**                            Current Tesla Employee

This is my old 'Boss'.  The guy is a complete turd, complicit in nearly every bit of safety, waste, and abuse on nearly every line at GF1.  He 'could' have addressed many issues…he simply didn't.  I received nothing but praise from him, until I went 'over his head', when he wouldn't do his job…then the shit hit the fan.  The allegation that I was



🇺🇸 English

# Keep up to Date

Join our mailing list for the latest updates to this site

**Subscribe**

Email*:

Name:

Last Name*:

Subscribe

Our Privacy Policy

Copyright 2020 © All Rights Reserved.   Designed by Martin Tripp



**Jeanine Zalduendo**



All,

You've all been selected as part of my first round of being pieces of shit complicit in the Tesla Fraud! Don't worry if you don't see your name, YET. I'll get to it!

Feel free to peruse my site, and be sure to tell all your friends!

And of course, you can go fuck yourselves for the fraud you are helping to grow.

If you're not part of the main 'To:' list, you have nothing to fear!

https://tesla-fraud.ch/index.php/2020/10/11/key-players/

**Jeanine Zalduendo**

**From:** Chris Lister <clister@tesla.com>
**Sent:** Thursday, October 15, 2020 5:00 PM
**To:** Jeanine Zalduendo; Austin Marsh
**Subject:** From LinkedIn

[EXTERNAL EMAIL]




Chris Lister | Vice President, Operations
1 Electric Avenue | Sparks, NV 89437
clister@tesla.com

1

58

**Jeanine Zalduendo**

| | |
|---|---|
| **From:** | Elias Manousos |
| **Sent:** | Monday, October 12, 2020 9:06 AM |
| **To:** | Nick Gicinto |
| **Subject:** | martin tripp |

contacted me on twitter this morning.. links to https://tesla-fraud.ch/index.php/2020/10/11/key-players/



Martin Tripp sent you a Direct Message.

I would implore you to investigate your Employee Nick Gicinto thoroughly. Unless of course you approve of his criminality...
https://t.co/EWkby8b7tj

Reply