1  MCDONALD CARANO LLP
   Rory T. Kay (NSBN 12416)
2  2300 West Sahara Avenue, Suite 1200
   Las Vegas, NV  89102
3  Telephone:  (702) 873-4100
   Facsimile:  (702) 873-9996
4
   QUINN EMANUEL URQUHART & SULLIVAN, LLP
5  Alex Spiro (admitted pro hac vice)
     alexspiro@quinnemanuel.com
6  51 Madison Avenue, 22nd Floor
   New York, New York 10010
7  Telephone: (212) 849-7000

8  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Michael T. Lifrak (admitted pro hac vice)
9    michaellifrak@quinnemanuel.com
   Jeanine M. Zalduendo (admitted pro hac vice)
10   jeaninezalduendo@quinnemanuel.com
   Aubrey Jones (admitted pro hac vice)
11   aubreyjones@quinnemanuel.com
   865 South Figueroa Street, 10th Floor
12 Los Angeles, California 90017-2543
   Telephone: (213) 443-3000
13
   Attorneys for Plaintiff/Counter Defendant
14 TESLA, INC.

15
                   **UNITED STATES DISTRICT COURT**
16
                       **DISTRICT OF NEVADA**
17

18
   TESLA, INC.,                         Case No. 3:18-cv-00296-MMD-CLB
19                        Plaintiff,
   v.
20                                       **NOTICE REGARDING THE**
   MARTIN TRIPP,                         **EXECUTION OF SETTLEMENT**
21                      Defendant.       **TERMS**

22

23
   AND RELATED COUNTERCLAIMS
24

25

26

27

28

09202-00003/12448162.1

1    Tesla, Inc., hereby submits this Notice providing instructions regarding the execution of

2    the terms of the confidential Settlement Agreement, entered between the parties on November 30,

3    2020.

4    **1.    Payment**.    All amounts due and owing to Tesla can be paid via check made out

5    to Tesla, Inc. and addressed to Tesla, Inc., c/o Austin Marsh, 901 Page Ave., Fremont, CA 94538.

6    If Mr. Tripp prefers to make payment electronically via bank transfer, he can inform Tesla 30

7    (thirty) days in advance of such payment, and Tesla will provide confidential routing information

8    at such time.  All communications regarding payment should be made to Tesla counsel Alex Spiro,

9    unless Mr. Tripp is informed otherwise.

10   **2.    Destruction of Confidential Materials**.    Section 16 of the Protective Order

11   requires that the parties return or destroy all "Discovery Materials" within 90 days of the final

12   disposition of the case.  Accordingly, Mr. Tripp shall have until no later than March 1, 2021 to

13   certify and file with the Court his compliance with the Protective Order.  For the avoidance of

14   doubt, the Protective Order defines "Discovery Materials" as "all items or information, including

15   from any non-party, regardless of the medium or manner generated, stored, or maintained

16   (including, among other things, testimony, transcripts, or tangible things) that are produced,

17   disclosed, or generated in connection with discovery or Rule 26(a) disclosures in this case."  A

18   sample certification of compliance is attached hereto as Exhibit A.

19   DATED this 1st day of December, 2020.

20   QUINN EMANUEL URQUHART &
     SULLIVAN, LLP

21

22   By:  /s/ *Alex Spiro*
     Alex Spiro

23   51 Madison Avenue, 22nd Floor
     New York, New York 10010

24
     Rory T. Kay (NSBN 12416)
25   MCDONALD CARANO LLP
     2300 West Sahara Avenue, Suite 1200
26   Las Vegas, NV  89102

27   *Attorneys for Plaintiff/Counter-Defendant*
     *TESLA, INC.*

28

09202-00003/12448162.1                          Page 2 of 3

2300 WEST SAHARA AVENUE, SUITE 1200 • LAS VEGAS, NEVADA 89102
PHONE 702.873.4100 • FAX 702.873.9966
McDONALD CARANO

**EXHIBIT A**

I, Martin Tripp, certify as follows:

1. I have destroyed all physical copies of the Discovery Materials, including Tesla's Confidential and Attorneys' Eyes Only information, in my possession;

2. I have or caused to be deleted all electronic copies of the Discovery Materials, including Tesla's Confidential and Attorneys' Eyes Only information, on any and all electronic devices I own, whether or not such devices are currently in my physical possession, including any back-up of such devices such as on Cloud storage;

3. I have or caused to be deleted all electronic copies of the Discovery Materials, including Tesla's Confidential and Attorneys' Eyes Only information, that are within my control, from the internet, including from my email, and all user accounts I have access to on Google Drive, Microsoft OneDrive, Dropbox, www.Mega.nz, or any other electronic or online file storage or file sharing platform; and

4. I have deleted all links or descriptions that I personally posted or referenced to the Discovery Materials, including Tesla's Confidential and Attorneys' Eyes Only information, from social media, including, without limitation, Twitter, Facebook, Reddit, YouTube, SnapChat, LinkedIn, Instagram, TikTok, Quora, etc.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this document was executed in

_____, on _____, 2021.

_____

Martin Tripp

09202-00003/12448162.1

McDONALD CARANO
2300 WEST SAHARA AVENUE, SUITE 1200 • LAS VEGAS, NEVADA 89102
PHONE 702.873.4100 • FAX 702.873.9966