MCDONALD CARANO LLP
Rory T. Kay (NSBN 12416)
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV 89102
Telephone: (702) 873-4100
Facsimile: (702) 873-9996

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Alex Spiro (admitted pro hac vice)
  alexspiro@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Michael T. Lifrak (admitted pro hac vice)
  michaellifrak@quinnemanuel.com
Jeanine M. Zalduendo (admitted pro hac vice)
  jeaninezalduendo@quinnemanuel.com
Aubrey Jones (admitted pro hac vice)
  aubreyjones@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000

Attorneys for Plaintiff/Counter Defendant
TESLA, INC.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TESLA, INC.,<br>　　　　　Plaintiff,<br>　v.<br>MARTIN TRIPP,<br>　　　　　Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. 3:18-cv-00296-MMD-CLB<br><br>**TESLA'S NOTICE REGARDING THE EXECUTION OF SETTLEMENT TERMS; CERTIFICATION OF COMPLIANCE** |

Tesla, Inc., hereby submits this Notice, and the certification of compliance attached hereto as Exhibit A, regarding its compliance with the terms of the confidential Settlement Agreement, entered between the parties on November 30, 2020.

**1. Destruction of Confidential Materials**. Section 16 of the Protective Order requires that each party return or destroy all "Discovery Materials" of the other party within 90 days of the final disposition of the case. Accordingly, Tesla has until no later than March 1, 2021 to certify and file with the Court its compliance with the Protective Order. The Protective Order defines "Discovery Materials" as "all items or information, including from any non-party, regardless of the medium or manner generated, stored, or maintained (including, among other things, testimony, transcripts, or tangible things) that are produced, disclosed, or generated in connection with discovery or Rule 26(a) disclosures in this case." Tesla's certification of compliance is attached hereto as Exhibit A.

DATED this 1st day of March, 2021.

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: /s/ *Alex Spiro*
　　Alex Spiro
　　51 Madison Avenue, 22nd Floor
　　New York, New York 10010

　　Rory T. Kay (NSBN 12416)
　　MCDONALD CARANO LLP
　　2300 West Sahara Avenue, Suite 1200
　　Las Vegas, NV  89102

　　*Attorneys for Plaintiff/Counter-Defendant TESLA, INC.*

**EXHIBIT A**

**CERTIFICATION OF COMPLIANCE**

I, Anthony Masia, certify as follows:

1. I am a Staff Litigation Paralegal at Tesla, Inc.

2. I have or caused to be destroyed all physical copies of Martin Tripp's Discovery Materials, including all information Mr. Tripp designated Confidential and Attorneys' Eyes Only, in Tesla's possession;

3. I have or caused to be deleted all electronic copies of Mr. Tripp's Discovery Materials, including all information Mr. Tripp designated Confidential and Attorneys' Eyes Only, on any and all electronic devices Tesla owns, whether or not such devices are currently in Tesla's physical possession, including any back-up of such devices such as on Cloud storage or email.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this document was executed in Sunnyvale, California, on March 1, 2021.

_____
Anthony Masia